# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  No. 3:23-cv-01092 |
| ANTHROPIC PBC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant Anthropic PBC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue (Doc. No. 54) is **GRANTED IN PART** and **DENIED AS MOOT IN PART**.

The Clerk shall **TRANSFER** this action to the United States District Court for the Northern District of California and close the case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE