LATHAM & WATKINS LLP
  Joseph R. Wetzel (SBN 238008)
  *joe.wetzel@lw.com*
  Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600

  Sarang V. Damle (*pro hac vice* forthcoming)
  *sy.damle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

  Allison L. Stillman (*pro hac vice* forthcoming)
  *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1747

*Attorneys for Defendant Anthropic PBC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br>Plaintiffs, <br><br>vs. <br><br>ANTHROPIC PBC, <br><br>Defendants. | Case No. 3:24-cv-03811-JSC <br><br>**DEFENDANT ANTHROPIC PBC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT ANTHROPIC PBC'S CERT. OF
INTERESTED ENTITIES OR PERSONS
CASE NO. 3:24-cv-03811-JSC

Pursuant to Civil Local Rule 3-15, the undersigned certifies that, apart from the named party, the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Google LLC, which is a wholly owned subsidiary of Alphabet, Inc.

Dated:  July 3, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Joseph R. Wetzel
    Joseph R. Wetzel (SBN 238008)
    joe.wetzel@lw.com
    Andrew M. Gass (SBN 259694)
    andrew.gass@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

    Sarang V. Damle
    (*pro hac vice forthcoming*)
    sy.damle@lw.com
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    Telephone: +1.202.637.2200

    Allison L. Stillman
    (*pro hac vice forthcoming*)
    alli.stillman@lw.com
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*