[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. et al.<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 3:24-cv-03811-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO AUGUST 15, 2024**<br><br>Hon. Jacqueline Scott Corley<br><br>Current Initial CMC Date: July 25, 2024 |

Pursuant to Civil L.R. 6-2 and this Court's Standing Order, the Parties in the above-captioned case, having met and conferred, hereby respectfully submit this joint stipulation and proposed order to continue the Initial Case Management Conference, currently scheduled for July 25, 2024 at 1:30 PM, to **August 15, 2024 at 1:30 PM**, and continue the Parties' obligations to submit a Case Management Statement until August 8, 2024, seven (7) days before the initial Case Management Conference.

In accordance with Civil L.R. 6-2(a), the Parties also submit the accompanying declaration of Jeffrey G. Knowles in support hereof.

| | | |
|---|---|---|
| 1 | Dated: July 11, 2024 | Respectfully submitted, |
| 2 | By: */s/* Jeffrey G. Knowles | By: */s/* Joseph R. Wetzel |
| 3 | Jeffrey G. Knowles (SBN 129754) | Joseph R. Wetzel (SBN 238008) |
|   | COBLENTZ PATCH DUFFY & BASS LLP | joe.wetzel@lw.com |
| 4 | One Montgomery Street, Suite 3000 | Andrew M. Gass (SBN 259694) |
|   | San Francisco, CA 94104 | andrew.gass@lw.com |
| 5 | Telephone: (415) 772-5795 | Brittany N. Lovejoy (SBN 286813) |
|   | ef-jgk@cpdb.com | britt.lovejoy@lw.com |
| 6 |   | LATHAM & WATKINS LLP |
| 7 | Matthew J. Oppenheim | 505 Montgomery Street, Suite 2000 |
|   | Nicholas C. Hailey | San Francisco, California 94111 |
| 8 | Audrey L. Adu-Appiah | Telephone: +1.415.391.0600 |
|   | (*pro hac vice* forthcoming) |   |
| 9 | OPPENHEIM + ZEBRAK, LLP | Sarang V. Damle |
|   | 4530 Wisconsin Ave., NW, 5th Floor | (*pro hac vice* pending) |
| 10 | Washington, DC 20016 | sy.damle@lw.com |
|   | Telephone: (202) 480-2999 | LATHAM & WATKINS LLP |
| 11 | matt@oandzlaw.com | 555 Eleventh Street NW, Suite 1000 |
| 12 | nick@oandzlaw.com | Washington, DC 20004 |
|   | aadu-appiah@oandzlaw.com | Telephone: +1.202.637.2200 |
| 13 |   |   |
| 14 | Jennifer Pariser | Allison L. Stillman |
|   | Andrew Guerra | (*pro hac vice* pending) |
| 15 | Timothy Chung | alli.stillman@lw.com |
|   | (*pro hac vice* forthcoming) | LATHAM & WATKINS LLP |
| 16 | OPPENHEIM + ZEBRAK, LLP | 1271 Avenue of the Americas |
|   | 461 5th Avenue, 19th Floor | New York, New York 10020 |
| 17 | New York, NY 10017 | Telephone: +1.212.906.1747 |
|   | Telephone: (212) 951-1156 |   |
| 18 | jpariser@oandzlaw.com | *Attorneys for Defendant* |
|   | andrew@oandzlaw.com |   |
| 19 | tchung@oandzlaw.com |   |
| 20 |   |   |
|   | Richard S. Mandel |   |
| 21 | Jonathan Z. King |   |
| 22 | Richard Dannay |   |
|   | (*pro hac vice* forthcoming) |   |
| 23 | COWAN, LIEBOWITZ & LATMAN, P.C. |   |
|   | 114 West 47th Street |   |
| 24 | New York, NY 10036-1525 |   |
|   | Telephone: (212) 790-9200 |   |
| 25 | rsm@cll.com |   |
|   | jzk@cll.com |   |
| 26 | rxd@cll.com |   |
| 27 |   |   |
|   | *Attorneys for Plaintiffs* |   |
| 28 |   |   |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 3:24-cv-03811-JSC<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO AUGUST 15, 2024**<br><br>Hon. Jacqueline Scott Corley |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Initial Case Management Conference, currently scheduled for July 25, 2024 at 1:30 PM, is hereby continued to August 15, 2024 at 1:30 PM; and

2. Any deadline associated with the parties' obligations to submit a joint case management statement is tolled until August 8, 2024.

Dated: July _____, 2024

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

**CIVIL L.R. 5-1(h)(3) SIGNATURE ATTESTATION**

I hereby attest that the signatories of the foregoing document concur in the filing of the document and that I have been authorized to file the document on their behalf.

Dated: July 11, 2024          /s/ Jeffrey G. Knowles
                              Jeffrey G. Knowles