| | |
|---|---|
| Matthew J. Oppenheim | Jeffrey G. Knowles (SBN 129754) |
| Nicholas C. Hailey | COBLENTZ PATCH DUFFY & BASS LLP |
| Audrey L. Adu-Appiah | One Montgomery Street, Suite 3000 |
| (*pro hac vice* forthcoming) | San Francisco, CA 94104 |
| OPPENHEIM + ZEBRAK, LLP | Telephone: (415) 772-5795 |
| 4530 Wisconsin Ave., NW, 5th Floor | ef-jgk@cpdb.com |
| Washington, DC 20016 | |
| Telephone: (202) 480-2999 | Richard S. Mandel |
| matt@oandzlaw.com | Jonathan Z. King |
| nick@oandzlaw.com | Richard Dannay |
| aadu-appiah@oandzlaw.com | (*pro hac vice* forthcoming) |
| | COWAN, LIEBOWITZ & LATMAN, P.C. |
| Jennifer Pariser | 114 West 47th Street |
| Andrew Guerra | New York, NY 10036-1525 |
| Timothy Chung | Telephone: (212) 790-9200 |
| (*pro hac vice* forthcoming) | rsm@cll.com |
| OPPENHEIM + ZEBRAK, LLP | jzk@cll.com |
| 461 5th Avenue, 19th Floor | rxd@cll.com |
| New York, NY 10017 | |
| Telephone: (212) 951-1156 | |
| jpariser@oandzlaw.com | |
| andrew@oandzlaw.com | |
| tchung@oandzlaw.com | |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. et al. | Case Number: 3:24-cv-03811-JSC |
| Plaintiffs, | **DECLARATION OF JEFFREY G. KNOWLES IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO AUGUST 15, 2024** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | Hon. Jacqueline Scott Corley |
| | Current Initial CMC Date: July 25, 2024 |

I, Jeffrey G. Knowles, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the law firm of Coblentz Patch Duffy & Bass LLP. I represent Plaintiffs Concord Music Group, Inc., Capitol CMG, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Music – MGB NA LLC, Polygram Publishing, Inc., Universal Music – Z Tunes LLC, and ABKCO Music, Inc. in this matter. I have personal knowledge of the facts stated herein based on my personal knowledge. If called upon to do so, I am able to testify competently to the matters as stated therein.

2. Pursuant to Civil L.R. 6-2, I respectfully submit this declaration in support of the Parties' Joint Stipulation and [Proposed] Order to Continue the Case Management Conference to August 15, 2024. The Parties request a continuance of the initial Case Management Conference ("CMC") for the following reasons:

3. The initial CMC before the Honorable Laurel Beeler was scheduled for September 26, 2024 at 11:00 AM. ECF No. 126.

4. Following the declination of magistrate judge jurisdiction, this case was reassigned to this Court. ECF No. 132.

5. This Court then scheduled the initial CMC for July 25, 2024, at 1:30 PM, with the Parties' Case Management Statement due by July 18, 2024. ECF No. 133.

6. Plaintiffs' lead trial counsel is unable to attend the initial CMC before this Court as currently scheduled on July 25, due to pre-existing obligations involving out-of-country travel without access to videoconference.

7. The Parties have met and conferred and agreed, subject to the Court's approval, to a continuance of the initial CMC until **August 15, 2024 at 1:30 PM** (which is the next available Thursday on which lead trial counsel for all Parties are available for the CMC). This slight continuance of the initial CMC will allow lead trial counsel for all Parties to attend the initial CMC and promote the orderly and expeditious disposition of the case.

8. This request to continue the initial CMC and attendant obligations to submit a Case Management Statement will not impact any other deadlines or events already fixed by the Court.

9. For these reasons, the Parties stipulate to and respectfully request an order continuing the initial CMC currently scheduled for July 25, 2024 at 1:30 PM to August 15, 2024 at 1:30 PM, and, pursuant to this Court's Standing Order, continuing the Parties' obligations to submit a Case Management Statement until August 8, 2024, seven (7) days before the initial CMC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed in San Francisco, CA, this 11th day of July, 2024.

*/s/* Jeffrey G. Knowles

Jeffrey G. Knowles