UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 3:24-cv-03811-JSC<br><br>[~~PROPOSED~~] ORDER TO SUBMIT UPDATED BRIEFING REGARDING PLAINTIFFS' PRELIMINARY INJUNCTION MOTION AND SET STIPULATED BRIEFING SCHEDULE<br><br>Hon. Jacqueline Scott Corley |

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1.  The Parties may file briefing for the Plaintiffs' Renewed Motion for Preliminary Injunction ("Renewed PI Motion") with the following expanded page limits, consistent with the page limits applicable to the Parties' prior briefing:

    - Plaintiffs' Updated Memorandum in Support of Renewed PI Motion: 30 pages
    - Defendant's Updated Opposition to Renewed PI Motion: 30 pages

2.  The Parties will submit briefing for Plaintiffs' Renewed PI Motion and Defendant's Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") in accordance with the following stipulated briefing schedule:

| **Plaintiffs' Renewed PI Motion** | |
|---|---|
| Plaintiffs' Renewed PI Motion | Aug. 1, 2024 |
| Defendant's Opposition to Renewed PI Motion | Aug. 22, 2024 |
| Plaintiffs' Reply in Support of Renewed PI Motion | Sept. 12, 2024 |

| **Defendant's Motion to Dismiss** | |
|---|---|
| Defendant's Motion to Dismiss | Aug. 15, 2024 |
| Plaintiffs' Opposition to Motion to Dismiss | Sept. 5, 2024 |
| Defendant's Reply in Support of Motion to Dismiss | Sept. 17, 2024 |

The hearing on the motions is set for October 3, 2024 at 10:00 a.m. in San Francisco.

1 | Dated: July 25, 2024

   HON. JACQUELINE SCOTT CORLEY
   UNITED STATES DISTRICT JUDGE

   *IT IS SO ORDERED AS MODIFIED*
   Jacqueline Scott Corley
   Judge Jacqueline Scott Corley