JEFFREY G. KNOWLES (State Bar No. 129754)
CHRISTOPHER J. WIENER (State Bar No. 280476)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Email:     ef-jgk@cpdb.com
           ef-cjw@cpdb.com

MATTHEW J. OPPENHEIM (*pro hac vice*)
NICHOLAS C. HAILEY (*pro hac vice*)
AUDREY L. ADU-APPIAH (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
Email: matt@oandzlaw.com; nick@oandzlaw.com; aadu-appiah@oandzlaw.com

JENNIFER PARISER (*pro hac vice*)
ANDREW GUERRA (*pro hac vice*)
TIMOTHY CHUNG (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
Email: jpariser@oandzlaw.com; andrew@oandzlaw.com; tchung@oandzlaw.com

RICHARD S. MANDEL (*pro hac vice*)
JONATHAN Z. KING (*pro hac vice*)
RICHARD DANNAY (*pro hac vice*)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
Email: rsm@cll.com; jzk@cll.com; rxd@cll.com

Attorneys for Plaintiffs
CONCORD MUSIC GROUP, INC., ET AL.

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | Case No. 3:24-cv-03811-JSC |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF CHRISTOPHER J. WIENER** |
| ANTHROPIC PBC, | |
| Defendants. | Trial Date:        None Set |

020382.0001 4871-1231-8165.2                    1                    Case No. 3:24-cv-03811-JSC

**NOTICE OF APPEARANCE**

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500 · Fax 415.989.1663
415.391.4800

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Christopher J. Wiener of the law firm Coblentz Patch Duffy & Bass LLP is admitted to practice in this court and hereby appears as counsel for Plaintiffs CONCORD MUSIC GROUP, INC., et al. ("Plaintiffs").  Copies of all filings in this action should be served upon the following, in addition to those attorneys already on record:

CHRISTOPHER J. WIENER (State Bar No. 280476)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:      ef-cjw@cpdb.com

DATED:  August 2, 2024                    COBLENTZ PATCH DUFFY & BASS LLP

By:      /s/ *Christopher J. Wiener*
CHRISTOPHER J. WIENER
Attorneys for Plaintiffs
CONCORD MUSIC GROUP, INC., ET AL.