Thomas A. Harvey (State Bar No. 235342)
Christopher J. Wiener (State Bar No. 280476)
Bina G. Patel (State Bar No. 315352)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Email:   ef-tah@cpdb.com, ef-cgw@cpdb.com, ef-bgp@cpdb.com

Matthew J. Oppenheim (*admitted pro hac vice*)
Nicholas C. Hailey (*admitted pro hac vice*)
Audrey L. Adu-Appiah (*admitted pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: 202.480.2999
Email:   matt@oandzlaw.com; nick@oandzlaw.com; aadu-appiah@oandzlaw.com

Jennifer Pariser (*admitted pro hac vice*)
Andrew Guerra (*admitted pro hac vice*)
Timothy Chung (*admitted pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: 212.951.1156
Email:   jpariser@oandzlaw.com; andrew@oandzlaw.com; tchung@oandzlaw.com

Richard S. Mandel (*admitted pro hac vice*)
Jonathan Z. King (*admitted pro hac vice*)
Richard Dannay (*admitted pro hac vice*)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036-1525
Telephone: 212.790.9200
Email:   rsm@cll.com; jzk@cll.com; rxd@cll.com

Attorneys for Plaintiffs
CONCORD MUSIC GROUP, INC., et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTHROPIC PBC,<br><br>　　　　　Defendants. | Case No. 3:24-cv-03811-JSC<br><br>**NOTICE OF APPEARANCE OF THOMAS A. HARVEY**<br><br>Trial Date:　　　None Set |

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Thomas A. Harvey of the law firm Coblentz Patch Duffy & Bass LLP hereby appears as counsel for Plaintiffs Concord Music Group, Inc., et al.  Copies of all pleadings, papers, notices, and other filings in this action should be henceforth served upon the following, in addition to those attorneys already on record with the Court:

> Thomas A. Harvey
> COBLENTZ PATCH DUFFY & BASS LLP
> One Montgomery Street, Suite 3000
> San Francisco, California  94104
> Telephone:  415.391.4800
> Facsimile:   415.989.1663
> Email:  ef-tah@cpdb.com

DATED:  August 5, 2024                COBLENTZ PATCH DUFFY & BASS LLP


By:     /s/ *Thomas A. Harvey*
        THOMAS A. HARVEY
        Attorneys for Plaintiffs
        CONCORD MUSIC GROUP, INC., et al.