# EXHIBIT A

**EXHIBIT A**

| Event | Plaintiffs' Proposed Deadline | Defendants' Proposed Deadline |
|---|---|---|
| Motion to Amend or Add Parties | Dec. 2, 2024 | Oct. 21, 2024 |
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Mar. 21, 2025 | Dec. 13, 2024 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | May 13, 2025 | Feb. 3, 2025 |
| Opposition Expert Reports | June 24, 2025 | Mar. 17, 2025 |
| Reply Expert Reports | July 17, 2025 | Apr. 4, 2025 |
| Depose All Expert Witnesses | Aug. 25, 2025 | May 16, 2025 |
| Dispositive or *Daubert* Motions | Oct. 6, 2025 | June 27, 2025 |
| Responses to Dispositive or *Daubert* Motions | Nov. 18, 2025 | Aug. 8, 2025 |
| Replies to Responses to Dispositive or *Daubert* Motions | Dec. 8, 2025 | Aug. 29, 2025 |
| Hearing on Dispositive or *Daubert* Motions | To be set by the Court | To be set by the Court |
| Joint Pre-Trial Statement | To be set by the Court | To be set by the Court |
| Pre-Trial Conference | To be set by the Court | To be set by the Court |
| Trial Date | No earlier than Mar. 16, 2026 | Dec. 2, 2025 |