1  **LATHAM & WATKINS LLP**
   Joseph R. Wetzel (SBN 238008)
2    *joe.wetzel@lw.com*
   Andrew M. Gass (SBN 259694)
3    *andrew.gass@lw.com*
   Brittany N. Lovejoy (SBN 286813)
4  *britt.lovejoy@lw.com*
   505 Montgomery Street, Suite 2000
5  San Francisco, California 94111
   Telephone: +1.415.391.0600
6
   Sarang V. Damle (*pro hac vice*)
7    *sy.damle@lw.com*
   555 Eleventh Street NW, Suite 1000
8  Washington, D.C. 20004
   Telephone: +1.202.637.2200
9
   Allison L. Stillman (*pro hac vice*)
10 *alli.stillman@lw.com*
   1271 Avenue of the Americas
11 New York, New York 10020
   Telephone: +1.212.906.1747
12
*Attorneys for Defendant Anthropic PBC*
13

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., | Case No. 5:24-cv-03811-EKL |
| *Plaintiffs*, | **PROOF OF SERVICE** |
| v. | |
| ANTHROPIC PBC, | Hon. Eumi K. Lee |
| *Defendant*. | |

## PROOF OF SERVICE

I am employed in the County of San Mateo, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 140 Scott Drive, Menlo Park, CA  94025. My email address is danielle.lapierre@lw.com.

On **August 22, 2024**, I served the following documents described as:

- **Attachments to Defendant Anthropic PBC's Administrative Motion to File Under Seal In Connection with Anthropic's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction**

    o **Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

    o **Exhibit A to Lovejoy Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

    o **Kaplan Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

    o **Exhibit I to Kaplan Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

    o **Exhibit J to Kaplan Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

    o **Peterson Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

    o **Hall Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

- **Attachments to Defendant Anthropic PBC's Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal In Connection with Anthropic's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction**

    o **Peterson Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

    o **Hall Declaration in Support of Defendant Anthropic PBC's Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction (Unredacted)**

1  by serving a true copy of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

The above-described documents were transmitted via electronic mail to the following party on August 22, 2024:

***SEE ATTACHED SERVICE LIST**

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 22, 2024**, at Saratoga, California.

*/s/ Danielle R. LaPierre*

Danielle R. LaPierre

## **SERVICE LIST**

| | |
|---|---|
| OPPENHEIM + ZEBRAK, LLP<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com | COBLENTZ PATCH DUFFY & BASS LLP<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 772-5795<br>ef-jgk@cpdb.com |
| Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>(admitted *pro hac vice*)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com | COWAN, LIEBOWITZ & LATMAN, P.C.<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |