ERIC P. TUTTLE, State Bar No. 248440
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile:  (866) 974-7329
Email:      eric.tuttle@wsgr.com

*Attorneys for amici curiae Chamber of Progress
and NetChoice, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. et al, | Case No.: 5:24-cv-03811-EKL |
| Plaintiffs, | **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY CHAMBER OF PROGRESS AND NETCHOICE, LLC** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | Before:      Hon. Eumi K. Lee |

Pursuant to Federal Rule of Civil Procedure 7.1, *amici curiae* Chamber of Progress and NetChoice, LLC (collectively, "*Amici*") disclose the following:

Neither of the *Amici* has a parent corporation, nor does any publicly held corporation own 10% or more of the stock of any of the *Amici*.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties and *Amici*) to report. Defendant is not a member or partner of *Amici*. This representation is made to enable the Court to evaluate possible disqualification or removal.

Dated: August 29, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ *Eric P. Tuttle*
Eric P. Tuttle
E-mail: etuttle@wsgr.com

*Counsel for Amici*