UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. et al,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No.: 5:24-cv-03811-EKL<br><br>**[PROPOSED] ORDER GRANTING MOTION BY CHAMBER OF PROGRESS AND NETCHOICE, LLC FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Before:   Hon. Eumi K. Lee |

Before this Court is the unopposed Motion for Leave to File Brief as *Amici Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction (the "Motion"), filed by Chamber of Progress and NetChoice, LLC (collectively, "*Amici*"). Having considered the Motion and all other papers filed therein, the Motion is hereby GRANTED. *Amici*'s Brief, filed concurrently as Exhibit A to the Motion, is hereby deemed FILED.

**IT IS SO ORDERED.**

Dated:

Hon. Eumi K. Lee
United States District Judge