# EXHIBIT A

| Event | Plaintiffs' Proposed Deadline | Defendants' Proposed Deadline |
|---|---|---|
| Motion to Amend or Add Parties | No later than 60 days following the initial CMC, or Dec. 2, 2024, whichever is earlier | Nov. 4, 2024 |
| Final Case Management Conference | Feb. 7, 2025 | Dec. 16, 2024 |
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Mar. 21, 2025 | Jan. 20, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | Apr. 21, 2025 | Feb. 17, 2025 |
| Opposition Expert Reports | May 19, 2025 | Mar. 24, 2024 |
| Reply Expert Reports | Jun. 16, 2025 | Apr. 14, 2024 |
| Depose All Expert Witnesses | Jul. 21, 2025 | May 20, 2025 |
| Close of Briefing on Dispositive or *Daubert* Motions | Sept. 29, 2025 | Jul. 29, 2025 |
| Hearing on Dispositive or *Daubert* Motions | Oct. 29, 2025 | Aug. 26, 2025 |
| Joint Pre-Trial Statement | Two (2) weeks prior to Pre-Trial Conference | Two (2) weeks prior to Pre-Trial Conference |
| Pre-Trial Conference | Four (4) weeks prior to Trial | Four (4) weeks prior to Trial |
| Trial Date | Feb. 2, 2026 or at the Court's convenience | Dec. 2, 2025 or at the Court's convenience |