1 | **SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)**

Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of the Declaration of Michael D. Smith, ECF No. 227, was obtained from the document's signatory. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2024

*/s/ Timothy Chung*
Timothy Chung