1  **SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)**

2  Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of the
3  Declaration of Ben Y. Zhao, ECF No. 228, was obtained from the document's signatory. I declare
4  under penalty of perjury that the foregoing is true and correct.

6  Dated: September 12, 2024                                    */s/ Timothy Chung*
                                                                  Timothy Chung