| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)** |
| 2 | Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of the |
| 3 | Declaration of Ed Newton-Rex, ECF No. 229, was obtained from the document's signatory. I |
| 4 | declare under penalty of perjury that the foregoing is true and correct. |

Dated: September 12, 2024                             */s/ Timothy Chung*
                                                                              Timothy Chung

Case No. 5:24-cv-03811-EKL
SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(H)