| | |
|---|---|
| **OPPENHEIM + ZEBRAK, LLP**<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com<br><br>Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>(admitted *pro hac vice*)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com<br><br>*Attorneys for Plaintiffs* | **COBLENTZ PATCH DUFFY & BASS LLP**<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 391-4800<br>ef-jgk@cpdb.com<br><br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ANTHROPIC PBC,<br><br>　　Defendant. | Case Number: 5:24-cv-03811-EKL<br><br>**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h) REGARDING DECLARATION OF ED NEWTON-REX (ECF NO. 229)**<br><br>Hon. Eumi K. Lee |

　　Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of the Declaration of Ed Newton-Rex, ECF No. 229, was obtained from the document's signatory. I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| 1 | Dated: September 13, 2024 | */s/ Timothy Chung* |
| 2 | | Timothy Chung |