UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>ANTHROPIC PBC,<br><br>            Defendant. | Case No. 24-cv-03811-EKL<br><br>**ORDER DETERMINING CASES ARE NOT RELATED**<br><br>Re: ECF No. 215 |

The Court has determined that Case No. 24-cv-03811-EKL and Case No. 24-cv-5417-WHA are not related within the meaning of Civil Local Rule 3-12, and therefore denies the Administrative Motion to Consider Whether Cases Should Be Related filed by the Plaintiffs in *Bartz et al. v. Anthropic PBC*, 24-cv-05417-WHA.

**IT IS SO ORDERED.**

Dated: September 19, 2024

Eumi K. Lee
United States District Judge