**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL <br><br> **PLAINTIFFS' LOCAL RULE 7-3(d) REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANT ANTHROPIC PBC'S OBJECTION TO REPLY EVIDENCE** <br><br> Hon. Eumi K. Lee |

On September 19, 2024, Defendant Anthropic PBC filed a five-page Local Rule 7-3(d)(1) Objection to Reply Evidence in connection with Plaintiffs' Reply in Support of Motion for Preliminary Injunction. ECF No. 241. In that filing, Anthropic inaccurately contends that (1) Plaintiffs' Reply improperly included new evidence that would create "distortions of truth" if

unchallenged, *id*. at 1; and (2) if this evidence were considered, it would be "necessary" for the Court to hold an evidentiary hearing regarding Plaintiffs' requested preliminary injunction, *id*. at 5. Both contentions have significant implications for Plaintiffs' Preliminary Injunction Motion and the upcoming motion hearing.

Under Local Rule 7-3(d), Plaintiffs respectfully request leave to file a two-page brief by September 26, 2024, responding to these narrow but important points.

| | | |
|---|---|---|
| 1 | Dated: September 23, 2024 | Respectfully submitted, |
| 2 | | */s/ Timothy Chung* |
| 3 | | **OPPENHEIM + ZEBRAK, LLP** |
| | | Matthew J. Oppenheim |
| 4 | | Nicholas C. Hailey |
| 5 | | Audrey L. Adu-Appiah |
| | | (admitted *pro hac vice*) |
| 6 | | 4530 Wisconsin Ave., NW, 5th Floor |
| | | Washington, DC 20016 |
| 7 | | Telephone: (202) 480-2999 |
| | | matt@oandzlaw.com |
| 8 | | nick@oandzlaw.com |
| | | aadu-appiah@oandzlaw.com |

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com,
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*