UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 5:24-cv-03811-EKL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' LOCAL RULE 7-3(d) REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANT ANTHROPIC PBC'S OBJECTION TO REPLY EVIDENCE**<br><br>Hon. Eumi K. Lee |

Good cause appearing therefor, the Court GRANTS Plaintiffs' request for leave to file a response to Defendant's Objection to Reply Evidence. Plaintiffs' response brief shall be no longer than two pages and shall be filed no later than September 26, 2024.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE