UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' LOCAL RULE 7-3(d) REQUEST FOR LEAVE TO FILE RESPONSE TO DEFENDANT ANTHROPIC PBC'S OBJECTION TO REPLY EVIDENCE <br><br> Hon. Eumi K. Lee |

Good cause appearing therefor, the Court GRANTS Plaintiffs' request for leave to file a response to Defendant's Objection to Reply Evidence. Plaintiffs' response brief shall be no longer than two pages and shall be filed no later than September 26, 2024.

**IT IS SO ORDERED.**

DATED: September 24, 2024

THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE