**LATHAM & WATKINS LLP**
  Joseph R. Wetzel (SBN 238008)
    *joe.wetzel@lw.com*
  Andrew M. Gass (SBN 259694)
    *andrew.gass@lw.com*
  Brittany N. Lovejoy (SBN 286813)
    *brittany.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

  Sarang V. Damle (*pro hac vice*)
    *sy.damle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

  Allison L. Stillman (*pro hac vice*)
    *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL <br><br> **DEFENDANT ANTHROPIC PBC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURRESPONSE TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Eumi K. Lee |

1    Pursuant to Civil Local Rule 7-11, Defendant Anthropic respectfully submits this
2 Administrative Motion for Leave to File a Surresponse to Plaintiffs' Renewed Motion for a
3 Preliminary Injunction. As Anthropic previously noted in its Objection to Reply Evidence (Dkt.
4 241) ("Objection"), Plaintiffs' Reply in support of their Renewed Motion for Preliminary
5 Injunction included a substantial amount of new proffered evidence that Anthropic has not has an
6 opportunity to rebut. In response to Anthropic's Objection, Plaintiffs invited Anthropic to submit
7 "a short surresponse" by October 7, 2024, addressing the new evidence that Plaintiffs included in
8 their Reply. *See* Dkt. 244 at 2; Decl. of Rachel S. Horn in Support of Administrative Motion for
9 Leave to File Surresponse ("Horn Decl.") ¶ 8.

As detailed in Anthropic's Objection, Plaintiffs improperly attached to their Reply several new declarations and exhibits, including the results of a factual investigation and expert testimony that could have been addressed in their opening submission. Dkts. 226 through 226-5; 227; 228; 229 through 229-4; *see also* Dkt. 241 at 2-5. The inclusion of these new declarations and arguments violated the "well accepted" principle that "raising of new issues and submission of new facts in [a] reply brief is improper." *Pajas v. Cnty. of Monterey*, 2017 WL 1408016, at *7 (N.D. Cal. Apr. 20, 2017); *see also, e.g.*, *Sommers v. City of Santa Clara*, 2021 WL 326931, at *6 (N.D. Cal. Feb. 1, 2021) ("New evidence submitted as part of a reply is improper.").

If the evidence Plaintiffs attempted to introduce for the first time on Reply is made a part of the record, Anthropic should have an opportunity to respond. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996); *see also True Health Chiropractic Inc. v. McKesson Corp.*, 2015 WL 5341592, at *1 n.1 (N.D. Cal. Sept. 12, 2015) (granting leave to file surreply where "Plaintiffs raised argument and evidence for the first time on reply"). Allowing Plaintiffs' belated evidence to go unrebutted could have tremendous implications here, where Plaintiffs seek extraordinary preliminary relief that threatens to hamper the development of a transformational technology. Although Plaintiffs have declined to stipulate to Anthropic's filing of the attached surresponse, they have agreed that "a short surresponse" would be appropriate under these circumstances. Dkt. 244 at 2; Horn Decl. ¶ 8. Anthropic accordingly requests the Court's leave to file the brief

surresponse and supporting declarations attached hereto, which are narrowly limited to addressing Plaintiffs' new reply evidence.[1]

Dated: October 7, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Joseph R. Wetzel
    Joseph R. Wetzel (SBN 238008)
      joe.wetzel@lw.com
    Andrew M. Gass (SBN 259694)
      andrew.gass@lw.com
    Brittany N. Lovejoy (SBN 286813)
      brittany.lovejoy@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

    Sarang V. Damle (*pro hac vice*)
      sy.damle@lw.com
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    Telephone: +1.202.637.2200

    Allison L. Stillman (*pro hac vice*)
      alli.stillman@lw.com
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*

---

[1] In addition, as Anthropic has explained in prior submissions and communications with the Court's courtroom deputy, to the extent the Court is not inclined to deny Plaintiffs' Renewed Motion on the papers, Anthropic believes an evidentiary hearing would provide the Court with a more robust, albeit still incomplete, record on the factual issues raised by Plaintiffs' motion.