**LATHAM & WATKINS LLP**
  Joseph R. Wetzel (SBN 238008)
   *joe.wetzel@lw.com*
  Andrew M. Gass (SBN 259694)
   *andrew.gass@lw.com*
  Brittany N. Lovejoy (SBN 286813)
   *brittany.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone: +1.415.391.0600

  Sarang V. Damle (*pro hac vice*)
   *sy.damle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

  Allison L. Stillman (*pro hac vice*)
   *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL <br><br> **DEFENDANT ANTHROPIC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH ANTHROPIC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURRESPONSE TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Eumi K. Lee |

Pursuant to Civil Local Rules ("L.R.") 7-11 and 79-5(f), and in accordance with the Stipulated Protective Order (ECF No. 62) entered in the United States District Court for the Middle District of Tennessee that both parties have agreed to abide by until this Court enters a protective order ("Stipulated Protective Order"), Defendant Anthropic respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") in connection with Anthropic's Administrative Motion for Leave to File Surresponse to Plaintiffs' Renewed Motion for Preliminary Injunction. Anthropic has reviewed and complied with L.R. 79-5(f).

The documents subject to this Motion (the "Sealed Documents") are:

| ECF No. | Document | Portion(s) to Seal | Reason for Sealing |
|---|---|---|---|
| ECF No. 250-2 | Peterson Declaration in Support of [Proposed] Surresponse | Highlighted portion at footnote 6 | Describes document designated by Plaintiffs as Highly Confidential – Attorneys' Eyes Only. |

As set forth above, the Sealed Documents contain a citation to and description of a document designated as "Highly Confidential – Attorneys' Eyes Only" by Plaintiffs pursuant to the Stipulated Protective Order. Anthropic does not have an interest in sealing the above information and takes no position on whether the information so designated is confidential or otherwise entitled to redaction, but submits this Motion in order to comply with the Stipulated Protective Order and L.R. 79-5(f). The Sealed Documents will be submitted provisionally under seal with this Motion, subject to Defendants' filing of a statement and/or declaration pursuant to L.R. 79-5(f)(3).

| | |
|---|---|
| Dated: October 7, 2024 | LATHAM & WATKINS LLP<br>Respectfully Submitted,<br><br>By: */s/ Brittany N. Lovejoy*<br><br>Joseph R. Wetzel (SBN 238008)<br>*joe.wetzel@lw.com*<br>Andrew M. Gass (SBN 259694)<br>*andrew.gass@lw.com*<br>Brittany N. Lovejoy (SBN 286813)<br>*brittany.lovejoy@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: +1.415.391.0600<br><br>Sarang V. Damle (*pro hac vice*)<br>*sy.damle@lw.com*<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: +1.202.637.2200<br><br>Allison L. Stillman (*pro hac vice*)<br>*alli.stillman@lw.com*<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: +1.212.906.1747<br><br>*Attorneys for Defendant Anthropic PBC* |