**LATHAM & WATKINS LLP**
   Joseph R. Wetzel (SBN 238008)
    *joe.wetzel@lw.com*
   Andrew M. Gass (SBN 259694)
    *andrew.gass@lw.com*
   Brittany N. Lovejoy (SBN 286813)
    *brittany.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

   Sarang V. Damle (*pro hac vice*)
    *sy.damle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

   Allison L. Stillman (*pro hac vice*)
    *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL <br><br> **[~~PROPOSED~~] ORDER GRANTING ANTHROPIC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURRESPONSE TO PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** <br><br> **\*\*AS MODIFIED\*\*** <br><br> Hon. Eumi K. Lee |

## [PROPOSED] ORDER

Having considered Anthropic's Administrative Motion for Leave to File Surresponse to Plaintiffs' Renewed Motion for Preliminary Injunction ("Administrative Motion"), and all evidence and argument submitted therewith, the Court GRANTS the Administrative Motion. Anthropic is hereby ORDERED to file its [Proposed] Surresponse and supporting declarations and exhibits by the end of the next business day following entry of this Order.

**IT IS SO ORDERED.**
The Court is not inclined to permit any further briefing or evidentiary submissions in connection with Plaintiffs' motion for preliminary injunction

Dated:   October 22,       2024

_____
THE HONORABLE EUMI K. LEE
United States District Judge