UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 24-cv-03811-EKL <br><br> **OMNIBUS SEALING ORDER** <br><br> Re: Dkt. Nos. 178, 212, 213, 230, 249, 250 |

In connection with Plaintiffs' currently pending motion for preliminary injunction, the parties have filed several administrative motions asking the Court to seal portions of the underlying documents. ECF Nos. 178, 212, 213, 230, 249, 250. Additionally, where applicable, the party whose confidential material is at issue has filed declarations or statements in support of sealing pursuant to Civil Local Rule 79-5(f)(3). ECF Nos. 202, 216, 240, 253. To address these motions efficiently and expeditiously, the Court orders the parties to file a joint consolidated sealing motion that contains:

1. A statement from each party in support of the party's request for sealing its own document or material that includes the information required to be provided to the Court identified in Civil Local Rule 79-5(c)(1). Where applicable, a party may cite to declarations previously filed that support the party's request to seal and need not re-file those declarations. *See* Civil L.R. 79-5(c)(2).

2. A summary chart identifying the documents and portions of documents proposed to be sealed and any objections. The chart shall include the following information:

| Document | Portion To Be Sealed | Basis for Sealing | Specific Objections |
|---|---|---|---|

3. The parties may reference previously filed, provisionally sealed, unredacted versions of

the documents showing proposed redactions (with highlighting), and they need not refile these documents.  However, to the extent there are no versions of a document reflecting the parties' current proposed redactions on the docket, such documents shall be filed as exhibits to this order, in both provisionally sealed unredacted form (with highlighting) and redacted form.  *See* Civil L.R. 79-5(e)(1), (2).

The parties shall file the joint consolidated sealing motion by November 1, 2024.  This order terminates ECF Nos. 178, 212, 213, 230, 249, and 250.

**IT IS SO ORDERED.**

Dated: October 24, 2024

Eumi K. Lee
United States District Judge