**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page]

**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
  *joe.wetzel@lw.com*
Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
Brittany N. Lovejoy (SBN 286813)
  *brittany.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle (*pro hac vice*)
  *sy.damle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

Allison L. Stillman (*pro hac vice*)
  *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL <br><br> **JOINT [PROPOSED] SCHEDULING ORDER** <br><br> Hon. Eumi K. Lee <br><br> **\*\*AS MODIFIED\*\*** |

Pursuant to the Court's October 24, 2024 Minute Entry (ECF No. 257), Plaintiffs and Defendant respectfully submit this Joint [Proposed] Scheduling Order and request that the Court enter the following case schedule:

| Event | Deadline |
|---|---|
| Motion to Amend or Add Parties | Dec. 2, 2024 |
| Final Case Management Conference | Feb. 26, 2025 |
| Initial ADR Deadline | Mar. 31, 2025 |
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Apr. 14, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | May 12, 2025 |
| Opposition Expert Reports | June 9, 2025 |
| Reply Expert Reports | July 7, 2025 |
| Depose All Expert Witnesses | Aug. 13, 2025 |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Oct. 15, 2025 |
| Hearing on Dispositive and/or *Daubert* Motions | Nov. 12, 2025 |
| Joint Pre-Trial Statement | Jan. 21, 2026 |
| Pre-Trial Conference | Feb. 4, 2026 |
| Trial Date | Mar. 4, 2026, or at the Court's convenience between Feb. 23 and Mar. 16, 2026 (with trial to conclude by Mar. 27, 2026) |

| | |
|---|---|
| Dated: October 31, 2024 | Respectfully Submitted, |
| By: /s/ Nicholas C. Hailey | By: /s/ Joseph R. Wetzel |
| **OPPENHEIM + ZEBRAK, LLP** | **LATHAM & WATKINS LLP** |
| Matthew J. Oppenheim | Joseph R. Wetzel (SBN 238008) |
| Nicholas C. Hailey | joe.wetzel@lw.com |
| Audrey L. Adu-Appiah | Andrew M. Gass (SBN 259694) |
| (admitted *pro hac vice*) | andrew.gass@lw.com |
| 4530 Wisconsin Ave., NW, 5th Floor | Brittany N. Lovejoy (SBN 286813) |
| Washington, DC 20016 | brittany.lovejoy@lw.com |
| Telephone: (202) 480-2999 | 505 Montgomery Street, Suite 2000 |
| matt@oandzlaw.com | San Francisco, California 94111 |
| nick@oandzlaw.com | Telephone: +1.415.391.0600 |
| aadu-appiah@oandzlaw.com | |
| | Sarang V. Damle |
| Jennifer Pariser | (admitted *pro hac vice*) |
| Andrew Guerra | sy.damle@lw.com |
| Timothy Chung | 555 Eleventh Street NW, Suite 1000 |
| (admitted *pro hac vice*) | Washington, DC 20004 |
| 461 5th Avenue, 19th Floor | Telephone: +1.202.637.2200 |
| New York, NY 10017 | |
| Telephone: (212) 951-1156 | Allison L. Stillman |
| jpariser@oandzlaw.com | (admitted *pro hac vice*) |
| andrew@oandzlaw.com | alli.stillman@lw.com |
| tchung@oandzlaw.com | 1271 Avenue of the Americas |
| | New York, New York 10020 |
| **COBLENTZ PATCH DUFFY & BASS LLP** | Telephone: +1.212.906.1747 |
| Jeffrey G. Knowles (SBN 129754) | |
| One Montgomery Street, Suite 3000 | *Attorneys for Defendant Anthropic PBC* |
| San Francisco, CA 94104 | |
| Telephone: (415) 391-4800 | |
| ef-jgk@cpdb.com | |
| | |
| **COWAN, LIEBOWITZ & LATMAN, P.C.** | |
| Richard S. Mandel | |
| Jonathan Z. King | |
| Richard Dannay | |
| (admitted *pro hac vice*) | |
| 114 West 47th Street | |
| New York, NY 10036-1525 | |
| Telephone: (212) 790-9200 | |
| rsm@cll.com | |
| jzk@cll.com | |
| rxd@cll.com | |
| | |
| *Attorneys for Plaintiffs* | |

**ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filings content and have authorized this filing.

Dated: October 31, 2024                                         /s/ Joseph R. Wetzel
                                                                Joseph R. Wetzel

**[~~PROPOSED~~] ORDER**

The Court HEREBY ENTERS the parties' Joint Proposed Scheduling Order and sets the case schedule as follows.

| Event | Deadline |
|---|---|
| Motion to Amend or Add Parties | Dec. 2, 2024 |
| Further Case Management Conference | Feb. 26, 2025 |
| Initial ADR Deadline | Mar. 31, 2025 |
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Apr. 14, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | May 12, 2025 |
| Opposition Expert Reports | June 9, 2025 |
| Reply Expert Reports | July 7, 2025 |
| Depose All Expert Witnesses | Aug. 13, 2025 |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Oct. 15, 2025 |
| Hearing on Dispositive and/or *Daubert* Motions | Nov. 12, 2025 |
| Joint Pre-Trial Statement | Jan. 21, 2026 |
| Pre-Trial Conference | Feb. 4, 2026 |
| Jury Trial Date | Mar. 2, 2026 |

**IT IS SO ORDERED.**

Dated: __November 7__, 2024

_____
THE HONORABLE EUMI K. LEE
United States District Judge