UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | Case No.  24-cv-03811-EKL   (SVK) |
| Plaintiffs, | |
| v. | **ORDER SETTING HEARING AND REQUESTING TUTORIAL** |
| ANTHROPIC PBC, | Re: Dkt. No. 245 |
| Defendant. | |

To assist the Court in its resolution of the pending discovery dispute (Dkt. 245), the Parties shall appear for a video hearing via Zoom on **November 21, 2024, at 10:00 a.m.**  The Parties should be prepared to discuss the relevant technology underlying the dispute, with such discussion not to exceed 10-15 minutes per side.  The Parties are encouraged to coordinate their remarks, and the Parties are not to engage in advocacy in discussing the technology.

**SO ORDERED.**

Dated: November 13, 2024

SUSAN VAN KEULEN
United States Magistrate Judge