**LATHAM & WATKINS LLP**
  Joseph R. Wetzel (SBN 238008)
   *joe.wetzel@lw.com*
  Andrew M. Gass (SBN 259694)
   *andrew.gass@lw.com*
  Brittany N. Lovejoy (SBN 286813)
   *brittany.lovejoy@lw.com*
  Ivana Dukanovic (SBN 312937)
   *ivana.dukanovic@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

  Sarang V. Damle (*pro hac vice*)
   *sy.damle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

  Allison L. Stillman (*pro hac vice*)
   *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**NOTICE OF ANTHROPIC PBC'S TECHNOLOGY TUTORIAL DEMONSTRATIVES**<br><br>District Judge: Hon. Eumi K. Lee<br>Magistrate Judge: Hon. Susan van Keulen |

Pursuant to the Court's Minute Entry requesting submission of PowerPoint presentations (ECF No. 265), Defendant Anthropic PBC hereby files the demonstrative exhibits it used at the technology tutorial held on November 21, 2024.

Dated: November 22, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Joseph R. Wetzel
    Joseph R. Wetzel (SBN 238008)
      *joe.wetzel@lw.com*
    Andrew M. Gass (SBN 259694)
      *andrew.gass@lw.com*
    Brittany N. Lovejoy (SBN 286813)
      *brittany.lovejoy@lw.com*
    Ivana Dukanovic (SBN 312937)
      *ivana.dukanovic@lw.com*
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

Sarang V. Damle (*pro hac vice*)
    *sy.damle@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman (*pro hac vice*)
    *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*