# ANTHROP\C

# Technology Tutorial

*Concord Music Group, Inc., et al., v. Anthropic PBC*
Case No.: 5:24-cv-03811-EKL-SVK

November 2024

# What Is Claude?

# What Is Claude?

Claude is a Large Language Model—a **general purpose**, **generative AI model** designed to respond like an intelligent human to user prompts.



# How Do Large Language Models Work?



Good evening, Sam

**S** what should I name my tabby cat?

Tiger, Stripes, Scout, or Oliver would suit a tabby nicely.

# Use Cases for Claude

### Software Developers

Draft and iterate code for straightforward tasks



### Writers

Ideate potential stories or situations



### Healthcare Professionals

Analyze medical records and interpret complex clinical data



### Lawyers

Analyze long legal transcripts and create summaries



# Claude refers to Anthropic's suite of commercially available models

- **Claude 1.0** was released on March 14, 2023

- **Claude 2.0** was released on July 11, 2023

- Plaintiffs' claims are directed at **Claude 1.0** and **Claude 2.0**

- **Claude 1.0** has since been deprecated and is no longer available to the public

- Anthropic has since continued to release more commercial models, totaling about 10 versions of Claude

# Claude.ai and the Claude API




# Pretraining

ANTHROP\C 8

# Pretraining an LLM: Data Are First Broken Into Tokens

- Tokens are the smallest unit a language model can understand
- LLMs cannot understand language without tokens

**Tokens**
50

**Characters**
204

Specifically, tokens are the segments of text that are fed into and generated by the machine learning model. These can be individual characters, whole words, parts of words, or even larger chunks of text.

TEXT    TOKEN IDS

# Pretraining an LLM: Vectorization



The model analyzes token sequences to **learn statistical relationships** between tokens and stores those relationships as "**weights.**"

ANTHROP\C

10

# Pretraining an LLM: Adjusting the Weights



# Pretraining an LLM: Mapping the Results



# Finetuning

ANTHROP\C                                                                    13

# After Pretraining, LLMs Are Finetuned

LLMs are next trained on smaller, specialized datasets to achieve **specific objectives** rather than **general ones**.

- **Supervised learning (SL)**: learning from examples of prior examples of good and bad output/response pairs.
- **Reinforcement learning (RL)**: learning through the use of rewards and penalties for generating good and bad responses



**Finetuning allows LLMs like Claude to:**

- Express a particular personality
- Perform specialized tasks
- Be clear, direct, and concise
- Respond to their model names
- Be useful and helpful
- Prioritize safety

ANTHROP\C

14

# Constitutional AI

- An approach to training AI systems where **ethical principles and behavioral guidelines are built in from the start**, rather than added later
    - Similar to how a constitution guides a government, the AI system has core principles, including **a principle against copyright infringement**, it's trained to follow to be truthful, helpful, and avoid harm
- The goal is to create **AI systems that reliably follow intended behaviors and values**, even in new situations they haven't encountered before
- It differs from traditional approaches as it **makes ethical behavior fundamental to how the AI thinks and operates**, rather than relying on external restrictions

# Guardrails

ANTHROP\C

16

# Claude Has Guardrails to Prevent Misuse



ANTHROP\C

17

