**LATHAM & WATKINS LLP**
  Joseph R. Wetzel (SBN 238008)
   joe.wetzel@lw.com
  Andrew M. Gass (SBN 259694)
   andrew.gass@lw.com
  Brittany N. Lovejoy (SBN 286813)
   brittany.lovejoy@lw.com
  Ivana Dukanovic (SBN 312937)
   ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

  Sarang V. Damle (*pro hac vice*)
   sy.damle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

  Allison L. Stillman (*pro hac vice*)
   alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

*Attorneys for Defendant Anthropic PBC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL <br><br> **DEFENDANT ANTHROPIC PBC'S LOCAL RULE 7-3(d) OBJECTION TO REPLY EVIDENCE RE: EVIDENCE SUBMITTED ON NOVEMBER 23, 2024** <br><br> Hon. Eumi K. Lee <br><br> Date: November 25, 2024 <br> Time: 1:30 p.m. <br> Courtroom: 7—4th Floor |

**OBJECTION TO REPLY EVIDENCE**

Pursuant to Northern District of California Civil Local Rule 7-3(d)(1), Anthropic submits this Objection to Reply Evidence concerning evidence Plaintiffs submitted on November 23, 2024, for use in the November 25, 2024 hearing on their Renewed Motion for Preliminary Injunction. Plaintiffs' demonstratives exchanged yesterday afternoon include new evidence of "greeting cards" featuring excerpts of Plaintiffs' song lyrics, which purportedly were generated earlier this month using a third-party application powered by Anthropic's Claude model. *See* Plaintiffs' Oral Argument Demonstratives ("Demonstratives") at 7-9. This is another belated effort to supplement the record for a motion they first brought more than a year ago. *See* Dkt. 241 at 1. The Court should reject Plaintiffs' improper attempt to add to the evidentiary record at this late stage.

On October 22, 2024, in granting Anthropic's motion for leave to file a surresponse, the Court explained it was "not inclined to permit any further . . . evidentiary submissions in connection with Plaintiffs' motion for preliminary injunction." Dkt. 255. Subsequently, at the October 24, 2024 conference, Plaintiffs argued that an evidentiary hearing on their Motion was not necessary because "the Court has a very ample record." Oct. 24, 2024 Tr. 8:12. The Court agreed, and ruled again that the record was closed to new evidence. *See id.* 9:21-23 ("At this point the record will be – will stand as it is.").

Yet when the parties exchanged hearing demonstratives on November 23, three of Plaintiffs' slides included several brand-new examples of what they allege is the "continued failure of [Claude's] guardrails." Demonstratives at 7. These examples were never presented in any of Plaintiffs' numerous submissions in connection with their preliminary injunction motion and should not be permitted now, particularly because Plaintiffs themselves insisted live testimony was not required for this hearing and so Anthropic's witnesses will have no opportunity to address this late-breaking evidence.

"Arguments and evidence presented for the first time at a hearing are routinely disregarded by courts in this District." *Loop AI Labs Inc. v. Gatti*, 2015 WL 14085123, at *1 n.1

(N.D. Cal. Apr. 23, 2015). Plaintiffs should not be permitted to flout the Court's order closing the evidentiary record on their long-pending motion. Anthropic respectfully requests that the Court strike Plaintiffs' slides 7 through 9 and decline to hear any argument relying on evidence not presented in Plaintiffs' briefing and declarations.

Dated: November 24, 2024            Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Joseph R. Wetzel
    Joseph R. Wetzel (SBN 238008)
      joe.wetzel@lw.com
    Andrew M. Gass (SBN 259694)
      andrew.gass@lw.com
    Brittany N. Lovejoy (SBN 286813)
      brittany.lovejoy@lw.com
    Ivana Dukanovic (SBN 312937)
      ivana.dukanovic@lw.com
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

    Sarang V. Damle (*pro hac vice*)
      sy.damle@lw.com
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    Telephone: +1.202.637.2200

    Allison L. Stillman (*pro hac vice*)
      alli.stillman@lw.com
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: +1.212.906.1747

    *Attorneys for Defendant Anthropic PBC*