| | |
|---|---|
| **OPPENHEIM + ZEBRAK, LLP**<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com<br><br>Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>(admitted *pro hac vice*)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com | **COBLENTZ PATCH DUFFY & BASS LLP**<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 391-4800<br>ef-jgk@cpdb.com<br><br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>  Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

1  Pursuant to Civil L.R. 7-3(d)(2), Plaintiffs respectfully request the Court's leave to submit
2  this Notice of Supplemental Authority regarding a judicial opinion relevant to Plaintiffs' pending
3  Motion for Preliminary Injunction, ECF No. 179.  *See* Ex. A, *Thomson Reuters Enterprise Centre*
4  *GmbH et al v. ROSS Intelligence Inc*., No. 1:20-cv-00613-SB, ECF No. 770 (D. Del. Feb. 11, 2025)
5  (addressing direct copyright infringement and fair use).

1  Dated: February 11, 2025				Respectfully submitted,

2								*/s/* Timothy Chung
3								**OPPENHEIM + ZEBRAK, LLP**
								Matthew J. Oppenheim
4								Nicholas C. Hailey
								Audrey L. Adu-Appiah
5								(admitted *pro hac vice*)
								4530 Wisconsin Ave., NW, 5th Floor
6								Washington, DC 20016
								Telephone: (202) 480-2999
7								matt@oandzlaw.com
								nick@oandzlaw.com
8								aadu-appiah@oandzlaw.com

9								Jennifer Pariser
10								Andrew Guerra
								Timothy Chung
11								(admitted *pro hac vice*)
								461 5th Avenue, 19th Floor
12								New York, NY 10017
								Telephone: (212) 951-1156
13								jpariser@oandzlaw.com,
								andrew@oandzlaw.com
14								tchung@oandzlaw.com

15
								**COBLENTZ PATCH DUFFY & BASS LLP**
16								Jeffrey G. Knowles (SBN 129754)
								One Montgomery Street, Suite 3000
17								San Francisco, CA 94104
								Telephone: (415) 391-4800
18								ef-jgk@cpdb.com

19								**COWAN, LIEBOWITZ & LATMAN, P.C.**
20								Richard S. Mandel
								Jonathan Z. King
21								Richard Dannay
								(admitted *pro hac vice*)
22								114 West 47th Street
								New York, NY 10036-1525
23								Telephone: (212) 790-9200
								rsm@cll.com
24								jzk@cll.com
								rxd@cll.com
25

26								*Attorneys for Plaintiffs*

27

28