1  **LATHAM & WATKINS LLP**
       Joseph R. Wetzel (SBN 238008)
2       *joe.wetzel@lw.com*
       Andrew M. Gass (SBN 259694)
3       *andrew.gass@lw.com*
       Brittany N. Lovejoy (SBN 286813)
4       *brittany.lovejoy@lw.com*
       Ivana Dukanovic (SBN 312937)
5       *ivana.dukanovic@lw.com*
   505 Montgomery Street, Suite 2000
6  San Francisco, California 94111
   Telephone: +1.415.391.0600
7

8  *Attorneys for Defendant Anthropic PBC*

9                **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10                    **SAN JOSE DIVISION**

11 CONCORD MUSIC GROUP, INC., ET AL.,

12        *Plaintiffs*,
                                        Case No. 5:24-cv-03811-EKL-SVK
13 v.

14                                      **DEFENDANT ANTHROPIC PBC'S**
                                        **OPPOSITION TO PLAINTIFFS'**
15 ANTHROPIC PBC,                       **MOTION FOR LEAVE TO FILE**
                                        **NOTICE OF SUPPLEMENTAL**
16        *Defendant*.                  **AUTHORITY (DKT. 295)**

17                                      Judge Eumi K. Lee
                                        Magistrate Judge Susan van Keulen
18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF.'S OPP. TO PLS.' MOT. FOR LEAVE TO FILE
NOTICE OF SUPP. AUTH.
CASE NO. 5:24-cv-03811-EKL-SVK

1   Defendant Anthropic PBC objects to Plaintiffs' Motion for Leave to File Notice of

2   Supplemental Authority (Dkt. 295) "[p]ursuant to Civil L.R. 7-3(d)(2)" on the ground that it is

3   untimely.   L.R. 7-3(d)(2) (providing for Statement of Recent Decision "[b]efore the noticed

4   hearing date"). The decision is also irrelevant based on its express text.  *See* Dkt. 295-1 at 17, 19

5   ("It is undisputed that Ross's AI is not generative AI" and "Because the AI landscape is changing

6   rapidly, I note for readers that only non-generative AI is before me today.").  For these reasons,

7   Plaintiffs' Motion for Leave should be denied.  *See Cobarruviaz v. Maplebear, Inc.*, 143 F. Supp.

8   3d 930, 943 n.5 (N.D. Cal. 2015) (denying post-hearing leave and explaining that it "should be

9   exercised sparingly," balancing a decision's relevance and whether it is "controlling, persuasive

10  on an important issue, or cumulative of cases already submitted").

11

12       Dated: February 11, 2025

13

14                                    LATHAM & WATKINS LLP

15  By */s/ Joseph R. Wetzel*
        Joseph R. Wetzel (SBN 238008)
16          *joe.wetzel@lw.com*
        Andrew M. Gass (SBN 259694)
17          *andrew.gass@lw.com*
        Brittany N. Lovejoy (SBN 286813)
18          *brittany.lovejoy@lw.com*
        Ivana Dukanovic (SBN 312937)
19          *ivana.dukanovic@lw.com*
        505 Montgomery Street, Suite 2000
20      San Francisco, California 94111
        Telephone: +1.415.391.0600

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sarang V. Damle (*pro hac vice*)
  sy.damle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman (*pro hac vice*)
  alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
  rachel.horn@lw.com
140 Scott Drive
Menlo Park, California  94025
Telephone: +1.650.328.4600

*Attorneys for Defendant Anthropic PBC*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEF.'S OPP. TO PLS.' MOT. FOR LEAVE TO FILE
NOTICE OF SUPP. AUTH.
CASE NO. 5:24-cv-03811-EKL-SVK