**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** <br><br> **CIV. L. R. 6-1, 6-2, 7-12** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal Music – MGB NA LLC; Polygram Publishing, Inc.; Universal Music – Z Tunes LLC; and ABKCO Music, Inc. and Defendant Anthropic PBC (collectively, the "Parties"), having met and conferred, hereby respectfully submit this joint stipulation and proposed order to extend the fact discovery deadline and subsequent case deadlines for both Parties as outlined below. In support of this joint stipulation and proposed order, the Parties state as follows:

WHEREAS, on November 7, 2024, the Court issued a Joint Scheduling Order, ECF No. 262 (the "Order"), which set various deadlines for discovery;

WHEREAS, under the current schedule, the close of fact discovery is set for April 14, 2025, and the current deadlines for expert discovery, dispositive motions, *Daubert* motions, and trial are set thereafter;

WHEREAS, the Parties are currently engaged in fact discovery in accordance with the case schedule deadlines, and have each begun to make rolling productions of documents in response to discovery requests, but document discovery remains ongoing, and significant documents remain to be produced in response to outstanding requests; the Parties continue to negotiate with respect to the scope of outstanding discovery and to raise certain discovery disputes before Magistrate Judge van Keulen when at an impasse; and no fact depositions have yet been noticed or scheduled;

WHEREAS, the significant demands of the case, the number and nature of the claims and defenses at issue, and the novel nature of certain issues raised will require additional time for the Parties to complete fact discovery;

WHEREAS, the Parties agree and stipulate that there is good cause to extend the current case deadlines by approximately five months in order to complete fact discovery;

WHEREAS, the Parties propose no changes to the substance or sequence of the discovery specified in the Order;

WHEREAS, Civil Local Rule 6-1(b) permits parties to file a stipulation seeking a court order modifying the Order's case deadlines;

WHEREAS, along with this Joint Stipulation and Proposed Order, counsel for Plaintiffs will file a declaration in compliance with Local Civil Rule 6-2;

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, that the case deadlines specified by the Order are extended as reflected in the following table.

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Initial ADR Deadline | Mar. 31, 2025 | June 30, 2025 |
| Substantial Completion of Document Production for Discovery for Which Each Party Has Agreed as of Mar. 5, 2025 | N/A | Apr. 23, 2025 |
| Substantial Completion of Remaining Document Productions | N/A | July 14, 2025 |
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Apr. 14, 2025 | Sept. 11, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | May 12, 2025 | Oct. 13, 2025 |
| Opposition Expert Reports | June 9, 2025 | Nov. 6, 2025 |
| Reply Expert Reports | July 7, 2025 | Dec. 5, 2025 |
| Depose All Expert Witnesses | Aug. 13, 2025 | Jan. 26, 2026 |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Oct. 15, 2025 | Mar. 30, 2026 |
| Hearing on Dispositive and/or *Daubert* Motions | Nov. 12, 2025 | Apr. 23, 2026 |
| Joint Pre-Trial Statement | Jan. 21, 2026 | July 2, 2026 |
| Pre-Trial Conference | Feb. 4, 2026 | July 15, 2026 |
| Trial Date | Mar. 2, 2026 | At the Court's convenience |

Dated: March 10, 2025

By: */s/ Audrey L. Adu-Appiah*
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By: */s/ Joseph R. Wetzel*
**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
joe.wetzel@lw.com
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Brittany N. Lovejoy (SBN 286813)
brittany.lovejoy@lw.com
Ivana Dukanovic (SBN 312937)
ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle
(admitted *pro hac vice*)
sy.damle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman
(admitted *pro hac vice*)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant Anthropic PBC*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Dated: March 10, 2025                              */s/ Audrey L. Adu-Appiah*
                                                                    Audrey L. Adu-Appiah

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and Proposed Order to Extend Case Deadlines and for good cause, the Court hereby modifies the case schedule as follows.

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Initial ADR Deadline | Mar. 31, 2025 | June 30, 2025 |
| Substantial Completion of Document Production for Discovery for Which Each Party Has Agreed as of Mar. 5, 2025 | N/A | Apr. 23, 2025 |
| Substantial Completion of Remaining Document Productions | N/A | July 14, 2025 |
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Apr. 14, 2025 | Sept. 11, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | May 12, 2025 | Oct. 13, 2025 |
| Opposition Expert Reports | June 9, 2025 | Nov. 6, 2025 |
| Reply Expert Reports | July 7, 2025 | Dec. 5, 2025 |
| Depose All Expert Witnesses | Aug. 13, 2025 | Jan. 26, 2026 |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Oct. 15, 2025 | Mar. 30, 2026 |
| Hearing on Dispositive and/or *Daubert* Motions | Nov. 12, 2025 | Apr. 23, 2026 |
| Joint Pre-Trial Statement | Jan. 21, 2026 | July 2, 2026 |
| Pre-Trial Conference | Feb. 4, 2026 | July 15, 2026 |
| Trial Date | Mar. 2, 2026 | At the Court's convenience |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
THE HONORABLE EUMI K. LEE
United States District Judge