| | |
|---|---|
| **OPPENHEIM + ZEBRAK, LLP**<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com<br><br>Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>(admitted *pro hac vice*)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com | **COBLENTZ PATCH DUFFY & BASS LLP**<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 391-4800<br>ef-jgk@cpdb.com<br><br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>  Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs ("Publishers") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Parties' Joint Discovery Dispute Statement Regarding Anthropic User Information Associated with Claude Prompts and Output (the "Joint Statement").

1  Defendant Anthropic PBC ("Anthropic") has requested that Publishers file the following
2  portions of the Joint Statement under seal as containing confidential and/or highly confidential
3  information:

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| ECF No. 309-2 | Joint Statement | Highlighted portions at p. 10. | |

Publishers do not take any position on whether the information so designated is confidential and/or highly confidential or entitled to sealing or redaction. Publishers bring this motion for the purpose of complying with the Parties' Stipulated Protective Order entered in this case, ECF No. 293, and the Civil Local Rules of this District. Accordingly, the Joint Statement will be submitted provisionally under seal or redacted with this Administrative Motion, subject to Anthropic's filing of a statement and/or declaration pursuant to Civil L.R. 79-5(f)(3).

| | |
|---|---|
| Dated: March 14, 2025 | Respectfully submitted, |
| | */s/ Timothy Chung* |
| | **OPPENHEIM + ZEBRAK, LLP** |
| | Matthew J. Oppenheim |
| | Nicholas C. Hailey |
| | Audrey L. Adu-Appiah |
| | (admitted *pro hac vice*) |
| | 4530 Wisconsin Ave., NW, 5th Floor |
| | Washington, DC 20016 |
| | Telephone: (202) 480-2999 |
| | matt@oandzlaw.com |
| | nick@oandzlaw.com |
| | aadu-appiah@oandzlaw.com |
| | |
| | Jennifer Pariser |
| | Andrew Guerra |
| | Timothy Chung |
| | (admitted *pro hac vice*) |
| | 461 5th Avenue, 19th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 951-1156 |
| | jpariser@oandzlaw.com |
| | andrew@oandzlaw.com |
| | tchung@oandzlaw.com |
| | |
| | **COBLENTZ PATCH DUFFY & BASS LLP** |
| | Jeffrey G. Knowles (SBN 129754) |
| | One Montgomery Street, Suite 3000 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 772-5795 |
| | jknowles@coblentzlaw.com |
| | |
| | **COWAN, LIEBOWITZ & LATMAN, P.C.** |
| | Richard S. Mandel |
| | Jonathan Z. King |
| | Richard Dannay |
| | (admitted *pro hac vice*) |
| | 114 West 47th Street |
| | New York, NY 10036-1525 |
| | Telephone: (212) 790-9200 |
| | rsm@cll.com |
| | jzk@cll.com |
| | rxd@cll.com |
| | |
| | *Attorneys for Plaintiffs* |