UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 24-cv-03811-EKL (SVK) <br><br> **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Re: Dkt. Nos. 301, 309 <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Before the Court are Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed pursuant to Civil L.R. 79-5(f) in connection with: (1) the Parties' Joint Discovery Dispute Statement Regarding Anthropic's Searches and Production of Claude Prompts and Output (Dkt. 301) and (2) the Parties' Joint Discovery Dispute Statement Regarding Anthropic User Information Associated with Claude Prompts and Output (Dkt. 309).

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). For records attached to motions that are "not related, or only tangentially related, to the merits of the case," such as "a discovery motion unrelated to the merits of the case," a party seeking to seal court records must demonstrate "good cause." *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016); *see also Kamakana*, 447 F.3d at 1179. A party moving to seal court records must also comply with the procedures established by Civil L.R. 79-5. For a

Motion to Consider Whether Another Party's Material Should Be Sealed, the designating party must file a supporting statement and/or declaration within 7 days. Civil. L.R. 79-5(f)(3).

Defendant has filed such declarations in this case. *See* Dkts. 308, 317. Having considered Defendant's declarations, and for good cause shown, the Court **GRANTS** Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should be Sealed. The chart below reflects the Court's decision as to each document proposed to be sealed.

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| ECF No. 301-2 | Joint Statement | Highlighted portions at pp. 6-7, 10. | GRANTED |
| ECF No. 309-2 | Joint Statement | Highlighted portions at p. 10 | GRANTED |

**SO ORDERED.**

Dated: March 25, 2025

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE