UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Concord Music Group, Inc., et al.,

Plaintiff,

v.

Anthropic PBC,

Defendant.

Case No. 5:24-cv-03811-EKL

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Anthropic PBC                    , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Joseph R. Wetzel, Andrew M. Gass, Brittany N. Lovejoy, Ivana Dukanovic, Sarang V. Damle, Allison L. Stillman, Rachel Horn, Sara E. Sampoli of Latham & Watkins LLP (already appearing on the case docket as counsel of record for Anthropic PBC)

Name(s) of counsel withdrawing from representation and firm name:

Aubrey B. Harwell, III, Nathan C. Sanders, Olivia Rose Arboneaux of Neal & Harwell, PLC

Date: 03/28/2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____        _____
                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California