[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT DISCOVERY SUBMISSION REGARDING SAMPLING**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, and the Magistrate Judge van Keulen's Order Resolving Discovery Disputes, ECF No. 318, Plaintiffs and Defendant, having met and conferred, hereby respectfully submit this joint stipulation and proposed order to extend Magistrate Judge van Keulen's April 4, 2025 deadline to submit a Joint Discovery Submission regarding a proposed sampling protocol by **ten (10) days to April 14, 2025.**

Pursuant to the Order Resolving Discovery Disputes, ECF No. 318, the Parties have been engaged in good faith discussions regarding development of a sampling protocol.  The Parties have made progress in these discussions, but require additional time to resolve outstanding issues.  Since the Parties have a good faith belief that they may reach agreement on these issues, the Parties agree and stipulate that there is good cause to modestly extend the deadline to submit a Joint Discovery Submission.

In accordance with Civil L.R. 6-2(a), the Parties also submit the accompanying declaration of Timothy Chung in support thereof.

| | |
|---|---|
| Dated: April 4, 2025 | Respectfully Submitted, |
| By: */s/ Timothy Chung* | By: */s/ Sarang V. Damle* |
| **OPPENHEIM + ZEBRAK, LLP** | **LATHAM & WATKINS LLP** |
| Matthew J. Oppenheim | Joseph R. Wetzel (SBN 238008) |
| Nicholas C. Hailey | joe.wetzel@lw.com |
| Audrey L. Adu-Appiah | Andrew M. Gass (SBN 259694) |
| (admitted *pro hac vice*) | andrew.gass@lw.com |
| 4530 Wisconsin Ave., NW, 5th Floor | Brittany N. Lovejoy (SBN 286813) |
| Washington, DC 20016 | brittany.lovejoy@lw.com |
| Telephone: (202) 480-2999 | Ivana Dukanovic (SBN 312937) |
| matt@oandzlaw.com | ivana.dukanovic@lw.com |
| nick@oandzlaw.com | 505 Montgomery Street, Suite 2000 |
| aadu-appiah@oandzlaw.com | San Francisco, California 94111 |
| | Telephone: +1.415.391.0600 |
| Jennifer Pariser | |
| Andrew Guerra | Sarang V. Damle |
| Timothy Chung | (admitted *pro hac vice*) |
| (admitted *pro hac vice*) | sy.damle@lw.com |
| 461 5th Avenue, 19th Floor | 555 Eleventh Street NW, Suite 1000 |
| New York, NY 10017 | Washington, DC 20004 |
| Telephone: (212) 951-1156 | Telephone: +1.202.637.2200 |
| jpariser@oandzlaw.com | |
| andrew@oandzlaw.com | Allison L. Stillman |
| tchung@oandzlaw.com | (admitted *pro hac vice*) |
| | alli.stillman@lw.com |
| **COBLENTZ PATCH DUFFY & BASS LLP** | 1271 Avenue of the Americas |
| Jeffrey G. Knowles (SBN 129754) | New York, New York 10020 |
| One Montgomery Street, Suite 3000 | Telephone: +1.212.906.1747 |
| San Francisco, CA 94104 | |
| Telephone: (415) 391-4800 | Rachel Horn (SBN 335737) |
| ef-jgk@cpdb.com | rachel.horn@lw.com |
| | 140 Scott Drive |
| **COWAN, LIEBOWITZ & LATMAN, P.C.** | Menlo Park, California 94025 |
| Richard S. Mandel | Telephone: +1.650.328.4600 |
| Jonathan Z. King | |
| Richard Dannay | *Attorneys for Defendant Anthropic PBC* |
| (admitted *pro hac vice*) | |
| 114 West 47th Street | |
| New York, NY 10036-1525 | |
| Telephone: (212) 790-9200 | |
| rsm@cll.com | |
| jzk@cll.com | |
| rxd@cll.com | |
| | |
| *Attorneys for Plaintiffs* | |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Dated: April 4, 2025                             /s/ Timothy Chung
                                                 Timothy Chung

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and for good cause, the Court hereby continues the deadline to submit a Joint Discovery Submission in connection with the Court's Order Resolving Discovery Disputes, ECF No. 318, to April 14, 2025.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge