UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>ANTHROPIC PBC,<br><br>　　　　Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>[PROPOSED] ORDER TO EXTEND JOINT DISCOVERY SUBMISSION REGARDING SAMPLING<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

　　　Pursuant to the Parties' stipulation and for good cause, the Court hereby continues the deadline to submit a Joint Discovery Submission in connection with the Court's Order Resolving Discovery Disputes, ECF No. 318, to April 14, 2025.

　　　**IT IS SO ORDERED.**

Dated: April 4, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge