[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> **UPDATED JOINT CASE MANAGEMENT STATEMENT** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Pursuant to Fed. R. Civ. P. 16, Civil L.R. 16-9, the Standing Order for All Judges of the Northern District of California, this Court's Standing Order for Civil Cases, and the Clerk's March 5, 2025 notice (ECF No. 300), counsel for the Parties in the above-captioned case hereby submit this Updated Joint Case Management Statement in advance of the Case Management Conference on April 23, 2025.[1]

**4. MOTIONS**

    a. **Prior and Pending Motions (filed since February 26, 2025)**

| Movant | Motion | Date Filed | Status |
|---|---|---|---|
| Publishers | Admin. Motion to Consider Whether Another Party's Material Should Be Sealed | Mar. 3, 2025 (ECF No. 301) | Granted (ECF No. 319) |
| Publishers | Joint Discovery Dispute Statement Regarding Anthropic's Searches and Production of Claude Prompts and Output | Mar. 3, 2025 (ECF No. 302) | Resolved (ECF No. 318) by Magistrate Judge van Keulen |
| Parties | Stipulation with Proposed Order to Extend Case Deadlines | Mar. 10, 2025 (ECF No. 304) | Granted, as modified (ECF No. 305) |
| Publishers | Admin. Motion to Consider Whether | Mar. 14, 2025 (ECF No. 309) | Granted (ECF No. 319) |

---

[1] Consistent with the Clerk's Notice Resetting Case Management Conference, ECF No. 300, the Parties have not included herein matters discussed in the prior submitted Joint Case Management Statement, ECF No. 299.

Case No. 5:24-cv-03811-EKL-SVK
UPDATED JOINT CASE MANAGEMENT STATEMENT

|  | Another Party's Material Should Be Sealed |  |  |
|---|---|---|---|
| Publishers | Joint Discovery Dispute Statement Regarding Anthropic User Information Associated with Claude Prompts and Output | Mar. 14, 2025 (ECF No. 310) | Resolved (ECF No. 318) by Magistrate Judge van Keulen |
| Anthropic | Motion to Substitute Attorney | Mar. 28, 2025 (ECF No. 323) | Granted (ECF No. 324) |
| Parties | Stipulation with Proposed Order to Extend Joint Discovery Submission Regarding Sampling Deadline | Apr. 4, 2025 (ECF No. 325) | Granted (ECF No. 326) |

## 5. AMENDMENT OF PLEADINGS

On March 26, 2025, the Court granted Anthropic's motion to dismiss Publishers' non-direct infringement claims with leave to amend. ECF No. 322. Publishers intend to amend their Complaint by April 25, 2025, per the Court's order. Anthropic's response is due 14 days from Plaintiffs' filing of the Amended Complaint consistent with Federal Rule of Civil Procedure 15(a)(3).

## 8. DISCOVERY

The Court granted the Parties' Joint Stipulation and [Proposed] Order to Extend Case Deadlines on March 10, 2025, ECF No. 305, which extended the fact discovery deadline to September 11, 2025.

**Stipulations and Protocols.** The Parties have been engaged in discussions regarding a stipulated protocol concerning the inspection of Anthropic's training data and source code, and expect to file the proposed protocol shortly.

**Discovery Disputes.** Magistrate Judge van Keulen has addressed certain discovery disputes regarding (1) Publishers' requests for production to Anthropic regarding Claude prompts and output relating to song lyrics and (2) Publishers' requests for production regarding Claude users names and email information. *See* ECF Nos. 302, 306, 310, 318. Additionally, pursuant to Magistrate Judge van Keulen's Order Resolving Discovery Disputes, ECF No. 318, the Parties are engaged in discussions to develop a sampling protocol of Claude prompt and output records. The

Parties have discussed additional discovery issues and will file joint dispute statements on ripe issues, including one such statement that will be filed later today, before Magistrate Judge van Keulen as necessary.

**12. SETTLEMENT AND ADR**

Pursuant to the Parties' stipulation to extend case deadlines, the Court granted an extension to the ADR deadline to June 30, 2025. ECF No. 305.

**13. SCHEDULE**

The Court entered the Parties' proposed extended case schedule, as modified, on March 10, 2025. ECF No. 305.

**14. TRIAL**

Publishers have requested a trial by jury on all claims. Trial is currently scheduled on August 17, 2026. The Parties anticipate trial will last approximately **ten (10) days**.

**20. CASE SUMMARY (since February 26, 2025)**

    **b. Summary of Claims**

Publishers filed their Complaint on October 18, 2023, asserting the following claims: Count I—Direct Copyright Infringement; Count II—Contributory Infringement; Count III—Vicarious Infringement; Count IV—Removal or Alteration of Copyright Management Information. On March 26, 2025 the Court granted Anthropic's motion to dismiss Publishers' non-direct infringement claims and granted Publishers' leave to amend, ECF No. 322. Publishers intend to amend their Complaint, as stated *supra*. Anthropic has not yet filed an Answer in this litigation.

    **c. Procedural History**

The Court denied without prejudice Publishers' preliminary injunction motion on March 25, 2025 (ECF No. 321), and granted Anthropic's motion to dismiss Publishers' non-direct infringement claims with leave to amend on March 26, 2025 (ECF No. 322).

Dated: April 9, 2025

By: */s/ Timothy Chung*

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Respectfully submitted,

By: */s/ Joseph R. Wetzel*

**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
joe.wetzel@lw.com
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Brittany N. Lovejoy (SBN 286813)
britt.lovejoy@lw.com
Ivana Dukanovic
ivana.dukanovic@lw.com (SBN 312937)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle
(admitted *pro hac vice*)
sy.damle@lw.com
Sara Sampoli (SBN 344505)
sara.sampoli@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman
(admitted *pro hac vice*)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document was obtained from all other signatories of this document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2025                                      */s/ Timothy Chung*
                                                                       Timothy Chung