[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT DISCOVERY SUBMISSION REGARDING SAMPLING** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Pursuant to Civil L.R. 6-1, 6-2, and 7-12, and the Magistrate Judge van Keulen's Order Resolving Discovery Disputes, ECF No. 318, Plaintiffs and Defendant, having met and conferred, hereby respectfully submit this joint stipulation and proposed order to extend Magistrate Judge van Keulen's April 14, 2025 deadline to submit a Joint Discovery Submission regarding a proposed sampling protocol by **sixteen (16) days to April 30, 2025**.

Pursuant to the Order Resolving Discovery Disputes, ECF No. 318, the Parties have continued to engage in good faith discussions regarding development of a sampling protocol. The Parties have made progress in these discussions, including as recently as the day of this filing, but require additional time to resolve outstanding issues. Since the Parties have a good faith belief that they may reach agreement on these issues, the Parties agree and stipulate that there is good cause to modestly extend the deadline to submit a Joint Discovery Submission, if necessary.

In accordance with Civil L.R. 6-2(a), the Parties also submit the accompanying declaration of Timothy Chung in support thereof.

Dated: April 14, 2025

By: */s/ Timothy Chung*
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By: */s/ Sarang V. Damle*
**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
joe.wetzel@lw.com
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Brittany N. Lovejoy (SBN 286813)
brittany.lovejoy@lw.com
Ivana Dukanovic (SBN 312937)
ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle
(admitted *pro hac vice*)
sy.damle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman
(admitted *pro hac vice*)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant Anthropic PBC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Dated: April 14, 2025                             /s/ Timothy Chung
                                                             Timothy Chung

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and for good cause, the Court hereby continues the deadline to submit a Joint Discovery Submission in connection with the Court's Order Resolving Discovery Disputes, ECF No. 318, to April 30, 2025.

**IT IS SO ORDERED.**

Dated: April 16, 2025

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge