[Counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ANTHROPIC PBC,<br><br>　　Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE EXHIBIT A TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civil L.R. 7-12, the Court's guidance at the April 23, 2025 Case Management Conference, the Court's Order following that Case Management Conference (ECF No. 331), and Judge Lee's Standing Order, Plaintiffs and Defendant, having met and conferred, hereby respectfully submit this joint stipulation and proposed order permitting Plaintiffs to make the following revisions to Exhibit A to Plaintiffs' forthcoming First Amended Complaint, upon Defendant's consent, without separately seeking the Court's leave: (a) updating Plaintiff-Owner of work-in-suit "Baby Baby" from Universal Music – Z Tunes LLC to Capitol CMG, Inc., and (b) removing work-in-suit "Girls Just Wanna Have Fun" from Exhibit A.

1

Case No. 5:24-cv-03811-EKL-SVK
JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE
EXHIBIT A TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Dated: April 25, 2025

By: */s/ Timothy Chung*
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By: */s/ Joseph R. Wetzel*
**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
joe.wetzel@lw.com
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Brittany N. Lovejoy (SBN 286813)
brittany.lovejoy@lw.com
Ivana Dukanovic (SBN 312937)
ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle
(admitted *pro hac vice*)
sy.damle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman
(admitted *pro hac vice*)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant Anthropic PBC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Dated: April 25, 2025                                    /s/ Timothy Chung
                                                         Timothy Chung

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, and upon consent of Defendant, the Court hereby permits Plaintiffs to revise Exhibit A of Plaintiffs' First Amended Complaint to (a) update Plaintiff-Owner of work-in-suit "Baby Baby" from Universal Music – Z Tunes LLC to Capitol CMG, Inc., and (b) remove work-in-suit "Girls Just Wanna Have Fun" from Exhibit A.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE