**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> **[PROPOSED] ORDER TO REVISE EXHIBIT A TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> Judge. Eumi K. Lee <br> Magistrate Judge Susan Van Keulen |

Pursuant to the Parties' stipulation, and upon consent of Defendant, the Court hereby permits Plaintiffs to revise Exhibit A of Plaintiffs' First Amended Complaint to (a) update Plaintiff-Owner of work-in-suit "Baby Baby" from Universal Music – Z Tunes LLC to Capitol CMG, Inc., and (b) remove work-in-suit "Girls Just Wanna Have Fun" from Exhibit A.

**IT IS SO ORDERED.**

Dated: April 25, 2025

_____
THE HONORABLE EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE