
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs ("Publishers") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Parties' Joint Discovery Dispute Statement Regarding Publishers' Challenges to Anthropic's Confidentiality Designations (the "Joint Statement").


Defendant Anthropic PBC ("Anthropic") has taken the position that the information discussed in the following portions of the Joint Statement should be filed under seal as containing "Highly Confidential—Attorneys' Eyes Only" information:

| ECF No. | Document | Portion(s) to Seal |
|---|---|---|
| ECF No. 344-2 | Joint Statement | Highlighted portions at pp. 2–7; 10. |

Publishers do not believe the portions of the Joint Statement listed above constitute "Highly Confidential—Attorneys' Eyes Only" information or warrant sealing, including for the reasons described in the Joint Statement, and Publishers intend to oppose Anthropic's sealing request. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see also* Civ. L. R. 79-5(a). Nevertheless, given the position Anthropic has taken, Publishers are required to bring this motion to comply with the Parties' Stipulated Protective Order entered in this case, ECF No. 293, and the Civil Local Rules of this District. Accordingly, the Joint Statement will be submitted provisionally under seal or redacted with this Administrative Motion, subject to Anthropic's filing of a statement and/or declaration pursuant to Civ. L.R. 79-5(f)(3), and Publishers' filing of a response in opposition to sealing pursuant to Civ. L. R. 79-5(f)(4).

| | |
|---|---|
| Dated: May 5, 2025 | Respectfully submitted, |
| | */s/ Timothy Chung* |
| | **OPPENHEIM + ZEBRAK, LLP** |
| | Matthew J. Oppenheim |
| | Nicholas C. Hailey |
| | Audrey L. Adu-Appiah |
| | (admitted *pro hac vice*) |
| | 4530 Wisconsin Ave., NW, 5th Floor |
| | Washington, DC 20016 |
| | Telephone: (202) 480-2999 |
| | matt@oandzlaw.com |
| | nick@oandzlaw.com |
| | aadu-appiah@oandzlaw.com |
| | |
| | Jennifer Pariser |
| | Andrew Guerra |
| | Timothy Chung |
| | (admitted *pro hac vice*) |
| | 461 5th Avenue, 19th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 951-1156 |
| | jpariser@oandzlaw.com |
| | andrew@oandzlaw.com |
| | tchung@oandzlaw.com |
| | |
| | **COBLENTZ PATCH DUFFY & BASS LLP** |
| | Jeffrey G. Knowles (SBN 129754) |
| | One Montgomery Street, Suite 3000 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 772-5795 |
| | jknowles@coblentzlaw.com |
| | |
| | **COWAN, LIEBOWITZ & LATMAN, P.C.** |
| | Richard S. Mandel |
| | Jonathan Z. King |
| | Richard Dannay |
| | (admitted *pro hac vice*) |
| | 114 West 47th Street |
| | New York, NY 10036-1525 |
| | Telephone: (212) 790-9200 |
| | rsm@cll.com |
| | jzk@cll.com |
| | rxd@cll.com |
| | |
| | *Attorneys for Plaintiffs* |