| | |
|---|---|
| **OPPENHEIM + ZEBRAK, LLP**<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>aadu-appiah@oandzlaw.com<br><br>Jennifer Pariser<br>Andrew Guerra<br>Timothy Chung<br>(admitted *pro hac vice*)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>tchung@oandzlaw.com | **COBLENTZ PATCH DUFFY & BASS LLP**<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 391-4800<br>ef-jgk@cpdb.com<br><br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civ. L. R. 7-11, Plaintiffs ("Publishers") respectfully move the Court to issue an order removing the Declaration of Kristofer Buchan in Support of Publishers' Statement in Joint Discovery Submission Regarding Dispute as to Sampling Protocol to Address Publishers' RFP Nos. 50–51 (the "Declaration"), ECF No. 341-1, from the public docket in this matter.

On Wednesday, May 7, 2025, at approximately 4:31 PM Pacific Time, counsel for Defendant Anthropic PBC ("Anthropic") notified counsel for Publishers by email that the as-filed Declaration, ECF No. 341-1, on the public docket reflected information designated by Anthropic as "Highly Confidential—Attorneys' Eyes Only" under the Protective Order, ECF No. 293. Upon receiving notice, counsel for Publishers promptly contacted the relevant Docket Correction email address and attempted to contact the ECF HelpDesk by telephone for expedited assistance in temporarily blocking access to the as-filed Declaration. Due to the ECF HelpDesk being closed at the time, Publishers were unable to receive expedited assistance from the ECF HelpDesk.

Pursuant to Court procedures, Civ. L.R. 7-11, and Civ. L.R. 79-5(f), Publishers will promptly file a redacted version of the Declaration on the public docket and an updated Administrative Motion to Consider Whether Another Party's Material Should Be Sealed with a provisionally-sealed version of the Declaration. Accordingly, Publishers respectfully request that the Court permanently remove the incorrectly-filed Declaration, ECF No. 341-1, from the public docket and ECF.

| | |
|---|---|
| Dated: May 7, 2025 | Respectfully submitted, |
| | */s/ Timothy Chung* |
| | **OPPENHEIM + ZEBRAK, LLP** |
| | Matthew J. Oppenheim |
| | Nicholas C. Hailey |
| | Audrey L. Adu-Appiah |
| | (admitted *pro hac vice*) |
| | 4530 Wisconsin Ave., NW, 5th Floor |
| | Washington, DC 20016 |
| | Telephone: (202) 480-2999 |
| | matt@oandzlaw.com |
| | nick@oandzlaw.com |
| | aadu-appiah@oandzlaw.com |
| | |
| | Jennifer Pariser |
| | Andrew Guerra |
| | Timothy Chung |
| | (admitted *pro hac vice*) |
| | 461 5th Avenue, 19th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 951-1156 |
| | jpariser@oandzlaw.com, |
| | andrew@oandzlaw.com |
| | tchung@oandzlaw.com |
| | |
| | **COBLENTZ PATCH DUFFY & BASS LLP** |
| | Jeffrey G. Knowles (SBN 129754) |
| | One Montgomery Street, Suite 3000 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 391-4800 |
| | ef-jgk@cpdb.com |
| | |
| | **COWAN, LIEBOWITZ & LATMAN, P.C.** |
| | Richard S. Mandel |
| | Jonathan Z. King |
| | Richard Dannay |
| | (admitted *pro hac vice*) |
| | 114 West 47th Street |
| | New York, NY 10036-1525 |
| | Telephone: (212) 790-9200 |
| | rsm@cll.com |
| | jzk@cll.com |
| | rxd@cll.com |
| | |
| | *Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTHROPIC PBC,<br><br>  Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**[PROPOSED] ORDER REGARDING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Hon. Eumi K. Lee<br>Magistrate Judge Susan Van Keulen |

Having considered Plaintiffs' Motion to Remove Incorrectly Filed Document and finding good cause, the Court hereby GRANTS the Motion and orders that ECF No. 341-1 be removed from the docket for this matter.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE