UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 24-cv-03811-EKL (SVK)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Re: Dkt. No. 350 |

Before the Court is Plaintiffs' ("Publishers") Motion to Remove Incorrectly Filed Documents. Dkt. 350 (the "Motion"). The Motion explains that Publishers filed Dkt. 341-1, the Declaration of Kristofer Buchan in Support of Publishers' Statement regarding a discovery dispute currently before this Court, publicly. Motion at 1. Publishers shortly received notice from Defendant Anthropic PBC ("Anthropic") that the declaration contained information designated by Anthropic as "Highly Confidential—Attorneys' Eyes Only." *Id.* at 2. After receiving this notice, Publishers promptly arranged to suspend public access to the as-filed declaration and filed the Motion, a replacement document and an administrative motion to seal. Dkts. 350-52.

Without opining on the merits of Publishers' administrative motion to seal (Dkt. 351), which the Court will address in due course, the Court finds good cause to grant Publishers' Motion. The Clerk of the Court is hereby **ORDERED** to permanently remove Dkt. 341-1 from ECF. The corrected declaration, Dkt. 352, shall replace the incorrectly-filed document.

**SO ORDERED.**

Dated: May 8, 2025

SUSAN VAN KEULEN
United States Magistrate Judge