**LATHAM & WATKINS LLP**
  Joseph R. Wetzel (SBN 238008)
   *joe.wetzel@lw.com*
  Andrew M. Gass (SBN 259694)
   *andrew.gass@lw.com*
  Brittany N. Lovejoy (SBN 286813)
   *brittany.lovejoy@lw.com*
  Ivana Dukanovic (SBN 312937)
   *ivana.dukanovic@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

  Sarang V. Damle (*pro hac vice*)
   *sy.damle@lw.com*
  Sara E. Sampoli (SBN 344505)
   *sara.sampoli@lw.com*
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

  Allison L. Stillman (*pro hac vice*)
   *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

  Rachel Horn (SBN 335737)
   *rachel.horn@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant Anthropic PBC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>            Plaintiffs,<br><br>vs.<br><br>ANTHROPIC PBC,<br><br>            Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**DEFENDANT ANTHROPIC PBC'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

ANTHROPIC'S SUPPLEMENTAL CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:24-CV-03811-EKL-SVK

1  Pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Civil Local Rule 3-15, the
2  undersigned supplements its Certificate of Interested Entities or Persons (ECF No. 134) and
3  certifies that, apart from the named party, the following listed persons, associations of persons,
4  firms, partnerships, corporations (including, but not limited to, parent corporations), or other
5  entities (i) have a financial interest in the subject matter in controversy or in a party to the
6  proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be
7  substantially affected by the outcome of this proceeding: Google LLC, which is a wholly owned
8  subsidiary of Alphabet, Inc., and Amazon Web Services, Inc., which is a wholly owned subsidiary
9  of Amazon.com, Inc.

11 Dated: June 3, 2025                                            Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Joseph R. Wetzel*
Joseph R. Wetzel (SBN 238008)
joe.wetzel@lw.com
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Brittany N. Lovejoy (SBN 286813)
britt.lovejoy@lw.com
Ivana Dukanovic (SBN 312637)
ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle (admitted *pro hac vice*)
sy.damle@lw.com
Sara Sampoli (SBN 344505)
sara.sampoli@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman (admitted *pro hac vice*)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
rachel.horn@lw.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

ANTHROPIC'S SUPPLEMENTAL CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:24-CV-03811-EKL-SVK

140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant Anthropic PBC*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

ANTHROPIC'S SUPPLEMENTAL CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:24-CV-03811-EKL-SVK