[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>ANTHROPIC PBC,<br><br>　　　Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND INITIAL ADR DEADLINE**<br><br>**CIV. L. R. 6-1, 6-2, 7-12**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal Music – MGB NA LLC; Polygram Publishing, Inc.; Universal Music – Z Tunes LLC; and ABKCO Music, Inc. and Defendant Anthropic PBC (collectively, the "Parties"), having met and conferred, hereby respectfully submit this joint stipulation and proposed order to extend the initial ADR deadline of June 30, 2025 to August 25, 2025.

In support of this joint stipulation and proposed order, the Parties state as follows:

WHEREAS, on November 7, 2024, the Court issued a Joint Scheduling Order, ECF No. 262, which set various case scheduling deadlines, and on March 10, 2025, per the Parties' joint stipulation, the Court entered an order modifying certain of those case scheduling deadlines and setting the current case schedule, ECF No. 305;

WHEREAS, under the current schedule, the initial ADR deadline is set for June 30, 2025;

WHEREAS, the Parties have been engaged in good faith negotiations regarding selecting a mutually agreeable private mediator for this initial ADR session, and to identify and schedule a mutually agreeable date for the initial ADR session on which the mediator, each of the parties, and their respective counsel are all available;

1  WHEREAS, the Parties have agreed to a mediator for the initial ADR session and agreed
2  to August 25, 2025 as the date for the initial ADR session (subject to the Court's approval of the
3  Parties' joint stipulation and request to extend the initial ADR deadline herein);

4  WHEREAS, the Parties agree and stipulate that there is good cause to extend the current
5  initial ADR deadline of June 30, 2025 until August 25, 2025, given the time previously needed for
6  the Parties to engage in good faith negotiations regarding a mutually agreeable private mediator;
7  the need to find a mutually agreeable date for the initial ADR session that accommodates the
8  schedules of the selected mediator, each of the parties, and their respective counsel, and the Parties'
9  inability to identify such a date before August 25, 2025, in light of the mediator's schedule, and
10 the parties' and their counsel's other commitments and conflicts; and the time necessary to prepare
11 in advance for the initial ADR session to ensure the mediation is as productive as possible;

12 WHEREAS, the Parties' proposal would not impact the current case schedule;

13 WHEREAS, Civil Local Rule 6-1(b) permits parties to file a stipulation seeking a court
14 order modifying case deadlines;

15 WHEREAS, along with this Joint Stipulation and Proposed Order, counsel for Plaintiffs
16 will file a declaration in compliance with Local Civil Rule 6-2;

17 NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, that the initial
18 ADR deadline of June 30, 2025 is extended until August 25, 2025, as reflected in the following
19 table:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial ADR Deadline | June 30, 2025 | Aug. 25, 2025 |
| Substantial Completion of Remaining Document Productions | July 14, 2025 | No change |
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Sept. 11, 2025 | No change |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | Oct. 13, 2025 | No change |
| Opposition Expert Reports | Nov. 6, 2025 | No change |
| Reply Expert Reports | Dec. 5, 2025 | No change |
| Depose All Expert Witnesses | Jan. 26, 2026 | No change |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Mar. 30, 2026 | No change |
| Hearing on Dispositive and/or *Daubert* Motions | Apr. 29, 2026 | No change |
| Joint Pre-Trial Statement | July 2, 2026 | No change |
| Pre-Trial Conference | July 15, 2026 | No change |
| Trial Date | Aug. 16, 2026 | No change |

Dated: June 17, 2025

By: */s/ Timothy Chung*
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By: */s/ Joseph R. Wetzel*
**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
joe.wetzel@lw.com
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Brittany N. Lovejoy (SBN 286813)
brittany.lovejoy@lw.com
Ivana Dukanovic (SBN 312937)
ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle
(admitted *pro hac vice*)
sy.damle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman
(admitted *pro hac vice*)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant Anthropic PBC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Dated: June 17, 2025                      */s/ Timothy Chung*
                                                                      Timothy Chung