**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com
bmatera@oandzlaw.com
mgomez-reichman@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** <br><br> **CIV. L. R. 6-1, 6-2, 7-12** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal Music – MGB NA LLC; Polygram Publishing, Inc.; Universal Music – Z Tunes LLC; and ABKCO Music, Inc. and Defendant Anthropic PBC (collectively, the "Parties"), having met and conferred, hereby respectfully submit this joint stipulation and proposed order to extend the fact discovery deadline and subsequent case deadlines for both Parties as outlined below. In support of this joint stipulation and proposed order, the Parties state as follows:

WHEREAS, on November 7, 2024, the Court issued a Joint Scheduling Order, ECF No. 262, which set various deadlines for discovery;

WHEREAS, on March 10, 2025, the Court entered the Joint Stipulation and Order to Extend Case Deadlines, ECF No. 305 (the "Order"), which extended various deadlines for discovery, at the Parties' joint request;

WHEREAS, under the current schedule, the close of fact discovery is set for September 11, 2025, and the current deadlines for expert discovery, dispositive motions, *Daubert* motions, and trial are set thereafter;

WHEREAS, the Parties are currently engaged in fact discovery in accordance with the case schedule deadlines, having exchanged and responded to various written discovery, completed various document productions in response to previously served document requests, and resolved various discovery disputes via meet and confer discussions and/or before Magistrate Judge van Keulen when at an impasse; however, significant document and written discovery remains ongoing, the Parties continue to negotiate with respect to the scope of outstanding discovery and to raise certain discovery disputes before Magistrate Judge van Keulen when at an impasse, and the parties have engaged in scheduling discussions regarding certain depositions, but no fact depositions have yet been formally noticed or scheduled;

WHEREAS, the Parties agree that the significant demands of the case, the number and nature of the claims and defenses at issue, certain outstanding discovery disputes, and the novel nature of certain issues raised will require additional time for the Parties to complete fact discovery;

WHEREAS, Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 359) is set to be heard before the Court on September 3, 2025, ECF No. 395, which is one week before the current close of fact discovery on September 11, 2025; Defendant has not yet filed an Answer to Plaintiff's Complaint or First Amended Complaint; and Defendant's deadline to answer Plaintiff's First Amended Complaint will fall on some date after the current close of fact discovery, pending resolution of the Motion to Dismiss;

WHEREAS, the Parties agree and stipulate that there is good cause to extend the current case deadlines by approximately two months to complete fact discovery for the reasons described above, including the need to complete outstanding discovery;

WHEREAS, the Parties propose no changes to the substance or sequence of the discovery specified in the Order;

WHEREAS, the Parties agree and stipulate that no new written discovery requests will be served after August 12, 2025, absent agreement of the Parties or leave of Court;

WHEREAS, the Parties agree and stipulate that all depositions must be requested by August 29, 2025, absent agreement of the Parties or leave of Court;

WHEREAS, the Parties agree and stipulate that substantial completion of production of any outstanding documents in response to all requests for production must be complete by September 22, 2025, absent agreement of the parties or leave of Court;

WHEREAS, Anthropic states that its stipulation to this scheduling extension is without prejudice to its ability to oppose any Motion for Leave to Amend brought by Publishers, which it maintains is untimely;

WHEREAS, Civil Local Rule 6-1(b) permits parties to file a stipulation seeking a court order modifying the Order's case deadlines;

WHEREAS, along with this Joint Stipulation and Proposed Order, counsel for Plaintiffs will file a declaration in compliance with Local Civil Rule 6-2;

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, that the case deadlines specified by the Order are extended as reflected in the following table.

| Event | Previous Deadline (ECF No. 305) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Sept. 11, 2025 | Nov. 10, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | Oct. 13, 2025 | Dec. 12, 2025 |
| Opposition Expert Reports | Nov. 6, 2025 | Jan. 16, 2026 |
| Reply Expert Reports | Dec. 5, 2025 | Feb. 12, 2026 |
| Depose All Expert Witnesses | Jan. 26, 2026 | Mar. 17, 2026 |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Mar. 30, 2026 | May 29, 2026 |
| Hearing on Dispositive and/or *Daubert* Motions | Apr. 29, 2026 | July 8, 2026 |
| Joint Pre-Trial Statement | July 2, 2026 | Sept. 10, 2026 |
| Pre-Trial Conference | July 15, 2026 | Sept. 23, 2026 |
| Trial Date | Aug. 17, 2026 | At the Court's convenience |

Dated: August 11, 2025

By: */s/ Timothy Chung*
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com
bmatera@oandzlaw.com
mgomez-reichman@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By: */s/ Joseph R. Wetzel*
**LATHAM & WATKINS LLP**
Joseph R. Wetzel (SBN 238008)
joe.wetzel@lw.com
Andrew M. Gass (SBN 259694)
andrew.gass@lw.com
Brittany N. Lovejoy (SBN 286813)
brittany.lovejoy@lw.com
Ivana Dukanovic (SBN 312937)
ivana.dukanovic@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Sarang V. Damle
(admitted *pro hac vice*)
sy.damle@lw.com
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: +1.202.637.2200

Allison L. Stillman
(admitted *pro hac vice*)
alli.stillman@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: +1.212.906.1747

Rachel Horn (SBN 335737)
rachel.horn@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600

*Attorneys for Defendant*

By: */s/ Sonal N. Mehta*
**WILMER CUTLER PICKERING HALE AND DORR LLP**

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
(650) 858-6000
Fax: (650) 858-6100

Robin C. Burrell (admitted *pro hac vice*)
robin.burrell@wilmerhale.com
Ari Holtzblatt (admitted *pro hac vice*)
ari.holtzblatt@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6964

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
50 California Street
Suite 3600
San Francisco, CA 94111
(628) 235-1002

Louis W. Tompros (admitted *pro hac vice*)
louis.tompros@wilmerhale.com
60 State Street
Boston, MA 02109
(617) 526-6886
*Attorneys for Defendant*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Dated: August 11, 2025                         */s/ Timothy Chung*
                                                              Timothy Chung

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and Proposed Order to Extend Case Deadlines and for good cause, the Court hereby modifies the case schedule as follows.

| Event | Previous Deadline (ECF No. 305) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Sept. 11, 2025 | Nov. 10, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | Oct. 13, 2025 | Dec. 12, 2025 |
| Opposition Expert Reports | Nov. 6, 2025 | Jan. 16, 2026 |
| Reply Expert Reports | Dec. 5, 2025 | Feb. 12, 2026 |
| Depose All Expert Witnesses | Jan. 26, 2026 | Mar. 17, 2026 |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Mar. 30, 2026 | May 29, 2026 |
| Hearing on Dispositive and/or *Daubert* Motions | Apr. 29, 2026 | July 8, 2026 |
| Joint Pre-Trial Statement | July 2, 2026 | Sept. 10, 2026 |
| Pre-Trial Conference | July 15, 2026 | Sept. 23, 2026 |
| Trial Date | Aug. 17, 2026 | At the Court's convenience |

Further, pursuant to the Parties' stipulation:

1. No new written discovery requests may be served after August 12, 2025, absent agreement of the Parties or leave of Court;

2. All depositions must be requested by August 29, 2025, absent agreement of the Parties or leave of Court;

3. The Parties will substantially complete production of any outstanding documents in response to all requests for production by September 22, 2025, absent agreement of the parties or leave of Court.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
THE HONORABLE EUMI K. LEE
United States District Judge