SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
Allison.Que@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

JOSEPH R. WETZEL (SBN 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

*Attorneys for Defendant*
**ANTHROPIC PBC**
(Additional Counsel on Next Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL-SVK <br><br> **NOTICE OF COMPLIANCE IN RESPONSE TO ORDER RE DISCOVERY DISPUTES (ECF NO. 407)** |

| | |
|---|---|
| Louis W. Tompros (*Pro Hac Vice*) <br> Louis.Tompros@Wilmerhale.Com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6220 <br><br> ARI HOLTZBLATT (SBN 354361) <br> Ari.Holtzblatt@wilmerhale.com <br> ROBIN C. BURRELL (*pro hac vice*) <br> robin.burrell@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 2100 Pennsylvania Ave, NW <br> Washington, DC 20006 <br> Telephone: (202) 663-6000 <br><br> TAYLOR GOOCH (SBN 294282) <br> taylor.gooch@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 50 California St. <br> San Francisco, CA 94111 <br> Telephone: (628) 235-1000 <br><br><br> *Attorneys for Defendant* <br> **ANTHROPIC PBC** | ANDREW M. GASS (SBN 259694) <br> andrew.gass@lw.com <br> BRITTANY N. LOVEJOY (SBN 286813) <br> brittany.lovejoy@lw.com <br> IVANA DUKANOVIC (SBN 312937) <br> ivana.dukanovic@lw.com <br> **LATHAM & WATKINS LLP** <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, California 94111 <br> Telephone: (415) 391-0600 <br><br> SARANG V. DAMLE (*pro hac vice*) <br> sy.damle@lw.com <br> **LATHAM & WATKINS LLP** <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> Telephone: (202) 637-2200 <br><br> ALLISON L. STILLMAN (*pro hac vice*) <br> alli.stillman@lw.com <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 906-1747 <br><br> RACHEL HORN (SBN 335737) <br> rachel.horn@lw.com <br> **LATHAM & WATKINS LLP** <br> 140 Scott Drive <br> Menlo Park, California 94025 <br> Telephone: (650) 328-4600 |

Defendant Anthropic PBC ("Anthropic") files this notice confirming that on August 15, 2025, pursuant to the Court's August 8, 2025 Order (Dkt. No. 407), Anthropic provided Plaintiffs, "in the form of an attestation by counsel with personal knowledge of the responses," "the results of th[e] inquiry" into whether the individuals agreed upon by the parties "have ever used a personal Claude account to search for songs or lyrics" after "informing each individual that the inquiry is pursuant to [a] Court order."  Dkt. 407 at 2.

| | |
|---|---|
| Date: August 15, 2025 | /s/ *Sonal N. Mehta* |
| JOSEPH R. WETZEL (SBN 238008)<br>joe.wetzel@lw.com<br>ANDREW M. GASS (SBN 259694)<br>andrew.gass@lw.com<br>BRITTANY N. LOVEJOY (SBN 286813)<br>brittany.lovejoy@lw.com<br>IVANA DUKANOVIC (SBN 312937)<br>ivana.dukanovic@lw.com<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br><br>SARANG V. DAMLE (*pro hac vice*)<br>sy.damle@lw.com<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br><br>ALLISON L. STILLMAN (*pro hac vice*)<br>alli.stillman@lw.com<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1747<br><br>RACHEL HORN (SBN 335737)<br>rachel.horn@lw.com<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, California  94025<br>Telephone: (650) 328-4600 | SONAL N. MEHTA (SBN 222086)<br>sonal.mehta@wilmerhale.com<br>ALLISON BINGXUE QUE (SBN 324044)<br>Allison.Que@wilmerhale.com<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br><br>Louis W. Tompros (*Pro Hac Vice*)<br>Louis.Tompros@Wilmerhale.Com<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6220<br><br>ARI HOLTZBLATT (SBN 354361)<br>Ari.Holtzblatt@wilmerhale.com<br>ROBIN C. BURRELL (*pro hac vice*)<br>robin.burrell@wilmerhale.com<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>2100 Pennsylvania Ave, NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br><br>TAYLOR GOOCH (SBN 294282)<br>taylor.gooch@wilmerhale.com<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>50 California St.<br>San Francisco, CA 94111<br>Telephone: (628) 235-1000 |

*Attorneys for Defendant*
**ANTHROPIC PBC**