UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No.  24-cv-03811-EKL<br><br>**AMENDED CASE MANAGEMENT & SCHEDULING ORDER** |

For good cause shown, the Court GRANTS the parties' Joint Stipulation and Proposed Order to Extend Case Deadlines, ECF No. 409, as modified.  The deadlines in this case are amended as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | Sept. 11, 2025 | Oct. 21, 2025 |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | Oct. 13, 2025 | Nov. 24, 2025 |
| Opposition Expert Reports | Nov. 6, 2025 | Dec. 16, 2025 |
| Reply Expert Reports | Dec. 5, 2025 | Jan. 14, 2026 |
| Depose All Expert Witnesses | Jan. 26, 2026 | Mar. 9, 2026 |
| Close of Briefing on Dispositive and/or *Daubert* Motions | Mar. 30, 2026 | May 11, 2026 |
| Hearing on Dispositive and/or *Daubert* Motions | Apr. 29, 2026 | June 10, 2026 |
| Joint Pre-Trial Statement | July 2, 2026 | Aug. 11, 2026 |
| Pre-Trial Conference | July 15, 2026 | Aug. 24, 2026 |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Trial Date | Aug. 17, 2026 | Sept. 28, 2026 |

The parties may not modify these dates by stipulation without leave of court.  Civil L.R. 6-1(b).

**IT IS SO ORDERED.**

Dated: August 19, 2024

_____
Eumi K. Lee
United States District Judge