UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 24-cv-03811-EKL (SVK) <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** <br><br> Re: Dkt. No. 422 |

Before the Court is Plaintiffs' ("Publishers") Motion to Remove Incorrectly Filed Document. Dkt. 422 (the "Motion"). The Motion explains that Publishers filed Dkt. 420-5, Exhibit D to Publishers and Defendant Anthropic PBC's ("Anthropic") joint statement of discovery dispute, publicly. Motion at 2. Publishers shortly received notice from Anthropic that the exhibit contained information designated by Anthropic as "Highly Confidential—Attorneys' Eyes Only." *Id*. After receiving this notice, Publishers promptly arranged to suspend public access to the as-filed exhibit and filed the Motion and a proposed replacement exhibit. Dkts. 422, 423.[1]

The Court finds good cause to grant Publishers' Motion. The Clerk of the Court is hereby **ORDERED** to permanently remove Dkt. 420-5 from ECF. The corrected exhibit, Dkt. 423, shall replace the incorrectly-filed document.

////

////

////

---

[1] Publishers also explained that the replacement exhibit would either be "an excerpted or redacted version of" exhibit D, and that an administrative motion in support of the replacement would be filed if necessary. The Court confirms that, because Publishers have filed an excerpted exhibit containing only the relevant Requests for Production (rather than a sealed document with accompanying redacted requests), no such motion to seal is necessary.

1 **SO ORDERED.**

2 Dated: September 2, 2055

_____
SUSAN VAN KEULEN
United States Magistrate Judge