UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ANTHROPIC PBC,<br><br>　　Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**[PROPOSED] ORDER REGARDING JOINT DISCOVERY DISPUTE REGARDING DAMAGES DISCLOSURES**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

　　It is hereby ordered that Publishers shall supplement their initial disclosures in compliance with Rule 26 by September 25, 2025.

　　[ALTERNATIVE: It is hereby ordered that Publishers shall be precluded from relying at summary judgment or trial on any evidence not specifically identified in their existing disclosures for establishing an amount of statutory damages, and shall be precluded from electing either actual damages or disgorgement of profits.]

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE