UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> [PROPOSED] ORDER TO EXTEND CASE DEADLINES <br><br> CIVIL L. R. 6-1, 6-3 <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Plaintiffs' Motion to Extend Case Deadlines is hereby GRANTED.

Having shown good cause, and pursuant to Plaintiffs' Motion, the Court hereby modifies the case schedule as follows.

| Event | Previous Deadline (ECF No. 416) | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery (including all written discovery and deposition of all fact witnesses) | Oct. 21, 2025 | Two months after rulings issue on the pending Motion to Amend (ECF No. 411) and Motion to Dismiss (ECF No. 359) |
| Further Case Management Conference | Oct. 29, 2025 at 1:30 pm PT | Oct. 29, 2025 at 1:30 pm PT [unchanged] |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | Nov. 24, 2025 | 40 days after Close of Fact Discovery |
| Opposition Expert Reports | Dec. 16, 2025 | 25 days after Opening Expert Reports Deadline |
| Reply Expert Reports | Jan. 14, 2026 | 25 days after Opposition Expert Reports Deadline |
| Depose All Expert Witnesses | Mar. 9, 2026 | 60 days after Reply Expert |

| Event | Previous Deadline (ECF No. 416) | Proposed Deadline |
|---|---|---|
|  |  | Reports Deadline |
| Close of Briefing on Dispositive and/or *Daubert* Motions | May 11, 2026 | 65 days after Close of Expert Depositions |
| Hearing on Dispositive and/or *Daubert* Motions | June 10, 2026 | 30 days after Close of Briefing on Dispositive and/or *Daubert* Motions |
| Joint Pre-Trial Statement | Aug. 11, 2026 | 70 days after Hearing on Dispositive and/or *Daubert* Motions |
| Pre-Trial Conference | Aug. 24, 2026 | 14 days after Joint Pre-Trial Statement |
| Trial Date | Sept. 28, 2026 | At the Court's convenience |

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
THE HONORABLE EUMI K. LEE
United States District Judge