1  [Counsel on signature page]

2

3                       UNITED STATES DISTRICT COURT

4                     NORTHERN DISTRICT OF CALIFORNIA

5                              SAN JOSE DIVISION

6

7  CONCORD MUSIC GROUP, INC., ET AL.,          Case Number: 5:24-cv-03811-EKL-SVK

8      Plaintiffs,                             **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

9      v.

10 ANTHROPIC PBC,

11     Defendant.                              Judge Eumi K. Lee
                                                Magistrate Judge Susan van Keulen
12

13    Pursuant to Civil L.R. 7-11 and 79-5(f), Plaintiffs ("Publishers") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Joint Discovery Submission Regarding Dispute as to Anthropic's Custodial Searches and Productions (the "Joint Discovery Submission").

    Defendant Anthropic PBC ("Anthropic") has taken the position that the information discussed in the listed portions of the following documents should be filed under seal as containing "Highly Confidential—Attorneys' Eyes Only" information:

| ECF No. | Document | Portion(s) to Seal |
|---|---|---|
| ECF No. 438-1 | Ex. 3: Plaintiffs' Third Set of Requests for Production of Documents and Things to Defendant | Highlighted portions at pp. 8, 10–11. |
| ECF No. 438-2 | Ex. 5: Plaintiffs' Seventh Set of Requests for Production of Documents and Things to Defendant (Nos. 121–131) | Highlighted portions at p. 9. |
| ECF No. 438-3 | Ex. 6: Defendant Anthropic PBC's Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 1–16) | Highlighted portions at pp. 16–17, 21–23. |

1   Publishers do not believe the portions of the exhibits listed above constitute "Highly
2   Confidential—Attorneys' Eyes Only" information or warrant sealing, and Publishers reserve the
3   right to oppose Anthropic's sealing request, as necessary. *See Kamakana v. City & County of*
4   *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see also* Civil L. R. 79-5(a).

5   Nevertheless, given the position Anthropic has taken, Publishers are required to bring this
6   motion to comply with the Parties' Stipulated Protective Order entered in this case, ECF No. 293,
7   and the Civil Local Rules of this District. Accordingly, the documents identified above will be
8   submitted provisionally under seal or redacted with this Administrative Motion, subject to
9   Anthropic's filing of a statement and/or declaration pursuant to Civ. L.R. 79-5(f)(3), and Publishers'
10  filing of a response in opposition to sealing pursuant to Civ. L. R. 79-5(f)(4).

| | |
|---|---|
| Dated: September 23, 2025 | Respectfully submitted, |
| | */s/ Michelle Gomez-Reichman* |
| | **OPPENHEIM + ZEBRAK, LLP**<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Corey Miller<br>Audrey L. Adu-Appiah<br>(admitted *pro hac vice*)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>corey@oandzlaw.com<br>aadu-appiah@oandzlaw.com |
| | Jennifer Pariser<br>Andrew Guerra<br>Bret Matera<br>Timothy Chung<br>Michelle Gomez-Reichman<br>(admitted *pro hac vice*)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>bmatera@oandzlaw.com<br>tchung@oandzlaw.com<br>mgomez-reichman@oandzlaw.com |
| | **COBLENTZ PATCH DUFFY & BASS LLP**<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 772-5795<br>jknowles@coblentzlaw.com |
| | **COWAN, LIEBOWITZ & LATMAN, P.C.**<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com |
| | *Attorneys for Plaintiffs* |