1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                      **NORTHERN DISTRICT OF CALIFORNIA**

6                              **SAN JOSE DIVISION**

7   CONCORD MUSIC GROUP, INC., ET AL.,

8                          Plaintiffs,         Case No. 5:24-cv-03811-EKL-SVK

9        v.                                    **[PROPOSED] ORDER REGARDING
                                               JOINT DISCOVERY DISPUTE
10  ANTHROPIC PBC,                             REGARDING ANTHROPIC'S
                                               CONFIDENTIALITY DESIGNATIONS**
11                         Defendant.

12                                             Judge Eumi K. Lee
                                               Magistrate Judge Susan van Keulen
13

14

15        It is hereby ordered that Plaintiffs' request to remove all confidentiality designations of the

16  LibGen and PiLiMi datasets produced by Anthropic is **GRANTED**.

17

18  **IT IS SO ORDERED**.

19

20   Dated: _____

21                                             _____
                                               Susan Van Keulen
22                                             United States Magistrate Judge

23

24

25

26

27

28