UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**[PROPOSED] ORDER REGARDING JOINT DISCOVERY DISPUTE REGARDING ANTHROPIC'S CONFIDENTIALITY DESIGNATIONS**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

It is hereby ordered that the raw text and extracted text from LibGen and PiLiMi data sets are designated as Highly Confidential – Attorneys' Eyes Only.  Plaintiffs' request to de-designate these materials is **DENIED**.

**IT IS SO ORDERED**.

Dated: _____

                                                Susan Van Keulen
                                                United States Magistrate Judge