UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 24-cv-03811-EKL (SVK)<br><br>**ORDER TO SHOW CAUSE RE DISCOVERY DISPUTES AT IN-PERSON HEARING ON OCTOBER 10, 2025** |

Before the Court are five joint discovery submissions, with a statement from Defendant of another eight to come. Dkts. 439, 447, 450, 455, 457, 458. Obviously, the Parties have lost the ability to management discovery in an efficient manner in violation of Rule 1[1] and lost sight of the proportionality mandate of Rule 26, to say nothing of this Court's standing order requiring robust and sincere meet and confer efforts. Accordingly, the Court **ORDERS** as follows:

1. Counsel with primary responsibility for discovery will appear **in-person on October 10, 2025 at 9:30 a.m. to show cause as to why both sides should not be sanctioned for the failure to comply with the Federal Rules of Civil Procedure and this Court's standing order regarding civil discovery.** In evaluating sanctions, the Court will give particular consideration to the Parties' meet and confer efforts and proposed compromises which follow this order.

2. Counsel appearing must have full authority to negotiate and compromise regarding all remaining discovery disputes, starting with the list in Dkt. 458. **Counsel must be prepared to remain at court the entire business day**, meeting and conferring and reporting to the Court as necessary, until all issues are resolved.

---

[1] All references are to the Federal Rules of Civil Procedure.

3. The Court appreciates that Dkt. 458 is not a joint submission, and there may be additional issues about which the Parties have met and conferred but remain unresolved. Such issues may be raised at the hearing, however **no additional discovery disputes may be filed in this matter prior to the October 10 hearing**.

4. The Court may issue rulings on the pending joint submissions in advance of the October 10 hearing.

5. If before October 10 the Parties regain their footing as to Rule 1 and Rule 26, as well as this Court's standing order, they are to **inform the Court no later than 4:00 p.m. on October 9, 2025,** and the Court will defer the Order to Show Cause Hearing until such time as the Court deems it necessary.

**SO ORDERED.**

Dated: October 5, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2