**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**PUBLISHERS' RESPONSE TO ANTHROPIC'S REQUEST FOR A DISCOVERY STATUS CONFERENCE**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Plaintiffs ("Publishers") have received the Court's Order to Show Cause, ECF No. 459 ("Order"), are heedful of the Court's directives, and will cooperate with Defendant Anthropic PBC ("Anthropic") to resolve as many disputes as possible before the scheduled hearing this Friday, October 10. To the extent the Parties are unable to resolve all disputes by the Court's notice-of-resolution deadline on October 9, Publishers' counsel with primary responsibility for discovery and full authority to negotiate and compromise on all remaining disputes will appear and be prepared to remain at court for the entire business day, as ordered.

In advance of that scheduled hearing, however, Publishers must clarify the record on three points raised in Anthropic's Request for a Discovery Status Conference (the "Request"), ECF No. 458.

*First*, as the Court noted in its Order, Anthropic's Request was not a joint submission, and Anthropic neither conferred with Publishers regarding the Request nor gave Publishers any notice before filing it. In fact, Anthropic filed its Request **while** the Parties were in the middle of a conferral by videoconference regarding some of the very issues Anthropic references in the Request (Anthropic did not mention this Request at any point during that videoconference).

*Second*, there is absolutely no basis for Anthropic's insinuation that Publishers have raised these discovery disputes in bad faith solely to support their pending motions to amend the Complaint or to extend the discovery schedule.[1] The record reflects the merits of Publishers' positions in these disputes, which they will be prepared to discuss before the Court if the Parties are unable to resolve these issues before then.

*Third*, Anthropic's claim that Publishers have "begun refusing substantively to confer or compromise" with Anthropic is false. Publishers have successfully resolved many issues with Anthropic over the course of at least 10 conferrals in the last month alone. Publishers remain prepared to work with Anthropic to resolve all disputes, and will continue to do so this week, consistent with the Court's Order.

---

[1] Anthropic has made this accusation elsewhere more explicitly. *See, e.g.*, ECF No. 455 at 4 ("This dispute is another in the avalanche of last-minute, overreaching discovery disputes that Plaintiffs have ginned up . . . presumably to support their bid to extend the discovery schedule and expand the scope of the case.").

| | | |
|---|---|---|
| 1 | Dated: October 6, 2025 | Respectfully submitted, |
| 2 | | /s/ Nicholas C. Hailey |
| 3 | | **OPPENHEIM + ZEBRAK, LLP** |
| | | Matthew J. Oppenheim |
| 4 | | Jeffrey M. Gould |
| 5 | | Nicholas C. Hailey |
| | | Corey Miller |
| 6 | | Audrey L. Adu-Appiah |
| | | (admitted *pro hac vice*) |
| 7 | | 4530 Wisconsin Ave., NW, 5th Floor |
| | | Washington, DC 20016 |
| 8 | | Telephone: (202) 480-2999 |
| | | matt@oandzlaw.com |
| 9 | | jeff@oandzlaw.com |
| 10 | | nick@oandzlaw.com |
| | | corey@oandzlaw.com |
| 11 | | aadu-appiah@oandzlaw.com |
| 12 | | Jennifer Pariser |
| | | Alexander Kaplan |
| 13 | | Andrew Guerra |
| | | Bret Matera |
| 14 | | Timothy Chung |
| | | Michelle Gomez-Reichman |
| 15 | | (admitted *pro hac vice*) |
| 16 | | 461 5th Avenue, 19th Floor |
| | | New York, NY 10017 |
| 17 | | Telephone: (212) 951-1156 |
| | | jpariser@oandzlaw.com |
| 18 | | alex@oandzlaw.com |
| | | andrew@oandzlaw.com |
| 19 | | tchung@oandzlaw.com |
| 20 | | bmatera@oandzlaw.com |
| | | mgomez-reichman@oandzlaw.com |
| 21 | | **COBLENTZ PATCH DUFFY & BASS LLP** |
| 22 | | Jeffrey G. Knowles (SBN 129754) |
| | | One Montgomery Street, Suite 3000 |
| 23 | | San Francisco, CA 94104 |
| | | Telephone: (415) 391-4800 |
| 24 | | ef-jgk@cpdb.com |
| 25 | | **COWAN, LIEBOWITZ & LATMAN, P.C.** |
| | | Richard S. Mandel |
| 26 | | Jonathan Z. King |
| 27 | | Richard Dannay |
| | | (admitted *pro hac vice*) |
| 28 | | 114 West 47th Street |
| | | New York, NY 10036-1525 |

Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*