UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ANTHROPIC PBC,<br><br>　　　　　　　Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF 444)** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 444) concerning portions of the parties' Joint Discovery Dispute Statement Regarding the Deposition of Dario Amodei (ECF 447), and all briefing and evidence filed therewith, IT IS HEREBY ORDERED THAT the following documents remain filed under seal pursuant to Civil Local Rule 79-5(c).

| ECF No. | Document | Portion(s) to Seal | Granted/Denied |
|---|---|---|---|
| 447 | Joint Discovery Dispute Statement Regarding the Deposition of Dario Amodei | Highlighted portions at pp. 3-4 | |

**IT IS SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　Susan Van Keulen
　　　　　　　　　　　　　　　　　　United States Magistrate Judge