YopuUNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF CALIFORNIA**

## CIVIL MINUTES

| **Date:** 10/8/2025 | **Time:** 11:25-11:55 AM; 12:03-12:24 PM (51 Minutes). **SEALED PROCEEDING** FROM 12:12-12:24 PM) | **Judge:** EUMI K. LEE |
|---|---|---|
| **Case No.:** 24-cv-03811-EKL | **Case Name:** Concord Music Group, Inc. v. Anthropic PBC | |

**Attorney for Plaintiff:** Nick Haley, Timothy Chung
**Attorney for Defendant:** Sonal Mehta, Joseph Wetzel, Ari Holtzblatt

**Deputy Clerk:** Laura Thomson          **Court Reporter:** Marla Knox (By Zoom)

## PROCEEDINGS and MINUTE ORDER

Hearing on Plaintiffs' motion for leave to file second amended complaint and modify scheduling order held (ECF No. 411). The motion is DENIED, for the reasons stated on the record.

The Court held a closed session to address the outstanding motions to seal (ECF Nos. 336, 347, 410).

IT IS SO ORDERED.

Dated:  October 8, 2025                                                  EUMI K. LEE
                                                                                    United States District Judge