1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    CONCORD MUSIC GROUP, INC., et al.,        Case No.  24-cv-03811-EKL

8              Plaintiffs,

9         v.                                   **ORDER DENYING MOTION FOR
                                               RELIEF FROM NONDISPOSITIVE
10   ANTHROPIC PBC,                            PRETRIAL ORDER OF MAGISTRATE
                                               JUDGE; CLARYING DEADLINE**
11             Defendant.
                                               Re: Dkt. No. 449
12

13        On September 16, 2025, Magistrate Judge Susan van Keulen issued an order regarding

14   Plaintiffs' ("Publishers'") damages disclosure under Federal Rule of Civil Procedure 26 ("Rule 26

15   Order").  ECF No. 434.  The Rule 26 Order denied Defendant's request for Publishers to

16   supplement their damages disclosure immediately and, instead, ordered Publishers to "supplement

17   their damages disclosure within seven days of the close of fact discovery."  *Id.* at 1 (emphasis

18   removed).  The Rule 26 Order also provided:  "After the close of fact discovery but before expert

19   disclosures, Defendants may again seek to challenge the sufficiency of Publishers' Rule 26

20   damages disclosure."  ECF No. 434.  At that time, the deadline for the close of fact discovery was

21   October 21, 2025.  Thus, Publishers were required to supplement their damages disclosure by

22   October 28, 2025.

23        Defendant filed a motion for relief from the Rule 26 Order ("Motion"), on September 30,

24   2025.  ECF No. 449.  On October 9, 2025, the Court granted Publishers' administrative motion in

25   part, extending the close of fact discovery from October 21, 2025 to November 12, 2025.  ECF

26   No. 467.  All other deadlines were maintained, including expert disclosures on November 24,

27   2025.  ECF No. 467.

28        Having reviewed the Rule 26 Order, the Motion, and related filings, the Court concludes

that Judge van Keulen's ruling was not "clearly erroneous" or "contrary to law," and accordingly DENIES the Motion.  Fed. R. Civ. P. 72(a); *see also* 28 U.S.C. § 636(b)(1)(A).  In light of the Court's recent order extending the close of fact discovery, the Court CLARIFIES that Publishers' deadline to supplement their damages disclosure remains unchanged, *i.e.*, October 28, 2025. Given that the expert disclosure deadline remains unchanged, the October 28 deadline will ensure that there is sufficient time for Defendant to challenge the sufficiency of the supplemental disclosure if warranted.

**IT IS SO ORDERED.**

Dated:  October 14, 2025

Eumi K. Lee
United States District Judge