TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California St.
San Francisco, CA 94111
Telephone: (628) 235-1000

JOSEPH R. WETZEL (SBN 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

*Attorneys for Defendant*
[Additional counsel on signature page]

Matthew J. Oppenheim
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com

Attorneys for Plaintiffs
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES AND TAKE DEPOSITIONS OUT OF TIME**<br><br>**CIV. L. R. 6-1, 6-2, 7-12**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

1  Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Concord Music Group, Inc.;
2  Capitol CMG, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal Music – MGB NA
3  LLC; Polygram Publishing, Inc.; Universal Music – Z Tunes LLC; and ABKCO Music, Inc. and
4  Defendant Anthropic PBC (collectively, the "Parties"), having met and conferred, hereby
5  respectfully submit this joint stipulation and proposed order to extend interim case deadlines for
6  both Parties and take the two depositions of Anthropic employees out of time, as outlined below. In
7  support of this joint stipulation and proposed order, the Parties state as follows:

8  WHEREAS, on November 7, 2024, the Court issued a Joint Scheduling Order, ECF No.
9  262, which set various deadlines for discovery;

10  WHEREAS, on March 10, 2025, the Court entered the Joint Stipulation and Order to Extend
11  Case Deadlines, ECF No. 305, which extended various deadlines for discovery, at the Parties' joint
12  request;

13  WHEREAS, on August 19, 2025, the Court entered the Amended Case Management &
14  Scheduling Order, ECF No. 416, which extended various discovery and case deadlines, at the
15  Parties' joint request;

16  WHEREAS, on October 9, 2025, the Court granted Plaintiffs' Motion to Extend Case
17  Deadlines in part, ECF No. 435, extending the close of fact discovery to November 12, 2025, with
18  the current expert discovery, dispositive motions, *Daubert* Motions, and trial deadlines remaining
19  the same;

20  WHEREAS, the Parties agree and stipulate that there is good cause to take the deposition of
21  two of Anthropic's fact witnesses out of time due to the previously scheduled international travel of
22  one witness (Mr. Mann) and the parental leave of another witness (Mr. Brown);

23  WHEREAS, the Parties agree and stipulate to complete the deposition of Anthropic
24  employee Mr. Mann (whom Publishers notified Anthropic on August 29 that they intended to
25  depose as a 30(b)(1) witness, whom Anthropic has designated to testify on twenty-nine 30(b)(6)
26  topics in response to Publishers' 30(b)(6) deposition notice dated August 15, and whose deposition
27  was initially scheduled for October 17, but which Publishers requested to reschedule on October 9
28  given the outstanding documents impacting the deposition that Magistrate Judge van Keulen

ordered Anthropic to produce by October 27, and Anthropic agreed to postpone) on or before November 21;

WHEREAS, the Parties agree and stipulate to schedule the deposition of Anthropic employee Mr. Brown (whose deposition was previously scheduled and noticed for September 29, but had to be postponed for Mr. Brown's parental leave) on a mutually agreeable date in January 2026 following his parental leave[1];

WHEREAS, the Parties agree and stipulate that there is good cause to extend the current expert report deadlines by approximately one month to allow the Parties time to complete outstanding fact discovery in advance of those reports, including in light of the fact that Mr. Mann's 30(b)(1) and 30(b)(6) deposition will be completed out of time;

WHEREAS, the Parties agree and stipulate that there is good cause to set briefing deadlines for Motions for Summary Judgment and *Daubert* Motions because it will provide certainty as to the briefing schedule and will not affect the deadline for the close of briefing or the hearing date;

WHEREAS, these proposed deadlines will not affect any court-facing deadline or the trial date;

WHEREAS, Civil Local Rule 6-1(b) permits parties to file a stipulation seeking a court order modifying the Order's case deadlines;

WHEREAS, along with this Joint Stipulation and Proposed Order, counsel for Defendant will file a declaration in compliance with Local Civil Rule 6-2;

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, that the deposition of Ben Mann may be taken out of time on or before November 21, 2025 and that the deposition of Tom Brown may be taken on a mutually agreeable date following his parental leave in January 2026. The Parties further stipulate, subject to the Court's approval, that the case deadlines specified by the Order are extended as reflected in the following table:

---

[1] The Parties agree that this stipulation does not alter the default limitations on the number of depositions each party may take set forth in Federal Rule of Procedure 30(a)(2)(A)(i), which limitations the Parties have agreed apply in this case.

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | November 12, 2025 | November 12, 2025 (no change) |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | November 24, 2025 | December 19, 2025 |
| Opposition Expert Reports | December 16, 2025 | January 23, 2026 |
| Reply Expert Reports | January 14, 2026 | February 13, 2026 |
| Depose All Expert Witnesses | March 9, 2026 | March 9, 2026 (no change) |
| Motions for Summary Judgment and *Daubert* Motions | N/A | March 23, 2026 |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions | N/A | April 20, 2026 |
| Replies in Support of Motions for Summary Judgment and *Daubert* Motions | N/A | May 11, 2026 |
| Close of Briefing on Dispositive and/or Daubert Motions | May 11, 2026 | May 11, 2026 (no change) |
| Hearing on Dispositive and/or Daubert Motions | June 10, 2026 | June 10, 2026 (no change) |
| Joint Pre-Trial Statement | August 11, 2026 | August 11, 2026 (no change) |
| Pre-Trial Conference | August 24, 2026 | August 24, 2026 (no change) |
| Trial Date | September 28, 2026 | September 28, 2026 (no change) |

| | |
|---|---|
| Date: October 27, 2025 | Respectfully Submitted, |
| */s/ Nicholas C. Hailey* | */s/ Taylor Gooch* |
| MATTHEW J. OPPENHEIM | SONAL N. MEHTA (SBN 222086) |
| matt@oandzlaw.com | sonal.mehta@wilmerhale.com |
| JEFFREY M. GOULD | ALLISON BINGXUE QUE (SBN 324044) |
| jeff@oandzlaw.com | allison.que@wilmerhale.com |
| NICHOLAS C. HAILEY | **WILMER CUTLER PICKERING** |
| nick@oandzlaw.com | **HALE AND DORR LLP** |
| COREY MILLER | 2600 El Camino Real, Suite 400 |
| corey@oandzlaw.com | Palo Alto, CA 94306 |
| AUDREY L. ADU-APPIAH | Telephone: (650) 858-6000 |
| aadu-appiah@oandzlaw.com | |
| (admitted pro hac vice) | LOUIS W. TOMPROS (*Pro Hac Vice*) |
| **OPPENHEIM + ZEBRAK, LLP** | louis.tompros@wilmerhale.com |
| 4530 Wisconsin Ave., NW, 5th Floor | STEPHANIE LIN (*Pro Hac Vice*) |
| Washington, DC 20016 | stephanie.lin@wilmerhale.com |
| Telephone: (202) 480-2999 | DISHA PATEL (*Pro Hac Vice*) |
| | disha.patel@wilmerhale.com |
| JENNIFER PARISER | **WILMER CUTLER PICKERING** |
| jpariser@oandzlaw.com | **HALE AND DORR LLP** |
| ALEXANDER KAPLAN | 60 State Street |
| alex@oandzlaw.com | Boston, MA 02109 |
| ANDREW GUERRA | Telephone: (617) 526-6220 |
| andrew@oandzlaw.com | |
| BRET MATERA | ARI HOLTZBLATT (SBN 354361) |
| bmatera@oandzlaw.com | ari.holtzblatt@wilmerhale.com |
| TIMOTHY CHUNG | ROBIN C. BURRELL (*Pro Hac Vice*) |
| tchung@oandzlaw.com | robin.burrell@wilmerhale.com |
| MICHELLE GOMEZ-REICHMAN | **WILMER CUTLER PICKERING** |
| mgomez-reichman@oandzlaw.com | **HALE AND DORR LLP** |
| (admitted pro hac vice) | 2100 Pennsylvania Ave, NW |
| **OPPENHEIM + ZEBRAS, LLP** | Washington, DC 20006 |
| 461 5th Avenue, 19th Floor | Telephone: (202) 663-6000 |
| New York, NY 10017 | |
| Telephone: (212) 951-1156 | TAYLOR GOOCH (SBN 294282) |
| | taylor.gooch@wilmerhale.com |
| JEFFREY G. KNOWLES (SBN 129754) | KYLE EDWARDS HAUGH (SBN 323952) |
| ef-jgk@cpdb.com | kyle.haugh@wilmerhale.com |
| **COBLENTZ PATCH DUFFY & BASS LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| One Montgomery Street, Suite 3000 | 50 California St. |
| San Francisco, CA 94104 | San Francisco, CA 94111 |
| Telephone: (415) 391-4800 | Telephone: (628) 235-1000 |
| RICHARD S. MANDEL | JOSEPH R. WETZEL (SBN 238008) |

| | |
|---|---|
| rsm@cll.com<br>JONATHAN Z. KING<br>jzk@cll.com<br>RICHARD DANNAY<br>rxd@cll.com<br>(admitted pro hac vice)<br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br><br>*Attorneys for Plaintiffs* | joe.wetzel@lw.com<br>ANDREW M. GASS (SBN 259694)<br>andrew.gass@lw.com<br>BRITTANY N. LOVEJOY (SBN 286813)<br>brittany.lovejoy@lw.com<br>IVANA DUKANOVIC (SBN 312937)<br>ivana.dukanovic@lw.com<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br><br>SARANG V. DAMLE (*Pro Hac Vice*)<br>sy.damle@lw.com<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br><br>ALLISON L. STILLMAN (*Pro Hac Vice*)<br>alli.stillman@lw.com<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1747<br><br>*Attorneys for Defendant* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Date: October 27, 2025              */s/ Taylor Gooch*
                                    Taylor Gooch

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and Proposed Order to Extend Case Deadlines and Take Depositions Out of Time, and for good cause, the Court hereby modifies the case schedule as follows.

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | November 12, 2025 | November 12, 2025 (no change) |
| Identify and Disclose Expert Witnesses and Exchange Expert Reports | November 24, 2025 | December 19, 2025 |
| Opposition Expert Reports | December 16, 2025 | January 23, 2026 |
| Reply Expert Reports | January 14, 2026 | February 13, 2026 |
| Depose All Expert Witnesses | March 9, 2026 | March 9, 2026 (no change) |
| Motions for Summary Judgment and *Daubert* Motions | N/A | March 23, 2026 |
| Oppositions to Motions for Summary Judgment and *Daubert* Motions | N/A | April 20, 2026 |
| Replies in Support of Motions for Summary Judgment and *Daubert* Motions | N/A | May 11, 2026 |
| Close of Briefing on Dispositive and/or Daubert Motions | May 11, 2026 | May 11, 2026 (no change) |
| Hearing on Dispositive and/or Daubert Motions | June 10, 2026 | June 10, 2026 (no change) |
| Joint Pre-Trial Statement | August 11, 2026 | August 11, 2026 (no change) |

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Pre-Trial Conference | August 24, 2026 | August 24, 2026 (no change) |
| Trial Date | September 28, 2026 | September 28, 2026 (no change) |

Further, pursuant to the Parties' stipulation, the depositions of Anthropic employees Mr. Mann and Mr. Brown may be taken out of time.

1. The deposition of Ben Mann will be completed on or before November 21, 2025.
2. The Parties will schedule the deposition of Tom Brown on a mutually agreeable date following his parental leave in January 2026 consistent with Federal Rule of Procedure 30(a)(2)(A)(i).

**IT IS SO ORDERED.**

Dated: _____, 2025          _____

THE HONORABLE EUMI K. LEE

United States District Judge