UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ANTHROPIC PBC,<br><br>　　　　　Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**[PROPOSED] ORDER REGARDING JOINT DISCOVERY DISPUTE REGARDING THE COURT'S OCTOBER 12, 2025 ORDER**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

The Court hereby **GRANTS** Anthropic's request and orders Publishers to disclose to Anthropic (a) the total number of the Publishers' (or their agents') prompt-output pairs that are encompassed in the set of 15,000 prompt-output pairs; (b) the number of such prompts in that set that resulted in the output of song lyrics; and (c) the number of such prompts in that set that resulted in the invocation of Claude's guardrails or otherwise failed to elicit song lyrics.

**IT IS SO ORDERED**.

Dated: _____

　　　　　　　　　　　　　　　　　　Susan Van Keulen
　　　　　　　　　　　　　　　　　　United States Magistrate Judge