# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br>  Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br>  Defendant. | Case No. 5:24-cv-03811-EKL-SVK <br><br> [PROPOSED] ORDER **AS MODIFIED** REGARDING JOINT DISCOVERY DISPUTE REGARDING THE COURT'S OCTOBER 12, 2025 ORDER <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

The Court hereby **GRANTS** Anthropic's request and orders Publishers to disclose to Anthropic (a) the total number of the Publishers' (or their agents') prompt-output pairs that are encompassed in the set of 15,000 prompt-output pairs; (b) the number of such prompts in that set that resulted in the output of song lyrics; and (c) the number of such prompts in that set that resulted in the invocation of Claude's guardrails or otherwise failed to elicit song lyrics.

Consistent with and for the reasons set forth in the Court's order at Dkt. 478, Anthropic may not ask questions about these numbers in any deposition, whether pursuant to Federal Rule of Civil Procedure 30(b)(1) or 30(b)(6).

**SO ORDERED**.

Dated: November 4, 2025

_____
Susan Van Keulen
United States Magistrate Judge