SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
allison.que@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

JOSEPH R. WETZEL (SBN 238008)
joe.wetzel@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

*Attorneys for Defendant*
**ANTHROPIC PBC**
(Additional Counsel on Next Page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL-SVK <br><br> **DEFENDANT'S NOTICE RE: PENDING MOTION FOR RELIEF AT DKT. 485** <br><br> Judge: Hon. Eumi K. Lee |

| | |
|---|---|
| LOUIS W. TOMPROS (*Pro Hac Vice*) <br> louis.tompros@wilmerhale.com <br> STEPHANIE LIN (*Pro Hac Vice*) <br> stephanie.lin@wilmerhale.com <br> DISHA PATEL (*Pro Hac Vice*) <br> disha.patel@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br><br> ARI HOLTZBLATT (SBN 354361) <br> ari.holtzblatt@wilmerhale.com <br> ROBIN C. BURRELL (*Pro Hac Vice*) <br> robin.burrell@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 2100 Pennsylvania Ave, NW <br> Washington, DC 20006 <br> Telephone: (202) 663-6000 <br><br> TAYLOR GOOCH (SBN 294282) <br> taylor.gooch@wilmerhale.com <br> KYLE EDWARDS HAUGH (SBN 323952) <br> kyle.haugh@wilmerhale.com <br> **WILMER CUTLER PICKERING HALE AND DORR LLP** <br> 50 California St. <br> San Francisco, CA 94111 <br> Telephone: (628) 235-1000 | ANDREW M. GASS (SBN 259694) <br> andrew.gass@lw.com <br> BRITTANY N. LOVEJOY (SBN 286813) <br> brittany.lovejoy@lw.com <br> IVANA DUKANOVIC (SBN 312937) <br> ivana.dukanovic@lw.com <br> **LATHAM & WATKINS LLP** <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, California 94111 <br> Telephone: (415) 391-0600 <br><br> SARANG V. DAMLE (*Pro Hac Vice*) <br> sy.damle@lw.com <br> **LATHAM & WATKINS LLP** <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> Telephone: (202) 637-2200 <br><br> ALLISON L. STILLMAN (*Pro Hac Vice*) <br> alli.stillman@lw.com <br> **LATHAM & WATKINS LLP** <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Telephone: (212) 906-1747 |

1    Anthropic submits this notice regarding Anthropic's pending motion for relief from Judge
2    van Keuelen's October 12, 2025 order. *See* ECF 485. In light of recent developments in discovery,
3    Anthropic intends to file a related dispute with Judge van Keulen regarding Publishers' attempts to
4    withhold key evidence regarding the investigation that resulted in outputs on which they intend to
5    rely. Because that dispute will be relevant to and bear on many of the same issues contained in the
6    pending motion for relief, Anthropic respectfully submits that it would be most efficient for the
7    Court to defer ruling on the pending motion for relief until the resolution of the forthcoming request.
8    If the Court agrees, Anthropic respectfully requests that the Court enter an order deferring ruling on
9    the motion for relief by November 10, 2025, so that it can consider any ruling by Judge van Keulen
10   on the forthcoming motion before it either requests a response to the motion for relief or that motion
11   is deemed denied under Local Rule 72-2(d).

12   As background, Publishers have disclosed approximately 5,000 prompts and outputs from
13   their and their agents' investigation. Anthropic previously sought the undisclosed prompts and
14   outputs that Publishers and their agents obtained from Claude during their investigation, to enable
15   Anthropic to mount an effective defense against Publishers' allegations that it was easy to obtain
16   lyrics from Claude, that Claude's guardrails were ineffective, and that Anthropic has willfully
17   infringed Publishers' copyrights—claims that Publishers planned to selectively use the results of
18   their investigation to establish. *See* ECF 328. The limited discovery that Anthropic has obtained
19   has only confirmed that Anthropic needs the full context of Publishers' investigation to rebut those
20   claims, and that Publishers' selective reliance on the fruits of their investigation, while attempting
21   to secret away others, constitutes waiver of any privilege.

22   In May 2025, Judge van Keulen denied without prejudice Anthropic's initial request for the
23   undisclosed prompts and outputs from Publishers' and their agents' investigation as too broad given
24   the early stage in the litigation and uncertainty as to how Publishers would prove their claims, but
25   allowed Anthropic to renew the motion if developments in discovery so warranted. ECF 377 at 4.

26   Since then, Anthropic has attempted narrower pathways to obtaining the relevant evidence
27   needed to defend its case, but those pathways have only raised more questions about the genesis of
28   the outputs on which Publishers seek to rely and heightened the need for Anthropic to be able to

test—and the fact-finder to understand—the efforts that Publishers and their agents undertook to generate the outputs on which they will rely. Anthropic requests the opportunity to present this renewed request to Judge van Keulen for resolution so that Judge van Keulen can resolve the dispute and then this Court can consider any motion for relief from that order (from Anthropic or Publishers) together with the pending motion for relief.

Anthropic apologizes for any inconvenience to the Court from the serial filings—these issues are evolving quickly as the parties work to conclude discovery.

Date: November 7, 2025

/s/ *Sonal N. Mehta*

| | |
|---|---|
| JOSEPH R. WETZEL (SBN 238008) | SONAL N. MEHTA (SBN 222086) |
| joe.wetzel@lw.com | sonal.mehta@wilmerhale.com |
| ANDREW M. GASS (SBN 259694) | ALLISON BINGXUE QUE (SBN 324044) |
| andrew.gass@lw.com | allison.que@wilmerhale.com |
| BRITTANY N. LOVEJOY (SBN 286813) | **WILMER CUTLER PICKERING** |
| brittany.lovejoy@lw.com | **HALE AND DORR LLP** |
| IVANA DUKANOVIC (SBN 312937) | 2600 El Camino Real, Suite 400 |
| ivana.dukanovic@lw.com | Palo Alto, CA 94306 |
| **LATHAM & WATKINS LLP** | Telephone: (650) 858-6000 |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, California 94111 | LOUIS W. TOMPROS (*Pro Hac Vice*) |
| Telephone: (415) 391-0600 | louis.tompros@wilmerhale.com |
| | STEPHANIE LIN (*Pro Hac Vice*) |
| SARANG V. DAMLE (*Pro Hac Vice*) | stephanie.lin@wilmerhale.com |
| sy.damle@lw.com | DISHA PATEL (*Pro Hac Vice*) |
| **LATHAM & WATKINS LLP** | disha.patel@wilmerhale.com |
| 555 Eleventh Street NW, Suite 1000 | **WILMER CUTLER PICKERING** |
| Washington, DC 20004 | **HALE AND DORR LLP** |
| Telephone: (202) 637-2200 | 60 State Street |
| | Boston, MA 02109 |
| ALLISON L. STILLMAN (*Pro Hac Vice*) | Telephone: (617) 526-6220 |
| alli.stillman@lw.com | |
| **LATHAM & WATKINS LLP** | ARI HOLTZBLATT (SBN 354361) |
| 1271 Avenue of the Americas | ari.holtzblatt@wilmerhale.com |
| New York, New York 10020 | ROBIN C. BURRELL (*Pro Hac Vice*) |
| Telephone: (212) 906-1747 | robin.burrell@wilmerhale.com |
| | **WILMER CUTLER PICKERING** |
| | **HALE AND DORR LLP** |
| | 2100 Pennsylvania Ave, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 663-6000 |
| | |
| | TAYLOR GOOCH (SBN 294282) |

taylor.gooch@wilmerhale.com
KYLE EDWARDS HAUGH (SBN 323952)
kyle.haugh@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California St.
San Francisco, CA 94111
Telephone: (628) 235-1000

*Attorneys for Defendant*
**ANTHROPIC PBC**