[Counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br>Plaintiffs,<br>v.<br>ANTHROPIC PBC,<br>Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civil L.R. 7-11 and 79-5(f), Plaintiffs ("Publishers") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Joint Discovery Dispute Statement Regarding Anthropic's Production of Guardrail Information (the "Joint Discovery Dispute Statement").

Defendant Anthropic PBC ("Anthropic") has taken the position that the information discussed in the listed portions of the following documents should be filed under seal as containing "Highly Confidential—Attorneys' Eyes Only" information:

| ECF No. | Document | Portion(s) to Seal |
|---|---|---|
| ECF No. 498-1 | Joint Discovery Dispute Statement | Highlighted portions at pp. 1–10. |
| ECF No. 498-2 | Exhibit 1 – Plaintiffs' Third Set of RFPs to Defendant | Highlighted portions at p. 10 |
| ECF No. 498-3 | Exhibit 2 – Defendant Anthropic's Amended Responses and Objections to Plaintiffs' Third Set of RFPs | Highlighted portions at pp. 26-27. |
| ECF No. 498-4 | Exhibit 3 – Excerpt from Vinay Rao Deposition Transcript | Entire document. |
| ECF No. 498-5 | Exhibit 4 – Parties' Joint Chart | Highlighted portions at pp. 1–2. |
| ECF No. 498-6 | Publishers' Proposed Order | Highlighted portions at p. 1. |
| ECF No. 498-7 | Anthropic's Proposed Order | Highlighted portions at p. 1. |

Publishers do not believe the portions of the exhibits listed above constitute "Highly Confidential—Attorneys' Eyes Only" information or warrant sealing, and Publishers reserve the right to oppose Anthropic's sealing request, as necessary. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *see also* Civil L. R. 79-5(a).

Nevertheless, given the position Anthropic has taken, Publishers are required to bring this motion to comply with the Parties' Stipulated Protective Order entered in this case, ECF No. 293, and the Civil Local Rules of this District. Accordingly, the documents identified above will be submitted provisionally under seal or redacted with this Administrative Motion, subject to Anthropic's filing of a statement and/or declaration pursuant to Civ. L.R. 79-5(f)(3), and Publishers' filing of a response in opposition to sealing pursuant to Civ. L. R. 79-5(f)(4).

| | |
|---|---|
| Dated: November 19, 2025 | Respectfully submitted,<br><br>*/s/ Timothy Chung*<br><br>**OPPENHEIM + ZEBRAK, LLP**<br>Matthew J. Oppenheim<br>Nicholas C. Hailey<br>Jeffrey M. Gould<br>Corey Miller<br>Audrey L. Adu-Appiah<br>(admitted pro hac vice)<br>4530 Wisconsin Ave., NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 480-2999<br>matt@oandzlaw.com<br>nick@oandzlaw.com<br>jeff@oandzlaw.com<br>corey@oandzlaw.com<br>aadu-appiah@oandzlaw.com<br><br>Alexander Kaplan<br>Jennifer Pariser<br>Andrew Guerra<br>Bret Matera<br>Timothy Chung<br>Michelle Gomez-Reichman<br>(admitted pro hac vice)<br>461 5th Avenue, 19th Floor<br>New York, NY 10017<br>Telephone: (212) 951-1156<br>alex@oandzlaw.com<br>jpariser@oandzlaw.com<br>andrew@oandzlaw.com<br>bmatera@oandzlaw.com<br>tchung@oandzlaw.com<br>mgomez-reichman@oandzlaw.com<br><br>**COBLENTZ PATCH DUFFY & BASS LLP**<br>Jeffrey G. Knowles (SBN 129754)<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 772-5795<br>jknowles@coblentzlaw.com<br><br>**COWAN, LIEBOWITZ & LATMAN, P.C.**<br>Richard S. Mandel<br>Jonathan Z. King<br>Richard Dannay<br>(admitted *pro hac vice*)<br>114 West 47th Street<br>New York, NY 10036-1525<br>Telephone: (212) 790-9200<br>rsm@cll.com<br>jzk@cll.com<br>rxd@cll.com<br><br>*Attorneys for Plaintiffs* |