1  [Counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>         Plaintiffs,<br><br>   vs.<br><br>ANTHROPIC PBC,<br><br>         Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**STIPULATION; ~~AND~~ ~~[PROPOSED]~~ ORDER VACATING ~~TO CONTINUE~~ HEARING DATE**<br><br>**Civ. L. R. 6-2, 7-7, 7-12**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civil Local Rules 6-2, 7-7, and 7-12, Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal Music – MGB NA LLC; Polygram Publishing, Inc.; Universal Music – Z Tunes LLC; and ABKCO Music, Inc. and Defendant Anthropic PBC (collectively, the "Parties"), having met and conferred, hereby respectfully submit this Joint Stipulation and Proposed Order to continue the hearing and subsequent case deadlines to January 6, 2026 or as soon thereafter as may be heard by the Court.

In support of this Joint Stipulation and Proposed Order, the Parties state as follows:

WHEREAS, on November 24, 2025, Defendant filed a Motion for Clarification of Protective Order (Dkt. No. 505), and noticed that Motion for hearing on December 30, 2025 before Magistrate Judge Van Keulen;

WHEREAS, Plaintiffs have not yet filed an opposition to the Motion, and that opposition is due to be filed by December 8, 2025;

WHEREAS, to accommodate Publishers' counsel's previously planned holiday travel schedules, which conflict with the December 30, 2025 hearing date, the parties wish to continue the hearing date on the Motion to Tuesday, January 6, 2026, or as soon thereafter as may be heard by the Court;

WHEREAS, Civil Local Rule 7-7(a) permits a party who has filed a motion to file a notice continuing the originally noticed hearing date for that motion to a later date;

WHEREAS, Civil Local Rule 6-2 permits the parties to file a stipulation requesting an order changing time that would affect the date of an event already fixed by Court order;

WHEREAS, along with this Joint Stipulation and Proposed Order, counsel for Plaintiffs will file a declaration in compliance with Local Civil Rule 6-2;

WHEREAS, there have been no previous modifications to the hearing date, whether by stipulation or Court order; and

WHEREAS, this requested modification of the hearing date would have no other effect on the case deadlines or schedule.

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, that the hearing date be continued to January 6, 2026, or as soon thereafter as may be heard by the Court.

| | |
|---|---|
| Date: December 5, 2025 | Respectfully submitted, |
| By: _Nicholas C. Hailey_<br>**OPPENHEIM + ZEBRAK, LLP** | By: _Sonal Mehta_<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |

Matthew J. Oppenheim
Nicholas C. Hailey
Jeffrey M. Gould
Corey Miller
Audrey L. Adu-Appiah
(admitted pro hac vice)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
aadu-appiah@oandzlaw.com

Alexander Kaplan
Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted pro hac vice)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted pro hac vice)

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
ALLISON BINGXUE QUE (SBN 324044)
allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (_Pro Hac Vice_)
louis.tompros@wilmerhale.com
DISHA PATEL (_Pro Hac Vice_)
disha.patel@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (_Pro Hac Vice_)
robin.burrell@wilmerhale.com
2100 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
KYLE EDWARDS HAUGH (SBN 323952)
kyle.haugh@wilmerhale.com
50 California St.
San Francisco, CA 94111
Telephone: (628) 235-1000

_Attorneys for Defendant_
**ANTHROPIC PBC**

114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL-SVK <br><br> [PROPOSED] ORDER **VACATING** TO CONTINUE HEARING DATE <br><br> **Civ. L. R. 6-2, 7-7, 7-12** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

~~Good cause appearing therefor, the~~ The Parties' Stipulated Request to Continue Hearing Date is hereby **DENIED**; however, in light of the Parties' proposed Stipulation, the Court hereby **VACATES** the December 30, 2025 hearing.  The hearing will be re-set if needed. ~~GRANTED~~.

~~The hearing on Defendant's Motion for Clarification of Protective Order (Dkt. No. 505), currently set for December 30, 2025, is CONTINUED to January 6, 2026.~~

IT IS **SO ORDERED**

Dated: December 8, 2025

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge