1  [Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>    Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to Civ. L. R. 7-11, Plaintiffs ("Publishers") respectfully move the Court to issue an order removing the Exhibit D to the Publishers' Opposition to Anthropic's Motion for Clarification of the Protective Order, ECF No. 522-6, from the public docket in this matter.

On Monday, December 15, 2025, counsel for Defendant Anthropic PBC ("Anthropic") notified counsel for Publishers that the as-filed Exhibit D, ECF No. 522-6, on the public docket reflected information Anthropic contends is "Confidential" and "Highly Confidential—Attorneys' Eyes Only" under the Protective Order, ECF No. 293. Upon receiving notice, counsel for Publishers promptly contacted the relevant Docket Correction email address and contacted the ECF HelpDesk by telephone for expedited assistance in temporarily blocking access to the as-filed Exhibit D.

Pursuant to Court procedures, Civ. L.R. 7-11, and Civ. L.R. 79-5(f), Publishers will promptly file an excerpted or redacted version of the Exhibit D on the public docket and, if necessary, an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Accordingly, Publishers respectfully request that the Court permanently remove the incorrectly-filed Exhibit, ECF No. 522-6, from the public docket and ECF.

Dated: December 15, 2025

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Jeffrey M. Gould
Corey Miller
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
aadu-appiah@oandzlaw.com

Alexander Kaplan
Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Michelle Gomez-Reichman*

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 772-5795
jknowles@coblentzlaw.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com