UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 24-cv-03811-EKL (SVK) <br><br> **ORDER RE DEPSOTION OF DARIO AMODEI** <br><br> Re: Dkt. No. 530 |

On September 30, 2025, Plaintiffs ("Publishers") sought to depose Defendant Anthropic PBC's ("Anthropic") CEO, Dario Amodei, in this case. *See* Dkt. 447. The Court denied that request without prejudice, finding that Publishers could not meet the "unique" and "less intrusive means" requirements for taking an apex deposition. Dkt. 460 at 2. Now, after the close of fact discovery, Publishers renew their request. Dkt. 530. The Court finds this matter suitable for resolution without oral argument. Civil L.R. 7-1(b).

Having considered the Parties' submissions, the relevant law and the record in this action, the Court **GRANTS** Publishers' request for deposition of Mr. Amodei in light of the relevant documents he authored. The deposition shall be limited to 2.5 hours on the record and is to be conducted at a date and time of the deponent's convenience, excluding December 24, 25, December 31 after 3 p.m. and January 1. The deposition may proceed via Zoom at the deponent's election. The deposition is to be completed no later than **January 9, 2025**.

**SO ORDERED.**

Dated: December 18, 2025

SUSAN VAN KEULEN
United States Magistrate Judge