UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ANTHROPIC PBC,<br><br>   Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>[PROPOSED] ORDER REGARDING THE DEPOSITION OF TOM BROWN AS MODIFIED<br><br>Dkt. 566 |

It is hereby **ORDERED** that, in addition to the apex deposition previously ordered by this Court (Dkt. 544), Defendant Anthropic PBC **SHALL** make Tom Brown available for deposition on a date, time and location mutually agreeable to both parties and pursuant to the Parties' Joint Stipulation and Order to Extend Case Deadlines to Take Depositions Out of Time, ECF No. 489.[1]

**IT IS SO ORDERED.**

Dated: January 5, 2025

_____
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

---

[1] By issuing this order, the undersigned expands the number of depositions Plaintiffs may take from 10 to 11, with the approval of Presiding Judge Eumi Lee.