UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 24-cv-03811-EKL (SVK)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART RENEWED MOTION TO SEAL**<br><br>Re: Dkt. No. 576 |

On December 30, 2025, in connection with two orders resolving the Parties' discovery disputes relating to (1) Defendant Anthropic PBC's ("Anthropic") renewed request for production of prompts and outputs related to Plaintiffs' ("Publishers") investigation and (2) Publishers' renewed request for a deposition of Anthropic's CEO, Dario Amodei, the Court entered a Sealing Order. Dkt. 560. In relevant part, that order denied without prejudice Publishers' requests to seal, in their entirety, the deposition transcripts of Michael Candore, Alisa Coleman and Kent Draughon as well as the errata to the deposition of Michael Candore. *Id.* at 2-4. In so doing, the Court explained that (1) under this District's local rules, parties "must … avoid wherever possible sealing entire documents (as opposed to merely redacting the truly sensitive information in a document)" and (2) providing "no mapping as to what information is sealable for what reason" and apparent reliance on excerpts as sealable merely for being marked "confidential" or "highly confidential" was inappropriate. *Id.* (citing Civil L.R. 79-5(a), (c). The Court permitted Publishers to submit a renewed, properly tailored sealing request for these materials. *Id.*

Publishers submitted their renewed sealing motion on January 27, 2026. Dkt. 576. The deadline for any opposition to the motion was February 2, 2026, and no opposition has been filed. Having considered Publishers' renewed motion and the accompanying submissions, the relevant law and the record in this action, the Court finds good cause to **GRANTS IN PART** and **DENIES**

**IN PART** the renewed motion as follows:

| Document | Text to be Sealed | Basis for Sealing / Court Ruling |
|---|---|---|
| Exhibit G to the Parties' Joint Discovery Dispute Statement Regarding Publishers' Investigation (Deposition Transcript of Michael Candore)<br><br>[Dkts. 514-2 and 576-5] | Highlighted portions at deposition pages:<br><br>33:18-35:18<br>36:8-37:16<br>39:14-40:10<br>41:1-44:9<br>45:6-46:4<br>47:2-23<br>49:3-51:4<br>51:7-55:25<br>64:3-67:5<br>79:4-81:16<br>307:7-310:11<br>311:12-312:9<br>316:19-318:15 | **GRANTED IN PART**. The Court agrees that, for the highlighted portions enumerated in the column to the left, the testimony describes "non-public information concerning valuation and ownership structure for BCGuardian; BCGuardian rates and fee structures; business strategy (including internal investigation strategy); and the nature and manner of confidential and highly sensitive work performed for clients, including non-party clients" and that disclosure of such information is likely to cause competitive harm to BCGuardian. *See* Dkt. 576-1 at 2. These excerpts are properly sealable.<br><br>However, with regard to pages 312:10-316:9, the Court does not agree; this excerpt is an exchange of attorney argument with regard to the extent of privilege and Publishers' counsel's privilege objection, culminating in the witness's non-answer. It does not describe any confidential information. Accordingly, the renewed motion is **DENIED IN PART** as to this excerpt. |
| Errata Sheet to the Deposition of Michael Candore<br><br>[Dkts. 517-2 and 576-6] | Highlighted portions at ECF page 2 | **GRANTED**. *See above.* |
| Exhibit H to the Parties' Joint Discovery Dispute Statement Regarding Publishers' Investigation (Deposition Transcript of Alisa Coleman)<br><br>[Dkts. 514-3 and 576-3] | Highlighted portions at deposition pages:<br><br>26:23-27:15<br>27:25-30:1<br>30:16-32:22<br>33:22-34:2<br>34:3-35:9<br>36:8-14<br>37:1-42:18<br>47:9-20<br>48:1-49:14<br>50:1-6<br>50:15<br>51:13-22<br>52:6-24<br>53:24-54:24 | **GRANTED** for the reasons set for the in Publishers' declaration in support of sealing and in with the Court's tentative ruling. *See* Dkts. 576-1 at 3; Dkt. 560 at 2-4. |

| Document | Text to be Sealed | Basis for Sealing / Court Ruling |
|---|---|---|
| | 56:16-21<br>60:19-61:16<br>62:8-25<br>73:1-19<br>74:9-75:25<br>79:19-80:19<br>82:22-83:4<br>84:19-85:19<br>88:8-16<br>92:20-21<br>94:1-97:10<br>97:22-99:13<br>101:13-102:8<br>103:11-19<br>107:25-108:6<br>110:22-111:18<br>114:17-117:22<br>118:21-121:11<br>122:12-125:20<br>126:23-129:1<br>129:14-130:17<br>131:16-133:12<br>135:4-138:6<br>139:10-21<br>140:4-141:25<br>142:5-144:7<br>144:11-146:12<br>146:14-147:3<br>147:14-148:17 | |
| Exhibit I to the Parties' Joint Discovery Dispute Statement Regarding Publishers' Investigation (Deposition Transcript of Kent Draughon)<br><br>[Dkts. 514-4 and 576-4] | Highlighted portions at deposition pages:<br><br>11:22-23<br>13:24-15:14<br>33:20-38:11<br>39:9-45:15<br>48:16-49:19<br>50:13-51:18<br>52:7-56:10<br>59:3-65:11<br>67:11-73:14<br>73:18-74:24<br>75:1-77:6<br>79:2-15<br>81:5-83:3<br>85:7-88:11<br>89:13-84:6 | **GRANTED** for the reasons set for the in Publishers' declaration in support of sealing and in accordance with the Court's tentative ruling. *See* Dkts. 576-1 at 3; Dkt. 560 at 2-4. |

| Document | Text to be Sealed | Basis for Sealing / Court Ruling |
|---|---|---|
| | 89:13-90:6<br>90:13-93:16<br>95:21-25<br>96:18-105:9<br>106:2-9<br>119:4-8<br>119:12-120:10<br>125:2-6<br>131:5-132:10<br>135:13-136:8<br>137:3-9<br>137:25-142:17<br>142:25-143:2<br>143:13-145:6<br>145:16-146:19<br>147:16-148:16<br>149:9-152:4<br>152:14-154:19<br>156:8-170:4<br>170:11-172:16<br>173:6-178:21<br>180:4-13<br>181:9-10<br>182:5-21<br>183:6-184:10<br>185:5-15<br>186:22-191:13<br>191:19-192:11<br>192:14-25<br>193:8-198:25<br>199:9-201:3<br>201:8-20<br>202:17-209:20<br>210:2-219:10<br>220:5-14<br>220:17-225:18<br>226:1-230:6<br>235:14-236:14<br>236:21-238:1<br>247:14-21<br>248:7-249:18<br>258:15-259:12 | |

The Clerk of Court shall maintain Dkts. 514-2–4, 517-2 and 576-3–6 **under seal** until further order of this Court. **No later than February 17, 2026**, Publishers shall file public,

4

redacted copies of 576-3–6 with redactions confirming to the Court's Order, above.

**SO ORDERED.**

Dated: February 9, 2026

 _____
SUSAN VAN KEULEN
United States Magistrate Judge