SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendant*
[Additional counsel on signature page]

Matthew J. Oppenheim
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 5:24-cv-03811-EKL-SVK

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND CASE DEADLINES AND REQUEST TO EXCEED APPLICABLE PAGE LIMITS**

**CIV. L. R. 6-1, 6-2, 7-12**

Judge Eumi K. Lee
Magistrate Judge Susan van Keulen

***AS MODIFIED***

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal Music – MGB NA LLC; Polygram Publishing, Inc.; Universal Music – Z Tunes LLC; and ABKCO Music, Inc. and Defendant Anthropic PBC (collectively, the "Parties"), having conferred, hereby respectfully submit this joint stipulation and proposed order to extend case deadlines and request to exceed applicable page limits for both Parties as outlined below.

On November 1, 2025, the Court granted the Parties stipulation setting the briefing schedule for dispositive motions on a three-brief schedule. ECF No. 489. Pursuant to this Court's Standing Order, following additional fact and expert discovery in the case, the Parties have conferred and determined that each Party intends to file cross-motions for summary judgment. The Court's Standing Order Section IX provides for cross-motions on a four-brief schedule, and requires the Parties to "submit a stipulation and proposed order setting a briefing schedule for the cross-motions" prior to the first brief being filed. The Parties therefore put forth this joint stipulation proposing to modify the existing schedule to accommodate the Standing Order's preference on cross-motions. The Parties have proposed modest modifications to subsequent dates, including the trial date, to allow for the time between subsequent events contemplated by the Court's Standing Order, including allowing at least 28 days between the fourth brief and the hearing date and 12 weeks between the Hearing Date on Summary Judgment and *Daubert* motions and the pretrial conference. These modifications also account for trial conflicts of Anthropic's counsel (which Publishers have agreed to accommodate).[1] The Parties take seriously the Court's Standing Order providing that "[t]rial dates will not be continued absent a strong showing of good cause," and respectfully submit that the continuance will allow for compliance with this Court's Standing Order for briefing on cross motions for summary judgment, a fulsome presentation of issues at summary judgment (which are expected to involve, inter alia, complex issues relating to application of copyright principles to AI) and sufficient time for the Parties and the Court to resolve those pre-trial motions and to

[1] Anthropic's lead trial counsel has a jury trial set for September 8, 2026 in the First Judicial District of New Mexico that is anticipated to run into October.

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND CASE DEADLINES AND REQUEST TO EXCEED APPLICABLE PAGE LIMITS

- 1 -

Case No. 5:24-cv-03811-EKL-SVK

appropriately prepare for trial. In support of this joint stipulation and proposed order, the Parties state as follows:

WHEREAS, on November 7, 2024, the Court issued a Joint Scheduling Order, ECF No. 262, which set various deadlines for discovery;

WHEREAS, on March 10, 2025, the Court entered the Joint Stipulation and Order to Extend Case Deadlines, ECF No. 305, which extended various deadlines for discovery, at the Parties' joint request;

WHEREAS, on August 19, 2025, the Court entered the Amended Case Management & Scheduling Order, ECF No. 416, which extended various discovery and case deadlines, at the Parties' joint request;

WHEREAS, on October 9, 2025, the Court granted Plaintiffs' Motion to Extend Case Deadlines in part, ECF No. 435, extending the close of fact discovery to November 12, 2025, with the current expert discovery, dispositive motions, *Daubert* motions, and trial deadlines remaining the same, noting that the Court would not be inclined to grant a further extension of the fact discovery deadline;

WHEREAS, on November 1, 2025, the Court entered the Joint Stipulation and Order to Extend Case Deadlines and Take Depositions Out of Time, ECF No. 489, which set briefing deadlines for Motions for Summary Judgment and *Daubert* Motions and extended various deadlines for expert discovery, but did not affect any court-facing deadline or the trial date, at the Parties' joint request;

WHEREAS, per the Court's Standing Order Section IX, the Parties conferred and determined that they are filing cross-motions for summary judgment and, under that Standing Order, now submit this stipulation with a proposed order setting a briefing schedule for the cross-motions;

WHEREAS, per the Court's Standing Order, the Parties are limited to each filing one Motion for Summary Judgment and briefs are subject to the following page limits: Plaintiffs' opening brief and Defendant's opening/opposition brief must be 25 pages, Plaintiffs' opposition/reply brief must be 20 pages, and Defendant's reply brief must be 15 pages;

WHEREAS, to provide the Court with the most fulsome presentation of the issues and evidence and sufficiently address the various legal and factual aspects of the Parties' claims, the Parties have agreed, subject to the Court's approval, to request additional pages for their briefs;

WHEREAS, subject to the Court's approval, the Parties jointly request an additional ten (10) pages to the limits set forth in the Court's Standing Order for the Plaintiffs' opening brief and Defendant's opening/opposition brief as well as an additional five (5) pages to the limits set forth the Court's Standing Order for the Plaintiffs' opposition/reply brief and Defendant's reply brief, bringing the total page count to 35 pages for the opening briefs, 25 pages for Plaintiffs' opposition/reply, and 20 pages for Defendant's reply;

WHEREAS, the Parties acknowledge the impacts of additional pages on the Court's review, but respectfully request these additional pages to fully brief the relevant issues and effectively present the underlying record;

WHEREAS, the Parties also agree that the need to adjust the schedule to comply with the Court's Standing Order constitutes good cause to extend the current deadlines as outlined below, including to allow at least 28 days between the fourth brief and the hearing date, 12 weeks between that hearing date and the pretrial conference, and to account for certain trial conflicts of Anthropic's counsel (which Publishers have agreed to accommodate);

WHEREAS, Civil Local Rule 6-1(b) permits parties to file a stipulation seeking a court order modifying the Order's case deadlines;

WHEREAS, along with this Joint Stipulation and Proposed Order, counsel for Defendant will file a declaration in compliance with Local Civil Rule 6-2;

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, that, pursuant to Civil Local Rule 7-12, the page limits as set forth in Court's Standing Order, be modified such that Plaintiffs' opening brief and Defendant's opening/opposition brief shall be limited to 35 pages, Plaintiffs' opposition/reply brief shall be limited to 25 pages, and Defendant's reply brief shall be limited to 20 pages. The Parties further stipulate, subject to the Court's approval, that the case deadlines specified by the Order are extended as reflected in the following table:

| **Event** | **Previous Deadline** | **Proposed Deadline** |
|---|---|---|
| Reply Expert Reports | February 13, 2026 | February 13, 2026<br>(no change) |
| Depose All Expert Witnesses | March 9, 2026 | March 9, 2026<br>(no change) |
| *Daubert* Motions | March 23, 2026 | March 31, 2026 |
| Oppositions to *Daubert* Motions | April 20, 2026 | April 28, 2026 |
| Replies in Support of *Daubert* Motions | May 11, 2026 | May 19, 2026 |
| Opening Summary Judgment Brief by Plaintiffs | March 23, 2026 | March 23, 2026<br>(no change) |
| Opening Summary Judgment Brief/Opposition by Defendant | March 23, 2026/April 20, 2026 | April 20, 2026 |
| Opposition/Reply Brief in Support of Summary Judgment by Plaintiffs | April 20, 2026/May 11, 2026 | May 18, 2026 |
| Reply Brief in Support of Summary Judgment by Defendant | May 11, 2026 | June 8, 2026 |
| Hearing on Dispositive and/or *Daubert* Motions | June 10, 2026 | July 8, 2026 |
| Joint Pre-Trial Statement | August 11, 2026 | October 21, 2026 |
| Pre-Trial Conference | August 24, 2026 | November 4, 2026 or as soon thereafter as convenient for the Court |

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Trial Date | September 28, 2026 | December 7, 2026 or as soon thereafter as convenient for the Court |

Date: February 13, 2026

/s/ *Nicholas C. Hailey*

MATTHEW J. OPPENHEIM
matt@oandzlaw.com
JEFFREY M. GOULD
jeff@oandzlaw.com
NICHOLAS C. HAILEY
nick@oandzlaw.com
COREY MILLER
corey@oandzlaw.com
AUDREY L. ADU-APPIAH
aadu-appiah@oandzlaw.com
(admitted pro hac vice)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999

JENNIFER PARISER
jpariser@oandzlaw.com
ALEXANDER KAPLAN
alex@oandzlaw.com
ANDREW GUERRA
andrew@oandzlaw.com
BRET MATERA
bmatera@oandzlaw.com
TIMOTHY CHUNG
tchung@oandzlaw.com
MICHELLE GOMEZ-REICHMAN
mgomez-reichman@oandzlaw.com
(admitted pro hac vice)
**OPPENHEIM + ZEBRAK, LLP**
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156

JEFFREY G. KNOWLES (SBN 129754)
ef-jgk@cpdb.com

Respectfully Submitted,

/s/ *Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20006
Telephone: (202) 663-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
KYLE EDWARDS HAUGH (SBN 323952)
kyle.haugh@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California St.
San Francisco, CA 94111
Telephone: (628) 235-1000

**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800

RICHARD S. MANDEL
rsm@cll.com
JONATHAN Z. KING
jzk@cll.com
RICHARD DANNAY
rxd@cll.com
(admitted pro hac vice)
**COWAN, LIEBOWITZ & LATMAN, P.C.**
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200

*Attorneys for Plaintiffs*

JARED V. GRUBOW (*Pro Hac Vice*)
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Date: February 13, 2026    /s/ *Sonal N. Mehta*
                           Sonal N. Mehta

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Stipulation and Proposed Order to Extend Case Deadlines and Request to Exceed Applicable Page Limits, and for good cause, the Court hereby modifies the case schedule as follows.

| **Event** | **Previous Deadline** | **~~Proposed~~ Deadline** |
|---|---|---|
| Reply Expert Reports | February 13, 2026 | February 13, 2026<br>(no change) |
| Depose All Expert Witnesses | March 9, 2026 | March 9, 2026<br>(no change) |
| *Daubert* Motions | March 23, 2026 | March 31, 2026 |
| Oppositions to *Daubert* Motions | April 20, 2026 | April 28, 2026 |
| Replies in Support of *Daubert* Motions | May 11, 2026 | May 19, 2026 |
| Opening Summary Judgment Brief by Plaintiffs | March 23, 2026 | March 23, 2026<br>(no change) |
| Opening Summary Judgment Brief/Opposition by Defendant | March 23, 2026/April 20, 2026 | April 20, 2026 |
| Opposition/Reply Brief in Support of Summary Judgment by Plaintiffs | April 20, 2026/May 11, 2026 | May 18, 2026 |
| Reply Brief in Support of Summary Judgment by Defendant | May 11, 2026 | June 8, 2026 |
| Hearing on Dispositive and/or *Daubert* Motions | June 10, 2026 | ~~July 8, 2026~~<br>July 15, 2026 at 10am |
| Joint Pre-Trial Statement | August 11, 2026 | ~~October 21, 2026~~<br>October 28, 2026 |

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Pre-Trial Conference | August 24, 2026 | ~~November 4, 2026~~ Thurs. Nov. 19, 2026 at 2:30pm |
| Trial Date | September 28, 2026 | ~~December 7, 2026~~ January 25, 2027 |

Further, pursuant to the Parties' stipulation, the page limits as set forth in Court's Standing Order Section IX, are modified such that Plaintiffs' opening brief and Defendant's opening/opposition brief shall be limited to 35 pages, Plaintiffs' opposition/reply brief shall be limited to 25 pages, and Defendant's reply brief shall be limited to 20 pages.

**IT IS SO ORDERED.**

Dated: Feb. 26, 2026

THE HONORABLE EUMI K. LEE

United States District Judge