SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendant*
[Additional counsel on signature page]

Matthew J. Oppenheim (admitted pro hac vice)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL-SVK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SETTING REQUIREMENTS FOR *AMICI CURIAE* BRIEFS IN CONNECTION WITH THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT** <br><br> **CIV. L. R. 7-12** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Pursuant to Civil Local Rule 7-12, Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc.; Universal Music Corp.; Songs of Universal, Inc.; Universal Music – MGB NA LLC; Polygram Publishing, Inc.; Universal Music – Z Tunes LLC; and ABKCO Music, Inc. and Defendant Anthropic PBC (collectively, the "Parties"), having conferred, hereby respectfully submit this joint stipulation and proposed order setting a briefing schedule and page limits for potential *amici curiae* in connection with the Parties' forthcoming motions for summary judgment.

In support of this joint stipulation and proposed order, the Parties state as follows:

WHEREAS, this Court's February 26, 2026 Scheduling Order set a schedule for briefing dispositive motions. As set forth in that Order, Plaintiffs opening summary judgment brief is due March 23, 2026, Anthropic's opposition and opening summary judgment brief is due April 20, 2026, and briefing is scheduled to be complete on Parties' summary judgment motions on June 8, 2026.

WHEREAS, the Parties recognize that the participation of amici curiae is within the discretion of the Court.

WHEREAS, the Parties anticipate that certain *amici curiae* will file motions for leave to file briefs in support of one of the Parties' motions for summary judgment and that an agreed procedure for such motions will promote judicial efficiency and benefit those third parties, to the extent the Court is amenable to considering those motions.

WHEREAS, when this Court heard Plaintiffs' Motion for Preliminary Injunction, *amici cuirae* were permitted to file briefs following the Party whose motion they were supporting and those briefs did not exceed 15 pages in length;

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, the following requirements regarding the filing of *amicus cuirae* motions for leave to file and briefs:

- *Amici curiae* motions for leave to file briefs in support of Plaintiffs' Motion for Summary Judgment will be filed no later than March 30, 2026 and *amici curiae* motions for leave to file briefs in support of Defendant's Motion for Summary Judgment will be filed no later than April 27, 2026;

- Motions for leave to file *amici curiae* briefs will be filed together with the proposed brief;

- *Amici curiae* briefs will not exceed 15 pages in length and otherwise comply with the briefing format requirements of this Court;

- *Amici curiae* parties will seek consent of all Parties to file their briefs in advance of filing and report the Parties' response in their motion papers.

Date: March 13, 2026                                    Respectfully submitted,

By: */s/ Jennifer Pariser*                              By: */s/ Sonal Mehta*
MATTHEW J. OPPENHEIM                                     SONAL N. MEHTA (SBN 222086)
matt@oandzlaw.com                                       sonal.mehta@wilmerhale.com
JEFFREY M. GOULD                                        **WILMER CUTLER PICKERING**
jeff@oandzlaw.com                                       **HALE AND DORR LLP**
NICHOLAS C. HAILEY                                      2600 El Camino Real, Suite 400
nick@oandzlaw.com                                       Palo Alto, CA 94306
COREY MILLER                                            Telephone: (650) 858-6000
corey@oandzlaw.com
AUDREY L. ADU-APPIAH                                    LOUIS W. TOMPROS (*Pro Hac Vice*)
aadu-appiah@oandzlaw.com                                louis.tompros@wilmerhale.com
(admitted pro hac vice)                                 DISHA PATEL (*Pro Hac Vice*)
**OPPENHEIM + ZEBRAK, LLP**                             disha.patel@wilmerhale.com
4530 Wisconsin Ave., NW, 5th Floor                      **WILMER CUTLER PICKERING**
Washington, DC 20016                                    **HALE AND DORR LLP**
Telephone: (202) 480-2999                               60 State Street
                                                        Boston, MA 02109
JENNIFER PARISER                                        Telephone: (617) 526-6220
jpariser@oandzlaw.com
ALEXANDER KAPLAN                                        ARI HOLTZBLATT (SBN 354361)
alex@oandzlaw.com                                       ari.holtzblatt@wilmerhale.com
ANDREW GUERRA                                           ROBIN C. BURRELL (*Pro Hac Vice*)
andrew@oandzlaw.com                                     robin.burrell@wilmerhale.com
BRET MATERA                                             **WILMER CUTLER PICKERING**
bmatera@oandzlaw.com                                    **HALE AND DORR LLP**
TIMOTHY CHUNG                                           2100 Pennsylvania Ave, NW
tchung@oandzlaw.com                                     Washington, DC 20006
MICHELLE GOMEZ-REICHMAN                                 Telephone: (202) 663-6000
mgomez-reichman@oandzlaw.com
(admitted pro hac vice)                                 TAYLOR GOOCH (SBN 294282)
**OPPENHEIM + ZEBRAK, LLP**                             taylor.gooch@wilmerhale.com
461 5th Avenue, 19th Floor                              **WILMER CUTLER PICKERING**
New York, NY 10017                                      **HALE AND DORR LLP**
Telephone: (212) 951-1156                               50 California St.
                                                        San Francisco, CA 94111
JEFFREY G. KNOWLES (SBN 129754)                         Telephone: (628) 235-1000
ef-jgk@cpdb.com

**COBLENTZ PATCH DUFFY & BASS LLP**
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800

RICHARD S. MANDEL
rsm@cll.com
JONATHAN Z. KING
jzk@cll.com
RICHARD DANNAY
rxd@cll.com
(admitted pro hac vice)
**COWAN, LIEBOWITZ & LATMAN, P.C.**
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200

*Attorneys for Plaintiffs*

JARED V. GRUBOW (*Pro Hac Vice*)
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that all other signatories listed, and on whose behalf this filing is submitted, concur in the content and have authorized this filing.

Date: March 13, 2026                        */s/ Michelle Gomez-Reichman*
                                            Michelle Gomez-Reichman

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, the Court hereby orders the following procedures and requirements relating to the filing of *amicus curiae* motions for leave to file and briefs in support of the Parties' forthcoming motions for summary judgment:

- *Amici curiae* motions for leave to file briefs in support of Plaintiffs' Motion for Summary Judgment will be filed no later than March 30, 2026 and *amici curiae* motions for leave to file briefs in support of Defendant's Motion for Summary Judgment will be filed no later than April 27, 2026;

- Motions for leave to file *amici curiae* briefs will be filed together with the proposed brief;

- *Amici curiae* briefs will not exceed 15 pages in length and otherwise comply with the briefing format requirements of this Court;

- *Amici curiae* parties will seek consent of all Parties to file their briefs in advance of filing and report the Parties' response in their motion papers.

**IT IS SO ORDERED.**

Dated: March 18, 2026 _____

THE HONORABLE EUMI K. LEE

United States District Judge