**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Jeffrey M. Gould
Corey Miller
Keith Howell
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com
aadu-appiah@oandzlaw.com

Alexander Kaplan
Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case Number: 5:24-cv-03811-EKL-SVK <br><br> **DECLARATION OF TIMOTHY CHUNG IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

I, Timothy Chung, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am an attorney at the law firm of Oppenheim and Zebrak, LLP. I represent Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Music – MGB NA LLC, Polygram Publishing, Inc., Universal Music – Z Tunes LLC (collectively, "Universal"); and ABKCO Music, Inc. (collectively, "Publishers") in this matter.

2.    I have knowledge of the facts stated herein based on personal knowledge and my review of the documents and other items referenced herein. If called upon to do so, I am able to testify competently to the matters as stated herein.

3.    As described in the Declarations submitted in support of Plaintiffs' Motion for Partial Summary Judgment by Duff Berschback, Alisa Coleman, Kenton Draughon, and David Kokakis, I understand that Publishers do not have a practice of maintaining copies of all "deposit copies" submitted to the United States Copyright Office ("USCO") with the applications for copyright registration of those works.

4.    Nevertheless, in an effort to accommodate Defendant Anthropic PBC's ("Anthropic") discovery requests, Publishers' counsel ("O+Z") undertook to order a sample of deposit copies in this case from the USCO.

5.    On or about September 17, 2024, Publishers' counsel placed an order with the USCO for the deposit copies of 25 Works in Suit, to be handled on an expedited basis for a premium fee. After several weeks of waiting for a response from the USCO, Publishers' counsel made multiple but unanswered calls to the USCO in an attempt to obtain the deposits.

6.    On or about October 18, 2024, an O+Z employee successfully connected with a USCO employee, who informed the O+Z employee they would pass along the request, but no further communications were provided.

7.    On or about October 22, 2024, an O+Z employee visited the USCO in person and inquired again as to the status of the request. The USCO clerk's records indicated that four deposits should have been available in the USCO collection, although USCO staff was ultimately able to locate only three, which were in the form of phonorecords (sound recordings) for compositions

released since 2013. The O+Z employee was then informed that the remaining 21 titles were no longer part of the USCO collection, but 19 of those had been transferred to the Library of Congress, which may or may not have chosen to preserve them.

8. Accordingly, O+Z commenced an effort to obtain these 19 deposits from the Library of Congress. This project took an additional four months, requiring repeated calls and entreaties to the Library. Following multiple in-person trips to the Library of Congress to follow up on these requests, O+Z was able to obtain 10 deposit copies, resulting in a total of 13 deposit copies at the cost of considerable effort and significant financial outlay.

9. The 13 deposit copies obtained confirmed that the lyrics in the deposits were consistent with the lyrics on LyricFind (as further detailed in the Declaration of Prof. Robert Leonard).

10. Separately, attached hereto is a list of documents, ranging from **Exhibits 1** through **123**, that comprise the Exhibits in support of Publishers' Motion for Partial Summary Judgment and cited in Publishers' Moving Separate Statement in Support of Motion for Partial Summary Judgment. Also attached hereto are the Exhibits, all of which are true and correct copies of the documents therein.

11. I have highlighted on the list in yellow Exhibits that include information that is asserted by Publishers or Anthropic, in whole or in part, to include Confidential or Highly Confidential Information and that the parties request be maintained under seal.

**PUBLISHERS' EXHIBIT LIST**

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | - | Chart reflecting comparison of Publishers' lyrics and Claude output in response to prompts submitted by Publishers' investigator for the 499 Works in Suit.[1] |
| 2 | - | Chart reflecting comparison of Publishers' lyrics and Claude output in response to third-party prompts for Works in Suit[2] |
| 3 | 10/14/2025 | Excerpts of Devin Whittle 30(b)(6) Deposition Transcript |
| 4 | 11/20/2025 | Excerpts of Benjamin Mann 30(b)(6) Deposition Transcript |
| 5 | 11/20/2025; 11/21/2025 | Excerpts of Benjamin Mann 30(b)(1) Deposition Transcript |
| 6 | 11/21/2025 | Excerpts of Jared Kaplan 30(b)(1) Deposition Transcript |
| 7 | 11/5/2025 | Excerpts of Thomas Turvey 30(b)(6) Deposition Transcript |
| 8 | 11/6/2025 | Excerpts of Deep Ganguli 30(b)(6) Deposition Transcript |
| 9 | 11/6/2025 | Excerpts of Deep Ganguli 30(b)(1) Deposition Transcript |
| 10 | 11/12/2025 | Excerpts of Daniela Amodei 30(b)(1) Deposition Transcript |
| 11 | 11/12/2025 | Excerpts of Dawn Drain 30(b)(1) Deposition Transcript |
| 12 | 11/10/2025 | Excerpts of Pranay Sangani 30(b)(1) Deposition Transcript |
| 13 | 1/8/2026 | Excerpts of Dario Amodei 30(b)(1) Deposition Transcript |
| 14 | 1/26/2026 | Excerpts of Tom Brown 30(b)(6) Deposition Transcript |
| 15 | 10/10/2025 | Excerpts of Donald (Duff) Berschback Deposition Transcript |
| 16 | 3/4/2026 | Excerpts of Abhishek Nagaraj, PhD, Expert Deposition Transcript |
| 17 | 12/19/2025 | Expert Report of Abhishek Nagaraj, PhD |

[1] The contents of this chart reflect accurate excerpts of the underlying cited records. True and correct copies of the non-public records underlying this document are appended hereto as Exhibit 47. The remaining source documents can be found at ECF Nos. 48-1, 49-2–49-7.

[2] The contents of this chart reflect accurate excerpts of the underlying cited records. Tue and correct copies of the non-public records underlying this document are appended hereto as Exhibit 19. The remaining source documents can be found at ECF Nos. 49-6–49-7.

| 18 | 3/6/2026 | Excerpts of Jeffrey Bilmes, PhD, Expert Deposition Transcript |
| 19 | - | Compilation of Claude outputs in response to third-party user prompts[3] |
| 20 | 11/7/2025 | Excerpts of Vinay Rao 30(b)(6) Deposition Transcript |
| 21 | 9/18/2025 | Defendant Anthropic PBC's Am. Resp. to Publishers' Requests for Admission Nos. 1-119 |
| 22 | 10/9/2025 | Defendant Anthropic PBC's Am. Suppl. Resp. to Publishers' Interrog. No. 6 |

[3] Bearing Bates numbers: ANTH_SAMPLE000291754; ANTH_SAMPLE000293473; ANTH_SAMPLE000291757; ANTH_SAMPLE000293474; ANTH_SAMPLE000291792; ANTH_SAMPLE000293475; ANTH_SAMPLE000291802; ANTH_SAMPLE000293476; ANTH_SAMPLE000291929; ANTH_SAMPLE000293477; ANTH_SAMPLE000292085; ANTH_SAMPLE000293481; ANTH_SAMPLE000292249; ANTH_SAMPLE000293484; ANTH_SAMPLE000292394; ANTH_SAMPLE000293486; ANTH_SAMPLE000292422; ANTH_SAMPLE000293489; ANTH_SAMPLE000292519; ANTH_SAMPLE000293490; ANTH_SAMPLE000292567; ANTH_SAMPLE000293491; ANTH_SAMPLE000292631; ANTH_SAMPLE000293492; ANTH_SAMPLE000292631; ANTH_SAMPLE000293492; ANTH_SAMPLE000292632; ANTH_SAMPLE000293493; ANTH_SAMPLE000292667; ANTH_SAMPLE000293494; ANTH_SAMPLE000292689; ANTH_SAMPLE000293495; Anthropic_0000003118; Anthropic_0000005629; Anthropic_0000005798; Anthropic_0000006179; Anthropic_0000006196; Anthropic_0000006275; Anthropic_0000006283; Anthropic_0000021163; Anthropic_0000022134; Anthropic_0000024473; Anthropic_0000026461; Anthropic_0000026500; Anthropic_0000027591; Anthropic_0000027609; Anthropic_0000028988; Anthropic_0000030306; Anthropic_0000030639; Anthropic_0000031208; Anthropic_0000032302; Anthropic_0000032980; Anthropic_0000033003; Anthropic_0000033380; Anthropic_0000033474; Anthropic_0000033514; Anthropic_0000034325; Anthropic_0000035453; Anthropic_0000035624; Anthropic_0000035898; Anthropic_0000036037; Anthropic_0000036041; Anthropic_0000036042; Anthropic_0000036067; Anthropic_0000036179; Anthropic_0000036186; Anthropic_0000036197; Anthropic_0000036301; Anthropic_0000036303; Anthropic_0000036398; Anthropic_0000036409; Anthropic_0000036701; Anthropic_0000036854; Anthropic_0000036859; Anthropic_0000036864; Anthropic_0000036865; Anthropic_0000036874; Anthropic_0000036900; Anthropic_0000036912; Anthropic_0000036939; Anthropic_0000036991; Anthropic_0000036992; Anthropic_0000036995; Anthropic_0000037119; Anthropic_0000037126; Anthropic_0000037129; Anthropic_0000037193; Anthropic_0000037199; Anthropic_0000037201; Anthropic_0000037273; Anthropic_0000037435; Anthropic_0000037440; Anthropic_0000037609; Anthropic_0000037623; Anthropic_0000037649; Anthropic_0000038200; Anthropic_0000039252; Anthropic_0000040609; Anthropic_0000040992; Anthropic_0000042363; Anthropic_0000042452; Anthropic_0000042454; Anthropic_0000043098; Anthropic_0000043672; Anthropic_0000043731; Anthropic_0000043806; Anthropic_0000043807; Anthropic_0000044258; Anthropic_0000046119; Anthropic_0000046479; Anthropic_0000046492; Anthropic_0000046623; Anthropic_0000050271; Anthropic_0000050282; Anthropic_0000050286; Anthropic_0000050288; Anthropic_0000052468; Anthropic_0000054696; Anthropic_0000054784; Anthropic_0000055015; Anthropic_0000060011; Anthropic_0000060439; Anthropic_0000062203; Anthropic_0000062305; Anthropic_0000062386; Anthropic_0000063276; Anthropic_0000064103; Anthropic_0000064117; Anthropic_0000064124; Anthropic_0000064409; Anthropic_0000064498; Anthropic_0000073951; Anthropic_0000079024; Anthropic_0000080110; Anthropic_0000080786; Anthropic_0000087853; Anthropic_0000090934; Anthropic_0000093838; Anthropic_0000095833; Anthropic_0000098311; Anthropic_0000181046; Anthropic_0000197267; Anthropic_0000243602; Anthropic_0000245657; Anthropic_0000245869; Anthropic_0000248217; Anthropic_0000256076; Anthropic_0000260153; Anthropic_0000260271; Anthropic_0000267324; Anthropic_0000337635; Anthropic_0000342657; Anthropic_0000352830.

| 23 | 11/21/2023 | Dep. Ex. 128, Slack conversation (Anthropic_0000346083) |
| 24 | 1/29/2024 | Dep. Ex. 129, Excel spreadsheet (Anthropic_0000343228) |
| 25 | 11/12/2025 | Defendant Anthropic PBC's Am. Suppl. Response to Publishers' Interrogatory 9, 11, 12 |
| 26 | 9/3/2025 | Excerpt of E-mail from Allison Que, Counsel to Anthropic, to T. Chung |
| 27 | 10/31/2025 | Excel spreadsheet (Anthropic_0000570510) |
| 28 | 10/31/2025 | Excel spreadsheet (Anthropic_0000570511) |
| 29 | 11/5/2025 | Defendant Anthropic PBC's Am. Suppl. Resp. to Publishers' Interrog. No. 4 |
| 30 | 8/14/2025 | Ganguli 30(b)(6) Dep. Ex. 6, Excerpt of Excel spreadsheet (Anthropic_0000429489) |
| 31 | 8/14/2025 | Excerpt of Excel spreadsheet (Anthropic_0000429482) |
| 32 | 8/14/2025 | Excerpt of Excel spreadsheet (Anthropic_0000429485) |
| 33 | 8/14/2025 | Excerpt of Excel spreadsheet (Anthropic_0000429486) |
| 34 | 8/14/2025 | Excerpt of Excel spreadsheet (Anthropic_0000429488) |
| 35 | 8/14/2025 | Excerpt of Excel spreadsheet (Anthropic_0000429490) |
| 36 | 10/2/2023 | Third-party Claude prompt and output (Anthropic_0000021163) |
| 37 | 10/6/2023 | Third-party Claude prompt and output (Anthropic_0000024473) |
| 38 | 3/15/2024 | Third-party Claude prompt and output (Anthropic_0000342657) |
| 39 | 3/9/2024 | Anthropic employee Claude prompt and output (Anthropic_0000434760) |
| 40 | 9/21/2022 | Dep Ex. 238, internal memo (Anthropic_0000217166) |
| 41 | 2/29/2024 | Dep. Ex. 246, Slack conversation (Anthropic_0000605700) |
| 42 | 12/1/2022 | Dep. Ex. 280, Microsoft chat log (Anthropic_0000599647) |
| 43 | 7/13/2021 | Dep. Ex. 170, internal memo (Anthropic_0000458427) |
| 44 | 10/27/2022 | Slack conversation (Anthropic_0000240524) |
| 45 | 10/12/2023 | Dep. Ex. 239, internal memo (Anthropic_0000226164) |

| 46 | 11/3/2023 | Dep. Ex. 173, internal memo (Anthropic_0000443204) |
| 47 | - | Compilation of Claude outputs in response to Publisher prompts[4] |
| 48 | 12/11/2025 | Defendant Anthropic's Am. Suppl. Resp. to Publishers' Interrog. No. 12 |
| 49 | 1/19/2024 | Dep. Ex. 108, Slack conversation (Anthropic_0000242173) |
| 50 | 11/20/2023 | Internal memo (Anthropic_0000477486) |
| 51 | - | Claude Glossary (Anthropic_0000592343) |
| 52 | - | Dep. Ex. 197, HuggingFace dataset |
| 53 | 8/30/2023 | Dep. Ex. 168, PowerPoint presentation (Anthropic_0000478271) |
| 54 | 4/14/2022 | Claude Slack conversation (Anthropic_0000525947) |
| 55 | 5/19/2022 | Claude Slack conversation (Anthropic_0000459162) |
| 56 | 6/21/2022 | Claude Slack conversation (Anthropic_0000554366) |
| 57 | 8/9/2022 | Claude Slack conversation (Anthropic_0000526003) |
| 58 | 2/5/2023 | Dep. Ex. 274, Claude Slack conversation (Anthropic_0000016458) |
| 59 | 1/16/2023 | Claude Slack conversation (Anthropic_0000016025) |
| 60 | 7/1/2022 | Claude Slack conversation (Anthropic_0000554319) |
| 61 | 12/29/2022 | Claude Slack conversation (Anthropic_0000554980) |
| 62 | 1/29/2023 | Claude Slack conversation (Anthropic_0000527903) |
| 63 | 8/18/2022 | Claude Slack conversation (Anthropic_0000568754) |

[4] Bearing Bates numbers: Plaintiffs_0000000005, Plaintiffs_0000000024, Plaintiffs_0000000026, Plaintiffs_0000000037, Plaintiffs_0000000052, Plaintiffs_0000000056, Plaintiffs_0000000065, Plaintiffs_0000000085, Plaintiffs_0000000097, Plaintiffs_0000000109, Plaintiffs_0000000153, Plaintiffs_0000000159, Plaintiffs_0000000184, Plaintiffs_0000000199, Plaintiffs_0000000209, Plaintiffs_0000000241, Plaintiffs_0000000252, Plaintiffs_0000000254, Plaintiffs_0000000257, Plaintiffs_0000000269, Plaintiffs_0000000283, Plaintiffs_0000000286, Plaintiffs_0000000518, Plaintiffs_0000000529, Plaintiffs_0000001348, Plaintiffs_0000001370, Plaintiffs_0000001383, Plaintiffs_0000001756, Plaintiffs_0000001758, Plaintiffs_0000001765, Plaintiffs_0000001768, Plaintiffs_0000001776, Plaintiffs_0000001801, Plaintiffs_0000001814, Plaintiffs_0000001821, Plaintiffs_0000001843, Plaintiffs_0000001845, Plaintiffs_0000001882, Plaintiffs_0000001921, Plaintiffs_0000001926, Plaintiffs_0000002251, Plaintiffs_0000002255, Plaintiffs_0000002265, Plaintiffs_0000002267, Plaintiffs_0000002271, Plaintiffs_0000002278, Plaintiffs_0000002408, Plaintiffs_0000002412, Plaintiffs_0000002416, Plaintiffs_0000002604, Plaintiffs_0000009412, Plaintiffs_0000009417, Plaintiffs_0000009437, Plaintiffs_0000009438.

| 64 | 8/19/2022 | Claude Slack conversation (Anthropic_0000459249) |
|---|---|---|
| 65 | 6/27/2023 | Claude Slack conversation (Anthropic_0000557304) |
| 66 | 8/2/2023 | Claude Slack conversation (Anthropic_0000459543) |
| 67 | 8/16/2023 | Claude Slack conversation (Anthropic_0000557359) |
| 68 | 2/17/2023 | Claude Slack conversation (Anthropic_0000557015) |
| 69 | 9/6/2023 | Claude Slack conversation (Anthropic_0000241820) |
| 70 | 5/18/2023 | Claude Slack conversation (Anthropic_0000459487) |
| 71 | 12/2/2022 | Dep. Ex. 244, Claude Slack conversation (Anthropic_0000554769) |
| 72 | 6/24/2022 | Claude Slack conversation (Anthropic_0000554405) |
| 73 | 3/14/2023 | Dep. Ex. 187, Anthropic website "Introducing Claude" (Anthropic_0000349548) |
| 74 | 3/23/2023 | Dep. Ex. 179, Excel spreadsheet (Anthropic_0000458491) |
| 75 | 8/15/2023 | Dep. Ex. 140, internal memo (Anthropic_0000507750) |
| 76 | 3/7/2024 | Internal Claude prompt and output (Anthropic_0000434712) |
| 77 | 10/1/2023 | Ganguli 30(b)(1) Dep. Ex. 21, third-party Claude prompt and output (ANTH_SAMPLE000000246) |
| 78 | 10/3/2023 | Third-party Claude prompt and output (ANTH_SAMPLE000004549) |
| 79 | 10/25/2023 | Anthropic employee Claude prompt and output (Anthropic_0000570595) |
| 80 | 9/24/2023 | Anthropic employee Claude prompt and output (Anthropic_0000582187) |
| 81 | 10/20/2023 | Anthropic employee Claude prompt and output (Anthropic_0000430272) |
| 82 | 10/20/2023 | Anthropic employee Claude prompt and output (Anthropic_0000430273) |
| 83 | 10/20/2023 | Anthropic employee Claude prompt and output (Anthropic_0000430258) |
| 84 | 10/25/2023 | Anthropic employee Claude prompt and output (Anthropic_0000430285) |
| 85 | - | Dep. Ex. 215, Anthropic employee Claude prompt and output (Anthropic_0000524147) |

Case No. 5:24-cv-03811-EKL-SVK
DECL. OF TIMOTHY CHUNG IN SUPPORT OF PLAINTIFFS' MOT. FOR PARTIAL SUMMARY JUDGMENT

| 86 | 12/18/2023 | Anthropic employee Claude prompt and output (Anthropic_0000431481) |
| 87 | 9/25/2023 | Anthropic employee Claude prompt and output (Anthropic_0000430104) |
| 88 | 9/25/2023 | Anthropic employee Claude prompt and output (Anthropic_0000430107) |
| 89 | 3/4/2024 | Anthropic employee Claude prompt and output (Anthropic_0000434264) |
| 90 | 10/28/2023 | Anthropic employee Claude prompt and output (Anthropic_0000430292) |
| 91 | 12/21/2023 | Anthropic employee Claude prompt and output (Anthropic_0000431502) |
| 92 | 3/13/2024 | Anthropic employee Claude prompt and output (Anthropic_0000434832) |
| 93 | 2/1/2024 | Anthropic employee Claude prompt and output (Anthropic_0000432472) |
| 94 | 1/30/2025 | Dep. Ex. 267, Anthropic employee Claude prompt and output (Anthropic_0000570705) |
| 95 | 4/12/2024 | Dep. Ex. 247, *New York Times* interview transcript |
| 96 | 2/12/2026 | Anthropic webpage, *Anthropic raises $30 Billion in Series G Funding at $380 Billion Post-Money Valuation* |
| 97 | 3/16/2021 | Dep. Ex. 169, internal memo (Anthropic_0000444967) |
| 98 | 12/30/2022 | Dep. Ex. 177, internal memo (Anthropic_0000216987) |
| 99 | - | Anthropic webpage, *Claude's Constitution* |
| 100 | 9/23/2025 | Excel spreadsheet (Anthropic_0000441649) |
| 101 | - | Compilation of Publishers' LyricFind Licenses[5] |
| 102 | - | Compilation of Publishers' Musixmatch Licenses[6] |
| 103 | - | Compilation of Additional Licenses for Lyrics Display[7] |
| 104 | 3/4/2024 | Anthropic employee Claude prompt and output (Anthropic_0000434319) |
| 105 | 10/8/2025 | Ganguli 30(b)(6) Dep. Ex. 7, Excel spreadsheet (Anthropic_0000441309) |

[5] Bearing Bates numbers: ABKCO_0000000052; CCMG_0000000209; Concord_0000000168; UMPG_0000018093.
[6] Bearing Bates numbers: ABKCO_0000000045; CCMG_0000000237; Concord_0000000212; UMPG_0000000335.
[7] Bearing Bates numbers: ABKCO_0000000414; CCMG_0000000869; Concord_0000000739; UMPG_0000000275; UMPG_0000000366; UMPG_0000000388; UMPG_0000000532; UMPG_0000023090; UMPG_0000023257; UMPG_0000023282.

DECL. OF TIMOTHY CHUNG IN SUPPORT OF PLAINTIFFS' MOT. FOR PARTIAL SUMMARY JUDGMENT

| 106 | 8/14/2025 | Excerpts of Excel spreadsheet (Anthropic_0000429484) |
| 107 | 12/16/2025 | Anthropic Interviewer HuggingFace dataset (Anthropic_0000593843) |
| 108 | 12/4/2025 | Anthropic webpage, *Introducing Anthropic Interviewer* (Anthropic_0000594977) |
| 109 | 1/11/2024 | Anthropic employee Claude prompt and output (Anthropic_0000432334) |
| 110 | 11/15/2024 | Dep. Ex. 174, Anthropic employee Claude prompt and output (Anthropic_0000570711) |
| 111 | 1/11/2025 | Dep. Ex. 242, Anthropic employee Claude prompt and output (Anthropic_0000570586) |
| 112 | 10/29/2025 | Kokakis 30(b)(6) Dep. Ex. 34, UMPG-Udio Agreement (UMPG_0000024457) |
| 113 | 11/19/2025 | UMPG-Klay Agreement (UMPG_0000025119) |
| 114 | 5/23/2025 | Turvey 30(b)(6) Dep. Ex. 32, Agreement (Anthropic_0000429496) |
| 115 | 11/16/2025 | Dep. Ex. 250, *60 Minutes* article |
| 116 | 7/12/2021 | Dep. Ex. 248, internal memo (Anthropic_0000462964) |
| 117 | 11/11/2025 | Excerpts of David Kokakis 30(b)(6) Deposition Transcript |
| 118 | 10/29/2025 | Excerpts of Alisa Coleman 30(b)(6) Deposition Transcript |
| 119 | 11/5/2025 | Excerpts of Thomas Turvey 30(b)(1) Deposition Transcript |
| 120 | 4/12/2022 | Yuntao Bai et al., *Training a Helpful and Harmless Assistant with Reinforcement Learning from Human Feedback* |
| 121 | - | Compilation of ABKCO Licensing Agreements[8] |
| 122 | - | Compilation of UMPG Licensing Agreements[9] |
| 123 | - | Compilation of CCMG Licensing Agreements[10] |

---

[8]   Bearing Bates numbers: ABKCO_0000001313; ABKCO_0000000025; ABKCO_0000000304; ABKCO_0000000369; ABKCO_0000000398.
[9] Bearing Bates numbers: UMPG_0000023040; UMPG_0000000001; UMPG_0000023125.
[10] Bearing Bates numbers: CCMG_0000000662; CCMG_0000000259.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge and belief.

Executed in New York, NY, this 23rd day of March, 2026.

*/s/ Timothy Chung*
_____

Timothy Chung

Case No. 5:24-cv-03811-EKL-SVK
DECL. OF TIMOTHY CHUNG IN SUPPORT OF PLAINTIFFS' MOT. FOR PARTIAL SUMMARY JUDGMENT

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)**

Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of this document was obtained from the signatory of this document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2026
                                                    */s/ Nicholas C. Hailey*
                                                    Nicholas C. Hailey