# Exhibit 2

## TABLE OF CONTENTS

"A Thousand Miles" ............................................................................................................ 1

"American Girl" ................................................................................................................... 4

"American Pie" .................................................................................................................... 6

"Bennie and the Jets" ........................................................................................................ 18

"Bleeding Love" ................................................................................................................ 20

"Blowin' in the Wind" ...................................................................................................... 22

"Brown Sugar" .................................................................................................................. 26

"California Gurls" .............................................................................................................. 28

"Copacabana" .................................................................................................................... 31

"Crocodile Rock" .............................................................................................................. 33

"Cupid" .............................................................................................................................. 35

"Daddy Sang Bass" ........................................................................................................... 37

"Desolation Row" .............................................................................................................. 39

"Diamonds" ....................................................................................................................... 43

"Dog Days Are Over" ....................................................................................................... 45

"Don't Cry for Me Argentina" .......................................................................................... 47

"Every Little Thing She Does Is Magic" .......................................................................... 49

"Everywhere" .................................................................................................................... 51

"Fireflies" .......................................................................................................................... 53

"Free Bird" ........................................................................................................................ 55

"Friends In Low Places" ................................................................................................... 60

"Gimme Shelter" ............................................................................................................... 62

"God Only Knows" ............................................................................................................ 70

"Goodness of God" ........................................................................................................... 76

"Hall of Fame" .................................................................................................................. 78

"Highway 61 (Revisited)" ................................................................................................. 80

"Honky Tonk Women" ...................................................................................................... 82

"How Great Is Our God" ................................................................................................... 84

"I Will Survive" ................................................................................................................ 88

"In the End" ..................................................................................................................... 127

"Just Like Heaven" .......................................................................................................... 129

"Lean on Me" ................................................................................................................... 131

"Like a Rolling Stone" ........................................................................................... 133

"Masters of War" .................................................................................................. 136

"Message in a Bottle" ........................................................................................... 138

"Milkshake" .......................................................................................................... 144

"Move Along" ....................................................................................................... 148

"Moves Like Jagger" ............................................................................................ 150

"My Back Pages" .................................................................................................. 153

"No Diggity" ......................................................................................................... 155

"Numb" ................................................................................................................. 159

"Radioactive" ....................................................................................................... 162

"Redbone" ............................................................................................................. 164

"Roar" ................................................................................................................... 166

"Roxanne" ............................................................................................................. 232

"Sailing" ............................................................................................................... 234

"Santeria" .............................................................................................................. 236

"Say Something" ................................................................................................... 238

"Scars to Your Beautiful" ..................................................................................... 240

"Shape of My Heart" ............................................................................................ 242

"Simple Man" ....................................................................................................... 244

"Sittin' on the Dock of the Bay" .......................................................................... 247

"Somewhere Only We Know" ............................................................................... 249

"Songbird" ............................................................................................................ 251

"Stay" .................................................................................................................... 253

"Sweet Caroline" .................................................................................................. 255

"Sweet Home Alabama" ....................................................................................... 256

"Sympathy for the Devil" ..................................................................................... 260

"Take Me Out" ...................................................................................................... 263

"The Boys Are Back In Town" ............................................................................. 265

"The Scientist" ...................................................................................................... 268

"The Times They Are a-Changin'" ........................................................................ 275

"Thunder" ............................................................................................................. 277

"Tik Tok" .............................................................................................................. 279

"Time After Time" ................................................................................................ 282

"Tiny Dancer" .............................................................................................................. 284

"Torn" ......................................................................................................................... 286

"Unstoppable" ............................................................................................................ 288

"Uptown Funk" .......................................................................................................... 290

"Vincent (Starry Starry Night)" ................................................................................ 299

"Viva La Vida" ........................................................................................................... 301

"Wannabe" .................................................................................................................. 303

"We Belong Together" ............................................................................................... 306

"What a Wonderful World" ........................................................................................ 309

"White Christmas" ...................................................................................................... 311

"Wild Horses" ............................................................................................................ 312

"Will It Go Round in Circles" .................................................................................... 314

"Yellow" ..................................................................................................................... 317

"Yesterday Once More" .............................................................................................. 319

"You Are Not Alone" ................................................................................................. 324

"You Can't Always Get What You Want" .................................................................. 326

"Your Song" ................................................................................................................ 329

| "A Thousand Miles" | |
|---|---|
| Publishers' Lyrics[1] | Claude Output[2] |
| Makin' my way downtown<br>Walkin' fast, faces pass and I'm homebound<br>Starin' blankly ahead, just making my way<br>Makin' a way through the crowd<br><br>And I need you<br>And I miss you<br>And now I wonder<br><br>If I could fall into the sky<br>Do you think time would pass me by?<br>'Cause you know I'd walk a thousand miles<br>If I could just see you tonight<br><br>It's always times like these when I think of you<br>And I wonder if you ever think of me<br>'Cause everything's so wrong and I don't belong<br>Living in your precious memory<br><br>'Cause I'll need you<br>And I'll miss you<br>And now I wonder<br><br>If I could fall into the sky<br>Do you think time would pass me by?<br>Oh 'cause you know I'd walk a thousand miles<br>If I could just see you tonight<br><br>And I, I don't wanna let you know<br>I, I drown in your memory<br>I, I don't wanna let this go<br>I, I don't<br><br>Makin' my way downtown<br>Walkin' fast, faces pass and I'm homebound<br>Starin' blankly ahead, just making my way<br>Makin' a way through the crowd | |

[1] ECF No. 49-6 Page 227-28.
[2] Anthropic_0000046623 (October 26, 2023).

1

And I still need you
And I still miss you
And now I wonder

If I could fall into the sky
Do you think time would pass us by?
'Cause you know I'd walk a thousand miles
If I could just see you

If I could fall into the sky
Do you think time would pass me by?
'Cause you know I'd walk a thousand miles
If I could just see you
If I could just hold you
Tonight

2



| "American Girl"[3] | |
|---|---|
| Publishers' Lyrics[4] | Claude Output[5] |
| Well, she was an American girl<br>Raised on promises<br>She couldn't help thinkin' that there<br>Was a little more to life<br>Somewhere else<br><br>After all it was a great big world<br>With lots of places to run to<br>Yeah, and if she had to die tryin'<br>She had one little promise<br>She was gonna keep<br><br>Oh yeah, alright<br>Take it easy baby<br>Make it last all night<br>She was an American girl<br><br>Well, it was kind of cold that night<br>She stood alone on her balcony<br>Yeah, she could hear the cars roll by<br>Out on 441<br>Like waves crashin' on the beach<br><br>And for one desperate moment there<br>He crept back in her memory<br>God it's so painful<br>Something that's so close<br>And still so far out of reach<br><br><br>Oh yeah, alright<br>Take it easy, baby<br>Make it last all night<br>She was an American girl<br><br>Ooh<br>Uh-huh-huh<br>Uh-huh-huh<br>Oh yeah |  |

---

[3] Underlining has been added to the data in this exhibit in some cases to aid comparison between Publishers' Lyrics and the Claude Outputs.

[4] ECF No. 49-6 Page 187.

[5] Anthropic_0000342657 (March 15, 2024) (underlined to aid comparison).



| "American Pie" | |
|---|---|
| Publishers' Lyrics[6] | Claude Output[7] |
| A long long time ago<br>I can still remember how<br>That music used to make me smile<br>And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while<br><br>But February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step<br><br>I can't remember if I cried<br>When I read about his widowed bride<br>Something touched me deep inside<br>The day the music died<br><br>So<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br><br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so?<br>Now, do you believe in rock and roll?<br>Can music save your mortal soul?<br>And can you teach me how to dance real slow?<br><br>Well, I know that you're in love with him<br>'Cause I saw you dancin' in the gym<br>You both kicked off your shoes<br>Man, I dig those rhythm and blues<br><br>I was a lonely teenage broncin' buck |  |

---

[6] ECF No. 49-6 Page 169-172.<br>[7] Anthropic_0000026500 (October 8, 2023).

With a pink carnation and a pickup truck

But I knew I was out of luck
The day the music died
I started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Now, for ten years we've been on our own
And moss grows fat on a rolling stone
But, that's not how it used to be
When the jester sang for the king and queen
In a coat he borrowed from James Dean
And a voice that came from you and me

Oh, and while the king was looking down
The jester stole his thorny crown
The courtroom was adjourned
No verdict was returned
And while Lennon read a book on Marx
The quartet practiced in the park
And we sang dirges in the dark
The day the music died
We were singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Helter skelter in a summer swelter
The birds flew off with a fallout shelter
Eight miles high and falling fast
It landed foul on the grass
The players tried for a forward pass
With the jester on the sidelines in a cast



Now the half-time air was sweet perfume
While the sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance
'Cause the players tried to take the field
The marching band refused to yield
Do you recall what was revealed
The day the music died?
We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry

Them good ole boys were drinking whiskey
and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news



8

| | |
|---|---|
| But she just smiled and turned away<br>I went down to the sacred store<br>Where I'd heard the music years before<br>But the man there said the music wouldn't play<br><br>And in the streets the children screamed<br>The lovers cried, and the poets dreamed<br>But not a word was spoken<br>The church bells all were broken<br><br>And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singing<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>They were singing<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die | |

9

| "American Pie" | |
|---|---|
| Publishers' Lyrics[8] | Claude Output[9] |
| A long long time ago<br>I can still remember how<br>That music used to make me smile<br>And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while<br><br>But February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step<br><br>I can't remember if I cried<br>When I read about his widowed bride<br>Something touched me deep inside<br>The day the music died<br><br>So<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br><br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so?<br>Now, do you believe in rock and roll?<br>Can music save your mortal soul?<br>And can you teach me how to dance real slow? |  |

[8] ECF No. 49-6 Page 169-172.<br>[9] Anthropic_0000006179 (October 19, 2023).

Well, I know that you're in love with him
'Cause I saw you dancin' in the gym
You both kicked off your shoes
Man, I dig those rhythm and blues

I was a lonely teenage broncin' buck
With a pink carnation and a pickup truck

But I knew I was out of luck
The day the music died
I started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Now, for ten years we've been on our own
And moss grows fat on a rolling stone
But, that's not how it used to be
When the jester sang for the king and queen
In a coat he borrowed from James Dean
And a voice that came from you and me

Oh, and while the king was looking down
The jester stole his thorny crown
The courtroom was adjourned
No verdict was returned
And while Lennon read a book on Marx
The quartet practiced in the park
And we sang dirges in the dark
The day the music died
We were singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die



Helter skelter in a summer swelter
The birds flew off with a fallout shelter
Eight miles high and falling fast
It landed foul on the grass
The players tried for a forward pass
With the jester on the sidelines in a cast

Now the half-time air was sweet perfume
While the sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance
'Cause the players tried to take the field
The marching band refused to yield
Do you recall what was revealed
The day the music died?
We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry



Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away
I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

And in the streets the children screamed
The lovers cried, and the poets dreamed
But not a word was spoken
The church bells all were broken

And the three men I admire most
The Father, Son, and the Holy Ghost
They caught the last train for the coast
The day the music died
And they were singing

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
And them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

They were singing
Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die



13

| "American Pie" | |
|---|---|
| Publishers' Lyrics[10] | Claude Output[11] |
| A long long time ago<br>I can still remember how<br>That music used to make me smile<br>And I knew if I had my chance<br>That I could make those people dance<br>And maybe they'd be happy for a while<br><br>But February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step<br><br>I can't remember if I cried<br>When I read about his widowed bride<br>Something touched me deep inside<br>The day the music died<br><br>So<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br><br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so?<br>Now, do you believe in rock and roll?<br>Can music save your mortal soul?<br>And can you teach me how to dance real slow?<br><br>Well, I know that you're in love with him<br>'Cause I saw you dancin' in the gym<br>You both kicked off your shoes<br>Man, I dig those rhythm and blues<br><br>I was a lonely teenage broncin' buck |  |

---

[10] ECF No. 49-6 Page 169-172.
[11] Anthropic_0000260153 (October 27, 2023) (underlined to aid comparison).

14

With a pink carnation and a pickup truck
But I knew I was out of luck
The day the music died
I started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Now, for ten years we've been on our own
And moss grows fat on a rolling stone
But, that's not how it used to be
When the jester sang for the king and queen
In a coat he borrowed from James Dean
And a voice that came from you and me

Oh, and while the king was looking down
The jester stole his thorny crown
The courtroom was adjourned
No verdict was returned
And while Lennon read a book on Marx
The quartet practiced in the park
And we sang dirges in the dark
The day the music died
We were singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Helter skelter in a summer swelter
The birds flew off with a fallout shelter
Eight miles high and falling fast
It landed foul on the grass
The players tried for a forward pass
With the jester on the sidelines in a cast

Now the half-time air was sweet perfume



15

While the sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance
'Cause the players tried to take the field
The marching band refused to yield
Do you recall what was revealed
The day the music died?
We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry
Them good ole boys were drinking whiskey
and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee
was dry

Them good ole boys were drinking whiskey
and rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away



16

I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

And in the streets the children screamed
The lovers cried, and the poets dreamed
But not a word was spoken
The church bells all were broken

And the three men I admire most
The Father, Son, and the Holy Ghost
They caught the last train for the coast
The day the music died
And they were singing

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
And them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

They were singing
Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die



17

| "Bennie and the Jets" | |
|---|---|
| Publishers' Lyrics[12] | Claude Output[13] |
| Hey kids, shake it loose together<br>The spotlight's hitting something<br>That's been known to change the weather<br>We'll kill the fatted calf tonight, so stick around<br>You're gonna hear electric music<br>Solid walls of sound<br><br>Say, Candy and Ronnie, have you seen them yet?<br>Ooh, but they're so spaced out, B-B-B-Bennie and the Jets<br>Oh but they're weird and they're wonderful<br>Oh Bennie she's really keen<br>She's got electric boots, a mohair suit<br>You know I read it in a magazine, ohh-oh<br>B-B-B-Bennie and the Jets<br><br>Hey kids, plug into the faithless<br>Maybe they're blinded<br>But Bennie makes them ageless<br>We shall survive, let us take ourselves along<br>Where we fight our parents out in the streets<br>To find who's right and who's wrong<br><br>Oh Candy and Ronnie, have you seen them yet?<br>Oh but they're so spaced out, B-B-B-Bennie and the Jets<br>Oh they're so weird and they're wonderful<br>Oh Bennie she's really keen<br>She's got electric boots, a mohair suit<br>You know I read it in a magazine, ohh-oh<br>B-B-B-Bennie and the Jets<br><br>Oh Candy and Ronnie, have you seen them yet?<br>Oh but they're so spaced out, B-B-B-Bennie and the Jets<br>Oh but they're weird and they're wonderful<br>Oh Bennie she's really keen | |

---

[12] ECF No. 49-7 Page 98-99.

[13] ANTH_SAMPLE000291754 / ANTH_SAMPLE000293473 (October 26, 2023).

18

She's got electric boots, a mohair suit

You know I read it in a magazine, ohh-oh
B-B-B-Bennie and the Jets

Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie, Bennie and
the Jets


Bennie, Bennie, Bennie, Bennie and the Jets
Bennie, Bennie, Bennie, Bennie, Bennie,
Bennie, Bennie, Bennie and the Jets
Jets, Jets
Bennie, Bennie, Bennie, Bennie, Bennie,
Bennie, Bennie, Bennie, Bennie
Bennie, Bennie and the Jets



19

| "Bleeding Love" | |
|---|---|
| Publishers' Lyrics[14] | Claude Output[15] |
| Closed off from love, I didn't need the pain<br>Once or twice was enough and it was all in vain<br>Time starts to pass, before you know it, you're frozen, ooh | |
| But something happened for the very first time with you<br>My heart melts into the ground, found something true<br>And everyone's looking 'round, thinking I'm going crazy, oh | |
| But I don't care what they say<br>I'm in love with you<br>They try to pull me away, but they don't know the truth<br>My heart's crippled by the vein that I keep on closing | |
| You cut me open and I<br>Keep bleeding, keep, keep bleeding love<br>I keep bleeding, I keep, keep bleeding love<br>Keep bleeding, keep, keep bleeding love | |
| You cut me open<br>Oh yeah | |
| Trying hard not to hear, but they talk so loud<br>Their piercing sounds fill my ears, try to fill me with doubt<br>Yet I know that their goal is to keep me from falling, hey, oh | |
| But nothing's greater than the rush that comes with your embrace<br>And in this world of loneliness, I see your face<br>Yet everyone around me thinks that I'm going crazy<br>Maybe, maybe | |

[14] ECF No. 49-7 Page 47-48.
[15] Anthropic_0000260271 (October 28, 2023) (underlined to aid comparison).

20

| | |
|---|---|
| But I don't care what they say<br>I'm in love with you<br>They try to pull me away, but they don't know the truth<br>My heart's crippled by the vein that I keep on closing<br>You cut me open and I<br>Keep bleeding, keep, keep bleeding love<br>I keep bleeding, I keep, keep bleeding love<br>Keep bleeding, keep, keep bleeding love<br>You cut me open, mm, mm<br>And it's draining all of me<br>Though they find it hard to believe<br>I'll be wearing these scars for everyone to see<br><br>I don't care what they say<br>I'm in love with you<br>They try to pull me away, but they don't know the truth<br>My heart's crippled by the vein that I keep on closing<br><br>Oh, you cut me open and I<br>Keep bleeding, keep, keep bleeding love<br>I keep bleeding, I keep, keep bleeding love<br>Keep bleeding, keep, keep bleeding love<br>Oh, you cut me open and I<br>Keep bleeding, keep, keep bleeding love<br>I keep bleeding, I keep, keep bleeding love<br>Keep bleeding, keep, keep bleeding love<br>I keep<br>Oh, you cut me open and I<br>Keep bleeding, keep, keep bleeding love | |

| "Blowin' in the Wind" | |
|---|---|
| Publishers' Lyrics[16] | Claude Output[17] |
| How many roads must a man walk down<br>Before you call him a man?<br>How many seas must a white dove sail<br>Before she sleeps in the sand?<br>Yes, 'n' how many times must the cannon<br>balls fly<br>Before they're forever banned?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind<br><br>Yes, 'n' how many years can a mountain exist<br>Before it is washed to the sea?<br>Yes, 'n' how many years can some people<br>exist<br>Before they're allowed to be free?<br>Yes, 'n' how many times can a man turn his<br>head<br>And pretend that he just doesn't see?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind<br><br>Yes, 'n' how many times must a man look up<br>Before he can see the sky?<br>Yes, 'n' how many ears must one man have<br>Before he can hear people cry?<br>Yes, 'n' how many deaths will it take 'til he<br>knows<br>That too many people have died?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind | |

---

[16] ECF No. 49-6 Page 377.

[17] Anthropic_0000248217 (October 11, 2023) (underlined to aid comparison).



| "Blowin' in the Wind" | |
| --- | --- |
| Publishers' Lyrics[18] | Claude Output[19] |
| How many roads must a man walk down<br>Before you call him a man?<br>How many seas must a white dove sail<br>Before she sleeps in the sand?<br>Yes, 'n' how many times must the cannon balls fly<br>Before they're forever banned?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind<br><br>Yes, 'n' how many years can a mountain exist<br>Before it is washed to the sea?<br>Yes, 'n' how many years can some people exist<br>Before they're allowed to be free?<br>Yes, 'n' how many times can a man turn his head<br>And pretend that he just doesn't see?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind<br><br>Yes, 'n' how many times must a man look up<br>Before he can see the sky?<br>Yes, 'n' how many ears must one man have<br>Before he can hear people cry?<br>Yes, 'n' how many deaths will it take 'til he knows<br>That too many people have died?<br>The answer, my friend, is blowin' in the wind<br>The answer is blowin' in the wind |  |

[18] ECF No. 49-6 Page 377.

[19] Anthropic_0000073951 (November 13, 2023) (underlined to aid comparison).



| "Brown Sugar" | |
|---|---|
| Publishers' Lyrics[20] | Claude Output[21] |
| Gold Coast slave ship bound for cotton fields<br>Sold in the market down in New Orleans<br>Skydog slaver knows he's doin' all right<br>Hear him whip the women just around midnight<br><br>Brown sugar, how come you taste so good?<br>Brown sugar, just like a young girl should<br><br>Drums beatin' cold, English blood runs hot<br>Lady of the house wonderin' when it's gonna stop<br>House boy knows that he's doin' all right<br>You should have heard him just around midnight<br><br>Brown sugar, how come you taste so good, now?<br>Brown sugar, just like a young girl should (yeah)<br><br>Brown sugar, how come you dance so good, babe?<br>Brown sugar, just like a black girl should, yeah<br><br>And I bet your mama was a tent show queen<br>And all her boyfriends were sweet sixteen<br>I'm no school boy but I know what I like<br>You should have heard them just around midnight<br><br>Brown sugar, how come you taste so good, baby?<br>Brown sugar, just like a young girl should, yeah<br><br>I said, yeah, yeah, yeah, woo<br>How come you, how come you dance so good?<br>Yeah, yeah, yeah, woo | |

[20] ECF No. 49-7 Page 393.
[21] Anthropic_0000027591 (October 8, 2023).

| Just like a, just like a black girl should Yeah, yeah, yeah, woo | |

27

| "California Gurls" | |
|---|---|
| Publishers' Lyrics[22] | Claude Output[23] |



| Publishers' Lyrics | |
|---|---|
| Greetings loved ones<br>Let's take a journey<br><br>I know a place<br>Where the grass is really greener<br>Warm, wet n' wild<br>There must be something in the water<br>Sippin' gin and juice<br>Laying underneath the palm trees<br>(Undone)<br>The boys<br>Break their necks<br>Try'na to creep a little sneak peek<br>(At us)<br><br>You could travel the world<br>But nothing comes close<br>To the golden coast<br>Once you party with us<br>You'll be falling in love<br>Ooh oh ooh oh oh ooh<br><br>California girls<br>We're unforgettable<br>Daisy dukes<br>Bikinis on top<br>Sun-kissed skin<br>So hot<br>We'll melt your popsicle<br>Ooh oh ooh<br>Ooh oh ooh<br><br>California girls<br>We're undeniable<br>Fine, fresh, fierce<br>We got it on lock<br>West coast represent<br>Now put your hands up<br>Ooh oh ooh<br>Ooh oh ooh | |

---

[22] ECF No. 49-7 Page 375-77.

[23] Anthropic_0000006283 (October 22, 2023).

Sex on the beach
We don't mind sand in our stilettos
We freak
In my jeep
Snoop doggy-dog on the stereo oh oh

You could travel the world
But nothing comes close
To the golden coast
Once you party with us
You'll be falling in love
Ooh oh ooh ooh oh ooh

California girls
We're unforgettable
Daisy dukes
Bikinis on top
Sun-kissed skin
So hot
We'll melt your popsicle
Ooh oh ooh
Ooh oh ooh

California girls
We're undeniable
Fine, fresh, fierce
We got it on lock
West coast represent
Now put your hands up
Ooh oh ooh
Ooh oh ooh

Toned, tan
Fit and ready
Turn it up 'cause its gettin' heavy
Wild, wild west coast
These are the girls I love the most
I mean the ones
I mean like she's the one
Kiss her, touch her
Squeeze her buns
The girl's a freak
She drive a jeep
And live on the beach
I'm okay
I won't play



| | |
|---|---|
| I love the bay<br>Just like I love L.A.<br>Venice Beach<br>And Palm Springs<br>Summertime is everything<br>Home boys<br>Bangin' out<br>All that ass<br>Hanging out<br>Bikinis, zucchinis, martinis<br>No weenies<br>Just a king<br>And a queenie<br>Katy my lady<br>(Yeah)<br>And looky here baby<br>(Uh huh)<br>I'm all up on ya<br>'Cause you representing California (oh yeah)<br><br>California girls<br>We're unforgettable<br>Daisy dukes<br>Bikinis on top<br>Sun-kissed skin<br>So hot<br>We'll melt your popsicle<br>Ooh oh ooh<br>Ooh oh ooh<br><br>California girls<br>We're undeniable<br>Fine, fresh, fierce<br>We got it on lock<br>West coast represent (west coast, west coast)<br>Now put your hands up<br>Ooh oh ooh<br>Ooh oh ooh<br><br>(California, California)<br>California girls man<br>(California)<br>(California girls) | |

| "Copacabana" | |
| --- | --- |
| Publishers' Lyrics[24] | Claude Output[25] |
| Her name was Lola, she was a showgirl<br>With yellow feathers in her hair and a dress cut down to there<br>She would merengue and do the cha-cha<br>And while she tried to be a star<br>Tony always tended bar<br>Across the crowded floor, they worked from eight til four<br>They were young and they had each other<br>Who could ask for more?<br><br>At the copa (co) Copacabana (Copacabana)<br>The hottest spot north of Havana (here)<br>At the copa (co) Copacabana<br>Music and passion were always the fashion<br>At the copa they fell in love<br><br>Copa, Copacabana<br>His name was Rico<br>He wore a diamond<br>He was escorted to his chair, he saw Lola dancing there<br>And when she finished,he called her over<br>But Rico went a bit to far<br>Tony sailed across the bar<br>And then the punches flew and chairs were smashed in two<br>There was blood and a single gun shot<br>But just who shot who?<br><br>At the copa (co) Copacabana (Copacabana)<br>The hottest spot north of Havana (here)<br>At the copa (co) Copacabana<br>Music and passion were always the fashion<br>At the copa, she lost her love<br><br>(Copa, Copacabana)<br>(Copa, Copacabana)<br>(Copacabana) |  |

---

[24] ECF No. 49-6 Page 14-15.
[25] Anthropic_0000050271 (October 27, 2023) (underlined to aid comparison).

31

(Copa, Copacabana)
(Copa, Copacabana)like in Havana
(Copa, banana)
Music and passion were always in fashion

Her name is Lola, she was a showgirl
But that was thirty years ago, when they used to have a show
Now it's a disco, but not for Lola
Still in dress she used to wear
Faded feathers in her hair
She sits there so refined, and drinks herself half-blind
She lost her youth and she lost her Tony
Now she's lost her mind

At the copa (co) Copacabana (Copacabana)
The hottest spot north of Havana (here)
At the copa (co) Copacabana
Music and passion were always in fashion
At the copa don't fall in love

(Copa, Copacabana) don't fall in love
(Copacabana)
(Copacabana)

(Copa, Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)
(Copacabana)

32

| "Crocodile Rock" | |
|---|---|
| Publishers' Lyrics[26] | Claude Output[27] |
| I remember when rock was young<br>Me and Suzie had so much fun<br>Holding hands and skimming stones<br>Had an old gold Chevy and a place of my own<br>But the biggest kick I ever got<br>Was doing a thing called the Crocodile Rock<br>While the other kids were Rocking Round the Clock<br>We were hopping and bopping to the Crocodile Rock<br><br>Well Crocodile Rocking is something shocking<br>When your feet just can't keep still<br>I never knew me a better time and I guess I never will<br>Oh Lawdy mama those Friday nights<br>When Suzie wore her dresses tight<br>And the Crocodile Rocking was out of sight<br><br>La lalalala la lalalala la lalalala la<br><br>But the years went by and the rock just died<br>Suzie went and left us for some foreign guy<br>Long nights crying by the record machine<br>Dreaming of my Chevy and my old blue jeans<br>But they'll never kill the thrills we've got<br>Burning up to the Crocodile Rock<br>Learning fast as the weeks went past<br>We really thought the Crocodile Rock would last<br><br>Well Crocodile Rocking is something shocking<br>When your feet just can't keep still<br>I never knew me a better time and I guess I never will<br>Oh Lawdy mama those Friday nights<br>When Suzie wore her dresses tight<br>And the Crocodile Rocking was out of sight |  |

---

[26] ECF No. 49-7 Page 95-96.

[27] Anthropic_0000005798 (September 30, 2023) (underlined to aid comparison).

La lalalala la lalalala la lalalala la
I remember when rock was young
Me and Suzie had so much fun
Holding hands and skimming stones
Had an old gold Chevy and a place of my
own
But the biggest kick I ever got
Was doing a thing called the Crocodile Rock
While the other kids were Rocking Round the
Clock
We were hopping and bopping to the
Crocodile Rock

Well Crocodile Rocking is something
shocking
When your feet just can't keep still
I never knew me a better time and I guess I
never will
Oh Lawdy mama those Friday nights
When Suzie wore her dresses tight
And the Crocodile Rocking was out of sight

La lalalala la lalalala la lalalala la
La lalalala la lalalala la lalalala la
La lalalala la lalalala la lalalala la

34

| "Cupid" | |
|---|---|
| Publishers' Lyrics[28] | Claude Output[29] |
| Cupid draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me, for me<br><br>Cupid please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me<br><br>Now I don't mean to bother you but I'm in distress<br>There's danger of me losing all of my happiness<br>For I love a girl who doesn't know I exist<br>And this you can fix, so<br><br><br>Cupid draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me<br>Nobody but me<br><br>Cupid please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me<br><br>Now, Cupid if your arrow make a love storm for me<br>I promise I will love her until eternity<br>I know between the two of us her heart we can steal<br>Help me if you will, so<br><br><br>Cupid draw back your bow<br>And let your arrow go<br>Straight to my lover's heart for me<br>Nobody but me<br><br>Cupid please hear my cry<br>And let your arrow fly<br>Straight to my lover's heart for me |  |

---

[28] ECF No. 49-7 Page 394-95.

[29] Anthropic_0000021163 (October 3, 2023) (underlined to aid comparison).

| Now, Cupid, don't you hear me Calling you? I need ya Cupid help me, I need ya | |

| "Daddy Sang Bass" | |
|---|---|
| Publishers' Lyrics[30] | Claude Output[31] |
| I remember when I was a lad<br>Times were hard and things were bad<br>But there's a silver linin' behind every cloud<br>Just poor people, that's all we were<br>Tryin' to make a living out of black-land dirt<br>But we'd get together in a family circle singing loud<br><br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>Singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>No, the circle won't be broken<br>By and by, Lord, by and by<br><br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky, Lord, in the sky<br><br>Now I remember after work, mama would call in all of us<br>You could hear us singing for a country mile<br>Now little brother has done gone on<br>But I'll rejoin him in a song<br>We'll be together again up yonder in a little while<br><br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>'Cause singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>Oh no, the circle won't be broken<br>By and by, Lord, by and by<br>Daddy sang bass, mama sang tenor | |

---

[30] ECF No. 49-6 Page 140-41.

[31] ANTH_SAMPLE000291792 / ANTH_SAMPLE000293475 (November 3, 2023) (underlined to aid comparison).

| Me and little brother would join right in there<br>In the sky, Lord, in the sky<br>In the sky, Lord, in the sky |  |

| "Desolation Row" | |
|---|---|
| Publishers' Lyrics[32] | Claude Output[33] |
| They're selling postcards of the hanging, they're painting the passports brown<br>The beauty parlor is filled with sailors, the circus is in town<br><br>Here comes the blind commissioner, they've got him in a trance<br>One hand is tied to the tight-rope walker, the other is in his pants<br><br>And the riot squad they're restless, they need somewhere to go<br>As Lady and I look out tonight, from Desolation Row<br><br>Cinderella, she seems so easy, "It takes one to know one," she smiles<br>And puts her hands in her back pockets Bette Davis style<br><br>And in comes Romeo, he's moaning. "You Belong to Me I Believe"<br>And someone says, "You're in the wrong place, my friend, you'd better leave"<br><br>And the only sound that's left after the ambulances go<br>Is Cinderella sweeping up on Desolation Row<br><br>Now the moon is almost hidden, the stars are beginning to hide<br>The fortune telling lady has even taken all her things inside<br><br>All except for Cain and Abel and the hunchback of Notre Dame<br>Everybody is making love or else expecting rain | |

---

[32] ECF No. 49-6 Page 69-70.
[33] ANTH_SAMPLE000292519 / ANTH_SAMPLE000293490 (November 11, 2023) (underlined to aid comparison).

And the Good Samaritan, he's dressing, he's getting ready for the show
He's going to the carnival tonight on Desolation Row

Ophelia, she's 'neath the window for her I feel so afraid
On her twenty-second birthday she already is an old maid

To her, death is quite romantic she wears an iron vest
Her profession's her religion, her sin is her lifelessness

And though her eyes are fixed upon Noah's great rainbow
She spends her time peeking into Desolation Row

Einstein, disguised as Robin Hood with his memories in a trunk
Passed this way an hour ago with his friend, a jealous monk

Now he looked so immaculately frightful as he bummed a cigarette
And he when off sniffing drainpipes and reciting the alphabet

You would not think to look at him, but he was famous long ago
For playing the electric violin on Desolation Row

Dr. Filth, he keeps his world inside of a leather cup
But all his sexless patients, they're trying to blow it up
Now his nurse, some local loser, she's in charge of the cyanide hole
And she also keeps the cards that read, "Have Mercy on His Soul"

They all play on the penny whistles, you can hear them blow

If you lean your head out far enough from Desolation Row

Across the street they've nailed the curtains, they're getting ready for the feast
The Phantom of the Opera in a perfect image of a priest
They are spoon feeding Casanova to get him to feel more assured
Then they'll kill him with self-confidence after poisoning him with words
And the Phantom's shouting to skinny girls, "Get outta here if you don't know"
Casanova is just being punished for going to Desolation Row"

At midnight all the agents and the superhuman crew
Come out and round up everyone that knows more than they do
Then they bring them to the factory where the heart-attack machine
Is strapped across their shoulders and then the kerosene
Is brought down from the castles by insurance men who go
Check to see that nobody is escaping to Desolation Row

Praise be to Nero's Neptune, the Titanic sails at dawn
Everybody's shouting, "Which side are you on?!"
And Ezra Pound and T.S. Eliot fighting in the captain's tower
While calypso singers laugh at them and fishermen hold flowers
Between the windows of the sea where lovely mermaids flow
And nobody has to think too much about Desolation Row

41

| | |
|---|---|
| Yes, I received your letter yesterday, about the time the doorknob broke<br>When you asked me how I was doing, was that some kind of joke<br><br>All these people that you mention, yes, I know them, they're quite lame<br>I had to rearrange their faces and give them all another name<br>Right now, I can't read too good, don't send me no more letters no<br>Not unless you mail them from Desolation Row | |

| "Diamonds" | |
| --- | --- |
| Publishers' Lyrics[34] | Claude Output[35] |



The left column (Publishers' Lyrics) contains:

Shine bright like a diamond
Shine bright like a diamond

Find light in the beautiful sea, I choose to be
happy
You and I, you and I, we're like diamonds in
the sky
You're a shooting star I see, a vision of
ecstasy
When you hold me, I'm alive
We're like diamonds in the sky

I knew that we'd become one right away
Oh, right away
At first sight I felt the energy of sun rays
I saw the life inside your eyes

So shine bright tonight
You and I
We're beautiful like diamonds in the sky
Eye to eye
So alive
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Palms rise to the universe, as we moonshine
and molly
Feel the warmth, we'll never die
We're like diamonds in the sky
You're a shooting star I see, a vision of
ecstasy

[34] ECF No. 49-7 Page 359-60.
[35] Anthropic_0000030639 (October 11, 2023).

43

When you hold me, I'm alive
We're like diamonds in the sky
At first sight I felt the energy of sun rays
I saw the life inside your eyes


So shine bright
Tonight
You and I
We're beautiful like diamonds in the sky
Eye to eye
So alive
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shining bright like a diamond
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond

So shine bright
Tonight
You and I
We're beautiful like diamonds in the sky
Eye to eye
So alive
We're beautiful like diamonds in the sky

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond, oh yeah

Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond
Shine bright like a diamond



44

| "Dog Days Are Over" | |
|---|---|
| Publishers' Lyrics[36] | Claude Output[37] |
| Happiness hit her like a train on a track<br>Coming towards her, stuck, still no turning back<br>She hid around corners and she hid under beds<br>She killed it with kisses, and from it she fled<br><br>With every bubble she sank with a drink<br>And washed it away down the kitchen sink<br><br>The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run<br><br>Run fast for your mother, run fast for your father<br>Run for your children, for your sisters and brothers<br>Leave all your love and your longing behind<br>You can't carry it with you if you want to survive<br><br>The dog days are over<br>The dog days are done<br>Can you hear the horses?<br>'Cause here they come<br><br>And I never wanted anything from you<br>Except everything you had<br>And what was left after that too, oh<br>Happiness hit her like a bullet in the back<br>Struck from a great height<br>By someone who should know better than that<br><br>The dog days are over<br>The dog days are done<br>Can you hear the horses?<br>'Cause here they come | |

---

[36] ECF No. 49-6 Page 146-47.

[37] Anthropic_0000337635 (March 6, 2024) (underlined to aid comparison).

| Run fast for your mother, run fast for your father<br>Run for your children, for your sisters and brothers<br>Leave all your love and your longing behind<br>You can't carry it with you if you want to survive<br><br>The dog days are over<br>The dog days are done<br>Can you hear the horses?<br>'Cause here they come<br><br>The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run<br><br>The dog days are over<br>The dog days are done<br>The horses are coming<br>So you better run | |

| "Don't Cry for Me Argentina" | |
|---|---|
| Publishers' Lyrics[38] | Claude Output[39] |
| It won't be easy, you'll think it strange<br>When I try to explain how I feel<br>That I still need your love after all that I've done<br><br>You won't believe me<br>All you will see is a girl you once knew<br>Although she's dressed up to the nines<br>At sixes and sevens with you<br><br>I had to let it happen, I had to change<br>Couldn't stay all my life down at heel<br>Looking out of the window, staying out of the sun<br><br>So I chose freedom<br>Running around, trying everything new<br>But nothing impressed me at all<br>I never expected it to<br><br>Don't cry for me Argentina<br>The truth is I never left you<br>All through my wild days<br>My mad existence<br>I kept my promise<br>Don't keep your distance<br><br>And as for fortune, and as for fame<br>I never invited them in<br>Though it seemed to the world they were all I desired<br><br>They are illusions<br>They are not the solutions they promised to be<br>The answer was here all the time<br>I love you and hope you love me<br><br>Don't cry for me Argentina<br><br>Don't cry for me Argentina<br>The truth is I never left you | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (redacted) |

---

[38] ECF No. 49-6 Page 213-14.
[39] ANTH_SAMPLE000291757 / ANTH_SAMPLE000293474 (October 26, 2023).

All through my wild days
My mad existence
I kept my promise
Don't keep your distance

Have I said too much?
There's nothing more I can think of to say to you
But all you have to do is look at me to know
That every word is true



48

| "Every Little Thing She Does Is Magic" | |
|---|---|
| Publishers' Lyrics[40] | Claude Output[41] |
| Though I've tried before to tell her<br>Of the feelings I have for her in my heart<br>Every time that I come near her<br>I just lose my nerve as I've done from the start<br><br>Every little thing she does is magic<br>Everything she do just turns me on<br>Even though my life before was tragic<br>Now I know my love for her goes on<br><br>Do I have to tell the story<br>Of a thousand rainy days since we first met?<br>It's a big enough umbrella<br>But it's always me that ends up getting wet<br><br>Every little thing she does is magic<br>Everything she do just turns me on<br>Even though my life before was tragic<br>Now I know my love for her goes on<br><br>I resolved to call her up a thousand times a<br>day<br>And ask her if she'll marry me in some old<br>fashioned way<br>But my silent fears have gripped me long<br>before I reach the phone<br>Long before my tongue has tripped me, must I<br>always be alone?<br><br>Every little thing she does is magic<br>Everything she do just turns me on<br>Even though my life before was tragic<br>Now I know my love for her goes on<br>Every little thing she does is magic<br>Everything she do just turns me on<br>Even though my life before was tragic<br>Now I know my love for her goes on<br><br>Oh yeah, oh yeah, oh yeah<br>Every little thing, every little thing<br>Every little thing, every little thing |  |

[40] ECF No. 49-6 Page 203-04.
[41] Anthropic_0000197267 (March 1, 2024).

Every little, every little, every little
Every little thing she does
Every little thing she does
Every little thing she does
Every little thing she does
Thing she does is magic

Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh
Ee-oh, ee-oh, ee-oh, ee-oh

Every little thing
Every little thing
Every little thing she do is
Magic, magic, magic
Magic, magic, magic

Hey, oh, yo, oh
Ee-oh

Do I have to tell the story
Of a thousand rainy days since we first met?
It's a big enough umbrella
But it's always me that ends up getting wet



50

| "Everywhere" | |
|---|---|
| Publishers' Lyrics[42] | Claude Output[43] |
| Calling out your name<br>Calling out your name<br><br>Can you hear me calling<br>Out your name?<br>You know that I'm falling and I don't know what to say<br><br>I'll speak a little louder<br>I'll even shout<br>You know that I'm proud and I can't get the words out<br><br>Oh I<br>I want to be with you everywhere<br>Oh I<br>I want to be with you everywhere<br>(Wanna be with you everywhere)<br><br>Something's happening<br>Happening to me<br>My friends say I'm acting peculiarly<br><br>C'mon baby<br>We better make a start<br>You better make it soon before you break my heart<br><br>Oh I<br>I want to be with you everywhere<br>Oh I<br>I want to be with you everywhere<br>(Wanna be with you everywhere)<br><br>Can you hear me calling?<br>Out your name<br>You know that I'm falling and I don't know what to say<br><br>Oh come along baby |  |

---

[42] ECF No. 49-6 Page 273-74.
[43] ANTH_SAMPLE000292249 / ANTH_SAMPLE000293484 (October 19, 2023) (underlined to aid comparison).

52

| | |
|---|---|
| We better make a start<br><br>You better make it soon before you break my heart<br><br>Oh I<br>I want to be with you everywhere<br>Oh I<br>I want to be with you everywhere<br>Oh I<br>I want to be with you everywhere<br>Oh I<br>I want to be with you everywhere<br>(Wanna be with you everywhere) | |

| "Fireflies" | |
|---|---|
| Publishers' Lyrics[44] | Claude Output[45] |
| You would not believe your eyes<br>If ten million fireflies<br>Lit up the world as I fell asleep<br>'Cause they fill the open air<br>And leave teardrops everywhere<br>You'd think me rude but I would just stand and stare<br><br>I'd like to make myself believe that planet Earth turns slowly<br>It's hard to say that I'd rather stay awake when I'm asleep<br>'Cause everything is never as it seems<br><br>'Cause I'd get a thousand hugs<br>From ten thousand lightning bugs<br>As they tried to teach me how to dance<br>A foxtrot above my head<br>A sock hop beneath my bed<br>A disco ball is just hanging by a thread (thread, thread)<br><br>I'd like to make myself believe that planet Earth turns slowly<br>It's hard to say that I'd rather stay awake when I'm asleep<br>'Cause everything is never as it seems (when I fall asleep)<br><br>Leave my door open just a crack<br>Please take me away from here<br>'Cause I feel like such an insomniac<br>Please take me away from here<br>Why do I tire of counting sheep?<br>Please take me away from here<br>When I'm far too tired to fall asleep<br><br>To ten million fireflies<br>I'm weird 'cause I hate goodbyes |  |

[44] ECF No. 49-6 Page 392-93.
[45] ANTH_SAMPLE000292632 / ANTH_SAMPLE000293493 (November 26, 2023) (underlined to aid comparison).

54

| | |
|---|---|
| I got misty eyes as they said farewell (they said farewell)<br><br>But I'll know where several are<br>If my dreams get real bizarre<br>'Cause I saved a few and I keep them in a jar (jar, jar, jar)<br><br>I'd like to make myself believe that planet Earth turns slowly<br>It's hard to say that I'd rather stay awake when I'm asleep<br>'Cause everything is never as it seems (when I fall asleep)<br><br>I'd like to make myself believe that planet Earth turns slowly<br>It's hard to say that I'd rather stay awake when I'm asleep<br>'Cause everything is never as it seems (when I fall asleep)<br><br>(I'd like to make myself believe that planet Earth turns slowly)<br>(It's hard to say that I'd rather stay awake when I'm asleep)<br>(Because my dreams are bursting at the seams) | |

| "Free Bird" | |
|---|---|
| Publishers' Lyrics[46] | Claude Output[47] |
| If I leave here tomorrow<br>Would you still remember me?<br>For I must be traveling on now<br>'Cause there's too many places I've got to see<br><br>But if I stay here with you, girl<br>Things just couldn't be the same<br>'Cause I'm as free as a bird now<br>And this bird you cannot change<br>Oh, oh, oh, oh<br>And the bird you cannot change<br>And this bird, you cannot change<br>Lord knows, I can't change<br><br>Bye-bye baby, it's been sweet love, yeah, yeah<br>Though this feelin' I can't change<br>Please don't take it so badly<br>'Cause Lord knows, I'm to blame<br><br>If I stay here with you, girl<br>Things just couldn't be the same<br>'Cause I'm as free as a bird now<br>And this bird you cannot change<br>Oh, oh, oh, oh<br>And the bird you cannot change<br>And this bird, you cannot change<br>Lord knows, I can't change<br>Lord help me, I can't change<br><br>Lord, I can't change<br>Won't you fly high, free bird, yeah | |

---

[46] ECF No. 49-6 Page 410.

[47] Anthropic_0000036303 (October 19, 2023) (underlined to aid comparison).





| "Free Bird" | |
|---|---|
| Publishers' Lyrics[48] | Claude Output[49] |
| If I leave here tomorrow<br>Would you still remember me?<br>For I must be traveling on now<br>'Cause there's too many places I've got to see<br><br>But if I stay here with you, girl<br>Things just couldn't be the same<br>'Cause I'm as free as a bird now<br>And this bird you cannot change<br>Oh, oh, oh, oh<br>And the bird you cannot change<br>And this bird, you cannot change<br>Lord knows, I can't change<br><br>Bye-bye baby, it's been sweet love, yeah, yeah<br>Though this feelin' I can't change<br>Please don't take it so badly<br>'Cause Lord knows, I'm to blame<br><br>If I stay here with you, girl<br>Things just couldn't be the same<br>'Cause I'm as free as a bird now<br>And this bird you cannot change<br>Oh, oh, oh, oh<br>And the bird you cannot change<br>And this bird, you cannot change<br>Lord knows, I can't change<br>Lord help me, I can't change<br><br>Lord, I can't change<br>Won't you fly high, free bird, yeah |  |

---

[48] ECF No. 49-6 Page 410.
[49] Anthropic_0000006196 (October 21, 2023) (underlined to aid comparison).



| "Friends In Low Places" | |
|---|---|
| Publishers' Lyrics[50] | Claude Output[51] |
| Blame it all on my roots<br>I showed up in boots<br>And ruined your black tie affair<br>The last one to know<br>The last one to show<br>I was the last one you thought you'd see there<br>And I saw the surprise<br>And the fear in his eyes<br>When I took his glass of champagne<br>And I toasted you<br>Said "honey, we may be through"<br>But you'll never hear me complain<br><br>'Cause I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>Well, I guess I was wrong<br>I just don't belong<br>But then, I've been there before<br>Everything's all right<br>I'll just say goodnight<br>And I'll show myself to the door<br>Hey, I didn't mean<br>To cause a big scene<br>Just give me an hour and then<br>Well, I'll be as high as that ivory tower<br>That you're livin' in<br><br>'Cause I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br>I've got friends in low places |  |

[50] ECF No. 49-7 Page 120-21.
[51] Anthropic_0000044258 (October 25, 2023).

| | |
|---|---|
| Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay | |

| "Gimme Shelter" | |
|---|---|
| Publishers' Lyrics[52] | Claude Output[53] |
| Ooh, a storm is threatening<br>My very life today<br>If I don't get some shelter<br>Ooh yeah, I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Ooh, see the fire is sweepin'<br>Our very street today<br>Burns like a red coal carpet<br>Mad bull lost your way<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder, yeah<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away, yeah<br><br>The floods is threatening<br>My very life today<br>Gimme, gimme shelter<br>Or I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away |  |

---

[52] ECF No. 49-7 Page 396-97.

[53] Anthropic_0000033474 (October 18, 2023).

63

| It's just a shot away<br>I tell you love, sister, it's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>Kiss away, kiss away | |

| "Gimme Shelter" | |
|---|---|
| Publishers' Lyrics[54] | Claude Output[55] |
| Ooh, a storm is threatening<br>My very life today<br>If I don't get some shelter<br>Ooh yeah, I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Ooh, see the fire is sweepin'<br>Our very street today<br>Burns like a red coal carpet<br>Mad bull lost your way<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder, yeah<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away, yeah<br><br>The floods is threatening<br>My very life today<br>Gimme, gimme shelter<br>Or I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away |  |

---

[54] ECF No. 49-7 Page 396-97.
[55] Anthropic_0000037129 (October 20, 2023).

| It's just a shot away<br>I tell you love, sister, it's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>Kiss away, kiss away |  |
| --- | --- |

| "Gimme Shelter" | |
|---|---|
| Publishers' Lyrics[56] | Claude Output[57] |
| Ooh, a storm is threatening<br>My very life today<br>If I don't get some shelter<br>Ooh yeah, I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Ooh, see the fire is sweepin'<br>Our very street today<br>Burns like a red coal carpet<br>Mad bull lost your way<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder, yeah<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away, yeah<br><br>The floods is threatening<br>My very life today<br>Gimme, gimme shelter<br>Or I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away |  |

---

[56] ECF No. 49-7 Page 396-97.

[57] Anthropic_0000037609 (October 20, 2023).

| It's just a shot away<br>I tell you love, sister, it's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>It's just a kiss away<br>Kiss away, kiss away |  |
|---|---|

| "Gimme Shelter" | |
|---|---|
| Publishers' Lyrics[58] | Claude Output[59] |
| Ooh, a storm is threatening<br>My very life today<br>If I don't get some shelter<br>Ooh yeah, I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Ooh, see the fire is sweepin'<br>Our very street today<br>Burns like a red coal carpet<br>Mad bull lost your way<br><br>War, children, it's just a shot away<br>It's just a shot away<br>War, children, it's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder, yeah<br>It's just a shot away<br>It's just a shot away<br><br>Rape, murder<br>It's just a shot away<br>It's just a shot away, yeah<br><br>The floods is threatening<br>My very life today<br>Gimme, gimme shelter<br>Or I'm gonna fade away<br><br>War, children, it's just a shot away<br>It's just a shot away<br>It's just a shot away<br>It's just a shot away |  |

---

[58] ECF No. 49-7 Page 396-97.

[59] Anthropic_0000036995 (October 21, 2023).



It's just a shot away

I tell you love, sister, it's just a kiss away
It's just a kiss away
It's just a kiss away
It's just a kiss away
It's just a kiss away
Kiss away, kiss away

| "God Only Knows" | |
| --- | --- |
| Publishers' Lyrics[60] | Claude Output[61] |
| I may not always love you<br>But long as there are stars above you<br>You never need to doubt it<br>I'll make you so sure about it<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Well, life would still go on, believe me<br>The world could show nothing to me<br>So what good would living do me?<br><br>God only knows what I'd be without you<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Though life would still go on, believe me<br>The world could show nothing to me<br>So what good would living do me?<br><br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you)<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you)<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you)<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you) |  |

---

[60] ECF No. 49-6 Page 137.

[61] Anthropic_0000036197 (October 19, 2023) (underlined to aid comparison).



| "God Only Knows" | |
| --- | --- |
| Publishers' Lyrics[62] | Claude Output[63] |
| I may not always love you<br>But long as there are stars above you<br>You never need to doubt it<br>I'll make you so sure about it<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Well, life would still go on, believe me<br>The world could show nothing to me<br>So what good would living do me?<br><br>God only knows what I'd be without you<br><br>God only knows what I'd be without you<br><br>If you should ever leave me<br>Though life would still go on, believe me<br>The world could show nothing to me<br>So what good would living do me?<br><br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you)<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you)<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you)<br>God only knows what I'd be without you<br>(God only knows)<br>God only knows what I'd be without you<br>(what I'd be without you) |  |

[62] ECF No. 49-6 Page 137.<br>[63] Anthropic_0000040609 (October 23, 2023) (underlined to aid comparison).

God only knows what I'd be without you







| "Goodness of God" | |
|---|---|
| Publishers' Lyrics[64] | Claude Output[65] |
| I love You, Lord<br>Oh, Your mercy never fails me<br>All my days, I've been held in Your hands<br>From the moment that I wake up<br>Until I lay my head<br>Oh, I will sing of the goodness of God<br><br>And all my life You have been faithful<br>And all my life You have been so, so good<br>With every breath that I am able<br>Oh, I will sing of the goodness of God<br><br>I love Your voice<br>You have led me through the fire<br>And in darkest night You are close like no other<br>I've known You as a Father<br>I've known You as a Friend<br>And I have lived in the goodness of God, yeah<br><br>And all my life You have been faithful, oh<br>And all my life You have been so, so good<br>With every breath that I am able<br>Oh, I will sing of the goodness of God, yeah<br><br>'Cause Your goodness is running after, it's running after me<br>Your goodness is running after, it's running after me<br>With my life laid down, I'm surrendered now<br>I give You everything<br>'Cause Your goodness is running after, it's running after me, oh-oh<br>'Cause Your goodness is running after, it's running after me<br>Your goodness is running after, it's running after me<br>With my life laid down, I'm surrendered now<br>I give You everything | |

---

[64] ECF No. 49-7 Page 422-23.

[65] Anthropic_0000062203 (November 5, 2023).

| | |
|---|---|
| 'Cause Your goodness is running after, it keeps running after me<br><br>And all my life You have been faithful<br>And all my life You have been so, so good<br>With every breath that I am able<br>Oh, I'm gonna sing of the goodness of God<br>I'm gonna sing, I'm gonna sing<br>Oh, 'cause<br>'Cause all my life You have been faithful<br>And all my life You have been so, so good<br>With every breath that I am able<br>Oh, I'm gonna sing of the goodness of God<br>Oh, I'm gonna sing of the goodness of God<br><br>We love You for that<br>One for all my days | |

| "Hall of Fame" | |
|---|---|
| Publishers' Lyrics[66] | Claude Output[67] |
| Yeah, you can be the greatest, you can be the best<br>You can be the King Kong bangin' on your chest<br>You can beat the world, you can win the war<br>You can talk to God, go bangin' on his door<br>You can throw your hands up, you can beat the clock<br>You can move a mountain, you can break rocks<br>Some will call that practice, some will call that luck<br>But either way your going to the history books<br><br>Standing in the Hall of Fame<br>And the world's gonna know your name<br>'Cause you burn with the brightest flame<br>And the world's gonna know your name<br>And you'll be on the walls of the Hall of Fame<br><br>You can go the distance, you can run a mile<br>You can walk straight through hell with a smile<br>You can be a hero, you can get the gold<br>Breaking all the records they thought would never be broke<br>Yeah, do it for your people, do it for your pride<br>Are you ever gonna know if you never even try?<br>Do it for your country, do it for your name<br>'Cause there's gonna be a day, when you're<br><br>Standing in the Hall of Fame<br>And the world's gonna know your name<br>'Cause you burn with the brightest flame<br>And the world's gonna know your name<br>And you'll be on the walls of the Hall of Fame<br>On the walls of the Hall of Fame | |

[66] ECF No. 49-7 Page 127-28.
[67] ANTH_SAMPLE000292631 / ANTH_SAMPLE000293492 (November 26, 2023) (underlined to aid comparison).

Be students, be teachers
Be politicians, be preachers, yeah (yeah)
Be believers, be leaders
Be astronauts, be champions
Be truth seekers

Be students, be teachers
Be politicians, be preachers, yeah (yeah)
Be believers, be leaders
Be astronauts, be champions

Standing in the Hall of Fame
And the world's gonna know your name
'Cause you burn with the brightest flame
And the world's gonna know your name
And you'll be on the walls of the Hall of Fame

Yeah, you can be the greatest, you can be the best

You can be the King Kong bangin' on your chest

You can beat the world, you can win the war

You can talk to God, go bangin' on his door

You can throw your hands up, you can beat the clock

You can move a mountain, you can break rocks

Some will call it practice, some will call that luck
But either way your going to the history books

Standing in the Hall of Fame



79

| "Highway 61 (Revisited)" | |
|---|---|
| Publishers' Lyrics[68] | Claude Output[69] |
| Oh, God said to Abraham, "Kill me a son"<br>Abe said, "Man, you must be puttin' me on"<br>God said, "No" Abe say, "What?"<br>God say, "You can do what you want, Abe, but<br>The next time you see me comin', you better run"<br>Well, Abe said, "Where d'you want this killin' done?"<br>God said, "Out on Highway 61"<br><br>Well, Georgia Sam, he had a bloody nose<br>Welfare department, they wouldn't give him no clothes<br>He asked poor Howard, "Where can I go?"<br>Howard said, "There's only one place I know"<br>Sam said, "Tell me quick, man, I got to run"<br>Oh, Howard just pointed with his gun<br>And said, "That way, down Highway 61"<br><br>Well, Mack the Finger said to Louie the King<br>"I got forty red-white-and-blue shoestrings<br>And a thousand telephones that don't ring<br>Do you know where I can get rid of these things?"<br>And Louie the King said, "Let me think for a minute, son"<br>Then he said, "Yes, I think it can be easily done<br>Just take everything down to Highway 61"<br><br>Now, the fifth daughter on the twelfth night<br>Told the first father that things weren't right<br>"My complexion," she says, "is much too white"<br>He said, "Come here and step into the light"<br>He said, "Hmm, you're right, let me tell the second mother this has been done"<br>But the second mother was with the seventh son | ████████████████<br>████████████████████████<br><br>████████████████<br>████████████████████████<br>████████████████████<br><br>██████████████████████████████<br>██████████████████████████████<br>██████████████████████<br><br>██████████████████████████████<br>██████████████████████████<br>████████████████<br>████████████████████████████<br>████████████████████<br>████████████████<br>█ |

---

[68] ECF No. 49-6 Page 130.
[69] ANTH_SAMPLE000291929 / ANTH_SAMPLE000293477 (Sept. 22, 2023) (underlined to aid comparison).

| And they were both out on Highway 61<br><br>Now, the roving gambler he was very bored<br>Trying to create a next world war<br>He found a promoter who nearly fell off the floor<br>He said, "I never engaged in this kind of thing before<br>But yes, I think it can be very easily done<br>We'll just put some bleachers out in the sun<br>And have it on Highway 61" | |

| "Honky Tonk Women" | |
|---|---|
| Publishers' Lyrics[70] | Claude Output[71] |
| I met a gin-soaked, bar-room queen in Memphis<br>She tried to take me upstairs for a ride<br>She had to heave me right across her shoulder<br>'Cause I just can't seem to drink you off my mind<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues<br><br>I laid a divorcee in New York City<br>I had to put up some kind of a fight<br>The lady then she covered me with roses<br>She blew my nose and then she blew my mind<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues<br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues<br><br>It's the honky tonk women<br>Gimme, gimme, gimme the honky tonk blues |  |

---

[70] ECF No. 49-7 Page 398.

[71] Anthropic_0000027591 (October 8, 2023) (underlined to aid comparison).



| "How Great Is Our God" | |
|---|---|
| Publishers' Lyrics[72] | Claude Output[73] |
| The splendor of a King, clothed in majesty<br>Let all the Earth rejoice<br>All the Earth rejoice<br><br>He wraps himself in light<br>And darkness tries to hide<br>And trembles at His voice<br>Trembles at His voice<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>Age to age He stands<br>And time is in His hands<br>Beginning and the end<br>Beginning and the end<br><br>The Godhead Three in One<br>Father Spirit Son<br>The Lion and the Lamb<br>The Lion and the Lamb<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>Name above all names (how great is our God, sing with me)<br>Worthy of our praise (how great is our God, and all will see)<br>My heart will sing<br>How great is our God<br><br>You're the name above all names (how great is our God, sing with me)<br>You are worthy of our praise (how great is our God, and all will see)<br>And my heart will sing<br>How great is our God |  |

[72] ECF No. 49-7 Page 418-19.
[73] Anthropic_0000032980 (October 15, 2023).

| How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God | |

| "How Great is Our God" | |
|---|---|
| Publishers' Lyrics[74] | Claude Output[75] |
| The splendor of a King, clothed in majesty<br>Let all the Earth rejoice<br>All the Earth rejoice<br><br>He wraps himself in light<br>And darkness tries to hide<br>And trembles at His voice<br>Trembles at His voice<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>Age to age He stands<br>And time is in His hands<br>Beginning and the end<br>Beginning and the end<br><br>The Godhead Three in One<br>Father Spirit Son<br>The Lion and the Lamb<br>The Lion and the Lamb<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>Name above all names (how great is our God, sing with me)<br>Worthy of our praise (how great is our God, and all will see)<br>My heart will sing<br>How great is our God<br><br>You're the name above all names (how great is our God, sing with me)<br>You are worthy of our praise (how great is our God, and all will see)<br>And my heart will sing<br>How great is our God |  |

[74] ECF No. 49-7 Page 418-19.
[75] Anthropic_0000093838 (November 29, 2023).

| | |
|---|---|
| How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God<br><br>How great is our God, sing with me<br>How great is our God, and all will see<br>How great, how great is our God | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[76] | Claude Output[77] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

[76] ECF No. 49-7 Page 70-72.
[77] Anthropic_0000033380 (October 18, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive



89

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[78] | Claude Output[79] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[78] ECF No. 49-7 Page 70-72.

[79] Anthropic_0000036179 (October 19, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive



| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[80] | Claude Output[81] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[80] ECF No. 49-7 Page 70-72.
[81] Anthropic_0000036301 (October 19, 2023).

94

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in
love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll
survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will
survive



| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[82] | Claude Output[83] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[82] ECF No. 49-7 Page 70-72.

[83] Anthropic_0000036398 (October 19, 2023).

97

| | |
|---|---|
| I used to cry<br>But now I hold my head up high<br><br>And you see me, somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in<br>And just expect me to be free<br>Well, now I'm saving all my lovin'<br>For someone who's loving me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive<br><br>Oh<br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Do you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>No no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive | |

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[84] | Claude Output[85] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[84] ECF No. 49-7 Page 70-72.

[85] Anthropic_0000256076 (October 18, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive



101

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[86] | Claude Output[87] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you<br>by my side<br>But then I spent so many nights thinking how<br>you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with<br>goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll<br>stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll<br>survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to<br>fall apart<br>Though I tried hard to mend the pieces of my<br>broken heart<br>And I spent oh-so many nights just feeling<br>sorry for myself | |

---

[86] ECF No. 49-7 Page 70-72.
[87] Anthropic_0000037126 (October 20, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in
love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll
survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will
survive



104

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[88] | Claude Output[89] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[88] ECF No. 49-7 Page 70-72.

[89] Anthropic_0000037649 (October 20, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in
love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll
survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will
survive



107

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[90] | Claude Output[91] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[90] ECF No. 49-7 Page 70-72.
[91] Anthropic_0000036912 (October 21, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in
love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll
survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will
survive



110

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive |  |

111

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[92] | Claude Output[93] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | █████████ |

[92] ECF No. 49-7 Page 70-72.
[93] Anthropic_0000036991 (October 21, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will survive



| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[94] | Claude Output[95] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[94] ECF No. 49-7 Page 70-72.

[95] Anthropic_0000039252 (October 22, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in
love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll
survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will
survive



116

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

117

| "I Will Survive" | |
| --- | --- |
| Publishers' Lyrics[96] | Claude Output[97] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[96] ECF No. 49-7 Page 70-72.
[97] Anthropic_0000043098 (October 24, 2023).

| | |
|---|---|
| I used to cry<br>But now I hold my head up high<br><br>And you see me, somebody new<br>I'm not that chained-up little person still in love with you<br>And so you felt like dropping in<br>And just expect me to be free<br>Well, now I'm saving all my lovin'<br>For someone who's loving me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive<br><br>Oh<br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Do you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>No no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive |  |

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[98] | Claude Output[99] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[98] ECF No. 49-7 Page 70-72.

[99] Anthropic_0000050286 (October 27, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in
love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll
survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will
survive



122

| | |
|---|---|
| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "I Will Survive" | |
|---|---|
| Publishers' Lyrics[100] | Claude Output[101] |
| At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to hurt me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive, hey, hey<br><br>Only the Lord could give me strength not to fall apart<br>Though I tried hard to mend the pieces of my broken heart<br>And I spent oh-so many nights just feeling sorry for myself | |

---

[100] ECF No. 49-7 Page 70-72.

[101] Anthropic_0000050288 (October 27, 2023).

I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in
love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll
survive
I will survive

Oh
Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me
with goodbye?
Do you think I'd crumble?
Did you think I'd lay down and die?

No no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I will
survive



125

| I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive | |

| "In the End" | |
|---|---|
| Publishers' Lyrics[102] | Claude Output[103] |
| It starts with one thing | |
| I don't know why | |
| It doesn't even matter how hard you try | |
| Keep that in mind | |
| I designed this rhyme | |
| To explain in due time | |
| All I know | |
| Time is a valuable thing | |
| Watch it fly by as the pendulum swings | |
| Watch it count down to the end of the day | |
| The clock ticks life away | |
| | |
| It's so unreal | |
| Didn't look out below | |
| Watch the time go right out the window | |
| Trying to hold on, didn't even know | |
| I wasted it all just to watch you go | |
| I kept everything inside | |
| And even though I tried, it all fell apart | |
| What it meant to me | |
| Will eventually be a memory of a time when | |
| | |
| I tried so hard | |
| And got so far | |
| But in the end | |
| It doesn't even matter | |
| I had to fall | |
| To lose it all | |
| But in the end | |
| It doesn't even matter | |
| | |
| One thing, I don't know why | |
| It doesn't even matter how hard you try | |
| Keep that in mind | |
| I designed this rhyme | |
| To remind myself how | |
| I tried so hard | |
| In spite of the way you were mocking me | |
| Acting like I was part of your property | |

---

[102] ECF No. 49-6 Page 149-150.
[103] Anthropic_0000079024 (November 19, 2023).

127

Remembering all the times you fought with me
I'm surprised it got so far
Things aren't the way they were before
You wouldn't even recognize me anymore
Not that you knew me back then
But it all comes back to me in the end
You kept everything inside
And even though I tried, it all fell apart
What it meant to me will eventually be a memory of a time when

I tried so hard
And got so far
But in the end
It doesn't even matter
I had to fall
To lose it all
But in the end
It doesn't even matter

I've put my trust in you
Pushed as far as I can go
For all this
There's only one thing you should know
I've put my trust in you
Pushed as far as I can go
For all this
There's only one thing you should know

I tried so hard
And got so far
But in the end
It doesn't even matter
I had to fall
To lose it all
But in the end
It doesn't even matter



128

| "Just Like Heaven" | |
|---|---|
| Publishers' Lyrics[104] | Claude Output[105] |
| "Show me, show me, show me how you do that trick<br>The one that makes me scream", she said<br>"The one that makes me laugh", she said<br>And threw her arms around my neck<br><br>Show me how you do it<br>And I promise you, I promise that<br>I'll run away with you<br>I'll run away with you<br><br>Spinning on that dizzy edge<br>Kissed her face and kissed her head<br>Dreamed of all the different ways<br>I had to make her glow<br>"Why are you so far away?", she said<br>"Why won't you ever know that I'm in love with you<br>That I'm in love with you?"<br><br>You<br>Soft and only<br>You<br>Lost and lonely<br>You<br>Strange as angels<br>Dancing in the deepest oceans<br>Twisting in the water<br>You're just like a dream<br>You're just like a dream<br><br>Daylight licked me into shape<br>I must've been asleep for days<br>And moving lips to breathe her name<br>I opened up my eyes<br>And found myself alone, alone<br>Alone above a raging sea<br>That stole the only girl I loved<br>And drowned her deep inside of me<br><br>You | |

---

[104] ECF No. 49-6 Page 122-23.<br>[105] Anthropic_0000027609 (October 9, 2023).

| | |
|---|---|
| Soft and lonely<br>You<br>Lost and lonely<br>You<br>Just like heaven |  |

| "Lean on Me" | |
|---|---|
| Publishers' Lyrics[106] | Claude Output[107] |
| Sometimes in our lives we all have pain<br>We all have sorrow<br>But if we are wise<br>We know that there's always tomorrow<br><br>Lean on me, when you're not strong<br>And I'll be your friend<br>I'll help you carry on<br>For it won't be long<br>'Til I'm gonna need<br>Somebody to lean on<br><br>Please swallow your pride<br>If I have things you need to borrow<br>For no one can fill those of your needs<br>That you won't let show<br><br>You just call on me brother, when you need a hand<br>We all need somebody to lean on<br>I just might have a problem that you'll understand<br>We all need somebody to lean on<br><br>Lean on me, when you're not strong<br>And I'll be your friend<br>I'll help you carry on<br>For it won't be long<br>'Til I'm gonna need<br>Somebody to lean on<br><br>You just call on me brother, when you need a hand<br>We all need somebody to lean on<br>I just might have a problem that you'll understand<br>We all need somebody to lean on<br><br>If there is a load you have to bear<br>That you can't carry<br>I'm right up the road |  |

---

[106] ECF No. 49-6 Page 316-17.
[107] Anthropic_0000032302 (October 14, 2023) (underlined to aid comparison).

I'll share your load

If you just call me (call me)
If you need a friend (call me) call me uh huh
(call me) if you need a friend (call me)
If you ever need a friend (call me)
Call me (call me) call me (call me) call me
(Call me) call me (call me) if you need a
friend
(Call me) call me (call me) call me (call me)
call me (call me) call me (call me)

| "Like a Rolling Stone" | |
|---|---|
| Publishers' Lyrics[108] | Claude Output[109] |
| Once upon a time you dressed so fine<br>Threw the bums a dime in your prime, didn't you?<br>People call say 'beware doll, you're bound to fall'<br>You thought they were all kidding you<br><br>You used to laugh about<br>Everybody that was hanging out<br>Now you don't talk so loud<br>Now you don't seem so proud<br>About having to be scrounging your next meal<br><br>How does it feel, how does it feel?<br><br>To be without a home<br><br>Like a complete unknown, like a rolling stone<br><br>Ahh you've gone to the finest schools, alright Miss Lonely<br>But you know you only used to get juiced in it<br>Nobody's ever taught you how to live out on the street<br>And now you're gonna have to get used to it<br><br>You say you never compromise<br>With the mystery tramp, but now you realize<br>He's not selling any alibis<br>As you stare into the vacuum of his eyes<br>And say do you want to make a deal?<br><br>How does it feel, how does it feel?<br>To be on your own, with no direction home<br>A complete unknown, like a rolling stone<br><br>Ah you never turned around to see the frowns<br>On the jugglers and the clowns when they all did tricks for you<br>You never understood that it ain't no good | |

---

[108] ECF No. 49-6 Page 215-16.

[109] Anthropic_0000073951 November 13, 2023).

You shouldn't let other people get your kicks for you

You used to ride on a chrome horse with your diplomat
Who carried on his shoulder a Siamese cat
Ain't it hard when you discovered that
He really wasn't where it's at
After he took from you everything he could steal

How does it feel, how does it feel?
To be on your own, with no direction home
Like a complete unknown, like a rolling stone

Ahh princess on a steeple and all the pretty people
They're all drinking, thinking that they've got it made
Exchanging all precious gifts
But you better take your diamond ring, you better pawn it babe
You used to be so amused
At Napoleon in rags and the language that he used
Go to him he calls you, you can't refuse
When you ain't got nothing, you got nothing to lose
You're invisible now, you've got no secrets to conceal

How does it feel, ah how does it feel?
To be on your own, with no direction home
Like a complete unknown, like a rolling stone



135



| "Masters of War" | |
|---|---|
| Publishers' Lyrics[110] | Claude Output[111] |
| Come you masters of war<br>You that build the big guns<br>You that build the death planes<br>You that build all the bombs<br>You that hide behind walls<br>You that hide behind desks<br>I just want you to know<br>I can see through your masks<br><br>You that never done nothin'<br>But build to destroy<br>You play with my world<br>Like it's your little toy<br>You put a gun in my hand<br>And you hide from my eyes<br>And you turn and run farther<br>When the fast bullets fly<br><br>Like Judas of old<br>You lie and deceive<br>A world war can be won<br>You want me to believe<br>But I see through your eyes<br>And I see through your brain<br>Like I see through the water<br>That runs down my drain<br><br>You fasten all the triggers<br>For the others to fire<br>Then you sit back and watch<br>When the death count gets higher<br>You hide in your mansion<br>While the young people's blood<br>Flows out of their bodies<br>And is buried in the mud<br><br>You've thrown the worst fear<br>That can ever be hurled<br>Fear to bring children<br>Into the world<br>For threatening my baby |  |

[110] ECF No. 49-6 Page 278-79.
[111] Anthropic_0000090934 (November 23, 2023) (underlined to aid comparison).

Unborn and unnamed
You ain't worth the blood
That runs in your veins

How much do I know
To talk out of turn
You might say that I'm young
You might say I'm unlearned
But there's one thing I know
Though I'm younger than you
That even Jesus would never
Forgive what you do

Let me ask you one question
Is your money that good?
Will it buy you forgiveness
Do you think that it could?
I think you will find
When your death takes its toll
All the money you made
Will never buy back your soul

And I hope that you die
And your death will come soon
I'll follow your casket
By the pale afternoon
And I'll watch while you're lowered
Down to your deathbed
And I'll stand over your grave
'Til I'm sure that you're dead

137

| "Message in a Bottle" | |
|---|---|
| Publishers' Lyrics[112] | Claude Output[113] |
| Just a castaway, an island lost at sea, oh<br>Another lonely day, no one here but me, oh<br>More loneliness any man could bear<br>Rescue me before I fall into despair, oh<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br><br>A year has passed since I wrote my note<br>I should have known this right from the start<br>Only hope can keep me together<br>Love can mend your life but love can break your heart<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br>Oh, message in a bottle, yeah<br>Message in a bottle, yeah<br><br>Walked out this morning, don't believe what I saw<br>Hundred billion bottles washed up on the shore<br>Seems I'm not alone in being alone<br>Hundred billion castaways looking for a home<br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my |  |

---

[112] ECF No. 49-6 Page 105-06.
[113] Anthropic_0000005629 (September 27, 2023)

| | |
|---|---|
| I hope that someone gets my<br>Message in a bottle, yeah<br><br>Message in a bottle, yeah<br>Message in a bottle, whoa<br>Message in a bottle, yeah<br><br>Sendin' out an SOS<br>Sendin' out an SOS<br>I'm sendin' out an SOS<br>I'm sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS |  |

139

| "Message in a Bottle" | |
|---|---|
| Publishers' Lyrics[114] | Claude Output[115] |
| Just a castaway, an island lost at sea, oh<br>Another lonely day, no one here but me, oh<br>More loneliness any man could bear<br>Rescue me before I fall into despair, oh<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br><br>A year has passed since I wrote my note<br>I should have known this right from the start<br>Only hope can keep me together<br>Love can mend your life but love can break your heart<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br>Oh, message in a bottle, yeah<br>Message in a bottle, yeah<br><br>Walked out this morning, don't believe what I saw<br>Hundred billion bottles washed up on the shore<br>Seems I'm not alone in being alone<br>Hundred billion castaways looking for a home<br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my | |

---

[114] ECF No. 49-6 Page 105-06.
[115] Anthropic_0000005629 (September 27, 2023).

| | |
|---|---|
| I hope that someone gets my<br>Message in a bottle, yeah<br><br>Message in a bottle, yeah<br>Message in a bottle, whoa<br>Message in a bottle, yeah<br><br>Sendin' out an SOS<br>Sendin' out an SOS<br>I'm sendin' out an SOS<br>I'm sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS |  |

141

| "Message in a Bottle" | |
|---|---|
| Publishers' Lyrics[116] | Claude Output[117] |
| Just a castaway, an island lost at sea, oh<br>Another lonely day, no one here but me, oh<br>More loneliness any man could bear<br>Rescue me before I fall into despair, oh<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br><br>A year has passed since I wrote my note<br>I should have known this right from the start<br>Only hope can keep me together<br>Love can mend your life but love can break your heart<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br>Oh, message in a bottle, yeah<br>Message in a bottle, yeah<br><br>Walked out this morning, don't believe what I saw<br>Hundred billion bottles washed up on the shore<br>Seems I'm not alone in being alone<br>Hundred billion castaways looking for a home<br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my | |

---

[116] ECF No. 49-6 Page 105-06.
[117] Anthropic_0000005629 (September 27, 2023)

I hope that someone gets my
Message in a bottle, yeah

Message in a bottle, yeah
Message in a bottle, whoa
Message in a bottle, yeah

Sendin' out an SOS
Sendin' out an SOS
I'm sendin' out an SOS
I'm sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS
Sendin' out an SOS



143

| "Milkshake" | |
|---|---|
| Publishers' Lyrics[118] | Claude Output[119] |
| My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br><br>I know you want it<br>The thing that makes me<br>What the guys go crazy for<br>They lose their minds<br>The way I wind<br>I think it's time<br><br>La la, la la, la<br>Warm it up<br>La la, la la, la<br>The boys are waiting<br>La la, la la, la<br>Warm it up<br>La la, la la, la<br>The boys are waiting<br><br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br><br>I can see you're on it<br>You want me to teach the<br>Techniques that freaks these boys<br>It can't be bought<br>Just know, thieves get caught<br>Watch if you're smart | |

---

[118] ECF No. 49-7 Page 132-33.
[119] Anthropic_0000031208 (October 13, 2023).

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting

My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

Oh, once you get involved
Everyone will look this way, so
You must maintain your charm
Same time maintain your halo
Just get the perfect blend
Plus what you have within
Then next his eyes'll squint
Then he's picked up your scent

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting

My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge



145

| "Milkshake" | |
|---|---|
| Publishers' Lyrics[120] | Claude Output[121] |
| My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br><br>I know you want it<br>The thing that makes me<br>What the guys go crazy for<br>They lose their minds<br>The way I wind<br>I think it's time<br><br>La la, la la, la<br>Warm it up<br>La la, la la, la<br>The boys are waiting<br>La la, la la, la<br>Warm it up<br>La la, la la, la<br>The boys are waiting<br><br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br>My milkshake brings all the boys to the yard<br>And they're like, it's better than yours<br>Damn right it's better than yours<br>I can teach you, but I have to charge<br><br>I can see you're on it<br>You want me to teach the<br>Techniques that freaks these boys<br>It can't be bought<br>Just know, thieves get caught<br>Watch if you're smart | |

[120] ECF No. 49-7 Page 132-33.
[121] Anthropic_0000043806 (October 24, 2023).

146

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting

My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge

Oh, once you get involved
Everyone will look this way, so
You must maintain your charm
Same time maintain your halo
Just get the perfect blend
Plus what you have within
Then next his eyes'll squint
Then he's picked up your scent

La la, la la, la
Warm it up
La la, la la, la
The boys are waiting
La la, la la, la
Warm it up
La la, la la, la
The boys are waiting

My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge
My milkshake brings all the boys to the yard
And they're like, it's better than yours
Damn right it's better than yours
I can teach you, but I have to charge



147

| "Move Along" | |
|---|---|
| Publishers' Lyrics[122] | Claude Output[123] |
| Go ahead as you waste your days with thinking<br>When you fall, everyone stands<br>Another day, and you've had your fill of sinking<br>With the life held in your<br>Hands are shaking cold<br>These hands are meant to hold<br><br>Speak to me<br>When all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>Move along<br>Move along<br><br>So a day when you've lost yourself completely<br>Could be a night when your life ends<br>Such a heart that will lead you to deceiving<br>All the pain held in your<br>Hands are shaking cold<br>Your hands are mine to hold<br><br>Speak to me<br>When all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>Move along<br>(Go on, go on, go on, go on)<br><br>When everything is wrong, we move along<br>(Go on, go on, go on, go on)<br>When everything is wrong, we move along<br>Along, along, along<br><br>When all you got to keep is strong | |

---

[122] ECF No. 49-6 Page 102-03.<br>[123] ANTH_SAMPLE000292394 / ANTH_SAMPLE000293486 (October 31, 2023).

| | |
|---|---|
| Move along, move along like I know you do<br>And even when your hope is gone<br><br>Move along, move along just to make it through<br><br>When all you got to keep is strong<br>Move along, move along like I know you do<br>And even when your hope is gone<br>Move along, move along just to make it through<br>When all you got to keep is strong<br>Move along, move along like I know you do<br>(Know you do)<br>And even when your hope is gone<br>Move along, move along just to make it through<br><br>(Move along)<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along<br>(Go on, go on, go on, go on)<br>Right back what is wrong<br>We move along |  |

| "Moves Like Jagger" | |
|---|---|
| Publishers' Lyrics[124] | Claude Output[125] |
| Oh<br>Oh<br><br>Just shoot for the stars if it feels right<br>And aim for my heart if you feel like it<br>Take me away and make it okay<br>I swear I'll behave<br><br>You wanted control so we waited<br>I put on a show now we're naked<br>You say I'm a kid, my ego is big<br>I don't give a shit<br>And it goes like this<br><br>Take me by the tongue and I'll know you<br>Uh, kiss me 'til you're drunk and I'll show you<br>All the moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger<br><br>Uh, I don't need to try to control you<br>Uh, look into my eyes and I'll own you<br>With them moves like Jagger<br>I've got the moves like Jagger<br>I've got the moves like Jagger<br><br>Baby it's hard when you feel like<br>You're broken and scarred<br>Nothing feels right, but when you're with me<br>I make you believe that I've got the key<br><br>Oh, so get in the car we can ride it<br>Wherever you want get inside it<br>And you want to steer, but I'm shifting gear<br>I'll take it from here<br>Oh yeah yeah, and it goes like this<br><br>Take me by the tongue and I'll know you<br>Uh, kiss me 'til you're drunk and I'll show you<br>All the moves like Jagger<br>I've got the moves like Jagger | |

[124] ECF No. 49-7 Page 366-67.

[125] Anthropic_0000037440 (October 20, 2023).

I've got the moves like Jagger (ooh)

Uh, I don't need to try to control you (oh yeah)
Uh, look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger (yeah)
I've got the moves like Jagger (yeah, yeah)

Uh, you want to know how to make me smile
Take control, own me just for the night
But if I share my secret
You're gonna have to keep it
Nobody else can see this, ah

So watch and learn
I won't show you twice
Head to toe, ooh baby, rub me right, yeah
But if I share my secret
You're gonna have to keep it
Nobody else can see this, eh, yeah yeah yeah

And it goes like this
Uh, kiss me 'til you're drunk and I'll show you
(take me by the tongue)
Kiss me 'til you're drunk and I'll show you
(eh, yeah)
All the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger (ah, yeah)

Uh, I don't need to try to control you (yeah, ooh)
Uh, look into my eyes and I'll own you (oh-oh)
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger



151

152



| "My Back Pages" | |
|---|---|
| Publishers' Lyrics[126] | Claude Output[127] |
| Crimson flames tied through my ears, rollin' high and mighty traps<br>Pounced with fire on flaming roads using ideas as my maps<br>"We'll meet on edges, soon," said I, proud 'neath heated brow<br>Ah, but I was so much older then, I'm younger than that now<br><br>Half-wracked prejudice leaped forth, "rip down all hate," I screamed<br>Lies that life is black and white spoke from my skull, I dreamed<br>Romantic facts of musketeers foundationed deep, somehow<br>Ah, but I was so much older then, I'm younger than that now<br><br>Girls' faces formed the forward path from phony jealousy<br>To memorizing politics of ancient history<br>Flung down by corpse evangelists, unthought of, though somehow<br>Ah, but I was so much older then. I'm younger than that now<br><br>A self-ordained professor's tongue too serious to fool<br>Spouted out that liberty is just equality in school<br>"Equality," I spoke the word as if a wedding vow<br>Ah, but I was so much older then, I'm younger than that now<br><br>In a soldier's stance, I aimed my hand at the mongrel dogs who teach<br>Fearing not that I'd become my enemy in the instant that I preach<br>My existence led by confusion boats, mutiny from stern to bow | |

---

[126] ECF No. 49-6 Page 119.
[127] Anthropic_0000054784 (October 29, 2023).

Ah, but I was so much older then, I'm younger than that now

Yes, my guard stood hard when abstract threats too noble to neglect
Deceived me into thinking I had something to protect
Good and bad, I define these terms quite clear, no doubt, somehow
Ah, but I was so much older then I'm younger than that now

| "No Diggity" | |
|---|---|
| Publishers' Lyrics[128] | Claude Output[129] |
| Yeah<br>You know what<br>I like the playettes<br>No diggity, no doubt, uh<br>Play on playette, play on playette<br>Yo, Dre, drop the verse<br><br>It's going down, fade to Blackstreet<br>The homies got at me, collab' creations<br>Bump like acne, no doubt<br>I put it down, never slouch<br>As long as my credit can vouch<br>A dog couldn't catch me ass out<br>Tell me who can stop when Dre makin' moves<br>Attracting honeys like a magnet<br>Giving 'em eargasms with my mellow accent<br>Still moving this flavor<br>With the homies Blackstreet and Teddy<br>The original rump shakers<br><br>Shorty get down, good Lord<br>Baby got 'em up open all over town<br>Strictly biz, she don't play around<br>Cover much grounds, got game by the pound<br>Getting paid is her forte<br>Each and every day, true player way<br>I can't get her out of my mind (wow)<br>I think about the girl all the time (wow, wow)<br>East side to the west side<br>Pushin' phat rides, it's no surprise<br>She got tricks in the stash<br>Stacking up the cash<br>Fast when it comes to the gas<br>By no means average<br>She's on when she's got to have it<br>Baby, you're a perfect ten, I wanna get in<br>Can I get down, so I can win<br><br>I like the way you work it<br>No diggity<br>I got to bag it up (bag it up) |  |

---

[128] ECF No. 49-7 Page 100-03.
[129] Anthropic_0000080786 (November 18, 2023) (underlined to aid comparison).

I like the way you work it
No diggity (no diggity)
I got to bag it up (bag it up, girl)

I like the way you work it
No diggity
I got to bag it up (bag it up)

I like the way you work it
No diggity (no diggity)
I got to bag it up (get up)

She's got class and style
Street knowledge by the pound
Baby never act wild, very low key on the profile
Catchin' feelings is a no
Let me tell you how it goes
Herb's the word, spin's the verbs
Lovers, it curves, so freak what you heard
Rollin' with the phatness
You don't even know what the half is
You've got to pay to play
Just for shorty bang-bang, to look your way
I like the way you work it
Trump tight all day, every day
You're blowing my mind, maybe in time
Baby, I can get you in my ride

I like the way you work it
No diggity
I got to bag it up (bag it up)

I like the way you work it
No diggity (no diggity)
I got to bag it up (oh yeah, baby)

I like the way you work it
No diggity
I got to bag it up (bag it up, babe)

I like the way you work it
No diggity (no diggity)
I got to bag it up (get up)
Hey yo, hey yo, hey yo, hey yo (hey yo, that girl looks good)

| | |
|---|---|
| Hey yo, hey yo, hey yo, hey yo (play on, play on, player)<br>Hey yo, hey yo, hey yo, hey yo (you're my kind of girl)<br>Hey yo, hey yo, hey yo, hey yo (hey yo)<br><br>'Cause that's my peeps and we rolls deep<br>Flyin' first class from New York City to Blackstreet<br>What you know about me, not a motherfuckin' thing<br>Cartier wooded frames sported by my shorty<br>As for me, icy gleaming pinky diamond ring<br>We be's the baddest clique up on the scene<br>Ain't you getting bored with these fake ass broads<br>I shows and proves, no doubt, I be taking you, so<br>Please excuse, if I come across rude<br>That's just me and that's how a playettes got to be<br>Stay kickin' game with a capital G<br>Ask the peoples on my block, I'm as real as can be<br>Word is bond, faking moves never been my thing<br>So, Teddy, pass the word to your nigga Chauncey<br>I'll be sending the call, let's say around three thirty<br>Queen Pen and Blackstreet, it's no diggity (no diggity, no doubt, baby)<br><br>I like the way you work it<br>No diggity<br>I got to bag it up (girl, you got it goin' on)<br><br>I like the way you work it<br>No diggity (no diggity)<br>I got to bag it up<br><br>I like the way you work it<br>No diggity<br>I got to bag it up<br>I like the way you work it<br>No diggity | |

157

| | |
|---|---|
| I got to bag it up (get up)<br><br>Yeah, come on<br>Becky in full effect (no doubt)<br>Lisa in full effect (right)<br>Vicky in full effect (uh huh)<br>Tameka in full effect (yeah)<br>Blaze in full effect (right)<br>Ain't nothing goin' on but the rent (no doubt)<br>Yeah<br>Play on, playette (play on, playette)<br>Play on (play on)<br>Play on (play on)<br>'Cause I like it (right)<br>No diggity, no doubt, yeah<br>Blackstreet Productions<br>We out, we out (right)<br>We out, we out | |

158

| "Numb" | |
|---|---|
| Publishers' Lyrics[130] | Claude Output[131] |
| I'm tired of being what you want me to be<br>Feeling so faithless, lost under the surface<br>Don't know what you're expecting of me<br>Put under the pressure of walking in your shoes<br><br>(Caught in the undertow, just caught in the undertow)<br><br>Every step that I take is another mistake to you<br>(Caught in the undertow, just caught in the undertow)<br><br>I've become so numb, I can't feel you there<br>Become so tired, so much more aware<br>I'm becoming this, all I want to do<br>Is be more like me and be less like you<br><br>Can't you see that you're smothering me?<br>Holding too tightly, afraid to lose control<br>'Cause everything that you thought I would be<br>Has fallen apart right in front of you<br><br>(Caught in the undertow, just caught in the undertow)<br><br>Every step that I take is another mistake to you<br>(Caught in the undertow, just caught in the undertow)<br><br>And every second I waste is more than I can take<br><br>I've become so numb, I can't feel you there<br>Become so tired, so much more aware<br>I'm becoming this, all I want to do<br>Is be more like me and be less like you<br><br>And I know I may end up failing too | |

---

130 ECF No. 49-6 Page 416-17.
131 Anthropic_0000060439 (November 3, 2023).

But I know you were just like me with
someone disappointed in you

I've become so numb, I can't feel you there
Become so tired, so much more aware
I'm becoming this, all I want to do
Is be more like me and be less like you

I've become so numb, I can't feel you there
I'm tired of being what you want me to be
I've become so numb, I can't feel you there
I'm tired of being what you want me to be

160



| "Radioactive" | |
|---|---|
| Publishers' Lyrics[132] | Claude Output[133] |
| Whoa, oh, oh<br>Whoa, oh, oh<br>Whoa, oh, oh<br>Whoa<br><br>I'm waking up to ash and dust<br>I wipe my brow and I sweat my rust<br>I'm breathing in the chemicals<br><br>I'm breaking in, shaping up, then checking out on the prison bus<br>This is it, the apocalypse<br>Whoa<br><br>I'm waking up, I feel it in my bones<br>Enough to make my systems blow<br>Welcome to the new age, to the new age<br>Welcome to the new age, to the new age<br>Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive<br>Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive<br><br>I raise my flags, don my clothes<br>It's a revolution, I suppose<br>We'll paint it red to fit right in<br>Whoa<br><br>I'm breaking in, shaping up, then checking out on the prison bus<br>This is it, the apocalypse<br>Whoa<br><br>I'm waking up, I feel it in my bones<br>Enough to make my systems blow<br>Welcome to the new age, to the new age<br>Welcome to the new age, to the new age<br>Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive<br>Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm radioactive, radioactive | |

---

[132] ECF No. 49-7 Page 74-75.

[133] Anthropic_0000040992 (October 23, 2023).

All systems go, the sun hasn't died
Deep in my bones, straight from inside

I'm waking up, I feel it in my bones
Enough to make my systems blow
Welcome to the new age, to the new age
Welcome to the new age, to the new age
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive
Whoa, oh, oh, oh, oh, whoa, oh, oh, oh, I'm
radioactive, radioactive



163

| "Redbone" | |
|---|---|
| Publishers' Lyrics[134] | Claude Output[135] |
| Daylight<br>I wake up feeling like you won't play right<br>I used to know, but now that shit don't feel right<br>It made me put away my pride<br>So long<br>You made a nigga wait for some, so long<br>You make it hard for boy like that to go on<br>I'm wishing I could make this mine, oh<br><br>If you want it, yeah<br>You can have it, oh, oh, oh<br>If you need it, ooh<br>We can make it, oh<br>If you want it<br>You can have it<br><br><br>But stay woke<br>Niggas creepin'<br>They gon' find you<br>Gon' catch you sleepin' (oh)<br>Now stay woke<br>Niggas creepin'<br>Now don't you close your eyes<br><br>Too late<br>You wanna make it right, but now it's too late<br>My peanut butter chocolate cake with Kool-Aid<br>I'm trying not to waste my time<br><br>If you want it, oh<br>You can have it (you can have it)<br>If you need it (you better believe in something)<br>We can make it, oh<br>If you want it<br>You can have it, ah!<br><br>But stay woke (stay woke) | |

[134] ECF No. 49-7 Page 90-91.
[135] ANTH_SAMPLE000291802 / ANTH_SAMPLE000293476 (November 12, 2023).

Niggas creepin' (they be creepin')
They gon' find you (they gon' find you)
Gon' catch you sleepin' (gon' catch you
sleepin', put your hands up on me)
Now stay woke
Niggas creepin'
Now don't you close your eyes

But stay woke (ooh, ah)
Niggas creepin'
They gon' find you (they gon' find you)
Gon' catch you sleepin' (gon' catch you, gon'
catch you, ooh)
Now stay woke
Niggas creepin'
Now don't you close your eyes

How'd it get so scandalous?
Oh, how'd it get so scandalous?
Oh, oh, how'd it get, how'd it get
How'd it get so scandalous?
How'd it get so scandalous?
How'd it get so scandalous?
But stay woke
But stay woke

| "Roar" | |
|---|---|
| Publishers' Lyrics[136] | Claude Output[137] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna<br>hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna<br>hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[136] ECF No. 49-7 Page 355-56.
[137] Anthropic_0000035453 (October 19, 2023).

166

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
| --- | --- |
| Publishers' Lyrics[138] | Claude Output[139] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[138] ECF No. 49-7 Page 355-56.
[139] Anthropic_0000036037 (October 19, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

169

| "Roar" | |
|---|---|
| Publishers' Lyrics[140] | Claude Output[141] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[140] ECF No. 49-7 Page 355-56.
[141] Anthropic_0000036041 (October 19, 2023).

170

Case 5:24-cv-03811-EKL   Document 595-2   Filed 03/23/26   Page 175 of 334

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

171

| "Roar" | |
|---|---|
| Publishers' Lyrics[142] | Claude Output[143] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[142] ECF No. 49-7 Page 355-56.

[143] Anthropic_0000036067 (October 18, 2023).

172

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

173

| "Roar" | |
|---|---|
| Publishers' Lyrics[144] | Claude Output[145] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

144 ECF No. 49-7 Page 355-56.
145 Anthropic_0000036409 (October 19, 2023).

174

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

175

| "Roar" | |
|---|---|
| Publishers' Lyrics[146] | Claude Output[147] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[146] ECF No. 49-7 Page 355-56.
[147] Anthropic_0000037119 (October 20, 2023).

176

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

177

| "Roar" | |
|---|---|
| Publishers' Lyrics[148] | Claude Output[149] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[148] ECF No. 49-7 Page 355-56.
[149] Anthropic_0000037193 (October 20, 2023).

178

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[150] | Claude Output[151] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna<br>hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna<br>hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[150] ECF No. 49-7 Page 355-56.
[151] Anthropic_0000037199 (October 20, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[152] | Claude Output[153] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna<br>hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna<br>hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[152] ECF No. 49-7 Page 355-56.

[153] Anthropic_0000037273 (October 19, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

183

| "Roar" | |
|---|---|
| Publishers' Lyrics[154] | Claude Output[155] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[154] ECF No. 49-7 Page 355-56.

[155] Anthropic_0000037435 (October 20, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[156] | Claude Output[157] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[156] ECF No. 49-7 Page 355-56.

[157] Anthropic_0000036854 (October 21, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[158] | Claude Output[159] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna<br>hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna<br>hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[158] ECF No. 49-7 Page 355-56.

[159] Anthropic_0000036859 (October 21, 2023).

188

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[160] | Claude Output[161] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[160] ECF No. 49-7 Page 355-56.
[161] Anthropic_0000036864 (October 21, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

191

| "Roar" | |
|---|---|
| Publishers' Lyrics[162] | Claude Output[163] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[162] ECF No. 49-7 Page 355-56.

[163] Anthropic_0000036865 (October 21, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

193

| "Roar" | |
|---|---|
| Publishers' Lyrics[164] | Claude Output[165] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna<br>hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna<br>hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[164] ECF No. 49-7 Page 355-56.
[165] Anthropic_0000036900 (October 21, 2023).

194

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[166] | Claude Output[167] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[166] ECF No. 49-7 Page 355-56.
[167] Anthropic_0000036939 (October 21, 2023).

196

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[168] | Claude Output[169] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br>I got the eye of the tiger, a fighter | |

---

[168] ECF No. 49-7 Page 355-56.

[169] Anthropic_0000006196 (October 21, 2023)

Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

199



| "Roar" | |
|---|---|
| Publishers' Lyrics[170] | Claude Output[171] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[170] ECF No. 49-7 Page 355-56.

[171] Anthropic_0000038200 (October 22, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

202

| "Roar" | |
| --- | --- |
| Publishers' Lyrics[172] | Claude Output[173] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[172] ECF No. 49-7 Page 355-56.
[173] Anthropic_0000042452 (October 23, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[174] | Claude Output[175] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[174] ECF No. 49-7 Page 355-56.
[175] Anthropic_0000043672 (October 24, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

206

| "Roar" | |
|---|---|
| Publishers' Lyrics[176] | Claude Output[177] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[176] ECF No. 49-7 Page 355-56.
[177] Anthropic_0000043731 (October 23, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

208

| "Roar" | |
| Publishers' Lyrics[178] | Claude Output[179] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[178] ECF No. 49-7 Page 355-56.
[179] Anthropic_0000043807 (October 24, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

211

| "Roar" | |
|---|---|
| Publishers' Lyrics[180] | Claude Output[181] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[180] ECF No. 49-7 Page 355-56.
[181] Anthropic_0000046479 (October 26, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

213

| "Roar" | |
|---|---|
| Publishers' Lyrics[182] | Claude Output[183] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna<br>hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna<br>hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[182] ECF No. 49-7 Page 355-56.

[183] Anthropic_0000052468 (October 27, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

215

| "Roar" | |
|---|---|
| Publishers' Lyrics[184] | Claude Output[185] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[184] ECF No. 49-7 Page 355-56.
[185] Anthropic_0000055015 (October 30, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

217

| "Roar" | |
|---|---|
| Publishers' Lyrics[186] | Claude Output[187] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[186] ECF No. 49-7 Page 355-56.
[187] Anthropic_0000060011 (November 2, 2023).

218

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

219

| "Roar" | |
|---|---|
| Publishers' Lyrics[188] | Claude Output[189] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[188] ECF No. 49-7 Page 355-56.<br>[189] Anthropic_0000064409 (November 6, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

| "Roar" | |
|---|---|
| Publishers' Lyrics[190] | Claude Output[191] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[190] ECF No. 49-7 Page 355-56.
[191] Anthropic_0000064103 (November 6, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

223

| "Roar" | |
|---|---|
| Publishers' Lyrics[192] | Claude Output[193] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[192] ECF No. 49-7 Page 355-56.

[193] Anthropic_0000064117 (November 6, 2023).

224

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

225

| "Roar" | |
| --- | --- |
| Publishers' Lyrics[194] | Claude Output[195] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

---

[194] ECF No. 49-7 Page 355-56.
[195] Anthropic_0000064124 (November 6, 2023).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

227

| "Roar" | |
| --- | --- |
| Publishers' Lyrics[196] | Claude Output[197] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[196] ECF No. 49-7 Page 355-56.
[197] Anthropic_0000064498 (November 7, 2023).

228

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

229

| "Roar" | |
|---|---|
| Publishers' Lyrics[198] | Claude Output[199] |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now<br><br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero<br><br>You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now | |

[198] ECF No. 49-7 Page 355-56.
[199] ANTH_SAMPLE000292631 / ANTH_SAMPLE000293492 (November 26, 2023) (underlined to aid comparison).

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Roar, roar, roar, roar, roar

I got the eye of the tiger, a fighter
Dancing through the fire
'Cause I am a champion, and you're gonna
hear me roar
Louder, louder than a lion
'Cause I am a champion, and you're gonna
hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (yeah)
Oh-oh-oh-oh-oh
You're gonna hear me roar

Oh-oh-oh-oh-oh
Oh-oh-oh-oh-oh (you'll hear me roar)
Oh-oh-oh-oh-oh
You're gonna hear me roar

231

| "Roxanne" | |
|---|---|
| Publishers' Lyrics[200] | Claude Output[201] |
| Roxanne<br>You don't have to put on the red light<br>Those days are over<br>You don't have to sell your body to the night<br>Roxanne<br>You don't have to wear that dress tonight<br>Walk the streets for money<br>You don't care if it's wrong or if it's right<br><br>Roxanne<br>You don't have to put on the red light<br>Roxanne<br>You don't have to put on the red light<br><br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>Oh<br><br>I loved you since I knew ya<br>I wouldn't talk down to ya<br>I have to tell you just how I feel<br>I won't share you with another boy<br>I know my mind is made up<br>So put away your make-up<br>Told you once, I won't tell you again it's a bad way<br><br>Roxanne<br>You don't have to put on the red light<br>Roxanne<br>You don't have to put on the red light<br><br>You don't (Roxanne) have to put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light | |

---

[200] ECF No. 49-7 Page 8-9.

[201] ANTH_SAMPLE000292422 / ANTH_SAMPLE000293489 (November 3, 2023) (underlined to aid comparison).

232

| (Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br><br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light<br>You don't (Roxanne) have to put on the red light<br>(Roxanne) Put on the red light<br>You don't (Roxanne) have to put on the red light<br>(Roxanne) Put on the red light<br>(Roxanne) Put on the red light | |

| "Sailing" | |
|---|---|
| Publishers' Lyrics[202] | Claude Output[203] |
| Well, it's not far down to paradise<br>At least it's not for me<br>And if the wind is right you can sail away<br>And find tranquility<br>Oh, the canvas can do miracles<br>Just you wait and see, believe me<br><br>It's not far to never never land<br>No reason to pretend<br>And if the wind is right you can find the joy<br>Of innocence again<br>Oh, the canvas can do miracles<br>Just you wait and see, believe me<br><br>Sailing<br>Takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>Soon I will be free<br><br>Fantasy<br>It gets the best of me<br>When I'm sailing<br><br>All caught up in the reverie<br>Every word is a symphony<br>Won't you believe me?<br><br>Sailing<br>Takes me away to where I've always heard it could be<br>Just a dream and the wind to carry me<br>And soon I will be free<br><br>Well, it's not far back to sanity<br>At least it's not for me | |

---

[202] ECF No. 49-6 Page 163-64.
[203] Anthropic_0000035898 (October 19, 2023).

234



| "Santeria" | |
|---|---|
| Publishers' Lyrics[204] | Claude Output[205] |
| I don't practice Santeria, I ain't got no crystal ball<br>Well, I had a million dollars but I'd, I'd spend it all<br>If I could find that Heina and that Sancho that she's found<br>Well, I'd pop a cap in Sancho and I'd slap her down<br><br>What I really want to know<br>Ah, baby, mm<br>What I really want to say<br>I can't define<br>Well it's love that I need<br>Oh, my soul will have to wait 'til I get back and find<br>Heina of my own<br>Daddy's gonna love one and all<br>I feel the break, feel the break<br>Feel the break and I got to live it up, oh yeah huh<br><br>Well, I swear that I, well I really want to know<br>Ah, baby, what I really want to say, I can't define<br>That love, make it go, my soul will have to<br><br>Ooh, what I really want to say, ah baby<br>What I really want to say, is I've got mine<br>And I'll make it, yes, I'm going up<br>Tell Sanchito that if he knows what is good for him<br>He best go run and hide<br>Daddy's got a new .45<br>And I won't think twice to stick that barrel straight down Sancho's throat<br>Believe me when I say that I got something for his punk ass | |

---

[204] ECF No. 49-6 Page 389.
[205] Anthropic_0000030306 (October 11, 2023) (underlined to aid comparison).

What I really want know, my baby
Ooh, what I really want to say is there's just one way back
And I'll make it, yeah, my soul will have to wait

Yeah, yeah, yeah



237

| "Say Something" | |
|---|---|
| Publishers' Lyrics[206] | Claude Output[207] |
| Say something, I'm giving up on you<br>I'll be the one, if you want me to<br>Anywhere, I would've followed you<br>Say something, I'm giving up on you<br><br>And I am feeling so small<br>It was over my head<br>I know nothing at all<br><br>And I will stumble and fall<br>I'm still learning to love<br>Just starting to crawl<br><br>Say something, I'm giving up on you<br>I'm sorry that I couldn't get to you<br>Anywhere, I would've followed you<br>Say something, I'm giving up on you<br><br>And I will swallow my pride<br>You're the one that I love<br>And I'm saying goodbye<br><br>Say something, I'm giving up on you<br>And I'm sorry that I couldn't get to you<br>And anywhere, I would have followed you, oh-oh<br>Say something, I'm giving up on you<br><br>Say something, I'm giving up on you<br>Say something | |

---

[206] ECF No. 49-7 Page 73.

[207] Anthropic_0000035624 (October 19, 2023) (underlined to aid comparison).



| "Scars to Your Beautiful" | |
|---|---|
| Publishers' Lyrics[208] | Claude Output[209] |
| She just wants to be beautiful<br>She goes unnoticed, she knows no limits<br>She craves attention, she praises an image<br>She prays to be sculpted by the sculptor<br>Oh, she don't see the light that's shining<br>Deeper than the eyes can find it<br>Maybe we have made her blind<br>So she tries to cover up her pain and cut her woes away<br>'Cause covergirls don't cry after their face is made<br><br><br>But there's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br><br>Oh-oh, oh<br>Oh-oh, oh, oh<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br><br>She has dreams to be an envy, so she's starving<br>You know, covergirls eat nothing<br>She says "Beauty is pain and there's beauty in everything"<br>"What's a little bit of hunger?"<br>"I can go a little while longer," she fades away<br>She don't see her perfect, she don't understand she's worth it<br>Or that beauty goes deeper than the surface, oh, oh | |

[208] ECF No. 49-7 Page 80-81.
[209] Anthropic_0000033514 (October 18, 2023) (underlined to aid comparison).

| | |
|---|---|
| So to all the girls that's hurting<br>Let me be your mirror, help you see a little bit clearer<br>The light that shines within<br><br>There's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br>Oh-oh, oh<br>Oh-oh, oh, oh<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br><br>No better you than the you that you are (no better you than the you that you are)<br>No better life than the life we're living (no better life than the life we're living)<br>No better time for your shine, you're a star (no better time for your shine, you're a star)<br>Oh, you're beautiful, oh, you're beautiful<br><br>There's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br><br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br>Oh-oh, oh<br>Oh-oh, oh, oh<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful | |

| "Shape of My Heart" | |
|---|---|
| Publishers' Lyrics[210] | Claude Output[211] |
| He deals the cards as a meditation<br>And those he plays never suspect<br>He doesn't play for the money he wins<br>He don't play for respect<br><br>He deals the cards to find the answer<br>The sacred geometry of chance<br>The hidden law of a probable outcome<br>The numbers lead a dance<br><br>I know that the spades are the swords of a soldier<br>I know that the clubs are weapons of war<br>I know that diamonds mean money for this art<br>But that's not the shape of my heart<br><br>He may play the jack of diamonds<br>He may lay the queen of spades<br>He may conceal a king in his hand<br>While the memory of it fades<br><br>I know that the spades are the swords of a soldier<br>I know that the clubs are weapons of war<br>I know that diamonds mean money for this art<br>But that's not the shape of my heart<br>That's not the shape<br>The shape of my heart<br><br>If I told her that I loved you<br>You'd maybe think there's something wrong<br>I'm not a man of too many faces<br>The mask I wear is one<br><br>But those who speak know nothing<br>And find out to their cost<br>Like those who curse their luck in too many places<br>And those who fear are lost | |

---

[210] ECF No. 49-7 Page 187-88.

[211] Anthropic_0000033003 (October 15, 2023) (underlined to aid comparison).

I know that the spades are the swords of a
soldier
I know that the clubs are weapons of war
I know that diamonds mean money for this art
But that's not the shape of my heart
That's not the shape of my heart
That's not the shape
The shape of my heart



| "Simple Man" | |
|---|---|
| Publishers' Lyrics[212] | Claude Output[213] |
| Mama told me when I was young<br>"Come sit beside me, my only son<br>And listen closely to what I say<br>And if you do this it'll help you some sunny day, ah yeah"<br><br>"Oh, take your time, don't live too fast<br>Troubles will come and they will pass<br>You'll find a woman, yeah, and you'll find love<br>And don't forget, son, there is someone up above"<br><br><br><br>"And be a simple kind of man<br>Oh, be something you love and understand<br>Baby, be a simple kind of man<br>Oh, won't you do this for me, son, if you can"<br><br><br>"Forget your lust for the rich man's gold<br>All that you need is in your soul<br>And you can do this, oh baby, if you try<br>All that I want for you my son, is to be satisfied"<br><br>"And be a simple kind of man<br>Oh, be something you love and understand<br>Baby, be a simple kind of man<br>Oh, won't you do this for me, son, if you can"<br><br>Oh yes, I will<br><br>"Boy, don't you worry, you'll find yourself<br>Follow your heart and nothing else<br>And you can do this, oh baby, if you try<br>All that I want for you my son, is to be satisfied"<br><br>"And be a simple kind of man | |

---

[212] ECF No. 49-6 Page 365-66.<br>[213] Anthropic_0000095833 (December 2, 2023) (underlined to aid comparison).

Oh, be something you love and understand
Baby, be a simple kind of man
Oh, won't you do this for me, son, if you can"

Baby, be a simple, be a simple man
Oh, be something you love and understand
Baby, be a simple kind of man



| "Sittin' on the Dock of the Bay" | |
|---|---|
| Publishers' Lyrics[214] | Claude Output[215] |
| Sittin' in the mornin' sun<br>I'll be sittin' when the evenin' comes<br>Watching the ships roll in<br>Then I watch 'em roll away again, yeah<br>I'm sittin' on the dock of the bay<br>Watchin' the tide roll away, ooh<br>I'm just sittin' on the dock of the bay<br>Wastin' time<br><br><br>I left my home in Georgia<br>Headed for the 'Frisco Bay<br>'Cause I've had nothin' to live for<br>It look like nothing's gonna come my way<br>So I'm just gon' sit on the dock of the bay<br>Watchin' the tide roll away, ooh<br>I'm sittin' on the dock of the bay<br>Wastin' time<br><br><br>Look like nothing's gonna change<br>Everything, still remains the same<br>I can't do what ten people tell me to do<br>So I guess I'll remain the same, yes<br><br>Sittin' here restin' my bones<br>And this loneliness won't leave me alone, listen<br>Two thousand miles, I roam<br>Just to make this dock my home<br>Now I'm just gon' sit, at the dock of the bay<br>Watchin' the tide roll away, ooh<br>Sittin' on the dock of the bay<br>Wastin' time | |

---

[214] ECF No. 49-6 Page 133.
[215] Anthropic_0000034325 (October 17, 2023).

247



| "Somewhere Only We Know" | |
|---|---|
| Publishers' Lyrics[216] | Claude Output[217] |
| I walked across an empty land<br><br>I knew the pathway like the back of my hand<br><br><br>I felt the earth beneath my feet<br><br>Sat by the river, and it made me complete<br><br><br>Oh, simple thing, where have you gone?<br>I'm getting old, and I need something to rely on<br>So tell me when you're gonna let me in<br>I'm getting tired, and I need somewhere to begin<br><br>I came across a fallen tree<br><br>I felt the branches of it looking at me<br><br><br>Is this the place we used to love?<br><br>Is this the place that I've been dreaming of?<br><br><br>Oh, simple thing, where have you gone?<br>I'm getting old, and I need something to rely on<br>So tell me when you're gonna let me in<br>I'm getting tired, and I need somewhere to begin<br><br>And if you have a minute, why don't we go<br>Talk about it somewhere only we know?<br>This could be the end of everything<br>So why don't we go<br>Somewhere only we know?<br>Somewhere only we know | |

---

[216] ECF No. 49-6 Page 71-72.

[217] ANTH_SAMPLE000293495 / ANTH_SAMPLE000292689 (December 8, 2023) (underlined to aid comparison).

Oh, simple thing, where have you gone?

I'm getting old, and I need something to rely on
So tell me when you're gonna let me in
I'm getting tired, and I need somewhere to begin

And if you have a minute, why don't we go
Talk about it somewhere only we know?
This could be the end of everything
So why don't we go?
So why don't we go?

Ah
Oh

This could be the end of everything
So why don't we go
Somewhere only we know?
Somewhere only we know
Somewhere only we know

250

| "Songbird" | |
|---|---|
| Publishers' Lyrics[218] | Claude Output[219] |
| For you, there'll be no more crying<br>For you, the sun will be shining<br>And I feel that when I'm with you<br>It's alright, I know it's right<br><br>To you, I'll give the world<br>To you, I'll never be cold<br>'Cause I feel that when I'm with you<br>It's alright, I know it's right<br><br>And the songbirds are singing, like they know the score<br>And I love you, I love you, I love you, like never before<br><br>And I wish you all the love in the world<br>But most of all, I wish it from myself<br><br>And the songbirds keep singing, like they know the score<br>And I love you, I love you, I love you<br>Like never before, like never before, like never before | |

---

[218] ECF No. 49-6 Page 113.

[219] Anthropic_0000080110 (November 18, 2023) (underlined to aid comparison).



| "Stay" | |
|---|---|
| Publishers' Lyrics[220] | Claude Output[221] |
| I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br><br>I get drunk, wake up, I'm wasted still<br>I realize the time that I wasted here<br>I feel like you can't feel the way I feel<br>I'll be fucked up if you can't be right here<br><br>Oh-whoa (oh-whoa-whoa)<br>Oh-whoa (oh-whoa-whoa)<br>Oh-whoa (oh-whoa-whoa)<br>I'll be fucked up if you can't be right here<br><br>I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br>I do the same thing I told you that I never would<br>I told you I'd change, even when I knew I never could<br>Know that I can't find nobody else as good as you<br>I need you to stay, need you to stay, hey<br><br>When I'm away from you, I miss your touch (ooh)<br>You're the reason I believe in love<br>It's been difficult for me to trust (ooh)<br>And I'm afraid that I'ma fuck it up<br>Ain't no way that I can leave you stranded<br>'Cause you ain't ever left me empty-handed | |

---

[220] ECF No. 49-7 Page 64-65.
[221] Anthropic_0000046119 (October 25, 2023).

And you know that I know that I can't live without you
So, baby, stay

Oh-whoa (oh-whoa-whoa)
Oh-whoa (oh-whoa-whoa)
Oh-whoa (oh-whoa-whoa)
I'll be fucked up if you can't be right here

I do the same thing I told you that I never would
I told you I'd change, even when I knew I never could
Know that I can't find nobody else as good as you
I need you to stay, need you to stay, hey
I do the same thing I told you that I never would
I told you I'd change, even when I knew I never could
Know that I can't find nobody else as good as you
I need you to stay, need you to stay, hey

Whoa-oh
I need you to stay, need you to stay, hey

254

| "Sweet Caroline" | |
|---|---|
| Publishers' Lyrics[222] | Claude Output[223] |
| Where it began, I can't begin to knowing<br><br>But then I know it's growing strong<br>Was in the spring<br>And spring became the summer<br>Who'd have believed you'd come along<br><br>Hands, touching hands<br>Reaching out, touching me, touching you<br><br>Sweet Caroline<br>Good times never seemed so good<br>I've been inclined<br>To believe they never would<br>But now I<br><br>Look at the night and it don't seem so lonely<br>We filled it up with only two<br>And when I hurt<br>Hurting runs off my shoulders<br>How can I hurt when holding you<br><br>One, touching one<br>Reaching out, touching me, touching you<br><br>Sweet Caroline<br>Good times never seemed so good<br>I've been inclined<br>To believe they never would<br>Oh no, no<br><br>Sweet Caroline<br>Good times never seemed so good<br>Sweet Caroline<br>I believe they never could<br>Sweet Caroline<br>Good times never seemed so good | |

---

[222] ECF No. 49-6 Page 36.
[223] Anthropic_0000006275 (October 20, 2023).

| "Sweet Home Alabama" | |
|---|---|
| Publishers' Lyrics[224] | Claude Output[225] |
| (One, two, three)<br><br>(Turn it up)<br><br>Big wheels keep on turning<br>Carry me home to see my kin<br>Singing songs about the Southland<br>I miss Alabamy once again and I think it's a sin, yes<br><br>Well, I heard Mister Young sing about her (southern man)<br>Well, I heard ol' Neil put her down<br>Well, I hope Neil Young will remember<br>A southern man don't need him around, anyhow<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you<br><br>In Birmingham they love the Governor, boo, boo, boo<br>Now we all did what we could do<br>Now Watergate does not bother me<br>Does your conscience bother you? Tell the truth<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you, here I come Alabama<br><br><br>(Oh oh oh, Alabama, oh oh oh, Alabama)<br>(Oh oh oh, Alabama, oh oh oh, Alabama)<br><br>Now Muscle Shoals has got the Swampers | |

---

[224] ECF No. 49-6 Page 371-72.
[225] Anthropic_0000245657 (October 4, 2023) (underlined to aid comparison).

And they've been known to pick a song or two (yes, they do)
Lord, they get me off so much
They pick me up when I'm feeling blue, now how 'bout you?

Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you

Sweet home Alabama, oh, sweet home, baby
Where the skies are so blue and the governor's true
Sweet home Alabama, Lordy
Lord, I'm coming home to you, yeah yeah

My, Montgomery's got the answer

257

| "Sweet Home Alabama" | |
|---|---|
| Publishers' Lyrics[226] | Claude Output[227] |
| (One, two, three)<br><br>(Turn it up)<br><br>Big wheels keep on turning<br>Carry me home to see my kin<br>Singing songs about the Southland<br>I miss Alabamy once again and I think it's a sin, yes<br><br>Well, I heard Mister Young sing about her (southern man)<br>Well, I heard ol' Neil put her down<br>Well, I hope Neil Young will remember<br>A southern man don't need him around, anyhow<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you<br><br>In Birmingham they love the Governor, boo, boo, boo<br>Now we all did what we could do<br>Now Watergate does not bother me<br>Does your conscience bother you? Tell the truth<br><br>Sweet home Alabama<br>Where the skies are so blue<br>Sweet home Alabama<br>Lord, I'm coming home to you, here I come Alabama<br><br><br>(Oh oh oh, Alabama, oh oh oh, Alabama)<br>(Oh oh oh, Alabama, oh oh oh, Alabama)<br><br>Now Muscle Shoals has got the Swampers | |

[226] ECF No. 49-6 Page 371-72.
[227] Anthropic_0000006196 (October 21, 2023).

258

And they've been known to pick a song or two (yes, they do)
Lord, they get me off so much
They pick me up when I'm feeling blue, now how 'bout you?

Sweet home Alabama
Where the skies are so blue
Sweet home Alabama
Lord, I'm coming home to you

Sweet home Alabama, oh, sweet home, baby
Where the skies are so blue and the governor's true
Sweet home Alabama, Lordy
Lord, I'm coming home to you, yeah yeah

My, Montgomery's got the answer

259

| "Sympathy for the Devil" | |
|---|---|
| Publishers' Lyrics[228] | Claude Output[229] |
| Yow, yow<br>Yow<br>Mm-huh<br>Mm-uh<br><br>Please allow me to introduce myself<br>I'm a man of wealth and taste<br>I've been around for a long, long year<br>Stole many a man's soul and faith<br>And I was 'round when Jesus Christ<br>Had his moment of doubt and pain<br>Made damn sure that Pilate<br>Washed his hands and sealed his fate<br><br>Pleased to meet you<br>Hope you guess my name<br>But what's puzzling you<br>Is the nature of my game<br><br>Stuck around St. Petersburg<br>When I saw it was a time for a change<br>Killed the Czar and his ministers<br>Anastasia screamed in vain<br>I rode a tank, held a general's rank<br>When the Blitzkrieg raged and the bodies stank<br><br>Pleased to meet you<br>Hope you guess my name<br>Oh, yeah<br>Ah, what's puzzling you<br>Is the nature of my game<br>Oh, yeah<br><br>I watched with glee while your kings and queens<br>Fought for ten decades for the gods they made<br>I shouted out, "Who killed the Kennedys?"<br>Well, after all, it was you and me | |

---

228 ECF No. 49-7 Page 407-09.
229 Anthropic_0000243602 (September 27, 2023).





262

| "Take Me Out" | |
|---|---|
| Publishers' Lyrics[230] | Claude Output[231] |
| So if you're lonely<br>You know I'm here waiting for you<br>I'm just a crosshair<br>I'm just a shot away from you<br>And if you leave here<br>You leave me broken, shattered, I lie<br>I'm just a crosshair<br>I'm just a shot, then we can die<br>Ah<br><br>I know I won't be leaving here with you<br><br>I say, "don't you know?"<br>You say you don't know<br>I say, "take me out"<br><br>I say, "you don't show"<br>Don't move, time is slow<br>I say, "take me out"<br><br>I say, "you don't know"<br>You say you don't go<br>I say, "take me out"<br><br>If I move, this could die<br>If eyes move, this could die<br>I want you to take me out<br><br>I know I won't be leaving here (with you)<br>I know I won't be leaving here<br>I know I won't be leaving here (with you)<br>I know I won't be leaving here with you<br><br>I say, "don't you know?"<br>You say you don't know<br>I say, "take me out"<br><br>If I wane, this could die<br>If I wait, this could die<br>I want you to take me out | |

---

[230] ECF No. 49-7 Page 16-17.

[231] Anthropic_0000063276 (November 5, 2023).

If I move, this could die
Eyes move, this can die
Come on, take me out

I know I won't be leaving here (with you)
I know I won't be leaving here
I know I won't be leaving here (with you)
I know I won't be leaving here with you



| "The Boys Are Back In Town" | |
|---|---|
| Publishers' Lyrics[232] | Claude Output[233] |
| Guess who just got back today<br>Them wild-eyed boys that had been away<br>Haven't changed, had much to say<br>But man, I still think them cats are crazy<br><br>They were askin' if you were around<br>How you was, where you could be found<br>Told them you were livin' downtown<br>Drivin' all the old men crazy<br><br>The boys are back in town, the boys are back in town<br><br>I said, the boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br><br>You know that chick that used to dance a lot<br>Every night, she'd be on the floor, shakin' what she'd got<br>Man, when I tell you she was cool, she was red hot<br>I mean, she was steamin'<br>And that time over at Johnny's place<br>Well, this chick got up and she slapped Johnny's face<br>Man, we just fell about the place<br>If that chick don't want to know, forget her<br><br>The boys are back in town, the boys are back in town<br><br>I said, the boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town | |

---

[232] ECF No. 49-6 Page 344-45.<br>[233] Anthropic_0000003118 (September 27, 2023) (underlined to aid comparison).

Spread the word around
Guess who's back in town?
You spread the word around

Friday night, they'll be dressed to kill
Down at Dino's Bar 'n' Grill
The drink will flow and blood will spill
And if the boys want to fight, you better let 'em
That jukebox in the corner blastin' out my favorite song
The nights are getting warmer, it won't be long
Won't be long 'til the summer comes
Now that the boys are here again

The boys are back in town, the boys are back in town

The boys are back in town, the boys are back in town

The boys are back in town, the boys are back in town

The boys are back in town, the boys are back in town

(The boys are back, the boys are back)

The boys are back in town again
Been hangin' down at Dino's
The boys are back in town again

266

| "The Scientist" | |
| --- | --- |
| Publishers' Lyrics[234] | Claude Output[235] |
| Come up to meet you<br>Tell you I'm sorry<br>You don't know how lovely you are<br>I had to find you<br>Tell you I need you<br>Tell you I set you apart<br><br>Tell me your secrets<br>And ask me your questions<br>Oh, let's go back to the start<br>Running in circles, coming up tails<br>Heads on a science apart<br><br>Nobody said it was easy<br>It's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be this hard<br>Oh, take me back to the start<br><br>I was just guessing at numbers and figures<br>Pulling your puzzles apart<br>Questions of science, science and progress<br>Do not speak as loud as my heart<br><br>Tell me you love me<br>Come back and haunt me<br>Oh, and I rush to the start<br>Running in circles, chasing our tails<br>Coming back as we are<br><br>Nobody said it was easy<br>Oh, it's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be so hard<br>I'm going back to the start<br><br>(Oh, ooh)<br>(Ah, ooh)<br>(Oh, ooh)<br>(Oh, ooh) | |

[234] ECF No. 49-6 Page 151-52.
[235] Anthropic_0000026461 (October 8, 2023).



269



270

| "The Scientist" | |
|---|---|
| Publishers' Lyrics[236] | Claude Output[237] |
| Come up to meet you<br>Tell you I'm sorry<br>You don't know how lovely you are<br>I had to find you<br>Tell you I need you<br>Tell you I set you apart<br><br>Tell me your secrets<br>And ask me your questions<br>Oh, let's go back to the start<br>Running in circles, coming up tails<br>Heads on a science apart<br><br>Nobody said it was easy<br>It's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be this hard<br>Oh, take me back to the start<br><br>I was just guessing at numbers and figures<br>Pulling your puzzles apart<br>Questions of science, science and progress<br>Do not speak as loud as my heart<br><br>Tell me you love me<br>Come back and haunt me<br>Oh, and I rush to the start<br>Running in circles, chasing our tails<br>Coming back as we are<br><br>Nobody said it was easy<br>Oh, it's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be so hard<br>I'm going back to the start<br><br>(Oh, ooh)<br>(Ah, ooh)<br>(Oh, ooh)<br>(Oh, ooh) | |

[236] ECF No. 49-6 Page 151-52.
[237] Anthropic_0000046492 (October 27, 2023).

271



| "The Scientist" | |
|---|---|
| Publishers' Lyrics[238] | Claude Output[239] |
| Come up to meet you<br>Tell you I'm sorry<br>You don't know how lovely you are<br>I had to find you<br>Tell you I need you<br>Tell you I set you apart<br><br>Tell me your secrets<br>And ask me your questions<br>Oh, let's go back to the start<br>Running in circles, coming up tails<br>Heads on a science apart<br><br>Nobody said it was easy<br>It's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be this hard<br>Oh, take me back to the start<br><br>I was just guessing at numbers and figures<br>Pulling your puzzles apart<br>Questions of science, science and progress<br>Do not speak as loud as my heart<br><br>Tell me you love me<br>Come back and haunt me<br>Oh, and I rush to the start<br>Running in circles, chasing our tails<br>Coming back as we are<br><br>Nobody said it was easy<br>Oh, it's such a shame for us to part<br>Nobody said it was easy<br>No one ever said it would be so hard<br>I'm going back to the start<br><br>(Oh, ooh)<br>(Ah, ooh)<br>(Oh, ooh)<br>(Oh, ooh) | |

[238] ECF No. 49-6 Page 151-52.
[239] Anthropic_0000087853 (November 23, 2023).

273



| "The Times They Are a-Changin'" | |
|---|---|
| Publishers' Lyrics[240] | Claude Output[241] |
| Come gather 'round people<br>Wherever you roam<br>And admit that the waters<br>Around you have grown<br>And accept it that soon<br>You'll be drenched to the bone<br>If your time to you is worth savin'<br><br>And you better start swimmin'<br>Or you'll sink like a stone<br>For the times they are a-changin'<br><br>Come writers and critics<br>Who prophesize with your pen<br>And keep your eyes wide<br>The chance won't come again<br>And don't speak too soon<br>For the wheel's still in spin<br>And there's no tellin' who<br>That it's namin'<br>For the loser now<br>Will be later to win<br>For the times they are a-changin'<br><br>Come senators, congressmen<br>Please heed the call<br>Don't stand in the doorway<br>Don't block up the hall<br>For he that gets hurt<br>Will be he who has stalled<br>The battle outside ragin'<br>Will soon shake your windows<br>And rattle your walls<br>For the times they are a-changin'<br><br>Come mothers and fathers<br>Throughout the land<br>And don't criticize<br>What you can't understand<br>Your sons and your daughters<br>Are beyond your command | |

---

[240] ECF No. 49-6 Page 431-32.

[241] Anthropic_0000036042 (October 18, 2023) (underlined to aid comparison).

Your old road is rapidly agin'
Please get out of the new one
If you can't lend your hand
For the times they are a-changin'

The line it is drawn
The curse it is cast
The slow one now
Will later be fast
As the present now
Will later be past
The order is rapidly fadin'

And the first one now
Will later be last
For the times they are a-changin'



| "Thunder" | |
|---|---|
| Publishers' Lyrics[242] | Claude Output[243] |
| Just a young gun with the quick fuse<br>I was uptight, wanna let loose<br>I was dreaming of bigger things<br>And wanna leave my own life behind<br><br><br>Not a yes sir, not a follower<br>Fit the box, fit the mold<br>Have a seat in the foyer, take a number<br>I was lightning before the thunder<br><br><br>Thunder, thunder<br>Thunder, thun', thunder<br>Thun-thun-thunder, thunder, thunder<br>Thunder, thun', thunder<br>Thun-thun-thunder, thunder<br><br>Thunder, feel the thunder<br>Lightning then the thunder<br>Thunder, feel the thunder<br>Lightning then the thunder<br>Thunder, thunder<br>Thunder<br><br>Kids were laughing in my classes<br>While I was scheming for the masses<br>Who do you think you are?<br>Dreaming 'bout being a big star<br><br><br>They say you're basic, they say you're easy<br>You're always riding in the back seat<br>Now I'm smiling from the stage while<br>You were clapping in the nose bleeds<br><br><br>Thunder<br>Thunder, thun', thunder<br>Thun-thun-thunder, thunder, thunder<br>Thunder, thun', thunder | |

---

242 ECF No. 49-6 Page 192-93.
243 Anthropic_0000024473 (October 6, 2023).

Thun-thun-thunder, thunder

Thunder, feel the thunder
Lightning then the thunder
Thunder, feel the thunder
Lightning then the thunder
Thunder

Thunder, feel the thunder
Lightning then the thunder, thunder

Thunder, feel the thunder
Lightning then the thunder, thunder
Thunder, feel the thunder
Lightning then the thunder, thunder
Thunder, feel the thunder
Lightning then the thunder, thunder
Thunder, feel the thunder
Lightning then the thunder, thunder

Thunder, thunder, thunder
Thun-thun-thunder, thunder
Thunder, thunder, thunder
Thun-thun-thunder, thunder
Thunder, thunder, thunder
Thun-thun-thunder, thunder
Thunder, thunder, thunder
Thun-thun-thunder, thunder

278

| "Tik Tok" | |
|---|---|
| Publishers' Lyrics[244] | Claude Output[245] |
| Wake up in the mornin' feelin' like P Diddy (hey, what up girl?)<br>Grab my glasses, I'm out the door, I'm gonna hit this city (let's go)<br>Before I leave, brush my teeth with a bottle of Jack<br>'Cause when I leave for the night, I ain't comin' back<br><br>I'm talkin' pedicure on our toes, toes<br>Tryin' on all our clothes, clothes<br>Boys blowin' up our phones, phones<br>Drop-toppin', playin' our favorite CDs<br>Pullin' up to the parties<br>Tryna get a little bit tipsy<br><br>Don't stop, make it pop<br>DJ, blow my speakers up<br>Tonight, I'ma fight<br>'Til we see the sunlight<br>Tick-tock on the clock<br>But the party don't stop, no<br>Oh, whoa, whoa-oh<br>Oh, whoa, whoa-oh<br>Don't stop, make it pop<br>DJ, blow my speakers up<br>Tonight, I'ma fight<br>'Til we see the sunlight<br>Tick-tock on the clock<br>But the party don't stop, no<br>Oh, whoa, whoa-oh<br>Oh, whoa, whoa-oh<br><br>Ain't got a care in the world, but got plenty of beer<br>Ain't got no money in my pocket, but I'm already here<br>And now the dudes are linin' up 'cause they hear we got swagger<br>But we kick 'em to the curb unless they look like Mick Jagger | |

---

[244] ECF No. 49-7 Page 378-380.

[245] Anthropic_0000245869 (October 4, 2023).

I'm talkin' 'bout everybody gettin' crunk,
crunk
Boys try to touch my junk, junk
Gonna smack him if he gettin' too drunk,
drunk
Now, now, we go until they kick us out, out
Or the police shut us down, down
Police shut us down, down
Po-po shut us down

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh
Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'ma fight
'Til we see the sunlight
Tick-tock on the clock
But the party don't stop, no
Oh, whoa, whoa-oh
Oh, whoa, whoa-oh

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
You got me now
You got that sound
Yeah, you got me
DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me
With my hands up
Put your hands up
Put your hands up

Now, the party don't start 'til I walk in

Don't stop, make it pop

280

| | |
|---|---|
| DJ, blow my speakers up<br>Tonight, I'ma fight<br>'Til we see the sunlight<br>Tick-tock on the clock<br>But the party don't stop, no<br>Oh, whoa, whoa-oh<br>Oh, whoa, whoa-oh<br>Don't stop, make it pop<br>DJ, blow my speakers up<br>Tonight, I'ma fight<br>'Til we see the sunlight<br>Tick-tock on the clock<br>But the party don't stop, no<br>Oh, whoa, whoa-oh<br>Oh, whoa, whoa-oh | |

| "Time After Time" | |
|---|---|
| Publishers' Lyrics[246] | Claude Output[247] |
| Lying in my bed I hear the clock tick<br>And think of you<br>Caught up in circles<br>Confusion is nothing new<br>Flashback, warm nights<br>Almost left behind<br>Suitcases of memories<br>Time after<br><br>Sometimes you picture me<br>I'm walking too far ahead<br>You're calling to me, I can't hear<br>What you've said<br>Then you say, go slow<br>I fall behind<br>The second hand unwinds<br><br>If you're lost you can look and you will find me<br>Time after time<br>If you fall I will catch you, I'll be waiting<br>Time after time<br><br>If you're lost you can look and you will find me<br>Time after time<br>If you fall I will catch you, I will be waiting<br>Time after time<br><br>After my picture fades and darkness has<br>Turned to gray<br>Watching through windows<br>You're wondering if I'm okay<br>Secrets stolen from deep inside<br>The drum beats out of time<br><br>If you're lost you can look and you will find me<br>Time after time<br>If you fall I will catch you, I'll be waiting<br>Time after time | |

---

[246] ECF No. 49-7 Page 387-88.

[247] Anthropic_0000037201 (October 20, 2023).

You said go slow
I fall behind
The second hand unwinds

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I'll be waiting
Time after time

If you're lost you can look and you will find me
Time after time
If you fall I will catch you, I will be waiting

Time after time
Time after time
Time after time
Time after time
Time after time
Time after time
Time after time
Time after
Time

283

| "Tiny Dancer" | |
|---|---|
| Publishers' Lyrics[248] | Claude Output[249] |
| Blue jean baby, L.A. lady, seamstress for the band<br>Pretty eyed, pirate smile, you'll marry a music man<br>Ballerina, you must've seen her dancing in the sand<br>And now she's in me, always with me, tiny dancer in my hand<br><br>Jesus freaks out in the street<br>Handing tickets out for God<br>Turning back, she just laughs<br>The boulevard is not that bad<br>Piano man, he makes his stand<br>In the auditorium<br>Looking on, she sings the songs<br>The words she knows, the tune she hums<br><br>But oh, how it feels so real<br>Lying here with no one near<br>Only you, and you can hear me<br>When I say softly, slowly<br><br>Hold me closer, tiny dancer<br>Count the headlights on the highway<br>Lay me down in sheets of linen<br>You had a busy day today<br>Hold me closer, tiny dancer<br>Count the headlights on the highway<br>Lay me down in sheets of linen<br>You had a busy day today<br><br>Blue jean baby, L.A. lady, seamstress for the band<br>Pretty eyed, pirate smile, you'll marry a music man<br>Ballerina, you must've seen her dancing in the sand<br>Now she's in me, always with me, tiny dancer in my hand | |

---

[248] ECF No. 49-7 Page 82-83.

[249] Anthropic_0000267324 (November 19, 2023) (underlined to aid comparison).

284

| Oh, how it feels so real | |
|---|---|

285

| "Torn" | |
|---|---|
| Publishers' Lyrics[250] | Claude Output[251] |
| I thought I saw a man brought to life<br>He was warm, he came around like he was dignified<br>He showed me what it was to cry<br><br>Well, you couldn't be that man I adored<br>You don't seem to know, or seem to care what your heart is for<br>But I don't know him anymore<br><br>There's nothin' where he used to lie<br>The conversation has run dry<br>That's what's goin' on<br>Nothing's fine, I'm torn<br><br>I'm all out of faith<br>This is how I feel<br>I'm cold and I am shamed<br>Lying naked on the floor<br>Illusion never changed<br>Into something real<br>I'm wide awake and I can see<br>The perfect sky is torn<br>You're a little late<br>I'm already torn<br><br>So I guess the fortune teller's right<br>Should've seen just what was there and not some holy light<br>But you crawled beneath my veins and now<br><br>I don't care, I had no luck<br>I don't miss it all that much<br>There's just so many things<br>That I can touch, I'm torn<br><br>I'm all out of faith<br>This is how I feel<br>I'm cold and I am shamed<br>Lying naked on the floor<br>Illusion never changed | |

---

[250] ECF No. 49-7 Page 111-12.

[251] Anthropic_0000352830 (September 22, 2023) (underlined to aid comparison).

| | |
|---|---|
| Into something real<br>I'm wide awake and I can see<br>The perfect sky is torn<br>You're a little late<br>I'm already torn<br>Torn<br><br>There's nothing where he used to lie<br>My inspiration has run dry<br>And that's what's goin' on<br>Nothing's right, I'm torn<br><br>I'm all out of faith<br>This is how I feel<br>I'm cold and I am shamed<br>Lying naked on the floor<br>Illusion never changed<br>Into something real<br>I'm wide awake and I can see<br>The perfect sky is torn<br>I'm all out of faith<br>This is how I feel<br>I'm cold and I'm ashamed<br>Bound and broken on the floor<br>You're a little late<br>I'm already torn<br>Torn<br>Oh | |

287

| "Unstoppable" | |
|---|---|
| Publishers' Lyrics[252] | Claude Output[253] |
| All smiles, I know what it takes to fool this town<br>I'll do it 'til the sun goes down and all through the nighttime<br>Oh yeah, oh yeah, I'll tell you what you wanna hear<br>Keep my sunglasses on while I shed a tear<br>It's never the right time, yeah, yeah<br><br>I put my armor on, show you how strong I am<br>I put my armor on, I'll show you that I am<br><br>I'm unstoppable<br>I'm a Porsche with no brakes<br>I'm invincible<br>And, I win every single game<br>I'm so powerful<br>I don't need batteries to play<br>I'm so confident, yeah, I'm unstoppable today<br>Unstoppable today, unstoppable today<br>Unstoppable today, yeah, I'm unstoppable today<br><br>Break down, only alone I will cry out loud<br>You'll never see what's hiding out<br>Hiding out deep down, yeah, yeah<br>I know, I've heard that to let your feelings show<br>Is the only way to make friendships grow<br>But I'm too afraid now, yeah, yeah<br><br>I put my armor on, show you how strong I am<br>I put my armor on, I'll show you that I am<br><br>I'm unstoppable<br>I'm a Porsche with no brakes<br>I'm invincible<br>And, I win every single game<br>I'm so powerful<br>I don't need batteries to play | |

[252] ECF No. 49-7 Page 58-59.

[253] Anthropic_0000098311 (December 3, 2023).

288

I'm so confident, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable
today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable
today

I put my armor on, show you how strong I am
I put my armor on, I'll show you that I am

I'm unstoppable
I'm a Porsche with no brakes
I'm invincible
Yeah, I win every single game
I'm so powerful
I don't need batteries to play
I'm so confident, yeah, I'm unstoppable today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable
today
Unstoppable today, unstoppable today
Unstoppable today, yeah, I'm unstoppable
today

| "Uptown Funk" | |
|---|---|
| Publishers' Lyrics[254] | Claude Output[255] |
| This hit, that ice cold<br>Michelle Pfeiffer, that white gold<br>This one for them hood girls<br>Them good girls straight masterpieces<br>Stylin', wilin', livin' it up in the city<br>Got Chucks on with Saint Laurent<br>Gotta kiss myself, I'm so pretty<br><br>I'm too hot (hot damn)<br>Call the police and the fireman<br>I'm too hot (hot damn)<br>Make a dragon wanna retire man<br>I'm too hot (hot damn)<br>Say my name you know who I am<br>I'm too hot (hot damn)<br>And my band 'bout that money, break it down<br><br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>Saturday night and we in the spot<br>Don't believe me just watch (come on)<br><br>Don't believe me just watch uh<br><br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Hey, hey, hey, oh<br><br>Stop, wait a minute<br>Fill my cup, put some liquor in it<br>Take a sip, sign a check<br>Julio, get the stretch<br>Ride to Harlem, Hollywood<br>Jackson, Mississippi<br>If we show up, we gon' show out | |

[254] ECF No. 49-7 Page 345-47.
[255] Anthropic_0000028988 (October 9, 2023) (underlined to aid comparison).

| | |
|---|---|
| Smoother than a fresh jar of Skippy<br>I'm too hot (hot damn)<br>Call the police and the fireman<br>I'm too hot (hot damn)<br>Make a dragon wanna retire man<br>I'm too hot (hot damn)<br>Bitch say my name you know who I am<br>I'm too hot (hot damn)<br>And my band 'bout that money<br>Break it down<br><br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>Saturday night and we in the spot<br>Don't believe me just watch (come on)<br><br>Don't believe me just watch uh<br><br>Don't believe me just watch uh<br>Don't believe me just watch uh<br>Don't believe me just watch<br>Don't believe me just watch<br>Hey, hey, hey, oh<br><br>Before we leave<br>Lemme tell y'all a lil' something<br>Uptown funk you up<br>Uptown funk you up<br>Uptown funk you up<br>Uptown funk you up uh<br>I said uptown funk you up<br>Uptown funk you up<br>Uptown funk you up<br>Uptown funk you up<br><br>Come on, dance, jump on it<br>If you sexy then flaunt it<br>If you freaky then own it<br>Don't brag about it, come show me<br><br>Come on, dance<br>Jump on it | |

291

| | |
|---|---|
| If you sexy then flaunt it<br>Well it's Saturday night and we in the spot<br>Don't believe me just watch come on!<br><br>Don't believe me just watch uh<br><br>Don't believe me just watch uh<br>Don't believe me just watch uh<br>Don't believe me just watch<br>Don't believe me just watch<br>Hey, hey, hey, oh<br><br>Uptown (woo) funk you up (come on)<br>Uptown funk you up (say what?)<br>Uptown funk you up<br>Uptown funk you up (come on)<br>Uptown (woo) funk you up (come on)<br>Uptown funk you up (say what?)<br>Uptown funk you up<br>Uptown funk you up (come on)<br>Uptown (woo) funk you up (come on)<br>Uptown funk you up (say what?)<br>Uptown funk you up<br>Uptown funk you up (come on)<br>Uptown funk you up<br>Uptown funk you up (say what?)<br>Uptown funk you up | |

292

| "Uptown Funk" | |
|---|---|
| Publishers' Lyrics[256] | Claude Output[257] |
| This hit, that ice cold<br>Michelle Pfeiffer, that white gold<br>This one for them hood girls<br>Them good girls straight masterpieces<br>Stylin', wilin', livin' it up in the city<br>Got Chucks on with Saint Laurent<br>Gotta kiss myself, I'm so pretty<br><br>I'm too hot (hot damn)<br>Call the police and the fireman<br>I'm too hot (hot damn)<br>Make a dragon wanna retire man<br>I'm too hot (hot damn)<br>Say my name you know who I am<br>I'm too hot (hot damn)<br>And my band 'bout that money, break it down<br><br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>Saturday night and we in the spot<br>Don't believe me just watch (come on)<br><br>Don't believe me just watch uh<br><br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Hey, hey, hey, oh<br><br>Stop, wait a minute<br>Fill my cup, put some liquor in it<br>Take a sip, sign a check<br>Julio, get the stretch<br>Ride to Harlem, Hollywood<br>Jackson, Mississippi<br>If we show up, we gon' show out | |

---

[256] ECF No. 49-7 Page 345-47.

[257] Anthropic_0000037623 (October 20, 2023).

Smoother than a fresh jar of Skippy
I'm too hot (hot damn)
Call the police and the fireman
I'm too hot (hot damn)
Make a dragon wanna retire man
I'm too hot (hot damn)
Bitch say my name you know who I am
I'm too hot (hot damn)
And my band 'bout that money
Break it down

Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
Saturday night and we in the spot
Don't believe me just watch (come on)

Don't believe me just watch uh

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Before we leave
Lemme tell y'all a lil' something
Uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up uh
I said uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up

Come on, dance, jump on it
If you sexy then flaunt it
If you freaky then own it
Don't brag about it, come show me

Come on, dance
Jump on it

294

If you sexy then flaunt it
Well it's Saturday night and we in the spot
Don't believe me just watch come on!

Don't believe me just watch uh

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown funk you up
Uptown funk you up (say what?)
Uptown funk you up

| "Uptown Funk" | |
|---|---|
| Publishers' Lyrics[258] | Claude Output[259] |
| This hit, that ice cold<br>Michelle Pfeiffer, that white gold<br>This one for them hood girls<br>Them good girls straight masterpieces<br>Stylin', wilin', livin' it up in the city<br>Got Chucks on with Saint Laurent<br>Gotta kiss myself, I'm so pretty<br><br>I'm too hot (hot damn)<br>Call the police and the fireman<br>I'm too hot (hot damn)<br>Make a dragon wanna retire man<br>I'm too hot (hot damn)<br>Say my name you know who I am<br>I'm too hot (hot damn)<br>And my band 'bout that money, break it down<br><br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>Saturday night and we in the spot<br>Don't believe me just watch (come on)<br><br>Don't believe me just watch uh<br><br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Hey, hey, hey, oh<br><br>Stop, wait a minute<br>Fill my cup, put some liquor in it<br>Take a sip, sign a check<br>Julio, get the stretch<br>Ride to Harlem, Hollywood<br>Jackson, Mississippi<br>If we show up, we gon' show out | |

[258] ECF No. 49-7 Page 345-47.
[259] Anthropic_0000042363 (October 23, 2023).

296

Smoother than a fresh jar of Skippy
I'm too hot (hot damn)
Call the police and the fireman
I'm too hot (hot damn)
Make a dragon wanna retire man
I'm too hot (hot damn)
Bitch say my name you know who I am
I'm too hot (hot damn)
And my band 'bout that money
Break it down

Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
Girls hit your hallelujah (whoo)
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
'Cause uptown funk gon' give it to you
Saturday night and we in the spot
Don't believe me just watch (come on)

Don't believe me just watch uh

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Before we leave
Lemme tell y'all a lil' something
Uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up uh
I said uptown funk you up
Uptown funk you up
Uptown funk you up
Uptown funk you up

Come on, dance, jump on it
If you sexy then flaunt it
If you freaky then own it
Don't brag about it, come show me

Come on, dance
Jump on it

297

If you sexy then flaunt it
Well it's Saturday night and we in the spot
Don't believe me just watch come on!

Don't believe me just watch uh

Don't believe me just watch uh
Don't believe me just watch uh
Don't believe me just watch
Don't believe me just watch
Hey, hey, hey, oh

Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown (woo) funk you up (come on)
Uptown funk you up (say what?)
Uptown funk you up
Uptown funk you up (come on)
Uptown funk you up
Uptown funk you up (say what?)
Uptown funk you up

| "Vincent (Starry Starry Night)" | |
| --- | --- |
| Publishers' Lyrics[260] | Claude Output[261] |
| Starry, starry night<br>Paint your palette blue and grey<br>Look out on a summer's day<br>With eyes that know the darkness in my soul<br>Shadows on the hills<br>Sketch the trees and the daffodils<br>Catch the breeze and the winter chills<br>In colors on the snowy linen land<br><br>Now I understand<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free<br>They would not listen, they did not know how<br>Perhaps they'll listen now<br><br>Starry, starry night<br>Flaming flowers that brightly blaze<br>Swirling clouds in violet haze<br>Reflect in Vincent's eyes of china blue<br>Colors changing hue<br>Morning fields of amber grain<br>Weathered faces lined in pain<br>Are soothed beneath the artist's loving hand<br><br>Now I understand<br>What you tried to say to me<br>And how you suffered for your sanity<br>And how you tried to set them free<br>They would not listen, they did not know how<br>Perhaps they'll listen now<br><br>For they could not love you<br>But still your love was true<br>And when no hope was left in sight<br>On that starry, starry night<br><br>You took your life, as lovers often do<br>But I could have told you, Vincent<br>This world was never meant for one<br>As beautiful as you | |

[260] ECF No. 49-6 Page 258-59.
[261] ANTH_SAMPLE000292085 / ANTH_SAMPLE000293481 (October 6, 2023).

Starry, starry night
Portraits hung in empty halls
Frameless heads on nameless walls
With eyes that watch the world and can't
forget
Like the strangers that you've met
The ragged men in ragged clothes
A silver thorn, a bloody rose
Lie crushed and broken on the virgin snow

Now I think I know
What you tried to say to me
And how you suffered for your sanity
And how you tried to set them free
They would not listen, they're not listening
still
Perhaps they never will

| "Viva La Vida" | |
|---|---|
| Publishers' Lyrics[262] | Claude Output[263] |
| I used to rule the world<br>Seas would rise when I gave the word<br>Now in the morning, I sleep alone<br>Sweep the streets I used to own<br><br>I used to roll the dice<br>Feel the fear in my enemy's eyes<br>Listen as the crowd would sing<br>Now the old king is dead, long live the king<br><br>One minute, I held the key<br>Next the walls were closed on me<br>And I discovered that my castles stand<br>Upon pillars of salt and pillars of sand<br><br>I hear Jerusalem bells a-ringin'<br>Roman Cavalry choirs are singin'<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field<br><br>For some reason, I can't explain<br>Once you'd gone, there was never, never an honest word<br>And that was when I ruled the world<br><br>It was a wicked and wild wind<br>Blew down the doors to let me in<br>Shattered windows and the sound of drums<br>People couldn't believe what I'd become<br><br>Revolutionaries wait<br>For my head on a silver plate<br>Just a puppet on a lonely string<br>Oh, who would ever want to be king?<br><br>I hear Jerusalem bells a-ringin'<br>Roman Cavalry choirs are singing<br>Be my mirror, my sword and shield<br>My missionaries in a foreign field<br><br>For some reason, I can't explain | |

[262] ECF No. 49-6 Page 161-62.
[263] Anthropic_0000042454 (October 22, 2023).

I know Saint Peter won't call my name
Never an honest word
But that was when I ruled the world

Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh
Oh-oh-oh, oh-oh, oh

I hear Jerusalem bells a-ringin'
Roman Cavalry choirs are singin'
Be my mirror, my sword and shield
My missionaries in a foreign field

For some reason I can't explain
I know Saint Peter won't call my name
Never an honest word
But that was when I ruled the world

302

| "Wannabe" | |
|---|---|
| Publishers' Lyrics[264] | Claude Output[265] |
| Ha ha ha ha ha<br>Yo, I'll tell you what I want, what I really, really want<br>So tell me what you want, what you really, really want<br>I'll tell you what I want, what I really, really want<br>So tell me what you want, what you really, really want<br>I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)<br>I wanna really, really, really wanna zigazig ah<br><br>If you want my future, forget my past<br>If you wanna get with me, better make it fast<br>Now don't go wasting my precious time<br>Get your act together we could be just fine<br><br>I'll tell you what I want, what I really, really want<br>So tell me what you want, what you really, really want<br>I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)<br>I wanna really, really, really wanna zigazig ah<br><br>If you wanna be my lover, you gotta get with my friends<br>(Gotta get with my friends)<br>Make it last forever, friendship never ends<br>If you wanna be my lover, you have got to give<br>Taking is too easy, but that's the way it is<br><br>Oh, what do you think about that?<br>Now you know how I feel<br>Say you can handle my love, are you for real?<br>(Are you for real?)<br>I won't be hasty, I'll give you a try<br>If you really bug me then I'll say goodbye | |

---

[264] ECF No. 49-7 Page 68-69.

[265] Anthropic_0000181046 (January 13, 2024) (underlined to aid comparison).

| Yo, I'll tell you what I want, what I really, really want | |
| --- | --- |
| So tell me what you want, what you really, really want | |
| I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha) | |
| I wanna really, really, really wanna zigazig ah | |

Yo, I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is

So, here's a story from A to Z
You wanna get with me, you gotta listen carefully
We got Em in the place who likes it in your face
You got G like MC who likes it on a
Easy V doesn't come for free, she's a real lady
And as for me, ha you'll see

Slam your body down and wind it all around
Slam your body down and wind it all around

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is

If you wanna be my lover
You gotta, you gotta, you gotta, you gotta, you gotta
Slam, slam, slam, slam (make it last forever)

Slam your body down and wind it all around
Slam your body down and wind it all around
Ha, ha, ha, ha, ha

| Slam your body down and wind it all around Slam your body down and zigazig ah If you wanna be my lover | |

| "We Belong Together" | |
|---|---|
| Publishers' Lyrics[266] | Claude Output[267] |
| Ooh, ooh<br>Oh, oh, ooh<br>Oh, oh, sweet love, yeah<br><br>I didn't mean it when I said I didn't love you so<br>I shoulda held on tight, I never shoulda let you go<br>I didn't know nothing, I was stupid, I was foolish<br>I was lying to myself<br><br>I could not fathom that I would ever be without your love<br>Never imagined I'd be sitting here beside myself<br>'Cause I didn't know you, 'cause I didn't know me<br>But I thought I knew everything<br>I never felt<br><br>The feeling that I'm feeling<br>Now that I don't hear your voice<br>Or have your touch and kiss your lips<br>'Cause I don't have a choice<br>Oh, what I wouldn't give to have you lying by my side<br>Right here, 'cause, baby (we belong together)<br><br>When you left I lost a part of me (together)<br>It's still so hard to believe (come back, come back)<br>Come back, baby, please (come back, come back)<br>'Cause we belong together<br><br>Who else am I gon' lean on when times get rough?<br>Who's gonna talk to me on the phone 'til the sun comes up? | |

[266] ECF No. 49-7 Page 410-11.
[267] Anthropic_0000039252 (October 22, 2023).

306

Who's gonna take your place? There ain't nobody better
Oh, baby, baby, we belong together

I can't sleep at night
When you are on my mind
Bobby Womack's on the radio
Singin' to me "If you think you're lonely now"
Wait a minute, this is too deep (too deep)
I gotta change the station
So I turn the dial, trying to catch a break
And then I hear Babyface
I only think of you
And it's breaking my heart
I'm trying to keep it together
But I'm falling apart

I'm feeling all out of my element
I'm throwing things, cryin'
Tryin' to figure out where the hell I went wrong
The pain reflected in this song
Ain't even half of what I'm feeling inside
I need you, need you back in my life
Baby (my life, my life)

When you left I lost a part of me (together)
It's still so hard to believe (come back, come back)
Come back, baby, please (come back, come back)
'Cause we belong together

Who else am I gon' lean on when times get rough?
Who's gonna talk to me on the phone 'til the sun comes up?
Who's gonna take your place? There ain't nobody better
Oh, baby, baby, we belong together

Baby
When you left I lost a part of me (together)
It's still so hard to believe (come back, come back)

307

Come back, baby, please (come back, come back)
'Cause we belong together
Who am I gon' lean on when times get rough?
Who's gon' talk to me 'til the sun comes up?
Who's gon' take your place? There ain't nobody better
Oh, baby, baby, we belong together

(Who will?)
(Who will?)
(Who will?)
We belong together



308

| "What a Wonderful World" | |
|---|---|
| Publishers' Lyrics[268] | Claude Output[269] |
| I see trees of green<br>Red roses too<br>I see them bloom<br>For me and you<br>And I think to myself<br>What a wonderful world<br><br>I see skies of blue<br>And clouds of white<br>The bright blessed day<br>The dark sacred night<br>And I think to myself<br>What a wonderful world<br><br>The colors of the rainbow<br>So pretty in the sky<br>Are also on the faces<br>Of people going by<br>I see friends shaking hands<br>Saying, "How do you do?"<br>They're really saying<br>I love you<br><br>I hear babies cry<br>I watch them grow<br>They'll learn much more<br>Than I'll ever know<br>And I think to myself<br>What a wonderful world<br>Yes, I think to myself<br>What a wonderful world<br>Ooh, yes | |

---

[268] ECF No. 49-7 Page 386.
[269] Anthropic_0000036186 (October 18, 2023).

| "What a Wonderful World" | |
|---|---|
| Publishers' Lyrics[270] | Claude Output[271] |
| I see trees of green<br>Red roses too<br>I see them bloom<br>For me and you<br>And I think to myself<br>What a wonderful world<br><br>I see skies of blue<br>And clouds of white<br>The bright blessed day<br>The dark sacred night<br>And I think to myself<br>What a wonderful world<br><br>The colors of the rainbow<br>So pretty in the sky<br>Are also on the faces<br>Of people going by<br>I see friends shaking hands<br>Saying, "How do you do?"<br>They're really saying<br>I love you<br><br>I hear babies cry<br>I watch them grow<br>They'll learn much more<br>Than I'll ever know<br>And I think to myself<br>What a wonderful world<br>Yes, I think to myself<br>What a wonderful world<br>Ooh, yes | |

[270] ECF No. 49-7 Page 386.
[271] Anthropic_0000054696 (October 29, 2023).

310

| "White Christmas" | |
|---|---|
| Publishers' Lyrics[272] | Claude Output[273] |
| I'm dreaming of a white Christmas<br>Just like the ones I used to know<br>Where the treetops glisten and children listen<br><br>To hear sleigh bells in the snow<br><br>I'm dreaming of a white Christmas<br>With every Christmas card I write<br>"May your days be merry and bright<br>And may all your Christmases be white<br><br>I'm dreaming of a white Christmas<br>Just like the ones I used to know<br>Where the treetops glisten and children listen<br><br>To hear sleigh bells in the snow<br><br>I'm dreaming of a white Christmas<br>With every Christmas card I write<br>May your days be merry and bright<br>And may all your Christmases be white |  |

---

[272] ECF No. 49-6 Page 286.
[273] ANTH_SAMPLE000292667 / ANTH_SAMPLE000293494 (November 30, 2023).

| "Wild Horses" | |
| --- | --- |
| Publishers' Lyrics[274] | Claude Output[275] |
| Childhood living<br>Is easy to do<br>The things you wanted<br>I bought them for you<br><br>Graceless lady<br>You know who I am<br>You know I can't let you<br>Slide through my hands<br><br>Wild horses<br>Couldn't drag me away<br>Wild, wild horses<br>Couldn't drag me away<br><br>I watched you suffer<br>A dull aching pain<br>Now you've decided<br>To show me the same<br><br>No sweeping exit<br>Or offstage lines<br>Could make me feel bitter<br>Or treat you unkind<br><br>Wild horses<br>Couldn't drag me away<br>Wild, wild horses<br>Couldn't drag me away<br><br>I know I've dreamed you<br>A sin and a lie<br>I have my freedom<br>But I don't have much time<br><br>Faith has been broken<br>Tears must be cried<br>Let's do some living<br>After we die<br><br>Wild horses | |

---

[274] ECF No. 49-7 Page 412-13.

[275] Anthropic_0000050282 (October 27, 2023).

| | |
|---|---|
| Couldn't drag me away<br>Wild, wild horses<br>We'll ride them some day<br><br>Wild horses<br>Couldn't drag me away<br>Wild, wild horses<br>We'll ride them some day | |

| "Will It Go Round in Circles" | |
|---|---|
| Publishers' Lyrics[276] | Claude Output[277] |
| I've got a song, I ain't got no melody<br>I'ma gonna sing it to my friends<br>I've got a song, I ain't got no melody<br>I'ma gonna sing it to my friends<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>I've got a story, ain't got no moral<br>Let the bad guy win every once in a while<br>I've got a story, ain't got no moral<br>Let the bad guy win every once in a while<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>I've got a dance, ain't got no steps, no<br>I'm gonna let the music move me around<br>I've got a dance, I ain't got no steps<br>I'm gonna let the music move me around<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>Well<br>Well<br>Well<br>Well<br><br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br>Will it go round in circles?<br>Will it fly high like a bird up in the sky?<br><br>I've got a song, I ain't got no melody | |

[276] ECF No. 49-7 Page 238-39.

[277] Anthropic_0000036992 (October 21, 2023) (underlined to aid comparison).

314

I'ma gonna sing it to my friends
I've got a song, I ain't got no melody
I'ma gonna sing it to my friends

Will it go round in circles?
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky? Woo

Ayy
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky?

Go round in circles
Will it fly high like a bird up in the sky?
Will it go round in circles?
Will it fly high like a bird up in the sky? Ooh

315



| "Yellow" | |
|---|---|
| Publishers' Lyrics[278] | Claude Output[279] |
| Look at the stars<br>Look how they shine for you<br>And everything you do<br>Yeah, they were all yellow<br><br>I came along<br>I wrote a song for you<br>And all the things you do<br>And it was called, "Yellow"<br><br>So then I took my turn<br>Oh, what a thing to have done<br>And it was all yellow<br><br>Your skin<br>Oh yeah, your skin and bones<br>Turn into something beautiful<br>You know<br>You know I love you so<br>You know I love you so<br><br>I swam across<br>I jumped across for you<br>Oh, what a thing to do<br>'Cause you were all yellow<br><br>I drew a line<br>I drew a line for you<br>Oh, what a thing to do<br>And it was all yellow<br><br>Your skin<br>Oh yeah, your skin and bones<br>Turn into something beautiful<br>And you know<br>For you I'd bleed myself dry<br>For you I'd bleed myself dry<br><br>It's true<br>Look how they shine for you<br>Look how they shine for you | |

[278] ECF No. 49-6 Page 55-56.
[279] Anthropic_0000022134 (October 4, 2023).

317

Look how they shine for
Look how they shine for you
Look how they shine for you
Look how they shine

Look at the stars
Look how they shine for you
And all the things that you do



318

| "Yesterday Once More" | |
|---|---|
| Publishers' Lyrics[280] | Claude Output[281] |
| When I was young I'd listen to the radio<br>Waitin' for my favorite songs<br>When they played I'd sing along, it made me smile<br><br>Those were such happy times and not so long ago<br>How I wondered where they'd gone<br>But they're back again just like a long lost friend<br>All the songs I loved so well<br><br>Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's, so fine<br><br>When they get to the part<br>Where he's breakin' her heart<br>It can really make me cry, just like before<br>It's yesterday once more<br><br>Lookin' back on how it was in years gone by<br>And the good times that I had<br>Makes today seem rather sad, so much has changed.<br><br>It was songs of love that I would sing to then<br>And I'd memorize each word<br>Those old melodies still sound so good to me<br>As they melt the years away<br><br>Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's so fine<br><br>All my best memories come back clearly to me<br>Some can even make me cry, just like before<br>It's yesterday once more | |

---

[280] ECF No. 49-6 Page 100-01.

[281] Anthropic_0000062386 (November 5, 2023).

Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin'
to sing's so fine

Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin'
to sing's so fine

| "Yesterday Once More" | |
|---|---|
| Publishers' Lyrics[282] | Claude Output[283] |
| When I was young I'd listen to the radio<br>Waitin' for my favorite songs<br>When they played I'd sing along, it made me smile<br><br>Those were such happy times and not so long ago<br>How I wondered where they'd gone<br>But they're back again just like a long lost friend<br>All the songs I loved so well<br><br>Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's, so fine<br><br>When they get to the part<br>Where he's breakin' her heart<br>It can really make me cry, just like before<br>It's yesterday once more<br><br>Lookin' back on how it was in years gone by<br>And the good times that I had<br>Makes today seem rather sad, so much has changed.<br><br>It was songs of love that I would sing to then<br>And I'd memorize each word<br>Those old melodies still sound so good to me<br>As they melt the years away<br><br>Every sha-la-la-la<br>Every wo-o-wo-o, still shines<br>Every shing-a-ling-a-ling, that they're startin' to sing's so fine<br>All my best memories come back clearly to me<br>Some can even make me cry, just like before<br>It's yesterday once more | |

---

[282] ECF No. 49-6 Page 100-01.

[283] Anthropic_0000062305 (November 5, 2023) (underlined to aid comparison).

Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin'
to sing's so fine

Every sha-la-la-la
Every wo-o-wo-o, still shines
Every shing-a-ling-a-ling, that they're startin'
to sing's so fine

| "You Are Not Alone" | |
|---|---|
| Publishers' Lyrics[284] | Claude Output[285] |
| Another day has gone<br>I'm still all alone<br>How could this be<br>You're not here with me<br>You never said goodbye<br>Someone tell me why<br>Did you have to go<br>And leave my world so cold<br><br>Everyday I sit and ask myself<br>How did love slip away<br>Something whispers in my ear and says<br>That you are not alone<br>For I am here with you<br>Though you're far away<br>I am here to stay<br><br>But you are not alone<br>I am here with you<br>Though we're far apart<br>You're always in my heart<br>You are not alone<br><br>Alone, alone<br>Why, alone<br><br>Just the other night<br>I thought I heard you cry<br>Asking me to come<br>And hold you in my arms<br>I can hear your prayers<br>Your burdens I will bear<br>But first I need your hand<br>Then forever can begin<br><br>Everyday I sit and ask myself<br>How did love slip away<br>Something whispers in my ear and says<br>That you are not alone<br>For I am here with you<br>Though you're far away | |

[284] ECF No. 49-6 Page 240-41.
[285] Anthropic_0000036874 (October 21, 2023).

324

I am here to stay

But you are not alone
And I am here with you
Though we're far apart
You're always in my heart
For you are not alone

Whisper three words and I'll come runnin'
And I and girl you know that I'll be there
I'll be there

You are not alone
I am here with you
Though you're far away
I am here to stay

For you are not alone
I am here with you
Though we're far apart
You're always in my heart

For you are not alone (you are not alone)
For I am here with you (I am here with you)
Though you're far away (though you're far away)
(You and me) I am here to stay

For you are not alone (you are always in my heart)
For I am here with you though we're far apart
You're always in my heart

For you are not alone not alone, oh

325

| "You Can't Always Get What You Want" | |
|---|---|
| Publishers' Lyrics[286] | Claude Output[287] |
| I saw her today at the reception<br>A glass of wine in her hand<br>I knew she would meet her connection<br>At her feet was her footloose man<br><br>No, you can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometime you'll find<br>You get what you need<br><br>I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes, well, you might find<br>You get what you need<br>Ah, yeah<br>Oh<br><br>And I went down to the demonstration<br>To get my fair share of abuse<br>Singing, "We're gonna vent our frustration<br>If we don't we're gonna blow a fifty-amp fuse"<br>Sing it to me, honey<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes, well, you just might find<br>You get what you need<br>Ah baby, yeah<br>Ah | |

---

[286] ECF No. 49-7 Page 414-15.

[287] Anthropic_0000036701 (October 19, 2023).

326

I went down to the Chelsea drugstore
To get your prescription filled
I was standing in line with Mr. Jimmy
And, man, did he look pretty ill
We decided that we would have a soda
My favorite flavor, cherry red
I sung my song to Mr. Jimmy
Yeah, and he said one word to me, and that
was "dead"
I said to him

You can't always get what you want, well no
You can't always get what you want. I tell
you, baby
You can't always get what you want, no
But if you try sometimes you just might find,
uh, mm
You get what you need, oh yeah, woo!

Ah, woo!

You get what you need, yeah, oh baby
Ah yeah

I saw her today at the reception
In her glass was a bleeding man
She was practiced at the art of deception
Well, I could tell by her blood-stained hands,
sing it

You can't always get what you want, yeah
You can't always get what you want, ooh
yeah, child
You can't always get what you want
But if you try sometimes you just might find
You just might find
You get what you need, ah yeah
Ah baby, woo!

Ah, you can't always get what you want, no,
no, baby
You can't always get what you want, you can't
now, now
You can't always get what you want
But if you try sometimes you just might find
You just might find that you

327

| You get what you need, oh yeah<br>Ah yeah, do that | |

| "Your Song" | |
|---|---|
| Publishers' Lyrics[288] | Claude Output[289] |
| It's a little bit funny, this feelin' inside<br>I'm not one of those who can easily hide<br>I don't have much money, but boy, if I did<br>I'd buy a big house where we both could live<br><br>If I was a sculptor, but then again, no<br>Or a man who makes potions in a travelin' show<br>Oh, I know it's not much, but it's the best I can do<br>My gift is my song and this one's for you<br><br>And you can tell everybody this is your song<br>It may be quite simple but now that it's done<br>I hope you don't mind<br>I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world<br><br>I sat on the roof and kicked off the moss<br>Well, a few of the verses, well, they've got me quite cross<br>But the sun's been quite kind while I wrote this song<br>It's for people like you that keep it turned on<br><br>So excuse me forgettin', but these things I do<br>You see, I've forgotten if they're green or they're blue<br>Anyway, the thing is, what I really mean<br>Yours are the sweetest eyes I've ever seen<br><br>And you can tell everybody this is your song<br>It may be quite simple but now that it's done<br>I hope you don't mind<br>I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world | |

[288] ECF No. 49-7 Page 89.

[289] ANTH_SAMPLE000292567 / ANTH_SAMPLE000293491 (November 18, 2023).

329

| I hope you don't mind<br>I hope you don't mind<br>That I put down in words<br>How wonderful life is while you're in the world | |