# Exhibit 3



**Planet Depos**
We Make It *Happen*™

**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

# Transcript of Devin M. Whittle, Designated Representative

**Date:** October 14, 2025
**Case:** Concord Music Group -v- Anthropic

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Case 5:24-cv-03811-EKL Document 595-3 Filed 03/23/26 Page 3 of 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Devin M. Whittle, Designated Representative
Conducted on October 14, 2025

1 (1 to 4)

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

-------------------------------------
                                      )
CONCORD MUSIC GROUP, INC.; CAPITOL    )
CMG, INC. D/B/A ARIOSE MUSIC, D/B/A/  )
CAPITOL CMG GENESIS, D/B/A/ CAPITOL CMG )
PARAGON, D/B/A GREG NELSON MUSIC, D/B/A )
JUBILEE COMMUNICATIONS, INC., D/B/A   )
MEADOWGREEN MUSIC COMPANY, D/B/A MEAUX )
HITS, D/B/A MEAUX MERCY, D/B/A RIVER  )
OAKS MUSIC, D/B/A SHEPHERD'S FOLD     )
MUSIC, D/B/A SPARROW SONG, D/B/A      )
WORSHIP TOGETHER MUSIC D/B/A          )
WORSHIPTOGETHER.COM SONGS; UNIVERSAL  )
MUSIC CORP. D/B/A ALMO MUSIC CORP.,   )
D/B/A CRITERION MUSIC CORP., D/B/A    )
GRANITE MUSIC CORP., D/B/A IRVING     )
MUSIC, INC., D/B/A MICHAEL H.         )
GOLDSEN, INC., D/B/A UNIVERSAL - GEFFEN ) Case Number:
MUSIC, D/B/A UNIVERSAL MUSIC WORKS;   ) 5:24-cv-03811-EKL
SONGS OF UNIVERSAL, INC. D/B/A        ) SVK
UNIVERSAL - GEFFEN AGAIN MUSIC, D/B/A )
UNIVERSAL TUNES; UNIVERSAL MUSIC -    )
MGB NA LLC D/B/A MULTISONGS, D/B/A    )
UNIVERSAL MUSIC - CAREERS D/B/A       )
UNIVERSAL MUSIC - MGB SONGS; POLYGRAM )
PUBLISHING, INC. D/B/A UNIVERSAL -    )
POLYGRAM INTERNATIONAL TUNES, INC.,   )
D/B/A UNIVERSAL - POLYGRAM INTERNATIONAL)
PUBLISHING, INC., D/B/A UNIVERSAL -   )
SONGS OF POLYGRAM INTERNATIONAL, INC.; )
UNIVERSAL MUSIC - Z TUNES LLC D/B/A NEW )
SPRING PUBLISHING D/B/A UNIVERSAL     )
MUSIC - BRENTWOOD BENSON PUBLISHING,  )
D/B/A UNIVERSAL MUSIC - BRENTWOOD     )
BENSON SONGS, D/B/A UNIVERSAL MUSIC - )
BRENTWOOD BENSON TUNES, D/B/A UNIVERSAL )
MUSIC - Z MELODIES, D/B/A UNIVERSAL   )
MUSIC - Z SONGS; and ABKCO MUSIC, INC., )
                                      )
        Plaintiffs,                   )
    v.                                )
                                      )
ANTHROPIC PBC,                        )
                                      )
        Defendant.                    )
-------------------------------------)

**Page 2**

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
VIDEOCONFERENCED and VIDEO-RECORDED
30(b)(6) DEPOSITION of
Anthropic PBC, by and through its Designated
Representative,
DEVIN M. WHITTLE
San Francisco, California 94111
Tuesday, October 14, 2025

Reported Stenographically by:
MARY J. GOFF
CSR No. 13427
WA CSR No. 21030779
Job No. 603737
PAGES 1-114

**Page 3**

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
VIDEOCONFERENCED and VIDEO-RECORDED DEPOSITION of
DEVIN M. WHITTLE, Volume I, taken on behalf of
Plaintiff Publishers, Oppenheim + Zebrak, LLP, at
WilmerHale, 50 California Street, Suite 3600,
San Francisco, California 94111, beginning at
9:03 a.m. and ending at 12:01 p.m., on Tuesday,
October 14, 2025, before MARY J. GOFF, California
Certified Shorthand Reporter No. 13427 and WA CSR
No. 21030779.

**Page 4**

APPEARANCES:

For Plaintiff Publishers
    Oppenheim + Zebrak, LLP
    BY: TIMOTHY S. CHUNG
        COREY MILLER       (DC)
    Attorneys at Law
    461 5th Avenue
    19th Floor
    New York, New York 10017
    tchung@oandzlaw.com
    corey@oandzlaw.com

For Defendant Anthropic PBC
    WilmerHale
    BY: ROBIN C. BURRELL
        BECKY MAZ         (remote DC)
    Attorney at Law
    2100 Pennsylvania Avenue NW
    Washington, D.C. 20037
    robin.burrell@wilmerhale.com
    202-663-6060

ALSO PRESENT: Ian Chen, In-house counsel Anthropic
Videographer: Gary Garcia

# Pages 29-32

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Devin M. Whittle, Designated Representative
Conducted on October 14, 2025

8 (29 to 32)



**Page 29**

Q   If a manager of a given team thinks that their team needs additional resources to achieve their mission, who has to approve that?

A   I --

ATTORNEY BURRELL:  Object on form and object on scope.

A   -- it goes through a combination of the finance team and our HR people team.

Q   (BY ATTORNEY CHUNG) Does it go through you?

A   I'm involved in that process, yes.

Q   And specifically for the team -- the trust and safety, if the head of the trust and safety team believes that they need additional resources to

**Page 30**

address violations of Anthropic's policies, who would have to approve that?

ATTORNEY BURRELL:  Objection on form.

A   It would be a combination of the finance team and the people -- the HR team.

Q   (BY ATTORNEY CHUNG) Is Mr. Amodei involved in those decisions?

A   He is not.

Q   Could you tell me today how large the trust and safety budget is?

A   I do not know at that level of granularity.

Q   Could you give me a range?

A   I -- as I mentioned previously, we don't budget at that level of granularity, so I don't know that off the top of my head.

Q   What about on a higher level?  Can you tell me what -- whether the trust and safety budget is subsumed in a larger unit?

A   It would, yes, be captured as part of likely the broader engineering organization and research organization.

Q   And can you tell me how large the budget is for that grouping?

A   Off the top of my head, no.

**Page 31**

Q   Can you give me a range?

A   As I mentioned previously, like the individual details of given organizations, I don't know off the top of my head.

Q   Do you know if the budget covers the work associated with detecting violations of Anthropic's acceptable use policies?

ATTORNEY BURRELL:  Object on form and object on scope.

A   Yes, it would.

Q   (BY ATTORNEY CHUNG) Would it cover the monitoring of those violations?

ATTORNEY BURRELL:  Object on form.

A   Yes, it would.

Q   (BY ATTORNEY CHUNG) Would it cover the addressing of those violations?

ATTORNEY BURRELL:  Object on form.

A   I assume it would, yes.

Q   (BY ATTORNEY CHUNG) Mr. Whittle, what does it mean to be a member of the technical staff at Anthropic?

A   The member -- a member of technical staff is a broad range of roles that include researchers, engineers, et cetera.  We don't have many job titles, and so everybody within those organizations

**Page 32**

carries the title of "member of technical staff."

Q   Do you know roughly how many members of the technical staff there are?

A   I do not.

Q   Does the title come with specific managerial responsibilities?

A   Not necessarily, no.

Q   Okay.  I would like to shift gears a little bit.

Mr. Whittle, where is Anthropic incorporated?

A   Delaware.

Q   And who made the decision to incorporate Anthropic in Delaware?

ATTORNEY BURRELL:  Objection on form and scope.

A   I do not know that answer.

Q   (BY ATTORNEY CHUNG) Is Anthropic is for-profit company?

A   It is.

Q   Is it a public benefit corporation?

A   It is.

Q   Does Anthropic have any shareholders?

A   It does.

Q   Does Anthropic have multiple classes of