# Exhibit 7



**Planet Depos**
*We Make It Happen*™

**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

# Transcript of Thomas Turvey, Designated Representative

**Date:** November 5, 2025
**Case:** Concord Music Group -v- Anthropic

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Thomas Turvey, Designated Representative
Conducted on November 5, 2025

1 (1 to 4)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

- - - - - - - - - - - - x

CONCORD MUSIC GROUP,    :

INC., et al.,           :

    Plaintiffs,    :   Case No.

  v.              :   5:24-cv-03811-EKL

ANTHROPIC PBC,          :

    Defendant.    :

- - - - - - - - - - - - x

Video-recorded Deposition of

ANTHROPIC PBC

By and Through Its Designated Representative

THOMAS TURVEY

New York, New York

Wednesday, November 5, 2025

9:13 A.M.

H I G H L Y   C O N F I D E N T I A L

A T T O R N E Y S'   E Y E S   O N L Y

Pages: 1 - 135

Reported By: Anita M. Trombetta, RMR, CRR,

California CSR No. 14647

---

Videotaped deposition of ANTHROPIC PBC,

by and through its designated representative,

THOMAS TURVEY, held at the offices of:

  Wilmer Cutler Pickering Hale and Dorr LLP

  7 World Trade Center

  250 Greenwich Street

  45th Floor

  New York, NY 10007

  212.230.8800

Pursuant to notice, before Anita M. Trombetta, a

Certified Shorthand Reporter in the State of

California, RMR, CRR, and Notary Public in and for

the State of New York.

---

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

  BRET MATERA, ESQ.

  JENNIFER PARISER, ESQ.

  OPPENHEIM   ZEBRAK, LLP

  461 5th Avenue

  19th Floor

  New York, New York 10017

  212.951.1833

ON BEHALF OF THE DEFENDANT AND THE WITNESS:

  LOUIS W. TOMPROS, ESQ.

  CHRISTINA LUO, ESQ. (Via Zoom)

  WILMER CUTLER PICKERING HALE AND DORR LLP

  60 State Street

  Boston, Massachusetts 02109

  617.526.6886

ALSO PRESENT:

TIM KAMAL-GRAYSON, ESQ., ANTHROPIC

ENRIQUE CASAS, Videographer

---

--------------------I N D E X------------------

WITNESS - THOMAS TURVEY

| EXAMINATION BY | Page |
|---|---|
| ATTORNEY MATERA | 7 |
| ATTORNEY TOMPROS | 122 |
| ATTORNEY MATERA | 132 |

--------------E X H I B I T S----------------

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 27 | Meeting Invitation, Bates Anthropic_0000231225 | 42 |
| Exhibit 28 | Excel Spreadsheet, Bates Anthropic_000231226 | 45 |
| Exhibit 29 | Notes for Testimony | 48 |
| Exhibit 30 | Excel Spreadsheet, Bates Anthropic_0000228080 | 66 |
| Exhibit 31 | Excel Spreadsheet, Bates Anthropic_0000441006 | 79 |
| Exhibit 32 | Content Access Agreement, Bates Anthropic_0000429496 Through 429507 | 90 |
| Exhibit 33 | Metadata, Bates Anthropic_0000441007 | 100 |
| Exhibit 34 | Excerpt of Exhibit 33 | 100 |

# Pages 21-28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Thomas Turvey, Designated Representative
Conducted on November 5, 2025

6 (21 to 24)



last couple of exchanges and given that we could potentially have folks joining by Zoom theoretically, I'm going to take the opportunity to mark this transcript highly confidential attorneys' eyes only pursuant to section, I think it's 5.2(b) of the protective order, at least until our period for review is up.

ATTORNEY MATERA:  Sounds great.

ATTORNEY TOMPROS:  I apologize for interrupting.

ATTORNEY MATERA:  Thank you.

Q  And you --

ATTORNEY TOMPROS:  Counsel, sorry for interrupting.  Just before I forget, given the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Thomas Turvey, Designated Representative

Conducted on November 5, 2025



Q Do different Anthropic AI models require different types of data?

A That's an interesting question. I'm probably out of my depth, but not to my knowledge.

# Pages 33-44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Thomas Turvey, Designated Representative

9 (33 to 36)

Conducted on November 5, 2025



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Thomas Turvey, Designated Representative
Conducted on November 5, 2025





A  I do not.

ATTORNEY MATERA:  Okay.  I'd like to introduce an exhibit here.

(Plaintiffs' Exhibit 27, marked for identification.)

Q  I'm showing you what has been marked as Plaintiffs' Exhibit 27, which is a document that was produced to us with Anthropic Bates stamp 0000231225.

Mr. Turvey, do you recognize this document?

# Pages 65-68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Thomas Turvey, Designated Representative

Conducted on November 5, 2025

17 (65 to 68)



**66**

ATTORNEY MATERA:  I'm going to now introduce Exhibit 30, which is a document produced by Anthropic with the Bates stamps 0000228080. Give you just the native here, and I will drop the Excel into the chat.

(Plaintiffs' Exhibit 30, marked for identification.)

ATTORNEY MATERA:  Bear with me one moment while I put it up on Zoom.

Q  Okay.  Do you see Exhibit 30, sir?

A  Yes.

Q  Do you recognize this document?

A  I do, yes.

# Pages 93-96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Thomas Turvey, Designated Representative
Conducted on November 5, 2025

24 (93 to 96)



Q  All right.  Thank you, Mr. Turvey.  You can put that document aside.

And if we can turn back to Exhibit 31.

Do you see Exhibit 31 on your screen now, sir?

A  Yes.

# Pages 109-112



Number 35. And it bears the Bates stamp Anthropic_0000229152.

(Plaintiffs' Exhibit 35, marked for identification.)

Q Mr. Turvey, have you seen this document before?

A I have.

Q Okay. You can put that document aside for now, Mr. Turvey, but we will look at it again later.

A Yeah.

ATTORNEY MATERA: I'm now going to introduce what will be Exhibit 36.

Exhibit 36 bears the Anthropic Bates stamp 0000230130.

Q And I will again pull up the native file for this Excel sheet --

(Plaintiffs' Exhibit 36, marked for identification.)

ATTORNEY TOMPROS: You gave me two.

Q -- on Zoom for you to review.

Okay. Mr. Turvey, do you see that on your screen now?

A Yes.

Q Exhibit 36, have you seen this document before?

A I don't think so.