# Exhibit 11



**Planet Depos**
*We Make It Happen*™

## HIGHLY CONFIDENTIAL
## ATTORNEYS' EYES ONLY

# Transcript of Dawn Drain

**Date:** November 12, 2025
**Case:** Concord Music Group -v- Anthropic

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Dawn Drain
Conducted on November 12, 2025

1 (1 to 4)

**Page 1**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CONCORD MUSIC GROUP, INC.,          )
ET AL.,                             )
                                    )
                Plaintiffs,         )
                                    )
        vs.                         ) Case No.
                                    ) 24-cv-03811-EKL-SVK
ANTHROPIC PBC,                      )
                                    )
                Defendant.          )
                                    )
_____ )

                ***

    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                ***

            REPORTER'S TRANSCRIPT

        VIDEOTAPED DEPOSITION OF

                DAWN DRAIN

            Wednesday, November 12, 2025

Stenographically Reported by:

Shannon Borge, RPR,
CSR No. 9436

Job No. 606064
Pages 1-231

**Page 2**

            A P P E A R A N C E S

                ---oOo---

ON BEHALF OF THE PLAINTIFFS:

    OPPENHEIM   ZEBRAK, LLP
    BY:  BRET MATERA, ESQUIRE
         COREY MILLER, ESQUIRE
    461 5th Avenue
    19th Floor
    New York, New York 10017
    212.951.1833

ON BEHALF OF THE DEFENDANT AND THE WITNESS:

    WILMER CUTLER PICKERING HALE AND DORR LLP
    By:  TAYLOR GOOCH, ESQUIRE
         ALYSSA MILSTEAD, ESQUIRE (Via Zoom)
    50 California Street
    Suite 3600
    San Francisco, California 94111
    628.235.1026

ALSO PRESENT:

    Gary Garcia, Planet Depos Videographer

    Ian Chen, Anthropic Counsel

                ---oOo---

**Page 3**

            DEPOSITION SUPPORT INDEX

QUESTIONS INSTRUCTED NOT TO ANSWER:

PAGE        LINE

 211          8

REQUEST FOR PRODUCTION OF DOCUMENTS

PAGE        LINE

  16          22
 191          22

STIPULATIONS

PAGE        LINE

(None)

QUESTIONS MARKED

PAGE        LINE

(None)

REPORTER'S NOTE:

QUOTATION MARKS ARE USED FOR CLARITY AND DO NOT

NECESSARILY REFLECT A DIRECT QUOTE.

**Page 4**

                I N D E X

                ---oOo---

                                        PAGE

EXAMINATION BY MR. MATERA...................... 7

EXAMINATION BY MR. GOOCH....................... 228

                ---oOo---

            E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 135 | LinkedIn profile | 19 |
| Exhibit 136 | Blog post (Anthropic_0000013558) | 58 |
| Exhibit 137 | "Studying Data Repetition Through Scaling Laws and Mechanistic Interpretability (Anthropic_0000520123) | 59 |
| Exhibit 138 | 11/09/23 PowerPoint (Anthropic_0000500599) | 85 |
| Exhibit 139 | "Exact Dedupe for Teal" (Anthropic_0000510628) | 131 |
| Exhibit 140 | 08/15/23 "Deduplication Algorithms" (Anthropic_0000507750) | 146 |
| Exhibit 141 | "Dawn's Thoughts On Data Priorities" (Anthropic_0000216875) | 165 |
| Exhibit 142 | "pranay dawn 1:1" (Anthropic_00052912) | 195 |
| Exhibit 143 | Slack thread (Anthropic_0000024220) | 197 |
| Exhibit 144 | Memorization Prompt (Anthropic_0000242229) | 199 |

# Pages 65-72

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Dawn Drain
Conducted on November 12, 2025



65

A. Um, a FLOP is a floating point operation, like an add or a multiply.

66

67

MR. GOOCH: Objection. Calls for speculation.

MR. GOOCH: Sorry. Just give me --
THE WITNESS: Sorry.
MR. GOOCH: -- five seconds to object. No worries.
Same objection and also, um, asked and answered.
Go ahead.

68

A. Um --
MR. GOOCH: Same objections.

MR. GOOCH: Objection. Misstates prior

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Dawn Drain

Conducted on November 12, 2025

18 (69 to 72)



**69**

testimony and vague.

MR. GOOCH:  Same objections.

(Court reporter requested clarification.)

**70**

MR. GOOCH:  Same objections.

A.  Um, yeah, it --

MR. GOOCH:  And same objection. Calls for

**71**

speculation and vague.

A.  Um --

MR. GOOCH:  Objection.  Vague and asked and answered.

**72**

MR. GOOCH:  Objection.  Vague.  Compound. Calls for a hypothetical and speculation.

THE WITNESS:  Could you ask a -- a narrower question?

MR. GOOCH:  Objection.  Calls for speculation and an expert opinion.

(Court reporter requested clarification.)

# Pages 89-92

Transcript of Dawn Drain

Conducted on November 12, 2025



89

A. Um, um, yeah, it was -- it was a couple years ago and there were a lot of remote people so I don't remember that any of the founders attended. Um, yeah. Yeah, I don't remember.

Q. People tuned in remotely is that what you said?

A. Yeah. There -- it was in person and also people tuned in remotely.

Q. Okay. What is the alignment science team?

A. Um, yeah, it's a team that Ethan and Ansh are on and they're -- yeah, they're mostly working on making the models more aligned and then also briefly they were helping out with this deduplication project.

Q. Okay. Did any of the people listed here help you create this PowerPoint?

A. Um, yeah, I mean, I used some graphs from Devi's data, some graphs that I made with Ethan, but, yeah, I'm not one who -- who wrote the PowerPoint -- put together the PowerPoint.

Q. If you could flip to the second page there. It ends with the Bates -- it ends in 600 for the Bates stamp.

A. Okay.

90

(Court reporter requested clarification.)

92

Q. Is that a South Park reference?

A. Yeah.

Q. Do you like South Park?

A. Yeah.