# Exhibit 12



# HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Pranay Sangani

**Date:** November 10, 2025
**Case:** Concord Music Group -v- Anthropic

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**Page 1**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CONCORD MUSIC GROUP, INC.,   )
ET AL.,                      )
                             )   Case No.:
          Plaintiffs,        )   5:24-CV-03811-EKL-SVK
                             )
     v.                      )
                             )
ANTHROPIC PBC,               )
                             )
          Defendant.         )
_____)

VIDEOTAPED DEPOSITION OF PRANAY SANGANI

HIGHLY CONFIDENTIAL: ATTORNEYS' EYES ONLY

San Francisco, California

November 10, 2025

9:14 a.m.

REPORTED BY:

Tammy Moon, CSR No. 13184, RDR, CRR

**Page 2**

APPEARANCES:

FOR PLAINTIFFS CONCORD MUSIC GROUP, INC., ET AL.:

OPPENHEIM & ZEBRAK, LLP
BY:  COREY MILLER, ESQ.
BY:  MICHELLE GOMEZ-REICHMAN, ESQ.
4530 Wisconsin Ave. NW 5th Flr
Washington, DC 20016
202.621.9027
corey@oandzlaw.com

FOR DEFENDANT ANTHROPIC PBC:

WILMIER CUTLER PICKERING HALE and DORR LLP
BY:  ARI HOLTZBLATT, ESQ.
BY:  ALYSSA MILSTEAD, ESQ.
2100 Pennsylvania Ave. NW
Washington, DC 20037
202.663.6964
ari.holtzblatt@wilmerhale.com

ALSO PRESENT:  LIZ KIM, ANTHROPIC

NATALIE NAUGLE, ANTHROPIC

PHILIP ASTOR, THE VIDEOGRAPHER

**Page 3**

INDEX TO EXAMINATION

PRANAY SANGANI

Monday, November 10, 2025

Tammy Moon CSR No. 13184, RPR, CRR

WITNESS:  PRANAY SANGANI

| EXAMINATION | PAGE |
|---|---|
| BY MR. MILLER | 7 |
| BY MR. HOLTZBLATT | 279 |

**Page 4**

INDEX TO EXHIBITS

PRANAY SANGANI

Monday, November 10, 2025

Tammy Moon CSR No. 13184, RPR, CRR

| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 26 | Bates-stamped pages ANTHROPIC217620-ANTHROPIC217623 | 168 |
| Exhibit 121 | Bates-stamped page ANTHROPIC217164, Excel sheet | 93 |
| Exhibit 122 | Bates-stamped page ANTHROPIC218116, Excel spreadsheet | 100 |
| Exhibit 123 | Bates-stamped pages ANTHROPIC234139-ANTHROPIC234141 | 120 |
| Exhibit 124 | Bates-stamped pages ANTHROPIC12590-ANTHROPIC12590 | 145 |
| Exhibit 125 | Bates-stamped pages ANTHROPIC237281-ANTHROPIC237293 | 155 |
| Exhibit 126 | Bates-stamped pages ANTHROPIC2127620-ANTHROPIC2127620 | 179 |
| Exhibit 127 | Bates-stamped pages ANTHROPIC342979-ANTHROPIC342983 | 186 |
| Exhibit 128 | Bates-stamped pages ANTHROPIC346083-ANTHROPIC346087 | 202 |

# Pages 201-204



201

MR. HOLTZBLATT: Objection. Vague.

202

(Exhibit 128 was marked for identification.)

Q. I'm going to Tab 11. All right. In the Zoom, you should have in front of you what's been marked as Plaintiff's Exhibit 128, which bears the Bates No. ANTHROPIC346083.

A. Okay.

Q. Does Plaintiff's --

MR. HOLTZBLATT: Have you had a chance to look through it?

MR. MILLER:

Q. I think everything I'm going to ask you about is on the first page. So -- or no. Second page.

A. Sounds good.

Q. Okay. Does this appear to be a series of Slack communications?

A. That is correct.

Q. Okay. And the first Slack communication at the top of the first page is dated November 21, 2023?

A. That's right.

Q. And it appears to be from Ludwig?

A. That's correct.

203

Q. Who is Ludwig? Do you know?

A. I do. He, at the time, was a -- an AI researcher working on images. At some point later on, he reported to me and supported a small team within my org. And I think currently he is a part-time AI researcher and a part-time Stanford professor.

Q. And then below the messages from Ludwig, there are communications, it appears, from Gyula. Am I saying that correct?

A. Gyula, Gyula. I have heard that being said a few times.

Q. Who is Gyula?

A. He is the contractor that I mentioned who was on my team right around the time I joined.

Q. Okay. And if you turn to the top of page two, do you see there's a message from you on November 1, 2023?

A. Yes, that's right.

204

MR. HOLTZBLATT: Objection. Lack of foundation.

MR. HOLTZBLATT: Similar objections.