UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | Case No. 24-cv-03811-EKL (SVK) |
| Plaintiffs, | |
| v. | **ORDER RE SUPPLEMENTAL DEPOSITION OF MICHAEL SMITH** |
| ANTHROPIC PBC, | Re: Dkt. No. 627 |
| Defendant. | |

Before the Court is the Parties' dispute regarding a further deposition of Plaintiff's expert Michael Smith arising out of a supplemental report and document production, both of which followed Dr. Smith's deposition. Dkt. 627. Defendant Anthropic PBC ("Anthropic") seeks an additional three hours of deposition and an additional seven days after the deposition to file a *Daubert* motion. *Id*. at 1. Publishers propose a compromise of a 30-minute deposition and no additional time for a Daubert motion. *Id* at 10. This matter may be resolved without oral argument. Civil L.R. 7-1(b).

Anthropic deposed Dr. Smith on February 23, 2026. Dkt. 627 at 3. Publishers served a second supplemental report on March 9, 2026 and produced additional documents on February 27 and March 16, 17 and 20, 2026. *Id.* Although the Parties dispute the content and scope of both the supplemental report and production of documents, (*id*. at 3-6), their production post-deposition justifies a further deposition. Accordingly, a remote deposition of not more than two hours on the record is proportional to the needs of the case. The deposition is limited in scope to the second supplemental report and the documents produced post-deposition and must take place **no later than April 10, 2026**.

Regarding Anthropic's request for an extension of time to file a *Daubert* motion directed at Dr. Smith, that request is properly directed to Judge Lee. In the interest of time, the undersigned

United States District Court
Northern District of California

conferred with Judge Lee and is authorized to grant the request, as modified:  Anthropic may have an additional 5 days after completion of the supplemental deposition to file a *Daubert* motion directed to Dr. Smith.  Deadlines for opposition and reply briefs are similarly extended

**SO ORDERED.**

Dated: March 30, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California