Jacqueline C. Charlesworth *(SBN 326742)*
JCharlesworth@fkks.com
Ruby A. Strassman (SBN 346601)
RStrassman@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone:      (310) 579-9600
Facsimile:      (310) 579-9650

*Attorneys for Amici Curiae Association of
American Publishers, News/Media Alliance,
International Association of Scientific, Technical
& Medical Publishers, and Authors Guild*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., | Case No. 5:24-cv-03811-EKL |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION BY ASSOCIATION OF AMERICAN PUBLISHERS, NEWS/MEDIA ALLIANCE, INTERNATIONAL ASSOCIATION OF SCIENTIFIC, TECHNICAL & MEDICAL PUBLISHERS, AND AUTHORS GUILD FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

Case No. 5:24-cv-03811-EKL

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AAP, N/MA, STM, AND AUTHORS GUILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2026, at 10:00 a.m., before United States District Judge Eumi K. Lee, in Courtroom 7 – 4th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Association of American Publishers ("AAP"), News/Media Alliance ("N/MA"), International Association of Scientific, Technical & Medical Publishers ("STM"), and Authors Guild will and hereby do move, pursuant to Federal Rule of Civil Procedure 7(b) and Local Rules 7-1 and 7-2, for leave to file a brief as *amici curiae* (the "Brief") in support of Plaintiffs' Motion for Partial Summary Judgment filed in this Court on March 23, 2026. *Amici*'s brief is attached to this Notice of Motion and Motion for Leave as Exhibit A. Pursuant to section VIII(A) of this Court's Civil Standing Order, counsel for *amici* met and conferred with counsel for Defendant Anthropic PBC, who advised that they take no position on *amici*'s Motion for Leave.

Specifically, *amici* seek leave to file the Brief and to have the Brief deemed filed as of March 30, 2026 by virtue of its inclusion herewith. *Amici* are trade associations whose publisher and author members' copyrighted works are used by AI companies to train and operate generative AI systems. *Amici* respectfully submit that the Brief will be useful to the Court's evaluation of Anthropic's fair use defense in this case because it will provide the Court with insight into the robust licensing market for textual works to train and operate generative AI systems. The Brief demonstrates, *inter alia*, that many of Anthropic's peers in the AI space are obtaining licenses from copyright owners, and that a determination of fair use in this case could undermine a vital market for authors and publishers of textual works, on the one hand, and developers seeking high-quality content to build and enable more sophisticated AI products, on the other.

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AAP, N/MA, STM, AND AUTHORS GUILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

This Motion is based upon this Notice of Motion; the attached Memorandum of Points and Authorities; and all documents on file in this action.

DATED:  March 30, 2026                         Respectfully submitted,

                                               FRANKFURT KURNIT KLEIN + SELZ PC

                                               By:        */s/ Jacqueline C. Charlesworth*
                                                     Jacqueline C. Charlesworth
                                                     Ruby A. Strassman

                                                     *Attorneys for Amici Curiae Association of*
                                                     *American Publishers, News/Media Alliance,*
                                                     *International Association of Scientific, Technical*
                                                     *& Medical Publishers, and Authors Guild*

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

2                                                             Case No. 5:24-cv-03811-EKL

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AAP, N/MA, STM, AND AUTHORS GUILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rules 7-1 and 7-2, *amici* respectfully submit this memorandum of points and authorities in support of their Motion for Leave ("Motion").

## INTERESTS OF *AMICI CURIAE*

*Amici curiae* Association of American Publishers, Inc. ("AAP"), the News/Media Alliance ("N/MA"), the International Association of Scientific, Technical & Medical Publishers ("STM"), and the Authors Guild are trade associations whose publisher and author members' copyrighted works are used by AI companies to train and operate generative AI systems. *Amici* have a strong interest in the matter before the Court because a determination of fair use in this case could undermine a vital market for authors and publishers of textual works, on the one hand, and developers seeking high-quality content to build and enable more sophisticated AI products, on the other.[1]

AAP is a not-for-profit organization that represents approximately 120 book, journal, and education publishers in the United States on matters of law and policy, advocating for outcomes that incentivize the publication of creative expression, professional content, and learning solutions. AAP's members have a direct and compelling interest in the efficacy, administration, and enforcement of federal copyright laws, including the correct application of the fair use doctrine to further the purpose of copyright. They invest in and make available to the public a wide range of works, including literature, scholarship, professional content, and scientific journals. Just as the long-term public interest is served by protecting the exclusive rights of copyright owners, the long-term potential of AI technology will only be realized by preserving the marketable rights that enable authors, publishers, and AI developers to engage in mutually beneficial commercial transactions.

N/MA is a nonprofit organization representing over 2,200 publishers in the United States,

---

[1] No party or its counsel authored the Notice of Motion, this Memorandum of Points and Authorities, or the Brief, in whole or in part or contributed money intended to fund the preparation or submission of this brief.

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AAP, N/MA, STM, AND AUTHORS GUILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

ranging from the largest news and magazine publishers in the country to hyperlocal newspapers, and from digital-only outlets to papers that have printed news since the nation's founding. Its members invest in the investigation, reporting, and publication of news stories and analysis that are foundational to an informed citizenry and democratic governance. As the leading voice for the industry, N/MA advocates for laws and policies that allow high-quality journalism to thrive, including a balanced interpretation of the fair use exception to copyright.

STM is the leading global trade association for academic and professional publishers. STM members represent learned societies, university presses, and private companies of all sizes in the academic and professional publishing industry. Its members collectively publish over 60 percent of all English language journal articles and tens of thousands of monographs and reference works. STM members' works include many thousands, if not millions, of the scientific articles, academic textbooks, and professional reference books implicated by AI training ingestion. STM has been actively representing the interests of its members as they relate to AI issues, and champions a vision of truthful, responsible, and reliable AI systems that use STM members' copyrighted content in AI training only with authorization, compensation, and attribution.

The Authors Guild, founded in 1912, is a national non-profit association of over 17,000 professional, published writers of all genres including periodicals and other composite works. The Authors Guild counts among its members the full spectrum of American authors, including novelists, historians, biographers, academicians, journalists, and other writers of nonfiction and fiction. The Authors Guild works to promote the rights and professional interests of authors in various areas, including copyright, freedom of expression, and fair pay. Many Authors Guild members earn their livelihoods through their writing. Their work covers important issues in history, biography, science, politics, medicine, business, and other areas; they are frequent contributors to the most influential and well-respected publications in every field. The Authors Guild's members are the creators on the front line, fighting to enforce their constitutional rights under copyright to reap financial benefits from their labors.

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AAP, N/MA, STM, AND AUTHORS GUILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

Frankfurt Kurnit Klein+Selz ᴘᴄ
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

## RELEVANT PROCEDURAL HISTORY

This action was originally filed in the U.S. District Court for the Middle District of Tennessee and was transferred to this Court on June 26, 2024.  [*See* Dkt. Nos. 124, 125.]  This Court previously allowed the filing of *amicus* briefs in connection with Plaintiffs' motion for a preliminary injunction.  [*See* Dkt. Nos. 193, 219, 257.]

On March 23, 2026, Plaintiffs filed a Motion for Partial Summary Judgment that asks this Court to reject Anthropic's argument that its unlicensed exploitation of Plaintiffs' copyrighted works to develop and operate a generative AI system is a fair use of those works.  [*See* Dkt. Nos. 594-604.]

On March 18, 2026, this Court approved a stipulation and proposed order of the parties setting forth certain requirements for *amicus* briefs in connection with the parties' respective motions for summary judgment.  [Dkt. No. 592.]

## ARGUMENT

A district court retains "broad discretion" to allow participation of *amici curiae.  Alliance for the Wild Rockies v. Anderson*, 780 F. Supp. 3d 1075, 1076 (D. Mont. 2025).  As this Court has explained, "Amici need show only that their participation is useful to the court" to be permitted to participate.  *NetChoice, LLC v. Bonta*, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023); *see also Stanley v. Ayers*, 2021 WL 121191, at *2 (N.D. Cal. Jan. 13, 2021) ("[T]he 'classic role' of amicus curiae is 'assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration.'") (internal citation omitted); *California ex rel. Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) ("There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court.").

*Amicus* briefs assist courts by presenting useful background and factual information, highlighting practical and policy issues, and explaining the potential impact of a holding on a group, industry, market, or area of law.  *Amici* respectfully submit that their proposed brief ("Brief") accomplishes all of these things, including by shedding light on the broad market harm

arising from the unlicensed use of copyrighted works to train and operate AI systems, the most significant consideration in the Court's evaluation of Anthropic's claim of fair use.  More specifically, the Brief explains how such unauthorized uses interfere with copyright owners' ability to invest in and realize value from original works of authorship; provides useful context on the robust market for licensing of textual works to train and operate AI systems; explains how the unlicensed use of copyrighted works unlawfully usurps markets that belong to publishers and authors of textual works; and shows how healthy, incentivized licensing markets help benefit both owners and users of copyrighted works and advance the goals of copyright.

## CONCLUSION

For the foregoing reasons, *amici* respectfully submit that their Brief (attached hereto as Exhibit A) will be useful to the Court in its consideration of Plaintiff's Motion for Partial Summary Judgment, including Defendant's claim of fair use, and request that the Court grant this Motion for leave to file it.

DATED:  March 30, 2026

Respectfully submitted,

FRANKFURT KURNIT KLEIN + SELZ PC

By:    _____*/s/ Jacqueline C. Charlesworth*_____
Jacqueline C. Charlesworth
Ruby A. Strassman
*Attorneys for Amici Curiae Association of American Publishers, News/Media Alliance, International Association of Scientific, Technical & Medical Publishers, and Authors Guild*

Frankfurt Kurnit Klein + Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

4

Case No. 5:24-cv-03811-EKL

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AAP, N/MA, STM, AND AUTHORS GUILD IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT