Jacqueline C. Charlesworth (SBN 326742)
JCharlesworth@fkks.com
Ruby A. Strassman (SBN 346601)
RStrassman@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
Telephone:    (310) 579-9600
Facsimile:    (310) 579-9650

*Attorneys for Amici Curiae Association of*
*American Publishers, News/Media Alliance,*
*International Association of Scientific, Technical*
*& Medical Publishers, and Authors Guild*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-CV-03811-EKL <br><br> **[PROPOSED] ORDER GRANTING MOTION BY *AMICI CURIAE* ASSOCIATION OF AMERICAN PUBLISHERS, NEWS/MEDIA ALLIANCE, INTERNATIONAL ASSOCIATION OF SCIENTIFIC, TECHNICAL & MEDICAL PUBLISHERS, AND AUTHORS GUILD FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Case No. 5:24-CV-03811-EKL

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT
OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter is before the Court on the motion filed on March 30, 2026, (the "Motion") by Association of American Publishers, News/Media Alliance, International Association of Scientific, Technical & Medical Publishers, and Authors Guild seeking leave as *amicus curiae* to file the *amicus* brief dated March 30, 2026, that is attached to the Motion as Exhibit A (the "Brief") and that *amici* offer in support of Plaintiffs' Motion for Partial Summary Judgment.

After full consideration of the matter, this Court finds as follows:

1.      The Motion is hereby **GRANTED**; and

2.      The Brief is hereby deemed to be **FILED** as of March 30, 2026.

**IT IS SO ORDERED.**

DATED:  _____, 2026

_____
EUMI K. LEE
United States District Judge

Frankfurt Kurnit Klein+Selz PC
2029 Century Park East, Suite 2500N
Los Angeles, California 90067
P (310) 579-9600

2                                    Case No. 5:24-CV-03811-EKL