**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., | Case Number: 5:24-cv-03811-EKL-SVK |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DR. RUSS B. ALTMAN** |
| ANTHROPIC PBC, | |
| Defendant. | Hon. Eumi K. Lee<br>Magistrate Judge Susan Van Keulen |

Having reviewed the legal arguments and evidence filed by Plaintiffs Concord Music Group, Inc., Capitol CMG, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Music – MGB NA LLC, Polygram Publishing, Inc., Universal Music – Z Tunes LLC, and ABKCO Music, Inc. (collectively, "Publishers") in support of their Motion to Exclude Certain Opinions and Testimony of Colin E. Stokes; having reviewed the opposing legal arguments and evidence filed by Defendant Anthropic PBC ("Anthropic"); having reviewed all opposition/reply materials and all argument of counsel; having reviewed the relevant legal standards for exclusion of expert opinion and testimony, the Court hereby GRANTS Publishers' Motion to Exclude the Opinions of Russ B. Altman and ORDERS that Dr. Altman be precluded from offering expert opinions or testimony in the above-captioned action.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE