# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL., | Case Number: 5:24-cv-03811-EKL-SVK |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO PARTIALLY EXCLUDE THE OPINIONS OF DR. ETHAN LUSTIG** |
| ANTHROPIC PBC, | |
| Defendant. | Hon. Eumi K. Lee<br>Magistrate Judge Susan Van Keulen |

Having reviewed the legal arguments and evidence filed by Plaintiffs Concord Music Group, Inc., Capitol CMG, Inc., Universal Music Corp., Songs of Universal, Inc., Universal Music – MGB NA LLC, Polygram Publishing, Inc., Universal Music – Z Tunes LLC, and ABKCO Music, Inc. (collectively, "Publishers") in support of their Motion to Partially Exclude the Opinions of Dr. Ethan Lustig; having reviewed the opposing legal arguments and evidence filed by Defendant Anthropic PBC ("Anthropic"); having reviewed all opposition/reply materials and all argument of counsel; having reviewed the relevant legal standards for exclusion of expert opinion and testimony, the Court hereby GRANTS Publishers' Motion to Partially Exclude the Opinions of Dr. Ethan Lustig and ORDERS that Dr. Lustig's opinions and related testimony: ███████ ████████████████████████ ████████████████████████ █████████████████████ are excluded.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE