SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
50 California St.
San Francisco, CA 94111
Telephone: (628) 235-1000

JARED V. GRUBOW (*Pro Hac Vice)*
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 5:24-cv-03811-EKL-SVK

**[PROPOSED] ORDER GRANTING ANTHROPIC PBC'S MOTION TO EXCLUDE EXPERT TESTIMONY AND OPINIONS OF BEN ZHAO**

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Anthropic PBC's Motion to Exclude Expert Testimony and Opinions of Ben Zhao is GRANTED as follows:

1. ORDERED, that the testimony as described in ¶¶ 10, 64, 72, 82, 84, 86, 88, 93, 96-97, 109-110, 113-114, 124, 136 of Ben Zhao's Opening Report; ¶¶ 10, 36-39, 41, 68-69, 93-94, 99-100, 103, 110, 122-124 of Ben Zhao's Rebuttal Report; and ¶¶ 21, 45, 47, 49, 54, 100, 114, 117 of Ben Zhao's Reply Report is excluded pursuant to Federal Rule of Evidence 702 because Anthropic's intent or state of mind is not the subject of proper expert testimony; and it is further

2. ORDERED, that the testimony as described in ¶¶ 10, 112-116, 119, 121, 123-125, 127-136, 138, 139, 145, 147, 149, 150 of Ben Zhao's Opening Report; ¶¶ 116-119, 124 of Ben Zhao's Rebuttal Report; and ¶¶ 41, 42, 107-112, 115, 117, 119 of Ben Zhao's Reply Report is excluded pursuant to Federal Rule of Evidence 702 because the testimony is based on insufficient facts and data and is not the product of a reliable methodology.

**IT IS SO ORDERED**

Dated: _____, 2026

_____
The Honorable Eumi K. Lee
United States District Court Judge