SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

*Attorneys for Defendant*
[Additional counsel on signature page]

Matthew J. Oppenheim
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com

*Attorneys for Plaintiffs*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**JOINT STATUS REPORT REGARDING ANTHROPIC'S MOTION FOR RELIEF FROM MAGISTRATE JUDGE VAN KEULEN'S ORDERS, ECF NO. 564**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Pursuant to ECF No. 624 and the Court's guidance at the March 26, 2026 status conference, the Parties respectfully submit this Joint Status Update regarding Anthropic's Motion for Relief from Magistrate Judge Van Keulen's Order, ECF No. 564 ("Motion"). Counsel for the Parties with authority to negotiate and compromise met and conferred to try to resolve this dispute via videoconference on March 30, 2026, and subsequently by email on March 31, April 1, April 2, and April 3, 2026. However, the Parties have been unable to reach agreement on a resolution to Anthropic's Motion.  The Parties' positions regarding Anthropic's Motion are presented in their respective five-page supplemental briefs, filed contemporaneously with this Joint Status Report.

Date: April 3, 2026

By:  /s/ Matthew J. Oppenheim
**OPPENHEIM + ZEBRAK, LLP**

Matthew J. Oppenheim
Nicholas C. Hailey
Jeffrey M. Gould
Corey Miller
Keith Howell
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com
aadu-appiah@oandzlaw.com

Alexander Kaplan
Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156

Respectfully submitted,

By:  /s/ Sonal N. Mehta
**WILMER CUTLER PICKERING HALE AND DORR LLP**

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*Pro Hac Vice*)
Louis.Tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
Ari.Holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*pro hac vice*)
robin.burrell@wilmerhale.com
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
50 California St.
San Francisco, CA 94111

- 1 -                    Case No. 5:24-cv-03811-EKL-SVK
JOINT STATUS REPORT RE: ANTHROPIC'S MOT. FOR RELIEF FROM MAGISTRATE JUDGE VAN KEULEN'S ORDERS, ECF No. 564

alex@oandzlaw.com
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

Telephone: (628) 235-1000

JARED V. GRUBOW (*Pro Hac Vice*)
jared.grubow@wilmerhale.com
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

*Attorneys for Defendant*
**ANTHROPIC PBC**

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted pro hac vice)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)**

Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of the document was obtained from the document's signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2026                    /s/ Keith T. Howell
                                              Keith T. Howell