**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Jeffrey M. Gould
Corey Miller
Keith Howell
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com
aadu-appiah@oandzlaw.com

Alexander Kaplan
Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

*Attorneys for Plaintiffs*

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case Number: 5:24-cv-03811-EKL-SVK<br><br>**PUBLISHERS' NOTICE REGARDING UPDATE TO CLAUDE RECORD CITED IN SUMMARY JUDGMENT MOTION**<br><br>**REDACTED**<br><br>Judge Eumi K. Lee<br>Magistrate Judge Susan van Keulen |

Plaintiffs ("Publishers") respectfully submit this notice to the Court regarding an update to a Claude prompt-output record referenced in Publishers' Motion for Partial Summary Judgment, ECF No. 594, and supporting materials.

Specifically, Publishers have identified one post-suit Claude prompt-output record (Bates number Anthropic_0000064498, dated Nov. 7, 2023) that was inadvertently miscategorized and cited as a third-party record in Publishers' Motion for Partial Summary Judgment and supporting materials. While Publishers had previously disclosed that this Claude prompt-output record was generated by Publishers' expert Dr. Ben Zhao in connection with Publishers' Motion for Preliminary Injunction (*see* ECF No. 47 ¶ 42; ECF No. 47-2 at 4-5, 9-10), this record was inadvertently miscategorized and cited as a third-party Claude record in Publishers' Motion for Partial Summary Judgment and supporting materials. Publishers' Motion for Partial Summary Judgment previously identified "███████████████████████████████████████████████████████████████████████████████████████████" ECF No. 594 at 8; *see also* ECF No. 594-1 at #36 (citing Ex. 2 at 228-229, ECF No. 595-2 (referencing Anthropic_0000064498)), and "████████████████████████████████████████████████████████████" in response to direct and indirect requests combined, ECF No. 594 at 16. However, when Anthropic_0000064498 is removed from the set of third-party records identified in the Motion, the Motion instead identifies ██████████████████████████████████████ and ███████████████████████████████████ in response to direct and indirect requests combined.

Dated: April 13, 2026

Respectfully submitted,

*/s/ Nicholas C. Hailey*
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Jeffrey M. Gould
Corey Miller
Keith Howell
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
jeff@oandzlaw.com
corey@oandzlaw.com
khowell@oandzlaw.com
aadu-appiah@oandzlaw.com

Alexander Kaplan
Jennifer Pariser
Andrew Guerra
Bret Matera
Timothy Chung
Michelle Gomez-Reichman
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
alex@oandzlaw.com
jpariser@oandzlaw.com
andrew@oandzlaw.com
bmatera@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Case No. 5:24-cv-03811-EKL-SVK
PUBLISHERS' NOTICE REGARDING UPDATE TO CLAUDE RECORD CITED IN SUMMARY JUDGMENT MOTION

**SIGNATURE ATTESTATION PURSUANT TO CIVIL L.R. 5-1(h)**

Pursuant to Civil L.R. 5-1(h), I hereby attest that concurrence in the filing of this document was obtained from the signatory of this document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2026                                        */s/ Michelle Gomez-Reichman*

                                                                        Michelle Gomez-Reichman