SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
50 California St.
San Francisco, CA 94111
Telephone: (628) 235-1000

JARED V. GRUBOW (*Pro Hac Vice)*
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
250 Greenwich St
New York, NY 10007
Telephone: (212) 230-8800

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**[PROPOSED] ORDER GRANTING ANTHROPIC'S MOTION TO EXCLUDE TESTIMONY OF MICHAEL SMITH** |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED: Defendant Anthropic PBC's Motion to Exclude Expert Testimony and Opinions of Michael Smith is GRANTED as follows:

1.      ORDERED, that the testimony as described in ¶¶ 15-19, 60-191 of Michael Smith's Opening Expert Report; ¶¶ 94-99, 141, and 148 of Michael Smith's Rebuttal Expert Report; ¶¶ 7-9, 17-90, 93-95, and 124-136 of Michael Smith's Reply Expert Report; and ¶¶ 4-12 of Smith's Second Supplemental Report is excluded pursuant to Federal Rule of Evidence 702 because it is not based on a reliable methodology; and it is further

2.      ORDERED, that the testimony as described in ¶¶ 146-53 of Smith's Opening Expert Report is excluded pursuant to Federal Rule of Evidence 702 because it is not the subject of proper expert testimony.

**IT IS SO ORDERED**

Dated: _____, 2026

_____
The Honorable Eumi K. Lee
United States District Court Judge

[PROPOSED] ORDER                          - 1 -              Case No. 5:24-cv-03811-EKL-SVK
GRANTING MOT. TO EXCLUDE
MICHAEL SMITH