UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., | Case No.  24-cv-03811-EKL (SVK) |
| Plaintiffs, | |
| v. | **ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| ANTHROPIC PBC, | |
| Defendant. | Re: Dkt. No. 628 |

Before the Court is Defendant Anthropic PBC's administrative motion to consider whether another party's material should be sealed in connection with the Parties joint submission regarding the deposition of Dr. Michael Smith.  Dkt. 628; *see also* Dkt. 627.  Pursuant to Civil Local Rule 79-5(f)(3), if Plaintiffs requested that any of the information be maintained under seal, they were required to file a statement in support of sealing.  Civil L.R. 79-5(f)(3).  The deadline for such a statement was April 6, 2026.  As of the date of this Order, no such statement has been filed.  Accordingly, Anthropic's motion is **DENIED**.  The Clerk of Court shall **unseal** Dkt. 628-1.

**SO ORDERED.**

Dated: April 15, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California