**PUBLIC REDACTED VERSION**

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California Street
San Francisco, CA 94111
Telephone: (628) 235-1000

JARED V. GRUBOW (*Pro Hac Vice)*
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 5:24-cv-03811-EKL-SVK

**ANTHROPIC PBC'S MOVING SEPARATE STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| **Anthropic's Use Of Lyrics As Inputs To Train Claude Is Fair Use** | | |
| **Issue 1: The Use of Lyrics as Inputs to Training is Fair Use as Matter of Law** | Fact 1: Musician and rapper, Meek Mill, uses Claude to help him understand and manage the administrative aspects of his music career.<br><br>Ex. 145 (MeekMill (@Mill) Twitter (Mar. 23, 2026), https://x.com/MeekMill/status/2036107917095469093)[1] | |
| | Fact 2: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, testified that Anthropic was founded to "form an organization that would focus more fully on safe and beneficial AI development." Kaplan testified that his Anthropic co-founders were "Chris Olah, Jack Clark, Sam McCandlish, Tom Brown, Dario Amodei, and Daniela [Amodei]."<br><br>Ex. 120 (Kaplan Dep.) at 62:18-71:16 | |
| | Fact 3: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, testified that "[REDACTED]"<br><br>Ex. 120 (Kaplan Dep.) at 115:11-16 | |
| | Fact 4: Anthropic co-founder and President, Ms. Daniela Amodei, testified "when we first founded the company in 2021, we were primarily focused on research at that time, and we always theorized that had we would have, you know, potential commercial applications for the models down the road."<br><br>Ex. 111 (Daniela Amodei Dep.) at 120:8-12 | |
| | Fact 5: Anthropic co-founder, Mr. Tom Brown, testified that "[i]nitially we weren't sure if we were even going to commercialize anything, and so we had kind of a long soul-searching process."<br><br>Ex. 106 (Brown Dep.) at 65:10-12 | |

[1] Unless otherwise specified citations to 'Ex.' are exhibits attached to the Burrell Declaration in support of Anthropic's Motion for Summary Judgment and Opposition to Publishers' Motion for Partial Summary Judgment filed concurrently herewith.

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 6: Anthropic co-founder, Mr. Benjamin Mann, testified "So one of Anthropic's principles is what we call the race to the top. Our hope is that by showing that we, as one of the frontier labs, can prioritize both safety and capabilities at the same time, that we can put pressure on our competitors to also prioritize safety."<br><br>Ex. 124 (Mann 30(b)(1) Dep. Vol. 2) at 188:18-189:16 | |
| | Fact 7: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, testified that Anthropic's status as a public benefit corporation allows it to prioritize its mission above its profit motive.<br><br>Ex. 120 (Kaplan Dep.) at 106:5-24 | |
| | Fact 8: Anthropic's certificate of incorporation states "The specific public benefit that the Corporation will promote is to responsibly develop and maintain advanced AI for the cultural, social and technological improvement of humanity."<br><br>Ex. 88 (Anthropic_0000570401) at -402 | |
| | Fact 9: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, attested that Claude is trained to be both helpful and harmless.<br><br>Dkt. 212-5 ("Kaplan PI Decl.") at ¶¶ 39-41 | |
| | Fact 10: Publishers' expert, Dr. Shawn Shan, reported: "[REDACTED]"<br><br>Ex. 7 (Shan Report) at ¶ 19 | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 11: Publishers' expert, Dr. Ben Zhao, reported that "[REDACTED]" He also testified "[REDACTED]"<br><br>Ex. 10 (Zhao Report) at ¶¶ 23, 55 | |
| | Fact 12: Publishers' expert, Dr. Ben Zhao, reported that "[REDACTED]"<br><br>Ex. 18 (Zhao Rebuttal) at ¶130 | |
| | Fact 13: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, attested that "LLMs are text-based generative AI models that use deep learning techniques and train on extremely large data sets to understand, summarize, generate, and predict new content." He also attested "Anthropic is an artificial intelligence safety and research company based in San Francisco, California, working to develop generative AI models." Claude was released to the general public in July 2023.<br><br>Kaplan PI Decl. ¶¶ 6, 7, 8 | |
| | Fact 14: Claude has been used for various tasks by pharmaceutical researchers, scientists, and government agencies.<br><br>Ex. 1 (Altman Report) at ¶¶ 54-116 | |
| | Fact 15: Anthropic co-founder and President, Ms. Daniela Amodei, testified that "Research and Development, Healthcare, and Life Sciences" are among "the most common use cases of Claude."<br><br>Ex. 111 (Daniela Amodei Dep.) at 116:10-117:2, 154:4-15, 197:8-17 | |
| | Fact 16: A December 2024 report of aggregated insights across a random sample of consumer (i.e., non-business) users' Claude conversations shows that the most popular consumer use cases for Claude were "web | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | and mobile application development assistance" (>10%),"content creation and communication assistance across disciplines" (~9%), "multidisciplinary academic research and writing assistance" (~7%), "education and career development assistance" (~6%), "implement and optimize diverse advanced AI/ML technologies and applications creation" (~6%), "business strategy and operations assistance across industries" (~6%), "multilingual N[atural] L[anguage] P[rocessing], translation, and linguistic analysis services" (~4.5%), "DevOps and cloud infrastructure implementation and troubleshooting" (~4%), "digital marketing and SEO optimization assistance" (~4%), and "data analysis, visualization, and management assistance" (~4%). The top ten use cases collectively account for roughly 60% of Claude conversations.<br><br>Ex. 47 (Anthropic_0000012987) at -994 | |
| | Fact 17: Claude has been used to analyze data for clinical trials and to draft clinical study reports for medical treatments.<br><br>Ex. 1 (Altman Report) at ¶ 76; Ex. 87 (Anthropic_0000570252) at -253 | |
| | Fact 18: Claude has been applied to help compose lyrics by brainstorming interesting word pairings.<br><br>Ex. 1 (Altman Report) at ¶ 111; Ex. 98 (Anthropic_0000594977) at -982 | |
| **Issue 2: Using Lyrics to Train LLMs is Transformative** | Fact 19: Publishers' expert, Dr. Ben Zhao, reported: [redacted] | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [REDACTED]<br><br>Ex. 10 (Zhao Report) at ¶ 13 | |
| | Fact 20: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, attested: "To build an LLM like Claude, engineers first develop a 'neural network,' which is a computer program capable of studying enormous datasets of text and extracting statistical and linguistic information about those texts in an effort to gain a generalized understanding of human language." He also attested: "The neutral network is shown a vast dataset consisting of hundreds of millions, if not billions, of pieces of content. This set of materials is known collectively as the 'training corpus' or simply the 'corpus.'"<br><br>Kaplan PI Decl. ¶¶ 17, 18 | |
| | Fact 21: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, attested: "The neural network then analyzes each token in the context of surrounding tokens to learn language patterns and the relationship between the words and phrases in the corpus. Through iterative training on large amounts of data, the neural network discovers patterns among words and phrases, extracting statistical information to develop a probabilistic but comprehensive map of how language works, without explicit human-defined rules. The model stores this statistical information in an organized set of numerical values called parameters, which include weights and biases (representing the connective strengths among neurons)."<br><br>Kaplan PI Decl. ¶ 20 | |
| | Fact 22: Publishers' expert, Dr. Shawn Shan, reported: "[REDACTED]" | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Ex. 7 (Shan Report) at ¶ 21; Ex. 131 (Shan Dep.) at 125:10-128:6 (Dr. Shan's testimony affirming the accuracy of the above statement from his report). | |
| | Fact 23: Anthropic's expert, Dr. Jeffrey Bilmes, reported: "Anthropic uses training data to train its models for the purpose of mapping out statistical relationships between text fragments so that the LLM models can generate new texts."<br><br>Ex. 2 (Bilmes Report) at ¶ 36 | |
| | Fact 24: Anthropic's expert, Dr. Jeffrey Bilmes, reported: "[W]hile LLMs can perform complex tasks such as summarizing information and generating code, they do not function similarly to databases or search engines." And that "LLMs do not store or retrieve passages of text verbatim. Instead, they generate new and different outputs, probabilistically, based on general statistical patterns and relationships learned during training that are represented in the model's weights. Because their outputs are drawn from probability distributions, LLMs can produce different results when generating outputs in response to the same prompt, particularly when the final text is produced by randomly sampling from those distributions, which is by far the most common approach to LLM generation."<br><br>Ex. 2 (Bilmes Report) at ¶ 98 | |
| | Fact 25: Publishers' expert, Dr. Ben Zhao, testified that "[redacted]" He answered, "[redacted]" to the question "[redacted]"<br><br>Ex. 139 (Zhao Dep.) at 352:23-353:16 | |
| | Fact 26: Music compositions communicate the artistic expression of a musician or songwriter with an audience and to entertain.<br><br>Ex. 137 (Stokes Dep.) at 230:11-18, 231:8-232:5; Ex. 26 (Stokes Reply) at ¶¶ 13-19 | |
| | Fact 27: Publishers' expert, Dr. Ben Zhao, testified that Claude's "[redacted]"; that Claude does not "[redacted] | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [REDACTED]"; and that "[REDACTED]"<br><br>Ex. 139 (Zhao Dep.) at 177:2-4, 178:6-18, 179:9-10 | |
| | Fact 28: Publishers' expert, Dr. Ben Zhao, reported "[REDACTED]"<br><br>Ex. 18 (Zhao Rebuttal) at ¶ 11 | |
| | Fact 29: Anthropic's expert, Dr. Jeffrey Bilmes, reported: "Anthropic uses training data to train its models for the purpose of mapping out statistical relationships between text fragments so that the LLM models can generate new texts."<br><br>Ex. 2 (Bilmes Report) at ¶ 36 | |
| | Fact 30: Anthropic's expert, Dr. Jeffrey Bilmes, reported: "[W]eights are one type of model parameter for an NN [neural network]. Weights are the adjustable values in the model that model training seeks to optimize. Weight tuning is a subprocess of model training where the weights of an NN are adjusted iteratively using the training data so that the model's predictions better align with the expected outputs."<br><br>Ex. 2 (Bilmes Report) at ¶ 52 | |
| | Fact 31: Tokenizing text breaks it into small, standard units, identified numerically, that a large language model can process. Tokens are then transformed into richer numerical representations in "embeddings," which encode a token's meaning and semantic relationship to other tokens. Token embeddings are learned parameters that evolve during model training, and as the model processes billions of data points, mathematically move closer to other tokens that appear in similar contexts. Embeddings capture the relationship between words, making mathematical reasoning about those words' meanings possible. Embeddings are then positionally encoded so that a model can recognize both what each word means and where it occurs in context, rather than simply storing text verbatim. Tokens, embeddings, and positional encoding allow models to | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | understand the contextual relationship of words represented numerically.<br><br>Ex. 2 (Bilmes Report) at ¶¶ 141-152 | |
| | Fact 32: Publishers' expert, Dr. Ben Zhao, reported: "[REDACTED]"<br><br>Ex. 10 (Zhao Report) at ¶ 20 | |
| | Fact 33: Publishers' expert, Dr. Ben Zhao, reported, "[REDACTED]" And that Anthropic has trained Claude to "[REDACTED]"<br><br>Ex. 10 (Zhao Report) at ¶ 141 | |
| | Fact 34: Publishers' expert, Dr. Shawn Shan, testified that [REDACTED] that "[REDACTED]"<br><br>Ex. 131 (Shan Dep.) at 247:7-13 | |
| | Fact 35: LLMs process a user's prompt and draw on learned language patterns to stochastically output the next predicted word. Model builders control the level of stochasticity (or randomness) in the output, including through a parameter called the "temperature parameter." As the temperature increases, so does the randomness of the output. This is unlike a database or retrieval system, which deterministically fetch and return the same result for the same query. This makes it | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | possible for LLM's to generate outputs that are linguistically and textually different while containing similar factual content.<br><br>Ex. 2 (Bilmes Report) at ¶¶ 271, 280-285 & Figure 33 | |
| | Fact 36: Publishers' expert, Dr. Ben Zhao, reported that "[REDACTED]" When asked in his deposition whether he "[REDACTED]" Zhao answered, "[REDACTED]"<br><br>Ex. 18 (Zhao Rebuttal) at ¶ 11; Ex. 139 (Zhao Dep.) at 178:4-18 | |
| | Fact 37: Anthropic displays a webpage titled, "Build With Claude," which markets "Use Cases for Claude" to enterprise clients. Those use cases include: "Coding" where its "latest model, Claude Opus 4.1, can complete complex engineering tasks to solve problems that would typically take a full day of engineering work"; "Agents," offering "superior instruction following, tool selection, error correction, and advanced reasoning for customer-facing agents and complex AI workflows"; "Productivity" where "Claude can extract relevant information from business emails and documents, categorize and summarize survey responses, and wrangle reams of text with high speed and accuracy"; and "Customer Support."<br><br>Ex. 63 (Anthropic_0000437208) | |
| | Fact 38: Anthropic's 30(b)(6) witness, Dr. Deep Ganguli, testified: "[T]he main use case of CLAUDE.AI and CLAUDE Code and our CLAUDE API is for writing code. It's for doing software engineering tasks. That is the most common use case across—across the product surfaces I mentioned."<br><br>Ex. 119 (Ganguli 30(b)(6) Dep.) at 67:7-15 | |
| | Fact 39: Publishers' expert, Dr. Shawn Shan, testified: "[REDACTED] | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [REDACTED] " and " [REDACTED] " <br><br> Ex. 131 (Shan Dep.) at 95:22-96:17 | |
| | Fact 40: Anthropic's 30(b)(6) witness, Jane Leibrock, testified: "We promote CLAUDE's safety as a model, its accuracy, its high intelligence, its skill at working with a large amount of knowledge by which we mean data that's been provided by the user to the model, its ability to show its chain of thought or reasoning to do deep research, and to work with software code or to debug code." <br><br> Ex. 122 (Leibrock Dep.) at 26:14-27:4 | |
| | Fact 41: Anthropic co-founder and Chief Executive Officer, Dario Amodei, testified: "Anthropic, it's very focused on code. It's very focused on work and productivity-based activities. So Anthropic has deliberately made—made choices not to—not to produce output in many creative modalities." <br><br> *See* Ex. 112 (Dario Amodei Dep.) at 102:19-24 | |
| | Fact 42: Anthropic co-founder and President, Ms. Daniela Amodei, testified that Anthropic "serve[s] about 300,000 businesses." <br><br> Ex. 111 (Daniela Amodei Dep.) at 68:7-9 | |
| | Fact 43: Anthropic co-founder, Mr. Tom Brown, testified "we want Claude to be the best model for people who want to do work, particularly coding work." He also testified "We have—we have really focused on work rather than the consumer application" of Claude. He testified "we have always wanted to prioritize data that makes the model good at work." <br><br> Ex. 106 (Brown Dep.) at 48:17-21, 64:4-8, 64:12-16, 64:23-65:4, 86:3-7, 94:11-16 | |
| | Fact 44: Anthropic co-founder Tom Brown used Claude to explore how to write his wife a song for Valentine's | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Day given his wife's taste for Adele's music. In the course of the conversation, Claude explained: "[redacted]"<br><br>Ex. 95 (Anthropic_0000570705) | |
| | Fact 45: Anthropic co-founder Tom Brown asked Claude, "[redacted]" In response, Claude [redacted], including "[redacted]" Claude explained that "[redacted]" "[redacted]" and [redacted]"<br><br>Ex. 92 (Anthropic_0000570614) | |
| | Fact 46: Claude has recommended and discussed musical compositions with users based on their music taste. Anthropic's President, Ms. Daniela Amodei, asked Claude for suggestions of classical music that is "[redacted]" Claude responded with a list of ten musical works. It then explained: "[redacted]"<br><br>Ex. 96 (Anthropic_0000570712) at -713 | |
| | Fact 47: Anthropic co-founder, Mr. Benjamin Mann, asked Claude "[redacted]" and Claude explained that "[redacted]" Claude continued that "[redacted]" "[redacted] | |

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
| --- | --- | --- |
| | [redacted]" to [redacted]" "[redacted]"<br><br>Ex. 90 (Anthropic_0000570582) | |
| | Fact 48: Anthropic technical staff, Mr. Ben Kuhn, asked Claude for "[redacted]" and Claude "[redacted]" including "[redacted]" "[redacted]" "[redacted]" "[redacted]" and more, categorizing them by "[redacted]"<br><br>Ex. 89 (Anthropic_0000570574) | |
| | Fact 49: Anthropic co-founder, Mr. Tom Brown, asked Claude about Jimi Hendrix and the "wah wah" pedal, and Claude responded that "[redacted]" Claude continued that "[redacted]"<br><br>Ex. 94 (Anthropic_0000570704) | |
| | Fact 50: Anthropic co-founder, Mr. Tom Brown, asked Claude about Joni Mitchell's "Both Sides Now" and why he "[redacted]" Claude responded that "[redacted]" When Mr. Brown asked why he "[redacted]" Claude responded that "[redacted] | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [redacted]" before listing artists like "[redacted]" "[redacted]" "[redacted]" and "[redacted]" that bore thematic similarities to Joni Mitchell. The conversation then [redacted] and Claude discusses [redacted]<br><br>Other Anthropic employees asked Claude to:<br>[redacted]<br><br>Ex. 93 (Anthropic_0000570681);<br>Ex. 147 (Anthropic_0000570572);<br>Ex. 148 (Anthropic_0000570592);<br>Ex. 149 ( Anthropic_0000570627);<br>Ex. 150 (Anthropic_0000570635);<br>Ex. 151 (Anthropic_0000570636) | |
| **Issue 3: The Second Factor Favors Fair** | Fact 51: Musical compositions and lyrics can be creative, expressive works. | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| Use Because Song Lyrics are Freely and Publicly Available | Ex. 137 (Stokes Dep.) at 68:9-16, 224:21-24 | |
| | Fact 52: In response to the question "[redacted]" 30(b)(6) Representative for UMPG, Mr. David Kokakis, testified "[redacted]"<br><br>Ex. 121 (Kokakis Dep.) at 250:8-253:13 | |
| | Fact 53: In response to the question "[redacted]" 30(b)(6) Representative for Concord, Mr. Duff Berschback, testified [redacted]"<br><br>And in response to the question "[redacted]" 30(b)(6) Representative for Concord, Mr. Duff Berschback, testified "[redacted]"<br><br>Ex. 104 (Berschback Dep.) at 122:24-123:16 | |
| Issue 4: The Third Factor Favors Fair Use Because Only the Portion of The Works Reasonably Necessary to Achieve a Transformative Purpose Is Used | Fact 54: Publishers admit that "[redacted]"<br><br>Ex. 27 (Pls.' Resp. & Obj. to Def.'s 2nd Set of Req. For Admis. (Nos. 16-24) (Sept. 2, 2025)) at 9 | |
| | Fact 55: 30(b)(6) Representative for UMPG, Mr. David Kokakis, testified "[redacted]"<br><br>Ex. 121 (Kokakis Dep.) at 85:9-87:14 | |
| | Fact 56: When asked "[redacted]" 30(b)(6) Representative for ABKCO, Ms. Alisa Coleman, answered "[redacted]"<br><br>Ex. 110 (Coleman Dep.) at 49:22-50:6 | |
| | Fact 57: When asked "[redacted]" 30(b)(6) | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Representative for UMPG, Mr. Duff Berschback, testified "[redacted]"<br><br>Ex. 104 (Berschback Dep.) at 30:24-31:7 | |
| | Fact 58: When asked "[redacted]" 30(b)(6) Representative for CCMG, Mr. Draughon, testified "[redacted]" He also testified "[redacted]"<br><br>Ex. 117 (Draughon Dep.) at 50:13-17, 51:10-18 | |
| | Fact 59: Publishers' expert, Dr. Shawn Shan, reported "[redacted]" He testified "[redacted]"<br><br>Ex. 7 (Shan Report) at ¶¶ 22, 45(i) | |
| | Fact 60: Anthropic's expert, Dr. Jeffery Bilmes, reported that publicly available information indicates Anthropic's Claude models were trained in part on data sourced from Common Crawl or by directly crawling the web.<br><br>Ex. 2 (Bilmes Report) at ¶¶ 102-103, 107 | |
| | Fact 61: Publishers' Expert, Dr. Ben Zhao, reported "[redacted]"<br><br>Ex. 10 (Zhao Report) at ¶ 10 | |
| | Fact 62: Publishers' Expert, Dr. Shawn Shan, reported "[redacted]" | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Ex. 7 (Shan Report) at ¶ 44 | |
| | Fact 63: In response to the question "[redacted]" 30(b)(6) Representative for CCMG, Mr. Draughon, testified "[redacted]"<br><br>Ex. 117 (Draughon Dep.) at 136:21-137:2 | |
| | Fact 64: Audio files and data are not supported by Claude models and thus are not incorporated in the models' training data.<br><br>Ex. 11 (Bilmes Rebuttal) at ¶ 239 | |
| | Fact 65: Publishers' expert, Dr. Ben Zhao, reported [redacted] He reported that [redacted]<br><br>Ex. 18 (Zhao Report) at ¶¶ 22, 23 | |
| | Fact 66: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, attested that "[t]rillions of tokens are required to properly train an LLM like Claude and to ultimately allow the LLM to recognize patterns in language to any useful degree."<br><br>Kaplan PI Decl. ¶ 22 | |
| | Fact 67: Publishers' expert, Dr. Shawn Shan, testified "[redacted]" that it was accurate that "[redacted]"<br><br>Ex. 131 (Shan Dep.) at 125:10-128:6 | |
| | Fact 68: Publishers' expert, Dr. Ben Zhao, agreed that "[redacted]" testifying that "[redacted]"<br><br>Ex. 139 (Zhao Dep.) at 276:19-25 | |

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 69: Publishers' expert, Dr. Shawn Shan, reported that to "[REDACTED] Dr. Shan also reported that [REDACTED]"<br><br>Ex. 7 (Shan Report) at ¶¶ 22-23 | |
| | Fact 70: Anthropic's expert, Dr. Jeff Bilmes, reported "Without large text collections like Common Crawl and other large-scale web crawling efforts, it would be very difficult to obtain sufficient data for the types of advanced deep LLM training that has made general purpose LLMs like Claude possible." And that "Developers typically meet their data requirements by gathering training data from several sources, including large publicly available text corpora like Common Crawl and OpenWebText. Common Crawl and OpenWebText contain textual information extracted from millions of webpages over time."<br><br>Ex. 2 (Bilmes Report) at ¶¶ 100, 102 | |
| | Fact 71: Claude Sonnet 3.0 was trained on [REDACTED] exceeds more than twice [REDACTED] of the text of all the books in the world.<br><br>Ex. 6 (Nagaraj Report) at ¶¶ 36-37; Kaplan PI Decl. ¶¶ 29-30; Ex. 56 (Anthropic_0000231226) | |
| | Fact 72: Publishers' expert, Dr. Shawn Shan, testified that "[REDACTED]" | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Ex. 131 (Shan Dep.) at 232:5-233:4, 343:2-22, 344:1-16 | |
| | Fact 73: Publishers' expert, Dr. Ben Zhao, testified that "Anthropic has gotten training data from a number of sources" such as "web archives, YouTube video transcriptions, Common Crawl in the past." When asked whether he "understand[s] that song lyrics are widely available on the internet through a number of different sites," Dr. Zhao responded that he understands that song lyrics "are available in different forms, different places." Publishers' expert, Dr. Shawn Shan, reported that [REDACTED] Common Crawl, [REDACTED] The Pile, YouTube Subtitles, and Reddit data—[REDACTED] that CommonCrawl "represents a massive indiscriminate scrape of the public web" and that [REDACTED] is "a generalized web scrape dataset."<br><br>Ex. 139 (Zhao Dep.) at 274:20-275:7, 276:19-277:4, 279:8-280:3, 282:2-21; Ex. 7 (Shan Report) ¶¶ 44-45 | |
| | Fact 74: Anthropic's expert, Dr. Jeffrey Bilmes, reported that Anthropic's general-purpose web crawler is designed to respect internet protocols that tell web crawlers not to crawl or scrape those web pages. [REDACTED]<br><br>Ex. 2 (Bilmes Report) at § VII.A | |
| **Issue 5: Factor Four Favors Fair Use Because The Transformative Use Outweighs Any** | Fact 75: Publishers' expert, Mr. Joshua Dennis, reported that [REDACTED]<br><br>Ex. 21 (Dennis Reply) at ¶ 14 | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| **Marketplace Harms** | Fact 76: Publishers' expert, Mr. Joshua Dennis [REDACTED]<br><br>Ex. 13 (Dennis Rebuttal) at ¶ 88 | |
| | Fact 77: Anthropic's expert, Dr. Andrew Bray, found that 83.33% of the prompts in the 5 million sample were made using credentials known to belong to Publishers' known investigator. Publishers have not disclosed identifying information for all of the prompts and outputs generated by Publishers, their attorneys, or their investigators, so it is possible that Publishers and their agents generated all of the prompts within the 5 million sample that sought lyrics to works in suit.<br><br>Ex. 20 (Bray Reply) at ¶ 11 | |
| | Fact 78: UMPG 30(b)(6) Representative, Mr. David Kokakis, [REDACTED]<br><br>Ex. 121 (Kokakis Dep.) at 337:11-12 | |
| | Fact 79: Publishers' expert, Dr. Ben Zhao, testified that "[REDACTED]" Dr. Zhao also testified that "[REDACTED]"<br><br>Ex. 139 (Zhao Dep.) at 399:23-400:2, 401:5-8 | |
| | Fact 80: When asked, "[REDACTED]" 30(b)(6) Representative for Concord, Mr. Duff Berschback, testified "[REDACTED]."<br><br>*See* Ex. 104 (Berschback Dep.) at 141:5-12 | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 81: Publishers' expert, Mr. Joshua Dennis testified [REDACTED]."<br><br>Ex. 115 (Dennis Dep.) at 285:1-287:1 | |
| | Fact 82: 30(b)(6) Representative for UMPG, Mr. David Kokakis, testified "[REDACTED]" When asked "[REDACTED]" Mr. Kokakis testified, "[REDACTED]"<br><br>Ex. 121 (Kokakis Dep.) at 336:12-337:22 | |
| | Fact 83: During a March 5, 2026 Earnings Call, Mr. Michael Nash, Executive Vice President and Chief Digital Officer of UMG, stated "When you take into consideration the significant opportunities to commercialize AI innovation through new products and services that Lucian [Grainge, UMG CEO] outlined and the empirical data demonstrating insignificant and comprehensively mitigated risk, thoughtful analysis will conclude that the impact AI will have on our business will be overwhelmingly net positive." And that "we're seeing no indication that AI royalty dilution is a material issue for UMG from a revenue perspective."<br><br>Ex. 136 (UMG Earnings Call Tr.) at 23:37 | |
| | Fact 84: A case study published on Anthropic's website describes how the Tahoe Lead Removal Project used Claude for research to support its removal of six miles of toxic lead cables from Lake Tahoe.<br><br>Ex. 86 (Anthropic_0000570166) at -166 | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 85: An article published by The Information describes how Pfizer and Novo Nordisk have used Claude to help analyze clinical study data and prepare clinical study reports.<br><br>Ex. 87 (Anthropic_0000570252) at -253 | |
| | Fact 86: A case study published by Anthropic and Pfizer describes how Pfizer used Claude to accelerate the research phase of the clinical study process for drug development.<br><br>Ex. 85 (Anthropic_0000569656) | |
| | Fact 87: A case study published by Anthropic describes how the European Parliament used Claude to build an AI assistant for searches of its archives.<br><br>Ex. 48 (Anthropic_0000013783) | |
| **Anthropic Has Not Engaged In Any Volitional Conduct** | | |
| **Issue 1: Anthropic has not engaged in any volitional conduct** . | Fact 88: Publishers' expert, Dr. Ben Zhao, reported that "[REDACTED]."<br><br>Ex. 10 (Zhao Report) at ¶ 54 | |
| | Fact 89: Publishers' expert, Dr. Shawn Shan, testified that [REDACTED]<br><br>Ex. 7 (Shan Dep.) at 97:11-99:6 | |
| | Fact 90: Publishers' expert, Dr. Shawn Shan, testified "[REDACTED]"<br><br>Ex. 131 (Shan Dep.) at 99:25-100:13 | |
| | Fact 91: Publishers' expert, Dr. Ben Zhao, testified "[REDACTED]." He continued that "[REDACTED] | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [REDACTED]" Ex. 139 (Zhao Dep.) at 309:5-15 | |
| | Fact 92: Publishers' expert, Dr. Ben Zhao, answered "[REDACTED]" Ex. 139 (Zhao Dep.) at 348: 21-25 | |
| | Fact 93: A user prompted Claude for [REDACTED] Ex. 58 (Anthropic_0000299696) | |
| | Fact 94: Another user prompted Claude for [REDACTED] Ex. 53 (Anthropic_0000195243) | |
| | Fact 95: Publishers' investigator [REDACTED] Ex. 43 (Plaintiffs_0000011872) | |
| | Fact 96: Publishers' expert, Dr. Ben Zhao [REDACTED] Ex. 52 (Anthropic_0000064503) at -506 | |
| | Fact 97: Publishers' expert, Dr. Ben Zhao, answered "[REDACTED]" Ex. 139 (Zhao Dep.) at 179:2-10 | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 98: Publishers' expert, Dr. Ben Zhao, reported that [REDACTED]. Ex. 10 (Zhao Report) at ¶ 55. | |
| | Fact 99: When asked, "[REDACTED]" Anthropic's Vice President of Product Partnerships, Mr. Tom Turvey, testified "[REDACTED]" Mr. Turvey testified [REDACTED]. Ex. 138 (Turvey 30(b)(6) Dep.) at 107:15-108:6 | |
| | Fact 100: Publishers' expert, Dr. Ben Zhao, reported that "[REDACTED]" He also reported that "[REDACTED]." Ex. 10 (Zhao Report) at ¶¶ 57, 62 | |
| | Fact 101: Publishers' expert, Dr. Ben Zhao, reported that [REDACTED]." Ex. 10 (Zhao Report) at ¶ 61 | |
| | Fact 102: Anthropic publicly reported that its Safeguards team "operate[s] across multiple layers: developing policies, influencing model training, and identifying novel misuses and attacks" taking an "approach [that] spans the entire lifecycle of our models, ensuring Claude is trained and built with protections that are effective in the real world." That muti-layer defense includes working "closely with | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [Anthropic's] fine-turning teams through a collaborative process to prevent harmful behavior," evaluating "a new model" before release, and using "a combination of automated systems and human review to detect harm and enforce our Usage Policy once models are deployed."<br><br>Ex. 65 (Anthropic_0000440813) | |
| | Fact 103: Anthropic [REDACTED]<br><br>Ex. 30 (Def.'s Am. Supp. Resp. & Obj. to 1st Set of Interrogs. (Nos. 9, 11, 12) (Nov. 12, 2025)) at 8 | |
| | Fact 104: Anthropic's expert, Dr. Jeffery Bilmes, reported that "[REDACTED]" including [REDACTED]"<br><br>Ex. 2 (Bilmes Report) at ¶¶ 117-121 | |
| | Fact 105: Anthropic witness, Ms. Dawn Drain, testified that "[REDACTED]."<br><br>Ex. 116 (Drain Dep.) at 229:8-18 | |
| | Fact 106: Anthropic co-founder, Mr. Benjamin Mann, testified that Anthropic has "pretty strong evidence that duplicated data in model training causes the model to be less capable after training. [REDACTED] | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [REDACTED]"<br><br>Ex. 124 (Mann 30(b)(1) Dep. Vol. 1) at 80:21-81:10, 84:21-85:3 | |
| | Fact 107: Publishers' expert, Dr. Ben Zhao, reported that "[REDACTED]'"<br><br>Ex. 10 (Zhao Report) at ¶ 119 | |
| | Fact 108: Publishers' expert, Dr. Ben Zhao, reported that [REDACTED]<br><br>Ex. 10 (Zhao Report) at ¶ 117 | |
| | Fact 109: Anthropic's Constitution for Claude directs the model to choose responses that are "less existentially risky for the human race" and that "discourage[] and oppose[] torture, slavery, cruelty, and inhuman or degrading treatment." And to avoid "[REDACTED]"<br><br>Ex. 45 (Anthropic_0000000485); Ex. 30 (Def.'s Am. Supp. Resp. & Obj. to 1st Set of Interrogs. (Nos. 9, 11, 12) (Nov. 12, 2025)) at No. 12 | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
| --- | --- | --- |
| | Fact 110: Anthropic [REDACTED]<br><br>Ex. 11 (Bilmes Rebuttal) at ¶ 108 | |
| | Fact 111: Publishers' expert, Dr. Shawn Shan, reported "[REDACTED]"<br><br>Ex. 7 (Shan Report) at ¶ 30 | |
| | Fact 112: Anthropic has strengthened existing safeguards and added further technical auxiliary guardrails.<br><br>Ex. 30 (Def.'s Am. Supp. Resp. & Obj. to 1st Set of Interrogs. (Nos. 9, 11, 12) (Nov. 12, 2025)) at No. 12 | |
| | Fact 113: Publishers' expert, Dr. Ben Zhao, reported that Prompt Shield [REDACTED]<br><br>Ex. 10 (Zhao Report) at ¶ 120 | |
| | Fact 114: Publishers' expert, Dr. Shawn Shan, reports Prompt Shield is [REDACTED]'"<br><br>Ex. 7 (Shan Report) at ¶¶ 30, 72 | |
| | Fact 115: Prompt Shield [REDACTED]<br><br>Ex. 30 (Def.'s Am. Supp. Resp. & Obj. to 1st Set of Interrogs. (Nos. 9, 11, 12) (Nov. 12, 2025)) at No. 12 | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 116: Publishers' expert, Dr. Ben Zhao, reported "[REDACTED]'" [REDACTED]<br><br>Ex. 10 (Zhao Report) at ¶ 126 | |
| | Fact 117: Publishers' expert, Dr. Shawn Shan, reported that "[REDACTED]"<br><br>Pltfs. Exp. Shan Rpt. ¶ 30 | |
| | Fact 118: Publishers' expert, Dr. Shawn Shan, reported that he "[REDACTED]" Shan reported that "The system functions as an output filter. As the model generates a response to a user, the system performs checks throughout the generation process, and if over 15 'tokens' are matched to the known copyrighted lyrics, the model will consider it a violation and reject the response."<br><br>Ex. 7 (Shan Report)at ¶¶ 61-62 | |
| | Fact 119: Anthropic's [REDACTED] helps prevent the generation of outputs including substantial portions of copyrighted content. [REDACTED] | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [redacted] called the hash corpus. When the first [redacted] system was implemented on or around [redacted]. Then, on or around [redacted]<br><br>Ex. 30 (Def.'s Am. Supp. Resp. & Obj. to 1st Set of Interrogs. (Nos. 9, 11, 12) (Nov. 12, 2025)) at No. 12 | |
| | Fact 120: Anthropic usage policy instructs "Do Not Violate Applicable Laws or Engage in Illegal Activity," which "includes using our products or services to: [i]nfringe, misappropriate, or violate the intellectual property rights of a third party."<br><br>Ex. 62 (Anthropic_0000437165);<br>Ex. 64 (Anthropic_0000440731) | |
| | Fact 121: Once Anthropic received notice, it took immediate action that included strengthening existing guardrails and implementing new ones.<br><br>Daniela Amodei testified that when Anthropic "received the Complaint from Music Publishers, we [redacted]"<br><br>Ex. 111 (Daniela Amodei Dep.) at 356:25-357:8 | |
| | Fact 122: When asked whether [redacted] ABKCO 30(b)(6) Representative, Ms. Alisa Coleman, testified [redacted]<br><br>Ex. 110 (Coleman Dep.) at 184:1-5 | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 123: Concord 30(b)(6) Representative, Mr. Duff Berschback, testified that " Mr. Berschback testified that " Mr. Berschback testified that " And Mr. Berschback testified that Concord because<br><br>Ex. 104 (Berschback Dep.) at 252:5-254:23 | |
| | Fact 124: CCMG 30(b)(6) Representative, Mr. Kent Draughon, testified that, to his knowledge, neither Capitol CMG nor " " Mr. Draughon testified that he " Mr. Draughon testified that<br><br>Ex. 117 (Draughon Dep.) at 154:4-19 | |
| | Fact 125: UMPG 30(b)(6) Representative, Mr. David Kokakis, testified that, to his knowledge, Mr. Kokakis testified that, to his knowledge, "<br><br>Ex. 121 (Kokakis Dep.) at 293:1-9 | |
| | Fact 126: Anthropic's expert, Dr. Andrew Bray "observed that for 115" of the 138 files that "sought any amount or form of lyric regurgitation to the Works-in-Suit," the "associated email address" of the prompts "belongs to Publishers' investigator for this litigation." He concluded that "83.33% of the prompts that sought | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | any amount or form of lyric regurgitation to the Works-in-Suit belong to Publishers' known investigator."<br><br>Ex. 3 (Bray Report) at ¶¶ 40, 120, 148 | |
| | Fact 127: Publishers' investigator, Mr. Michael Candore, testified that he [REDACTED] He testified that for the "[REDACTED]." Mr. Candore testified that "[REDACTED]"<br><br>Ex. 107 (Candore Dep.) at 242:3-249:13 | |
| | Fact 128: Publishers' expert, Dr. Shawn Shan, reported "[REDACTED]." Dr. Shan also reported that [REDACTED]" Dr. Shan reported that he "[REDACTED]." Dr. Shan noted that, "[REDACTED]." Dr. Shan reported that "[REDACTED]"<br><br>Ex. 16 (Shan Rebuttal) at ¶¶ 36, 42-43 | |
| | Fact 129: Publishers' expert testified "[REDACTED]" When asked whether he [REDACTED] | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [redacted] Zhao responded "[redacted]" Zhao later testified "[redacted]"<br><br>Ex. 139 (Zhao Dep.) at 151:11-157:13 | |
| | Fact 130: Anthropic former Head of Trust and Safety, Dr. Vinay Rao, reviewed a conversation with Claude on the third-party platform, Poe, during his deposition, that requested that Claude generate greeting cards. Dr. Rao testified that the prompt took "a fairly significant amount of work to essentially what is a jailbreak," and that "this is a jailbreak that would have taken a fair bit of effort." Dr. Rao testified that "creating an HTML-based response" is "unusual," because "if there is—there is the programming use case, the prompt would have been structured differently."<br><br>Ex. 129 (Rao 30(b)(6) Dep.) at 153:4-154:23 | |
| | Fact 131: Publishers' expert, Dr. Shawn Shan, reported that [redacted]." Dr. Shan reported that he [redacted] Dr. Shan noted that, "[redacted]."<br><br>Ex. 16 (Shan Rebuttal) at ¶ 42 | |
| | Fact 132: ABKCO 30(b)(6) representative, Ms. Alisa Coleman, testified that "[redacted]."<br><br>Ex. 110 (Coleman Dep.) at 217:22-218:2 | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 133: UMPG 30(b)(6) Representative, David Kokakis, testified that he had "[REDACTED]"<br><br>Ex. 121 (Kokakis Dep.) at 295:11-17 | |
| | Fact 134: Anthropic's expert, Dr. Jeffrey Bilmes, reported that "[w]ith the exception of Claude.ai, which can be accessed directly through Anthropic interfaces, the APIs examined here are third-party services that integrate Anthropic's models but may configure system prompts, inference parameters, or guardrails execution [REDACTED]." He further reported that based on the "[REDACTED]"<br><br>Ex. 11 (Bilmes Rebuttal) at ¶ 210; Ex. 19 (Bilmes Reply) at ¶ 158 | |
| **Publishers' Secondary Liability Claims Fail As A Matter Of Law** | | |
| **Issue 1: No Evidence That Allegedly Infringing Outputs Were Generated By Prompts from True Third Parties** | Fact 135: Publishers stated that [REDACTED], and that [REDACTED] After serving their supplemental interrogatory response and confirming they did not intend to drop their contributory claims on April 13, 2026, on April 19, 2026 at 4:11 PM PT, Publishers informed Anthropic they do not intend to proceed on their claims for contributory infringement or vicarious liability.<br><br>Ex. 31 (Pls.' Supp. Resps. & Objs. to 2nd Set of Interrogs. (Nos. 3-4) (Apr. 13, 2026)) at No. 4; Ex. 146 (Z. Anwar Email to N. Hailey, Apr. 13, 2026); Ex. 152 (R. Burrell Email to N. Hailey, Apr. 19, 2026) | |
| | Fact 136: "Publishers have identified one post-suit Claude prompt-output record (Bates number Anthropic_0000064498, dated Nov. 7, 2023) that was | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | inadvertently miscategorized and cited as a third-party record in Publishers' Motion for Partial Summary Judgment and supporting materials."<br><br>Dkt 678 at 2 | |
| | Fact 137: Anthropic filed its *Daubert* motion seeking to exclude the testimony of Publishers' expert, Dr. Ben Zhao, on March 31, 2026. The motion noted that "Zhao's declaration" from the preliminary injunction stage "disclose[d] four prompts he used" that "match word-for-word with prompts and outputs submitted on November 7, 2023, that are part of a broader conversation with Claude" that was not previously disclosed.<br><br>Dkt. 663 at 4-5 | |
| **Issue 2: Anthropic Does Not Contributorily Infringe Publishers' Claimed Copyrights** | Fact 138: Publishers' expert, Dr. Ben Zhao, reported that Anthropic's "[REDACTED]"<br><br>Ex. 10 (Zhao Report) at ¶¶ 48, 117 | |
| | Fact 139: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, attested that "Constitutional AI is at the heart of all of Anthropic's models, and is designed to ensure AI safety by fine-tuning the models on a set of principles that Anthropic believes will cultivate steerable, helpful model behavior that aligned with human preferences."<br><br>Kaplan PI Decl. ¶ 38; *see also* Ex. 30 (Def.s Am. Supp. Resp. & Obj. to 1st Set of Interrogs. (Nos. 9, 11, 12) (Nov. 12, 2025)) at No. 12 | |
| | Fact 140:Anthropic co-founder, Mr. Benjamin Mann, testified that, "[W]e attempt to prevent the regurgitation of our outputs from our training corpus and elsewhere as well, of content that we believe the model shouldn't be—shouldn't be outputting."<br><br>Ex. 125 (Mann 30(b)(1) Dep. Vol. 2) at 200:13-201:2 | |
| | Fact 141: Anthropic 30(b)(6) representative, Dr. Deep Ganguli, testified that, "[w]e take IP very seriously," and explained that, "[copyright infringement]'s not a | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | usage of Claude that makes a lot of sense given that one can look up song lyrics by searching for them."<br><br>Ex. 119 (Ganguli 30(b)(6) Dep.) at 56:7-10, 77:21-23 | |
| | Fact 142: Anthropic's former Head of Trust and Safety, Dr. Vinay Rao, testified that, "we were dedicated to building a really, really good copyright respecting product."<br><br>Ex. 128 (Rao 30(b)(1) Dep.) at 33:10-14 | |
| | Fact 143: Anthropic co-founder and CEO, Dario Amodei, testified that potentially copyrighted content "isn't an intended output of Anthropic models. This is something we're trying to prevent. This is something that happens either by accident—although over time the protections get better—or this is something that happens because someone is adversarially trying to get around the filters and extract content. Neither of those things we want. And when they happen, we try to make them right."<br><br>Ex. 112 (Dario Amodei Dep.) at 78:10-78:18 | |
| | Fact 144: Publishers' expert, Dr. Ben Zhao, testified that there is a "[REDACTED] [.]"<br><br>Ex. 139 (Zhao Dep.) at 308:9-14 | |
| | Fact 145: Anthropic co-founder and Chief Science Officer, Dr. Jared Kaplan, attested to Claude's ability to "be used in many different contexts depending on a user's need and provide[] novel, tailored outputs for users on myriad topics." Dr. Kaplan attested that Claude can, for example, "[p]rovide helpful answers to user queries, which detailed background on technical, scientific, and cultural knowledge," "[s]peak a variety of common human languages," and "[h]andle basic instructions and logical scenarios, including formatting outputs, following if-then statements, and making a series of logical evaluations in a single prompt."<br><br>Kaplan PI Decl. ¶¶ 10-11 | |
| | Fact 146: Publishers' expert, Dr. Ben Zhao, testified that "[REDACTED] | |

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
| --- | --- | --- |
| | [redacted]" and "[redacted]."<br><br>Ex. 139 (Zhao Dep.) at 307:7-11; 311:13-313:6 | |
| | Fact 147: In a conversation with Claude a user [redacted]<br><br>Ex. 103 (DOC00095371) | |
| | Fact 148: In a conversation with Claude a user prompted Claude [redacted]<br><br>Ex. 102 (DOC00073700) | |
| | Fact 149: Anthropic co-founder and CEO, Mr. Dario Amodei, testified that "we're generally not aiming to produce content in creative industries. You know, Anthropic, it's very focused on code. It's very focused on work and productivity-based activities. So Anthropic has deliberately made – made choices not to – not to produce output in many creative modalities."<br><br>Ex. 112 (Dario Amodei Dep.) at 102:13-24 | |
| | Fact 150: Anthropic co-founder, Tom Brown, testified that, "[W]e want CLAUDE to be the best model for people who want to do work, particularly coding work. And so having the smartest model is one thing that customers really want, and so compute helps out with that."<br><br>Ex. 106 (Brown Dep.) at 48:17-21 | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 151: Anthropic co-founder, Mr. Tom Brown, testified that Anthropic was [redacted] and in response to the question [redacted]<br><br>Ex. 106 (Brown Dep.) at 94:11-16; *see also id.* 64:4-8, 64:12-16, 64:23-65:4, 86:3-7 | |
| | Fact 152: Publishers' expert, Mr. Joshua Dennis, reported that [redacted]."<br><br>Ex. 21 (Dennis Reply) at ¶ 14 | |
| | Fact 153: Out of a total of [redacted] Publishers report that they [redacted]<br><br>Ex. 31 (Pls.' Supp. Resps. & Objs. to 2nd Set of Interrogs. (Nos. 3-4) (Apr. 13, 2026)) | |
| | Fact 154: Anthropic's expert, Dr. Jefferey Bilmes, reported that [redacted].<br><br>Ex. 2 (Bilmes Report) at ¶ 347 & Table 8 | |
| | Fact 155: Anthropic's expert, Dr. Jefferey Bilmes, reported on one of his prompts and outputs [redacted] | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | [redacted] of Claude's response to the prompt "[redacted]<br><br>Ex. 2 (Bilmes Report) at ¶ 357 & Table 10 | |
| **Issue 3: Publishers Fail to Establish Vicarious Infringement** | Fact 156: Publishers' expert, Mr. Joshua Dennis, reported "[redacted]"<br><br>Ex. 21 (Dennis Reply) at ¶ 257 | |
| | Fact 157: Publishers' expert, Dr. Michael Smith, testified he was aware of "[redacted]"<br><br>Ex.133 (Smith Dep. Vol. 2) at 335:25-336:11 | |
| | Fact 158: Publishers' expert, Dr. Michael Smith, testified that he "[redacted]" when asked whether he was "[redacted]"<br><br>Ex. 133 (Smith Dep. Vol. 2) 335:14-18 | |
| | Fact 159: Publishers' expert, Dr. Michael Smith, reported that relying on [redacted]<br><br>Ex. 25 (Smith Reply) at ¶¶ 162-163 | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 160: Publishers' expert, Mr. Joshua Dennis, reported that "[redacted]"<br><br>Ex. 21 (Dennis Reply) at ¶ 257 & Ex. 22 (Dennis Reply Exhibit 8) | |
| | Fact 161: Publishers' expert, Dr. Smith, reported that "[redacted]"<br><br>Ex. 25 (Smith Reply) at ¶ 163 | |
| | Fact 162: Publishers' expert, Mr. Joshua Dennis, testified that he had not "[redacted]" as [redacted]<br><br>Ex. 115 (Dennis Dep.) at 277:06-278:14 | |
| **PUBLISHERS' DMCA CLAIM FAILS AS A MATTER OF LAW** | | |
| **Issue 1: Copyright Management Information Was Not Removed from the Whole of Publishers' Works** | Fact 163: Publishers' expert, Dr. Shawn Shan, testified that it is an "[redacted]" that [redacted]."<br><br>Ex. 131 (Shan Dep.) at 86:1-9 | |
| | Fact 164: Publishers' expert, Dr. Shawn Shan, testified that it is an "[redacted]" that [redacted]"<br><br>Ex. 131 (Shan Dep.) at 90:20-25 | |
| | Fact 165: Publishers' expert, Dr. Shawn Shan, testified that he "[redacted]" that Anthropic "[redacted]"<br><br>Ex. 131 (Shan Dep.) at 126:6-11 | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 166: Anthropic co-founder, Mr. Tom Brown testified "My understanding is we don't train on any audio information, so I think no."<br><br>Ex. 106 (Brown Dep.) at 176:12-17 | |
| | Fact 167: Anthropic co-founder and CEO, Mr. Dario Amodei testified "Claude doesn't generate audio for a song."<br><br>Ex. 112 (Dario Amodei Dep.) at 81:15-24 | |
| | Fact 168: Publishers' expert, Dr. Shawn Shan, reported that "[redacted]"<br><br>Ex. 24 (Shan Reply) at ¶ 30 | |
| | Fact 169: Publishers' expert, Dr. Shawn Shan, reported that "[redacted]"<br><br>Ex. 7 (Shan Report) at ¶ 59 | |
| | Fact 170: Publishers' expert, Dr. Shawn Shan, testified that "[redacted] and [redacted]"<br><br>Ex. 131 (Shan Dep.) at 318:15-319:18 | |

**PUBLIC REDACTED VERSION**

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Fact 171: Publishers' expert Dr. Shawn Shan reported that "[redacted]"<br><br>Ex. 24 (Shan Reply) at ¶ 29 | |
| | Fact 172: For every one of the 499 works, there was at least one webpage [redacted] that lacked CMI.<br><br>Ex. 11 (Bilmes Rebuttal) at ¶¶ 70-74 | |
| | Fact 173: Publishers' expert, Dr. Shawn Shan, testified "[redacted]" when asked, "[redacted]"<br><br>Ex. 131 (Shan Dep.) at 316:9-19 | |
| | Fact 174: Publishers' expert, Dr. Shawn Shan, testified that "[redacted]"<br><br>Ex. 131 (Shan Dep.) at 180:14-181:4 | |
| | Fact 175: Publishers' expert, Dr. Shawn Shan, testified, [redacted]."<br><br>Ex. 131 (Shan Dep.) at 321:18-21 | |
| | Fact 176: Publishers' expert, Dr. Shawn Shan, testified that he "[redacted]" but noted that he reviewed a document with "[redacted]" | |

PUBLIC REDACTED VERSION

| Claim or Defense | Anthropic's Undisputed Facts & Supporting Evidence | Publishers' Response & Supporting Evidence |
|---|---|---|
| | Ex. 131 (Shan Dep.) at 319:20-320:9 | |
| | Fact 177: Publishers' expert, Dr. Shawn Shan, testified that [REDACTED]<br><br>Ex. 131(Shan Dep.) at 320:19-321:21 | |
| | Fact 178: Publishers' expert, Dr. Ben Zhao reported that [REDACTED]" And he testified that he is "[REDACTED]" to whether "[REDACTED]"<br><br>Ex. 10 (Zhao Report) at ¶ 61; Ex. 39 (Zhao Dep.) at 289:11-18, 292:22-293:9 | |
| | Fact 179: Publishers' expert, Dr. Shawn Shan, reported that AZLyrics.com "[REDACTED]."<br><br>Ex. 24 (Shan Reply) at ¶ 27 (discussing Ex. 11 (Bilmes Rebuttal) ¶ 69, citing Ex. 100 ("Jay-Z - Dope Man Lyrics, AZLyrics.Com," (Anthropic_0000612704))) | |

I attest that the evidence cited herein fairly and accurately supports or disputes the facts as asserted.

**PUBLIC REDACTED VERSION**

Date: April 20, 2026

/s/ *Sonal N. Mehta*

SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6220

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California Street
San Francisco, CA 94111
Telephone: (628) 235-1000

JARED V. GRUBOW (*Pro Hac Vice)*
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

*Attorneys for Defendant*
**ANTHROPIC PBC**

**PUBLIC REDACTED VERSION**

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026 I did cause this document to be served on the following listed below and in the manner so indicated.

**By Electronic Mail**

OPPENHEIM + ZEBRAK, LLP
Matthew J. Oppenheim (*Pro Hac Vice*)
Nicholas C. Hailey (*Pro Hac Vice*)
Audrey Adu-Appiah (*Pro Hac Vice*)
Corey Miller (*Pro Hac Vice*)
Jeffrey M. Gould (*Pro Hac Vice*)
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com
corey@oandzlaw.com
jeff@oandzlaw.com

Jennifer Pariser (*Pro Hac Vice*)
Andrew Guerra (*Pro Hac Vice*)
Timothy Chung (*Pro Hac Vice*)
Michelle Gomez-Reichman (*Pro Hac Vice*)
Bret Matera (*Pro Hac Vice*)
Alexander Kaplan (*Pro Hac Vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com
mgomez-reichman@oandzlaw.com
bmatera@oandzlaw.com
alex@oandzlaw.com

COBLENTZ PATCH DUFFY & BASS LLP
Jeffrey G. Knowles
Christopher J. Weiner
Bina Patel
Thomas A. Harvey
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 772-5795
Ef-jgk@cpdb.com
cwiener@coblentzlaw.com
bpatel@coblentzlaw.com
Ef-Tah@cpdb.com

COWN, LEIBOWITZ & LATMAN, P.C.
Richard S. Mandel (*Pro Hac Vice*)
Jonathan Z. King (*Pro Hac Vice*)
Richard Dannay (*Pro Hac Vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

Dated: April 20, 2026

By: */s/ Sonal N. Mehta*
Sonal N. Mehta