SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
50 California Street
San Francisco, CA 94111
Telephone: (628) 235-1000

JARED V. GRUBOW (*Pro Hac Vice)*
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING**
**HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., ET AL.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ANTHROPIC PBC,<br><br>                    Defendant. | Case No. 5:24-cv-03811-EKL-SVK<br><br>**ANTHROPIC'S RESPONSE TO PUBLISHERS' NOTICE OF VOLUNTARY DISMISSAL OF COUNTS II AND III WITH PREJUDICE (DKT. 685)** |

Anthropic submits this response to Publishers' "Notice of Voluntary Dismissal of Counts II and III with Prejudice." Dkt. 685. After two and a half years of litigation, Publishers did not notify Anthropic that they intended to dismiss their claims for contributory infringement and vicarious infringement until the evening of Sunday, April 19, 2026, the day before Anthropic's summary judgment motion was due. Six days earlier, Publishers had insisted they were maintaining their claims when the Parties met and conferred regarding Anthropic's summary judgment motion, pursuant to Section 8.A of the Court's Civil Standing Order. They did not respond when Anthropic followed up by email about whether Publishers would drop their contributory infringement claim. And on Sunday evening, Publishers initially refused Anthropic's request for entry of judgment *with prejudice*. Not until the morning of Anthropic's summary judgment filing did Publishers agree to dismissal with prejudice. But even then, they refused to agree to entry of judgment on the claims or to stipulate that they would not seek to litigate the same issues in future cases. After defending against these claims for years, Anthropic is entitled to genuine finality—one that precludes Publishers from abandoning their claims to avoid an adverse judgment while holding open the possibility of asserting these same (meritless) issues again in some other future case.

Publishers acknowledge in a footnote that their filed notice is a legal nullity with no effect on Publishers' claims. *See* Dkt. 685 at 1 n.1. Federal Rule of Civil Procedure 41(a)(1)(A) forbids unilateral dismissal by notice after a defendant has answered, as Anthropic has done here, and only applies to dismissal of an entire "action." Rule 15 applies to the dismissal of particular claims and, at this stage, Rule 15(a)(2) permits Publishers to drop their claims only with Anthropic's consent or leave of the Court.

Anthropic has offered to meet and confer with Publishers this week. The Parties will update the Court if they are able to reach a resolution. Alternatively, Anthropic will respond in due course if Publishers file a motion pursuant to Rule 15(a)(2).

Date: April 21, 2026                    */s/ Sonal N. Mehta*

LOUIS W. TOMPROS (*Pro Hac Vice*)      SONAL N. MEHTA (SBN 222086)
louis.tompros@wilmerhale.com           sonal.mehta@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)           **WILMER CUTLER PICKERING**
disha.patel@wilmerhale.com             **HALE AND DORR LLP**
**WILMER CUTLER PICKERING**            2600 El Camino Real, Suite 400
**HALE AND DORR LLP**                  Palo Alto, CA 94306
60 State Street                        Telephone: (650) 858-6000
Boston, MA 02109
Telephone: (617) 526-6220              TAYLOR GOOCH (SBN 294282)
                                       taylor.gooch@wilmerhale.com
ARI HOLTZBLATT (SBN 354361)            **WILMER CUTLER PICKERING**
ari.holtzblatt@wilmerhale.com          **HALE AND DORR LLP**
ROBIN C. BURRELL (*Pro Hac Vice*)      50 California Street
robin.burrell@wilmerhale.com           San Francisco, CA 94111
**WILMER CUTLER PICKERING**            Telephone: (628) 235-1000
**HALE AND DORR LLP**
2100 Pennsylvania Ave, NW              JARED V. GRUBOW (*Pro Hac Vice)*
Washington, DC 20037                   jared.grubow@wilmerhale.com
Telephone: (202) 663-6000              **WILMER CUTLER PICKERING**
                                       **HALE AND DORR LLP**
                                       250 Greenwich Street
                                       New York, NY 10007
                                       Telephone: (212) 230-8800

                                       *Attorneys for Defendant*
                                       **ANTHROPIC PBC**