**CONSTANTINE CANNON LLP**
Seth D. Greenstein (*Admitted pro hac vice*)
sgreenstein@constantinecannon.com
1001 Pennsylvania Ave. NW, 1300N
Washington, D.C. 20004
Telephone: 202-204-3400

Dan Noel (SBN 339078)
dnoel@constantinecannon.com
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: 415-639-4001

*Attorneys for Amici Curiae*
*Chamber of Progress and Engine Advocacy*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:24-cv-03811-EKL (SVK) <br><br> **NOTICE OF MOTION AND MOTION OF CHAMBER OF PROGRESS AND ENGINE ADVOCACY FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. 7, Local Rule 7-1, and the Court's March 18, 2026 Order on the Parties' Joint Stipulation Setting Requirements for *Amici Curiae* Briefs in Connection with the Parties' Motions for Summary Judgment (ECF 592), Chamber of Progress and Engine Advocacy (Amici) respectfully move the Court for leave to file the attached brief (Exhibit A) as *amici curiae* in support of Defendant's Motion for Summary Judgment (ECF 693) and in opposition to Plaintiffs' Motion for Partial Summary Judgment (ECF 594). As required by the Court's Order on the Parties' Joint Stipulation, Amici sought consent from the parties to file their amicus brief: Defendant consented to the filing; and counsel for Plaintiffs stated that they took no position on this Motion for Leave. *See* ECF 592.

**INTRODUCTION AND INTERESTS OF AMICI CURIAE**

Chamber of Progress is a tech-industry coalition devoted to a progressive society and economy. Chamber of Progress backs public policies that will build a fairer, more inclusive country in which the tech industry operates responsibly and fairly, and in which all people benefit from technological leaps. Chamber of Progress seeks to protect Internet freedom and free speech, to promote innovation and economic growth, and to empower consumers. Many of Chamber of Progress' partners currently use, develop, and provide generative AI products and services.

Engine Advocacy is a nonprofit technology policy, research, and advocacy organization dedicated to bridging the gap between startups and policymakers. Engine works with government officials and a community of thousands of high-technology, growth-oriented startups nationwide to support innovation and entrepreneurship through research, policy analysis, and advocacy. Engine's community of startups includes companies developing and deploying AI across all industries and sectors.

Amici represent a broad set of stakeholders and offers distinct and useful perspectives on litigation involving technology, including through the regular filing of amicus briefs and public comments. The Court previously granted Chamber of Progress leave to file an amicus brief opposing Plaintiff's Motion for Preliminary Injunction. ECF 257. Amici should be granted leave

1

Motion for Leave to File Brief as Amici Curiae                    Case No. 5:24-cv-03811-EKL (SVK)

to file the proposed amicus brief because it will assist the Court in understanding the substantial public interest in generative artificial intelligence.

## ARGUMENT

"The district court has broad discretion to appoint amici curiae," *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), and generally courts have exercised "great liberality" in permitting amicus briefs. *California v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019). By "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration," *Miller-Wohl Co. v. Comm'r of Lab. & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982), amici curiae can help district courts navigate novel and complex issues, including in cases concerning technology and the internet. *See, e.g.*, *NetChoice, LLC v. Bonta*, 2023 WL 6131619 (N.D. Cal. Sept. 18, 2023).

Amici's proposed brief will assist this Court in understanding the substantial public interest in generative artificial intelligence, as well as the potential far-reaching impact of a decision for the Plaintiffs. Innovative AI technologies are transforming our society in ways that could not have been predicted even two years ago. It therefore is imperative that laws governing the use of AI be applied carefully, with due regard for the rights of the public as well as stakeholders. Amici thus argue the Court should apply copyright statutes and jurisprudence governing infringement and fair use consistent with the text of the Copyright Act and the constitutional purpose of copyright to advance public interests. In so doing, the Court should reject Plaintiffs' interpretation of the fair use doctrine and their atextual and extreme proposed "market dilution" theory.

## CONCLUSION

For these reasons, Amici respectfully request that the Court grant leave to file the attached brief.

Motion for Leave to File Brief as Amici Curiae          Case No. 5:24-cv-03811-EKL (SVK)

Dated: April 27, 2026

Respectfully submitted,

**CONSTANTINE CANNON LLP**

/s/ Seth Greenstein
Seth D. Greenstein (*Admitted pro hac vice*)
sgreenstein@constantinecannon.com
1001 Pennsylvania Ave. NW, 1300N
Washington, D.C. 20004
Telephone: 202-204-3400

Dan Noel (SBN 339078)
dnoel@constantinecannon.com
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: 415-639-4001

*Attorneys for Amici Curiae
Chamber of Progress and Engine Advocacy*

Motion for Leave to File Brief as Amici Curiae                    Case No. 5:24-cv-03811-EKL (SVK)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send Notices of Electronic Filing to all counsel of record.

/s/ Seth Greenstein

Seth D. Greenstein (*Admitted pro hac vice*)

Motion for Leave to File Brief as Amici Curiae                    Case No. 5:24-cv-03811-EKL (SVK)