**CONSTANTINE CANNON LLP**
Seth D. Greenstein (*Admitted pro hac vice*)
sgreenstein@constantinecannon.com
1001 Pennsylvania Ave. NW, 1300N
Washington, D.C. 20004
Telephone: 202-204-3400

Dan Noel (SBN 339078)
dnoel@constantinecannon.com
50 California Street, Suite 1500
San Francisco, California 94111
Telephone: 415-639-4001

*Attorneys for Amici Curiae*
*Chamber of Progress and Engine Advocacy*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> ANTHROPIC PBC, <br><br> *Defendant.* | Case No. 5:24-cv-03811-EKL (SVK) <br><br> **[PROPOSED] ORDER GRANTING MOTION OF CHAMBER OF PROGRESS AND ENGINE ADVOCACY FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Before this Court is the Motion for Leave to File Brief as Amici Curiae in Support of Defendant's Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (the "Motion"), filed by Chamber of Progress and Engine Advocacy (collectively, "Amici"). Having considered the Motion and all other papers filed therein, the Motion is hereby GRANTED. Amici's Brief, filed concurrently as Exhibit A to the Motion, is hereby deemed FILED as of April 27, 2026.

**IT IS SO ORDERED.**

Dated:_____, 2026        _____
                                                      Honorable Judge Eumi K. Lee
                                                      United States District Judge

-1-
[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE
Case No. 5:24-cv-03811-EKL-SVK