Corynne McSherry(SBN 221504)
corynne@eff.org
Mitchell L. Stoltz (SBN 291302)
mitch@eff.org
Victoria Nobel (SBN 337290)
tori@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae* ELECTRONIC
FRONTIER FOUNDATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No. 5:24-cv-003811-EKL-SVK <br><br> **CERTIFICATION OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of the Electronic Frontier Foundation that there is no such interest to report.

Furthermore, EFF certifies that they have no parent corporation or any publicly held corporation owning 10% or more of its stock.

DATED:  April 27, 2026          By:   /s/  *Corynne McSherry*
                                      Corynne McSherry

                                ELECTRONIC FRONTIER FOUNDATION
                                815 Eddy Street
                                San Francisco, CA  94109
                                Telephone: (415) 436-9333
                                Facsimile: (415) 436-9993

                                *Attorneys for Amicus Curiae Electronic Frontier Foundation*