CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
Victoria Nobel (SBN 337290)
tori@eff.org
Mitchell L. Stoltz (SBN 291302)
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae* ELECTRONIC
FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL, | No. 5:24-cv-03811-EKL-SVK |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT ANTHROPIC PBC'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

PLEASE TAKE NOTICE that on July 15, 2026, at 10:00 a.m., before United States District Judge Eumi K. Lee, in Courtroom 7 on the 4th Floor of the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA 95113, Amicus Curiae Electronic Frontier Foundation ("EFF") shall and hereby does move, pursuant to Fed. R. Civ. P. 7(b) and Local Rules 7-1 and 7-2, for leave to file the proposed amicus curiae brief in support of defendant Anthropic PBC's motion for summary judgment filed in this Court on April 20, 2026 (ECF No. 686, 693). The Brief is annexed to this motion (the "Motion") as Exhibit A and, should this Motion be granted, EFF requests that the Brief be deemed to have been filed as of the date of this Motion (April 27, 2026).

Defendants consent to the filing of this motion and hearing date. Plaintiffs take no position regarding the motion or hearing date. For the reasons that follow, the motion should be granted.

## I.    Identity and Interests of Amicus Curiae

EFF is a member-supported, nonprofit civil liberties organization that has worked for more than 30 years to protect free expression, access to knowledge, and innovation. EFF, its more than 30,000 members, and the community of technology users they represent have a strong interest in a copyright system promotes the progress of science by balancing copyright incentives with countervailing constitutional interests.

Consistent with this mission, EFF frequently appears as *amicus curiae* in novel copyright cases, provides free legal counseling on copyright issues, and advocates for balanced copyright policy in legislative and regulatory arenas. EFF brings a critical and underrepresented perspective to its amicus advocacy work by keeping the public interest at the forefront and highlighting how judicial decisions may impact people other than commercial stakeholders or the immediate parties to a dispute.

## II.    EFF's Brief Will Assist This Court's Understanding of the Implications of its Ruling for Future Innovation

As the Court is doubtless aware, the emergence of generative AI has been met with an extraordinary degree of anxiety, some of which is entirely speculative.  Rulings in the multiple copyright cases now working their way through the courts, including this one, could reshape the future of technological innovation and possibly copyright law as well.

EFF's brief will assist the Court by comparing the emergence of generative AI tools to previous technological innovations, in order to place these general purpose tools in appropriate legal and historical context. EFF's brief also explains the potential implications of the Court's pending summary judgment ruling for the multiple communitiesthat use generative AI tools, including creators, academic researchers, vision-impaired people, and open-source developers. Contrary to the speculation and hyperbole of Plaintiffs and their amici, AI-assisted creativity is unlikely to "replace" human creativity; rather, it is more likely to enhance it, serving the purposes of copyright. Accordingly, Plaintiffs' novel "market dilution" theory of copyright harm is unmoored not only from copyright law, but also from empirical reality. And imposing licensing requirements on the use of copyrighted works for training would impede innovation by giving a veto to the few companies that are well-placed to make sweeping licensing deals.

EFF's analysis will aid this Court. Therefore, EFF respectfully requests that the Court grant its motion for leave to file the attached amicus brief.

DATED:  April 27, 2026

Respectfully submitted,

By:    /s/  *Corynne McSherry*
          Corynne McSherry

          Victoria Noble
          Mitchell L. Stoltz
          ELECTRONIC FRONTIER
          FOUNDATION

815 Eddy Street
San Francisco, CA  94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Amicus Curiae Electronic Frontier Foundation*