CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
Mitchell L. Stoltz (SBN 291302)
mitch@eff.org
Victoria Noble (SBN 337290)
tori@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae* ELECTRONIC
FRONTIER FOUNDATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | No. 5:24-cv-003811-EKL-SVK <br><br> **[PROPOSED] ORDER GRANTING MOTION BY AMICUS CURIAE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF ANTHROPIC'S MOTION FOR SUMMARY JUDGMENT** <br><br> Judge Eumi K. Lee <br> Magistrate Judge Susan van Keulen |

Having considered Amicus Curie Electronic Frontier Foundation's April 27, 2026 Motion for leave to file the amicus brief in support of Defendant's Motion for Summary Judgment, attached to the motion as Exhibit A,

The Motion is GRANTED and the amicus brief is deemed FILED as of April 27, 2026.

IT IS SO ORDERED:

DATED:                                  _____
                                         Honorable Eumi K. Lee

5:24-cv-003811-
EKL-SVK                          [PROPOSED] ORDER