**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CONCORD MUSIC GROUP, INC. et al., | Case No.: 5:24-cv-03811-EKL |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION BY THE COMPUTER AND COMMUNICATIONS INDUSTRY ASSOCIATION, A.I. PROGRESS, INC., AND NETCHOICE, LLC FOR LEAVE TO FILE BRIEF AS** *AMICI CURIAE* |
| ANTHROPIC PBC, | |
| Defendant. | Before:      Hon. Eumi K. Lee |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*                                    CASE NO. 5:24-CV-03811-EKL

Before this Court is the unopposed Motion for Leave to File Brief as *Amici Curiae* in Support of Defendant Anthropic PBC's Motion for Summary Judgment and Opposition to Publishers' Motion for Partial Summary Judgment (the "Motion"), filed by the Computer and Communications Industry Association, A.I. Progress, Inc., and NetChoice, LLC (collectively, "*Amici*"). Having considered the Motion and all other papers filed therein, the Motion is hereby GRANTED. *Amici*'s Brief, attached as Exhibit A to the Motion, is hereby deemed FILED.

**IT IS SO ORDERED.**

Dated:

Hon. Eumi K. Lee
United States District Judge