United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONCORD MUSIC GROUP, INC., et al.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 24-cv-03811-EKL

**ORDER GRANTING LEAVE TO FILE BRIEFS**

Re: Dkt. Nos. 633, 635, 698, 701, 706, 711

Several *amici curiae* seek leave to file briefs in support of the parties' cross-motions for summary judgment.  ECF Nos. 633, 635, 698, 701, 706, 711.  The proposed briefs are attached to the motions seeking leave, and the parties were consulted before the briefs were filed.  No party opposes any motion for leave.  Accordingly, the motions for leave are GRANTED, and the proposed briefs are deemed to have been timely filed.  The Court thanks *amici curiae* for their attention to this matter.

**IT IS SO ORDERED.**

Dated: June 22, 2026

Eumi K. Lee
United States District Judge