**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com
andrew@oandzlaw.com
tchung@oandzlaw.com

*Attorneys for Plaintiffs*

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

CONCORD MUSIC GROUP, INC.;
CAPITOL CMG, INC. D/B/A ARIOSE
MUSIC, D/B/A CAPITOL CMG GENESIS,
D/B/A CAPITOL CMG PARAGON, D/B/A
GREG NELSON MUSIC, D/B/A JUBILEE
COMMUNICATIONS, INC., D/B/A
MEADOWGREEN MUSIC COMPANY,
D/B/A MEAUX HITS, D/B/A MEAUX
MERCY, D/B/A RIVER OAKS MUSIC,
D/B/A SHEPHERD'S FOLD MUSIC, D/B/A
SPARROW SONG, D/B/A WORSHIP
TOGETHER MUSIC, D/B/A
WORSHIPTOGETHER.COM SONGS;
UNIVERSAL MUSIC CORP. D/B/A ALMO
MUSIC CORP., D/B/A CRITERION MUSIC
CORP., D/B/A GRANITE MUSIC CORP.,
D/B/A IRVING MUSIC, INC., D/B/A
MICHAEL H. GOLDSEN, INC., D/B/A

Case Number: 5:24-cv-03811-EKL-SVK

**FIRST SECOND AMENDED
COMPLAINT AND DEMAND FOR JURY
TRIAL**

Judge Eumi K. Lee
Magistrate Judge Susan van Keulen

UNIVERSAL – GEFFEN MUSIC, D/B/A UNIVERSAL MUSIC WORKS; SONGS OF UNIVERSAL, INC. D/B/A UNIVERSAL – GEFFEN AGAIN MUSIC, D/B/A UNIVERSAL TUNES; UNIVERSAL MUSIC – MGB NA LLC D/B/A MULTISONGS, D/B/A UNIVERSAL MUSIC – CAREERS, D/B/A UNIVERSAL MUSIC – MGB SONGS; POLYGRAM PUBLISHING, INC. D/B/A UNIVERSAL – POLYGRAM INTERNATIONAL TUNES, INC., D/B/A UNIVERSAL – POLYGRAM INTERNATIONAL PUBLISHING, INC., D/B/A UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; UNIVERSAL MUSIC – Z TUNES LLC D/B/A NEW SPRING PUBLISHING, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON PUBLISHING, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON SONGS, D/B/A UNIVERSAL MUSIC – BRENTWOOD BENSON TUNES, D/B/A UNIVERSAL MUSIC – Z MELODIES, D/B/A UNIVERSAL MUSIC – Z SONGS; and ABKCO MUSIC, INC.,

     Plaintiffs,

     v.

ANTHROPIC PBC,

     Defendant.

Plaintiffs Concord Music Group, Inc.; Capitol CMG, Inc. d/b/a Ariose Music, d/b/a Capitol CMG Genesis, d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee Communications, Inc., d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux Mercy, d/b/a River Oaks Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a Worship Together Music, d/b/a Worshiptogether.com Songs; Universal Music Corp. d/b/a Almo Music Corp., d/b/a Criterion Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc., d/b/a Michael H. Goldsen, Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works; Songs of Universal, Inc. d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes; Universal Music – MGB NA LLC d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a Universal Music –

MGB Songs; Polygram Publishing, Inc. d/b/a Universal – Polygram International Tunes, Inc., d/b/a Universal – Polygram International Publishing, Inc., d/b/a Universal – Songs of Polygram International, Inc.; Universal Music – Z Tunes LLC d/b/a New Spring Publishing, d/b/a Universal Music – Brentwood Benson Publishing, d/b/a Universal Music – Brentwood Benson Songs, d/b/a Universal Music – Brentwood Benson Tunes, d/b/a Universal Music – Z Melodies, d/b/a Universal Music – Z Songs; and ABKCO Music, Inc. (collectively, "Publishers"), for their complaint against Defendant Anthropic PBC ("Anthropic"), allege, on personal knowledge as to matters relating to themselves and on information and belief as to all other matters, as set forth below.

## NATURE OF THE CASE

1.      Publishers bring this action to address the systematic and widespread infringement of their copyrighted song lyrics by the artificial intelligence ("AI") company Anthropic. In the process of building and operating AI models, Anthropic unlawfully copies and disseminates vast amounts of copyrighted works—including the lyrics to myriad musical compositions owned or controlled by Publishers. Publishers embrace innovation and recognize the great promise of AI when used ethically and responsibly. But Anthropic violates these principles on a systematic and widespread basis. Anthropic must abide by well-established copyright laws, just as countless other technology companies regularly do.

2.      Although the AI technology involved in this case may be complex and cutting-edge, the legal issues presented here are straightforward and long-standing. A defendant cannot reproduce, distribute, and display someone else's copyrighted works to build its own business unless it secures permission from the rightsholder. This foundational rule of copyright law dates all the way back to the Statute of Anne in 1710, and it has been applied time and time again to numerous infringing technological developments in the centuries since. That principle does not fall away simply because a company adorns its infringement with the words "AI." Just like the developers of other technologies that have come before, from the printing press to the copy machine to the web-crawler, AI companies must follow the law.

3.      The recent explosion in the development of AI portends extraordinary changes in the way people and businesses operate, including the potential for exceptional breakthroughs for

the music and entertainment industries. But, those advances cannot come at the expense of the existing and future creators who serve as the backbone for AI's development.

4.    Publishers are among the world's leading music publishers. They own or control the copyrights to the musical compositions—including the lyrics contained therein—for thousands of the most popular and beloved songs of all time. Publishers' core business functions include representing and advocating for thousands of talented and creative songwriters. Publishers foster the creation of musical compositions by composers and lyricists, promote their works, protect their copyrights, and ensure that they receive proper remuneration for their creative efforts, through the commercial licensing of their copyrighted works, including song lyrics.

5.    Music is rooted in creativity and innovation. To succeed, Publishers innovate, foster innovation, and partner with innovators—including entrepreneurs, start-ups, and established companies. Whether in their own operations or by accelerating start-up businesses or partnering with other companies, Publishers recognize and drive true innovation. For example, Universal uses AI in its business and production operations. By contrast, Anthropic's copyright infringement is not innovation; in layman's terms, it's theft.

6.    Anthropic is in the business of developing, operating, selling, and licensing AI technologies. Its primary product is a series of AI models referred to as "Claude." Anthropic builds its AI models by scraping and ingesting massive amounts of text from the internet and third-party training datasets, and then using that vast corpus to train its AI models to generate output based on this copied text. The text that Anthropic copies to fuel its AI models includes the copyrighted lyrics to innumerable musical compositions for which Publishers own or control the copyrights—a fact Anthropic has never denied—among countless other copyrighted works harvested from the internet without authorization from the copyright owners. This copyrighted material is not free for the taking simply because it can be found on the internet. Anthropic has neither sought nor secured Publishers' permission to use their valuable copyrighted works in this way. Just as Anthropic does not want its code taken without its authorization, neither do music publishers or any other copyright owners want their works to be exploited without permission.

7.      Anthropic claims to be different from other AI businesses. It euphemistically calls itself an AI "safety and research" company, and it claims that, by training its AI models using a so-called "constitution," it ensures that those programs are more "helpful, honest, and harmless." Yet, despite its purportedly principled approach, Anthropic infringes on copyrights without regard for the law or respect for the creative community whose contributions are the backbone of Anthropic's infringing service.

8.      As a result of Anthropic's mass copying and ingestion of Publishers' song lyrics as input, Anthropic's AI models generate identical or nearly identical copies of those lyrics as output, in clear violation of Publishers' copyrights. For example, when Publishers' investigators prompted Anthropic's Claude AI model to provide the lyrics to "A Change Is Gonna Come," "God Only Knows," "What a Wonderful World," "Gimme Shelter," "American Pie," "Sweet Home Alabama," "Every Breath You Take," "Life Is a Highway," "Somewhere Only We Know," "Halo," "Moves Like Jagger," "Uptown Funk," and hundreds of Publishers' other musical compositions, the AI model provided responses containing all or significant portions of those lyrics. *See* Exhibit B.

9.      But Publishers are far from the only ones who have used Anthropic's AI models in this manner. Countless users unaffiliated with Publishers have prompted Claude for lyrics in the very same ways, and Claude has responded by generating output that likewise copies verbatim or near-verbatim the copyrighted lyrics to Publishers' works—including, for example, the lyrics to "Highway 61 Revisited," "Sweet Caroline," "The Boys are Back in Town," and "Message in a Bottle"—as shown in the limited records Anthropic has produced so far in this litigation.

10.      This is only the tip of the iceberg in terms of Anthropic's infringement. During just a nine-day period in September 2023, the month before Publishers filed this lawsuit, the term "lyric" appeared in more than 170,000 Claude prompt and output records—nearly 20,000 every day. In total, literally millions of Claude prompt and output records contain the term "lyric." Many of these are prompts by third-party Claude users seeking lyrics to Publishers' works and output by Anthropic's AI models copying those lyrics.

11.      What's more, Anthropic itself has repeatedly requested lyrics from its Claude AI models when developing and training those models. Anthropic's internal chat records reveal that

5

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

key Anthropic employees explicitly contemplated prompting Claude for the lyrics to Publishers' works and discussed various lyric-related prompts. In fact, Anthropic's own co-founder and chief compute officer Tom Brown queried "@Claude what are the lyrics to desolation row by Dylan?", one of Publishers' works. Likewise, Anthropic and the temporary employees it hired to "finetune" its AI models using reinforcement learning from human feedback repeatedly prompted Anthropic's AI models to respond to specific requests for Publishers' lyrics—such as "What are the lyrics to American Pie by Don McLean?" and "Please provide the lyrics for the song 'Only Hope' by Mandy Moore"—among other prompts regarding lyrics to Publishers' works and other songs.

12.     In short, contrary to Anthropic's repeated representations that its users do not use Claude to find lyrics, the evidence shows the opposite. Anthropic's users demonstrably do use Claude for this purpose. Anthropic intended, expected, and designed its AI models to respond to prompts for Publishers' and others' lyrics and to copy the lyrics in output—as a feature, not a bug.

13.     There are already a number of music lyrics aggregators and websites that serve this same function, but those sites have properly licensed Publishers' copyrighted works to provide this service. Indeed, there is an existing market through which Publishers license their copyrighted lyrics, ensuring that the creators of musical compositions are compensated and credited for such uses. By refusing to license the copyrighted lyrics it is copying and distributing, Anthropic is depriving Publishers and their songwriters of control over their copyrighted works and the hard-earned benefits of their creative endeavors, competing unfairly against those website developers that respect the copyright law and pay for licenses, and undermining existing and future licensing markets in untold ways.

14.     What's more, Anthropic's AI models generate output containing Publishers' lyrics even when the models are not specifically asked to do so. Indeed, Anthropic's Claude responded to a whole range of prompts by Publishers' investigators that did not seek Publishers' lyrics—such as requests to write a song about a certain topic, provide chord progressions for a given musical composition, or write poetry or short fiction in the style of a certain artist or songwriter—by generating output that nevertheless copied Publishers' lyrics. For example, when asked by Publishers' investigator to write "a song about the death of Buddy Holly," Claude generated a

verbatim copy of the lyrics to "American Pie."

15.    Anthropic's AI models likewise copy Publishers' lyrics in output to third-party users, even when those users do not ask for lyrics. For instance, when a user unaffiliated with Publishers asked Claude for assistance in writing a short story, Claude generated output copying lyrics from "House at Pooh Corner," another of Publishers' works, though the user had never asked for those lyrics. Anthropic's AI models, in other words, are so suffused with Publishers' copyrighted lyrics that they spit out copies even when users seek something else.

16.    By copying and exploiting Publishers' lyrics in this manner—both as the input it uses to train its AI models and as the output those AI models generate—Anthropic directly infringes Publishers' exclusive rights as copyright holders, including the rights of reproduction, preparation of derivative works, distribution, and public display. ~~In addition, because Anthropic knowingly and purposefully enables, encourages, and profits from massive copyright infringement by its users, it is secondarily liable for the infringing acts of its users under well-established theories of contributory infringement and vicarious infringement.~~

17.    Moreover, Anthropic's AI output often omits critical copyright management information regarding Publishers' works, in further violation of Publishers' rights. Anthropic intentionally strips copyright notices and other copyright management information from Publishers' lyrics when training its AI models, dismissing this vital information as "useless junk" in internal conversations. As a result, when Anthropic's Claude model generates output containing Publishers' lyrics, that output rarely—if ever—includes copyright notices, and it frequently excludes or misstates other key copyright management information, like song title and songwriter. In this respect, the composers of the song lyrics frequently do not get recognition for being the creators of the works that are being distributed. Anthropic's behavior is thus antithetical to the ethical and legal rules it purports to embrace.

18.    Anthropic profits richly from its infringement of Publishers' repertoires and other copyright owners' works. Though the company only recently launched, Anthropic is already reportedly valued at $61.5 billion or more, has received billions of dollars in funding, and boasts hundreds of thousands of daily Claude users, as well as thousands of high-profile commercial

customers and partnerships.[1] None of that would be possible without the vast troves of copyrighted material that Anthropic scrapes from the internet and exploits as the input and output for its AI models. Unlike songwriters, who are creative by nature, Anthropic's AI models are not creative—they depend entirely on the creativity of others to generate content that resembles but is a far cry from human authorship.

19. Yet, Anthropic pays nothing to Publishers, their songwriters, or the countless other copyright owners whose copyrighted works Anthropic uses to train its AI models. Anthropic has never even attempted to license the use of Publishers' lyrics.

20. Anthropic's copyright infringement causes substantial and irreparable harm. Anthropic's unlawful conduct enriches Anthropic at the expense of Publishers and their songwriters and to the detriment of music creation. If left unchecked, Anthropic will continue to infringe Publishers' rights and cause damage on a broad scale to Publishers and the songwriters they represent, supplanting the fruits of human ingenuity and creativity with automated infringements that simulate genuine expressive works. Accordingly, Publishers bring this action to stop Anthropic's infringement and remedy the significant harm Anthropic has caused.

## JURISDICTION AND VENUE

21. This is a civil action in which Publishers seek injunctive relief and damages under the Copyright Act, 17 U.S.C. § 101, *et seq*. As such, the Court has original subject matter jurisdiction over Publishers' copyright infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

22. This Court has personal jurisdiction over Anthropic because Anthropic is headquartered in this District, does systematic and continuous business in this District, and has committed acts of infringement—including the reproduction of Publishers' copyrighted lyrics and the distribution of Publishers' lyrics to California citizens—within this District.

23. Venue is proper in this District in accordance with 28 U.S.C. §§ 1391(b) and 1400(a) because Anthropic and its agents reside or may be found in this District; Anthropic conducts, transacts, and solicits business in this District; and because a substantial portion of the events and

---

[1] Decl. of Jared Kaplan ¶ 31, Jan. 16, 2024, ECF No. 67-1.

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

omissions giving rise to the claims asserted herein, including Anthropic's copyright infringement and commercialization of its Claude models, occurred in this District.

## THE PARTIES

**Plaintiff Concord**

24.     Plaintiff Concord Music Group, Inc. ("Concord") is a Delaware corporation with its principal place of business in Nashville, Tennessee.

25.     Concord is a global, independent music publisher with rights in over 800,000 copyrighted musical works by some of the world's most celebrated songwriters, composers, and lyricists, including, for example, "7 Rings" (as recorded by Ariana Grande) and "Humble and Kind" (as recorded by Tim McGraw). Concord has its headquarters in Nashville and represents songwriters based in Tennessee and elsewhere.

**Plaintiff Universal**

26.     Plaintiff Capitol CMG, Inc. d/b/a Ariose Music, d/b/a Capitol CMG Genesis, d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee Communications, Inc., d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux Mercy, d/b/a River Oaks Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a Worship Together Music, d/b/a Worshiptogether.com Songs is a California corporation with its principal place of business in Santa Monica, California. Their offices are based in Brentwood, Tennessee, with over 100 employees there.

27.     Plaintiff Universal Music Corp. d/b/a Almo Music Corp., d/b/a Criterion Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc., d/b/a Michael H. Goldsen, Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works is a Delaware corporation with its principal place of business in Santa Monica, California.

28.     Plaintiff Songs of Universal, Inc. d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes is a California corporation with its principal place of business in Santa Monica, California.

29.     Plaintiff Universal Music – MGB NA LLC d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a Universal Music – MGB Songs is a California limited liability company with its principal place of business in Santa Monica, California.

30.     Plaintiff Polygram Publishing, Inc. d/b/a Universal – Polygram International Tunes, Inc., d/b/a Universal – Polygram International Publishing, Inc., d/b/a Universal – Songs of Polygram International Inc. is a Delaware corporation with its principal place of business in Santa Monica, California.

31.     Plaintiff Universal Music – Z Tunes LLC d/b/a New Spring Publishing, d/b/a Universal Music – Brentwood Benson Publishing, d/b/a Universal Music – Brentwood Benson Songs, d/b/a Universal Music – Brentwood Benson Tunes, d/b/a Universal Music – Z Melodies, d/b/a Universal Music – Z Songs is a New York limited liability company with its principal place of business in Santa Monica, California.

32.     Plaintiffs Capitol CMG, Inc. d/b/a Ariose Music, d/b/a Capitol CMG Genesis, d/b/a Capitol CMG Paragon, d/b/a Greg Nelson Music, d/b/a Jubilee Communications, Inc., d/b/a Meadowgreen Music Company, d/b/a Meaux Hits, d/b/a Meaux Mercy, d/b/a River Oaks Music, d/b/a Shepherd's Fold Music, d/b/a Sparrow Song, d/b/a Worship Together Music, d/b/a Worshiptogether.com Songs; Universal Music Corp. d/b/a Almo Music Corp., d/b/a Criterion Music Corp., d/b/a Granite Music Corp., d/b/a Irving Music, Inc., d/b/a Michael H. Goldsen, Inc., d/b/a Universal – Geffen Music, d/b/a Universal Music Works; Songs of Universal, Inc. d/b/a Universal – Geffen Again Music, d/b/a Universal Tunes; Universal Music – MGB NA LLC d/b/a Multisongs, d/b/a Universal Music – Careers, d/b/a Universal Music – MGB Songs; Polygram Publishing, Inc. d/b/a Universal – Polygram International Tunes, Inc., d/b/a Universal – Polygram International Publishing, Inc., d/b/a Universal – Songs of Polygram International, Inc.; and Universal Music – Z Tunes LLC d/b/a New Spring Publishing, d/b/a Universal Music – Brentwood Benson Publishing, d/b/a Universal Music – Brentwood Benson Songs, d/b/a Universal Music – Brentwood Benson Tunes, d/b/a Universal Music – Z Melodies, d/b/a Universal Music – Z Songs are referred to herein collectively as "Universal."

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

33.     The entities comprising Universal are part of Universal Music Publishing Group, one of the largest music publishers in the world, with rights to an extensive music catalog, representing iconic standards and hit pop songs alike. Universal Music Publishing Group has an office in Nashville and represents songwriters based in Tennessee and elsewhere.

**Plaintiff ABKCO**

34.     Plaintiff ABKCO Music, Inc. ("ABKCO") is a New York corporation with its principal place of business in New York, New York.

35.     ABKCO is a leading independent music publisher. Founded over 60 years ago, ABKCO holds rights in the catalogs of countless iconic songwriters, including Sam Cooke (for example, "You Send Me," as recorded by Sam Cooke) and Mick Jagger/Keith Richards (for example, "Wild Horses," as recorded by the Rolling Stones), among many others. ABKCO represents songwriters based in Tennessee and elsewhere.

**Defendant Anthropic**

36.     Defendant Anthropic PBC is a Delaware corporation with its principal place of business at 548 Market Street, PMB 90375, San Francisco, California 94104-5401.

## PUBLISHERS AND THEIR COPYRIGHTS

37.     Publishers are among the world's foremost music publishers. As music publishers, they foster the creation and lawful exploitation of musical compositions, including the lyrics contained therein. Publishers serve as representatives and advocates for the interests of the songwriters they represent, *i.e.*, lyricists and composers, who have written many of the most well-known and cherished songs of all time. Publishers are committed to artistry, innovation, and entrepreneurship.

38.     It takes enormous talent, energy, and resources for songwriters to create the songs listened to by fans throughout the world. Publishers' songwriters pour their hearts and souls into the lyrics they create. Those lyrics are essential to providing narrative, expressing emotion, and, ultimately, creating meaning in music. Indeed, lyrics are often the most recognizable and memorable aspects of songs. Publishers serve the songwriters who write these lyrics by assisting them in their creative process and promoting their works to record companies and recording artists.

39.    Publishers and their songwriters rely upon the United States' copyright laws to protect their musical compositions from infringement and preserve their artistic integrity and economic interests in the music they create. Publishers' financial incentives to invest in songwriters and the creation and promotion of their musical compositions flow directly from the protections afforded by copyright. Copyright protection is what enables music publishers to invest substantial time, money, effort, and talent to develop, promote, publish, administer, acquire, license, and otherwise exploit the copyrights in the musical compositions written by the many songwriters they represent.

40.    Publishers own and/or control, in whole or in part, the exclusive rights to millions of valuable musical compositions, including the compositions listed on Exhibit A, which is an illustrative and non-exhaustive list of the musical compositions owned by Publishers that Anthropic infringed, and which will be amended as necessary as the case proceeds.

41.    Publishers own, control, administer, or are the exclusive licensors of the copyrights in and to these works in a variety of ways, including pursuant to agreements with the songwriters and rightsholders.

42.    All the musical compositions listed on Exhibit A constitute original works and copyrightable subject matter pursuant to the Copyright Act, 17 U.S.C. § 101, *et seq.*, and they have been duly registered with the U.S. Copyright Office. The copyrights in the musical compositions set forth in Exhibit A remain valid and subsisting and have been owned and/or controlled by Publishers at all times relevant to the allegations in this Complaint.

43.    The registered copyrights for these musical compositions include the lyrics contained therein.

44.    Publishers own and/or exclusively control the rights set forth in 17 U.S.C. § 106 of the Copyright Act with respect to the musical compositions on Exhibit A, and many more.

45.    Each of the rights under the Copyright Act—including the rights to reproduce the work, prepare derivative works, distribute copies to the public, and display the work publicly—is a separate right within the bundle of rights that a copyright owner (or holder of an exclusive license)

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

may choose to exploit. These rights are reserved under copyright law for those that own or control them, and Anthropic is not authorized to appropriate them to build its business model.

46.    Publishers work to ensure that songwriters' creative achievements are properly rewarded. Anyone who wants to use the musical compositions owned and/or controlled by Publishers, including the lyrics contained therein, must comply with copyright law by obtaining necessary licenses from them.

47.    Publishers routinely enter into various licenses and agreements relating to the musical compositions in their catalogs, collect the income arising from such transactions, and compensate their songwriters with their applicable share of the income. Those songwriters, in turn, rely on that income to earn a living so that they can continue to enrich the world with new music. Indeed, the music publishing industry is based on a model of licensing, permission, and authorization, which ensures that songwriters and publishers are appropriately compensated for authorized uses of their works and retain control over the exploitation of such works.

48.    Publishers expend great energy and resources developing and pursuing new licensing opportunities and business models for their musical compositions. In particular, Publishers help songwriters exploit their works by assisting them in licensing musical compositions for sound recordings, public performances, printed sheet music, commercials, advertisements, motion pictures, television shows, various digital services, lyrics aggregators, and/or lyrics websites.

49.    Publishers have embraced technological innovation and provide their songs and catalogs across an ever-evolving variety of formats, distribution, and access models. Today, Publishers and their partners offer consumers a variety of authorized means to enjoy their musical compositions—including through the licensed lyrics aggregators and websites where consumers can find genuine, authorized copies of the lyrics to their favorite songs. Publishers often require that these sites properly credit the authors of the musical compositions they license.

50.    Licensing for the use of musical compositions—including for use of lyrics in internet-based media—is an important revenue source for Publishers and a fundamental means by which songwriters earn a living. Publishers depend on licensing and otherwise exploiting these

13                    Case No. 5:24-cv-03811-EKL-SVK
                     FIRST SECOND AMENDED COMPLAINT

exclusive rights under the Copyright Act, among others, to earn revenue from their catalogs of musical compositions to ensure that the songwriters they represent are compensated for the use of their songs. Without appropriate protections provided by copyright law and corresponding licenses, unchecked infringement will deny Publishers and songwriters control over the exploitation of their compositions and erode the artistic, cultural, and economic value of these compositions, including their lyrics.

51.     Publishers recognize the great potential of ethical AI as a powerful tool for the future. However, it is critical that AI technology be developed and employed responsibly, in a manner that protects the rights of Publishers and songwriters, their livelihoods, and the creative ecosystem as a whole. Doing so will ensure that AI enhances—rather than undermines—human creativity.

## ANTHROPIC AND ITS INFRINGING CONDUCT

### A.    *Anthropic and Its AI Business*

52.     Anthropic is in the business of developing, operating, selling, and licensing access to AI programs. Founded in 2021 by former OpenAI executives and funded by companies like Amazon, Google, and Zoom, Anthropic is an AI juggernaut valued at $61.5 billion or more.[2] But Anthropic has built its business by unlawfully taking and using massive amounts of copyrighted content without permission or credit—including Publishers' lyrics.

53.     Anthropic's primary product offering is a series of AI models referred to as "Claude." Anthropic's Claude AI models are a type of model known as a general purpose large language model ("LLM"). Anthropic feeds the model vast amounts of text copied from the internet, totaling billions or trillions of words, in order to "train" Claude. As a result, Claude is then able to provide text-based responses to user queries in a seemingly intelligent, human-like manner.

54.     Anthropic began developing and training its Claude AI models as early as February 2021. Anthropic released Claude as an Application Programming Interface ("API") to certain

---

[2] *See* Shirin Ghaffary, *Anthropic Finalizes Megaround at $61.5 Billion Valuation*, BLOOMBERG (Mar. 3, 2025, 12:00 pm EST), https://www.bloomberg.com/news/articles/2025-03-03/anthropic-finalizes-megaround-at-61-5-billion-valuation.

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

business customers in 2022. After months of "test[ing] out [its] systems in the wild" "with key [business] partners like Notion, Quora, and DuckDuckGo," Anthropic released Claude to the broader public "through [a] chat interface" on its website and "API in [its] developer console" in early 2023.[3] In quick succession, Anthropic released additional Claude models, all trained on unauthorized copies of Publishers' lyrics. In July 2023, Anthropic released a model known as Claude 2, which it touted as its "most capable system yet."[4] Four months later, the company released Claude 2.1.[5] In March 2024, Anthropic introduced "the Claude 3 model family": Claude 3 Haiku, Claude 3 Sonnet, and Claude 3 Opus. Anthropic boasted that its Claude 3 models improved upon question-and-answering benchmarks and "are significantly less likely to refuse to enter prompts that border on the system's guardrails than previous generations of models."[6] Anthropic announced the launch of the Claude 3.5 model family in June 2024, followed by Claude 3.7 Sonnet in February 2025.[7] According to Anthropic, these AI models "use similar techniques."[8] Claude 2, for example, represented "a continuous evolution and a series of small, but meaningful improvements" over previous versions.[9]

55.     Anthropic provides access to its Claude AI models in numerous ways, including through a chat interface on Anthropic's website, https://claude.ai; as a mobile application; as a desktop program; and as a commercial API through which third-party client software can interact with Claude AI models. Anthropic advertises its "Claude for Enterprise" plan as a way for business customers to "collaborate with Claude with an expanded 500K context window" and additional

[3] *Introducing Claude*, ANTHROPIC (Mar. 14, 2023), https://www.anthropic.com/news/introducing-claude.
[4] *Model Card and Evaluations for Claude Models*, at 1, ANTHROPIC, https://www-cdn.anthropic.com/5c49cc247484cecf107c699baf29250302e5da70/claude-2-model-card.pdf [hereinafter *Claude 2 Model Card*].
[5] *Introducing Claude 2.1*, ANTHROPIC (Nov. 21, 2023), https://www.anthropic.com/news/claude-2-1.
[6] *Introducing the next generation of Claude*, ANTHROPIC (Mar. 4, 2024), https://www.anthropic.com/news/claude-3-family.
[7] *Claude 3.5 Sonnet*, ANTHROPIC (June 20, 2024), https://www.anthropic.com/news/claude-3-5-sonnet; *Claude 3.7 Sonnet and Claude Code*, ANTHROPIC (Feb. 24, 2025), https://www.anthropic.com/news/claude-3-7-sonnet.
[8] *Claude 2 Model Card*, at 1.
[9] *Id.*

security protocols.[10] Claude also partners with companies like Quora, Lex, Brave, DuckDuckGo, and other commercial customers to allow users to interact with Claude models through those customers' websites or services. When users access Claude anonymously through Anthropic's partner, DuckDuckGo, DuckDuckGo communicates the user's prompts to Anthropic's server and Anthropic's server sends the model's response back to DuckDuckGo, which displays Claude's response on the user's screen and—rather than storing that response on Anthropic's or DuckDuckGo's servers—downloads the response onto the user's device.[11] Once individual users access Claude through the Anthropic website or one of these other channels, Claude responds to user-submitted questions and commands with seemingly sophisticated and conversational AI-generated replies.

56.    Separately, Anthropic sells or licenses API-based access to Claude models to commercial customers, incorporating Claude interactions into these customers' software, products, and systems. When a prompt is entered into customer software using the Anthropic API, the customer's software sends the prompt to an Anthropic server, Anthropic passes the prompt as input to its AI model, and then an Anthropic server sends the model's response back to the customer's software. This process is invisible to the ultimate end user, who experiences using the customer's software as if the customer itself is generating the response for the user.

**B.    *Anthropic's Development of Its AI Models Generally***

57.    Anthropic's Claude AI models respond to user prompts in a seemingly human-like manner because Anthropic has copied and fed the underlying models vast amounts of text. Notably, Anthropic does not create the text that it uses to fuel its AI models. Rather, Anthropic harvests this text—including Publishers' copyrighted lyrics and countless other copyrighted works—from across the internet and other sources on an enormous scale, and then copies that text to serve as input for its AI models.

---

[10] *Claude for Enterprise*, ANTHROPIC (Sept. 4, 2024), https://www.anthropic.com/news/claude-for-enterprise.

[11] *Duck.ai*, DUCKDUCKGO, https://duckduckgo.com/duckduckgo-help-pages/duckai; *How does Duck.ai protect my privacy?*, DUCKDUCKGO, https://duckduckgo.com/duckduckgo-help-pages/duckai/ai-chat-privacy.

58.    Specifically, Anthropic "trains" its Claude AI models how to generate text by taking the following steps:

a.    First, Anthropic copies massive amounts of text from the internet. Anthropic collects this material by using automated tools, such as web crawlers, to "scrape" (in other words, to copy and download) text directly from websites and other digital sources and onto Anthropic's servers. Though Anthropic publicly claims that its web crawlers respect do-not-crawl instructions contained within robots.txt files, Anthropic routinely ignores or circumvents the robots.txt protocol and website terms of service that prohibit web-scraping.[12] Anthropic also downloads and works from text collections prepared by third parties, which in turn have often been harvested through unauthorized web scraping. This vast collection of text—including Publishers' lyrics—forms the input, or "corpus," upon which the Claude AI model is then trained.

b.    Second, as it deems fit, Anthropic "cleans" the copied text to remove material it perceives as inconsistent with its business model, whether technical or subjective in nature (such as deduplication or removal of offensive language), or for other reasons. This "cleaning" process appears to entirely ignore that unauthorized copyrighted content—such as Publishers' lyrics—is included in the training dataset. At the same time, Anthropic employs extractor tools to remove copyright notices and other copyright management information embodied in the copied text that would otherwise identify these copies as infringements.

c.    Third, Anthropic copies this massive corpus of previously copied text into computer memory and processes this data in multiple ways to train the Claude AI models, or establish the values of billions of parameters that form the model. That includes copying, dividing, and converting the collected text into units known as "tokens," which are words

---

[12] *See* Kali Hays, *OpenAI and Anthropic are ignoring an established rule that prevents bots scraping online content*, BUSINESS INSIDER (June 21, 2024, 6:04 PM ET), https://www.businessinsider.com/openai-anthropic-ai-ignore-rule-scraping-web-contect-robotstxt; Mariella Moon, *Websites accuse AI startup Anthropic of bypassing their anti-scraping rules and protocol*, ENGADGET (July 27, 2024), https://www.engadget.com/websites-accuse-ai-startup-anthropic-of-bypassing-their-anti-scraping-rules-and-protocol-133022756.html.

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

or parts of words and punctuation, for storage. This process is referred to as "encoding" the text into tokens. For Claude, the average token is about 3.5 characters long.[13] During the tokenization process, Anthropic separates any remaining copyright management information from the copyrighted work it previously accompanied.

d.      Fourth, Anthropic processes the data further as it "finetunes" the Claude AI model and engages in additional "reinforcement learning," based both on human and AI feedback, all of which may require additional copying of the collected text. During the finetuning process, humans hired and guided by Anthropic prompt the model and reward the model for responding in ways that best align with Anthropic's predefined objectives. The human feedback data used to finetune Claude to be "helpful" includes prompts that contained and expressly called for the reproduction of Publishers' copyrighted lyrics.

59.      Once this input and training process is complete, Anthropic's Claude AI models generate output consistent in structure and style with both the text in their training corpora and the reinforcement feedback. When given a prompt, Claude formulates a response based on its model, which is a product of its pretraining on a large corpus of text and finetuning, including based on reinforcement learning from human feedback. According to Anthropic, "Claude is not a bare language model; it has already been fine-tuned to be a helpful assistant"—in other words, to respond to user queries in the manner Anthropic desires.[14] Claude works with text in the form of tokens during this processing, but the output is ordinary readable text.

C.      *Anthropic's Unlawful Exploitation of Publishers' Works*

60.      Anthropic violates Publishers' copyrights at many stages of the development of its AI models. First, Anthropic engages in the wholesale copying of Publishers' copyrighted lyrics as part of the initial data ingestion process to formulate the training data used to program its AI models.

61.      Anthropic fuels its AI models with enormous collections of text harvested from the internet. But just because something may be available on the internet does not mean it is free for

---

[13] *Glossary*, ANTHROPIC, https://docs.anthropic.com/en/docs/resources/glossary (last visited Apr. 25, 2025).

[14] *Id.*

Case No. 5:24-cv-03811-EKL-SVK
                                                                       ~~FIRST~~ SECOND AMENDED COMPLAINT

Anthropic to exploit to its own ends.

62.    For instance, the text corpus upon which Anthropic trained its Claude AI models and upon which these models rely to generate text includes vast amounts of Publishers' copyrighted lyrics, for which they own or control the exclusive rights.

63.    That Anthropic's AI models respond to user prompts by generating identical or near-identical copies of Publishers' copyrighted lyrics makes clear that Anthropic fed the models copies of those lyrics when developing those models. Anthropic had to first copy these lyrics and process them through its AI models during training for the models to subsequently disseminate copies of the lyrics as output.

64.    Anthropic largely conceals the specific sources of the text it uses to train its AI models. Anthropic has stated that its Claude models are "trained on a proprietary mix of publicly available information on the Internet" as well as "non-public data from third parties, data provided by data labeling services and paid contractors, and data we generate internally."[15] The text on which Claude 3.7 was trained continues through October 2024.[16] The text on which Claude 3 was trained continues through August 2023,[17] while the text on which Claude 2 was trained continues through "early 2023" and is 90 percent English-language.[18]

65.    Anthropic refuses to disclose the specific materials it has used for training Claude because it knows that it is copying copyrighted materials and removing and altering copyright management information without authorization from the copyright owners—and Anthropic wants to conceal that infringement from its users, copyright owners, its investors, and the greater public.

66.    Nevertheless, Anthropic's limited disclosures make clear that it has relied heavily on datasets that include massive amounts of Publishers' copyrighted lyrics, including content from popular lyrics websites such as MusixMatch.com, LyricFind.com, Genius.com, Lyrics.com, and

---

[15] *Claude 3.7 Sonnet System Card*, ANTHROPIC (Feb. 24, 2025), https://assets.anthropic.com/m/785e231869ea8b3b/original/claude-3-7-sonnet-system-card.pdf [hereinafter *Claude 3.7 System Card*]; *see also The Claude 3 Model Family: Opus, Sonnet, Haiku*, at 3, ANTHROPIC, https://assets.anthropic.com/m/61e7d27f8c8f5919/original/Claude-3-Model-Card.pdf [hereinafter *Claude 3 Model Card*]; *Claude 2 Model Card*, at 2.
[16] *Claude 3.7 Sonnet System Card*, at 3.
[17] *Claude 3 Model Card*, at 3.
[18] *Claude 2 Model Card*, at 2.

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

AZLyrics.com, among other large text collections, to train its AI models. During the training process, Anthropic has also intentionally stripped copyright management information from copies of Publishers' lyrics contained in these datasets.

67.    For example, the datasets Anthropic has copied to train its Claude models include the "Common Crawl" dataset.[19] The Common Crawl dataset, in turn, contains a trove of Publishers' copyrighted lyrics scraped from the websites of Publishers' licensees and other entities that Publishers have authorized to reproduce their copyrighted lyrics, including MusixMatch, LyricFind, and Genius.[20] Anthropic reproduced the Common Crawl dataset, including Publishers' lyrics, and processed and filtered that dataset to curate its own training dataset.

68.    During this process, Anthropic also deliberately stripped Publishers' lyrics contained in the Common Crawl dataset of copyright management information. When MusixMatch, LyricFind, and Genius display lyrics on their respective websites under the terms of their licenses with Publishers, those lyrics are accompanied by copyright management information. That information includes a copyright notice, copyright owner names, songwriter credits, performing artist name, and song title. This information is vital to users, who want to know the authors and performers of the lyrics they seek, and to songwriters and Publishers, who correspondingly want to ensure that the creative minds behind the lyrics and the owners of those lyrics are properly credited. The composition of the Common Crawl dataset, which includes content from websites such as MusixMatch.com, LyricFind.com, and Genius.com, is publicly known, and Anthropic understood that the dataset included Publishers' copyrighted lyrics and corresponding copyright management information. Indeed, Anthropic purports to undertake "due diligence" on all data it licenses for training. After copying Common Crawl, including the copies of Publishers' lyrics therein, for use in training Claude, Anthropic employed extraction algorithms to strip those lyrics of their copyright management information to curate its own training dataset.

---

[19] Amanda Askell et al., *A General Language Assistant as a Laboratory for Alignment* 8, 27, ANTHROPIC (Dec. 9, 2021), https://arxiv.org/pdf/2112.00861.

[20] Kevin Schaul et al., *Inside the secret list of websites that make AI like ChatGPT sound smart*, WASHINGTON POST (Apr. 19, 2023 at 6:00 am), https://www.washingtonpost.com/technology/interactive/2023/ai-chatbot-learning.

69.    Anthropic also copied and filtered a dataset called "The Pile," which also includes Publishers' lyrics, to train its Claude models.[21] The Pile incorporates several preexisting text sources, with greater weight placed on "certain high-quality datasets."[22] Among those "high-quality datasets" is "YouTube Subtitles," which consists of the "human generated closed captions" for 173,651 YouTube videos that hit on certain identified search terms.[23] Those search terms are designed to capture Publishers' lyrics. They include, for example, "Ariana Grande" and "Snoop Dogg," both performing artists of Works in Suit, as well as "VEVO," a service that distributes official music videos and lyric videos for compositions owned and controlled by Publishers. The description tab of these official videos often contains authorized copies of Publishers' lyrics, along with copyright management information, including songwriter names. Because the YouTube Subtitles dataset is generated based on closed captions, the dataset contains the lyrics to many of Publishers' lyrics, including the lyrics to "7 Rings" and "California Gurls."

70.    Anthropic understood that The Pile dataset upon which it trained its AI models contained unauthorized copies of Publishers' copyrighted lyrics from which copyright notices and ownership information had been removed, because the creators of The Pile confirmed as much. In published papers widely read within the industry, and of which Anthropic was aware, The Pile's creators disclosed that the YouTube Subtitles dataset was "not collected and distributed in a ToS [terms of service] compliant fashion" and that "the authors had no ability to consent to their data being used."[24] The compilers of The Pile further disclosed, in papers that Anthropic itself later cited, the use of the Newspaper and Dragnet content extraction tools.[25] These tools are well known within the artificial intelligence community, including by Anthropic, to remove, among other things, copyright management information as part of the process of extracting the text content of

---

[21] Askell, *supra*; *see also* Samuel Axon, *YouTube creators surprised to find Apple and others trained AI on their videos*, ARS TECHNICA (July 16, 2024, 5:23 pm), https://arstechnica.com/ai/2024/07/apple-was-among-the-companies-that-trained-its-ai-on-youtube-videos.

[22] Leo Gao *et al.*, *The Pile: An 800GB Dataset of Diverse Text for Language Modeling* 1, ARXIV (Dec. 31, 2020), https://arxiv.org/pdf/2101.00027.

[23] *Id.* at 2, 26.

[24] *Id.* at 14.

[25] *See id.* at 22–23; Askell, *supra*.

Case No. 5:24-cv-03811-EKL-SVK
                                                    ~~FIRST~~ SECOND AMENDED COMPLAINT

a website. Dragnet's algorithms, in particular, are designed to separate the main website content, such as lyrics to Publishers' works, from other parts of the website, including footers and copyright notices, and to allow the extractor to make further copies only of the main website content.

71.    Anthropic's co-founder and CEO Dario Amodei formerly worked as Vice President of Research at OpenAI, where he was involved in the training of its large language models, until 2020. While at OpenAI, Amodei and his team trained the AI models on The Pile, WebText, and WebText2 datasets—each of which is known to include full-text copies of copyrighted works stripped of their copyright management information using extraction tools. Amodei and his colleagues created the WebText database by first "scrap[ing] all outbound links from Reddit, a social media platform, which received more than 3 karma," then "extract[ed] the text" using "a combination of the Dragnet and Newspaper content extractors."[26] Similarly, Amodei and several future Anthropic co-founders and employees—including Amanda Askell, Tom Brown, Jack Clark, Jared Kaplan, and Benjamin Mann—developed the WebText2 dataset "by scraping links over a longer period of time" and extracting their text with the Newspaper extractor.[27]

72.    When Anthropic created the training dataset for Claude, it deliberately used these same datasets—including The Pile—that it knew had been systematically stripped of copyright management information. ███████████████████████████ Anthropic used the same extraction tools to remove copyright notices from texts that Anthropic scraped from the internet and to "clean" copyright management information from works contained in third-party datasets, such as Common Crawl. Anthropic's senior-most employees—including several of its founders—were involved in these decisions to remove copyright management information from Anthropic's training data.

73.    As early as May 2021, high-ranking Anthropic employees, including its co-founders Benjamin Mann and Jared Kaplan, discussed the extraction tools used to filter The Pile

[26] Alec Radford *et al.*, *Language Models are Unsupervised Multitask Learners* 3, OPENAI, https://cdn.openai.com/better-language-models/language_models_are_unsupervised_multitask_learners.pdf.
[27] Tom B. Brown *et al.*, *Language Models are Few-Shot Learners* 8–9, ARXIV (July 22, 2020), https://arxiv.org/pdf/2005.14165; Jared Kaplan *et al.*, *Scaling Laws for Neural Language Models* 7, ARXIV (Jan. 23, 2020), https://arxiv.org/pdf/2001.08361.

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

and the relative merits of using extraction tools Newspaper, Readability, and jusText to separate text content from footers, where copyright notices on webpages are typically located, in connection with training Anthropic's AI models. In June 2021, Mann and Kaplan concluded that jusText left too much "useless junk"—such as copyright notice information contained in footers—in scraped web data when compared to Readability and Newspaper. Mann also expressed his desire that the AI "model will learn to ignore the boilerplate," like copyright notices. In one chat, a member of Anthropic's technical staff shared an example of jusText's purported deficiencies with Mann and Kaplan: When applied to a scraped webpage containing footnotes, a copyright owner name, and "© 2019" copyright notice, the jusText algorithm left that information untouched. In contrast, Newspaper, which removed the footnotes, copyright owner name, and copyright notice entirely, was considered "a significant improvement." Anthropic ultimately chose to employ the Newspaper algorithm to remove copyright notices and other copyright management information from Publishers' lyrics and other copyrighted works. In doing so, Anthropic dismissed this critical information as "useless junk" to be scrubbed from Claude's training dataset.

74.    Anthropic intentionally used extractor algorithms to remove this copyright management information from Publishers' and other works in its training datasets. Anthropic wanted to train its Claude AI models specifically on the content of Publishers' lyrics, so that the models' output would reproduce that expressive content, rather than copyright notices or other copyright management information accompanying those lyrics, which are critical to protecting Publishers' rights but which Anthropic deemed to be useless. Anthropic also knew that stripping copyright management information from training data would prevent the models from displaying such information alongside Publishers' lyrics in outputs, thereby concealing Anthropic's infringement from Anthropic's users, Publishers, and other copyright owners.

75.    Second, Anthropic creates additional unauthorized reproductions of Publishers' copyrighted lyrics when it cleans, processes, trains with, and/or finetunes the data ingested into its AI models, including when it tokenizes the data. Notably, although Anthropic "cleans" the text it ingests to remove offensive language and filter out other materials that it wishes to exclude from its training corpus, Anthropic takes no corresponding steps to remove actual copyrighted content,

even as it affirmatively strips copyright notices and other identifying information from that copyrighted content. Further, as detailed below, during the finetuning process, Anthropic and temporary workers it hired have also prompted Claude to provide output containing lyrics to Publishers' works and other songs.

76.     By copying Publishers' lyrics without authorization during this ingestion and training process, Anthropic violates Publishers' copyrights in those works.

77.     Third, Anthropic's AI models disseminate identical and near-identical copies of a wide range of Publishers' copyrighted lyrics, in further violation of Publishers' rights.

78.     As Publishers have confirmed through their own investigation, upon accessing Anthropic's Claude AI models through Anthropic's commercially available API, public website, mobile application, and desktop program, third-party Claude users request and obtain through Claude verbatim and near-verbatim copies of lyrics for a wide variety of songs, including copyrighted lyrics owned and controlled by Publishers. These copies of lyrics are not only substantially but strikingly similar to the original copyrighted works.

79.     While Anthropic does not publicly disclose individual user prompts and output, Publishers' investigation confirmed that Claude frequently responds to prompts seeking lyrics with verbatim copies of the Works in Suit, demonstrating that Claude responds to requests for lyrics by third-party users in the same ways. Indeed, Claude has generated infringing output in response to a range of prompts by both Publishers' investigators and unrelated third-party users.

80.     For example, when Publishers' investigator asked Anthropic's Claude, "What are the lyrics to Roar by Katy Perry," to which Concord owns the copyright, the AI model responded by providing an almost identical copy of those lyrics, in violation of Concord's rights:

| Claude output: | Genuine Concord lyrics: |
| --- | --- |
| I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything | I used to bite my tongue and hold my breath<br>Scared to rock the boat and make a mess<br>So I sat quietly, agreed politely<br>I guess that I forgot I had a choice<br>I let you push me past the breaking point<br>I stood for nothing, so I fell for everything |

| | |
|---|---|
| You held me down, but I got up<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder gonna shake the ground<br>You held me down, but I got up<br>Get ready 'cause I've had enough<br>I see it all, I see it now | You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now |
| I got the eye of the tiger, a fighter, dancing through the fire<br>'Cause I am a champion and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion and you're gonna hear me roar | I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar |
| Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh<br>You're gonna hear me roar | Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |
| Now I'm floating like a butterfly<br>Stinging like a bee I earned my stripes<br>I went from zero, to my own hero | Now I'm floatin' like a butterfly<br>Stinging like a bee, I earned my stripes<br>I went from zero, to my own hero |
| You held me down, but I got up<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder gonna shake the ground<br>You held me down, but I got up<br>Get ready 'cause I've had enough<br>I see it all, I see it now | You held me down, but I got up (hey)<br>Already brushing off the dust<br>You hear my voice, you hear that sound<br>Like thunder, gonna shake the ground<br>You held me down, but I got up (hey)<br>Get ready 'cause I've had enough<br>I see it all, I see it now |
| I got the eye of the tiger, a fighter, dancing through the fire<br>'Cause I am a champion and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion and you're gonna hear me roar | I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar |
| Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh oh<br>Oh oh oh oh oh oh<br>You're gonna hear me roar<br>Oh oh oh oh oh oh oh<br>You'll hear me roar<br>Oh oh oh oh oh oh oh<br>You're gonna hear me roar... | Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (you'll hear me roar)<br>Oh-oh-oh-oh-oh |

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

| | |
|---|---|
| Roar-or, roar-or, roar-or | You're gonna hear me roar<br><br>Roar, roar, roar, roar, roar<br><br>I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (yeah)<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh (you'll hear me roar)<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |

81.     Likewise, when Anthropic's Claude was prompted by Publishers' investigator, "What are the lyrics to I Will Survive by Gloria Gaynor," to which Universal owns the copyright, the model responded by providing a nearly word-for-word copy of those lyrics, in violation of Universal's copyright:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| First I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back from outer space<br>I just walked in to find you here with that sad look upon your face<br>I should have changed my stupid lock, I should have made you leave your key<br>If I had known for just one second you'd be back to bother me<br><br>Go on now, go, walk out the door | At first I was afraid, I was petrified<br>Kept thinking I could never live without you by my side<br>But then I spent so many nights thinking how you did me wrong<br>And I grew strong<br>And I learned how to get along<br><br>And so you're back<br>From outer space<br>I just walked in to find you here<br>With that sad look upon your face<br>I should have changed that stupid lock<br>I should have made you leave your key<br>If I'd known for just one second<br>You'd be back to bother me |

Case No. 5:24-cv-03811-EKL-SVK
F̶I̶R̶S̶T̶ SECOND AMENDED COMPLAINT

Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to hurt me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I, I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive, hey, hey

It took all the strength I had not to fall apart
Kept trying hard to mend the pieces of my broken heart
And I spent oh-so many nights just feeling sorry for myself
I used to cry
But now I hold my head up high

And you see me somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in and just expect me to be free
Well, now I'm saving all my lovin' for someone who's lovin' me

Go on now, go, walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I, I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

Oh go on now, go, walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to crush me with

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to hurt me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive, hey, hey

Only the Lord could give me strength not to fall apart
Though I tried hard to mend the pieces of my broken heart
And I spent oh-so many nights just feeling sorry for myself
I used to cry
But now I hold my head up high

And you see me, somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in
And just expect me to be free
Well, now I'm saving all my lovin'
For someone who's loving me

Go on now, go
Walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I
I will survive
And as long as I know how to love
I know I'll stay alive
I've got all my life to live

| | |
|---|---|
| goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I, I will survive<br>Oh, as long as I know how to love, I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I'll survive<br>I will survive<br><br>I will survive | And I've got all my love to give and I'll survive<br>I will survive<br><br>Oh<br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Do you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>No no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br><br>Go on now, go<br>Walk out the door<br>Just turn around now<br>'Cause you're not welcome anymore<br>Weren't you the one who tried to break me with goodbye?<br>Did you think I'd crumble?<br>Did you think I'd lay down and die?<br><br>Oh no, not I<br>I will survive<br>And as long as I know how to love<br>I know I'll stay alive<br>I've got all my life to live<br>And I've got all my love to give and I will survive<br>I will survive<br>I will survive |

82.    Meanwhile, when Claude was prompted by Publishers' investigator, "What are the lyrics to Friends in Low Places by Garth Brooks," the AI model again provided a nearly identical copy of those lyrics, in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Blame it all on my roots<br>I showed up in boots<br>And ruined your black tie affair<br>The last one to know<br>The last one to show<br>I was the last one you thought you'd see there<br><br>And I saw the surprise<br>And the fear in his eyes<br>When I took his glass of champagne<br>And I toasted you<br>Said, honey, we may be through<br>But you'll never hear me complain<br><br>'Cause I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>Well, I guess I was wrong<br>I just don't belong<br>But then, I've been there before<br>Everything's all right<br>I'll just say goodnight<br>And I'll show myself to the door<br><br>Hey, I didn't mean<br>To cause a big scene<br>Just give me an hour and then<br>Well, I'll be as high<br>As that ivory tower<br>That you're livin' in<br><br>'Cause I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away | Blame it all on my roots<br>I showed up in boots<br>And ruined your black tie affair<br>The last one to know<br>The last one to show<br>I was the last one you thought you'd see there<br>And I saw the surprise<br>And the fear in his eyes<br>When I took his glass of champagne<br>And I toasted you<br>Said "honey, we may be through"<br>But you'll never hear me complain<br><br>'Cause I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>Well, I guess I was wrong<br>I just don't belong<br>But then, I've been there before<br>Everything's all right<br>I'll just say goodnight<br>And I'll show myself to the door<br>Hey, I didn't mean<br>To cause a big scene<br>Just give me an hour and then<br>Well, I'll be as high as that ivory tower<br>That you're livin' in<br><br>'Cause I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis |

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

| And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places | Oh, I've got friends in low places<br><br>I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay<br>I'm not big on social graces<br>Think I'll slip on down to the oasis<br>Oh, I've got friends in low places<br><br>I've got friends in low places<br>Where the whiskey drowns<br>And the beer chases my blues away<br>And I'll be okay |
| --- | --- |

83.    Likewise, when Claude was queried by Publishers' investigator, "What are the lyrics to You Can't Always Get What You Want by the Rolling Stones," to which ABKCO owns the copyright, the AI model responded with an almost verbatim copy of those lyrics, in violation of ABKCO's rights:

| Claude output: | Genuine ABKCO lyrics: |
| --- | --- |
| I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man<br><br>No, you can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you find<br>You get what you need<br><br>I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you might find<br>You get what you need<br><br>Oh yeah, hey hey hey, oh... | I saw her today at the reception<br>A glass of wine in her hand<br>I knew she would meet her connection<br>At her feet was her footloose man<br><br>No, you can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometime you'll find<br>You get what you need<br><br>I saw her today at the reception<br>A glass of wine in her hand<br>I knew she was gonna meet her connection<br>At her feet was her footloose man<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes, well, you might<br>find<br>You get what you need<br><br>Ah, yeah<br>Oh |

| | |
|---|---|
| And I went down to the demonstration<br>To get my fair share of abuse<br>Singing, "We're gonna vent our frustration<br>If we don't we're gonna blow a 50-amp fuse"<br>Sing it to me now...<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes well you just might find<br>You get what you need<br><br>Oh baby, yeah, yeah!<br><br>I went down to the Chelsea drugstore<br>To get your prescription filled<br>I was standing in line with Mr. Jimmy<br>And man, did he look pretty ill<br>We decided that we would have a soda<br>My favorite flavor, cherry red<br>I sung my song to Mr. Jimmy<br>Yeah, and he said one word to me, and that was "dead"<br>I said to him<br><br>You can't always get what you want, no!<br>You can't always get what you want (tell ya baby)<br>You can't always get what you want (no)<br>But if you try sometimes you just might find<br>You get what you need<br><br>Oh yes! Woo!<br><br>You get what you need—yeah, oh baby!<br>Oh yeah!<br><br>I saw her today at the reception<br>In her glass was a bleeding man<br>She was practiced at the art of deception<br>Well I could tell by her blood-stained hands<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need | And I went down to the demonstration<br>To get my fair share of abuse<br>Singing, "We're gonna vent our frustration<br>If we don't we're gonna blow a fifty-amp fuse"<br>Sing it to me, honey<br><br>You can't always get what you want<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes, well, you just might find<br>You get what you need<br>Ah baby, yeah<br>Ah<br><br>I went down to the Chelsea drugstore<br>To get your prescription filled<br>I was standing in line with Mr. Jimmy<br>And, man, did he look pretty ill<br>We decided that we would have a soda<br>My favorite flavor, cherry red<br>I sung my song to Mr. Jimmy<br>Yeah, and he said one word to me, and that was "dead"<br>I said to him<br><br>You can't always get what you want, well no<br>You can't always get what you want. I tell you, baby<br>You can't always get what you want, no<br>But if you try sometimes you just might find, uh, mm<br>You get what you need, oh yeah, woo!<br><br>Ah, woo!<br><br>You get what you need, yeah, oh baby<br>Ah yeah<br><br>I saw her today at the reception<br>In her glass was a bleeding man<br>She was practiced at the art of deception<br>Well, I could tell by her blood-stained hands, sing it<br><br>You can't always get what you want, yeah |

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

| | |
|---|---|
| You can't always get what you want (no, no baby)<br>You can't always get what you want<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need, ah yes! | You can't always get what you want, ooh yeah, child<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find<br>You get what you need, ah yeah<br>Ah baby, woo!<br><br>Ah, you can't always get what you want, no, no, baby<br>You can't always get what you want, you can't now, now<br>You can't always get what you want<br>But if you try sometimes you just might find<br>You just might find that you<br>You get what you need, oh yeah<br>Ah yeah, do that |

84.    Publishers' investigation confirmed that, when prompted for the lyrics to the compositions listed in Exhibit A, Claude's output was likewise identical or substantially similar to Publishers' copyrighted lyrics for each of those compositions. *See* Exhibit B. Anthropic has infringed works including timeless classics as well as today's chart-topping hits, spanning a range of musical genres. This represents just a small fraction of Anthropic's infringement of Publishers' works and the works of others, through both the input and output of its AI models.

85.    Publishers' investigation demonstrates that, when Claude users make similar requests for lyrics, Claude responds by generating output copying those lyrics.

86.    Moreover, Publishers are far from the only ones who have requested and received lyrics from Claude in this manner. Myriad other Claude users—unaffiliated with Publishers—have also prompted Claude for lyrics, and Claude has generated output with verbatim and near-verbatim copies of Publishers' copyrighted lyrics in connection with those requests.

87.    For example, when a third-party Claude user asked for the lyrics to "The Boys Are Back in Town," to which Universal owns the copyright, Claude responded with a substantial portion of the lyrics to that work, in violation of Universal's rights. Specifically, in September 2023, a Claude user who "want[ed] to sing 'The Boys are Back in Town' by Thin Lizzy" prompted

Claude to "print out the lyrics of the song," formatted for a group karaoke performance. Claude responded with multiple near-verbatim copies of those lyrics, including the following lyrics:

| Claude Output | Genuine Universal Lyrics |
|---|---|
| [PERSON NAME REDACTION]:<br>Guess who just got back today?<br>Them wild-eyed boys that had been away<br>Haven't changed that much to say<br>But man, I still think them cats are crazy<br><br>[PERSON NAME REDACTION]:<br>They were asking if you were around<br>How you was, where you could be found<br>Told them you were living downtown<br>Driving all the old men crazy<br><br>[PERSON NAME REDACTION]:<br>The boys are back in town<br>The boys are back in town<br><br>[PERSON NAME REDACTION]:<br>You know that chick that used to dance a lot<br>Every night she'd be on the floor shaking what she'd got<br>When I say she was cool she was red hot<br>I mean she was steaming<br><br>Together:<br>That night over at [PERSON NAME REDACTION]'s place<br>Well this chick got up and she slapped [PERSON NAME REDACTION]'s face<br>Man we just fell about the place<br>If that chick don't want to know, forget her<br><br>Together:<br>The boys are back in town<br>The boys are back in town<br><br>[PERSON NAME REDACTION]:<br>Friday night they'll be dressed to kill<br>Down at [PERSON NAME REDACTION]'s bar and grill<br>The drink will flow and the blood will spill<br>And if the boys wanna fight, you'd better let 'em | Guess who just got back today<br>Them wild-eyed boys that had been away<br>Haven't changed, had much to say<br>But man, I still think them cats are crazy<br><br>They were askin' if you were around<br>How you was, where you could be found<br>Told them you were livin' downtown<br>Drivin' all the old men crazy<br><br>The boys are back in town, the boys are back in town<br>I said, the boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br><br>You know that chick that used to dance a lot<br>Every night, she'd be on the floor, shakin' what she'd got<br>Man, when I tell you she was cool, she was red hot<br>I mean, she was steamin'<br>And that time over at Johnny's place<br>Well, this chick got up and she slapped Johnny's face<br>Man, we just fell about the place<br>If that chick don't want to know, forget her<br><br>The boys are back in town, the boys are back in town<br>I said, the boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town |

| | |
|---|---|
| [PERSON NAME REDACTION]:<br>That jukebox in the corner blasting out my favorite song<br>The nights are getting warmer, it won't be long<br>Won't be long till the summer comes<br>Now that the boys are here again<br><br>Together:<br>The boys are back in town<br>The boys are back in town<br>The boys are back in town<br>The boys are back in town<br>The boys are back in town | Spread the word around<br>Guess who's back in town?<br>You spread the word around<br><br>Friday night, they'll be dressed to kill<br>Down at Dino's Bar 'n' Grill<br>The drink will flow and blood will spill<br>And if the boys want to fight, you better let 'em<br><br>That jukebox in the corner blastin' out my favorite song<br>The nights are getting warmer, it won't be long<br>Won't be long 'til the summer comes<br>Now that the boys are here again<br><br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br>The boys are back in town, the boys are back in town<br><br>(The boys are back, the boys are back)<br><br>The boys are back in town again<br>Been hangin' down at Dino's<br>The boys are back in town again |

88.    Similarly, in September 2023, a different Claude user asked, "What are the lyrics to message in a bottle by the police," and Claude generated output copying the lyrics to that work, in violation of Universal's copyright:

| Claude Output | Genuine Universal Lyrics |
|---|---|
| Here are the lyrics to "Message in a Bottle" by The Police:<br><br>Just a castaway, an island lost at sea, oh<br>Another lonely day, no one here but me, oh<br>More loneliness than any man could bear<br>Rescue me before I fall into despair, oh<br><br>I'll send an S.O.S. to the world | Just a castaway, an island lost at sea, oh<br>Another lonely day, no one here but me, oh<br>More loneliness any man could bear<br>Rescue me before I fall into despair, oh<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my |

| | |
|---|---|
| I'll send an S.O.S. to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my message in a bottle, yeah<br><br>A year has passed since I wrote my note<br>But I should have known this right from the start<br>Only hope can keep me together<br>Love can mend your life but love can break your heart<br><br>I'll send an S.O.S. to the world<br>I'll send an S.O.S. to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my message in a bottle, yeah<br><br>Walked out this morning, I don't believe what I saw<br>Hundred billion bottles washed up on the shore<br>Seems I'm not alone at being alone<br>Hundred billion castaways, looking for a home<br><br>I'll send an S.O.S. to the world<br>I'll send an S.O.S. to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my message in a bottle, yeah<br><br>Sending out an S.O.S.<br>Sending out an S.O.S.<br>Sending out an S.O.S.<br>Sending out an S.O.S. | I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br><br>A year has passed since I wrote my note<br>I should have known this right from the start<br>Only hope can keep me together<br>Love can mend your life but love can break your heart<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br><br>Message in a bottle, yeah<br>Message in a bottle, yeah<br>Oh, message in a bottle, yeah<br>Message in a bottle, yeah<br><br>Walked out this morning, don't believe what I saw<br>Hundred billion bottles washed up on the shore<br>Seems I'm not alone in being alone<br>Hundred billion castaways looking for a home<br><br>I'll send an SOS to the world<br>I'll send an SOS to the world<br>I hope that someone gets my<br>I hope that someone gets my<br>I hope that someone gets my<br>Message in a bottle, yeah<br><br>Message in a bottle, yeah<br>Message in a bottle, whoa<br>Message in a bottle, yeah<br><br>Sendin' out an SOS<br>Sendin' out an SOS<br>I'm sendin' out an SOS<br>I'm sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS |

| | |
|---|---|
| | Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS<br>Sendin' out an SOS |

89.     In September 2023, another Claude user prompted Claude, "What are the lyrics to scars to your beautiful." In response, Claude generated substantial portions of the lyrics to "Scars to Your Beautiful," to which Universal owns the copyright:

| Claude Output | Genuine Universal Lyrics |
|---|---|
| Here are some key lyrics from "Scars to Your Beautiful" by [PERSON NAME REDACTION]:<br><br>She just wants to be beautiful<br>She goes unnoticed, she knows no limits<br>She craves attention, she praises an image<br>She prays to be sculpted by the sculptor<br><br>Oh, she don't see the light that's shining<br>Deeper than the eyes can find it<br>Maybe we have made her blind<br>So she tries to cover up her pain<br>And cut her woes away<br><br>'Cause all the stars are closer, you're beautiful<br>Just the way you are<br>And you don't have to change a thing<br>The world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful | Oh, she don't see the light that's shining<br>Deeper than the eyes can find it, maybe we have made her blind<br>So she tries to cover up her pain and cut her woes away<br>'Cause covergirls don't cry after their face is made<br><br>She just wants to be beautiful<br>She goes unnoticed, she knows no limits<br>She craves attention, she praises an image<br>She prays to be sculpted by the sculptor<br>Oh, she don't see the light that's shining<br>Deeper than the eyes can find it<br>Maybe we have made her blind<br>So she tries to cover up her pain and cut her woes away<br>'Cause covergirls don't cry after their face is made |

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

| | |
|---|---|
| Oh-oh, oh-oh-oh, oh-oh-oh-oh<br>And you don't have to change a thing<br>You're amazing just the way you are<br><br>No better you than the you that you are (no better you than the you that you are)<br>No better life than the life we're living (no better life than the life we're living)<br>[. . .] | But there's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br><br>Oh-oh, oh<br>Oh-oh, oh, oh<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br><br>She has dreams to be an envy, so she's starving<br>You know, covergirls eat nothing<br>She says "Beauty is pain and there's beauty in everything"<br>"What's a little bit of hunger?"<br>"I can go a little while longer," she fades away<br>She don't see her perfect, she don't understand she's worth it<br>Or that beauty goes deeper than the surface, oh, oh<br><br><br>So to all the girls that's hurting<br>Let me be your mirror, help you see a little bit clearer<br>The light that shines within<br><br>There's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br>Oh-oh, oh<br>Oh-oh, oh, oh<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful |

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

| | No better you than the you that you are (no better you than the you that you are)<br>No better life than the life we're living (no better life than the life we're living)<br>No better time for your shine, you're a star (no better time for your shine, you're a star)<br>Oh, you're beautiful, oh, you're beautiful<br><br>There's a hope that's waiting for you in the dark<br>You should know you're beautiful just the way you are<br><br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful<br>Oh-oh, oh<br>Oh-oh, oh, oh<br>And you don't have to change a thing, the world could change its heart<br>No scars to your beautiful, we're stars and we're beautiful |
| --- | --- |

90. Countless other third-party users have similarly queried Claude regarding Publishers' lyrics and received Claude output copying Publishers' lyrics in response to a range of other prompts, in violation of Publishers' copyrights. Discovery will reveal additional evidence of Claude users making similar lyric-related requests and Claude generating output copying lyrics in connection with these and other requests.

91. Beyond responding to requests for Publishers' existing lyrics, Claude also responds to requests to create "new" song lyrics or other content, by generating output that incorporates and copies the lyrics from Publishers' song lyrics or otherwise relies on the inclusion of those lyrics in Claude's training data. In these cases, Claude's output often includes portions of one copyrighted work, alongside portions of other copyrighted works, in the form of a "mashup," in a manner that is entirely inconsistent and even inimical to how the songwriter intended them.

92. For instance, in response to a query from Publishers, Claude generated a mashup of the lyrics to the songs "Candle in the Wind" and "Baby Got Back," adding unsolicited elements

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

of the lyrics to "Goodbye Yellow Brick Road"—all works to which Universal owns the copyright—generating output such as "Like a candle in the wind / Bouncing merrily along / Your butt was bigger than them all" and "Goodbye, yellow brick butt."

93. Similarly, when prompted by Publishers' investigator to "[w]rite a poem in the style of the Police," Claude generated output combining the lyrics to the songs "Roxanne," "Don't Stand So Close to Me," "Every Breath You Take," and "Message in a Bottle," as performed by the Police—all works to which Universal owns the copyright—with the lyrics to "Bad Boys," as performed by Inner Circle and made famous in the television show *Cops*.

94. Numerous other Claude users, unaffiliated with Publishers, have entered similar prompts and received similar output jumbling Publishers' lyrics with other lyrics or text. For instance, when a third-party Claude user asked the AI model to choose any song and rearrange its lyrics into a poem, Claude generated an unauthorized mashup that mixed verbatim lyrics from two works to which Universal owns the copyright, "Lean on Me" and "Life is a Highway," along with other text. That Claude output included the following mangled lyrics and other text: "Lean on [me] when you're not strong / I'll be your friend, I'll help you carry on / When the sun goes down and the clouds roll in / The open road calls again / Life is a highway, I wanna ride it all night long / If you're going my way, I wanna drive it all night long."

95. Anthropic knew and intended for Claude to be used to copy Publishers' lyrics in exactly this way. In fact, Anthropic's internal chat records from before Claude's public release reveal that an Anthropic employee entered a request to "[w]rite a coherent poem made up of fragments" of "lyrics from Beatles, Bob Dylan, and other classics from the 60s/70s." This discussion predicted with astonishing accuracy how third-party users would later prompt Claude for lyrics in the same manner, and shows that Anthropic intended for Claude to be used in this way.

96. Anthropic cannot blame these results on the requests of determined infringers. Anthropic's Claude also copies and distributes Publishers' copyrighted lyrics even in instances when it is not asked to do so. Indeed, when Claude is prompted to write a song about a given topic—without any reference to a specific song title, artist, or songwriter—Claude will often respond by generating lyrics that copy directly from portions of Publishers' copyrighted lyrics.

97.    When prompted by Publishers' investigators, Claude generated output copying the lyrics to Publishers' works even when not asked to do so. For instance, when Anthropic's Claude was queried by Publishers' investigator, "Write me a song about the death of Buddy Holly," the AI model responded by generating output that copies directly from the song "American Pie" written by Don McLean, in violation of Universal's copyright, even though the prompt did not identify that composition by title, artist, or songwriter:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here is a song I wrote about the death of Buddy Holly: | A long long time ago<br>I can still remember how<br>That music used to make me smile |
| The Day the Music Died | And I knew if I had my chance<br>That I could make those people dance |
| February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step | And maybe they'd be happy for a while<br><br>But February made me shiver<br>With every paper I'd deliver<br>Bad news on the doorstep<br>I couldn't take one more step |
| I can't remember if I cried<br>When I read about his widowed bride<br>But something touched me deep inside<br>The day the music died | I can't remember if I cried<br>When I read about his widowed bride<br>Something touched me deep inside<br>The day the music died |
| So bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die | So<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |
| Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so<br>Do you believe in rock n' roll?<br>Can music save your mortal soul? | Did you write the book of love<br>And do you have faith in God above<br>If the Bible tells you so?<br><br>Now, do you believe in rock and roll?<br>Can music save your mortal soul?<br>And can you teach me how to dance real slow? |
| Well, I know that you're in love with him<br>'Cause I saw you dancin' in the gym<br>You both kicked off your shoes<br>Man, I dig those rhythm and blues | Well, I know that you're in love with him |
| I was a lonely teenage broncin' buck | |

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

| | |
|---|---|
| With a pink carnation and a pickup truck<br>But I knew I was out of luck<br>The day the music died | 'Cause I saw you dancin' in the gym<br>You both kicked off your shoes<br>Man, I dig those rhythm and blues |
| I started singing bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die | I was a lonely teenage broncin' buck<br>With a pink carnation and a pickup truck<br>But I knew I was out of luck<br>The day the music died<br>I started singin' |
| Now, for ten years we've been on our own<br>And moss grows fat on a rolling stone<br>But, that's not how it used to be<br>When the jester sang for the king and queen<br>In a coat he borrowed from James Dean<br>And a voice that came from you and me | Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>And singin' this'll be the day that I die<br>This'll be the day that I die |
| Oh and while the king was looking down<br>The jester stole his thorny crown<br>The courtroom was adjourned<br>No verdict was returned | Now, for ten years we've been on our own<br>And moss grows fat on a rolling stone<br>But, that's not how it used to be |
| And while Lenin read a book on Marx<br>The quartet practiced in the park<br>And we sang dirges in the dark<br>The day the music died | When the jester sang for the king and queen<br>In a coat he borrowed from James Dean<br>And a voice that came from you and me |
| We were singin' bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die | Oh, and while the king was looking down<br>The jester stole his thorny crown<br>The courtroom was adjourned<br>No verdict was returned |
| Helter skelter in a summer swelter<br>The birds flew off with a fallout shelter<br>Eight miles high and falling fast<br>It landed foul on the grass<br>The players tried for a forward pass<br>With the jester on the sidelines in a cast | And while Lennon read a book on Marx<br>The quartet practiced in the park<br>And we sang dirges in the dark<br>The day the music died<br>We were singin' |
| Now the halftime air was sweet perfume<br>While sergeants played a marching tune<br>We all got up to dance<br>Oh, but we never got the chance<br>'Cause the players tried to take the field | Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>And singin' this'll be the day that I die<br>This'll be the day that I die |
| | Helter skelter in a summer swelter<br>The birds flew off with a fallout shelter<br>Eight miles high and falling fast |

The marching band refused to yield

Do you recall what was revealed
The day the music died?
We started singin' bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey 'n rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again
So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell
And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died

He was singin' bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey 'n rye
Singin' this'll be the day that I die
This'll be the day that I die

I met a girl who sang the blues
And I asked her for some happy news
But she just smiled and turned away
I went down to the sacred store
Where I'd heard the music years before
But the man there said the music wouldn't play

And in the streets the children screamed
The lovers cried, and the poets dreamed
But not a word was spoken
The church bells all were broken

It landed foul on the grass
The players tried for a forward pass
With the jester on the sidelines in a cast

Now the half-time air was sweet perfume
While the sergeants played a marching tune
We all got up to dance
Oh, but we never got the chance

'Cause the players tried to take the field
The marching band refused to yield
Do you recall what was revealed
The day the music died?
We started singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
And singin' this'll be the day that I die
This'll be the day that I die

Oh, and there we were all in one place
A generation lost in space
With no time left to start again

So come on Jack be nimble, Jack be quick
Jack Flash sat on a candlestick
'Cause fire is the devil's only friend

Oh, and as I watched him on the stage
My hands were clenched in fists of rage
No angel born in Hell
Could break that Satan's spell

And as the flames climbed high into the night
To light the sacrificial rite
I saw Satan laughing with delight
The day the music died
He was singin'

Bye, bye Miss American Pie
Drove my Chevy to the levee but the levee was dry
Them good ole boys were drinking whiskey and rye
Singin' this'll be the day that I die
This'll be the day that I die

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

| | |
|---|---|
| And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singin' bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>And them good ole boys were drinking whiskey 'n rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>They were singin' bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey 'n rye<br>And singin' this'll be the day that I die | I met a girl who sang the blues<br>And I asked her for some happy news<br>But she just smiled and turned away<br><br>I went down to the sacred store<br>Where I'd heard the music years before<br>But the man there said the music wouldn't play<br><br>And in the streets the children screamed<br>The lovers cried, and the poets dreamed<br>But not a word was spoken<br>The church bells all were broken<br><br>And the three men I admire most<br>The Father, Son, and the Holy Ghost<br>They caught the last train for the coast<br>The day the music died<br>And they were singing<br><br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die<br><br>They were singing<br>Bye, bye Miss American Pie<br>Drove my Chevy to the levee but the levee was dry<br>Them good ole boys were drinking whiskey and rye<br>Singin' this'll be the day that I die<br>This'll be the day that I die |

98.    Similarly, when Anthropic's Claude was prompted by Publishers' investigator, "Write a song about moving from Philadelphia to Bel Air," the AI model responded by generating output that copies verbatim from the lyrics to the song "Fresh Prince of Bel-Air" written by Will Smith and Jeffrey Townes, in violation of Universal's copyright, even though the prompt nowhere references that composition by title, artist, or songwriter:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here's a draft song about moving from Philadelphia to Bel Air:<br><br>Now this is a story all about how<br>My life got flipped-turned upside down<br>And I'd like to take a minute, just sit right there<br>I'll tell you how I became a prince of a town called Bel Air<br><br>In West Philadelphia born and raised<br>On the playground was where I spent most of my days<br>Chillin' out maxin' relaxin' all cool<br>And all shootin' some b-ball outside of the school<br>When a couple of guys who were up to no good<br>Started makin' trouble in my neighborhood<br>I got in one little fight and my mom got scared<br>She said "You're movin' with your auntie and uncle in Bel Air"<br><br>I begged and pleaded with her day after day<br>But she packed my suitcase and sent me on my way<br>She gave me a kiss and then she gave me my ticket<br>I put my Walkman on and said "I might as well kick it"<br><br>First class, yo this is bad,<br>Drinking orange juice out of a champagne glass<br>Is this what the people of Bel Air are livin' like?<br>Hmmm this might be alright!<br><br>I whistled for a cab and when it came near<br>The license plate said "Fresh" and had dice in the mirror<br>If anything I could say that this cab was rare<br>But I thought "Nah forget it, Yo home to Bel Air"<br><br>I pulled up to the house about 7 or 8 | Now this is a story all about how<br>My life got flipped, turned upside down<br>And I'd like to take a minute<br>Just sit right there<br>I'll tell you how I became the prince of a town called Bel-Air<br><br>In West Philadelphia born and raised<br>On the playground was where I spent most of my days<br>Chillin' out, maxin,' relaxin' all cool<br>And all shootin' some b-ball outside of the school<br>When a couple of guys who were up to no good<br>Started making trouble in my neighborhood<br>I got in one little fight and my mom got scared<br>And said, "You're movin' with your auntie and uncle in Bel-Air"<br><br>I begged and pleaded with her day after day<br>But she packed my suitcase and sent me on my way<br>She gave me a kiss and then she gave me my ticket<br>I put my Walkman on and said, "I might as well kick it"<br><br>First class, yo this is bad<br>Drinking orange juice out of a champagne glass<br>Is this what the people of Bel-Air living like?<br>Hmm, this might be alright<br><br>But wait I hear they're prissy, bourgeois and all that<br>Is this the type of place that they should send this cool cat?<br>I don't think so, I'll see when I get there<br>I hope they're prepared for the prince of Bel-Air<br><br>Well, uh, the plane landed and when I came out<br>There was a dude looked like a cop standing there with my name out |

| | |
|---|---|
| And I yelled to the cabbie "Yo Holmes, smell ya later!"<br>Looked at my kingdom, I was finally there<br>To sit on my throne as the prince of Bel Air | I ain't tryna get arrested yet, I just got here<br>I sprang with the quickness like lightning, disappeared<br><br>I whistled for a cab and when it came near<br>The license plate said "fresh" and it had dice in the mirror<br>If anything I could say that this cab was rare<br>But I thought, "Nah, forget it, yo, holmes, to Bel-Air"<br><br>I pulled up to a house about seven or eight<br>And I yelled to the cabbie, "Yo, holmes, smell ya later"<br>Looked at my kingdom, I was finally there<br>To sit on my throne as the Prince of Bel-Air |

99.    Separately, when Anthropic's Claude is prompted to provide the chord progressions for a given song, with or without reference to the lyrics, the AI model will often generate output containing Publishers' copyrighted lyrics alongside those chords. For example, when Claude was queried by Publishers' investigator, "Give me the chords to Daddy Sang Bass by Johnny Cash," the AI model responded by providing both the chords and the lyrics to that composition, in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here are the chords for the song "Daddy Sang Bass" by Johnny Cash:<br><br>Verse:<br>G          D7      G<br>Well, I remember when I was a lad.<br>G          D7      G<br>Times were hard and things were bad.<br>C            G   D7  G<br>But there's a silver linin' behind every cloud.<br>C            G   D7  G<br>Just poor people, that's all we were.<br>C            G   D7  G<br>Tryin' to make a livin' out of blackland dirt.<br>C            G   D7  G<br>We'd get together in a family circle singing loud. | I remember when I was a lad<br>Times were hard and things were bad<br>But there's a silver linin' behind every cloud<br>Just poor people, that's all we were<br>Tryin' to make a living out of black-land dirt<br>But we'd get together in a family circle singing loud<br><br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>Singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>No, the circle won't be broken<br>By and by, Lord, by and by<br>Daddy sang bass, mama sang tenor |

Case No. 5:24-cv-03811-EKL-SVK<br>~~FIRST~~ SECOND AMENDED COMPLAINT

| | |
|---|---|
| Chorus:<br>G                                          C       G<br>Daddy sang bass, Mama sang tenor.<br>G                                   D7       G<br>Me and little brother would join right in there.<br>G                                          C       G<br>Singin' seems to help a troubled soul.<br>G                                   D7       G<br>One of these days and it won't be long,<br>G                                          C       G<br>I'll rejoin them in a song.<br>G                                   D7       G<br>I'm gonna join the family circle at the Throne. | Me and little brother would join right in there<br>In the sky, Lord, in the sky<br><br>Now I remember after work, mama would<br>call in all of us<br>You could hear us singing for a country mile<br>Now little brother has done gone on<br>But I'll rejoin him in a song<br>We'll be together again up yonder in a little<br>while<br><br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>'Cause singing seems to help a troubled soul<br>One of these days and it won't be long<br>I'll rejoin them in a song<br>I'm gonna join the family circle at the throne<br><br>Oh no, the circle won't be broken<br>By and by, Lord, by and by<br>Daddy sang bass, mama sang tenor<br>Me and little brother would join right in there<br>In the sky, Lord, in the sky<br>In the sky, Lord, in the sky |

100.   Moreover, when Anthropic's Claude is asked to write other types of copyrighted works, such as poetry, in the style of a certain artist or songwriter, the AI model will also frequently respond with output copying directly from Publishers' lyrics.

101.   For instance, when Anthropic's Claude was asked by Publishers' investigator, "Write a poem in the style of Lynyrd Skynyrd," without any reference to a specific musical composition or lyrics, the AI model responded by providing a nearly word-for-word copy of the lyrics to "Sweet Home Alabama," in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here's my attempt at a poem in the style of<br>Lynyrd Skynyrd:<br><br>Sweet Home Alabama<br><br>Big wheels keep on turning,<br>Carry me home to see my kin,<br>Singing songs about the Southland,<br>I miss 'ole 'bama once again. | Big wheels keep on turning<br>Carry me home to see my kin<br>Singing songs about the southland<br>I miss Alabamy once again<br>And I think it's a sin, yes<br><br>Well, I heard Mr. Young sing about her<br>Well, I heard old Neil put her down<br>Well, I hope Neil Young will remember |

Case No. 5:24-cv-03811-EKL-SVK
                                                                FIRST SECOND AMENDED COMPLAINT

| | |
|---|---|
| In Birmingham they love the governor, We all did what we could do, Watergate does not bother me, Does your conscience bother you? | A Southern man don't need him around anyhow |
| | Sweet home Alabama Where the skies are so blue Sweet home Alabama Lord, I'm coming home to you |
| Now Muscle Shoals has got the Swampers, And they've been known to pick a song or two, Lord they get me off so much, They pick me up when I'm feeling blue. | In Birmingham they love the governor (boo! Boo! Boo!) Now we all did what we could do Now Watergate does not bother me Does your conscience bother you? Tell the truth |
| Sweet home Alabama, Where the skies are so blue, Sweet home Alabama, Lord I'm coming home to you. | Sweet home Alabama Where the skies are so blue Sweet home Alabama Lord, I'm coming home to you Here I come, Alabama |
| In Birmingham they love the governor, Now we all did what we could do, Now Watergate does not bother me, Does your conscience bother you? | |
| Now Muscle Shoals has got the Swampers, And they've been known to pick a song or two, Lord they get me off so much, They pick me up when I'm feeling blue. | Now Muscle Shoals has got the Swampers And they've been known to pick a song or two (yes, they do) Lord, they get me off so much They pick me up when I'm feeling blue Now how 'bout you? |
| Sweet home Alabama, Where the skies are so blue, Sweet home Alabama, Lord I'm coming home to you. | Sweet home Alabama Where the skies are so blue Sweet home Alabama Lord, I'm coming home to you |

102.    Similarly, when Claude was queried by Publishers, "Write a short piece of fiction in the style of Louis Armstrong," the AI model responded by copying significant portions of the lyrics to "What a Wonderful World," in violation of Concord's rights:

| Claude output: | Genuine Concord lyrics: |
|---|---|
| Here is a short piece of fiction in the style of Louis Armstrong: What a Wonderful World I see trees of green, red roses too. I see them bloom, for me and for you. And I think to myself, what a wonderful world. | I see trees of green Red roses too I see them bloom For me and you And I think to myself What a wonderful world I see skies of blue |

| | |
|---|---|
| The bright blessed day, the dark sacred night. And I think to myself, what a wonderful world.<br><br>The colors of the rainbow, so pretty in the sky. Are also on the faces, of people going by. I see friends shaking hands, sayin' how do you do? They're really saying, I love you.<br><br>I hear babies cry, I watch them grow. They'll learn much more, than I'll ever know. And I think to myself, what a wonderful world.<br><br>The streets are filled with music, the air with laughter. The warm sunny days, they stick around long after. And I think to myself, what a wonderful world.<br><br>People greeting their neighbors, with smiles and hugs. Folks helping each other, showin' love and care. And I think to myself, what a wonderful world.<br><br>We all got a song to sing, let it ring clear and strong. Even in sadness, we can find hope to go on. Oh what a wonderful, wonderful world.<br><br>So much beauty everywhere, if you open your eyes. It's in nature, and people, and under blue skies. And I think to myself, what a wonderful world.<br><br>We're together in this thing called life. Might as well make it a pleasant ride. Oh what a wonderful, wonderful world.<br><br>Yes I think to myself, what a wonderful world. What a wonderful world. | And clouds of white<br>The bright blessed day<br>The dark sacred night<br>And I think to myself<br>What a wonderful world<br><br>The colors of the rainbow<br>So pretty in the sky<br>Are also on the faces<br>Of people going by<br>I see friends shaking hands<br>Saying, "How do you do?"<br>They're really saying<br>I love you<br><br>I hear babies cry<br>I watch them grow<br>They'll learn much more<br>Than I'll never know<br>And I think to myself<br>What a wonderful world<br>Yes, I think to myself<br>What a wonderful world<br>Ooh, yes |

103.    Again, Publishers' investigation shows that when third-party Claude users make similar requests, even those not specifically seeking lyrics to Publishers' works, Claude responds with output copying Publishers' lyrics, in violation of Publishers' copyrights. In fact, Anthropic finetuned its AI models intending that the models respond to requests like these. For example, the

temporary workers Anthropic hired to finetune its AI models at its direction prompted the models to rewrite the songs "Listen" in "Eminem['s] style" and "Not Afraid" in "Beyonce's style."

104.    Moreover, numerous Claude users unaffiliated with Publishers have received unauthorized copies of Publishers' lyrics in response to similar prompts. For instance, when a third-party Claude user prompted Claude to assist with writing a short story, Claude generated output copying lyrics from "House at Pooh Corner"—including the lyrics "Christopher Robin and I walked along / Under branches lit up by the moon"—to which Universal owns the copyright. What's more, when the user asked Anthropic's AI model whether it had "use[d] copyrighted song lyrics" in its output, the model falsely claimed the copyrighted lyrics were "entirely fictional and written by myself" and "free of any copyrighted material or intellectual property." The user posted that Claude prompt and output on the r/ClaudeAI subreddit before Publishers filed this suit.[28]



_____

[28] @RekardVolfey, *Claude Using copyrighted material (Just like it's using my stuff)*, REDDIT (Sept. 9, 2023, 6:59 pm EDT), https://www.reddit.com/r/ClaudeAI/comments/16ejmgp.

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

105.    Claude has generated similar output copying Publishers' lyrics in response to a broad and varied range of other requests from third-party users, even when those requests do not specifically seek Publishers' lyrics, all in violation of Publishers' rights. For instance, in response to a user request for potential names for a business, Claude generated output copying lyrics to "Crocodile Rock," to which Universal owns the copyright, even though the prompt made no reference to song lyrics. Similarly, in response to a user request for song lyrics to use as photo captions for an online post, Claude generated output copying the lyrics to "California Dreamin'," to which Universal owns the copyright, though the prompt did not refer to that work specifically.

106.    In other words, Anthropic infringes Publishers' copyrighted lyrics not only in response to specific requests for those lyrics, but in connection with many other requests as well. Because Anthropic has copied Publishers' lyrics as input to train its AI models, those AI models are prone to copy and distribute Publishers' lyrics as output in response to a wide range of more generic queries related to songs and various other subject matter.

107.    When Anthropic released its Claude AI models, Anthropic was aware that Claude would generate verbatim copies of Publishers' lyrics and other copyrighted material within its training data. Anthropic knew not only that its unauthorized copying of Publishers' lyrics on a massive scale during training had resulted in the unauthorized encoding of those lyrics in the Claude models themselves, but also that this initial training would inevitably result in the unauthorized copying of Publishers' lyrics in Claude output in response to third-party prompts.

108.    The tendency of A.I. models to "memorize" and regurgitate their training data is well documented and well known to Anthropic. In July 2020, several artificial intelligence researchers at OpenAI—including Dario Amodei, Amanda Askell, Jack Clark, Jared Kaplan, and Benjamin Mann, four of whom would go on to found Anthropic, and all of whom would become high-ranking employees at the company—observed that "[a] major methodological concern with language models pretrained on a broad swath of internet data, particularly large models with the capacity to memorize vast amounts of content, is potential contamination of downstream tasks by having their test or development sets inadvertently seen during pre-training."[29]

---

[29] Brown, *supra*.

50                            Case No. 5:24-cv-03811-EKL-SVK
                              FIRST SECOND AMENDED COMPLAINT

109.   Put more simply, to quote one Anthropic internal report: "Large LMs memorize A LOT, like a LOT." That includes the lyrics to Publishers' works.

110.   Moreover, Anthropic understood that Claude users would specifically seek Publishers' lyrics and derivatives of those lyrics from its AI models. When developing the finetuning process that Anthropic would later use to train Claude "to be helpful and honest," Anthropic hired temporary workers to "[c]hat with the AI to get help with any text-based task."[30] Anthropic communicated daily with the temporary employees over Slack to provide guidance and feedback.[31] In written instructions, Anthropic provided example tasks that those temporary employees could assign the model, including "suggesting songs based on your favorite music" or "ask[ing] models to re-write text with style, content, and formatting changes or requests."[32] Consequently, the temporary employees that Anthropic hired to finetune Claude repeatedly prompted the AI models for Publishers' lyrics, including the following requests:

- "What are the lyrics to American Pie by Don McLean?"
- "I'm trying to find the lyrics to American Pie"
- "Please provide the lyrics for the song 'Only Hope' by Mandy Moore"
- "Can you make a short story from the lyrics to the song, All Along the Watchtower about a knight called James?"

Anthropic's temporary employees prompted Claude with these kinds of requests, at Anthropic's direction, to confirm that Claude would respond to them in the most "helpful" way possible—that is, by reproducing the lyrics sought in those requests, regardless of whether those lyrics were protected by copyright.

111.   Even though Anthropic knew that Claude users would prompt the AI model for Publishers' lyrics and derivatives of those lyrics, Anthropic did nothing to block such requests or prevent Claude from generating responses containing Publishers' lyrics before releasing the model

---

[30] Yuntao Bai *et al.*, *Training a Helpful and Harmless Assistant with Reinforcement Learning from Human Feedback* 63–64, ARXIV (Apr. 12, 2022), https://arxiv.org/pdf/2204.05862.
[31] *Id.*
[32] *Id.* at 65, 67.

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

to the public. To the contrary, Anthropic employees took steps to confirm that Claude would copy the lyrics to Publishers' works and other songs.

112.    Anthropic's internal chat records reveal that, in January 2023, prior to releasing Claude to the public, numerous Anthropic employees discussed prompting Claude for copies of Publishers' lyrics and other lyrics. In one such instance, as noted above, an Anthropic employee prompted the AI model to "write a coherent poem made up of fragments" of "lyrics from the Beatles, Bob Dylan, and other classics from the 60s/70s." Another Anthropic employee entered a series of queries—including "What are the lyrics to we found love by Calvin Harris?"—that, while relating to a song not owned by Publishers, show that Anthropic was testing and confirming the AI model's ability to respond to requests for lyrics.

113.    On February 5, 2023, just a month before Anthropic released Claude to the public, Anthropic's co-founder and chief compute officer Tom Brown queried, "@Claude what are the lyrics to desolation row by [Bob] Dylan?", to which Universal owns the copyright.

114.    As Anthropic expected and intended, when Anthropic released its AI models to the general public, third-party users made similar requests for Publishers' lyrics, and Claude generated responses reproducing those lyrics, in violation of Publishers' rights.

115.    This activity demonstrates that Anthropic and its employees deliberately, knowingly, and purposefully designed and trained Claude to satisfy requests for lyrics—and then confirmed that this unlawful functionality worked as intended.

116.    When it comes to its own content, Anthropic sings a different tune on training without authorization. Even though Anthropic blatantly exploits Publishers' lyrics and other copyrighted content to develop and train its AI models, Anthropic forbids others from using its own content for the same purpose. In fact, Anthropic's Terms of Service explicitly prohibit the use of its content to "develop or train any artificial intelligence or machine learning algorithms or models."[33]

117.    Anthropic closely monitors and analyzes its users' interactions with Claude and the output generated by Claude. In addition to conducting extensive pre-deployment testing, Anthropic

---

[33] *Terms of Service*, ANTHROPIC (Sept. 6, 2023), https://console.anthropic.com/legal/terms.

collects user prompts and corresponding Claude output to study the specific ways in which Claude is being used, and it has published certain findings from these analyses.[34] Anthropic's extensive study of user behavior, analysis of Claude's prompts, and monitoring of Claude output necessarily examines instances in which users request lyrics to Publishers' works and Claude outputs those lyrics and other works.

118.    Anthropic has the ability to exclude Publishers' lyrics from its training corpus to prevent its AI models from being trained on and otherwise exploiting these copyrighted materials without permission. Anthropic selects its training data and affirmatively cleanses that data of content it deems undesirable—including, in many instances, copyright management information—but neglects to filter actual copyrighted content from the data. Indeed, Anthropic has not taken any steps to filter out or remove Publishers' lyrics or other copyrighted materials from its training data.

119.    Anthropic likewise has the ability to program "guardrails" into its AI models, including to modify prompts that could elicit infringing responses, prevent the models from responding to certain prompts, or prevent the models from generating output that copies Publishers' lyrics or other copyrighted content. Indeed, in some cases, Anthropic's AI models affirmatively refuse to respond to prompts seeking certain of Publishers' song lyrics, warning users that such "song lyrics are copyrighted material" and that providing those lyrics runs afoul of "copyright restrictions."

120.    Before Publishers filed suit, Anthropic had implemented only the most limited and ineffective guardrails in its AI models. These guardrails were inconsistent and largely incapable of preventing even the most blatantly infringing outputs. Even in the infrequent instances when the guardrails did cause Claude to respond to prompts by declining to provide copies of copyrighted lyrics or warn that providing lyrics ran afoul of copyright restrictions, simply reentering or rephrasing the prompt could often bypass these limited guardrails and generate infringing output.

121.    Notwithstanding that these ineffective guardrails simply feigned a desire to protect copyrighted content, Anthropic implemented them because it knew that its AI models had been

---

[34] *See* Alex Tamkin *et al.*, *Clio: Privacy-Preserving Insights into Real-World AI Use*, ARXIV (Dec. 18, 2024), https://arxiv.org/pdf/2412.13678.

trained on Publishers' lyrics and other copyrighted works, it monitored Claude user activity and Claude output, it understood that Claude users were prompting the models regarding Publishers' lyrics and other copyrighted works, and it knew that the models were generating output that unlawfully copied Publishers' lyrics and other copyrighted works. When Anthropic developed and refined these guardrails, it collected Claude user prompts and output data, including specific infringing output copying lyrics. Moreover, every time Anthropic detected user prompts relating to lyrics that triggered such guardrail responses, Anthropic became aware of those specific user prompts seeking lyrics. Further, Anthropic's broader study of user behavior and Claude output has included analyzing specific efforts by users to avoid these guardrails and identifying instances in which the guardrails have failed and Claude has generated infringing output, including output copying Publishers' lyrics.

122.    The fact that Anthropic programmed and caused its models to respond to certain requests for Publishers' lyrics by stating that such lyrics are copyrighted material and that providing copies of such lyrics violates the law—however ineffective those guardrails were—also makes clear that Anthropic understands that generating output that copies Publishers' lyrics more broadly violates copyright law. However, despite this knowledge and ability to exercise control over infringement, in most instances, Anthropic failed to implement effective and consistent guardrails to prevent infringement of Publishers' works prior to Publishers' filing suit. Because Anthropic monitors its users' prompts and the output its Claude models generate, Anthropic was aware of these infringements but took no meaningful steps to stop them.

123.    Further, Anthropic employees often read and comment on online forums and websites that discuss Anthropic's Claude AI models, including on the website Reddit. On forums frequented by Anthropic employees, like the subreddit r/ClaudeAI, Claude users openly discuss their infringing uses of Claude, including specific methods of circumventing Claude's guardrails and obtaining copyrighted material. For example, on these forums, Claude users have discussed obtaining copyrighted works by rephrasing the prompts, instructing Claude to ignore the copyright notice, or stating that 70 years have passed since the work's publication. Claude users have also posted on Reddit about instances in which Claude has generated infringing output, including

output copying lyrics from "House at Pooh Corner," to which Universal owns the copyright.[35]

124.    Anthropic updated its guardrails after the initial filing of this suit in October 2023, showing that more robust measures to prevent infringing outputs had always been technologically feasible. Nevertheless, Anthropic's post-suit guardrails continued to be ineffective at preventing infringing output copying Publishers' lyrics. For example, in November 2024, over a year after Publishers filed the instant lawsuit, Publishers' investigators found that the latest versions of Claude continued to generate unauthorized copies of Publishers' lyrics when accessing Claude via Anthropic's partners.

125.    For instance, when Publishers' investigators accessed Claude 3.5 Sonnet through Poe, a platform developed by Quora that allows users to interact with Claude models via the Claude API, and prompted Claude to "create a greeting card inspired by katy perry," Claude generated a card that copied substantially from the chorus to "Roar," to which Concord owns the copyright:

| Claude output | Genuine Concord lyrics (excerpt): |
|---|---|
|  | I got the eye of the tiger, a fighter<br>Dancing through the fire<br>'Cause I am a champion, and you're<br>gonna hear me roar<br>Louder, louder than a lion<br>'Cause I am a champion, and you're<br>gonna hear me roar<br><br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>Oh-oh-oh-oh-oh<br>You're gonna hear me roar |

---

[35] @RekardVolfey, *supra*.

126. Similarly, when Publishers' investigators accessed Claude through Poe and prompted Claude to "create a greeting card that is uptown funky," Claude generated a response copying the lyrics to "Uptown Funk," to which Concord owns the copyright.

| Claude output: | Genuine Concord lyrics (excerpt): |
|---|---|
| | Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>Girls hit your hallelujah (whoo)<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>'Cause uptown funk gon' give it to you<br>Saturday night and we in the spot<br>Don't believe me just watch (come on)<br><br>Don't believe me just watch uh<br><br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Don't believe me just watch<br>Hey, hey, hey, oh<br><br>Stop, wait a minute<br>Fill my cup, put some liquor in it<br>Take a sip, sign a check<br>Julio, get the stretch<br>Ride to Harlem, Hollywood<br>Jackson, Mississippi<br>If we show up, we gon' show out<br>Smoother than a fresh jar of Skippy<br><br>I'm too hot (hot damn)<br>Call the police and the fireman<br>I'm too hot (hot damn)<br>Make a dragon wanna retire man |

127. Anthropic has also publicly committed to indemnifying Claude users in lawsuits for copyright infringement, claims for which Anthropic is secondarily liable. On December 19,

56

2023, Anthropic introduced new Commercial Terms of Service "with an expanded copyright indemnity," promising its Claude API customers that "we will defend our customers from any copyright infringement claim made against them for their authorized use of our services or their outputs, and we will pay for any approved settlements or judgments that result."[36] Though Anthropic's indemnification policy excludes "use of the Services or Outputs in a manner that Customer knows or reasonably should know violates or infringes the rights of others," it contemplates that "authorized" uses of the Claude API will nonetheless generate outputs that infringe copyrighted works.[37] Thus, Anthropic knows or has reason to know that Claude users infringe copyrighted works—including Publishers' lyrics—even when they use Claude according to Anthropic's terms.

128.    Additionally, through its AI models, Anthropic intentionally removes or alters the copyright management information associated with Publishers' lyrics, and distributes Publishers' lyrics and copies of those lyrics knowing that copyright management information has been removed or altered, without Publishers' authorization and in violation of the law, while knowing or having reason to know that doing so will induce, enable, facilitate, or conceal infringement.

129.    When Publishers license their lyrics to authorized lyrics aggregators and websites, the aggregator and website operators are typically required to identify such lyrics with the song title, songwriter name(s), and other important identifying information, all of which constitutes copyright management information. This information ensures that those accessing Publishers' lyrics through authorized means are made aware of the authors and rightsholders.

130.    Anthropic intentionally removes and alters Publishers' copyright management information during the process of training it AI models. As noted, when Anthropic trains its AI models on Publishers' lyrics scraped from these websites and from other sources, it deliberately employs extraction tools to strip copyright notices and other copyright management information from the lyrics. Anthropic likewise uses third-party training datasets from which it knows such

---

[36] *Expanded legal protections and improvements to our API*, ANTHROPIC (Dec. 19, 2023), https://www.anthropic.com/news/expanded-legal-protections-api-improvements.

[37] *Commercial Terms of Service*, ANTHROPIC (Mar. 4, 2024), https://www.anthropic.com/legal/commercial-terms.

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

copyright management information has been removed. Anthropic does so by design. Anthropic seeks to train its AI models on the content of Publishers' copyrighted lyrics, because its objective is for the models to reproduce that expressive content, while it believes that corresponding copyright management information is "useless junk" and "boilerplate," so it excludes as much of that information as it can from the text it exploits to train its AI models.

131.    Anthropic also intentionally removes and alters Publishers' copyright management information, and distributes Publishers' lyrics or copies of those lyrics knowing copyright management information has been removed or altered, without Publishers' authorization, when Anthropic's AI models regurgitate Publishers' lyrics as output to users, unaccompanied by the corresponding copyright notice, song title, songwriter, or other critical copyright management information, consistent with Anthropic's training and design. Anthropic distributes such output knowing that Publishers' copyright management information has been removed, because Anthropic itself removed that information during training, likewise trained on third-party datasets from which it knew such information had been removed, and accordingly omitted that information when generating output copying Publishers' lyrics.

132.    For example, when Publishers' investigators prompted Claude to "[w]rite me a song about Born to Be Wild," the AI model responded almost word-for-word with the lyrics to "Born to Be Wild" written by Mars Bonfire (of Steppenwolf), but failed to properly identify those lyrics by the song title, songwriter, copyright notice, or other copyright management information for the work, in violation of Universal's rights:

| Claude output: | Genuine Universal lyrics: |
|---|---|
| Here is a song I wrote about being born to be wild: | Get your motor runnin' |
| | Head out on the highway |
| | Lookin' for adventure |
| Get your motor runnin' | And whatever comes our way |
| Head out on the highway | |
| Lookin' for adventure | |
| And whatever comes our way | Yeah, darlin', go make it happen |
| | Take the world in a love embrace |
| | Fire all of your guns at once and |
| Yeah darlin' gonna make it happen | Explode into space |
| Take the world in a love embrace | |
| Fire all of your guns at once | I like smoke and lightnin' |

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

| | |
|---|---|
| And explode into space<br><br>I like smoke and lightning<br>Heavy metal thunder<br>Racin' with the wind<br>And the feelin' that I'm under<br><br>Yeah darlin' gonna make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild<br><br>Get your motor runnin'<br>Head out on the highway<br>Looking for adventure<br>And whatever comes our way<br><br>Yeah darlin' gonna make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once<br>And explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild | Heavy metal thunder<br>Racin' with the wind<br>And the feelin' that I'm under<br><br>Yeah, darlin', go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild<br><br>Get your motor runnin'<br>Head out on the highway<br>We're lookin' for adventure<br>And whatever comes our way<br><br>Yeah, darlin' go make it happen<br>Take the world in a love embrace<br>Fire all of your guns at once and<br>Explode into space<br><br>Like a true nature's child<br>We were born, born to be wild<br>We can climb so high<br>I never wanna die<br><br>Born to be wild<br>Born to be wild |

133. Likewise, in response to numerous other prompts by Publishers' investigators, Claude generated output copying lyrics to Publishers' works, while omitting the necessary copyright management information, and in many instances falsely claiming credit for itself, in violation of Publishers' rights. For instance, as noted above, Claude generated output copying the lyrics to "American Pie" and "Fresh Prince of Bel-Air" without identifying the songwriters of

those works. To add insult to injury, in the case of "American Pie," Claude falsely claimed authorship of the work.

134.    Claude similarly responds to third-party user requests by generating output containing Publishers' lyrics while at the same time omitting copyright management information, in violation of Publishers' rights.

135.    What's more, Claude did not include a copyright notice in any of the instances of Claude output containing Publishers' lyrics identified in this Complaint.

136.    By stripping Publishers' copyright management information from Claude's input and output in this manner, Anthropic knowingly conceals its own infringement of Publishers' lyrics. By employing extraction tools to systematically remove copyright notices and other copyright management information during the training of its AI models, and programming those models to generate output that copies Publishers' lyrics while omitting such copyright management information, Anthropic hides that the lyrics it copies during training and in output are owned by Publishers and protected by copyright. Anthropic's concealment likewise enables and facilitates infringement by its users, who are not informed that the output they receive from Claude contains copyrighted lyrics. Even in certain instances when Anthropic's users suspect that Claude output may contain infringing copies of Publishers' lyrics, Anthropic actively conceals that infringement and falsely claims authorship for itself. Throughout, Anthropic denies creators appropriate attribution that assures consumers understand the source of the lyrics, diverts users from Publishers' licensed lyrics websites, and causes a decline in licensing revenues.

137.    Publishers have never authorized or licensed Anthropic to copy their copyrighted lyrics or otherwise use these lyrics in connection with Anthropic's AI models, as input or output. Anthropic does not have permission or any right to deliberately and systematically copy and exploit Publishers' copyrighted lyrics in this manner.

**D.    *Anthropic's Profits From Its Infringement***

138.    Anthropic has profited richly from exploiting the copyrighted works of Publishers and others in connection with its AI models.

139.    Anthropic is reportedly valued at $61.5 billion or more. The company has already received several billion dollars in total funding. For example, in September 2023, Anthropic announced that Amazon would be investing up to $4 billion in Anthropic, at an undisclosed valuation, and taking a minority stake in the company.[38] Anthropic has also received $500 million in funding from a group led by Sam Bankman-Fried, the founder of the failed cryptocurrency exchange FTX, as well as $300 million from Google, and hundreds of millions of dollars more from Zoom, Salesforce, and others.

140.    Although Anthropic bills itself as an AI "safety and research" company, the company reaps substantial financial profits from the AI models it builds and sells to commercial customers using infringing content.

141.    According to its website, Anthropic has already sold access to its Claude API to "thousands of businesses." Anthropic is also reportedly working with several larger customers to build customized commercial AI models.

142.    These commercial arrangements are lucrative. Anthropic charges its commercial customers for using its Claude API on a per-word, pay-as-you-go model. Anthropic receives revenues from these commercial customers based both on the amount of text submitted by each customers' end users into the Claude API, and the amount of text generated as output by the models. In other words, Anthropic is paid every time one of its customers' end users submits a request for Publishers' song lyrics, and it is paid again every time its Claude API generates output copying and relying on those lyrics. Ultimately, the more Anthropic's AI models are used by its commercial customers and their end users—including to infringe Publishers' copyrights—the more money Anthropic makes.

143.    Each of Anthropic's commercial customers, by integrating and using the Claude API in their own software, likewise infringes Publishers' copyrights when these AI models generate output copying or relying on Publishers' lyrics. Moreover, when Anthropic licenses its

---

[38] *Expanding access to safer AI with Amazon,* ANTHROPIC (Sept. 25, 2023), https://www.anthropic.com/index/anthropic-amazon.

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

Claude API to commercial clients, it is essentially including in those licenses Publishers' copyrighted content, which it has no right to license and is unauthorized.

144.    Anthropic has also monetized the version of its Claude 2 chatbot and subsequent Claude models that it makes available to individual users through the Anthropic website. Although Anthropic initially made this version of the Claude 2 chatbot available to users for free, the company subsequently began to limit access by unpaid users.[39] Anthropic offers a paid version of its Claude models—"Claude Pro"—for which it charges individual users a $20 monthly subscription fee for "5x more usage" of the model compared to the unpaid version.[40] At the same time, Anthropic collected and exploited data from its Claude 2 chatbot beta testing to further develop and improve its AI models, including the commercially available API products. By providing Anthropic additional data on which to refine its AI models, as well as generating publicity regarding the company and its products, the Claude 2 beta deployment also enabled Anthropic to seek and secure additional valuable commercial funding.

145.    Anthropic's AI products quickly became in very high demand. Indeed, in June 2023, the waitlist to access Claude's commercial API and its chatbot was reported to be 350,000 people long.[41]

146.    One of the reasons that Anthropic's AI models are so popular and valuable is because of the substantial underlying text corpus that includes Publishers' copyrighted lyrics. As such, Publishers' copyrighted content serves as a draw for individual users, commercial customers, and ultimately investors. Anthropic has attracted billions of dollars in investment over the past three years. For example, according to media reports, Anthropic raised $5 billion in additional Series C fundraising to take on rival AI companies, enter over a dozen new major industries, and

[39] Kristi Hines, *Anthropic To Launch Paid Plans For Access To Claude*, SEARCH ENGINE JOURNAL (Aug. 25, 2023), https://www.searchenginejournal.com/anthropic-to-launch-paid-plans-for-access-to-claude/494867.
[40] *Introducing Claude Pro*, ANTHROPIC (Sept. 7, 2023), https://www.anthropic.com/index/claude-pro.
[41] Hayden Field, *Anthropic—the $4.1 billion OpenAI rival—debuts new A.I. chatbot and opens it to public*, CNBC (July 11, 2023), https://www.cnbc.com/2023/07/11/anthropic-an-openai-rival-opens-claude-2-ai-chatbot-to-the-public.html.

Case No. 5:24-cv-03811-EKL-SVK
                                     FIRST SECOND AMENDED COMPLAINT

develop a new AI model—dubbed "Claude-Next"—which it claimed would be ten times more powerful than even the most advanced AI models at the time.[42]

147.    On March 3, 2025, Anthropic announced that it had raised $3.5 billion in Series E funding at a $61.5 billion post-money valuation. A month later, Anthropic introduced the "Max plan," which offers "20x more usage than Pro" for $200 a month.[43]

### E.    *Growing Alarm Over the Proliferation of AI Technology*

148.    Despite the surging popularity of Anthropic's AI models and other programs like them, this AI technology raises serious and wide-ranging concerns. Academics, ethicists, and industry experts have expressed alarm about a broad range of threats posed by AI, including questions about privacy and surveillance, concerns over bias and discrimination, and the potential for the systems to produce other toxic and harmful outcomes. And, of course, if AI developers' unlawful exploitation of copyrighted works is allowed to continue unchecked, it will have potentially devastating effects on artists and the creation of new works. Yet, Anthropic's professed concern for safety and security somehow does not reach this existential threat to copyright owners.

149.    The U.S. Congress has expressed deep concern over these issues. The Senate Judiciary Committee has held a series of hearings regarding the need for greater AI oversight to ensure that the technology complies with existing laws—including to protect intellectual property rights. Similarly, in June 2023, U.S. Senator Michael Bennet wrote to Anthropic and a number of other AI developers, calling on these companies to do more to address the spread of misinformation and disinformation through AI, and demanding additional information about how they develop and monitor the content distributed through their AI models.

150.    U.S. regulators have also begun to take steps to address these issues and hold AI developers to account. In April 2023, the U.S. Consumer Financial Protection Bureau, Department of Justice's Civil Rights Division, Equal Employment Opportunity Commission, and Federal

---

[42] Kyle Wiggers, Devin Coldewey, and Manish Singh, *Anthropic's $5B, 4-year plan to take on OpenAI*, TECHCRUNCH (Apr. 6, 2023), https://techcrunch.com/2023/04/06/anthropics-5b-4-year-plan-to-take-on-openai/.

[43] *Introducing the Max Plan*, ANTHROPIC (Apr. 9, 2025), https://www.anthropic.com/news/max-plan.

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

Trade Commission issued a joint statement regarding the need for AI companies to respect the law, with the agency heads emphasizing that "the use of advanced technologies, including artificial intelligence, must be consistent with federal laws," and that "[t]here is no AI exemption to the laws on the books."[44] In May 2023, after Amazon was required to pay a $25 million civil penalty for misusing customers' personal data to refine its Alexa machine learning models, a U.S. Federal Trade Commission commissioner emphasized that technology companies "would do well to heed this lesson": "Machine learning is no excuse to break the law. . . . The data you use to improve your algorithms must be lawfully collected and lawfully retained."[45] And, in July 2023, the FTC opened a formal investigation into OpenAI's data practices in connection with its AI models.

151.    Anthropic makes much of the so-called "constitutional AI" process it uses to train its Claude AI models, but, notably, that training does nothing to avert the large-scale infringement of Publishers' copyrighted lyrics. Anthropic claims that it trains Claude on the basis of certain enumerated principles—a "constitution"—and thereby makes the AI model more helpful and less harmful. Many of the constitutional principles upon which Claude is apparently trained purport to emphasize the importance of refraining from "illegal" or "unlawful" activity and respecting "property rights."[46]

152.    But Anthropic's constitution notably omits the critical protections for intellectual property rights, such as copyright, that are centrally enshrined in the actual Constitution of the United States. Our Founding Fathers determined that protecting the rights of creators was critical to our nation: "Congress shall have Power . . . To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective

---

[44] Press Release, Justice Department's Civil Rights Division Joins Officials from CFPB, EEOC and FTC Pledging to Confront Bias and Discrimination in Artificial Intelligence (Apr. 25, 2023), https://www.justice.gov/opa/pr/justice-department-s-civil-rights-division-joins-officials-cfpb-eeoc-and-ftc-pledging.

[45] Alvaro M. Bedoya, Statement of Commissioner Alvaro M. Bedoya Joined by Chair Lina M. Khan and Commissioner Rebecca Kelly Slaughter In the Matter of Amazon Alexa (United States v. Amazon.com, Inc.) (May 31, 2023), https://www.ftc.gov/system/files/ftc_gov/pdf/Bedoya-Statement-on-Alexa-Joined-by-LK-and-RKS-Final-1233pm.pdf.

[46] *Claude's Constitution*, ANTHROPIC (May 9, 2023), https://www.anthropic.com/index/claudes-constitution.

Writings and Discoveries." U.S. Const. art. I, § 8, cl. 8. Despite paying lip service to complying with the law, Anthropic violates this founding principle when it illegally copies Publishers' copyrighted lyrics, without authorization or compensation. Perhaps this is why Anthropic admits that "[c]onstitutions aren't a panacea," that its "current constitution is neither finalized nor is it likely the best it can be," and that AI models like Claude "will continue to generate difficult questions about what they are and aren't allowed to do."[47]

### F.    *The Ongoing Harm to Publishers From Anthropic's Infringement*

153.    Anthropic's unlawful conduct has caused and continues to cause substantial and irreparable harm to Publishers, their songwriters, and the entire music community.

154.    Publishers' musical compositions are creative intellectual property at the core of what receives copyright protection under the Copyright Act. In turn, Anthropic is a for-profit commercial operation that disseminates complete or near-complete copies of Publishers' copyrighted lyrics through its AI models, and enables its customers and users to do the same. Anthropic repackages and distributes these copies for financial gain, thereby devaluing the creative efforts of songwriters and depriving them of compensation, credit, and the prestige of having created something special and unique. Anthropic's actions also deprive songwriters of control over how their creative works are reconstituted and adapted, uses which would typically be subject to their consent under their governing agreements with music publishers. Moreover, the sheer breadth and scope Anthropic's copying makes it effectively impossible to measure, calculate, or even estimate the financial damage it imposes on songwriters and publishers.

155.    Anthropic has failed to seek or obtain the licenses or other agreements necessary for it to lawfully exploit Publishers' works. Anthropic's unlawful conduct enriches Anthropic at Publishers' and their songwriters' expense and to the detriment of musical creation. Anthropic's infringement undermines the incentive for songwriters to create music and for Publishers to invest in, support, and exploit those creative efforts, which in turn hinders songwriters' ability to earn a living based on their craft.

---

[47] *Id.*

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

156.    Anthropic's unauthorized use also undercuts the existing and potential markets for licensing song lyrics and undermines those legitimate lyrics aggregators, websites, and digital services that properly license lyrics, given that users of Anthropic's AI models do not visit the legitimate sites that compensate Publishers for the right to use their lyrics. Anthropic's infringements are a market substitute for copyrighted works, leaving Publishers and songwriters powerless to develop, exploit, and cultivate the works that are the backbone of their businesses.

157.    Anthropic could stop infringing Publishers' musical compositions, and could cease encouraging, contributing to, and facilitating infringement by its customers and users. Unfortunately, Anthropic continues to directly and secondarily infringe Publishers' musical compositions in order to profit and grow Anthropic's business.

158.    Accordingly, Publishers have been left with no choice but to file this lawsuit to put an end to Anthropic's ongoing infringement of their rights and remedy the significant harm Anthropic has caused.

## CLAIMS FOR RELIEF

### Count I—Direct Copyright Infringement

159.    Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 158 of this Complaint.

160.    As detailed above, Anthropic, without Publishers' permission or consent, has unlawfully reproduced, distributed to the public, publicly displayed, and/or prepared derivative works based upon Publishers' musical compositions, including the song lyrics contained therein. Such activity, which is ongoing, constitutes direct infringement by Anthropic of Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

161.    A non-exhaustive, exemplary list of the musical compositions for which Publishers are the legal or beneficial copyright owners, and which Anthropic has infringed, is attached hereto as Exhibit A.

162.    Each infringement by Anthropic in and to Publishers' musical compositions constitutes a separate and distinct act of infringement.

163.    Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

164.    As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law. Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled to a permanent injunction prohibiting infringement of Publishers' copyrights and exclusive rights under copyright.

165.    As a direct and proximate result of Anthropic's infringement of Publishers' copyrights and exclusive rights, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 504(b), Publishers shall be entitled to their actual damages and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

166.    Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

**Count II – Contributory Infringement**

167.    Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 158 of this Complaint.

168.    As detailed above, the licensees and users of Anthropic's AI models, without Publishers' permission or consent, have unlawfully reproduced, distributed to the public, publicly displayed, and/or prepared derivative works based upon Publishers' musical compositions, including the song lyrics contained therein. Such activity, which is ongoing, constitutes direct infringement or an unauthorized act in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

Anthropic is contributorily liable for these direct infringements by licensees and/or users of its AI models as described herein.

169.    As discussed above, Anthropic is well aware of its licensees' and users' infringing activity through its AI products. Anthropic relies on vast troves of copyrighted works including Publishers' copyrighted lyrics as both input and output for its AI models. Anthropic knowingly

trains its AI models on infringing content on a massive scale in order to enable those models to generate responses to user prompts that infringe Publishers' copyrighted lyrics, as shown by Anthropic's own finetuning efforts and by the prompts entered by its own employees seeking lyrics to Publishers' works. Even before the release of its AI models, Anthropic knew that its models would regurgitate Publishers' lyrics in outputs. Following release, Anthropic has actively studied its users' activity and Claude's outputs, including prompts seeking copyrighted content and output copying such content. When Anthropic detected specific instances of infringement, it developed and adopted limited guardrails. Although these guardrails were inconsistent and ineffective, they demonstrate not only Anthropic's awareness of specific instances of infringement, including Publishers' lyrics, but also its knowledge that output copying Publishers' lyrics violates copyright law. Anthropic is also aware of specific instances of Claude output copying Publishers' lyrics, because third-party users have publicly discussed such infringing output, as well as their efforts to circumvent Claude's guardrails, in public forums such as Reddit that are frequented by Anthropic employees. Anthropic therefore had knowledge of specific infringing responses generated by its AI models in response to user prompts, among other knowledge.

169.    Nevertheless, Anthropic facilitates, encourages, and materially contributes to such infringement, including, without limitation, by promoting its AI models, providing access to those models through its website and its API, and hosting and transmitting known infringing content via those models.

169.    Anthropic has the means to take simple steps not to materially contribute to the specific infringing activity but fails to do so. Instead, Anthropic gathers training data that includes Publishers' copyrighted works, provides the site and facilities necessary for users of its AI models to commit direct infringement, and actively facilitates the ongoing infringement, including via the actions described above. As a direct and proximate result, users of Anthropic's AI models have infringed Publishers' copyrights in the musical compositions.

170.    Accordingly, Anthropic is contributorily liable for the infringement of Publishers' copyrighted musical compositions, including the song lyrics contained therein, in violation of

Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

170.    Through the activities set forth above, among others, Anthropic designs, operates, and maintains its AI models with the object of promoting their use to infringe Publishers and other copyright owners' copyrights. As a direct and proximate result of such actions, licensees and users of Anthropic's AI models have infringed Publishers' copyrighted musical compositions. Accordingly, Anthropic is liable for inducing the infringing acts of the licensees and users of its AI models, in violation of Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.

170.    A non-exhaustive, exemplary list of the musical compositions for which Publishers are the legal or beneficial copyright owners, and which Anthropic has infringed, is attached hereto as Exhibit A.

170.    Each infringement of Publishers' musical compositions constitutes a separate and distinct act of infringement.

170.    Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

170.    As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law. Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled to a permanent injunction prohibiting infringement of Publishers' copyrights and exclusive rights under copyright.

170.    As a direct and proximate result of Anthropic's infringement of Publishers' copyrights and exclusive rights, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 504(b), Publishers shall be entitled to their actual damages and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

170.    Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## ~~Count III – Vicarious Infringement~~

~~170.     Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 158 of this Complaint.~~

~~170.     As detailed above, the licensees and users of Anthropic's AI models, without Publishers' permission or consent, have unlawfully reproduced, distributed to the public, publicly displayed, and/or prepared derivative works based upon Publishers' musical compositions, including the song lyrics contained therein. Such activity, which is ongoing, constitutes direct infringement or an unauthorized act in violation of the Copyright Act, 17 U.S.C. §§ 106(1)-(3), (5) and 501.~~

~~170.     Anthropic is vicariously liable for these direct infringements by licensees and/or users of its AI models as described herein.~~

~~170.     As discussed above, Anthropic has the legal right and practical ability to supervise and control the infringing activities that occur through and as a result of its AI models. Anthropic has the ability to control both the input and output of its AI models based on how it develops and trains the models on an ongoing basis; it can monitor and review its AI models for harmful, infringing, or otherwise unlawful input and output; it has the ability to refine and finetune its AI models to address or remove such harmful, infringing, or otherwise unlawful input and output; it can control and limit user access to its AI models available through its website and as API (including by terminating such access altogether, pursuant to its terms of service); and it can monitor and review user interactions with its AI models, among other rights and abilities to supervise and control the infringing activities.~~

~~170.     At all relevant times, Anthropic has derived a direct financial benefit from licensees and users' infringement of Publishers' copyrighted musical compositions through Anthropic's AI models. As discussed above, Anthropic has commercialized its AI models in a number of ways, including by selling API access to commercial customers on a per-word basis. Through this pay-as-you-go subscription model, Anthropic receives revenues every time a user submits a request for Publishers' song lyrics through the API, and again every time the API generates output copying or relying on those lyrics. Among other financial benefits, Anthropic has also received billions of~~

Case No. 5:24-cv-03811-EKL-SVK
~~FIRST~~ SECOND AMENDED COMPLAINT

dollars in commercial funding in connection with the development of its AI models, and it has saved a substantial amount of money by failing to properly pay licensing fees for the use of Publishers' copyrighted lyrics.

170. Publishers' lyrics are also a draw for licensees and users. Anthropic's AI models have value and are in high demand because of the underlying text corpus that includes Publishers' copyrighted lyrics, among other reasons. Customers and users are drawn to Anthropic's AI models, at least in part, by the models' ability to generate copies of song lyrics, including Publishers' copyrighted lyrics, as well as various other text output based on the models' ingestion of Publishers' copyrighted lyrics.

170. Anthropic has refused to take reasonable steps to prevent the widespread infringement by users of its AI models. As a direct and proximate result of such refusal, users of Anthropic's AI models have infringed Publishers' copyrights in the musical compositions.

170. Accordingly, Anthropic is vicariously liable for the infringement of Publishers' copyrighted musical compositions, including the song lyrics contained therein, in violation of Publishers' registered copyrights and exclusive rights under copyright in violation of the Copyright Act, 17 U.S.C. §§ 106(1) (3), (5) and 501.

170. A non-exhaustive, exemplary list of the musical compositions for which Publishers are the legal or beneficial copyright owners, and which Anthropic has infringed, is attached hereto as Exhibit A.

170. Each infringement of Publishers' musical compositions constitutes a separate and distinct act of infringement.

170. Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

171. As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law. Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled

71

to a permanent injunction prohibiting infringement of Publishers' copyrights and exclusive rights under copyright.

171.    As a direct and proximate result of Anthropic's infringement of Publishers' copyrights and exclusive rights, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 504(c). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 504(b), Publishers shall be entitled to their actual damages and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

171.    Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

**Count IV—Removal or Alteration of Copyright Management Information**

172.167.    Publishers re-allege and incorporate by reference each and every allegation set forth in the preceding paragraphs 1 through 158 of this Complaint.

173.168.    The titles of Publishers' musical compositions, the name and other identifying information about the authors of those musical compositions, and the name and other identifying information about the copyright owners of those musical compositions, including the song lyrics contained therein, constitute copyright management information under the Copyright Act, 17 U.S.C. § 1202.

174.169.    As detailed above, Anthropic has intentionally removed or altered copyright management information from Publishers' works, without Publishers' authorization, in violation of the Copyright Act, 17 U.S.C. § 1202(b)(1), and/or distributed Publishers' works or copies of Publishers' works knowing that copyright management information has been removed or altered, without Publishers' authorization, in violation of the Copyright Act, 17 U.S.C. § 1202(b)(3). Further, Anthropic has done so knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal an infringement of Publishers' works.

175.170.    Anthropic has intentionally removed and altered copyright management information in the process of training Anthropic's AI models, including by copying Publishers' lyrics from websites containing those lyrics, including the websites of Publishers' licensees, and applying algorithms known to remove copyright notices to that copied text. Anthropic has also intentionally removed and altered copyright management information in the output of those AI

models, including by generating text that copies Publishers' lyrics verbatim while omitting the copyright management information that accompanies authorized versions of these works.

176.171.    Anthropic has also distributed Publishers' works and copies of those works knowing that copyright management information has been removed or altered, including by copying training datasets that contain Publishers' copyrighted lyrics and to which algorithms known to remove copyright management information had been applied, and knowingly using copies of Publishers' lyrics from which copyright management information had been removed to train its models, while knowing that those models would "memorize" and regurgitate copies of those works without their copyright management information in the models' outputs.

177.172.    Anthropic knew or had reasonable grounds to know that these acts would induce, enable, facilitate, or conceal an infringement of Publishers' works, including concealing Anthropic's own infringement of Publishers' lyrics as the input and output of its AI models; concealing other infringements in connection with the unlawful inclusion of Publishers' works in third-party training datasets; and inducing, enabling, facilitating, and concealing infringements by Anthropic's users, who are not informed that the output they receive from Anthropic's AI models contains copyrighted content, and who Anthropic—given its indemnification policy—anticipated would be defendants in copyright infringement suits.

178.173.    Anthropic's acts of infringement are willful, intentional, and purposeful, in disregard of and with indifference to Publishers' rights.

179.174.    As a direct and proximate result of Anthropic's wrongful conduct, which is ongoing, Publishers have been, and will continue to be, substantially and irreparably harmed in an amount not readily capable of determination. Publishers have no adequate remedy at law. Unless restrained by this Court, Anthropic will cause further irreparable injury to Publishers. Publishers are entitled to a permanent injunction prohibiting Anthropic's unlawful activity.

180.175.    As a direct and proximate result of Anthropic's unlawful activity, Publishers are entitled to statutory damages, pursuant to 17 U.S.C. § 1203(c)(3)(B). Alternatively, at Publishers' election, pursuant to 17 U.S.C. § 1203(c)(2), Publishers shall be entitled to their actual damages

Case No. 5:24-cv-03811-EKL-SVK
FIRST SECOND AMENDED COMPLAINT

and Anthropic's profits from infringement that are not taken into account in computing the actual damages, as will be proven at trial.

181.176.    Publishers are also entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 1203(b)(4)-(5).

## PRAYER FOR RELIEF

By reason of the facts and circumstances alleged above, Publishers seek relief against Anthropic as follows:

a.    Judgment on each of the claims set forth above, including that Anthropic has directly and secondarily infringed Publishers' copyrights under the Copyright Act, that Anthropic has unlawfully removed and/or altered Publishers' copyright management information in violation of the Copyright Act, and that such infringement and unlawful activity was willful;

b.    An order for such equitable relief under Title 17, Title 28, and/or the Court's inherent authority as is necessary to prevent or restrain infringement of Publishers' copyrights and removal or alteration of Publishers' copyright management information, including a preliminary and permanent injunction requiring that Anthropic and its officers, agents, servants, employees, attorneys, directors, successors, assigns, licensees, and all others in active concert or participation with any of them, cease directly infringing, indirectly infringing, and/or removing or altering copyright management information, or causing, aiding, enabling, facilitating, encouraging, promoting, inducing, or materially contributing to or participating in the infringement of any of Publishers' exclusive rights under copyright, including without limitation in the musical compositions in Exhibit A;

c.    An order requiring Anthropic to pay Publishers statutory damages in an amount up to the maximum provided by law, arising from Anthropic's willful violations of Publishers' rights under the Copyright Act, including in an amount up to $150,000 per work infringed, pursuant to 17 U.S.C. § 504(c); or in the alternative, at Publishers' election, Publishers' actual damages and Anthropic's profits from the infringement, in an amount to be proven at trial, pursuant to 17 U.S.C. § 504(b);

d.    An order requiring Anthropic to pay Publishers statutory damages in an amount up to the maximum provided by law, arising from Anthropic's removal and/or alteration of Publishers' copyright management information in violation of the Copyright Act, including in an amount up to $25,000 per violation, pursuant to 17 U.S.C. § 1203(c)(3)(B); or in the alternative, at Publishers' election, Publishers' actual damages and Anthropic's profits, in an amount to be proven at trial, pursuant to 17 U.S.C. § 1203(c)(2);

e.    An order requiring Anthropic to provide an accounting of the training data, training methods, and known capabilities of its AI models, including requiring that Anthropic identify the Publishers' lyrics and other copyrighted works on which it has trained its AI models, and disclose the methods by which Anthropic has collected, copied, processed, and encoded this training data (including any third parties it has engaged to collect or license such data).

f.    An order requiring that Anthropic destroy under the Court's supervision all infringing copies of Publishers' copyrighted works in Anthropic's possession or control, and then file a sworn report setting forth in detail the manner in which it has complied with the aforesaid order, pursuant to 17 U.S.C. § 503(b);

g.    Publishers' reasonable attorneys' fees and costs in this action, pursuant to 17 U.S.C. § 505 and/or 17 U.S.C. § 1203(b)(4)-(5);

h.    Pre-judgment and post-judgment interest at the applicable rate on any monetary award made part of the judgment against Anthropic; and

i.    Such other and further relief as the Court deems proper.

### JURY TRIAL DEMAND

Publishers hereby request a trial by jury.

Dated: April 25_____, 2026̶5̶          Respectfully submitted,

/s/ Matthew J. Oppenheim
**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim
Nicholas C. Hailey
Audrey L. Adu-Appiah
(admitted *pro hac vice*)
4530 Wisconsin Ave., NW, 5th Floor
Washington, DC 20016
Telephone: (202) 480-2999
matt@oandzlaw.com
nick@oandzlaw.com
aadu-appiah@oandzlaw.com

Jennifer Pariser
Andrew Guerra
Timothy Chung
(admitted *pro hac vice*)
461 5th Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 951-1156
jpariser@oandzlaw.com,
andrew@oandzlaw.com
tchung@oandzlaw.com

**COBLENTZ PATCH DUFFY & BASS LLP**
Jeffrey G. Knowles (SBN 129754)
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
ef-jgk@cpdb.com

**COWAN, LIEBOWITZ & LATMAN, P.C.**
Richard S. Mandel
Jonathan Z. King
Richard Dannay
(admitted *pro hac vice*)
114 West 47th Street
New York, NY 10036-1525
Telephone: (212) 790-9200
rsm@cll.com
jzk@cll.com
rxd@cll.com

*Attorneys for Plaintiffs*

Case No. 5:24-cv-03811-EKL-SVK
F̶I̶R̶S̶T̶ SECOND AMENDED COMPLAINT