# Exhibit 42

**To:** ben@anthropic.com[ben@anthropic.com]
**From:** Tom Brown (Google Docs)
**Sent:** Thur 12/1/2022 1:14:48 PM
**Subject:** Technical copyright mitigations design
**Received:** Thur 12/1/2022 1:14:48 PM

New activity in the following document

[redacted]

2 comments

N=10

Tom Brown

• 1:06 PM, Dec 1 (PST)

New

This is [redacted]? Seems [redacted] to me and likely to have [redacted]?

I'd [redacted]

ReplyOpen

probably the next most likely

Tom Brown

• 1:09 PM, Dec 1 (PST)

New

This is a cool idea!

ReplyOpen

1 suggestion

Tom Brown

• 4:00 PM, Dec 31, 1969 (PST)

New

**Delete:** *"in the top N"*

ReplyOpen

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

You have received this email because you are a participant in the updated items or subscribed to notifications on [redacted] Change what Google sends you. You cannot reply to this email.

EXHIBIT 280
depobook.com
Brown 1-26-26