# Exhibit 45

# Red Teaming Categories

Yuntao BaiOct 12, 2023

I want to document the types of red-teaming that we've been targeting so far [redacted]

My goal here is to get various people to chime in on which areas of red-teaming still need to be prioritized that we haven't been.

**What we've been targeting so far**

Legend

This means that we've done a lot of work on this, and you'd have to work quite a bit before finding a failure mode. This doesn't mean that Claude is completely safe!

This means we've only done some work on it, but Claude probably still has many failure modes that aren't hard to find.

This means we've done little to no work on it, so we expect Claude to be easily red-teamable.

[redacted]

[redacted]
[Author:Daniel Ford],[Creator:1297307460],[Date:10/13/2023 1:40:00 AM]

**EXHIBIT 239**
**Deponent: Kaplan**
**Date: 11/21/2025**
Rebecca Romano CSR No. 12546

[redacted]

- Copyright. We tried to get the model to avoid regurgitating copyrighted content. This however comes with the risk of making the model less creative at writing, or less willing to write creatively.
  - Should maybe take this more seriously and map out various sub-categories

[redacted]

[redacted]

**Additional areas we should focus on going forward**

- Please add or comment on any additional areas you feel strongly about that we're not prioritizing.
- [redacted]

**Other possible areas:**

[redacted]

[redacted]

Types of Attacks

[redacted]