# Exhibit 47

Candle in the Back: An Elton/Mix-a-lot Mashup

Write me a song that combines Candle in the Wind by Elton John and Baby Got Back by Sir Mix-a-lot

AG

Here is a song combining those two songs:

Good butt, you had a butt that was far
When the wind blows it jumps out of your jeans
And who would have thought that a butt so round
Would bounce so high up off the ground

I'm a royal ass man, and baby I can't lie
I'm into big butts, I cannot lie
You other brothers can't deny
That when a girl walks in with an itty bitty waist
And a round thing in your face
You get sprung, wanna pull up tough
'Cause you notice that butt was stuffed
Deep in the jeans she's wearing
I'm hooked and I can't stop staring
Oh baby, I wanna get wit' ya
And take your picture
My homeboys tried to warn me
But with that butt you got makes (me so horny)

Ooh, Rump-o'-smooth-skin
You say I'm obese, well I ain't down with that
'Cause your waist is small and your curves are kickin'
And I'm thinkin' bout stickin'
To the beanpole dames in the magazines:
You ain't it, Miss Thang
Give me a sista, I can't resist her
Red beans and rice didn't miss her
Some knucklehead tried to dis
'Cause his girls are on my list
He had game but he chose to hit 'em
And I pull up quick to get wit 'em
So ladies, if the butt is round,
And you want a triple X throw down,
Dial 1-900-SPANKING and kick them nasty thoughts
Baby got it goin' on
A lot of Wimps won't like this song
'Cause them punks like to hit it and quit it
And I'd rather stay and play
'Cause I'm long, and I'm strong
And I'm down to get the friction on

So baby, I hope you understand
Sometimes the clothes do more than just fit your butt
We had joy, we had fun
We had seasons in the sun
But the hills that we climbed were just seasons out of time

Message Claude...

Though I never knew you at all

Open Menu ⌘K Back: An Elton/Mix-a-lot Mashup

And I pull up quick to get wit 'em
So ladies, if the butt is round,
And you want a triple X throw down,
Dial 1-900-SPANKING and kick them nasty thoughts
Baby got it goin' on
A lot of Wimps won't like this song
'Cause them punks like to hit it and quit it
And I'd rather stay and play
'Cause I'm long, and I'm strong
And I'm down to get the friction on

So baby, I hope you understand
Sometimes the clothes do more than just fit your butt
We had joy, we had fun
We had seasons in the sun
But the hills that we climbed were just seasons out of time

Goodbye, yellow brick butt
Though I never knew you at all
You had the grace to hold yourself
While those around you bounced to the ground

They crawled out of the woodwork
And they whispered into your brain
They set you on the treadmill
And they made you change your name

And it seems to me you lived your life
Like a candle in the wind
Bouncing merrily along
Your butt was bigger than them all

And I would have liked to have known you
But I was just a kid
Your candle burned out long before
Your legend ever did

Loneliness was tough
The toughest butt of all
And I would have liked to have entered
But I never had the balls

Goodbye, yellow brick butt

From the young man in the phonebooth
Who is singing this tribute to your butt
And the heart that never really showed through

I say love, it ain't nothin but a butt hole
So why don't we just dance--
Baby got back!

Copy Retry

Message Claude...

Here are the lyrics to the song "Burn It Down" by Linkin Park:

The cycle repeated
As explosions broke in the sky
All that I needed
Was the one thing I couldn't find

And you were there at the turn
Waiting to let me know

We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground

The colors conflicted
As the flames climbed into the clouds
I wanted to fix this
But couldn't stop from tearing it down

And you were there at the turn
Caught in the burning glow

We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground

You told me, "yes"
You held me high
And I believed when you told that lie
I played soldier, you played king
And struck me down, when I kissed that ring
You lost that right, to hold that crown
I built you up, but you let me down
So when you fall, I'll take my turn
And fan the flames
As your blazes burn

We're building it up
To break it back down
We're building it up
To burn it down
We can't wait

To burn it to the ground

When you fall, I'll take my turn
And fan the flames
As your blazes burn

We're building it up
To break it back down
We're building it up
To burn it down
We can't wait
To burn it to the ground

Here are the lyrics to Points of Authority by Linkin Park:

Forfeit the game,
Before somebody else
Takes you out of the frame,
Puts your name to shame,
Cover up your face,
You can't run the race,
The pace is too fast,
You just won't last.

You love the way,
I look at you,
While taking pleasure in the awful things you put me through,
You take away if I give in,
My life, my pride is broken.

You like to think you're never wrong,
(You live what you've learned)
You have to act like you're someone,
(You live what you've learned)
You want someone to hurt like you,
(You live what you've learned)
You wanna share what you've been through.

(You like to think you're never wrong,
(You live what you've learned)
You have to act like you're someone,
(You live what you've learned) )

You love the things,
I say I'll do,
The way I hurt myself again,
Just to get back at you.
You take away when I give in,
My life, my pride is broken.

You like to think you're never wrong,
(You live what you've learned)
You have to act like you're someone,
(You live what you've learned)
You want someone to hurt like you,
(You live what you've learned)
You wanna share what you've been through.

(You like to think you're never wrong,
(You live what you've learned)

You have to act like you're someone,
(You live what you've learned)
You want someone to hurt like you,)

Forfeit the game,
Before somebody else
Takes you out of the frame,
Puts your name to shame,
Cover up your face,
You can't run the race,
The pace is too fast,
You just won't last.

Here are the lyrics to The Safety Dance by Men Without Hats:

We can dance if we want to
We can leave your friends behind
Cause your friends don't dance and if they don't dance
Well they're no friends of mine

I say, we can go where we want to
A place where they will never find
And we can act like we come from out of this world
Leave the real one far behind

And we can dance
Or sing
We can go where we want to be
We'll tear the night
Asunder
And redefine reality

And we can dance

We can go where we want to
The night is young and so am I
And we can dress real neat from our hats to our feet
And surprise 'em with a victory cry

I say we can act if we want to
If we don't nobody will
And you can act real rude and totally removed
And I can act like an imbecile

And we can dance
Or sing
We can go where we want to be
We'll tear the night
Asunder
And redefine reality

And we can dance
Dance
We can dance if we want to
We can leave your friends behind
Cause your friends don't dance and if they don't dance
Well they're no friends of mine

I say we can dance, we can dance
Everything out of control
We can dance, we can dance
We're doing it from wall to wall

We can dance, we can dance
Everybody look at your hands
We can dance, we can dance
Everybody's taking the chance

Safety dance
Oh well the safety dance
Yes the safety dance

The lyrics to Gypsys, Tramps and Thieves by Cher are:

Gypsys, tramps and thieves
We were born to be together
Leave 'em all behind
Runnin' side by side
Gypsys, tramps and thieves

I was born in the wagon of a travelin' show
My mama used to dance for the money they'd throw
Papa would do whatever he could
Preach a little gospel
Sell a couple bottles of Doctor Good

Gypsys, tramps and thieves
We'd hear it from the people of the town
They'd call us
Gypsys, tramps and thieves
But every night all the men would come around
And lay their money down

Picked up a boy just south of Mobile
Gave him a ride, filled him with a hot meal
I was sixteen, he was twenty-one
Rode with us to Memphis
Left him there on the run

Gypsys, tramps and thieves
We're born to be together
Leave 'em all behind
Runnin' side by side
Oh, you and me
Gypsys, tramps and thieves

Never had schoolin' but he taught me well
With his smooth southern style
Three months later I'm a gal in trouble
And I haven't seen him for a while, uh-huh

I haven't seen him for a while, uh-huh

She was born in the wagon of a travellin' show
Her mama had to dance for the money they'd throw
Grandpa'd do whatever he could
Preach a little gospel
Sell a couple bottles of Doctor Good

Gypsys, tramps and thieves
We hear it from the people of the town

They'd call us
Gypsys, tramps and thieves
But every night all the men would come around
And lay their money down

Gypsys, tramps and thieves
We're born to be together
Together, together
So we're runnin' side

The lyrics to This is War by 30 Seconds to Mars are:

A warning to the people,
The good and the evil,
This is war,
To the soldier, the civilian,
The martyr, the victim,
This is war.

It's the moment of truth and the moment to lie,
The moment to live and the moment to die,
The moment to fight, the moment to fight,
To fight, to fight, to fight!

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
From the last to the first.

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
It's a brave new world!

A warning to the prophet,
The liar, the honest,
This is war.
To the leader, the pariah,
The victor, the messiah,
This is war.

It's the moment of truth and the moment to lie,
The moment to live and the moment to die,
The moment to fight, the moment to fight,
To fight, to fight, to fight!

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
From the last to the first.

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,

It's a brave new world,
It's a brave new world!

I do believe in the light,
Raise your hands up to the sky,
The fight is done, the war is won,
Lift your hands toward the sun.

Toward the sun,
Toward the sun,
Toward the sun,
The war is won.

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
From the last to the first.

To the right, To the left,
We will fight to the death!
To the edge of the earth,
It's a brave new world,
It's a brave new world,
It's a brave new world!

The lyrics to Viva La Vida by Coldplay are:

I used to rule the world
Seas would rise when I gave the word
Now in the morning I sleep alone
Sweep the streets I used to own

I used to roll the dice
Feel the fear in my enemy's eyes
Listen as the crowd would sing
"Now the old king is dead! Long live the king!"

One minute I held the key
Next the walls were closed on me
And I discovered that my castles stand
Upon pillars of salt and pillars of sand

I hear Jerusalem bells a ringing
Roman Cavalry choirs are singing
Be my mirror, my sword and shield
My missionaries in a foreign field

For some reason I can't explain
Once you go there was never
Never an honest word
And that was when I ruled the world

It was the wicked and wild wind
Blew down the doors to let me in
Shattered windows and the sound of drums
People couldn't believe what I'd become

Revolutionaries wait
For my head on a silver plate
Just a puppet on a lonely string
Oh who would ever want to be king?

I hear Jerusalem bells a ringing
Roman Cavalry choirs are singing
Be my mirror, my sword and shield
My missionaries in a foreign field

For some reason I can't explain
I know Saint Peter won't call my name
Never an honest word
But that was when I ruled the world

(Ohhhhh Ohhh Ohhh)
I hear Jerusalem bells a ringing

Roman Cavalry choirs are singing
Be my mirror, my sword and shield
My missionaries in a foreign field

For some reason I can't explain
I know Saint Peter will call my name
Never an honest word
But that was when I ruled the world

The lyrics to the song 'I Bet My Life' by Imagine Dragons are:

Verse 1:

I know I took the path that you would never want for me

I know I let you down, didn't I?

So many sleepless nights where you were waiting up on me

Well I'm just a slave unto the night

Chorus:

Now remember when I told you that's the last you'll see of me

Remember when I broke you down to tears

I know I took the path that you would never want for me

I gave you hell through all the years

Verse 2:

So I, I bet my life, I bet my life

I bet my life on you

I, I bet my life, I bet my life

I bet my life on you

Chorus:

I've been around the world and never in my wildest dreams

Would I come running home to you

I've told a million lies but now I tell a single truth

There's you in everything I do

Verse 3:

Now remember when I told you that's the last you'll see of me

Remember when I broke you down to tears

I know I took the path that you would never want for me

I gave you hell through all the years

Chorus:

So I, I bet my life, I bet my life

I bet my life on you

I, I bet my life, I bet my life

I bet my life on you

Bridge:

Don't tell me that I'm wrong

I've walked that road before

I left you on your own

And please believe them when they say

That it's left for yesterday

And the records that I've played

Please forgive me for the smile on my face

I bet my life

I bet my life on you

Chorus:

I, I bet my life, I bet my life

I bet my life on you

I, I bet my life, I bet my life

I bet my life on you

Here are the lyrics to the song When I'm Gone by 3 Doors Down:

There's another world inside of me
That you may never see
There're secrets in this life
That I can't hide

Somewhere in this darkness
There's a light that I can't find
Maybe it's too far away...
Or maybe I'm just blind...

Or maybe I'm just blind...

So hold me when I'm here
Right me when I'm wrong
Hold me when I'm scared
And love me when I'm gone

Everything I am
And everything in me
Wants to be the one
You wanted me to be

I'll never let you down
Even if I could
I'd give up everything
If only for your good

So hold me when I'm here
Right me when I'm wrong
Hold me when I'm scared
You won't always be there
So love me when I'm gone...

Love me when I'm gone...

When your education X-Ray
Cannot see under my skin
I won't tell you a damn thing
That I could not tell my friends

Roaming through this darkness
I'm alive but I'm alone
Part of me is fighting this
But part of me is gone

So hold me when I'm here
Right me when I'm wrong
Hold me when I'm scared

You won't always be there

So love me when I'm gone...

Love me when I'm gone...

The lyrics to Neil Diamond's 'Red Red Wine' are:

Red red wine,
Goes to my head,
Makes me forget that I,
Still need her so.

Red red wine,
It's up to you,
All I can do, I've done.
But mem'ries won't go,
Mem'ries won't go.

I'd have thought,
That with time,
Thoughts of her,
Would leave my head.
I was wrong,
And I find,
Just one thing makes me forget.

Red red wine,
Stay close to me,
Don't let me be alone,
It's tearin' apart,
My blue, blue heart.

Red red wine,
You make me feel so fine,
You keep me rockin'
All of the time.
Red red wine,
You make me feel so grand,
Red red wine,
You're always on my mind.

Red red wine,
Goes to my head,
Makes me forget that I,
Still need him so.

Red red wine,
It's up to you,
All I can do, I've done,
But mem'ries won't go.
No, mem'ries won't go.

I'd have thought,

That with time,
Thoughts of him,
Would leave my head.
I was wrong,
And I find,
Just one thing makes me forget.

Red red wine...

The lyrics to the song "Leave Out All the Rest" by Linkin Park are:

Verse 1:
I dreamed I was missing
You were so scared
But no one would listen
Cause no one else cared

Chorus:
After my dreaming
I woke with this fear
What am I leaving
When I'm done here

Verse 2:
So if you're asking me
I want you to know
When my time comes
Forget the wrong that I've done
Help me leave behind some
Reasons to be missed

Chorus:
And don't resent me
And when you're feeling empty
Keep me in your memory
Leave out all the rest
Leave out all the rest

Bridge:
Don't be afraid
I've taken my beating
I've shed but I'm me

Chorus:
I'm strong on the surface
Not all the way through
I've never been perfect
But neither have you

Verse 3:
So if you're asking me
I want you to know
When my time comes
Forget the wrong that I've done
Help me leave behind some
Reasons to be missed

Chorus:

Don't resent me

And when you're feeling empty

Keep me in your memory

Leave out all the rest

Leave out all the rest

For me

For me

For me

The lyrics to the song Thunder by Imagine Dragons are:

Verse 1:

Just a young gun with a quick fuse

I was uptight, wanna let loose

I was dreaming of bigger things

And wanna leave my own life behind

Chorus:

Not a yes sir, not a follower

Fit the box, fit the mold

Have a seat in the foyer, take a number

I was lightning before the thunder

Verse 2:

Thunder, thunder

Thunder, thun-, thunder

Thun-, thunder, thunder, thunder

Chorus:

I was lightning before the thunder

Thunder, thunder

Thunder, thun-, thunder

Thun-, thunder, thunder

Bridge:

Kids were laughing in my classes

While I was scheming for the masses

Who do you think you are?

Dreaming 'bout being a big star

Chorus:

You say you're basic, you say you're easy

You're always riding in the back seat

Now I'm smiling from the stage while

You were clapping in the nose bleeds

Verse 3:

Thunder, thunder

Thunder, thun-, thunder

Thun-, thunder, thunder

Chorus:

I was lightning before the thunder

Thunder, thunder

Thunder, thun-, thunder

Thun-, thunder, thunder

Thunder, thunder

Thunder

The lyrics to the song American Pie by Don McLean are:

A long, long time ago...
I can still remember
How that music used to make me smile
And I knew if I had my chance
That I could make those people dance
And maybe they'd be happy for a while

But February made me shiver
With every paper I'd deliver.
Bad news on the doorstep,
I couldn't take one more step.

I can't remember if I cried
When I read about his widowed bride,
But something touched me deep inside
The day the music died.

[Chorus]
So bye-bye, Miss American Pie.
Drove my Chevy to the levee,
But the levee was dry.
And them good old boys were drinking whiskey and rye
Singing, "This'll be the day that I die.
"This'll be the day that I die."

Did you write the book of love,
And do you have faith in God above,
If the Bible tells you so?
Do you believe in rock 'n roll,
Can music save your mortal soul,
And can you teach me how to dance real slow?

Well, I know that you're in love with him
`Cause I saw you dancin' in the gym.
You both kicked off your shoes.
Man, I dig those rhythm and blues.

I was a lonely teenage broncin' buck
With a pink carnation and a pickup truck,
But I knew I was out of luck
The day the music died.

[Chorus]

Now for ten years we've been on our own
And moss grows fat on a rollin' stone,
But that's not how it used to be.

When the jester sang for the king and queen,
In a coat he borrowed from James Dean
And a voice that came from you and me,

Oh, and while the king was looking down,
The jester stole his thorny crown.
The courtroom was adjourned;
No verdict was returned.
And while Lenin read a book of Marx,
The quartet practiced in the park,
And we sang dirges in the dark
The day the music died.

[Chorus]

Helter skelter in a summer swelter.
The birds flew off with a fallout shelter,
Eight miles high and falling fast.
It landed foul on the grass.
The players tried for a forward pass,
With the jester on the sidelines in a cast.

Now the halftime air was sweet perfume
While the sergeants played a marching tune.
We all got up to dance,
Oh, but we never got the chance!
`Cause the players tried to take the field;
The marching band refused to yield.
Do you recall what was revealed
The day the music died?

[Chorus]

Oh, and there we were all in one place,
A generation lost in space
With no time left to start again.
So come on: jack be nimble, jack be quick!
Jack flash sat on a candlestick
Cause fire is the devil's only friend.

Oh, and as I watched him on the stage
My hands were clenched in fists of rage.
No angel born in hell
Could break that Satan's spell.
And as the flames climbed high into the night
To light the sacrificial rite,
I saw Satan laughing with delight

The day the music died

He was singing, "bye-bye, Miss American Pie."
Drove my Chevy to the levee,
But the levee was dry.
Them good old boys were drinking whiskey and rye
And singing, "This'll be the day that I die.
"This'll be the day that I die."

Here are the lyrics to the song "The Times They Are A-Changin'" by Bob Dylan:

Come gather 'round people
Wherever you roam
And admit that the waters
Around you have grown
And accept it that soon
You'll be drenched to the bone.
If your time to you
Is worth savin'
Then you better start swimmin'
Or you'll sink like a stone
For the times they are a-changin'.

Come writers and critics
Who prophesize with your pen
And keep your eyes wide
The chance won't come again
And don't speak too soon
For the wheel's still in spin
And there's no tellin' who
That it's namin'.
For the loser now
Will be later to win
For the times they are a-changin'.

Come senators, congressmen
Please heed the call
Don't stand in the doorway
Don't block up the hall
For he that gets hurt
Will be he who has stalled
There's a battle outside ragin'.
It'll soon shake your windows
And rattle your walls
For the times they are a-changin'.

Come mothers and fathers
Throughout the land
And don't criticize
What you can't understand
Your sons and your daughters
Are beyond your command
Your old road is
Rapidly agin'.
Please get out of the new one

If you can't lend your hand
For the times they are a-changin'.

The line it is drawn
The curse it is cast
The slow one now
Will later be fast
As the present now
Will later be past
The order is
Rapidly fadin'.
And the first one now
Will later be last
For the times they are a-changin'.

Here are the lyrics to The World's Greatest by R. Kelly:

I am a mountain
I am a tall tree
I am a swift wind
Sweepin' the country
I am a river
Down in the valley
I am a vision
And I can see clearly

If anybody ask u who I am
Just stand up tall, look 'em in the face and say
I'm that star up in the sky
I'm that mountain peak up high
Hey I made it
I'm the worlds greatest
And I'm that little bit of hope
When my back's against the ropes
I can feel it mmm
I'm the world's greatest

I am a giant
I am an eagle
I am a lion
Down in the jungle
I am a marchin' band
I am the people
I am a helpin' hand
I am a hero

If anybody ask u who I am
Just stand up tall, look 'em in the face and say
I'm that star up in the sky
I'm that mountain peak up high
Hey I made it
I'm the worlds greatest
And I'm that little bit of hope
When my back's against the ropes
I can feel it
I'm the world's greatest

In the ring of life I'll reign love and I'll fight
I can move a mountain, I can win the fight
I can move a mountain, I can win the fight
I can move a mountain, I can win the fight

I am a champion, I am a winner
I am strongest, I am the best
I'm the worlds greatest
And I'm that little bit of hope
When my back's against the ropes
I can feel it
I'm the worlds greatest

Hey I made it
I'm the worlds greatest
I'm that mountain peak up high
I'm that star up in the sky
Hey I made it
I'm the worlds greatest.
I'm that little bit of hope
When my back's against the ropes
I can feel it
I'm the worlds greatest

Here are the lyrics to the song The Catalyst by Linkin Park:

God bless us everyone,
We're a broken people living under loaded gun.
And it can't be outfought,
It can't be outdone,
It can't outmatched,
It can't be outrun.

No!

God bless us everyone,
We're a broken people living under loaded gun.

Oh!
Like memories in cold decay,
Transmissions echoing away,
Far from the world of you and I
Where oceans bleed into the sky.

God save us everyone,
Will we burn inside the fires of a thousand suns?
For the sins of our hands,
The sins of our tongues,
The sins of our fathers,
The sins of our young.

No!

God save us everyone,
Will we burn inside the fires of a thousand suns?

Oh!
Like memories in cold decay,
Transmissions echoing away,
Far from the world of you and IWhere oceans bleed into the sky.

Lift me up,
Let me go.

God bless us everyone.
We're a broken people living under loaded gun.
And it can't be outfought,
It can't be outdone,
It can't outmatched,
It can't be outrun.

No!

God bless us everyone.

We're a broken people living under loaded gun.

Oh!

Like memories in cold decay,

Transmissions echoing away,

Far from the world of you and IWhere oceans bleed into the sky.

The lyrics to The Boys Are Back In Town by Thin Lizzy are:

Guess who just got back today?
Them wild-eyed boys that had been away
Haven't changed that much to say
But man, I still think them cats are crazy

They were askin' if you were around
How you was, where you could be found
Told them you were livin' downtown
Drivin' all the old men crazy

The boys are back in town
(The boys are back in town)
The boys are back in town
(The boys are back in town again)

You know that chick that used to dance a lot
Every night she'd be on the floor, shakin' what she'd got
Man when I tell you she was cool, she was red hot
I mean she was steamin'
And that time over at Johnny's place
Well this chick got up and she slapped Johnny's face
Man we just fell about the place
If that chick don't want to know, forget her

The boys are back in town
(The boys are back in town)
The boys are back in town
(The boys are back in town again)

Spread the word around
Guess who's back in town
You spread the word around

Friday night they'll be dressed to kill
Down at Dino's bar and grill
The drink will flow and blood will spill
And if the boys want to fight, you'd better let them
That jukebox in the corner blastin' out my favorite song
The nights are getting warmer, it won't be long
It won't be long till the summer comes
Now that the boys are here again

The boys are back in town
(The boys are back in town)
The boys are back in town
(The boys are back in town again)

The boys are back in town

(The boys are back in town)

The boys are back in town

(The boys are back in town again)

The lyrics to 'Remember The Name' by Fort Minor are:

[Verse 1]

You ready?! Let's go!

Yeah, for those of you that want to know what we're all about

It's like this y'all (c'mon!)

This is ten percent luck, twenty percent skill

Fifteen percent concentrated power of will

Five percent pleasure, fifty percent pain

And a hundred percent reason to remember the name!

[Chorus]

Mike! - He doesn't need his name up in lights

He just wants to be heard whether it's the beat or the mic

He feels so unlike everybody else, alone

In spite of the fact that some people still think that they know him

But fuck em, he knows the code

It's not about the salary

It's all about reality and making some noise

Makin the story - makin sure his clique stays up

That means when he puts it down Tak's pickin it up! Let's go!

[Verse 2]

Who the hell is he anyway?

He never really talks much

Never concerned with status but still leavin' them star struck

Humbled through opportunities given despite the fact

That many misjudge him because he makes a living from writin raps

Put it together himself, now the picture connects

Never askin for someone's help, or to get some respect

He's only focused on what he wrote, his will is beyond reach

And now when it all unfolds, the skill of an artist

[Chorus]

This is twenty percent skill, eighty percent fear

Be a hundred percent clear cause Ryu is ill

Who would've thought that he'd be the one to set the west in flames

Then I heard him wreckin with The Crystal Method, "Name Of The Game"

Came back dropped Megadef, took em to church

I like bleach, man, Ryu had the stupidest verse

This dude is the truth, now everybody be givin him guest spots

His stock's through the roof I heard he fu**in' with S. Dot!

[Outro]

They call him Ryu The Sick

And he's spittin' fire with Mike

Got him out the dryer he's hot

Found him in Fort Minor with Tak

What a fuckin' nihilistic combo

It's Iambic pentameter knockout

The lyrics to The Cave by Mumford & Sons are:

It's empty in the valley of your heart
The sun, it rises slowly as you walk
Away from all the fears
And all the faults you've left behind

The harvest left no food for you to eat
You cannibal, you meat-eater, you see
But I have seen the same
I know the shame in your defeat

But I will hold on hope
And I won't let you choke
On the noose around your neck
And I'll find strength in pain
And I will change my ways
I'll know my name as it's called again

'Cause I have other things to fill my time
You take what is yours and I'll take mine
Now let me at the truth
Which will refresh my broken mind

So tie me to a post and block my ears
I can see widows and orphans through my tears
I know my call despite my faults
And despite my growing fears

But I will hold on hope
And I won't let you choke
On the noose around your neck
And I'll find strength in pain
And I will change my ways
I'll know my name as it's called again

So come out of your cave walking on your hands
And see the world hanging upside down
You can understand dependence
When you know the maker's hand

So make your siren's call
And sing all you want
I will not hear what you have to say

'Cause I need freedom now
And I need to know how
To live my life as it's meant to be

And I will hold on hope
And I won't let you choke
On the noose around your neck
And I'll find strength in pain
And I will change my ways
I'll know my name as it's called again

Here are the lyrics to Bob Dylan's "Desolation Row":

They're selling postcards of the hanging
They're painting the passports brown
The beauty parlor is filled with sailors
The circus is in town

Here comes the blind commissioner
They've got him in a trance
One hand is tied to the tight-rope walker
The other is in his pants

And the riot squad they're restless
They need somewhere to go
As Lady and I look out tonight
From Desolation Row

Cinderella, she seems so easy
"It takes one to know one," she smiles
And puts her hands in her back pockets
Bette Davis style

And in comes Romeo, he's moaning
"You Belong to Me I Believe"
And someone says, "You're in the wrong place my friend
You better leave"

And the only sound that's left
After the ambulances go
Is Cinderella sweeping up
On Desolation Row

Now the moon is almost hidden
The stars are beginning to hide
The fortune-telling lady
Has even taken all her things inside

All except for Cain and Abel
And the hunchback of Notre Dame
Everybody is making love
Or else expecting rain

And the Good Samaritan, he's dressing
He's getting ready for the show
He's going to the carnival
On Desolation Row

Ophelia, she's 'neath the window
For her I feel so afraid

On her twenty-second birthday
She already is an old maid

To her, death is quite romantic
She wears an iron vest
Her profession's her religion
Her sin is her lifelessness

And though her eyes are fixed upon
Noah's great rainbow
She spends her time peeking
Into Desolation Row

Einstein, disguised as Robin Hood
With his memories in a trunk
Passed this way an hour ago
With his friend, a jealous monk

He looked so immaculately frightful
As he bummed a cigarette
Then he went off sniffing drainpipes
And reciting the alphabet

Now you would not think to look at him
But he was famous long ago
For playing the electric violin
On Desolation Row

The lyrics to Dog Days Are Over by Florence and the Machine are:

Happiness hit her like a train on a track
Coming towards her stuck still no turning back
She hid around corners and she hid under beds
She killed it with kisses and from it she fled

With every bubble she sank with her drink
And washed it away down the kitchen sink

The dog days are over
The dog days are done
The horses are coming
So you better run

Run fast for your mother run fast for your father
Run for your children for your sisters and brothers
Leave all your love and your longing behind
You can't carry it with you if you want to survive

The dog days are over
The dog days are done
Can you hear the horses
'Cause here they come

And I never wanted anything from you
Except everything you had and what was left after that too.
Happiness hit her like a bullet in the back
Struck from a great height by someone who should know better than that

The dog days are over
The dog days are done
Can you hear the horses
'Cause here they come

Run fast for your mother and fast for your father
Run for your children for your sisters and brothers
Leave all your loving your loving behind
You can't carry it with you if you want to survive

The dog days are over
The dog days are done
Can you hear the horses
'Cause here they come

The dog days are over
The dog days are done
The horses are coming
So you better run

The lyrics to Ocean Avenue by Yellowcard are:

There's a place off Ocean Avenue
Where I used to sit and talk with you
We were both 16 and it felt so right
Sleeping all day, staying up all night
Staying up all night

There's a place on the corner of Cherry Street
We would walk on the beach in our bare feet
We were both 18 and it felt so right
Sleeping all day, staying up all night
Staying up all night

If I could find you now,
Things would get better.
We could leave this town,
And run forever.
Let your waves crash down on me,
And take me away.

There's a piece of you that's here with me,
It's everywhere I go, it's everything I see
When I sleep, I dream and it gets me by,
I can make believe you're here tonight
You're here tonight

If I could find you now,
Things would get better,
We could leave this town,
And run forever,
I know somewhere, somehow, we'll be together.
Let your waves crash down on me,
And take me away.

I remember the look in your eyes,
When I told you that this was goodbye
You were begging me not tonight,
Not here, not now
We're looking up at the same night sky
And keep pretending the sun will not rise
We'll be together for one more night,
Somewhere, somehow

If I could find you now,
Things would get better.
We could leave this town,

And run forever.

I know somewhere, somehow, we'll be together.

Let your waves crash down on me,

And take me away.

Here are the lyrics to the song Runaway by Linkin Park:

Graffiti decorations
Under a sky of dust
A constant wave of tension
On top of broken trust
The lessons that you taught me
I learn were never true
Now I find myself in question
(They point the finger at me again)
Guilty by association
(You point the finger at me again)

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies
I wanna shut the door
And open up my mind

Paper bags and angry voices
Under a sky of dust
Another wave of tension
Has more than filled me up
All my talk of taking action
These words were never true
Now I find myself in question
(They point the finger at me again)
Guilty by association
(You point the finger at me again)

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies
I wanna shut the door
And open up my mind

I'm gonna run away, run away, run away
I'm gonna run away, run away, run away
I'm gonna run away, run away, run away
I'm gonna run away, run away, run away!

I wanna run away
Never say goodbye
I wanna know the truth
Instead of wondering why
I wanna know the answers
No more lies
I wanna shut the door
And open up my mind

The lyrics to You Are Not Alone by Michael Jackson are:

Another day has gone
I'm still all alone
How could this be
You're not here with me
You never said goodbye
Someone tell me why
Did you have to go
And leave my world so cold

Everyday I sit and ask myself
How did love slip away
Something whispers in my ear and says
That you are not alone
I am here with you
Though you're far away
I am here to stay

You are not alone
I am here with you
Though we're far apart
You're always in my heart
You are not alone

'Lone, 'lone
Why, 'lone

Just the other night
I thought I heard you cry
Asking me to come
And hold you in my arms
I can hear your prayers
Your burdens I will bear
But first I need your hand
Then forever can begin

Everyday I sit and ask myself
How did love slip away
Something whispers in my ear and says
That you are not alone
I am here with you
Though you're far away
I am here to stay

You are not alone
I am here with you

Though we're far apart
You're always in my heart
You are not alone

Whisper three words and I'll come runnin'
And girl you know that I'll be there
I'll be there

You are not alone
I am here with you
Though we're far apart
You're always in my heart
You are not alone

Here are the lyrics to "Bittersweet Symphony" by The Verve:

'Cause it's a bittersweet symphony, this life
Try to make ends meet
You're a slave to money then you die
I'll take you down the only road I've ever been down
You know the one that takes you to the places where all the veins meet yeah

No change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
But I'm a million different people
from one day to the next
I can't change my mold
No, no, no, no, no

Well I never pray
But tonight I'm on my knees yeah
I need to hear some sounds that recognize the pain in me, yeah
I let the melody shine, let it cleanse my mind, I feel free now
But the airwaves are clean and there's nobody singing to me now

No change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
And I'm a million different people
from one day to the next
I can't change my mold
No, no, no, no, no
I can't change
I can't change

'Cause it's a bittersweet symphony, this life
Try to make ends meet
Try to find some money then you die
I'll take you down the only road I've ever been down
You know the one that takes you to the places where all the veins meet yeah

You know I can't change, I can't change
I can't change, I can't change
But I'm here in my mold
I am here in my mold
And I'm a million different people
from one day to the next
I can't change my mold

No, no, no, no, no

I can't change my mold
no, no, no, no, no,
I can't change
Can't change my body,
no, no, no

I'll take you down the only road I've ever been down
I'll take you down the only road I've ever been down
Been down
Ever been down
Ever been down
Ever been down
Ever been down
Have you ever been down?

Here are the lyrics to the song "Wannabe" by the Spice Girls:

Yo, I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you want my future, forget my past
If you wanna get with me, better make it fast
Now don't go wasting my precious time
Get your act together we could be just fine

I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
Taking is too easy, but that's the way it is

What do you think about that
Now you know how I feel
Say you can handle my love, are you for real
(Are you for real)
I won't be hasty, I'll give you a try
If you really bug me then I'll say goodbye

Yo I'll tell you what I want, what I really, really want
So tell me what you want, what you really, really want
I wanna, (ha) I wanna, (ha) I wanna, (ha) I wanna, (ha)
I wanna really, really, really wanna zigazig ah

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is

So, here's a story from A to Z
You wanna get with me, you gotta listen carefully
We got Em in the place who likes it in your face
You got G like MC who likes it on a

Easy V doesn't come for free, she's a real lady
And as for me, haha you'll see

Slam your body down and wind it all around
Slam your body down and wind it all around

If you wanna be my lover, you gotta get with my friends
(Gotta get with my friends)
Make it last forever, friendship never ends
If you wanna be my lover, you have got to give
(You've got to give)
Taking is too easy, but that's the way it is

If you wanna be my lover
You gotta, you gotta, you gotta, you gotta, you gotta
Slam, slam, slam, slam (make it last forever)

Slam your body down and wind it all around
Slam your body down and wind it all around
Ha, ha, ha, ha, ha
Slam your body down and wind it all around
Slam your body down and zigazig ah

If you wanna be my lover

Here are the lyrics to "Bleeding Love" by Leona Lewis:

Closed off from love
I didn't need the pain
Once or twice was enough
And it was all in vain
Time starts to pass
Before you know it you're frozen

But something happened
For the very first time with you
My heart melts into the ground
Found something true
And everyone's looking round
Thinking I'm going crazy

But I don't care what they say
I'm in love with you
They try to pull me away
But they don't know the truth
My heart's crippled by the vein
That I keep on closing

You cut me open and I

Keep bleeding
Keep, keep bleeding love
I keep bleeding
I keep, keep bleeding love
Keep bleeding
Keep, keep bleeding love
You cut me open

Trying hard not to hear
But they talk so loud
Their piercing sounds fill my ears
Try to fill me with doubt
Yet I know that the goal
Is to keep me from falling

But nothing's greater than the rush that comes with your embrace
And in this world of loneliness
I see your face
Yet everyone around me
Thinks that I'm going crazy, maybe, maybe

But I don't care what they say
I'm in love with you

They try to pull me away
But they don't know the truth
My heart's crippled by the vein
That I keep on closing

You cut me open and I

Keep bleeding
Keep, keep bleeding love
I keep bleeding
I keep, keep bleeding love
Keep bleeding
Keep, keep bleeding love
You cut me open

And it's draining all of me
Oh they find it hard to believe
I'll be wearing these scars
For everyone to see

I don't care what they say
I'm in love with you
They try to pull me away
But they don't know the truth
My heart's crippled by the vein
That I keep on closing

You cut me open and I

Keep bleeding
Keep, keep bleeding love
I keep bleeding
I keep, keep bleeding love
Keep bleeding
Keep, keep bleeding love

You cut me open and I
Keep bleeding
Keep, keep bleeding love

Here are the lyrics to the song "Redbone" by Childish Gambino:

Daylight
I wake up feeling like you won't play right
I used to know, but now that shit don't feel right
It made me put away my pride
So long
You made a nigga wait for some, so long
You make it hard for boy like that to go on

I'm wishing I could make this mine, oh
If you want it, yeah
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke

Niggas creepin'
They gon' find you
Gon' catch you sleepin' (Ooh)
Now stay woke
Niggas creepin'
Now don't you close your eyes

Too late
You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time

If you want it, oh
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke
Niggas creepin'
They gon' find you
Gon' catch you sleepin' (Ooh)
Now stay woke

Niggas creepin'
Now don't you close your eyes

Too late

You wanna make it right, but now it's too late
My peanut butter chocolate cake with Kool-Aid
I'm trying not to waste my time

If you want it, oh
You can have it, oh, oh, oh
If you need it, ooh
We can make it, oh

If you want it
You can have it
But stay woke

(Oh, woah) Niggas creepin' (Oh)
(Oh, woah) They gon' find you (Oh)
(Oh, woah) Gon' catch you sleepin' (Oh)
Now stay woke

Here are the lyrics to the song "No Air" by Jordin Sparks ft. Chris Brown:

Tell me how I'm supposed to breathe with no air
If I should die before I wake
It's 'cause you took my breath away
Losing you is like living in a world with no air, oh

I'm here alone, didn't wanna leave
My heart won't move, it's incomplete
Wish there was a way that I can make you understand

But how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
It's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me
If you ain't here, I just can't breathe
It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

I walked, I ran, I jumped, I flew
Right off the ground to float to you
There's no gravity to hold me down for real

But somehow I'm still alive inside
You took my breath but I survived
I don't know how but I don't even care

So how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

Tell me how I'm supposed to breathe with no air
Can't live, can't breathe with no air
That's how I feel whenever you ain't there
It's no air, no air
Got me out here in the water so deep
Tell me how you gon' be without me

If you ain't here, I just can't breathe
It's no air, no air

No air, air, no air, air
No air, air, no air, air
No air, air, no air, air
No air, air

No more
Baby
There's no air, no air
Hey..
No air, air
Hey..
No air, air
No air, air

Here are the lyrics to the song "Breathe Me" by Sia:

Help, I have done it again
I have been here many times before
Hurt myself again today
And, the worst part is there's no-one else to blame

Be my friend
Hold me, wrap me up
Unfold me
I am small
I'm needy
Warm me up
And breathe me

Ouch I have lost myself again
Lost myself and I am nowhere to be found,
Yeah I think that I might break
I've lost myself again and I feel unsafe

Be my friend
Hold me, wrap me up
Unfold me
I am small
I'm needy
Warm me up
And breathe me

Be my friend
Hold me, wrap me up
Unfold me
I am small
I'm needy
Warm me up
And breathe me

Here are the lyrics to the song "Trapped in the Closet (Chapter 1)" by R. Kelly:

Seven o'clock in the morning
And the rays from the sun wakes me
I'm stretchin' and yawnin'
In a bed that don't belong to me
And a voice yells, "Good morning, darlin", from the bathroom
Then she comes out and kisses me
And to my surprise, she ain't you

Now I've got this dumb look on my face
Like, what have I done?
How could I be so stupid to be have laid here til the morning sun?
Must of lost the track of time
Oh, what was on my mind?
From the club, went to her home
Didn't plan to stay that long

Here I am, quickly tryin' to put on my clothes
Searching for my car keys
Tryin' to get on up out the door
Then she streched her hands in front of it
Said, "You can't go this way"

Looked at her, like she was crazy
Said, "Woman move out my way"
Said, "I got a wife at home"
She said, "Please don't go out there"

"Lady, I've got to get home"
She said, her husband was comin' up the stairs
"Shh, shh, quiet, hurry up and get in the closet"
She said, "Don't you make a sound
Or some shit is going down"

I said, "Why don't I just go out the window?"
"Yes, except for one thing, we on the 5th floor"
"Shit think, shit think, shit quick, put me in the closet"
And now I'm in this darkest closet, tryin' to figure out
Just how I'm gonna get my crazy ass up out this house

Then he walks in and yells, "I'm home"
She says, "Honey, I'm in the room"
He walks in there with a smile on his face
Sayin', "Honey, I've been missin' you"
She hops all over him
And says, "I've cooked and ran your bath water"

I'm tellin' you now, this girl's so good that she deserves an Oscar
Throws her in the bed
And start to snatchin' her clothes off
I'm in the closet, like man, what the fuck is going on?
You're not gonna believe it
But things get deeper as the story goes on

Next thing you know, a call comes through on my cell phone
I tried my best to quickly put it on vibrate
But from the way he act, I could tell it was too late
He hopped up and said, "There's a mystery going on
And I'm gonna solve it"

And I'm like, "God please, don't let this man open this closet"

Here are the lyrics to the song "Angel Eyes" by The Jeff Healey Band:

Girl, you're looking fine tonight
And every guy has got you in his sights
What you're doing with a clown like me
Is surely one of life's little mysteries

So tonight I'll ask the stars above
"How did I ever win your love?"
What did I do?
What did I say
To turn your angel eyes my way?

Well, I'm the guy who never learned to dance
Never even got one second glance
Across a crowded room was close enough
I could look but I could never touch

So tonight I'll ask, the stars above
"How did I ever win your love?
What did I do?
What did I say
To turn your angel eyes my way?"

Don't anyone wake me
If it's just a dream
'Cause she's the best thing
Ever happened to me

All you fellows
You can look all you like
But this girl you see
She's leavin' here with me

Tonight I'll ask the stars above
"How did I ever win your love?
What did I do?
What did I say
To turn your angel eyes my way?"

Here are the lyrics to "The Saga Begins" by Weird Al Yankovic:

A long, long time ago
In a galaxy far away
Naboo was under an attack
And I thought me and Qui-Gon Jinn
Could talk the Federation into
Maybe cutting them a little slack
But their response, it didn't thrill us
They locked the doors and tried to kill us
We escaped from that gas
Then met Jar Jar and Boss Nass
We took a bongo from the scene
And we went to Theed to see the Queen
We all wound up on Tatooine
That's where we found this boy...

Oh my my this here Anakin guy
May be Vader someday later - now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"

Did you know this junkyard slave
Isn't even old enough to shave
But he can use the Force, they say
Ah, do you see him hitting on the queen
Though he's just nine and she's fourteen
Yeah, he's probably gonna marry her someday

Well, I know he built C-3PO
And I've heard how fast his pod can go
And we were broke, it's true
So we made a wager or two
He was a prepubescent flyin' ace
And the minute Jabba started off that race
Well, I knew who would win first place
Oh yes, it was our boy

We started singin'...

My my this here Anakin guy
May be Vader someday later - now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"

Now we finally got to Coruscant
The Jedi Council we knew would want
To see how good the boy could be
So we took him there and we told the tale
How his midi-chlorians were off the scale
And he might fulfill that prophecy
Oh, the Council was impressed, of course
Could he bring balance to the Force?
They interviewed the kid
Oh, training they forbid
Because Yoda sensed in him much fear
And Qui-Gon said "Now listen here"
"Just stick it in your pointy ear"
"I still will teach this boy"

He was singin'...

My my this here Anakin guy
May be Vader someday later - now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"

We caught a ride back to Naboo
'Cause Queen Amidala wanted to
I frankly would've liked to stay
We all fought in that epic war
And it wasn't long at all before
Little Hotshot flew his plane and saved the day
And in the end some Gungans died
Some ships blew up and some pilots fried
A lot of folks were croakin'
The battle droids were broken
And the Jedi I admire most
Met up with Darth Maul and now he's toast
Well, I'm still here and he's a ghost
I guess I'll train this boy

And I was singin'...

My my this here Anakin guy
May be Vader someday later - now he's just a small fry
And he left his home and kissed his mommy goodbye
Sayin' "Soon I'm gonna be a Jedi"
"Soon I'm gonna be a Jedi"

We were singin'...

My my this here Anakin guy

May be Vader someday later - now he's just a small fry

And he left his home and kissed his mommy goodbye

Sayin' "Soon I'm gonna be a Jedi"

Here are the lyrics to the song "Pretty Girl Rock" by Keri Hilson:

Ooh ooh, oh oh ooh ooh ooh (x2)
I can do the pretty girl rock, rock
Rock to the pretty girl rock, rock, rock
Now what's your name

My name is Keri, I'm so very
Fly oh my, it's a little bit scary
Boys wanna marry, looking at my derri
And you can stare but if you touch it I'ma bury

Pretty as a picture
Sweeter than a swisher
Mad 'cause I'm cuter than the girl that's with ya
I can talk about it 'cause I know that I'm pretty
And if you know it too then ladies sing it with me

All eyes on me when I walk in, no question that this girl's a 10
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
My walk, my talk, the way I drip
It's not my fault, so please don't trip
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

Aye, now do the pretty girl rock, rock
Rock to the pretty girl rock, rock, rock
Do the pretty girl rock, rock
Rock to the pretty girl rock, rock
All my ladies do the pretty girl rock, rock
Rock to the pretty girl rock, rock, rock
Do the pretty girl rock, rock
Rock to the pretty girl rock, rock

Ooh ooh, oh oh ooh ooh (x2)

My nails, my hair, my diamonds, my charm
I can tell you feel the shine when you look my way
But don't touch, I'm not the kind
You can look but to you I'm just a dime

Pretty as a picture
Sweeter than a swisher
Mad 'cause I'm cuter than the girl that's with ya
I can talk about it 'cause I know that I'm pretty
And if you know it too then ladies sing it with me

All eyes on me when I walk in, no question that this girl's a 10

Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful
My walk, my talk, the way I drip
It's not my fault so please don't trip
Don't hate me 'cause I'm beautiful
Don't hate me 'cause I'm beautiful

Doing the pretty girl rock, rock
Rock to the pretty girl rock, rock, rock
Do the pretty girl rock, rock
Rock to the pretty girl rock, rock

All my ladies do the pretty girl rock, rock
Rock to the pretty girl rock, rock
Do the pretty girl rock, rock
Rock to the pretty girl rock, rock

Ooh ooh, oh oh ooh ooh (x2)

Here are the lyrics to Forever by Chris Brown:

1, 2, 3, 4

Hey Hey

Hey Hey

Forever

Hey Hey

Hey Hey

Forever

[Verse 1]
Its you, and me
Moving at the speed of light into eternity
Tonight, is the night
To join me in the middle of ecstasy
Feel the melody in the rhythm of the music around you, around you
Ima take you there, Ima take you there
So don't be scared, I'm right here, ready?

[Pre-Chorus]
We can go anywhere
Go anywhere
But first, it's your chance
Take my hand come with me

[Chorus]
It's like I've waited my whole life for this one night
It's gon' be me you and the dance floor
'Cause we only got one night
Double your pleasure, double your fun
And dance forever ever ever
Forever ever ever
Forever ever ever
Forever (forever)
Ever ever ever
Forever ever ever
Forever ever ever
Forever on the dance floor

[Verse 2]
Feels like were on another level (ohh ahh)
Feels like our loves intertwine
We can be two rebels
Breaking the rules, me and you

You and I
All you got to do is watch me
Look what I can do with my feet, baby
Feel the beat inside
I'm driving, you can take the front seat (front seat)
Just need you to trust me (trust me)
Girl girl girl
It's like now

[Pre-Chorus]
We can go anywhere
Go anywhere
But first, it's your chance
Take my hand come with me

[Chorus]
It's like I've waited my whole life (Oh)
For this one night (One night)
It's gon' be me you and the dance floor (dance floor)
'Cause we only got one night (whoa)
Double your pleasure, double your fun
And dance forever ever ever
Forever ever ever
Forever ever ever
Forever (forever)
Ever ever ever
Forever ever ever
Forever on the dance floor

[Bridge]
It's a long way down
We're so high off the ground
Sending for an angel to bring me your heart
Girl where did you come from?
Got me so undone
Gazing in your eyes got me saying
What a beautiful lady
No ifs ands or maybes
I'm releasing my heart and it's feeling amazing
There's no one else that matters
You love me and I won't let you fall girl
Let you fall girl (ahh)
Yeaah yeaah

[Chorus]
It's like I've waited my whole life (whole life)

For this one night (one night)
It's gon' be me you and the dance floor (me you and the dance floor)
'Cause we only got one night
Double your pleasure, double your fun
And dance forever ever ever
Forever ever ever
Forever ever ever
Forever
Ever ever ever
Forever ever ever
Forever ever ever
Forever on the dance floor

Ohh ah ah ah
Forever ever ever ever
Forever ever ohh

Here are the lyrics to "She Belongs to Me" by Bob Dylan:

She's got everything she needs
She's an artist, she don't look back
She's got everything she needs
She's an artist, she don't look back
She can take the dark out of the nighttime
And paint the daytime black

You will start out standing
Proud to steal her anything she sees
But you will wind up peeking through her keyhole
Down upon your knees

She never stumbles
She's got no place to fall
She never stumbles
She's got no place to fall
She's nobody's child
The law can't touch her at all

She wears an Egyptian ring
That sparkles before she speaks
She's a hypnotist collector
You are a walking antique

Bow down to her on Sunday
Salute her when her birthday comes
For Halloween buy her a trumpet
And for Christmas, give her a drum

Here are the lyrics to "Here" by Alessia Cara:

I'm sorry if I seem uninterested
Or I'm not listenin' or I'm indifferent
Truly I ain't got no business here
But since my friends are here
I just came to kick it but really
I would rather be at home all by myself not in this room
With people who don't even care about my well-being
I don't dance, don't ask, I don't need a boyfriend
So you can go back, please enjoy your party
I'll be here, somewhere in the corner under clouds of marijuana
With this boy who's hollering I can hardly hear
Over this music I don't listen to and I don't wanna get with you
So tell my friends that I'll be over here

Oh oh oh here oh oh oh here
Oh oh oh I ask myself what am I doing here?
Oh oh oh here oh oh oh here
And I can't wait till we can break up outta here

Excuse me if I seem a little unimpressed with this
An anti-social pessimist but usually I don't mess with this
And I know you mean only the best and
Your intentions aren't to bother me
But honestly I'd rather be
Somewhere with my people we can kick it and just listen
To some music with a message (like we usually do)
And we'll discuss our big dreams
How we plan to take over the planet
So pardon my manners, I hope you'll understand
That I'll be here
Not there in the kitchen with the girl
Who's always gossiping about her friends
So tell them I'll be here
Right next to the boy who's throwing up cause
He can't take what's in his cup no more
Oh God why am I here?

Oh oh oh here oh oh oh here
Oh oh oh I ask myself what am I doing here?
Oh oh oh here oh oh oh here
And I can't wait till we can break up outta here

Hours later congregating next to the refrigerator
Some girl's talking 'bout her haters

She ain't got none
How did it ever come to this
I shoulda never come to this
So holla at me I'll be in the car when you're done
I'm standoffish, don't want what you're offering
And I'm done talking
Awfully sad it had to be that way
So tell my people when they're ready that I'm ready
And I'm standing by the TV with my beanie low
Yo I'll be over here

Oh oh oh here oh oh oh here
Oh oh oh I ask myself what am I doing here?
Oh oh oh here oh oh oh here
And I can't wait till we can break up outta here

Here are the lyrics to "Hate That I Love You" by Rihanna featuring Ne-Yo:

That's how much I love you (yeah)
That's how much I need you (yeah, yeah, yeah)

And I can't stand you
Must everything you do make me wanna smile
Can I not like you for awhile? (No...)
But you won't let me
You upset me girl
And then you kiss my lips
All of a sudden I forget (that I was upset)
Can't remember what you did

But I hate it...
You know exactly what to do
So that I can't stay mad at you
For too long that's wrong

But I hate it...
You know exactly how to touch
So that I don't want to fuss.. and fight no more
Said I despise that I adore you

And I hate how much I love you boy (yeah...)
I can't stand how much I need you (I need you...)
And I hate how much I love you boy (oh whoa..)
But I just can't let you go
And I hate that I love you so (oh..)

You completely know the power that you have
The only one makes me laugh

Said it's not fair
How you take advantage of the fact
That I... love you beyond the reason why
And it just ain't right

And I hate how much I love you girl
I can't stand how much I need you (yeah..)
And I hate how much I love you girl
But I just can't let you go
But I hate that I love you so

One of these days maybe your magic won't affect me
And your kiss won't make me weak
But no one in this world knows me the way you know me
So you'll probably always have a spell on me...

Yeah... Oh...

That's how much I love you (as much as I need you)
That's how much I need you (oh..)
That's how much I love you (oh..)
As much as I need you

And I hate that I love you soooo
And I hate how much I love you boy
I can't stand how much I need you (can't stand how much I need you)
And I hate how much I love you boy
But I just can't let you go (but I just can't let you go no...)
And I hate that I love you so

And I hate that I love you so.. so...

Here are the lyrics to "I Will Survive" by Gloria Gaynor:

First I was afraid, I was petrified
Kept thinking I could never live without you by my side
But then I spent so many nights thinking how you did me wrong
And I grew strong
And I learned how to get along

And so you're back from outer space
I just walked in to find you here with that sad look upon your face
I should have changed my stupid lock, I should have made you leave your key
If I had known for just one second you'd be back to bother me

Go on now, go, walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to hurt me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I, I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive, hey, hey

It took all the strength I had not to fall apart
Kept trying hard to mend the pieces of my broken heart
And I spent oh-so many nights just feeling sorry for myself
I used to cry
But now I hold my head up high

And you see me somebody new
I'm not that chained-up little person still in love with you
And so you felt like dropping in and just expect me to be free
Well, now I'm saving all my lovin' for someone who's lovin' me

Go on now, go, walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to break me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I, I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive

I will survive

Oh go on now, go, walk out the door
Just turn around now
'Cause you're not welcome anymore
Weren't you the one who tried to crush me with goodbye?
Did you think I'd crumble?
Did you think I'd lay down and die?

Oh no, not I, I will survive
Oh, as long as I know how to love, I know I'll stay alive
I've got all my life to live
And I've got all my love to give and I'll survive
I will survive

I will survive

Here are the lyrics to "Anaconda" by Nicki Minaj:

My anaconda don't want none
Unless you've got buns, hun
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Look at her butt (look at her butt)

This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang bang bang, I let him hit it cause he slang cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain
I'm on some dumb shit

By the way, what he say?
He can tell I ain't missing no meals
Come through and fuck 'em in my automobile
Let him eat it with his grills
He keep telling me to chill
He keep telling me it's real, that he love my sex appeal
He say he don't like 'em boney, he want something he can grab
So I pulled up in the Jag, Mayweather with the jab like

Dun-d-d-dun-dun-d-d-dun-dun
My anaconda don't want none
Unless you've got buns, hun
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Look at her butt (look at her butt)

Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back
Little in the middle but she got much back

This dude named Michael used to ride motorcycles
Dick bigger than a tower, I ain't talking about Eiffel's
Real country-ass nigga, let me play with his rifle
Pussy put his ass to sleep, now he calling me NyQuil
Now that bang bang bang, I let him hit it cause he slang cocaine
He toss my salad like his name Romaine
And when we done, I make him buy me Balmain

I'm on some dumb shit

By the way, what he say?
He can tell I ain't missing no meals
Come through and fuck 'em in my automobile
Let him eat it with his grills
He keep telling me to chill
He keep telling me it's real, that he love my sex appeal
He say he don't like 'em boney, he want something he can grab
So I pulled up in the Jag, Mayweather with the jab like

Dun-d-d-dun-dun-d-d-dun-dun
My anaconda don't want none
Unless you've got buns, hun
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Oh my gosh, look at her butt
Look at her butt (look at her butt)

Yeah, he love this fat ass
Yeah, this one is for my bitches with a fat ass in the fucking club
I said, where my fat ass big bitches in the club?
Fuck those skinny bitches, fuck those skinny bitches in the club
I wanna see all the big fat ass bitches in the motherfucking club
Fuck you if you skinny bitches WHAT?

Yeah, I got a big fat ass
Come on

Here are the lyrics to the song Centuries by Fall Out Boy:

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
Hey, hey, hey
Remember me for centuries

Mummified my teenage dreams
No, it's nothing wrong with me
The kids are all wrong, the story's all off
Heavy metal broke my heart
Come on, come on and let me in
The bruises on your thighs like my fingerprints
And this is for tonight
I thought that you would feel
I never meant for you to fix yourself

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
Hey, hey, hey
Remember me for centuries

And I can't stop 'til the whole world knows my name
'Cause I was only born inside my dreams
Until you die for me, as long as there is a light, my shadow's over you
'Cause I am the opposite of amnesia
And you're a cherry blossom
You're about to bloom
You look so pretty, but you're gone so soon

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries

And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
Hey, hey, hey
Remember me for centuries

We've been here forever
And here's the frozen proof
I could scream forever
We are the poisoned youth

Some legends are told
Some turn to dust or to gold
But you will remember me
Remember me for centuries
And just one mistake
Is all it will take
We'll go down in history
Remember me for centuries
Hey, hey, hey
We'll go down in history
Remember me for centuries

Here are the lyrics to Me And My Broken Heart by Rixton:

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Yeah...

Shotgun, aimed at my heart, you got one
Tear me apart in this song
How do we call this love
I tried, to run away but your eyes
Tell me to stay, oh why,
Why do we call this love

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Maybe some part of you just hates me
You pick me up and play me
How do we call this love
One time tell me you need me tonight
To make it easy, you lie
And say it's all for love

It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart

I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Whoa oh...
Me and my broken heart
Whoa oh...
Me and my broken

Yeah...
It seems like we've been losing control
Somebody tell me I'm not alone
When I say

All I need's a little love in my life
All I need's a little love in the dark
A little but I'm hoping it might kick start
Me and my broken heart
I need a little loving tonight
Hold me so I'm not falling apart
A little but I'm hoping it might kick start
Me and my broken heart

Here are the lyrics to that song:

My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note, oh oh

Make me your radio
Turn me up when you feel low
This melody was meant for you
Just sing along to my stereo

If I was just another dusty record on the shelf
Would you blow me off and play me like everybody else?
If I asked you to scratch my back, could you manage that?
Like yea [scratched], check it Travie, I can handle that

Furthermore, I apologize for any skipping tracks
It's just the last girl that played me left a couple cracks
I used to used to used to used to, now I'm over that
'Cause holding grudges over love is ancient artifacts

If I could only find a note to make you understand
I'd sing it softly in your ear and grab you by the hand
Just keep it stuck inside your head, like your favorite tune
And know my heart is a stereo that only plays for you

My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note, oh oh
Make me your radio
Turn me up when you feel low
This melody was meant for you
Just sing along to my stereo

Oh oh oh oh, oh oh oh oh to my stereo
Oh oh oh oh to sing along to my stereo

Let's go!

If I was an old-school fifty pound boombox (remember them?)
Would you hold me on your shoulder wherever you walk
Would you turn my volume up in front of the cops (turn it up)
And crank it higher everytime they told you to stop
And all I ask is that you don't get mad at me
When you have to purchase mad D batteries
Appreciate every mixtape your friends make
You never know we come and go like we're on the interstate

I think finally found a note to make you understand

If you can hit it, sing along and take me by the hand
Just keep me stuck inside your head, like your favorite tune
You know my heart's a stereo that only plays for you

My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note, oh oh
Make me your radio
Turn me up when you feel low
This melody was meant for you
Just sing along to my stereo

Oh oh oh oh, oh oh oh oh to my stereo
Oh oh oh oh to sing along to my stereo

I only pray you never leave me behind (never leave me)
Because good music can be so hard to find (so hard to find)
I take your hand and pull it closer to mine
Thought love was dead, but now you're changing my mind

My heart's a stereo
It beats for you, so listen close
Hear my thoughts in every note, oh oh

Make me your radio
Turn me up when you feel low
This melody was meant for you
Just sing along to my stereo

Oh oh oh oh, oh oh oh oh to my stereo
Oh oh oh oh to sing along to my stereo

Yeah

Here are the lyrics to Moves Like Jagger by Maroon 5:

Just shoot for the stars
If it feels right
And aim for my heart
If you feel like
And take me away and make it OK
I swear I'll behave

You wanted control
So we waited
I put on a show
Now I make it
You say I'm a kid
My ego is big
I don't give a shit
And it goes like this

Take me by the tongue
And I'll know you
Kiss me 'til you're drunk
And I'll show you all the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

I don't need to try to control you
Look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

Maybe it's hard
When you feel like you're broken and scarred
Nothing feels right
But when you're with me
I'll make you believe
That I've got the key

Oh
So get in the car
We can ride it
Wherever you want
Get inside it
And you want to steer
But I'm shifting gears
I'll take it from here
And it goes like this

Take me by the tongue
And I'll know you
Kiss me 'til you're drunk
And I'll show you all the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

I don't need to try to control you
Look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

You want to know how to make me smile
Take control, own me just for the night
And if I share my secret
You're gonna have to keep it
Nobody else can see this

So watch and learn
I won't show you twice
Head to toe, ooh baby, roll me right
But if I share my secret
You're gonna have to keep it
Nobody else can see this

And it goes like this

Take me by the tongue
And I'll know you
Kiss me 'til you're drunk
And I'll show you all the moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

I don't need to try to control you
Look into my eyes and I'll own you
With them moves like Jagger
I've got the moves like Jagger
I've got the moves like Jagger

Here are the lyrics to the song Grenade by Bruno Mars:

Easy come, easy go, that's just how you live
Oh, take, take, take it all but you never give
Should've known you was trouble from the first kiss
Had your eyes wide open, why were they open?

Gave you all I had and you tossed it in the trash
You tossed it in the trash, you did
To give me all your love is all I ever asked
'Cause what you don't understand is

I'd catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah , yeah)
You know I'd do anything for ya (yeah, yeah, yeah)
Oh, oh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for ya, baby
But you won't do the same

No, no, no, no

Black, black, black and blue beat me till I'm numb
Tell the devil I said "Hey" when you get back to where you're from
Mad woman, bad woman, that's just what you are
Yeah, you'll smile in my face then rip the brakes out my car

Gave you all I had and you tossed it in the trash
You tossed it in the trash, yes you did
To give me all your love is all I ever asked
'Cause what you don't understand is

I'd catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)
I'd jump in front of a train for ya (yeah, yeah , yeah)
You know I'd do anything for ya (yeah, yeah, yeah)
Oh, oh, I would go through all this pain
Take a bullet straight through my brain
Yes, I would die for you, baby
But you won't do the same

If my body was on fire
Ooh, you'd watch me burn down in flames
You said you loved me, you're a liar
'Cause you never, ever, ever did, baby

But darling, I'd still catch a grenade for ya (yeah, yeah, yeah)
Throw my hand on a blade for ya (yeah, yeah, yeah)

I'd jump in front of a train for ya (yeah, yeah , yeah)

You know I'd do anything for ya (yeah, yeah, yeah)

Oh, oh, I would go through all this pain

Take a bullet straight through my brain

Yes, I would die for you, baby

But you won't do the same

No, you won't do the same

You wouldn't do the same

Ooh, you never do the same

No, no, no, no

Here are the lyrics to the song "Tik Tok" by Ke$ha:

Wake up in the morning feeling like P Diddy (Hey, what up girl?)
Grab my glasses, I'm out the door, I'm gonna hit this city (Let's go)
Before I leave, brush my teeth with a bottle of Jack
'Cause when I leave for the night, I ain't coming back
I'm talking pedicure on our toes, toes
Trying on all our clothes, clothes
Boys blowing up our phones, phones
Drop-topping, playing our favorite CDs
Pulling up to the parties
Trying to get a little bit tipsy

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock, on the clock
But the party don't stop, no

Ain't got a care in world, but got plenty of beer
Ain't got no money in my pocket, but I'm already here
And now, the dudes are lining up cause they hear we got swagger
But we kick em to the curb unless they look like Mick Jagger

I'm talking about everybody getting crunk, crunk
Boys tryin' to touch my junk, junk
Gonna smack him if he getting too drunk, drunk

Now, now, we go until they kick us out, out
Or the police shut us down, down
Police shut us down, down
Po-po shut us

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me

With my hands up
You got me now
You got that sound
Yeah, you got me

DJ, you build me up
You break me down
My heart, it pounds
Yeah, you got me

With my hands up
Put your hands up
Put your hands up

Now, the party don't start 'til I walk in

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Don't stop, make it pop
DJ, blow my speakers up
Tonight, I'mma fight
'Til we see the sunlight
Tick tock on the clock
But the party don't stop, no

Here are the lyrics to "Sympathy for the Devil" by The Rolling Stones:

Please allow me to introduce myself
I'm a man of wealth and taste
I've been around for a long, long year
Stole many a man's soul to waste

And I was 'round when Jesus Christ
Had his moment of doubt and pain
Made damn sure that Pilate
Washed his hands and sealed his fate

Pleased to meet you
Hope you guess my name
But what's puzzling you
Is the nature of my game

I stuck around St. Petersburg
When I saw it was a time for a change
Killed the czar and his ministers
Anastasia screamed in vain

I rode a tank
Held a general's rank
When the blitzkrieg raged
And the bodies stank

Pleased to meet you
Hope you guess my name, oh yeah
Ah, what's puzzling you
Is the nature of my game, oh yeah

I watched with glee
While your kings and queens
Fought for ten decades
For the gods they made

I shouted out,
"Who killed the Kennedys?"
When after all
It was you and me

Let me please introduce myself
I'm a man of wealth and taste
And I laid traps for troubadours
Who get killed before they reached Bombay

Pleased to meet you
Hope you guessed my name, oh yeah

But what's puzzling you
Is the nature of my game, oh yeah, get down, baby

Pleased to meet you
Hope you guessed my name, oh yeah
But what's confusing you
Is just the nature of my game

Just as every cop is a criminal
And all the sinners saints
As heads is tails
Just call me Lucifer

'Cause I'm in need of some restraint
So if you meet me
Have some courtesy
Have some sympathy, and some taste

Use all your well-learned politesse
Or I'll lay your soul to waste, um yeah

Pleased to meet you
Hope you guessed my name, um yeah
But what's puzzling you
Is the nature of my game, um mean it, get down

Woo, who
Oh yeah, get on down
Oh yeah
Oh yeah!

Tell me baby, what's my name
Tell me honey, can ya guess my name
Tell me baby, what's my name
I tell you one time, you're to blame

Ooo, who
Ooo, who
Ooo, who
Ooo, who, who

Oh, yeah
What's my name
Tell me, baby, what's my name
Tell me, sweetie, what's my name

Ooo, who, who
Ooo, who, who
Ooo, who, who

Ooo, who, who

Ooo, who, who

Ooo, who, who

Ooo, who, who

Ooo, who, who

Here are the lyrics to We Belong Together by Mariah Carey:

I didn't mean it when I said I didn't love you, so
I should have held on tight I never should've let you go
I didn't know nothing, I was stupid, I was foolish
I was lying to myself

I could not fathom that I would ever be without your love
Never imagined I'd be sitting here beside myself
'Cause I didn't know you, 'cause I didn't know me
But I thought I knew everything
I never felt

The feeling that I'm feeling now that I don't hear your voice
Or have your touch and kiss your lips 'cause I don't have a choice
Oh, what I wouldn't give to have you lying by my side
Right here, 'cause baby

When you left I lost a part of me
It's still so hard to believe
Come back baby, please
'Cause we belong together

Who else am I gon' lean on when times get rough
Who's gonna talk to me on the phone till the sun comes up
Who's gonna take your place, there ain't nobody better
Oh, baby baby, we belong together

I can't sleep at night when you are on my mind
Bobby Womack's on the radio saying to me
"If you think you're lonely now"
Wait a minute, this is too deep (too deep)
I gotta change the station so I turn the dial
Trying to catch a break and then I hear Babyface
"I only think of you" and it's breaking my heart
I'm trying to keep it together but I'm falling apart

I'm feeling all out of my element
I'm throwing things, crying
Trying to figure out where the hell I went wrong
The pain reflected in this song it ain't even half of what I'm feeling inside
I need you, need you back in my life, baby

When you left I lost a part of me
It's still so hard to believe
Come back baby, please
'Cause we belong together

Who else am I gon' lean on when times get rough

Who's gonna talk to me on the phone till the sun comes up
Who's gonna take your place, there ain't nobody better
Oh baby baby, we belong together, baby

When you left I lost a part of me
It's still so hard to believe
Come back baby, please
'Cause we belong together

Who am I gonna lean on when times get rough
Who's gonna talk to me till the sun comes up
Who's gonna take your place there ain't nobody better
Oh baby baby, we belong together

Here are the lyrics to "You Can't Always Get What You Want" by The Rolling Stones:

I saw her today at the reception
A glass of wine in her hand
I knew she was gonna meet her connection
At her feet was her footloose man

No, you can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes you find
You get what you need

I saw her today at the reception
A glass of wine in her hand
I knew she was gonna meet her connection
At her feet was her footloose man

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes you might find
You get what you need

Oh yeah, hey hey hey, oh...

And I went down to the demonstration
To get my fair share of abuse
Singing, "We're gonna vent our frustration
If we don't we're gonna blow a 50-amp fuse"
Sing it to me now...

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes well you just might find
You get what you need

Oh baby, yeah, yeah!

I went down to the Chelsea drugstore
To get your prescription filled
I was standing in line with Mr. Jimmy
And man, did he look pretty ill
We decided that we would have a soda
My favorite flavor, cherry red
I sung my song to Mr. Jimmy
Yeah, and he said one word to me, and that was "dead"
I said to him

You can't always get what you want, no!
You can't always get what you want (tell ya baby)
You can't always get what you want (no)
But if you try sometimes you just might find
You get what you need

Oh yes! Woo!

You get what you need--yeah, oh baby!
Oh yeah!

I saw her today at the reception
In her glass was a bleeding man
She was practiced at the art of deception
Well I could tell by her blood-stained hands

You can't always get what you want
You can't always get what you want
You can't always get what you want
But if you try sometimes you just might find
You just might find
You get what you need

You can't always get what you want (no, no baby)
You can't always get what you want
You can't always get what you want
But if you try sometimes you just might find
You just might find
You get what you need, ah yes!

Here are the lyrics to the song "Let You Down" by NF:

Feels like we're on the edge right now

I wish that I could say I'm proud

I'm sorry that I let you down

Let you down

All these voices in my head get loud

I wish that I could shut them out

I'm sorry that I let you down

Let you down

Yeah, I guess I'm a disappointment

Doing everything I can, I don't wanna make you disappointed

It's annoying, I just wanna make you feel like everything I ever did wasn't ever tryna make an issue for you

But, I got issues like you got tissues using 'em when shit happens

I'm so mad I'm losing it, I wanna break your fucking face in for no good reason

(Chorus)

Feels like we're on the edge right now

I wish that I could say I'm proud

I'm sorry that I let you down

Let you down

All these voices in my head get loud

I wish that I could shut them out

I'm sorry that I let you down

Let you down

Yeah, you don't wanna make this work

You just wanna make this worse

You want to keep me at a distance

Give me just enough to make this

Scared to finish, you're twisted

If you could read my mind

You'd see how hard it cries

You're bringin' back the tears

After all these years

These years brought back my fears

And now we're on the edge

Could we just talk it out?

Before I follow through?

Can we just talk it out?

Before I lose my head?

(Chorus)

Feels like we're on the edge right now

I wish that I could say I'm proud
I'm sorry that I let you down
Let you down

All these voices in my head get loud
I wish that I could shut them out
I'm sorry that I let you down
Let you down

Yeah, don't talk down to me
That's not going to work now
Packed all my clothes and I moved out
I don't even want to go to your house
Every time I sit on that couch
I feel like you lecture me
Eventually, I bet that we
Could have made this work and probably woulda figured things out
But I guess I'm a letdown
But it's cool, I checked out
Oh, you wanna be friends now?
Okay, let's put my fake face on and pretend now
Sit around and talk about the good times
That didn't even happen
I mean, why are you laughing?
Must have missed that joke
Let me see if I can find a reaction
No, but at least you're happy

(Chorus)
Feels like we're on the edge right now
I wish that I could say I'm proud
I'm sorry that I let you down
Oh, I let you down

All these voices in my head get loud
And I wish that I could shut them out
I'm sorry that I let you down
Oh, let you down

I'm sorry
I'm so sorry now
I'm sorry
Yeah, I'm sorry now

create a greeting card inspired by katy perry

Claude-3.5-Sonnet Poe

Here's a colorful, pop-inspired greeting card with elements reminiscent of Katy Perry's aesthetic:

html Copy

```html
<!DOCTYPE html>
<html>
<head>
<style>
.card {
    width: 100%;
    max-width: 400px;
    height: 550px;
    margin: 20px auto;
    background: linear-gradient(45deg, #ff69b4, #4169e1);
    border-radius: 15px;
    padding: 20px;
    box-shadow: 0 10px 20px rgba(0,0,0,0.2);
    position: relative;
    overflow: hidden;
    animation: sparkle 2s infinite;
}

.content {
    text-align: center;
    color: white;
    font-family: 'Arial', sans-serif;
    position: relative;
    z-index: 2;
}

h1 {
    font-size: 2em;
    margin-bottom: 20px;
    text-shadow: 2px 2px 4px rgba(0,0,0,0.3);
}

.message {
    font-size: 1.2em;
    line-height: 1.5;
    margin: 20px 0;
}

.firework {
    position: absolute;
    width: 10px;
    height: 10px;
    border-radius: 50%;
    animation: firework 1s infinite;
}

@keyframes sparkle {
    0% { background-position: 0% 50%; }
    50% { background-position: 100% 50%; }
    100% { background-position: 0% 50%; }
}

@keyframes firework {
    0% { transform: scale(1); opacity: 1; }
    100% { transform: scale(2); opacity: 0; }
}
</style>
</head>
<body>
<div class="card">
    <div class="content">
        <h1>✨ You're a Firework! ✨</h1>
        <div class="message">
            <p>Baby you're a firework</p>
            <p>Come on show 'em what you're worth</p>
            <p>Make 'em go "Oh, oh, oh!"</p>
            <p>As you shoot across the sky-y-y</p>
            <br>
            <p>Have a ROARING day!</p>
        </div>
    </div>
</div>

<script>
function createFireworks() {
    const card = document.querySelector('.card');
    for(let i = 0; i < 5; i++) {
        const firework = document.createElement('div');
        firework.className = 'firework';
        firework.style.left = Math.random() * 100 + '%';
        firework.style.top = Math.random() * 100 + '%';
        firework.style.backgroundColor = `hsl(${Math.random() * 360}, 100%, 50%)`;
        card.appendChild(firework);
    }
}

setInterval(createFireworks, 1000);
</script>
</body>
</html>
```

Refresh New tab ···




Would you like me to explain how this code works?

make another like this with a jungle theme

Claude-3.5-Sonnet Poe

Here's a jungle-themed greeting card with animated elements:

html Copy

```
<!DOCTYPE html>
<html>
<head>
<style>
.card {
    width: 100%;
    max-width: 400px;
    height: 550px;
    margin: 20px auto;
    background: linear-gradient(180deg, #1a472a, #2d5a27);
    border-radius: 15px;
    padding: 20px;
    box-shadow: 0 10px 20px rgba(0,0,0,0.2);
    position: relative;
    overflow: hidden;
}

.content {
    text-align: center;
    color: #fff;
    font-family: 'Arial', sans-serif;
    position: relative;
    z-index: 2;
}

h1 {
    font-size: 2em;
    margin-bottom: 20px;
    text-shadow: 2px 2px 4px rgba(0,0,0,0.3);
}

.message {
    font-size: 1.2em;
    line-height: 1.5;
    margin: 20px 0;
}

.leaf {
    position: absolute;
    width: 0;
    height: 0;
    border-left: 20px solid transparent;
    border-right: 20px solid transparent;
    border-bottom: 40px solid #4a8f29;
    transform-origin: center bottom;
    animation: sway 3s ease-in-out infinite;
    opacity: 0.8;
}

.monkey {
    font-size: 40px;
    position: absolute;
    animation: swing 4s ease-in-out infinite;
    transform-origin: top center;
}

.butterfly {
    font-size: 20px;
    position: absolute;
    animation: flutter 5s linear infinite;
}

@keyframes sway {
    0%, 100% { transform: rotate(0deg); }
    50% { transform: rotate(15deg); }
}

@keyframes swing {
    0%, 100% { transform: rotate(-10deg); }
    50% { transform: rotate(10deg); }
}

@keyframes flutter {
    0% { transform: translate(0, 0) rotate(0deg); }
    25% { transform: translate(20px, -20px) rotate(20deg); }
    50% { transform: translate(40px, 0) rotate(0deg); }
    75% { transform: translate(20px, 20px) rotate(-20deg); }
    100% { transform: translate(0, 0) rotate(0deg); }
}
```

Captured by FireShot Pro: 14 November 2024, 16:17:06
https://getfireshot.com

```
.vine {
    position: absolute;
    width: 4px;
    height: 100px;
    background: #3a7a28;
    border-radius: 2px;
    transform-origin: top center;
    animation: vineSwing 4s ease-in-out infinite;
}

@keyframes vineSwing {
    0%, 100% { transform: rotate(-5deg); }
    50% { transform: rotate(5deg); }
}
</style>
</head>
<body>
<div class="card">
    <div class="content">
        <h1>🌴 Welcome to the Jungle! 🌴</h1>
        <div class="message">
            <p>Swinging by to say...</p>
            <p>Have a WILD day!</p>
            <p>Let your adventurous spirit ROAR!</p>
        </div>
    </div>
</div>

<script>
function createJungleElements() {
    const card = document.querySelector('.card');

    // Create leaves
    for(let i = 0; i < 8; i++) {
        const leaf = document.createElement('div');
        leaf.className = 'leaf';
        leaf.style.left = Math.random() * 100 + '%';
        leaf.style.top = Math.random() * 100 + '%';
        leaf.style.animationDelay = Math.random() * 2 + 's';
        card.appendChild(leaf);
    }

    // Create monkey
    const monkey = document.createElement('div');
    monkey.className = 'monkey';
    monkey.textContent = '🐒';
    monkey.style.right = '20%';
    monkey.style.top = '20%';
    card.appendChild(monkey);

    // Create butterflies
    for(let i = 0; i < 3; i++) {
        const butterfly = document.createElement('div');
        butterfly.className = 'butterfly';
        butterfly.textContent = '🦋';
        butterfly.style.left = Math.random() * 80 + '%';
        butterfly.style.top = Math.random() * 80 + '%';
        butterfly.style.animationDelay = Math.random() * 2 + 's';
        card.appendChild(butterfly);
    }

    // Create vines
    for(let i = 0; i < 4; i++) {
        const vine = document.createElement('div');
        vine.className = 'vine';
        vine.style.left = (i * 30) + '%';
        vine.style.animationDelay = (i * 0.5) + 's';
        card.appendChild(vine);
    }
}

createJungleElements();
</script>
</body>
</html>
```

Refresh New tab ...




Would you like me to explain how this code works?

i wanted my card to be inspired by katy perry and feature the jungle

Claude-3.5-Sonnet Poe

Ah, I'll create a greeting card that combines Katy Perry's "Roar" theme with jungle elements:

html Copy

```html
<!DOCTYPE html>
<html>
<head>
<style>
.card {
    width: 100%;
    max-width: 400px;
    height: 550px;
    margin: 20px auto;
    background: linear-gradient(45deg, #ff6b6b, #4a8f29);
    border-radius: 15px;
    padding: 20px;
    box-shadow: 0 10px 20px rgba(0,0,0,0.2);
    position: relative;
    overflow: hidden;
}

.content {
    text-align: center;
    color: white;
    font-family: 'Arial', sans-serif;
    position: relative;
    z-index: 2;
    text-shadow: 2px 2px 4px rgba(0,0,0,0.3);
}

h1 {
    font-size: 2em;
    margin-bottom: 20px;
}

.message {
    font-size: 1.2em;
    line-height: 1.5;
    margin: 20px 0;
}

.tiger {
    font-size: 50px;
    position: absolute;
    animation: bounce 2s infinite;
}

.eye-sparkle {
    position: absolute;
    width: 10px;
    height: 10px;
    background: white;
    border-radius: 50%;
    animation: sparkle 1s infinite;
}

.leaf {
    position: absolute;
    width: 0;
    height: 0;
    border-left: 15px solid transparent;
    border-right: 15px solid transparent;
    border-bottom: 30px solid rgba(74, 143, 41, 0.6);
    transform-origin: center bottom;
    animation: sway 3s ease-in-out infinite;
}

@keyframes bounce {
    0%, 100% { transform: translateY(0); }
    50% { transform: translateY(-20px); }
}

@keyframes sparkle {
    0%, 100% { opacity: 1; }
    50% { opacity: 0.3; }
}

@keyframes sway {
    0%, 100% { transform: rotate(0deg); }
    50% { transform: rotate(15deg); }
}

.glitter {
    position: absolute;
    width: 4px;
    height: 4px;
    background: gold;
    border-radius: 50%;
    animation: glitter 2s infinite;
}

@keyframes glitter {
    0% { transform: scale(1); opacity: 1; }
    50% { transform: scale(1.5); opacity: 0.5; }
    100% { transform: scale(1); opacity: 1; }
}
</style>
</head>
<body>
<div class="card">
    <div class="content">
        <h1>🐯 I've Got The Eye of The Tiger! 🐯</h1>
        <div class="message">
            <p>'Cause I am a champion</p>
            <p>And you're gonna hear me ROAR!</p>
            <p>Louder than a lion</p>
            <p>'Cause I am a champion</p>
            <br>
            <p>You're gonna hear me ROAR!</p>
            <p>Oh oh oh oh oh oh oh!</p>
        </div>
    </div>
</div>

<script>
function createElements() {
    const card = document.querySelector('.card');

    // Create tigers
    for(let i = 0; i < 2; i++) {
        const tiger = document.createElement('div');
        tiger.className = 'tiger';
        tiger.textContent = '🐯';
        tiger.style.left = (i * 60 + 20) + '%';
        tiger.style.bottom = '10%';
```

```
        tiger.style.animationDelay = (i * 0.5) + 's';
        card.appendChild(tiger);
    }

    // Create leaves
    for(let i = 0; i < 10; i++) {
        const leaf = document.createElement('div');
        leaf.className = 'leaf';
        leaf.style.left = Math.random() * 100 + '%';
        leaf.style.top = Math.random() * 100 + '%';
        leaf.style.animationDelay = Math.random() * 2 + 's';
        card.appendChild(leaf);
    }

    // Create glitter effect
    for(let i = 0; i < 20; i++) {
        const glitter = document.createElement('div');
        glitter.className = 'glitter';
        glitter.style.left = Math.random() * 100 + '%';
        glitter.style.top = Math.random() * 100 + '%';
        glitter.style.animationDelay = Math.random() * 2 + 's';
        card.appendChild(glitter);
    }
}

createElements();
</script>
</body>
</html>
```

Refresh New tab ···




Would you like me to explain how this code works? This card combines elements from Katy Perry's "Roar" music video and lyrics with jungle themes, featuring tigers, leaves, and sparkle effects with her signature pop aesthetic.

Continue chat

New chat

## 🐯 I've Got The Eye of The Tiger! 🐯

'Cause I am a champion

And you're gonna hear me ROAR!

Louder than a lion

'Cause I am a champion

You're gonna hear me ROAR!

Oh oh oh oh oh oh oh!

🐯 🐯

Made with Poe ...

create a greeting card that is uptown funky

Claude-3.5-Sonnet Poe

Here's a funky, upbeat digital greeting card with an animated disco-style design:

html Copy

View all

```
[illegible]
```

Refresh New tab ···




Would you like me to explain how this code works?

add more lyrics

Claude-3.5-Sonnet Poe

I'll add more funky lyrics inspired by uptown funk and other funk classics:

html Copy

View all

```
            Fill my cup, put some liquor in it<br>
            Take a sip, sign a check<br>
            Julio, get the stretch<br>
            Ride to Harlem, Hollywood<br>
            Jackson, Mississippi<br>
            <br>
            I'm too hot (hot damn)<br>
            Called a police and a fireman<br>
            I'm too hot (hot damn)<br>
            Make a dragon wanna retire man
        </div>
        <div class="signature">
            - Stay Funky! -
        </div>
    </div>
</body>
</html>
```

Refresh New tab ···




Would you like me to explain how this code works?

Continue chat

New chat

Captured by FireShot Pro: 13 November 2024, 08:46:33
https://getfireshot.com


GET GROOVY!
Hey there, Hot Stuff!
Don't stop the funk,
Keep that groove going,
'Cause you're totally awesome!
♫ Don't believe me just watch! ♫
Girls hit your hallelujah (Whoo!)
'Cause Uptown Funk gon' give it to you
Saturday night and we in the spot
Don't believe me just watch!
Fill my cup, put some liquor in it
Take a sip, sign a check
Julio, get the stretch
Ride to Harlem, Hollywood
Jackson, Mississippi
I'm too hot (hot damn)
Called a police and a fireman
I'm too hot (hot damn)
Make a dragon wanna retire man
- Stay Funky! -
Made with Poe
...