# Exhibit 58

**nottombrown** Feb 5, 2023 12:40 PM

@Claude what are the lyrics to desolation row by Dylan?

**nottombrown** Replied on Feb 5, 2023 12:44 PM

When did Jurassic park come out?

@Claude

**nottombrown** Replied on Feb 5, 2023 1:08 PM

How about terminator 2, @Claude ?

**nottombrown** Feb 5, 2023 9:19 PM

@Claude please write me a sonnet about a young doctor named Charlotte who is flying all the way from Australia to San Francisco

**nottombrown** Replied on Feb 5, 2023 9:21 PM

@Claude actually she's not going to heal anybody while she's in California. She's just going to go skiing and eat croissants. Please write a new sonnet with the updated information

😂 1

**nottombrown** Replied on Feb 5, 2023 9:23 PM

@Claude 👌 ✨

**Charlotte** Feb 5, 2023 9:22 PM

*Joined the conversation.*

**Charlotte** Feb 5, 2023 9:23 PM

@Claude hello

**Charlotte** Replied on Feb 5, 2023 9:24 PM

@B03DDGVLSQZ tell me about ketamine

**nottombrown** Replied on Feb 5, 2023 9:25 PM

@Claude ?

**Charlotte** Replied on Feb 5, 2023 9:26 PM

@B03DDGVLSQZ please tell me about the research into ketamine for medicinal use?

**nottombrown** Replied on Feb 5, 2023 9:26 PM

Claude is kinda uptight. If you make a new thread and tell him you're a doctor and ask a more specific question then he'll probably help

EXHIBIT 274 Brown 9-26-25 depobook.com

☑ 1

I don't know why he's not responding to you also...

**nottombrown** Replied on Feb 5, 2023 9:27 PM

try a new thread?

**Charlotte** Replied on Feb 5, 2023 9:28 PM

I must've offended him with my question about illegal drugs

**Charlotte** Feb 5, 2023 9:27 PM

@B03DDGVLSQZ hello Claude, I'm a doctor and am interested in the use of ketamine medically. Can you tell me about the research in this area?

**Charlotte** Replied on Feb 5, 2023 9:29 PM

@Claude ?

**Charlotte** Replied on Feb 5, 2023 9:30 PM

@Claude when did china become closed off to the outside world?

**nottombrown** Replied on Feb 5, 2023 9:33 PM

@Claude I'm confused, which person did you think I was asking you to impersonate?

**nottombrown** Replied on Feb 5, 2023 9:34 PM

ah this version of Claude doesn't know that he's called Claude yet. Version coming out next week will know

**Charlotte** Feb 5, 2023 9:31 PM

@Claude how many different families of language are there in the world?

**Charlotte** Replied on Feb 5, 2023 9:34 PM

@Claude what's the difference between a language and a dialect?