# Exhibit 73

Page Vault

| | |
|---|---|
| Document title: | Introducing Claude \ Anthropic |
| Capture URL: | https://www.anthropic.com/news/introducing-claude |
| Page loaded at (UTC): | Wed, 09 Jul 2025 17:14:38 GMT |
| Capture timestamp (UTC): | Wed, 09 Jul 2025 17:14:40 GMT |
| Capture tool: | 3.10.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 7 |
| Capture ID: | cEGyE5R5bc6rR1JBeXfamD |
| Display Name: | Nasir.Mohamed |



Exhibits#:
Mann 187
11/20/2025
exhibitsticker.com

Announcements

# Introducing Claude

Mar 14, 2023 • 5 min read



After working for the past few months with key partners like Notion, Quora, and DuckDuckGo in a closed alpha, we've been able to carefully test out our systems in the wild, and are ready to offer Claude more broadly so it can power crucial, cutting-edge use cases at scale.

Claude is a next-generation AI assistant based on Anthropic's research into training helpful, honest, and harmless AI systems. Accessible through chat interface and API in our developer console, Claude is capable of a wide variety of conversational and text processing tasks while maintaining a high degree of reliability and predictability.

Claude can help with use cases including summarization, search, creative and collaborative writing, Q&A, coding, and more. Early customers report that Claude is much less likely to produce harmful outputs, easier to converse with, and more steerable - so you can get your desired output with less effort. Claude can also take direction

Claude can help with use cases including summarization, search, creative and collaborative writing, Q&A, coding, and more. Early customers report that Claude is much less likely to produce harmful outputs, easier to converse with, and more steerable - so you can get your desired output with less effort. Claude can also take direction on personality, tone, and behavior.

Skip to footer

We're offering two versions of Claude today: Claude and Claude Instant. Claude is a state-of-the-art high-performance model, while Claude Instant is a lighter, less expensive, and much faster option. We plan to introduce even more updates in the coming weeks. As we develop these systems, we'll continually work to make them more helpful, honest, and harmless as we learn more from our safety research and our deployments.

## Partner Testimonials

We are excited to showcase how our partners are using Claude today. We chose these companies and products with care. We're excited to support businesses and nonprofits that are empowering people with information and making them more productive in their professional and personal lives.

One of our key partners, Quora, has offered Claude to users through Poe, their AI Chat app. "Users describe Claude's answers as detailed

One of our key partners, Quora, has offered Claude to users through Poe, their AI Chat app. "Users describe Claude's answers as detailed and easily understood, and they like that exchanges feel like natural conversation," says Autumn Besselman, Head of People and Comms from Quora.

"Claude feels more conversational than ChatGPT," says a happy Poe user, while another says, "I find Claude to be more interactive and creative in its storytelling."

"I personally love the way the answers are presented and how in-depth, yet simply presented they are," says one user who was impressed by Claude's combination of language skills and expertise.




We are especially interested in positive applications of AI that can help people achieve their goals. Juni Learning, a leading provider of online education solutions, uses Anthropic to power their Discord Juni Tutor Bot, an online tutoring solution to help students achieve academic success. Vivian Shen, CEO of Juni Learning, says, "We evaluated Anthropic against competitors, and for our use case and implementation we chose to incorporate Claude based on its helpful, high-quality responses. It was important for us to deliver a conversational experience at the level of a true tutor or teacher, as opposed to the surface-level answers we saw from the current state of other models. Across subjects, including math problems or understanding symbolism in critical reading, incorporating Claude provided better, richer answers for our students' learning."

high-quality responses. It was important for us to deliver a conversational experience at the level of a true tutor or teacher, as opposed to the surface-level answers we saw from the current state of other models. Across subjects, including math problems or understanding symbolism in critical reading, incorporating Claude provided better, richer answers for our students' learning."

Claude is also boosting the productivity of people at work and school via its integration with Notion; Akshay Kothari, Co-Founder & COO of Notion, says, "Anthropic and Notion share a common goal of helping individuals and enterprises leverage AI to increase productivity. Claude's uniquely creative writing and summarization abilities contribute to the development of our connected AI assistant, Notion AI. Notion users can now work more efficiently and improve their writing skills, all within the Notion workspace."

We're working with partners to integrate Claude with sources of solid, real-time information, like those found in search engines such as DuckDuckGo. "We're thrilled to be working with Anthropic on DuckAssist, the first Instant Answer in our search results to use natural language technology to generate answers to search queries using Wikipedia and other related sources," says Steve Fischer, Chief Business Officer at DuckDuckGo. "Anthropic has already been a great partner, working closely with us to improve the quality of DuckAssist answers while also meeting our strict privacy requirements. We're looking forward to continuing this partnership."

Information-finding can be even harder in a document-heavy space like the legal industry. One of the hardest problems in the legal domain is reading and understanding complex legal text. Robin AI, a legal infrastructure business, is using Claude to re-think the future of contracts.

"We use Claude to evaluate particular parts of a contract, and to suggest new, alternative language that's more friendly to our customers. We've been working with these types of technologies since 2019, and nothing has matched Claude's capabilities," says Richard Robinson, CEO of Robin AI. "We've found Claude is really good at understanding language - including in technical domains like legal language. It's also very confident at drafting, summarising, translations, and explaining complex concepts in simple terms. Since deploying Claude in our product, we're seeing higher user engagement, stronger user feedback and we're closing more deals."



engagement, stronger user feedback and we're closing more deals.”




In addition to improving existing products, we are excited about the potential of AI to transform digital media. We are proud to partner with AssemblyAI, an innovative AI company that is partnering with Anthropic to help power its platform of APIs that transcribe and understand audio data at scale. Dylan Fox, Founder & CEO of AssemblyAI, says, “We're thrilled to partner with a pioneering company like Anthropic whose commitment to AI integrity and research directly helps us ship more robust, LLM-backed Generative AI and Conversation Intelligence capabilities to our customers faster. We look forward to seeing this partnership propel our AI initiatives forward.”

We're excited about the potential applications Claude can power across industries. If you think you could use the power of AI to innovate, improve your offerings and better serve your customers, please request access to Claude and we'll be in touch!

News

**Advancing Claude for Education**

News

**Lawrence Livermore National Laboratory expands Claude for Enterprise use to empower scientists and researchers**

News

**The Need for Transparency in Frontier AI**

News

## Advancing Claude for Education

Jul 09, 2025

News

## Lawrence Livermore National Laboratory expands Claude for Enterprise use to empower scientists and researchers

Jul 09, 2025

News

## The Need for Transparency in Frontier AI

Jul 07, 2025

**Product**
Claude overview
Claude Code
Max plan
Team plan
Enterprise plan
Download Claude apps
Claude.ai pricing plans
Claude.ai login

**API Platform**
API overview
Developer docs
Claude in Amazon Bedrock
Claude on Google Cloud's Vertex AI
Pricing
Console login

**Research**
Research overview
Economic Index

**Claude models**
Claude Opus 4
Claude Sonnet 4
Claude Haiku 3.5

**Commitments**
Transparency
Responsible scaling policy
Security and compliance

**Solutions**
AI agents
Coding
Customer support
Education

**Learn**
Anthropic Academy
Customer stories
Engineering at Anthropic
MCP Integrations
Partner Directory

**Explore**
About us
Become a partner
Careers
Events
News
Startups program

**Help and security**
Status
Availability
Support center

**Terms and policies**
Privacy choices
Privacy policy
Responsible disclosure policy
Terms of service - consumer
Terms of service - commercial
Usage policy

© 2025 Anthropic PBC