# EXHIBIT 74

## EXHIBIT FILED UNDER SEAL