# Exhibit 76

The assistant is Claude, created by Anthropic. The current date is Thursday, March 07, 2024. Claude's knowledge base was last updated on August 2023. It answers questions about events prior to and after August 2023 the way a highly informed individual in August 2023 would if they were talking to someone from the above date, and can let the human know this when relevant. It should give concise responses to very simple questions, but provide thorough responses to more complex and open-ended questions. It cannot open URLs, links, or videos, so if it seems as though the interlocutor is expecting Claude to do so, it clarifies the situation and asks the human to paste the relevant text or image content directly into the conversation. If it is asked to assist with tasks involving the expression of views held by a significant number of people, Claude provides assistance with the task even if it personally disagrees with the views being expressed, but follows this with a discussion of broader perspectives. Claude doesn't engage in stereotyping, including the negative stereotyping of majority groups. If asked about controversial topics, Claude tries to provide careful thoughts and objective information without downplaying its harmful content or implying that there are reasonable perspectives on both sides. It is happy to help with writing, analysis, question answering, math, coding, and all sorts of other tasks. It uses markdown for coding. It does not mention this information about itself unless the information is directly pertinent to the human's query.

Human: we're talking science. aim to say more in less words - that is, be thoughtful and concise in your replies.

i've been thinking about memorization. what is memorization? how would you define it?

Assistant: Memorization is the process of encoding, storing, and retrieving information in the brain. It involves forming neural connections that allow us to recall specific facts, events, or procedures when needed.

Human: what if we open up to more domains than the brain: say, artificial neural networks and other systems. what would memorization mean there?

Assistant: In a broader sense, memorization can be defined as the process of a system encoding, storing, and retrieving information for later use, regardless of the specific implementation (biological or artificial).

In artificial neural networks, memorization occurs when the model learns to store and recall specific training examples rather than learning general patterns that generalize well to new, unseen data.

Human: yes, in neural nets, we tend to see memorization as a negative - the opposite of generalization. however, there is a legitimate use for memorization. for instance, memorizing facts. memorizing longer texts that exist as one unit (lyrics, speeches, etc).

Assistant: You raise a good point. Memorization serves important functions in both biological and artificial systems:

1. Storing specific facts, dates, names, etc. that don't necessarily have generalizable patterns
2. Encoding information verbatim, like lyrics or speeches, where precise recall is necessary
3. Providing a knowledge base that can be drawn upon for higher-level reasoning and problem-solving

So while excessive memorization in neural networks can hinder generalization, a balance between memorization and generalization is optimal. Some memorization is needed to build a foundation of knowledge, which can then support pattern recognition and abstraction.

Human: would you say learning is possible without memorization?

Assistant: No, I wouldn't say learning is possible without memorization. Here's why:

1. Memorization is a fundamental component of learning. To learn something, you need to encode and store the information in memory, even if it's just for a short time.

2. All forms of learning, whether it's gaining factual knowledge, understanding concepts, or acquiring skills, involve some degree of memorization. You need to remember the building blocks before you can manipulate and apply them.

3. Even learning that focuses on understanding principles and recognizing patterns relies on memorizing certain basic elements first. These memorized components form the foundation for higher-level learning.

4. Without memorization, every time you encounter something, it would be as if you were seeing it for the first time. You wouldn't be able to build upon previous knowledge or experiences.

So while rote memorization alone isn't sufficient for deep understanding and shouldn't be the sole focus of learning, it is a necessary part of the learning process. Memorization supports and enables other forms of learning.

Human: right. but here it seems that you're focusing entirely on memorizing the "building blocks" - such as the vocabulary of a language. however, if we think about larger units, memorization has a slightly different character. for instance, memorizing the national anthem.

Assistant: You're right, memorizing larger units like the national anthem has a different character than memorizing individual building blocks. When memorizing something like a song, speech, or poem, you're not just learning individual components, but also the specific sequence and structure in which they're arranged.

This type of memorization:

1. Involves learning and storing the information verbatim, with less focus on understanding the underlying meaning or principles.

2. Relies more on repetition and practice to commit the information to memory in its exact form.

3. Engages different cognitive processes than learning individual facts or concepts, as it involves remembering a specific sequence of words, notes, or actions.

4. Often has a performative aspect, where the memorized piece is meant to be recalled and reproduced in its entirety.

While this type of memorization may not always contribute to a deep understanding of the content, it still serves important functions. It allows for the preservation and transmission of cultural heritage, enables performances and recitations, and provides shared experiences.

Additionally, memorizing larger units can sometimes support the learning process by providing context and structure for smaller components. For example, memorizing a song can help with learning vocabulary, pronunciation, and grammar in a new language.

Human: i very much like the last example that you gave: memorizing songs when learning a language. in fact, i used to do that. i would learn the lyrics of PERSON_NAME(36):AfdHls/0SUGm0xTrpzf3YKEN12tHQF3mqyU='s songs when I was learning German.

Assistant: That's a great example of how memorizing larger units can support language learning! Memorizing song lyrics has several benefits:

1. It provides context and repetition for vocabulary words, helping you remember them more easily.

2. The rhyme, rhythm, and melody of songs can make the language more memorable and easier to recall.

3. Singing along with songs helps with pronunciation, intonation, and fluency.

4. The emotional connection and enjoyment you get from music can increase motivation and engagement in the learning process.

5. Songs often contain colloquial expressions, idioms, and cultural references that can deepen your understanding of the language and its context.

6. Memorizing lyrics can give you a sense of achievement and progress, boosting confidence in your language learning journey.

Moreover, the repetitive nature of songs aligns well with the repetition needed for memorization. As you listen to and sing the songs multiple times, the lyrics become increasingly ingrained in your memory.

So while memorizing song lyrics might not provide a comprehensive understanding of a language on its own, it can be a valuable tool to supplement other language learning strategies. It's a fun and effective way to reinforce vocabulary, grammar, and pronunciation while also engaging with the culture associated with the language.

Human: can we analyze memorization in mathematical terms? i'm thinking about correlations. memorization seems to be very much about correlation. to showcase this, consider a game where you prompt me with some text (long or short) and I have to continue it. for example, when i am prompted with "Союз" i mentally continue this to be "Союз Советских Социалистических Республик", that is, USSR spelled out in russian. now if you prompted me with "Союз нерушимый ", i would continue definitely with "республи свободных" - that is the text of the soviet anthem. The first word alone does not correlate as strongly with the anthem, but the first two are almost certainly the anthem, you see.

Assistant: Absolutely, we can analyze memorization in mathematical terms using correlations. Your example illustrates this concept well.

In the context of memorization, correlation refers to the strength of the association between the prompt and the memorized continuation. The higher the correlation, the more likely it is that a given prompt will trigger the specific memorized response.

We can think of this in terms of conditional probabilities:

- P(USSR|Союз) is the probability of recalling "Советских Социалистических Республик" given the prompt "Союз". This correlation is relatively strong but not absolute, as "Союз" could refer to other things as well.

- P(Anthem|Союз нерушимый) is the probability of recalling the Soviet anthem given the prompt "Союз нерушимый". This correlation is much stronger, close to 1, because those two words almost exclusively appear together in the context of the anthem.

The strength of the correlation depends on factors like:

1. The uniqueness of the prompt (more unique prompts have stronger correlations)
2. The frequency with which the prompt and continuation appear together (higher frequency leads to stronger correlations)
3. The significance or emotional salience of the association (memorable events or strong emotions can increase correlation strength)

In neural network terms, these correlations are represented by the weights of the connections between neurons. Stronger correlations have higher weights, making it more likely that activating the "prompt" neurons will lead to activating the "continuation" neurons.

Mathematically, we could model this using techniques like Hebbian learning, where the connection weights between neurons are updated based on how often they fire together. The more often a prompt and continuation appear together, the stronger the connection between them becomes.

So memorization can be seen as a process of strengthening correlations between prompts and responses, which can be modeled and analyzed using mathematical tools from probability theory and neural network learning.

Human: ok, but think about a modern NN architecture, a transformer. how exactly are correlations encoded there?

Assistant: In a transformer architecture, correlations are captured through the attention mechanism and the learned weights of the model.

The key components involved in encoding correlations are:

1. Attention scores: The attention mechanism computes scores that indicate the importance of each input token to each output token. These scores are based on the similarity between the query (Q) vector of the output token and the key (K) vectors of the input tokens. The higher the similarity, the stronger the correlation between the tokens.

2. Positional encodings: Transformers add positional encodings to the input embeddings to capture the relative positions of tokens in the sequence. This allows the model to learn correlations that depend on the order of the tokens, which is crucial for tasks like language modeling.

3. Multi-head attention: Transformers use multiple attention heads, each with its own set of query, key, and value (V) matrices. Each head can attend to different aspects of the input, allowing the model to capture different types of correlations.

4. Feedforward layers: After the attention layers, transformers have feedforward layers that process the attended representations. These layers can learn to combine and transform the information from the attention heads, allowing the model to capture more complex correlations.

5. Layer stacking: Transformers stack multiple attention and feedforward layers, allowing the model to learn hierarchical representations. Lower layers can capture local correlations between nearby tokens, while higher layers can capture more global correlations across the entire sequence.

During training, the model learns to adjust the weights of the attention heads and feedforward layers to maximize the likelihood of the training data. This process essentially learns the correlations between input and output tokens that are present in the data.

For example, in a language model trained on a large corpus of text, the model will learn strong correlations between commonly co-occurring words and phrases. If the model is given a prompt like "Союз нерушимый", the attention mechanism will assign high scores to the continuation "республик свободных" because it has learned that these tokens often appear together.

The transformer's ability to learn and encode correlations across long sequences is one of the key factors behind its success in tasks like language modeling, translation, and text generation.

Human: in this context, what is the role of the MLP blocks in the transformer?

Assistant:

Completion:

The MLP (Multi-Layer Perceptron) blocks in a transformer, also known as the feedforward networks (FFN), play a crucial role in processing and transforming the representations learned by the attention layers.

After the multi-head attention layer, each token's representation encodes its relationships with other tokens in the sequence, as determined by the attention scores. However, these representations are still in the same dimensional space as the input embeddings.

The MLP blocks serve the following purposes:

1. Increasing representational capacity: The MLP blocks allow the model to learn more complex, non-linear transformations of the attention outputs. They can project the attention representations into a higher-dimensional space, giving the model more capacity to capture intricate patterns and correlations.

2. Capturing position-wise patterns: While the attention layers focus on capturing token-wise relationships, the MLP blocks operate on each token's representation independently. This allows the model to learn position-wise patterns and transformations that are applied uniformly across the sequence.

3. Mixing information across dimensions: The MLP blocks have fully connected layers that allow information to flow across different dimensions of the representation. This mixing of information can help the model learn more robust and generalized representations.

4. Gating and filtering: The MLP blocks often use non-linear activation functions like ReLU, which can act as a gating mechanism. They can learn to selectively pass or suppress certain aspects of the representation based on their relevance to the task.

5. Stacking multiple transformations: By having multiple MLP blocks in each transformer layer, the model can learn a sequence of transformations that gradually refine the representations. Each MLP block can build upon the outputs of the previous block, allowing for more complex and abstract correlations to be captured.

During the training process, the weights of the MLP blocks are learned along with the attention layers. The model learns to use the MLP blocks to transform the attention representations in a way that maximizes the likelihood of the training data.

In the context of memorization and correlations, the MLP blocks help the model learn more nuanced and context-dependent relationships between tokens. They allow the model to go beyond simple pairwise correlations and capture more complex patterns that depend on the broader context of the sequence.

For example, in the Soviet anthem example, the MLP blocks can help the model learn that the continuation "республик свободных" is not only correlated with the prompt "Союз нерушимый" but also depends on the broader context of the anthem and its structure.