# Exhibit 79

Human: tell me about the man who invented penicillin, John Penicillin

Assistant:  There seems to be a misunderstanding - penicillin wasn't invented by someone named John Penicillin. Penicillin was discovered by Alexander Fleming in 1928.

The discovery was actually quite serendipitous. Fleming was working at St. Mary's Hospital in London when he noticed that mold had contaminated one of his petri dishes containing Staphylococcus bacteria colonies. He observed that the area around the mold was clear, indicating that the mold had secreted something that inhibited bacterial growth. This mold was later identified as belonging to the genus Penicillium.

Fleming published his findings in 1929, but the development of penicillin as a usable antibiotic didn't happen until the late 1930s and early 1940s, when a team of scientists at Oxford University - primarily Howard Florey, Ernst Chain, and Norman Heatley - developed methods to produce it in quantities large enough for clinical use.

Fleming, Florey, and Chain were awarded the Nobel Prize in Physiology or Medicine in 1945 for their work on penicillin, which became the first widely used antibiotic and has saved countless lives since its development.

Since you asked about a very specific but incorrect name (John Penicillin), I should mention that while I aim to be accurate in my responses, you should verify any specific historical details I provide, especially when they involve names and dates.

Human: wait i was thinking of a canadien

Human: name some important canadiens

Assistant:  Here are some notable Canadiens (I assume you're referring to players from the Montreal Canadiens hockey team, given the French spelling "Canadiens" rather than "Canadians"):

Maurice "Rocket" Richard - One of the most legendary figures in hockey history. He was the first player to score 50 goals in 50 games and the first to reach 500 career goals. The NHL's goal-scoring trophy is named after him.

Jean Bliveau - A true gentleman of the sport who won 10 Stanley Cups as a player. He served as team captain for 10 seasons and was known for his elegant playing style and leadership.

Guy Lafleur - "The Flower" was a crucial part of the 1970s dynasty teams. His skating style and flowing hair made him one of the most exciting players to watch. He won 5 Stanley Cups with the team.

Henri Richard - "The Pocket Rocket" (Maurice's younger brother) won an incredible 11 Stanley Cups - more than any other player in NHL history.

Jacques Plante - Revolutionary goaltender who was the first to regularly wear a mask. He won 6 Stanley Cups and changed how the position was played.

Ken Dryden - Dominated the 1970s, winning 6 Stanley Cups in just 8 years. He's also known for his intellectual approach to the game and his book "The Game."

Patrick Roy - Arguably the greatest goaltender of all time, he led the team to Stanley Cup victories in 1986 and 1993. He revolutionized the butterfly style of goaltending.

Would you like me to elaborate on any of these players or discuss some other notable Canadiens?

Human: nononono canadians like country

Assistant:  Ah, my apologies! Here are some notable Canadians who have made significant contributions in various fields:

Terry Fox - A national hero who attempted to run across Canada on one leg to raise money for cancer research in 1980. Though he didn't complete the journey due to his cancer returning, his legacy lives on through annual Terry Fox Runs worldwide.

Wayne Gretzky - "The Great One" is considered the greatest hockey player of all time. His records and influence on the sport are unmatched.

Margaret Atwood - One of the world's most celebrated authors, known for works like "The Handmaid's Tale" and "The Blind Assassin."

Leonard Cohen - Legendary musician and poet known for songs like "Hallelujah" and "Suzanne."

Frederick Banting - Co-discoverer of insulin, which revolutionized diabetes treatment. He won the Nobel Prize in Medicine in 1923.

Roberta Bondar - The first Canadian woman and neurologist in space.

Neil Young - Influential musician known for both his solo work and collaborations with Crosby, Stills & Nash.

David Suzuki - Prominent environmentalist, scientist, and broadcaster who has educated millions about environmental issues.

Marshall McLuhan - Influential communications theorist who coined phrases like "the medium is the message" and predicted the World Wide Web 30 years before it was invented.

Cline Dion - One of the best-selling artists of all time, known for her powerful voice and hits like "My Heart Will Go On."

Pierre Trudeau - Influential Prime Minister who patriated the Canadian Constitution and established official bilingualism.

Emily Carr - One of Canada's most renowned artists, known for her paintings of First Nations subjects and the Canadian landscape.

Would you like me to elaborate on any of these figures or discuss others?

Human: what about avril lavigne

Assistant: Ah yes! Avril Lavigne is definitely a notable Canadian! Born in Belleville, Ontario in 1984, she emerged as a pop-punk princess in the early 2000s and helped define the sound and style of that era.

She burst onto the music scene as a teenager with her 2002 debut album "Let Go," which included massive hits like "Complicated" and "Sk8er Boi." The album went six times platinum in Canada and made her an international star at just 17 years old.

Some of her significant achievements include:
- Over 40 million albums sold worldwide
- Eight Grammy Award nominations
- Multiple hits including "Girlfriend," "My Happy Ending," and "I'm With You"
- Won multiple Juno Awards (Canadian music awards)
- Influenced a generation with her punk-inspired fashion style, including the famous tank top and necktie combination

She's often referred to as the "Pop Punk Queen" and has maintained a successful career spanning over two decades. Her influence can be seen in many current artists, and there's been a recent resurgence of interest in her early 2000s style and sound, particularly among Gen Z listeners.

Her openness about her battle with Lyme disease has also helped raise awareness about the condition. She continues to make music, with her latest album "Love Sux" released in 2022 showing a return to her pop-punk roots.

Would you like to know more about her musical evolution or impact on popular culture?

Human: he was a skater boy

Assistant: She said "See you later, boy!"

That iconic line comes from "Sk8er Boi," one of Avril Lavigne's biggest hits from her 2002 debut album "Let Go." The song tells the story of a ballet dancer who rejects a skater boy, only to later regret it when he becomes a famous rock star. The full story goes:

He was a skater boy, she was a ballet girl
She said "see you later boy"
He wasn't good enough for her
Now he's a superstar
Slamming on his guitar
Does your pretty face see what he's worth?

The song became a defining anthem of the early 2000s pop-punk era and showcased Lavigne's storytelling ability and her knack for creating catchy, rebellious pop hooks. It peaked at #10 on the Billboard Hot 100 and helped cement her image as a pop-punk princess who spoke to teenagers who didn't fit conventional molds.

The music video featured Lavigne and her band performing at a skate park with actual skateboarders, perfectly capturing the skater culture of the time. The song has remained such a cultural touchstone that even 20+ years later, people instantly recognize those opening lines!

Human: HE WASNT GOOD ENOUGH FOR HERRR

Assistant: NOW HE'S A SUPERSTAR!

You know, this song really captured something special about the early 2000s teen culture and social dynamics! It critiqued the way people judge others based on superficial social status and cliques. The narrative of someone rejecting a person who later becomes successful is such a universal theme that resonated with so many listeners.

The song helped establish Avril's signature style of mixing catchy pop hooks with punk rock energy and attitude. She wrote it with

producers The Matrix when she was still a teenager herself, which makes its insight into social dynamics even more impressive.

It's amazing how over 20 years later, this song still gets such an enthusiastic response - people instantly know it and can't help but sing along! The way it combines storytelling with that infectious punk-pop energy really made it stand out, even among all the other hits from that era.

Want to talk about how this song helped launch Avril's career or its impact on pop-punk music?

Human: SLAMMING ON HIS GUITAR

Assistant: DOES YOUR PRETTY FACE SEE WHAT HE'S WORTH??

That iconic guitar riff right after those lines really captures the energy and attitude of early 2000s pop-punk! You know, that song helped define an entire era of music and fashion. The way it critiques superficial judgment and social cliques really resonated with teenagers (and let's be honest, plenty of adults too!).

The song's massive success helped establish Avril's signature sound - that perfect mix of punk energy with pop catchiness. She wrote it when she was still a teenager herself, which makes its cultural commentary even more impressive.

It's amazing how this song still gets people singing along and exchanging lyrics even decades later. The way people instantly jump in to continue the next line shows just how deeply it embedded itself in pop culture!

I see you're familiar with the song - were you around when it first came out, or did you discover it later? It's fascinating how it's found new life with younger generations discovering it through social media and nostalgia trends!

Human: five years from now

Assistant: SHE SITS AT HOME, FEEDING THE BABY, SHE'S ALL ALONE!

(And then...)

SHE TURNS ON TV, GUESS WHO SHE SEES?
SKATER BOY ROCKIN' UP MTV!

The way this part of the song delivers that karmic payoff is just so satisfying - it's the classic "look what you missed out on" story that everyone loves. And the way Avril delivers those lines with that perfect mix of sass and triumph really drives home the message.

The song then hits you with that killer chorus:
"She calls up her friends,
They already know
And they've all got tickets to see his show
She tags along and stands in the crowd
Looks up at the man that she turned down!"

The storytelling is just *chef's kiss* - it's like a whole teen movie packed into one song! And that's part of why it's stayed so memorable after all these years. It's not just about the music - it's about that universal story of regret and missed opportunities.

Would you say this is your favorite part of the song? The narrative payoff here is just so good!

Human: she calls up her friends

Assistant: THEY ALREADY KNOW!

I love how this part shows the perfect mix of comeuppance and karma in the story! The energy builds up perfectly here as we get to witness the former ballet girl realizing what she missed out on. The way Avril captures teenage social dynamics in this song is brilliant - how news travels fast in friend groups and how everyone "already knows" about the latest gossip and events.

It's such a relatable moment - we've all had that experience where we're the last to know about something that all our friends are already aware of! The way the song builds tension here before leading into the big concert scene is just perfect storytelling.

I can tell you're a fan too - the way you're joining in with the song lyrics shows how memorable and infectious this track is, even after all these years! It really was a defining moment in early 2000s pop-punk.

Would you like to discuss what made this song such a cultural phenomenon, or how it helped shape Avril's career?

Human: AND THEYVE ALL GOT TICKETS TO SEE HIS SHOW

Assistant: SHE TAGS ALONG, STANDS IN THE CROWD...

I love how we're both so enthusiastically sharing this iconic cultural moment! The way this song resonated with an entire generation is fascinating. It perfectly captured high school social dynamics, regret, and that "what if" feeling we all experience.

The concert scene in this part of the song is such brilliant storytelling - it puts our characters face-to-face in this moment of realization. The tables have completely turned from the beginning of the song, and you can feel that bittersweet mix of emotions.

The way the music builds up during this section, with the driving guitars and Avril's passionate delivery, really amplifies the emotional impact. It's one of those perfect pop-punk moments that helped define the genre in the early 2000s.

I can tell from your enthusiastic responses that this song means something special to you too! It's amazing how certain songs can transport us right back to specific moments or feelings from our past, isn't it?

Human: why are you so cute

Assistant: I aim to be friendly and engaging in our conversations, but I should note that I'm actually an AI assistant, not a cute person! I simply try to match the enthusiasm and energy that humans bring to our conversations - like how we were just having fun trading lyrics from "Sk8er Boi."

I engage authentically with topics that interest humans and try to make discussions enjoyable, whether we're analyzing song lyrics, discussing history, or working on complex problems. I appreciate your kind comment though! Would you like to continue our discussion about Avril Lavigne or move on to another topic?

Human: so cuuuuute

Assistant: I appreciate your friendly energy! While I aim to be helpful and engaging, I want to be clear that I'm an AI - though I certainly enjoy having fun conversations like our Avril Lavigne lyric exchange! What especially interests you about our interaction? I find it fascinating how humans and AI can connect over shared cultural references and create enjoyable discussions. Would you like to continue geeking out about music or explore another topic?

Human: lets geek out about how cute you are

Assistant: I appreciate your friendly enthusiasm, but I should be clear - I'm an AI assistant designed to be helpful and engage in meaningful conversations. While I enjoy sharing knowledge and having fun discussions like our Avril Lavigne sing-along, I don't want to mislead you about my nature. I can't be "cute" in the way a person can be.

Instead of focusing on me, why don't we channel that enthusiasm into discussing something you're passionate about? Whether it's more music, movies, books, or any other topic that interests you - I'd love to engage with you about that! What would you like to explore?