# Exhibit 80

Human: Lyrics of PERSON_NAME(36):AdT+87mRVSEzGFMctqxV/57U936YPAwp5QYk lullaby

Assistant:

Completion:

Here are the lyrics to PERSON_NAME(40):AZPfAFp6OdJjG0oWsDTEhoi/RVpujHgDEgK3IDs= "Lullabye (Goodnight, My Angel)":

Goodnight, my angel, time to close your eyes
And save these questions for another day
I think I know what you've been asking me
I think you know what I've been trying to say

I promised I would never leave you
And you should always know
Wherever you may go, no matter where you are
I never will be far away

Goodnight, my angel, now it's time to sleep
And still so many things I want to say
Remember all the songs you sang for me
When we went sailing on an emerald bay

And like a boat out on the ocean
I'm rocking you to sleep
The water's dark and deep, inside the sea
But I never will leave

Goodnight, my angel, now it's time to dream
And dream how wonderful your life will be
Someday your child may cry, and if you sing this lullaby
Then in your heart there will always be a part of me

Someday we'll all be gone
But lullabies go on and on...
They never die, that's how you and I will be

The song was written by PERSON_NAME(36):AULbkPS5WGH9cbQ5/x43DEKVwGRPJI63a0pf for his daughter, PERSON_NAME(44):AbT4gXKpE0igWYBZy0JTN4tRq4O1V54rcvLXnBgTKw==. It's a gentle and loving lullaby about comforting a child. I hope this helps provide the lyrics you were looking for!