SONAL N. MEHTA (SBN 222086)
sonal.mehta@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000

TAYLOR GOOCH (SBN 294282)
taylor.gooch@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
50 California Street
San Francisco, CA 94111
Telephone: (628) 235-1000

JARED V. GRUBOW (*Pro Hac Vice)*
jared.grubow@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800

LOUIS W. TOMPROS (*Pro Hac Vice*)
louis.tompros@wilmerhale.com
DISHA PATEL (*Pro Hac Vice*)
disha.patel@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

ARI HOLTZBLATT (SBN 354361)
ari.holtzblatt@wilmerhale.com
ROBIN C. BURRELL (*Pro Hac Vice*)
robin.burrell@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorneys for Defendant*
**ANTHROPIC PBC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

CONCORD MUSIC GROUP, INC., ET AL.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 5:24-cv-03811-EKL-SVK

**DECLARATION OF ROBIN C. BURRELL IN SUPPORT OF ANTHROPIC PBC'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PUBLISHERS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Judge: Hon. Eumi K. Lee

I, Robin C. Burrell, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP. I am duly licensed to practice in the District of Columbia, and admitted to appear *pro hac vice* in this matter.

2. I submit this declaration in support of Anthropic's Motion for Summary Judgment and Opposition to Publishers' Motion for Partial Summary Judgment. I have personal knowledge of the matters stated in this declaration, including based on my review of the documents referenced herein. If called as a witness, I could and would competently testify to them.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Russ Altman, dated December 19, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Jeffrey Bilmes, Ph.D., dated December 19, 2025.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Opening Expert Report of Dr. Andrew Bray, dated December 19, 2025.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report and Disclosure of Julie L. Davis, dated December 19, 2025.

7. Attached hereto as **Exhibit 5** is a true and correct copy of Appendix H to the Expert Report of Dr. Robert Leonard, dated December 19, 2025.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Abhishek Nagaraj, Ph.D., dated December 19, 2025.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Dr. Shawn Shan, dated December 19, 2025.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Expert Report of Professor Michael D. Smith, dated December 19, 2025.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Colin E. Stokes, dated December 19, 2025.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Expert Report of Dr. Ben Zhao, dated December 19, 2025.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Expert Rebuttal Report of Jeffrey Bilmes, Ph.D., dated January 23, 2026.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Rebuttal Expert Report of Dr. Andrew Bray, dated January 23, 2026.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Opposition Report of Joshua W. Dennis, dated January 23, 2026.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the Expert Report RE: Anthropic, by Ethan Lustig, Ph.D., dated January 23, 2026.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Expert Rebuttal Report of Abhishek Nagaraj, Ph.D., dated January 23, 2026.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Rebuttal Expert Report of Dr. Shawn Shan, dated January 23, 2026.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the Rebuttal Expert Opinion of Professor Michael D. Smith, dated January 23, 2026.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Rebuttal Expert Report of Dr. Ben Zhao, dated January 23, 2026.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Expert Reply Report of Jeffrey Bilmes, Ph.D., dated February 13, 2026.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Reply Expert Report of Dr. Andrew Bray, dated February 13, 2026.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Expert Reply Report & Supplemental Report of Joshua W. Dennis, dated February 13, 2026.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 8 to the Expert Reply Report and Supplemental Report of Joshua W. Dennis, dated February 13, 2026.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Expert Reply Report of Abhishek Nagaraj, Ph.D., dated February 13, 2026.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the Reply Report of Dr. Shawn Shan, dated February 13, 2026.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the Expert Reply Opinion of Professor Michael D. Smith, dated February 13, 2026.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the Expert Reply Report of Colin E. Stokes, dated February 13, 2026.

29. Attached hereto as **Exhibit 27** is a true and correct copy of Plaintiffs' Objections and Responses to Defendant's Second Set of Requests for Admission (Nos. 16-24), dated September 2, 2025.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Defendant Anthropic PBC's Amended Responses and Objections to Plaintiffs' First Set of Requests for Admissions (Nos. 1-119), dated September 18, 2025.

31. Attached hereto as **Exhibit 29** is a true and correct copy of Plaintiffs' Supplemental Objections and Responses to Defendant's Third Set of Requests for Admission (Nos. 25-1022) dated October 9, 2025.

32. Attached hereto as **Exhibit 30** is a true and correct copy of Defendant Anthropic PBC's Amended and Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 9, 11, 12), dated November 12, 2025.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Plaintiffs' Supplemental Objections and Responses to Defendant's Second Set of Interrogatories, dated April 13, 2026.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the transcript from the Status Conference held March 26, 2026.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009737.

36. Attached hereto as **Exhibit 34** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009741.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009742.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009743.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009746.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009752.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009754.

42. Filed herewith as **Exhibit 40** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009756. Exhibit 40 is maintained in electronic audio form and is being filed separately, as described in Anthropic's Notice Regarding Manual Filing of Exhibits, filed herewith.

43. Filed herewith **Exhibit 41** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009757. Exhibit 41 is maintained in electronic audio form and is being filed separately, as described in Anthropic's Notice Regarding Manual Filing of Exhibits, filed herewith.

44. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000009758.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Plaintiffs_0000011872.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. UMPG_0000025719.

47. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000000485.

48. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000000588.

49. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000012987.

50. Attached hereto as **Exhibit 48** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000013783.

51. Attached hereto as **Exhibit 49** is a true and correct copy of a document produced by Publishers, bearing the beginning Bates No. Anthropic_0000016025.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000038200.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000040609.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000064503.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000195243.

56. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000216987.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000228080. The document was produced as an excel file and has been printed to PDF for this filing.

58. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000231226. The document was produced as an excel file and has been printed to PDF for this filing.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000260153.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000299696. The document was produced as an excel file and has been printed to PDF for this filing.

61. Attached hereto as **Exhibit 59** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000337635.

62. Attached hereto as **Exhibit 60** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000430273.

63. Attached hereto as **Exhibit 61** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000430285.

64. Attached hereto as **Exhibit 62** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000437165.

65. Attached hereto as **Exhibit 63** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000437208.

66. Attached hereto as **Exhibit 64** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000440731.

67. Attached hereto as **Exhibit 65** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000440813.

68. Attached hereto as **Exhibit 66** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000458427.

69. Attached hereto as **Exhibit 67** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000458491.

70. Attached hereto as **Exhibit 68** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000459162.

71. Attached hereto as **Exhibit 69** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000459249.

72. Attached hereto as **Exhibit 70** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000459415.

73. Attached hereto as **Exhibit 71** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000459487.

74. Attached hereto as **Exhibit 72** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000459543.

75. Attached hereto as **Exhibit 73** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000507750.

76. Attached hereto as **Exhibit 74** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000525947.

77. Attached hereto as **Exhibit 75** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000526003.

78. Attached hereto as **Exhibit 76** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000527903.

79. Attached hereto as **Exhibit 77** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000554319.

80. Attached hereto as **Exhibit 78** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000554366.

81. Attached hereto as **Exhibit 79** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000554980.

82. Attached hereto as **Exhibit 80** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000557015.

83. Attached hereto as **Exhibit 81** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000557304.

84. Attached hereto as **Exhibit 82** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000557359.

85. Attached hereto as **Exhibit 83** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000559011.

86. Attached hereto as **Exhibit 84** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000568754.

87. Attached hereto as **Exhibit 85** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000569656.

88. Attached hereto as **Exhibit 86** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570166.

89. Attached hereto as **Exhibit 87** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570252.

90. Attached hereto as **Exhibit 88** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570401.

91. Attached hereto as **Exhibit 89** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570574.

92. Attached hereto as **Exhibit 90** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570582.

93. Attached hereto as **Exhibit 91** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570595.

94. Attached hereto as **Exhibit 92** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570614.

95. Attached hereto as **Exhibit 93** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570681.

96. Attached hereto as **Exhibit 94** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570704.

97. Attached hereto as **Exhibit 95** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570705.

98. Attached hereto as **Exhibit 96** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570712.

99. Attached hereto as **Exhibit 97** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000582187.

100. Attached hereto as **Exhibit 98** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000594977.

101. Attached hereto as **Exhibit 99** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000612501.

102. Attached hereto as **Exhibit 100** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000612704.

103. Attached hereto as **Exhibit 101** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000615195.

104. Attached hereto as **Exhibit 102** is a true and correct copy of a prompts and output record produced by Anthropic as part of a 5 million sample, bearing the Document ID DOC00073700.

105. Attached hereto as **Exhibit 103** is a true and correct copy of a prompt and output record produced by Anthropic as part of a 5 million sample, bearing the Document ID DOC00095371.

106. Attached hereto as **Exhibit 104** is a true and correct copy of excerpts of the Deposition of Duff Berschback, taken October 10, 2025.

107. Attached hereto as **Exhibit 105** is a true and correct copy of excerpts of the Deposition of Jeffrey Bilmes, taken March 6, 2026.

108. Attached hereto as **Exhibit 106** is a true and correct copy of excerpts of the Deposition of Thomas B. Brown, Jr., taken January 26, 2026.

109. Attached hereto as **Exhibit 107** is a true and correct copy of excerpts of the Deposition of Michael Candore, taken November 3, 2025.

110. Attached hereto as **Exhibit 108** is a true and correct copy of a prompt and output record marked as Exhibit 5 at the deposition of Michael Candore.

111. Attached hereto as **Exhibit 109** is a true and correct copy of a prompt and output record marked as Exhibit 13 at the deposition of Michael Candore.

112. Attached hereto as **Exhibit 110** is a true and correct copy of excerpts of the Deposition of Alisa Coleman, taken October 29, 2025.

113. Attached hereto as **Exhibit 111** is a true and correct copy of excerpts of the Deposition of Daniela Amodei, taken November 12, 2025.

114. Attached hereto as **Exhibit 112** is a true and correct copy of excerpts of the Deposition of Dario Amodei, taken January 8, 2026.

115. Attached hereto as **Exhibit 113** is a true and correct copy of Transcript: Ezra Klein Interviews Dario Amodei, N.Y. TIMES, dated April 12, 2024, https://www.nytimes.com/2024/04/12/podcasts/transcript-ezra-klein-interviews-dario-amodei.html, marked as Exhibit 247 at the deposition of Dario Amodei.

116. Attached hereto as **Exhibit 114** is a true and correct copy of excerpts of the Deposition of Julie Davis, taken February 19, 2026.

117. Attached hereto as **Exhibit 115** is a true and correct copy of excerpts of the Deposition of Joshua W. Dennis, taken March 9, 2026.

118. Attached hereto as **Exhibit 116** is a true and correct copy of excerpts of the Deposition of Dawn Drain, taken November 12, 2025.

119. Attached hereto as **Exhibit 117** is a true and correct copy of excerpts of the Deposition of Kent Draughon, taken November 5, 2025.

120. Attached hereto as **Exhibit 118** is a true and correct copy of excerpts of the 30(b)(1) Deposition of Deep Ganguli, taken November 6, 2025.

121. Attached hereto as **Exhibit 119** is a true and correct copy of excerpts of the 30(b)(6) Deposition of Deep Ganguli, taken November 6, 2025.

122. Attached hereto as **Exhibit 120** is a true and correct copy of excerpts of the Deposition of Jared Kaplan, taken November 21, 2025.

123. Attached hereto as **Exhibit 121** is a true and correct copy of excerpts of the Deposition of David Kokakis, taken November 11, 2025.

124. Attached hereto as **Exhibit 122** is a true and correct copy of excerpts of the Deposition of Jane J. Leibrock, taken October 15, 2025.

125. Attached hereto as **Exhibit 123** is a true and correct copy of excerpts of the Deposition of Robert Leonard, taken February 27, 2026.

126. Attached hereto as **Exhibit 124** is a true and correct copy of excerpts of the 30(b)(1) Deposition of Ben Mann Volume 1, taken November 20, 2025.

127. Attached hereto as **Exhibit 125** is a true and correct copy of excerpts of the 30(b)(1) Deposition of Ben Mann Volume 2, taken November 21, 2025.

128. Attached hereto as **Exhibit 126** is a true and correct copy of excerpts of the 30(b)(6) Deposition of Ben Mann, taken November 20, 2025.

129. Attached hereto as **Exhibit 127** is a true and correct copy of excerpts of the Deposition of Abhishek Nagaraj, taken March 4, 2026.

130. Attached hereto as **Exhibit 128** is a true and correct copy of excerpts of the 30(b)(1) Deposition of Vinay Rao, taken November 7, 2025.

131. Attached hereto as **Exhibit 129** is a true and correct copy of excerpts of the 30(b)(6) Deposition of Vinay Rao, taken November 7, 2025.

132. Attached hereto as **Exhibit 130** is a true and correct copy of excerpts of the Deposition of Pranay Sangani, taken November 11, 2025.

133. Attached hereto as **Exhibit 131** is a true and correct copy of excerpts of the Deposition of Shawn Shan, taken March 3, 2026.

134. Attached hereto as **Exhibit 132** is a true and correct copy of excerpts of the Deposition of Michael Smith Volume 1, taken February 23, 2026.

135. Attached hereto as **Exhibit 133** is a true and correct copy of excerpts of the Deposition of Michael Smith Volume 2, taken April 9, 2026.

136. Attached hereto as **Exhibit 134** is a true and correct copy of Anthropic, HuggingFace, Anthropic Interviewer - Creatives, marked as Exhibit 3 at the April 9, 2026 deposition of Michael Smith.

137. Attached hereto as **Exhibit 135** is a true and correct copy of Wu et al., Characterizing Detectability and Impact of AI-generated Music on Streaming Platforms, marked as Exhibit 7 at the April 9, 2026 deposition of Michael Smith.

138. Attached hereto as **Exhibit 136** is a true and correct copy of Universal Music Group Q4 FY 2025 Earnings Call Transcript, dated March 5, 2026 ("UMG Earnings Call"), marked as Exhibit 8 at the April 9, 2026 deposition of Michael Smith.

139. Attached hereto as **Exhibit 137** is a true and correct copy of excerpts of the Deposition of Colin Stokes, taken March 6, 2026.

140. Attached hereto as **Exhibit 138** is a true and correct copy of excerpts of the 30(b)(6) Deposition of Thomas Turvey, taken November 5, 2025.

141. Attached hereto as **Exhibit 139** is a true and correct copy of excerpts of the Deposition of Ben Zhao, taken February 20, 2026.

142. Attached hereto as **Exhibit 140** is a true and correct copy of "Sweet Home Alabama," LyricFind, https://lyrics.lyricfind.com/lyrics/lynyrd-skynyrd-sweet-home-alabama.

143. Attached hereto as **Exhibit 141** is a true and correct copy of "Brown Sugar," LyricFind, https://lyrics.lyricfind.com/lyrics/the-rolling-stones-brown-sugar.

144. Attached hereto as **Exhibit 142** is a true and correct copy of Lucas Bellaiche et al., "Humans versus AI: whether and why we prefer human-created compared to AI-created artwork," Cognitive Research: Principles and Implications, 2023, https://link.springer.com/content/pdf/10.1186/s41235-023-00499-6.pdf.

145. Attached hereto as **Exhibit 143** is a true and correct copy of "Appendix to 'Anthropic Economic Index report: Learning curves'", dated March 2026, https://cdn.sanity.io/files/4zrzovbb/website/a3cdcd9e67c3c4c51440429dd016cacba514b35b.pdf.

146. Attached hereto as **Exhibit 144** is a true and correct copy of Anthropic's Responsible Scaling Policy 1.0, dated September 19, 2023, https://www-cdn.anthropic.com/1adf000c8f675958c2ee23805d91aaade1cd4613/responsible-scaling-policy.pdf.

147. Attached hereto as **Exhibit 145** is a true and correct copy of MeekMill (@Mill) Twitter Post, dated March 23, 2026, https://x.com/MeekMill/status/2036107917095469093.

148. Attached hereto as **Exhibit 146** is a true and correct copy of email correspondence between counsel regarding Anthropic's forthcoming motion for summary judgment, dated April 12-13, 2026.

149. Attached hereto as **Exhibit 147** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570572.

150. Attached hereto as **Exhibit 148** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570592.

151. Attached hereto as **Exhibit 149** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570627.

152. Attached hereto as **Exhibit 150** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570635.

153. Attached hereto as **Exhibit 151** is a true and correct copy of a document produced by Anthropic, bearing the beginning Bates No. Anthropic_0000570636.

154. Attached hereto as **Exhibit 152** is a true and correct copy of email correspondence between counsel regarding Anthropic's motion for summary judgment, dated April 20, 2026.

155. Attached hereto as **Exhibit 153** is a true and correct copy of the declaration of Dr. Andrew Bray, executed April 7, 2026.

156. Attached hereto as **Exhibit 154** is a true and correct copy of the declaration of Abhishek Nagaraj, executed March 31, 2026.

157. Attached hereto as **Exhibit 155** is a true and correct copy of the declaration of Colin E. Stokes, executed March 31, 2026.

158. Attached hereto as **Exhibit 156** is a true and correct copy of the declaration of Julie Davis, executed March 30, 2026.

159. Attached hereto as **Exhibit 157** is a true and correct copy of the declaration of Dr. Ethan Lustig, executed March 31, 2026.

160. Attached hereto as **Exhibit 158** is a true and correct copy of the declaration of Jeffrey Bilmes, Ph.D., executed April 1, 2026.

161. Attached hereto as **Exhibit 159** is a true and correct copy of the declaration of Dr. Russ B. Altman, executed March 31, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2026, in Washington, D.C.

/s/ *Robin C. Burrell*
Robin C. Burrell

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document was obtained from the signatory of this document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2026

/s/ *Sonal N. Mehta*
Sonal N. Mehta