# EXHIBIT 55

## (FILED UNDER SEAL)

Document Produced in Native Format

| | Current opinions from different people | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | @tom | Pranay Sangani | Nicholas Joseph | | Averag e | Trillions of tokens in Teal1 datamix | Average d relative to Teal1 mix | Willingness to pay for 1T tokens | Notes |
| Books - Textbook (higher ed) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Books/Journals - Scientific/Technical/Medical/Academic | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Books - Textbook (K-12) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Books - Consumer non-fiction | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Books - Consumer fiction | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Web - random webpage (e.g., Wordpress, social media, Reddit) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Web - random pdf | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Podcasts | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| News - News article / News magazine/ News archives | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Video - Academic video (university lectures) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Video - Other video (Twitch, YT, Vimeo, Dailymotion) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Video - Movies, Documentaries, Short-films | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Financial information (archive + new SEC filings, etc) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Audiobooks | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Music | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Government documents | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Research databases (academic, scientific, reference) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| Code on Github | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| **Average Teal1 Mix** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Max deal value = a percentage of the volume & value of a new [redacted] tokens** | | | | | | | | | |
| EX: [redacted] higher ed textbooks [redacted] = [redacted] okens [redacted] = [redacted] = [redacted] | | | | | | | | | |

| Data type | Willingness to pay for [redacted] tokens | Total WTP for a single book with [redacted] tokens |
|---|---|---|
| Books - Textbook (higher ed) | [redacted] | [redacted] |
| Books/Journals - Scientific/Technical/Medical/Academic | | |
| Books - Textbook (K-12) | | |
| Books - Consumer non-fiction | | |
| Books - Consumer fiction | | |
| News - News article / News magazine/ News archives | | N/A |
| Video - Academic video (university lectures) | | N/A |
| Video - Other video (Twitch, YT, Vimeo, Dailymotion) | | N/A |
| Video - Movies, Documentaries, Short-films | | N/A |
| Average Teal1 Mix | | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | [redacted] | |
| | | |
| | | |
| Max deal value = a percentage of the volume & value of a new [redacted] okens | | |
| EX: [redacted] higher ed textbooks [redacted] = [redacted] = [redacted] = [redacted] | | |
| | | |
| | | |
| | | |

Filtered WTP

| | Name | Type | Description | Company URL | Tom Notes | Legal Notes |
|---|---|---|---|---|---|---|
| 2 | Lexis Nexis | Research Datasets | A comprehensive database o legal news and business in ormation | https //www lexisnexis com/ | | |
| 3 | homson Reuters Westlaw | Research Datasets | A legal research database containing case law statutes and other legal resources | https //legal thomsonreuters com/en/products/westlaw | | |
| 4 | Bloomberg erminal | Research Datasets | A inancial data and analytics plat orm used by investment pro essionals | https //www bloomberg com/pro essional/solution/bloomberg-terminal/ | | |
| 5 | R ( n ormation Resources nc ) | Research Datasets | A market research database providing consumer packaged goods and retail data | https //www iriworldwide com/ | | |
| 6 | Nielsen | Research Datasets | A global database o ering data on consumer behavior media consumption and market trends | https //www nielsen com/ | | |
| 7 | comScore | Research Datasets | A database that measures digital media consumption and analytics | https //www comscore com/ | | |
| 8 | Experian | Research Datasets | A credit reporting agency that maintains a database o consumer credit in ormation | https //www experian com/ | | |
| 9 | Acxiom | Research Datasets | A database containing consumer data or marketing and advertising purposes | https //www acxiom com/ | | |
| 10 | Kantar | Research Datasets | A database providing market research data and consumer insights | https //www kantar com/ | | |
| 11 | Gartner | Research Datasets | A database o ering research and analysis on technology industries and markets | https //www gartner com/ | | |
| 12 | DC ( nternational Data Corporation) | Research Datasets | A provider o market intelligence and data or the technology industry | https //www idc com/ | | |
| 13 | Forrester | Research Datasets | A research and advisory database ocusing on technology and its impact on businesses | https //go orrester com/ | | |
| 14 | Frost & Sullivan | Research Datasets | A database providing market research and analysis across various industries | https //www rost com/ | | |
| 15 | S&P Capital Q | Research Datasets | A inancial database o ering data on companies markets and investments | https //www spglobal com/marketintelligence/en/solutions/sp-capital-iq-plat orm | | |
| 16 | QV A ( ormerly Quintiles and MS Health) | Research Datasets | A healthcare database containing data on medical claims prescriptions and patient records | https //www iqvia com/ | | |
| 17 | Clarivate Analytics | Research Datasets | A patent search and analysis plat orm bio/medical research | https //clarivate com/ | | |
| 18 | ScienceDirect | S EM books/journals | A leading ull-text scienti ic database o ering journal articles and book chapters | https //www sciencedirect com/ | | |
| 19 | EEE Xplore | S EM books/journals | A digital library providing access to technical literature in engineering and technology | https //ieeexplore ieee org/ | | |
| 20 | Springer | S EM books/journals | A major publisher o scienti ic technical and medical books and journals | https //www springer com/ | | |
| 21 | Wiley Online Library | S EM books/journals | An online collection o scienti ic technical medical and scholarly content | https //onlinelibrary wiley com/ | | |
| 22 | aylor & Francis Online | S EM books/journals | A plat orm o ering access to scholarly journals and books | https //www tand online com/ | | |
| 23 | Sage Journals | S EM books/journals | A database o journals in various disciplines including science technology and medicine | https //journals sagepub com/ | | |
| 24 | PubMed | S EM books/journals | A ree search engine or accessing abstracts and ull-text articles in li e sciences and biomedicine | https //www ncbi nlm nih gov/pubmed/ | | |
| 25 | JS OR | S EM books/journals | A digital library o academic journals books and primary sources | https //www jstor org/ | | |
| 26 | American Chemical Society (ACS) Publications | S EM books/journals | A source or peer-reviewed journals in chemistry and related ields | https //pubs acs org/ | | |
| 27 | Royal Society o Chemistry (RSC) Publishing | S EM books/journals | A provider o high-quality journals books and databases in chemistry | https //www rsc org/ | | |
| 28 | Ox ord Academic Journals | S EM books/journals | A collection o journals published by Ox ord University Press | https //academic oup com/journals/ | | |
| 29 | Cambridge University Press | S EM books/journals | A publisher o academic journals across various disciplines | https //www cambridge org/ | | |
| 30 | Nature Research Journals | S EM books/journals | A group o high-impact journals published by Nature Research | https //www nature com/ | | |
| 31 | Annual Reviews | S EM books/journals | A publisher o comprehensive review articles in various scienti ic disciplines | https //www annualreviews org/ | | |
| 32 | PNAS (Proceedings o the National Academy o Sciences) | S EM books/journals | A highly-cited peer-reviewed journal covering various scienti ic ields | https //www pnas org/ | | |
| 33 | Cell Press | S EM books/journals | A publisher o biomedical journals including Cell and other high-impact titles | https //www cell com/ | | |
| 34 | American Physical Society (APS) Journals | S EM books/journals | A collection o peer-reviewed journals in physics and related ields | https //journals aps org/ | | |
| 35 | OP Publishing | S EM books/journals | A publisher o journals and books in physics and related sciences | https //ioppublishing org/ | | |
| 36 | BMJ Journals | S EM books/journals | A collection o medical journals published by the British Medical Journal (BMJ) Group | https //journals bmj com/ | | |
| 37 | Karger Publishers | S EM books/journals | A publishing company specializing in medical and scienti ic journals and books | https //www karger com/ | | |
| 38 | Westlaw | Legal content | A comprehensive online legal research service that provides access to case law statutes regulations and other legal resources | https //legal thomsonreuters com/westlaw/ | https https //legal thomsonreuters com/westlaw/ | |
| 39 | LexisNexis | Legal content | A leading provider o legal regulatory and business in ormation and analytics o ering a wide range o legal databases and research tools | https //www lexisnexis com/ | https https //www lexisnexis com/ | |
| 40 | Bloomberg Law | Legal content | A legal research plat orm that combines legal content company data and market in ormation or legal pro essionals | https //pro bloomberglaw com/ | https https //pro bloomberglaw com/ | |
| 41 | Wolters Kluwer | Legal content | A global provider o pro essional in ormation so tware solutions and services including legal and regulatory content | https //www wolterskluwer com/ | https https //www wolterskluwer com/ | |
| 42 | Fastcase | Legal content | A legal research plat orm that provides access to case law statutes regulations and other legal documents | https //www astcase com/ | https https //www astcase com/ | |
| 43 | Casemaker | Legal content | An online legal research library or attorneys providing access to case law statutes and other legal content | https //www casemakerlegal com/ | https https //www casemakerlegal com/ | |
| 44 | HeinOnline | Legal content | A database o legal journals case law international treaties and other legal documents | https //home heinonline org/ | https https //home heinonline org/ | |
| 45 | Justis | Legal content | A provider o online legal in ormation and research solutions including case law and legislation databases | https //www justis com/ | https https //www justis com/ | |
| 46 | Practical Law | Legal content | A legal knowledge database o ering practice notes standard documents checklists and other resources or legal pro essionals | https //uk practicallaw thomsonreuters com/ | https https //uk practicallaw thomsonreuters com/ | |
| 47 | Darts-ip | Legal content | A global database o intellectual property case law providing access to P-related court decisions and administrative rulings | https //www darts-ip com/ | https https //www darts-ip com/ | |
| 48 | Khan Academy | Videos Education | A non-pro it educational organization that provides ree online educational videos and courses with closed captions | https //www khanacademy org/ | | |
| 49 | ED | Videos Education | A plat orm that distributes educational and inspirational talks rom experts in various ields with closed captions available or most videos | https //www ted com/ | | |
| 50 | Coursera | Videos Education | An online learning plat orm that partners with universities and organizations to provide online courses many o which include closed captioned videos | https //www coursera org/ | | |
| 51 | edX | Videos Education | A plat orm that o ers online courses rom leading universities and institutions with closed captions available or video content | https //www edx org/ | | |
| 52 | Udemy | Videos Education | An online learning marketplace that hosts a wide range o educational videos many o which include closed captions | https //www udemy com/ | | |
| 53 | Linked n Learning | Videos Education | A subscription-based plat orm o ering video courses taught by industry experts with closed captions available or most videos | https //www linkedin com/learning/ | | |
| 54 | PBS Learning Media | Videos Education | An educational plat orm that provides ree access to educational videos and resources with closed captions available or many videos | https //www pbslearningmedia org/ | | |
| 55 | You ube Education | Videos Education | A section o You ube dedicated to educational content where many videos include closed captions | https //www youtube com/education/ | | |
| 56 | Skillshare | Videos Education | An online learning community with educational videos across various creative and entrepreneurial ields many o which include closed captions | https //www skillshare com/ | | |
| 57 | Alison | Videos Education | A ree online learning plat orm that o ers courses and educational videos with closed captions available or many videos | https //alison com/ | | |
| 58 | Harvard Business School Online | Videos Univ Online Courses (bus | O ers a variety o online business courses and programs including Business Analytics Financial Accounting and Leadership Principles | https //online hbs edu/ | | |
| 59 | Stan ord Graduate School o Business | Videos Univ Online Courses (bus | Provides online executive education programs and courses in areas such as Strategic Leadership nnovation and Entrepreneurship and Digital rans ormation | https //www gsb stan ord edu/exec-ed/online-programs | | |
| 60 | Wharton Online (University o Pennsylvania) | Videos Univ Online Courses (bus | O ers online business courses and specializations in subjects like Marketing Finance and Entrepreneurship | https //online wharton upenn edu/ | | |
| 61 | M Sloan School o Management | Videos Univ Online Courses (bus | Provides online executive education courses and programs in areas like Arti icial ntelligence Blockchain and Digital Business Strategy | https //executive mit edu/on-demand-online-programs | | |

| | K | L | M |
|---|---|---|---|
| 2 | Western Governors University (WGU) https //www wgu edu/ | https //www wgu edu/ | Western Governors University (WGU) |
| 3 | Southern New Hampshire University (SNHU) https //www snhu edu/ | https //www snhu edu/ | Southern New Hampshire University (SNHU) |
| 4 | University o Phoenix https //www phoenix edu/ | https //www phoenix edu/ | University o Phoenix |
| 5 | Capella University https //www capella edu/ | https //www capella edu/ | Capella University |
| 6 | American Public University System (APUS) https //www apus edu/ | https //www apus edu/ | American Public University System (APUS) |
| 7 | https //www waldenu edu/ | https //www waldenu edu/ | Walden University |
| 8 | Grand Canyon University https //www gcu edu/ | https //www gcu edu/ | Grand Canyon University |
| 9 | Liberty University https //www libe ty edu/online/ | https //www liberty edu/online/ | Liberty University |
| 10 | https //www strayer edu/ | https //www strayer edu/ | Strayer University |
| 11 | Ash ord University https //www ash ord edu/ | https //www ash ord edu/ | Ash ord University |
| 12 | Kaplan University (now Purdue University Global) https //www purdueglobal edu/ | https //www purdueglobal edu/ | Kaplan University (now Purdue University Global) |
| 13 | Colorado echnical University https //www coloradotech edu/ | https //www coloradotech edu/ | Colorado echnical University |
| 14 | Full Sail University https //www ullsail edu/ | https //www ullsail edu/ | Full Sail University |
| 15 | Northcentral University https //www ncu edu/ | https //www ncu edu/ | Northcentral University |
| 16 | Bellevue University https /www bellevue edu | https //www bellevue edu/ | Bellevue University |
| 17 | https //www aiuniv edu/ | https //www aiuniv edu/ | American nterContinental University |
| 18 | Excelsior College https //www excelsior edu/ | https //www excelsior edu/ | Excelsior College |
| 19 | University o Maryland Global Campus (UMGC) https //www umgc edu/ | https //www umgc edu/ | University o Maryland Global Campus (UMGC) |
| 20 | DeVry University https //www devry edu/ | https //www devry edu/ | DeVry University |
| 21 | Brandman University (now UMass Global) https //www umassglobal edu/ | https //www umassglobal edu/ | Brandman University (now UMass Global |

| | A | B | C | D | E | F | G | H | | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | Columbia Business School | Videos Univ Online Courses (bu | O ers online executive education programs and courses in subjects such as Digital Strategies or Business Corporate Finance and Leadership | https //www8 gsb columbia edu/execed/online-programs | | | | | | | | | | | |
| 63 | Kellogg School o Management (Northwestern University) | Videos Univ Online Courses (bu | Provides online executive education programs and courses in areas like Leadership Strategy and Business Analytics | https //www kellogg northwestern edu/executive-education/individual-programs/online-programs aspx | | | | | | | | | | | |
| 64 | UCLA Anderson School o Management | Videos Univ Online Courses (bu | O ers online business courses and certi icates in subjects like Accounting Finance and Management | https //www anderson ucla edu/executive-education/individual-executives/online-learning | | | | | | | | | | | |
| 65 | University o Michigan Ross School o Business | Videos Univ Online Courses (bu | Provides online business courses and certi icates in areas such as Entrepreneurship Global Supply Chain Management and Business Analytics | https //michiganross umich edu/programs/executive-education/online-programs | | | | | | | | | | | |
| 66 | Darden School o Business (University o Virginia) | Videos Univ Online Courses (bu | O ers online business courses and specializations in subjects like Design hinking Agile Leadership and Digital rans ormation | https //www darden virginia edu/executive-education/programs/online-courses | | | | | | | | | | | |
| 67 | Duke University's Fuqua School o Business | Videos Univ Online Courses (bu | Provides online business courses and certi icates in areas like Financial Analysis Digital Marketing and Entrepreneurship | https //www uqua duke edu/programs/online-executive-education-courses | | | | | | | | | | | |
| 68 | University o Ox ord (UK) | Videos Univ Online Courses (ge | Non-US university | https //www conted ox ac uk/courses/online | | | | | | | | | | | |
| 69 | University o Cambridge (UK) | Videos Univ Online Courses (ge | Non-US university | https //www ice cam ac uk/courses/online-courses | | | | | | | | | | | |
| 70 | mperial College London (UK) | Videos Univ Online Courses (ge | Non-US university | https //www imperial ac uk/study/pg/online-learning/ | | | | | | | | | | | |
| 71 | University o oronto (Canada) | Videos Univ Online Courses (ge | Non-US university | https //learn utoronto ca/online-courses | | | | | | | | | | | |
| 72 | McGill University (Canada) | Videos Univ Online Courses (ge | Non-US university | https //www mcgill ca/study/2021-2022/ aculties/continuing/online-and-distance-learning | | | | | | | | | | | |
| 73 | University o Melbourne (Australia) | Videos Univ Online Courses (ge | Non-US university | https //study unimelb edu au/ ind/online-courses/ | | | | | | | | | | | |
| 74 | Australian National University (Australia) | Videos Univ Online Courses (ge | Non-US university | https //www anu edu au/study/study-online | | | | | | | | | | | |
| 75 | National University o Singapore (Singapore) | Videos Univ Online Courses (ge | Non-US university | https //scale nus edu sg/programmes/moocs | | | | | | | | | | | |
| 76 | University o Cape own (South A rica) | Videos Univ Online Courses (ge | Non-US university | https //www cetap uct ac za/cetap/online-courses | | | | | | | | | | | |
| 77 | Harvard University | Videos Univ Online Courses (ge | US op Universities | https //online-learning harvard edu/ | | | | | | | | | | | |
| 78 | Stan ord University | Videos Univ Online Courses (ge | US op Universities | https //online stan ord edu/ | | | | | | | | | | | |
| 79 | Massachusetts nstitute o echnology (M ) | Videos Univ Online Courses (ge | US op Universities | https //openlearning mit edu/ | | | | | | | | | | | |
| 80 | University o Cali ornia Berkeley | Videos Univ Online Courses (ge | US op Universities | https //extension berkeley edu/online-education/ | | | | | | | | | | | |
| 81 | University o Michigan | Videos Univ Online Courses (ge | US op Universities | https //online umich edu/ | | | | | | | | | | | |
| 82 | University o Pennsylvania | Videos Univ Online Courses (ge | US op Universities | https //onlinelearning upenn edu/ | | | | | | | | | | | |
| 83 | Duke University | Videos Univ Online Courses (ge | US op Universities | https //learnmore duke edu/ | | | | | | | | | | | |
| 84 | Cornell University | Videos Univ Online Courses (ge | US op Universities | https //ecornell cornell edu/ | | | | | | | | | | | |
| 85 | Northwestern University | Videos Univ Online Courses (ge | US op Universities | https //sps northwestern edu/online/ | | | | | | | | | | | |
| 86 | Columbia University | Videos Univ Online Courses (ge | US op Universities | https //online columbia edu/ | | | | | | | | | | | |
| 87 | Yale University | Videos Univ Online Courses (ge | US op Universities | https //online yale edu/ | | | | | | | | | | | |
| 88 | University o Chicago | Videos Univ Online Courses (ge | US op Universities | https //online uchicago edu/ | | | | | | | | | | | |
| 89 | Princeton University | Videos Univ Online Courses (ge | US op Universities | https //online princeton edu/ | | | | | | | | | | | |
| 90 | Johns Hopkins University | Videos Univ Online Courses (ge | US op Universities | https //advanced jhu edu/academics/online-programs/ | | | | | | | | | | | |
| 91 | Cali ornia nstitute o echnology (Caltech) | Videos Univ Online Courses (ge | US op Universities | https //www ctme caltech edu/programs/online | | | | | | | | | | | |
| 92 | Brown University | Videos Univ Online Courses (ge | US op Universities | https //pro essional brown edu/online/ | | | | | | | | | | | |
| 93 | Dartmouth College | Videos Univ Online Courses (ge | US op Universities | https //www dartmouth edu/academics/online-learning | | | | | | | | | | | |
| 94 | Vanderbilt University | Videos Univ Online Courses (ge | US op Universities | https //www vanderbilt edu/online/ | | | | | | | | | | | |
| 95 | Emory University | Videos Univ Online Courses (ge | US op Universities | https //www emoryhealthcare org/centers-programs/distance-learning/index html | | | | | | | | | | | |
| 96 | University o Notre Dame | Videos Univ Online Courses (ge | US op Universities | https //online nd edu/ | | | | | | | | | | | |
| 97 | Western Governors University (WGU) | Videos Univ Online Courses (ge | US Online University | https //www wgu edu/ | | | | | | | | | | | |
| 98 | Southern New Hampshire University (SNHU) | Videos Univ Online Courses (ge | US Online University | https //www snhu edu/ | | | | | | | | | | | |
| 99 | University o Phoenix | Videos Univ Online Courses (ge | US Online University | https //www phoenix edu/ | | | | | | | | | | | |
| 100 | Capella University | Videos Univ Online Courses (ge | US Online University | https //www capella edu/ | | | | | | | | | | | |
| 101 | American Public University System (APUS) | Videos Univ Online Courses (ge | US Online University | https //www apus edu/ | | | | | | | | | | | |
| 102 | Walden University | Videos Univ Online Courses (ge | US Online University | https //www waldenu edu/ | | | | | | | | | | | |
| 103 | Grand Canyon University | Videos Univ Online Courses (ge | US Online University | https //www gcu edu/ | | | | | | | | | | | |
| 104 | Liberty University | Videos Univ Online Courses (ge | US Online University | https //www liberty edu/online/ | | | | | | | | | | | |
| 105 | Strayer University | Videos Univ Online Courses (ge | US Online University | https //www strayer edu/ | | | | | | | | | | | |
| 106 | Ash ord University | Videos Univ Online Courses (ge | US Online University | https //www ash ord edu/ | | | | | | | | | | | |
| 107 | Kaplan University (now Purdue University Global) | Videos Univ Online Courses (ge | US Online University | https //www purdueglobal edu/ | | | | | | | | | | | |
| 108 | Colorado echnical University | Videos Univ Online Courses (ge | US Online University | https //www coloradotech edu/ | | | | | | | | | | | |
| 109 | Full Sail University | Videos Univ Online Courses (ge | US Online University | https //www ullsail edu/ | | | | | | | | | | | |
| 110 | Northcentral University | Videos Univ Online Courses (ge | US Online University | https //www ncu edu/ | | | | | | | | | | | |
| 111 | Bellevue University | Videos Univ Online Courses (ge | US Online University | https //www bellevue edu/ | | | | | | | | | | | |
| 112 | American nterContinental University | Videos Univ Online Courses (ge | US Online University | https //www aiuniv edu/ | | | | | | | | | | | |
| 113 | Excelsior College | Videos Univ Online Courses (ge | US Online University | https //www excelsior edu/ | | | | | | | | | | | |
| 114 | University o Maryland Global Campus (UMGC) | Videos Univ Online Courses (ge | US Online University | https //www umgc edu/ | | | | | | | | | | | |
| 115 | DeVry University | Videos Univ Online Courses (ge | US Online University | https //www devry edu/ | | | | | | | | | | | |
| 116 | Brandman University (now UMass Global) | Videos Univ Online Courses (ge | US Online University | https //www umassglobal edu/ | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Partner Amount | [redacted] | | |
| Model Val for 1T | | | |
| Partner Valuation | | | |
| % of [redacted] | | | [redacted] |
| | | | |
| | | | |
| [redacted] | | | |