# EXHIBIT 86

Case Study

# Tahoe Lead Removal Project cleans up Lake Tahoe with Claude

The Tahoe Lead Removal Project used Claude to analyze decades of technical documentation and regulatory requirements, successfully demonstrating community readiness and convincing AT&T to remove six miles of toxic lead cable from Lake Tahoe.

Key results with Claude:

- Built comprehensive research foundation from centuries of technical documentation in weeks

- Analyzed complex environmental reports and legal filings to extract key takeaways without sorting through dozens of pages of legalese
- Generated environmental reports used in the permitting process across seven regulatory agencies
- Gathered 832 petition signatures through informed community engagement
- Demonstrated feasible removal path, leading to AT&T completing the project in November 2024

## Breaking through decades of dense technical documentation

When residents discovered six miles of decommissioned lead telecommunications cables running through Lake Tahoe, they faced a daunting challenge. These cables had been originally laid in 1955, but have been unused since the 1980s, creating a complex environmental and regulatory puzzle, compounded by a lawsuit filed in 2021.

The Tahoe Lead Removal Project needed to understand the historical context of these cables, navigate regulatory frameworks across seven agencies, build a deep understanding of the environmental considerations, and present a compelling case for removal.

Critical information existed in historical Bell Systems documents from the 1920s, but the technical papers presented a formidable barrier. "These technical papers are incredibly dense, and the language used isn't intuitive to modern readers," explained project organizer Evan Dreyer. "We're talking about extremely long and complex documents where I was essentially looking for a needle in a haystack."

Instead of confrontation, the project adopted a collaborative philosophy focused on orienting all involved parties on a productive path forward. As their mission statement emphasized: "We don't blame AT&T, and they are not a villain in this situation. In reviewing the old Bell Labs Technical Journals, we developed a deep respect for the incredible technological innovation these cables represented at the time."

## Selecting Claude for comprehensive document analysis

The team chose Claude for its ability to process large volumes of technical content and provide reliable analysis for stakeholder communications. "When I tried other models, the quality was much lower, especially when it came to report creation. It wasn't even close," Dreyer reports.

Claude's document processing capabilities were essential for understanding the cables' origins and building an objective case for removal. "Claude enabled me to conduct almost all our research by analyzing Bell's historical papers on submarine telephone lines," said Dreyer. "Projects were also key, helping me upload multiple papers and compare/crosscheck/demonstrate how Bell Labs thinking changed over time. I used Artifacts to present an objective analysis of this work on our website."

This historical perspective was crucial for the project's collaborative approach. Rather than attacking past decisions, the team could present the removal as completing a technological transition that began decades ago. "We needed to maintain complete objectivity in our analysis since any inaccuracies could expose us to legal challenges," said Dreyer. "Claude's capabilities were transformative for creating defensible, fact-based research."

## Accelerating research and community engagement through AI

Claude transformed the Tahoe Lead Removal Project's approach to technical analysis and community mobilization, enabling rapid progress across multiple fronts:

- **Historical research:** Claude processed Bell Systems technical papers from the 1920s, extracting information about cable design, choice of materials, and original environmental considerations
- **Legal document analysis:** Claude helped review complex and convoluted legal filings from both sides, allowing the team to understand arguments and differences in opinion without having to draw their own conclusions or be overly influenced by partisan writing
- **Regulatory preparation:** The AI helped synthesize requirements from seven different agencies into comprehensive permit applications, demonstrating removal feasibility

- **Community education:** Claude helped translate complex technical information into accessible materials for public engagement and petition drives

"Claude helped us decode bureaucracy across 7 agencies, lawsuits, and environmental reports," said Dreyer. "This was so complex and convoluted across so many disparate sources - but we had one constant tool that allowed us to analyze everything, and move fast in doing so."

## Building bridges through informed advocacy

Claude's technical analysis enabled the Tahoe Lead Removal Project to achieve what seemed impossible—convincing a major corporation to voluntarily remove environmental hazards after decades of inaction. Using Claude to rapidly analyze complex historical Bell Systems documents and prepare comprehensive permit applications—work that would have taken months manually and been prohibitively expensive to hire professionals for—the project gathered 832 petition signatures demonstrating broad community support.

In September 2024, just days after receiving their first regulatory authorization, AT&T announced plans to proceed with removal. Two months later, the company completed the physical removal of over six miles of lead cable in less than two weeks—ending a 70-year environmental issue.

By using Claude to transform dense 1920s technical papers into actionable insights and regulatory documentation, the project demonstrated that a small community group could match corporate expertise. This AI-enabled preparation allowed them to approach AT&T as informed stakeholders offering viable solutions rather than adversaries making demands—ultimately making it easier for the company to act decisively.

## Democratizing expertise for environmental collaboration

The success of the Tahoe Lead Removal Project with Claude points to a shift in how communities can tackle environmental challenges. By democratizing access to sophisticated technical analysis, AI tools like Claude enable grassroots groups

to engage with the same level of expertise that was once exclusive to well-funded organizations.

"Claude transforms your ability to quickly develop expertise on complex issues," said Dreyer. "For those curious about environmental challenges, these AI tools make sophisticated analysis accessible." This capability allows communities to move beyond emotional appeals to data-driven advocacy, transforming them from protesters into informed stakeholders who can propose viable solutions.

The project's methodology—using Claude to synthesize historical documents, regulatory requirements, and technical specifications—creates a replicable framework for other communities. "Instead of getting mad, get involved," said Dreyer. When communities can match corporate expertise with AI-enabled research, environmental challenges become opportunities for collaborative problem-solving rather than prolonged adversarial battles.

---

Case Study

**TELUS boosts workplace innovation with Claude**

Aug 20, 2025

Case Study

**Charm Industrial accelerates carbon removal operations with Claude**

Aug 13, 2025

Case Study

**CRED accelerates fintech development workflows with Claude**

Aug 06, 2025

Product

Claude overview

Claude Code

Max plan

Team plan

Enterprise plan

Download Claude apps

Claude.ai pricing plans

Claude.ai login

API Platform

API overview

Developer docs

Claude in Amazon Bedrock

Claude on Google Cloud's Vertex AI

Pricing

Console login

Research

Research overview

Economic Index

Claude models

Claude Opus 4.1

Claude Sonnet 4

Claude Haiku 3.5

Commitments

Transparency

Responsible scaling policy

Security and compliance

Solutions

AI agents

Coding

Customer support

Education

Financial services

Government

Learn

Anthropic Academy

Customer stories

Explore

About us

Careers

Engineering at Anthropic

MCP Integrations

Partner Directory

Events

News

Startups program

Help and security

Status

Availability

Support center

Terms and policies

Privacy choices

Privacy policy

Responsible disclosure policy

Terms of service - consumer

Terms of service - commercial

Usage policy

© 2025 Anthropic PBC