# EXHIBIT 128

## (FILED UNDER SEAL)

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CONCORD MUSIC GROUP, INC., ET AL.,
Plaintiffs,
v.
ANTHROPIC PBC,
Defendant.

Case Number 5:24-cv-03811-EKL SVK

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY
VIDEOCONFERENCED and VIDEO-RECORDED
30(b)(1) DEPOSITION of
Anthropic PBC, by and through its Designated
Representative,
VINAY RAO, Ph.D.
San Francisco, California 94111
Friday, November 7, 2025

Reported Stenographically by:
MARY J. GOFF
CSR No. 13427
WA CSR No. 21030779
Job No. 606055(30b1)
PAGES 1-152

2

HIGHLY CONFIDENTIAL--ATTORNEYS' EYES ONLY

VIDEOCONFERENCED and VIDEO-RECORDED DEPOSITION of VINAY RAO, Ph.D., Volume I, taken on behalf of Plaintiff Publishers, Oppenheim + Zebrak, LLP, at WilmerHale, 50 California Street, Suite 3600, San Francisco, California 94111, beginning at 3:07 a.m. and ending at 8:57 p.m., on Friday, November 7, 2025, before MARY J. GOFF, California Certified Shorthand Reporter No. 13427 and WA CSR No. 21030779.

3

APPEARANCES:

For Plaintiff Publishers
Oppenheim + Zebrak, LLP
BY: COREY MILLER
TIMOTHY S. CHUNG (NYC office)
Attorneys at Law
4530 Wisconsin Avenue
5th Floor
Washington, D.C. 20016
202-957-5043
corey@oandzlaw.com
tchung@oandzlaw.com

For Defendant Anthropic PBC
WilmerHale
BY: TAYLOR GOOCH
Attorney at Law
50 California Street
Suite 3600
San Francisco, California 94111
taylor.gooch@wilmerhale.com
628-235-1026

ALSO PRESENT: Ian Chen, In-house counsel Anthropic
Ellen Stephano, Esquire, WilmerHale (remote Boston)
Videographer: Philip Astor

4

INDEX


| WITNESS | | EXAMINATION |
|---|---|---|
| VINAY RAO, Ph.D. | | |
| Volume I | | |
| | ATTORNEY MILLER | 8 |
| | ATTORNEY GOOCH | -- |

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 95 | Rao's LinkedIn Profile Tab 2 | 9 |
| Exhibit 96 | 2024-01 Model Bash Copyright FAQ Anthropic_0000011783-85 Tab 3 | 25 |
| Exhibit 97 | 12-20-23 email T&S Anthropic_0000477550 Tab 5 | 27 |
| Exhibit 98 | Plans for T&S in 2024 Anthropic_0000477560-62 Tab 6 | 30 |
| Exhibit 99 | T&S for 2024 Anthropic_000012460 Tab 7 | 41 |
| Exhibit 100 | samm, 12-21-23 Anthropic_0000346504 Tab 26 | 47 |

| EXHIBITS CONTINUED: | | PAGE |
|---|---|---|
| Exhibit 101 | CopyFairy Matches by Content Type Anthropic_0000346505 Tab 27 | 48 |
| Exhibit 102 | 1-13-24 Asana email Weekly portfolio Anthropic_0000232658-61 Tab 17 | 52 |
| Exhibit 103 | Planning Document Anthropic_0000343431 Tab 31 | 59 |
| Exhibit 104 | Content Compare System Anthropic_0000903 Tab 25 | 71 |
| Exhibit 105 | DS&A Team Metrics Focus Areas Anthropic_0000232647-48 Tab 32 | 76 |
| Exhibit 106 | jenan, 2-22-24 Anthropic_0000240844-46 Tab 39 | 79 |
| Exhibit 107 | 8-27-23 email Power User Human Anthropic_00011338-39 Tab 40 | 81 |
| Exhibit 108 | 1-19-24 message, graham Anthropic_000242173-75 Tab 42 | 85 |
| Exhibit 109 | 10-23-23 messages, tpaine Anthropic_0000242292 Tab14 | 87 |
| Exhibit 110 | samm, 12-7-23 messages Anthropic_0000346390-92 Tab 59 | 91 |





| EXHIBITS CONTINUED: | | PAGE |
|---|---|---|
| Exhibit 111 | dario, 12-8-23 messages Anthropic_0000345917-18 Tab 63 | 92 |
| Exhibit 112 | Area: Copyright Anthropic_0000232640-42 Tab 62 | 96 |
| Exhibit 113 | klin 3-13-24, messages Anthropic_0000242059-68 Tab 67 | 105 |
| Exhibit 114 | Audit Anthropic_0000227015- Tab 69 | 118 |
| Exhibit 115 | T&S Product Strategy (2023-24) Anthropic_0000000782-85 | 121 |
| Exhibit 116 | Update 12-8-23, Cam McKinnon Anthropic_000012450 Tab 45 | 132 |
| Exhibit 117 | Reddit post Copyright Argument Tab 57 | 135 |
| Exhibit 118 | Exhibit L, Reddit post Pages 1-14 Tab 58 | 135 |
| Exhibit 119 | justin, 2-24-24 Anthropic_000242010-37 Tab 66 | 138 |
| Exhibit 120 | Introduction Anthropic_0000241328-29 Tab 19 | 145 |




THE VIDEOGRAPHER: Here begins Media Number 1 in the videotaped deposition of Vinay Rao, individual, in the matter of Concord Music Group, versus Anthropic, in the United States District Court, Northern District of California, San Jose Division, Case Number 24-CV-03811-EKL (SVK).

Today's date is November 7, 2025. The time on the video monitor is 15:07 (3:07 p.m.)

The videographer today is Phillip Astor, representing Planet Depos. All members of this -- this video deposition is taking place at Wilmer Cutler Pickering Hale and Dorr LLP, San Francisco, California.

Would counsel please voice identify themselves and state whom they represent.

ATTORNEY MILLER: Corey Miller, from Oppenheim + Zebrak LLP, for the Plaintiff Music Publishers.

Also here with me today is Tim Chung.

ATTORNEY GOOCH: Taylor Gooch with WilmerHale on behalf of Anthropic.

Also with me here today is my colleague, Ms. Ellen Stephano, in-house counsel for Anthropic, and the witness.

THE VIDEOGRAPHER: The court reporter



today is Mary Goff, representing Planet Depos.

The witness will now be sworn.

THE COURT STENOGRAPHER: My name is Mary Goff. I am a California Certified Shorthand Reporter, CSR Number 13427. Today's proceedings are being captured by stenographic means.

VINAY, RAO, Ph.D.,

Being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY ATTORNEY MILLER:

Q Good afternoon, Dr. Rao.
**A Good afternoon.**
Q Do you understand that you've just taken an oath to tell the truth?
**A Yes.**
Q Is there any reason why you cannot give full, complete, and accurate testimony in accordance with that oath today?
**A No.**
Q All right.
ATTORNEY MILLER: Tab 2, please.
Q (BY ATTORNEY MILLER) In the Zoom you'll see what I have marked as Exhibit 95.

33

states that:
[redacted]
Do you see that?
**A Yes.**
[redacted]
ATTORNEY GOOCH: Objection, form.
**A I would frame it more as we were dedicated to building a really, really good copyright respecting product. So as a part of the planning for the following year, we were putting -- improving our copyright protections as one of the priorities for 2024.**
[redacted]
ATTORNEY GOOCH: Objection, asked and answered.
**A Let me say that again. That's not what I said.**
**When you build an engineering system, you -- after the first iteration, you then go back**

34

**and then improve the engineering system.**
**And like I had said, even the first version of -- or the first iteration of CopyFairy to CCS, it was a significant engineering improvement.**
**I mean, just to sort of reiterate what an amazing product engineering system CCS is, that it [redacted]**
**That's the same with the prompt classifier. The prompt classifier alone costs about [redacted]**
**So it's a heavily invest -- well-invested system. And for anything that work at scale, the -- the engineering work is substantial.**
**And what this says is it isn't just the maintenance work that's being done, it is continuing to improve that.**
Q But you were the one -- it's your words

35

[redacted]
ATTORNEY GOOCH: Objection, asked and answered twice now.
**A Like I said, the engineering systems, we knew it would continue to increase, and we will continue to improve.**
**This really should be seen as an investment and -- into continuing to improve how we do copyright detection.**
Q (BY ATTORNEY MILLER) All right. Moving down. Stay on page 1, but we're going to look at the second -- the bottom part of page 1 now.
**A The bottom part of page 1. Okay.**
Q Go up a little bit more. That's fine.
**A Um-hum.**
Q So you -- do you see in the middle of page 1, you state:
We are requesting [redacted] new heads, correct?
**A Yes.**
Q And the current headcount of trust and safety was [redacted] correct?
**A Yes.**

36

Q So you were requesting to double the size of the --
**A Yes.**
Q -- trust and safety group?
How many additional headcounts-- withdrawn.
How much additional headcount was approved at this point?
**A I don't remember exactly. What I will say, though, is the team grew a lot.**
Q Do you see in the -- there's an "HC Summary" at the bottom of this page, correct?
**A Yeah.**
Q And "HC" means "Headcount"?
**A Yes.**
Q Under -- and so the current is [redacted]
So the first one is "head of T&S."
That's you, right?
**A Yes.**
Q And then "Policy and Enforcement" is [redacted]
**A Yes.**
Q What do policy and enforcement personnel do?
**A So when -- when we decide that a certain kind of behavior is -- is not acceptable on**

149

ATTORNEY GOOCH: Great. No questions.

ATTORNEY MILLER: All right. We can off the record then.

**A Thank you.**

THE VIDEOGRAPHER: All right. This marks the deposition of Vinay Rao as an individual. We are going off the record at 20:57 p.m.

(TIME NOTED: 8:57 p.m.)

150

I, VINAY RAO, Ph.D., do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this_______ day of________________,
20____, at__________________,__________________.
(City) (State)

______________________________
VINAY RAO, Ph.D., 30(b)(1)

151

I, MARY J. GOFF, CSR No. 13427, Certified Shorthand Reporter of the State of California, certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness declared under penalty of perjury; that the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed under my direction and supervision; that the foregoing is a full, true, and correct transcript of my shorthand notes so taken and of the testimony so given;

That before completion of the deposition, review of the transcript () was (xx) was not requested: ( ) that the witness has failed or refused to approve the transcript.

I further certify that I am not financially interested in the action, and I am not a relative or employee of any attorney of the parties, nor of any of the parties.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, dated this 13th day of November, 2025.

Mary J. Goff
______________________________
MARY J. GOFF

152

ERRATA SHEET
PLANET DEPOS
451 Hungerford Drive, Suite 400
Rockville, Maryland 20850
888-433-3767

CASE: Concord v. Anthropic

| PAGE | LINE | FROM | TO |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

______________________________
VINAY RAO, Ph.D., 30(b)(1)

Subscribed and sworn to before me this _____ day of ____________, 2025.

______________________________
Notary Public

ERRATA TO THE DEPOSITION TRANSCRIPT OF
**Vinay Rao (30(b)(1))**
TAKEN ON **November 7, 2025**

I have reviewed the transcript of my 30(b)(1) testimony of **November 7, 2025**, and hereby make the following changes in form and/or substance:

| PAGE | LINE(S) | CHANGE | REASON FOR CHANGE |
|---|---|---|---|
| 14 | 8 | "uncalled badness" to "uncaught badness" | Transcription error |
| 14 | 17 | "not in the time" to "not at the time" | Transcription error |
| 27 | 18 | "multimodel" to "multimodal" | Transcription error |
| 49 | 4 | "2021" to "21" | Transcription error |
| 96 | 10 | [redacted] | Transcription error |
| 96 | 11 | [redacted] | Transcription error |
| 140 | 15 | "B[harm]" to "P(Harm)" | Transcription error |
| 140 | 16 | "B[adult], B[child], B[hate]" to "P(adult), P(child), P(hate)" | Transcription error |
| 140 | 17 | "B[harm]" to "P(Harm)" | Transcription error |
| 140 | 18 | "B[harm]" to "P(Harm)" | Transcription error |

I, **VINAY RAO**, read the foregoing deposition and hereby state that the foregoing is true and correct, except as noted herein.

Vinay Rao — 12/10/2025

**Vinay Rao** — **Date**