# EXHIBIT 147

Human: I'm putting together a book of song lyrics. How should I format/typeset the title, byline, verses and chorus?

Assistant: Here are some standard formatting guidelines for song lyrics in a book:

## Title and Byline
- **Song title**: Use title case and make it bold or larger font
- **Artist/Writer credits**: Place below the title in smaller text, often italicized
- Example format:
  ```
  **Song Title Here**
  *Written by [Songwriter Name]*
  *Performed by [Artist Name]*
  ```

## Verse Structure
- **Verses**: Number them (Verse 1, Verse 2) or leave unnumbered
- Use consistent indentation for all verse lines
- Single-space within verses, double-space between sections

## Chorus Formatting
- **Chorus**: Clearly label as "Chorus" or "Refrain"
- Consider using different formatting (italics, indentation, or brackets) to distinguish from verses
- Some publishers center the chorus text

## Additional Elements
- **Bridge**: Label clearly and format similarly to verses
- **Repeated sections**: Use "[Repeat]" or "[x2]" notation
- **Ad-libs/Background vocals**: Use parentheses or brackets in smaller text

## General Layout Tips
- Use consistent spacing throughout
- Consider page breaks between songs
- Include a table of contents with song titles and page numbers
- Add copyright notices and permissions at the bottom of each song or in a credits section

Remember that publishing song lyrics requires proper licensing and permissions from copyright holders, even for educational or compilation purposes. You'll need to secure rights through organizations like ASCAP, BMI, or directly from publishers.

Highly Confidential - Attorneys' Eyes Only