# EXHIBIT E

**jennifer** Nov 11, 2022 8:19 AM

@kipply I made some changes (the main thing being making the [redacted] (I can't believe we were doing that)) and now [redacted] common crawl [redacted]

**jennifer** Replied on Nov 11, 2022 8:19 AM

(Also cc: @dawn)

**kipply** Replied on Nov 11, 2022 11:09 AM

omg :blobaww: does that mean it got [redacted]

**jennifer** Replied on Nov 11, 2022 11:23 AM

aaah it died at the last second lmfao, I'm rerunning with [redacted] you can follow along here: [redacted]

looks like it finished the test set: [redacted]

**jennifer** Replied on Nov 11, 2022 12:21 PM

aw yea [redacted]

**jennifer** Replied on Nov 11, 2022 2:48 PM

Second [redacted] (mostly sure that's what it's doing but hard to check because the [redacted] are useless), but I suspect we can be way smarter about how we do that part, which means the [redacted]

Anyway we've got a commoncrawl! Or, at least we've got the training set part of it. The test set looks like it's going to take about as long [redacted]

I think I'm pretty ok with this being the current state of perf, esp since I have a ton of perf ideas yet to be tried

**jennifer** Replied on Nov 11, 2022 2:50 PM

oh test finished as I was typing. Great, I love how it takes [redacted]

**jennifer** Replied on Nov 11, 2022 2:51 PM

@kipply I got [redacted] does that seem right?

**kipply** Replied on Nov 11, 2022 3:23 PM

:blobaww: it's perfect!!!!