UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD MUSIC GROUP, INC., et al., Plaintiffs, v. ANTHROPIC PBC, Defendant. | Case No. 24-cv-03811-EKL **ORDER FOR ELECTRONIC CHAMBERS COPIES OF FILINGS AND INDEX OF FILINGS** |

To facilitate the Court's review of the pending motions, the parties shall submit the entire summary judgment and *Daubert* record, including all publicly filed documents and unredacted versions of documents filed under seal, to the Court via Box.com by October 14, 2026. Each file name shall contain the relevant ECF number and the title of the document. The Courtroom Deputy will contact the parties to provide the link and instructions for uploading the documents.

Additionally, by October 14, 2026, the parties shall file on the docket an index divided into three tables. The first table shall list all sources cited in the briefing on the *Daubert* motions, categorized separately by *Daubert* motion. The second table shall list all sources cited in Anthropic's reply separate statement, ECF No. 845-1, regardless of the citing party. The third table shall list all sources cited in Publishers' reply separate statement, ECF No. 877-2, regardless of the citing party. The parties shall also submit a copy of these tables in Word format to the Court via email at eklpo@cand.uscourts.gov by October 14.

Each table shall include the following information: (1) the briefs, declarations, and exhibits, as well as a short descriptive title for each; and (2) the corresponding ECF number. If the document has been filed publicly, list the ECF number of the publicly filed version. If the document has been filed under seal or with proposed redactions, list the ECF number of the sealed

United States District Court
Northern District of California

version of the document that reflects the parties' final sealing requests pursuant to the omnibus sealing motion. If the same document has been filed as multiple exhibits, it shall be listed separately each time it appears in the record. If the same exhibit is cited in both reply separate statements, it shall be listed in the table for each reply separate statement.

The following examples illustrate the information to be included in the tables, and how the information should be organized:

| ***Daubert* Briefing** | **ECF No.** |
|---|---|
| **Zhao *Daubert*** | |
| **Motion to Exclude** | 813 |
| **Mot. Ex. 1** (Short Description) | 813-1 |
| **Mot. Ex. 2** (Short Description) | 813-2 |
| **Mot. Ex. 3** (Short Description) | 813-3 |
| **Mot. Ex. 4** (Short Description) | 815-6 |
| [Remaining exhibits] | . . . |
| **Opposition** | . . . |
| **Opp. Ex. 1** (Short Description) | . . . |
| [Remaining exhibits] | . . . |
| **Reply** | . . . |

| **Def.'s Reply Sep. Statement** | **ECF No.** |
|---|---|
| **Materials Submitted by Anthropic** | |
| **Def.'s Ex. 1** (Altman Report) | . . . |
| [Remaining exhibits submitted by Anthropic] | . . . |
| **Materials Submitted by Publishers** | |
| **Pls.' Ex. 1** (comparison chart of Publishers' lyrics and Claude output) | . . . |
| [Remaining "Pls.' Ex." exhibits submitted by Publishers] | . . . |

United States District Court
Northern District of California

| Def.'s Reply Sep. Statement | ECF No. |
| --- | --- |
| **Pls.' Opp'n/Reply Ex. 124** (Mann 30(b)(6) Dep. Tr.) | . . . |
| [Remaining "Pls.' Opp'n/Reply Ex." exhibits submitted by Publishers] | . . . |
| **Berschback Decl.** | 850 |
| [Remaining declarations (and their exhibits) submitted by Publishers] | . . . |

| Pubs.' Reply Sep. Statement Source | ECF No. |
| --- | --- |
| **Materials Submitted by Anthropic** | |
| **Def.'s Ex. 2** (Bilmes Report) | . . . |
| [Remaining exhibits submitted by Anthropic] | . . . |
| **Materials Submitted by Publishers** | |
| **Pls.' Ex. 1** (comparison chart of Publishers' lyrics and Claude output) | . . . |
| [Remaining "Pls.' Ex." exhibits submitted by Publishers] | . . . |
| **Pls.' Opp'n/Reply Ex. 129** (Brown Dep. Tr.) | . . . |
| [Remaining "Pls.' Opp'n/Reply Ex." exhibits submitted by Publishers] | . . . |
| **Berschback Decl.** | 850 |
| [Remaining declarations (and their exhibits) submitted by Publishers] | . . . |

**IT IS SO ORDERED.**

Dated: October 9, 2026

Eumi K. Lee
United States District Judge